1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
2                         HAMMOND DIVISION

3   UNITED STATES OF AMERICA,       )
          Plaintiff,                )
4                                   )
                                    )   2:11-CR-68
5   v.                              )
                                    )
6   DAVID ALAN RESNICK,             )
                                    )   Day 1 of Proceedings
7         Defendant.                )   Volume I of IV
    --------------------------------

8

9             TRANSCRIPT OF TRIAL PROCEEDINGS HELD
                   July 29, 2013, BEFORE THE
10         HONORABLE JAMES T. MOODY, UNITED STATES
                     DISTRICT COURT JUDGE

11

12  A P P E A R A N C E S:

13  FOR THE GOVERNMENT:        DAVID CAPP
                               United States Attorney
14                             BY:  JILL ROCHELLE KOSTER
                                    THOMAS M. McGRATH
15                             5400 Federal Plaza, Suite 1500
                               Hammond, Indiana  46320

16

17  FOR THE DEFENDANT:         RAYMOND G. WIGELL, ESQ.
                               HUMA RASHID, ESQ.
18                             20280 Governors Highway, Suite 302
                               Olympia Fields, IL  60461

19

20  ALSO PRESENT:              The Defendant in person

21  COURT REPORTER:        STACY DROHOSKY, FCRR, CRR, RPR
                           Official Court Reporter
22                         U.S. District Court Reporter
                           5400 Federal Plaza, Suite 4005
23                         Hammond, Indiana  46230
                           (219) 852-3462

24

25  Proceedings reported by Stenotype.  Transcript produced by
    Computer-Aided Transcription.

```
 1          (The following proceedings were held in open court,

 2       reported as follows:)

 3              DEPUTY CLERK:  All rise.  Court is in session.

 4              THE COURT:  Is he in shackles?

 5              MR. WIGELL:  In his -- on his legs.

 6              THE COURT:  Take them off.

 7       Well, let's see.  At 8:30 on the evening of Friday, the

 8    Friday before the Monday trial commences, we get a motion from

 9    the defense.

10              MR. WIGELL:  Would you like me to speak to that,

11    Judge?

12              THE COURT:  In some 40 years that I've been a judge,

13    I've never had such a motion filed that late in a trial.  It's

14    most unusual.  Not appreciated either.

15       What the hell did you think I was supposed to do with it?

16       Okay.  Why -- let me see if I understand the government

17    correctly.

18       Are you telling me that the defense had the written

19    summary of this expert since May of 2012?

20              MS. KOSTER:  That is correct, Your Honor, if not

21    earlier.

22              THE COURT:  Let me finish.  Just answer my question.

23    That's all you have to do.

24       The answer's yes?

25              MS. KOSTER:  Correct.
```

1          THE COURT:  Was the supporting detailed DVD

2    referenced in that report on multiple occasions?

3          MS. KOSTER:  Correct.  It was.

4          THE COURT:  And one further question of you.  Why did

5    you wait 'til July 16 to ask for that DVD yourself?

6          MS. KOSTER:  Because, Your Honor, at that -- up until

7    that time, I did not know that that was data upon which the

8    expert had relied.  I didn't fully appreciate his reliance on

9    that data.

10          THE COURT:  And are you going to offer Exhibit 54 or

11   anything else from that DVD at this trial, yes or no?

12          MS. KOSTER:  May I have a moment?

13          THE COURT:  (No audible response.)

14          MS. KOSTER:  Yes, Your Honor.

15          THE COURT:  What, 54?

16          MS. KOSTER:  Fifty-four I intend to offer, yes.

17          THE COURT:  Okay.  That's it?

18          MS. KOSTER:  No, that's not the only exhibit.

19          THE COURT:  What from that report is what I'm talking

20   about.  I'm sure you have many other exhibits.

21          MS. KOSTER:  Yes, Your Honor.  We intend to offer 53

22   and 54 and possibly 51 as well.

23          THE COURT:  Which all appear on the -- well, the

24   information contained in there was available to the defense

25   since May of 2012 had he asked for it?

1            MS. KOSTER:  That is correct.

2            THE COURT:  He was fully aware of it because it was

3    referenced in your expert's report, correct?

4            MS. KOSTER:  Yes, and it's dated --

5            THE COURT:  That's all I want to know.

6        Is your name pronounced Wigell?  Is that how you pronounce

7    it?

8            MR. WIGELL:  Wigell is fine, Judge.

9            THE COURT:  Well, what is it normally?

10           MR. WIGELL:  That's what I say is Wigell, yes, Judge.

11           THE COURT:  Mr. Wigell --

12           MR. WIGELL:  Yes, sir.

13           THE COURT:  -- why do the printed reports that the

14   government turned over last week change things from the summary

15   that you already had since May of 2012?  You did have that

16   summary, right?

17           MR. WIGELL:  Yes, Judge.

18           THE COURT:  And it referenced the DVD multiple times,

19   correct?

20           MR. WIGELL:  Yes, Judge.

21           THE COURT:  Answer that question for me.  Do you want

22   me to repeat it?

23           MR. WIGELL:  Please, Judge.

24           THE COURT:  Why do the printed reports the government

25   turned over last week change things from that summary that you

1   already had since May of 2012 which referenced the DVD multiple

2   times?

3                MR. WIGELL:   In answer to that question, they don't,

4   Judge.

5                THE COURT:   They don't?

6       What do you expect an expert to be able to say now about

7   the reports that would be necessary for your defense?

8                MR. WIGELL:   I would expect him to comment on --

9                THE COURT:   I mean, that you should have done it a

10  long time ago?

11               MR. WIGELL:   Yes, Judge.

12               THE COURT:   Why did you wait until, what, 8:28 on

13  Friday, that's in the evening, before the trial began on the

14  following Monday, to do that?   Little late, isn't it?   Yes or

15  no.

16               MR. WIGELL:   Yes, Judge.

17               THE COURT:   What is it in the DVD that could not have

18  been anticipated, based upon the expert's summary report, that

19  that DVD changed things?   I don't get it.

20               MR. WIGELL:   The summary report has details about the

21  forensic analysis.   The --

22               THE COURT:   Well, that was available to you in May of

23  2012, right?

24               MR. WIGELL:   It was but --

25               THE COURT:   Yes?

1              MR. WIGELL:  If I would have asked, yes, Judge.

2              THE COURT:  What else on this issue?  See, the

3    problem is, I've got over 60 people waiting to try this

4    litigation, prospective jurors.

5        If I let you do this at this late stage of the

6    proceedings, somebody's gonna ask for a continuance 'cause

7    she's gonna have to -- you're gonna have to file a summary of

8    what your expert's gonna say.  You're gonna have to turn it

9    over to her.  She's gonna have to review it.  Her expert's

10   gonna have to review it.  And somewhere along the line this

11   trial ain't gonna begin today, and I'm really reluctant to let

12   that happen, as any judge would be.

13       So what is it you want me to do, sir?

14             MR. WIGELL:  We'd like you to allow me to add my

15   expert to the witness list, provide the government, before the

16   end of the day, with the summary, Judge.

17             THE COURT:  Denied.

18             MR. WIGELL:  Thank you, Judge.

19             THE COURT:  Anything else?

20             MR. WIGELL:  I would ask -- based on that, I'm

21   constrained to ask for a continuance.

22             THE COURT:  Denied.

23             MR. WIGELL:  Thank you, Judge.

24             THE COURT:  Nothing else then, right?

25             MR. WIGELL:  Not at this time, no, Your Honor.

 1              THE COURT:  Good.  Do you have anything to say?

 2              MS. KOSTER:  No, Your Honor.

 3              THE COURT:  Okay.  There's two lawyers for each side.

 4    When one lawyer takes a matter for any reason at all, I don't

 5    want to hear from the other one.  Understood, Counsel?

 6              MR. WIGELL:  Yes, sir.

 7              THE COURT:  Counsel?

 8              MS. KOSTER:  Yes, Your Honor.

 9              THE COURT:  The defendant gets ten peremptories.  The

10    government gets its six.  You exercise them simultaneously in

11    writing.  If one of you strikes a witness and the other strikes

12    the same witness, you are both charged with having done so.

13       We will pick two alternates.  Do you think that will be

14    enough, two?

15       Hello.  Am I speaking in the void here?

16              MS. KOSTER:  Judge, we have some concern about, due

17    to the content of the evidence in the case, this might be a

18    case where it makes sense to have four alternates.

19              THE COURT:  Four?  It's a four- to five-day trial,

20    right?

21              MS. KOSTER:  It is.

22              THE COURT:  Yeah, that's not gonna happen.

23              MS. KOSTER:  Okay.

24              THE COURT:  If it does, we'll start over some other

25    time.

1        What do you say?

2                MR. WIGELL:  Two is plenty, Judge.

3                THE COURT:  Good.

4        How much time does each side need for opening statements?

5    Ten minutes?

6                MR. McGRATH:  Fifteen minutes, Your Honor.

7                THE COURT:  Can you live with 15?

8                MR. WIGELL:  I can.

9                THE COURT:  Good.  Fifteen minutes it is.

10       Okay.  And, again, today I get a document signed by

11   everybody called "Statement of the Case."

12       Do you think I prepare for this case on the morning of

13   trial?

14                MS. KOSTER:  No, Your Honor.

15                THE COURT:  No.  I've been prepared for this for a

16   week, and then I get it.  So I have to go change all my stuff.

17   Ridiculous.

18       So as I understand it, I describe the Indictment as

19   follows:  One count of aggravated -- oh, geez.  Aggravated

20   sexual abuse of a minor, correct?

21                MS. KOSTER:  Correct.

22                THE COURT:  Correct?  Mr. Wigell?

23                MR. WIGELL:  Yes, Judge, I'm sorry.  I was reading.

24                THE COURT:  One count of transportation of child

25   pornography, one count of brandishing a firearm during the

 1    commission of a crime of violence, and one count of being a

 2    felon in possession of a firearm.

 3         Is all that accurate?

 4              MS. KOSTER:  Yes, Your Honor.

 5              THE COURT:  Agreed?

 6              MR. WIGELL:  Yes, Judge.

 7              THE COURT:  The case's gonna take, what, four, five

 8    days to try?

 9              MS. KOSTER:  Yes, Your Honor.

10              THE COURT:  Agreed?

11              MR. WIGELL:  Yes, Judge.

12              THE COURT:  The lawyers are Jill R. Koster,

13    Thomas M. McGrath for the government.  Raymond G. Wigell and --

14         How do you pronounce that name, ma'am?

15              MS. RASHID:  Huma.

16              THE COURT:  Huma Rashid?

17              MS. RASHID:  Correct.

18              THE COURT:  I'm accurate, am I not?

19              MS. RASHID:  You are.

20              THE COURT:  Do you have a witness list in front of

21    you because we're gonna go over them, and you're gonna strike

22    the ones that you will never under any circumstances call.

23         Patrician Bailey, yes or no?

24              MR. McGRATH:  No.

25              MS. KOSTER:  No, Your Honor.

1            THE COURT:  Defense?

2            MR. WIGELL:  No.

3            THE COURT:  So I can strike that person, right?

4            MR. WIGELL:  Yes.

5            THE COURT:  Hello?

6            MS. KOSTER:  Yes, Your Honor.

7            THE COURT:  That's how this is gonna work.  Erika

8    Beal also known as Erika Savia, yes or no?

9            MS. KOSTER:  Yes.

10           THE COURT:  Kathleen Biggs.

11           MS. KOSTER:  No.

12           THE COURT:  Defense?

13           MR. WIGELL:  No.

14           THE COURT:  Andrew Bolonka.

15           MS. KOSTER:  No.

16           THE COURT:  Defense?

17           MR. WIGELL:  No.

18           THE COURT:  Kristian Bonner.

19           MS. KOSTER:  Yes.

20           THE COURT:  Marvin Boykin.

21           MS. KOSTER:  No.

22           THE COURT:  Defense?

23           MR. WIGELL:  No.

24           THE COURT:  Brian Broughton.

25           MS. KOSTER:  Yes.

1           THE COURT:  Matt Chicantek.

2           MS. KOSTER:  Yes.

3           THE COURT:  William "Rocky" Donaldson.

4           MS. KOSTER:  Yes.

5           THE COURT:  Randall Glass.

6           MS. KOSTER:  No.

7           THE COURT:  Defense?

8           MR. WIGELL:  No.

9           THE COURT:  Kristine Goetz.

10          MS. KOSTER:  No.

11          THE COURT:  Defense?

12          MR. WIGELL:  No.

13          THE COURT:  Constantine Golovaty.

14          MS. KOSTER:  No.

15          THE COURT:  Defense?

16          MR. WIGELL:  No.

17          THE COURT:  Chris Hall.

18          MS. KOSTER:  Yes.

19          THE COURT:  David Kadela.

20          MS. KOSTER:  No.

21          THE COURT:  Defense?

22          MR. WIGELL:  No.

23          THE COURT:  Jeremy Kalvaitis.

24          MS. KOSTER:  No.

25          THE COURT:  Defense?

1          MR. WIGELL:  No.

2          THE COURT:  Jessica Kendall.

3          MS. KOSTER:  No.

4          THE COURT:  Defense?

5          MR. WIGELL:  No.

6          THE COURT:  Lace Koler.

7          MS. KOSTER:  Yes.

8          THE COURT:  Lindsey Levenick.

9          MS. KOSTER:  Yes -- oh, wait, no.

10          THE COURT:  Defense?

11          MR. WIGELL:  No.

12          THE COURT:  Juvenal Martin.

13          MS. KOSTER:  No.

14          THE COURT:  Defense?

15          MR. WIGELL:  No.

16          THE COURT:  Richard Miller.

17          MS. KOSTER:  No.

18          THE COURT:  Defense?

19          MR. WIGELL:  No.

20          THE COURT:  Dusty Moore.

21          MS. KOSTER:  Yes.

22          THE COURT:  Keith Moore.

23          MS. KOSTER:  Yes.

24          THE COURT:  Kyle Moore Sr.

25          MS. KOSTER:  Yes.

1          THE COURT:  How do I use this to know whether or not

2     the jury would recognize the name?  Can I say [REDACTED]?

3          MS. KOSTER:  That would be one of our minor victims.

4          THE COURT:  I understand.  That's why I'm asking it

5     in that fashion.  How do I get to know whether they know this

6     kid?

7          MS. KOSTER:  That is his full name, Your Honor.

8          THE COURT:  I understand what it is.  How am I to

9     handle it in voir dire?

10          MS. KOSTER:  I guess you have to read it, Your Honor.

11          THE COURT:  I do.  You know.  Same with [REDACTED]

12     [REDACTED], correct?

13          MS. KOSTER:  Correct, Your Honor.  However, once it's

14     read into the record, may we then strike it from the transcript

15     or redact it from the transcript?

16          THE COURT:  Yes.

17          MS. KOSTER:  Thank you.

18          THE COURT:  You agree to that, right?

19          MR. WIGELL:  Certainly.  Yes.

20          THE COURT:  Lora Norman.

21          MS. KOSTER:  Yes.

22          THE COURT:  Byron Owen.

23          MS. KOSTER:  Yes.

24          THE COURT:  Karen Palmer.

25          MS. KOSTER:  No.

```
 1                THE COURT:  Defense?

 2                MR. WIGELL:  No.

 3                THE COURT:  Timothy Podgorski.

 4                MS. KOSTER:  Yes.

 5                THE COURT:  Adam Pohl.

 6                MS. KOSTER:  Yes.

 7                THE COURT:  Michael Polidori.

 8                MS. KOSTER:  Yes.

 9                THE COURT:  Tim Pycraft.

10                MS. KOSTER:  Yes.

11                THE COURT:  Howard Resnick.

12                MS. KOSTER:  Yes.

13                THE COURT:  Rocco Rigsby.

14                MS. KOSTER:  Yes.

15                THE COURT:  Alex Rivas.

16                MS. KOSTER:  Yes.

17                THE COURT:  Lana Sabata.

18                MS. KOSTER:  Yes.

19                THE COURT:  Victor John Savia.

20                MS. KOSTER:  Yes.

21                THE COURT:  Serna Serna.

22                MS. KOSTER:  No.

23                THE COURT:  Is that it, Serna Serna?

24                MS. KOSTER:  I don't think that's the name.

25                THE COURT:  That's what you have.
```

 1            MS. KOSTER:  The last name is Serna, Your Honor, and,

 2   no, we won't be calling that individual.

 3            THE COURT:  Defense?

 4            MR. WIGELL:  No, sir.

 5            THE COURT:  Chris Shephard.

 6            MS. KOSTER:  Yes.

 7            THE COURT:  Nicole Shephard.

 8            MS. KOSTER:  Yes.

 9            THE COURT:  S. Pal Singh.

10            MS. KOSTER:  Yes.

11            THE COURT:  Lekecia Smith.

12            MS. KOSTER:  Yes.

13            THE COURT:  Samantha Walker.

14            MS. KOSTER:  No.

15            THE COURT:  Defense?

16            MR. WIGELL:  No.

17            THE COURT:  Sherry Walker.

18            MS. KOSTER:  Yes.

19            THE COURT:  Any others that I failed to mention from

20   the government?  That's your list that you gave me.

21            MS. KOSTER:  Just double-checking, Your Honor.  No

22   others.

23            THE COURT:  Defense?

24            MR. WIGELL:  No others, Judge.

25            THE COURT:  Defense has asked me to ask this

 1    question:  Have any of you or has anyone close to you ever been

 2    employed in the trucking industry?

 3        What's the relevance of the trucking industry to this

 4    case?  I just need to know that.

 5              MR. WIGELL:  Interstate -- that's how he -- the

 6    transportation occurred and --

 7              THE COURT:  In a truck?

 8              MR. WIGELL:  In a truck, yes, sir.

 9              THE COURT:  What, a big semi?

10              MR. WIGELL:  It did, Judge.

11              THE COURT:  How is that relevant to -- I mean, how

12    does their being employed -- I don't get it.

13              MR. WIGELL:  I think -- I was trying to get at

14    familiarity with the industry because there are gonna be some

15    -- there's a potential for some testimony as to getting in and

16    out of the truck, the height of the truck, viewing.

17              THE COURT:  But how does that have to do with the

18    trucking industry?

19              MR. WIGELL:  If they know about the truck that will

20    show some common connection, Judge.

21              THE COURT:  Interesting.

22        Is this question necessary?  And it's my own.  You didn't

23    submit it.  It's anticipated that the evidence in this case may

24    include graphic and explicit images, video displays, and

25    language.  Is that necessary?

1          MS. KOSTER:  Depends on your ruling on the issue,

2     Your Honor.

3          THE COURT:  Well, I kind of told you it's gonna be

4     tough for you to do what you want to do, haven't I?

5          MS. KOSTER:  Correct.

6          THE COURT:  It's an uphill -- and you are down at the

7     bottom of the hill.

8          MS. KOSTER:  Perhaps we could word --

9          THE COURT:  And it's a long climb, and it's not

10    likely you are gonna do it.

11         MS. KOSTER:  Understood.  Perhaps we could word it

12    "may include" so as not to --

13         THE COURT:  "It's anticipated."  What the hell does

14    that mean to you?

15         MS. KOSTER:  It sounded pretty definite the way that

16    it was written.

17         THE COURT:  "It's anticipated that the evidence in

18    this case may include," that's what I said.  How else can I

19    word it?  "May."  "It's possible."

20       Is that all right?

21         MS. KOSTER:  Yes.

22         THE COURT:  Okay.  Now, the government and the

23    defendant have agreed not to use the full names of certain

24    witnesses during the trial, which is open to the public.  The

25    full names of these witnesses are known to the Court and to the

 1    parties and will be reflected in the official court record.

 2    That's what you want me to do, right?

 3              MS. KOSTER:  Correct.

 4              THE COURT:  Agreed?

 5              MR. WIGELL:  Yes, sir.

 6              THE COURT:  Now, here's one that I normally give in

 7    all felon in possession cases.  It's anticipated that the

 8    evidence may show that the defendant has previously been

 9    convicted of a felony.

10        You want me to ask that?

11              MR. WIGELL:  Yes, Judge.

12              THE COURT:  That's it.

13        And then before opening statements you want me to ask the

14    following:  Ladies and gentlemen, the parties -- I've modified

15    it because it was a little too wordy.

16        Ladies and gentlemen, the parties have stipulated and

17    agreed that during these proceedings, which are open to the

18    public, they will not use the full names of any child witnesses

19    who testify.  It is anticipated that two child witnesses may

20    testify in this case.  One child witness is the alleged victim

21    whose initials are A.M., and he will be referred to as A.M.,

22    Anthony, or Tony.

23        The other child witness who may testify in this case will

24    be referred to by his initials K.M. or by his first name Kyle.

25    If any relatives of A.M. or K.M. testify in this case, they

 1   also will be referred to by their initials, their first names,

 2   or their nicknames.

 3        That's what you want me to do before opening statements,

 4   correct?

 5             MS. KOSTER:  Yes, Your Honor.

 6             THE COURT:  Correct?

 7             MR. WIGELL:  Yes, Judge.  I just want to check one

 8   thing with co-counsel.  Just give me one second.  I'm sorry.

 9        Yes, Judge, that's acceptable.  Thank you.

10             THE COURT:  And the following instruction is to be

11   read before the start of any of the two children victims'

12   testimony:  Ladies and gentlemen, the parties have stipulated

13   and agreed that this witness can hold in his hand, just the one

14   witness, while testifying, a small ball that you see him with

15   now.  The ball is not evidence in the case, and you should not

16   consider it when deliberating upon your verdicts.

17        I've informed the parties that if the witness's handling

18   of the ball during his testimony becomes a distraction in any

19   way, I will ask that the ball be removed.

20             MS. KOSTER:  Yes, Your Honor.  Thank you.

21             THE COURT:  Agreed?

22             MR. WIGELL:  Yes, Judge.

23        And for my clarity, that's going to be read before that

24   witness testifies?

25             THE COURT:  That's what I just said.

 1              MR. WIGELL:  Thank you, Judge.

 2              THE COURT:  Anything else I need to talk about before

 3   I get the jury in here -- prospective jurors in here?  Anything

 4   at all?

 5              MS. KOSTER:  No, Your Honor.

 6              THE COURT:  How about you?

 7              MR. WIGELL:  Enough said, Judge.  Thanks though.

 8              THE COURT:  Let's do it.

 9       One thing before they get here.  I don't repeat anything

10   that's in the jury questionnaires.  A lot of your

11   hundred-and-some-odd questions that you submitted refer to

12   these, jury questionnaires.

13       You already have the answers, right?

14              MR. WIGELL:  Some of them, yes, Judge.

15       (Prospective jurors enter the courtroom.)

16              THE COURT:  Please be seated.

17       Good morning, ladies and gentlemen.  It's a pleasure to

18   welcome you as jurors to the Hammond Division of the United

19   States District Court for the Northern District of Indiana.

20   I'm Judge James Moody, and I'll preside during this particular

21   trial.

22       Now, before we start, I want to tell you that I'll use my

23   very best efforts to move this case along as promptly as I can,

24   and I will try to keep you informed as the trial proceeds of

25   any delays and the reasons for those delays as long as to do so

 1    does not violate any of my ethical obligations to the parties

 2    involved in this case.

 3         Also, before we begin, I want to tell you that I

 4    understand most of you really -- really don't want to be here

 5    today.  I recognize that jury service is -- it's inconvenient.

 6    It's a hardship for everyone, but I have to tell you that I

 7    feel very strongly about our obligation as American citizens to

 8    serve on juries and because of that I want to tell you in

 9    advance that I'm not very sympathetic with people who tell me

10    that they can't be here because of their jobs or because they

11    have other or better things to do.

12         Very few, if any of you, can truthfully say that what you

13    do in the course of your daily activities, either on your job

14    or at your home, is so important that you cannot participate in

15    this trial as a juror.  So, again, I'm just not sympathetic to

16    those kind of excuses.  We simply cannot let good jurors go for

17    those reasons.

18         Now, we're about to select a jury for the trial of a

19    criminal case which arises out of an Indictment charging the

20    defendant with violations of federal law; one count of

21    aggravated sexual abuse of a minor, one count of transportation

22    of child pornography, one count of brandishing a firearm during

23    the commission of a crime of violence, and one count of being a

24    felon in possession of a firearm.

25         The defendant has pleaded not guilty, and the denial made

1   by his plea raises the issues of facts to be tried in this

2   case.

3        Now, the Indictment that I just described against the

4   defendant brought by the government, that's only an accusation;

5   nothing more than that.  It's not evidence, and it affords no

6   inference of guilt.  It's merely the formal method of charging

7   the defendant, and the charges must be proven by the evidence

8   introduced during this trial.

9        Are the parties ready to proceed?

10            MS. KOSTER:  We are, Your Honor.

11            THE COURT:  Are you?

12            MR. WIGELL:  Yes, Judge.

13            THE COURT:  Ladies and gentlemen, the parties have a

14   right to have this case tried by qualified jurors, and the

15   process we are about to begin is known as voir dire, which

16   means, simply, that I will ask you questions regarding your

17   qualifications to serve as a juror in this particular case.  My

18   questions will be asked of you collectively, and you should

19   understand that although it is your duty as a citizen to serve

20   on juries, it is also your duty as a citizen not to serve on a

21   jury if there's any reason whatsoever that you cannot do so in

22   fairness to the government, to the defendant, or to yourself.

23        Now, with respect to the questions that I will ask of you,

24   I want to emphasize that there are no right or wrong answers.

25   I have absolutely no expectation as to what your answers to my

1    questions ought to be, so you should not in any way feel that

2    you should strive to give an answer that will be acceptable to

3    me or to the lawyers or to others that are involved in this

4    case.  None of us want that, and that is not what this is all

5    about.

6         What this is all about is to get your honest,

7    straightforward answers as to your opinions or an honest

8    factual response if the question calls for that.  It's going to

9    be a very informal atmosphere in which my questions are asked

10   of you, and, again, your only obligation is to answer

11   truthfully; no right or wrong answers.  What's important is

12   that you be as honest as you can in your responses as I've been

13   indicating.

14        Now, I'm sure that most of you are asking yourself, well,

15   you know, just what's the purpose of all these questions?

16   Well, your answers to my questions give the parties an

17   opportunity to learn a little bit more about each of you.

18   You've already answered on your questionnaires some questions

19   about yourself and your family, about your occupational

20   background and interests.  I will now ask you some questions

21   about your views on some issues that might be involved in the

22   case and which might affect the evaluation of the evidence one

23   way or another.  So if you don't understand a question, just

24   let me know, and I'll do my very best to clarify it.

25        Many of you are going to be excused from this jury today,

1    and if you are excused, you should not be embarrassed in any

2    way because being excused carries with it no disqualification,

3    no suggestion of disqualification, and certainly no stigma.

4    For you to carry away any such notion would indeed be very

5    foolish, and I know none of you will do that.  It might

6    surprise you, but it certainly doesn't mean that you cannot

7    serve on a future jury.  So you can still do that.

8         Now, Ed Ciba, our deputy clerk, is gonna administer an

9    oath to all of you so the questions that I do ask are answered

10   upon your oath.  I would ask all of you to please stand up,

11   raise your right hands, and take an oath.

12        Ed, swear them in, please.

13        (Prospective jurors were sworn.)

14        (Prospective jurors respond in unison.)

15            THE COURT:  All right.  Please be seated.

16        Now, Ed, I want you to call 12 names.

17        And, ladies and gentlemen, as your names are called, I

18   would ask that you take your place in the jury box as directed

19   by the court security officers.

20        All right.

21            DEPUTY CLERK:  Janette Peterson, Erika Dahl,

22   Oscar Rubalcava, Tommy Henry, Virgil Gassoway, Stephen Bauer,

23   Douglas Heavilin, Gregg Schwartz, Corey Anderson,

24   Stephanie Lasayko, Jennifer Kwiatkowski, and Lloyd Schouten.

25            THE COURT:  All right.  My questions are for all of

 1    you, but I would ask those of you who are now seated in the

 2    jury box to please raise your hand if your answer to any of my

 3    questions would be yes.  I'll tell you how that works in a

 4    little bit.

 5        Those of you who are not yet seated in the jury box,

 6    please, listen carefully to my questions because in all

 7    likelihood many of you are gonna be called to take your seat in

 8    the jury box before the morning is over.  So listen carefully

 9    to what my questions are.

10        Is there any juror who would be unduly burdened with

11    financial, business, or family problems if the trial of this

12    case requires four, possibly five days to try?

13        Is there anybody who couldn't stay with us for that

14    relatively short period of time?  If so, raise your hand.

15        Yes, ma'am.  You are Erika Dahl?

16            JUROR:  Yes.  It is up to you.  I have a job

17    interview tomorrow.

18            THE COURT:  You do?

19            PROSPECTIVE JUROR:  Yes.

20            THE COURT:  Oh, boy.  What time?

21            PROSPECTIVE JUROR:  Eleven.

22            THE COURT:  How long has it been scheduled for?

23            PROSPECTIVE JUROR:  I got the -- since Wednesday.

24            THE COURT:  Since Wednesday?

25            PROSPECTIVE JUROR:  Yeah.  I got a call to serve

 1  today, so --

 2          THE COURT:  Yeah.  In today's environment, that's

 3  very important to you, isn't it?

 4          PROSPECTIVE JUROR:  It is.

 5          THE COURT:  It is.  Yeah.

 6      Any objection to me excusing Ms. Dahl for that reason?

 7          MS. KOSTER:  No, Your Honor.

 8          MR. WIGELL:  None, Your Honor.

 9          THE COURT:  You are excused.  Thanks.

10      One more, please.

11          DEPUTY CLERK:  Natasha Hudak.

12          THE COURT:  Okay.  You are Natasha Hudak?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  You heard my question?

15          PROSPECTIVE JUROR:  Yes.

16          THE COURT:  Would you have answered yes to it?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Anybody else?

19      You are Jennifer -- you know, I'm really good with Smith

20  and Jones names -- Kwiatkowski.

21          PROSPECTIVE JUROR:  Kwiatkowski.

22          THE COURT:  Close.  What's the problem.

23          PROSPECTIVE JUROR:  I'm a student.  I'm in my last

24  week of school this week, tomorrow evening as well as Thursday

25  evening.

1             THE COURT:  Two evenings?

2             PROSPECTIVE JUROR:  Well, it starts at, I guess,

3    two o'clock and ends at 5:45.

4             THE COURT:  Oh, it's in the afternoon?

5             PROSPECTIVE JUROR:  Yep.

6             THE COURT:  What happens if you are not there?

7             PROSPECTIVE JUROR:  I don't get to take my last final

8    exam, so I'm not quite sure what the consequence is.

9             THE COURT:  So you flunk?

10            PROSPECTIVE JUROR:  Perhaps.

11            THE COURT:  Gosh, that would be awful.

12        Any objection for me excusing her?

13            MS. KOSTER:  No, Your Honor.

14            MR. WIGELL:  None, Your Honor.

15            THE COURT:  Jennifer, you're excused.  Do well.

16        One more, please.

17            DEPUTY CLERK:  Tanya Corbett.

18            THE COURT:  You are Tanya Corbett?

19            PROSPECTIVE JUROR:  Yes.

20            THE COURT:  Did you hear my question?

21            PROSPECTIVE JUROR:  Yes.

22            THE COURT:  Would you have answered yes to it?

23            PROSPECTIVE JUROR:  No.

24            THE COURT:  Anybody else?

25        Okay.

```
 1        Is there anyone who has any special disability or physical
 2   problem such as an uncorrected hearing impairment, an
 3   uncorrected sight impairment, or a medical condition that would
 4   make serving as a member of this jury difficult or impossible?
 5   Anybody have that kind of a problem?
 6        Okay.
 7        You've been summoned here this morning as a prospective
 8   juror for a criminal case entitled United States of America
 9   against David Alan Resnick.  Mr. Resnick has been charged in
10   the Indictment with violations of federal law; one count of
11   aggravated sexual abuse of a minor, one count of transportation
12   of child pornography, one count of brandishing a firearm during
13   the commission of a crime of violence, and one count of being a
14   felon in possession of a firearm.
15        Other than what I just told you, do any of you know
16   anything at all about the facts of this case?
17        Do any of you remember having read, seen, or heard
18   anything at all about the case on either radio, television, or
19   in the newspapers?
20        Have any of your friends, family, neighbors, coworkers, or
21   anyone else talked to you about the case?
22        So I'm the first one to mention it, right?
23        (Prospective jurors nodded heads in unison.)
24            THE COURT:  Okay.
25        Do any of you know of any reason why you would be
```

1    prejudiced for or against the government or the defendant just

2    because of the nature of these charges?

3        Is there anything at all about these criminal charges that

4    would make you prejudiced against someone who is merely accused

5    of them?

6        Okay.

7        Is there anyone who believes that just because a person

8    has been accused of a crime he or she must be guilty of that

9    crime?  Anybody believe that?

10       Okay.

11       Do any of you believe that the offenses which the

12   defendant is charged with having committed should not

13   constitute federal crimes?  Anybody feel that way?

14       Again, the defendant in this case is David Alan Resnick.

15   Do any of you know the defendant, Mr. Resnick?

16       The lawyers in this case are Jill R. Koster and

17   Thomas M. McGrath.  They represent the United States

18   government.  And Raymond G. Wigell and Huma Rashid representing

19   the defendant, Mr. Resnick.  Do any of you know any of these

20   lawyers, or have any of you had any dealings with any of them?

21       Okay.  I'm now going to read to you a list of the people

22   who may testify as witnesses in this case, and I would like you

23   to indicate if you have any knowledge or any relationship to

24   any of the people on the list.  So when I read the list, again,

25   just raise your hand if you recognize any of the names, and

 1    I'll ask you to indicate for us the nature of your knowledge or

 2    relationship to that person you've indicated you might know.

 3         Okay.  All right.  Let's begin.

 4         Erika Beal who's also known as Erika Savia.  Anybody know

 5    her?

 6         Kristian Bonner; Brian Broughton; Matt Chicantek,

 7    William "Rocky" Donaldson; Chris Hall; Lace Koler; Dusty Moore;

 8    Keith Moore; Kyle Moore Sr.; █████████; █████████

 9    ██████; Lora Norman; Byron Owen; Timothy Podgorski; Adam Pohl;

10    Michael Polidori; Tim Pycraft; Howard Resnick; Rocco Rigsby;

11    Alex Rivas; Lana Sabata; Victor John Savia; Chris Shephard;

12    Nicole Shephard; S. Pal Singh, S-I-N-G-H; Lekecia Smith; and,

13    finally, Sherry Walker.

14         Anybody know any of those people?

15         Did I list all of the potential witnesses?

16              MS. KOSTER:  Yes, Your Honor.

17              THE COURT:  Agreed?

18              MR. WIGELL:  Agreed.

19              THE COURT:  Thank you.

20         Have any of you or has anyone close to you ever been

21    employed in the trucking industry?

22         Okay.  Have any of you or has anyone close to you ever --

23              MR. WIGELL:  Judge, I --

24              THE COURT:  -- been employed by the United States

25    Government, including the United States Attorney's Office?

```
 1        Anybody ever worked for the government; United States

 2   Government?

 3        Have any of you or has anyone close to you ever applied

 4   for a job with or worked for any type of law enforcement agency

 5   or in the security field?

 6        Yes.  You are Lloyd --

 7        How do you pronounce that?  Schouten?

 8             PROSPECTIVE JUROR:  Schouten.

 9             THE COURT:  Schouten?

10             PROSPECTIVE JUROR:  Yes.

11             THE COURT:  Who is it?  You?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  Okay.  And what was the name of the law

14   enforcement agency that you worked?

15             PROSPECTIVE JUROR:  I was a security guard for -- for

16   a security company back in California.

17             THE COURT:  For a security company?

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  When?

20             PROSPECTIVE JUROR:  Several years ago back in '97,

21   '98.

22             THE COURT:  Okay.  Just a couple of years?

23             PROSPECTIVE JUROR:  Yeah.  Yes, sir.

24             THE COURT:  Okay.  And what position did you hold

25   when you worked for a security company?
```

1          PROSPECTIVE JUROR:  About 23, 24, that was my age.

2          THE COURT:  That was your age.

3          PROSPECTIVE JUROR:  Yeah.  I only worked there for a

4    year-and-a-half, two years.

5          THE COURT:  And what position did you hold?  Were you

6    a security officer?

7          PROSPECTIVE JUROR:  Security guard, yes.

8          THE COURT:  And security guards do what?

9          PROSPECTIVE JUROR:  Provide security for different

10   businesses; making sure there are no break-ins, people are

11   staying off the property when they are not supposed to be on

12   the property.

13         THE COURT:  And that's what you did?

14         PROSPECTIVE JUROR:  Yes, sir.

15         THE COURT:  Do you think that -- in any way that

16   experience you had would in any way affect your ability to be

17   fair and impartial in this case?

18         PROSPECTIVE JUROR:  No.

19         THE COURT:  Okay.  Anybody else?

20         PROSPECTIVE JUROR:  I have a question.

21         THE COURT:  Okay.  Normally I ask the questions.  But

22   that's okay.

23         PROSPECTIVE JUROR:  That's because I'm confused on

24   your question, sir.

25         THE COURT:  Oh, you are.  And you are?

1              PROSPECTIVE JUROR:  Oscar Rubalcava.

2              THE COURT:  Yes.

3              PROSPECTIVE JUROR:  Okay.

4              THE COURT:  What's your question?

5              PROSPECTIVE JUROR:  My question is:  Does your

6    question include a family member of mine?

7              THE COURT:  Yeah.

8              PROSPECTIVE JUROR:  Okay.

9              THE COURT:  You or anyone close to you.  That

10   includes your really close friends, your family members.

11             PROSPECTIVE JUROR:  Okay.  My son works for -- well,

12   he worked for Allied Barton Security Company for ArcelorMittal.

13             THE COURT:  For what?

14             PROSPECTIVE JUROR:  He was a security guard.

15             THE COURT:  He was a security guard.

16             PROSPECTIVE JUROR:  But he got a promotion where he

17   is in the administration of that --

18             THE COURT:  Security firm?

19             PROSPECTIVE JUROR:  Same -- well, it's another

20   company, but it's not Allied Barton anymore.

21             THE COURT:  I see.

22             PROSPECTIVE JUROR:  Would that count as security?

23             THE COURT:  Well, I suppose, sure.

24        Did you ever talk to him about his experiences as a

25   security officer?

1                PROSPECTIVE JUROR:  Yes, at times.

2                THE COURT:  Okay.  Would the fact that your son

3     worked as a security officer, as you described, in any way

4     affect your ability to be fair and impartial in this case?

5                PROSPECTIVE JUROR:  No.

6                THE COURT:  Okay.  Who else?  Someone in the back row

7     raised their hand.

8          Yes.  You are Tanya Corbett, right?

9                PROSPECTIVE JUROR:  Yes.  My stepfather's family is

10    all pretty much law enforcement, but I'm not close enough to

11    have had any conversations about anything, ask them.  But I --

12               THE COURT:  Is that your husband's family?

13               PROSPECTIVE JUROR:  He has some too, but, no, my

14    stepdad's family.

15               THE COURT:  Stepdad.  Okay.

16               PROSPECTIVE JUROR:  Yes.

17               THE COURT:  Are they law enforcement officers, police

18    officers, things of that nature?

19               PROSPECTIVE JUROR:  Yes.

20               THE COURT:  Okay.  And in what cities were they law

21    enforcement officers?  Can you recall?

22               PROSPECTIVE JUROR:  Indianapolis and Portage pretty

23    much.

24               THE COURT:  Okay.  And they were what, were they

25    police officers, right?

```
 1              PROSPECTIVE JUROR:  One was a FBI agent, one DEA, and

 2    then the rest are police officers.

 3              THE COURT:  Okay.  So some did work for the federal

 4    government as FBI agents or Drug Enforcement Administration

 5    agents, correct?

 6              PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  Okay.  Did you ever speak to them about

 8    the nature of their work?

 9              PROSPECTIVE JUROR:  No, sir.  No, sir.

10              THE COURT:  Okay.  Would those facts that you just

11    related to us in any way affect your ability to be fair and

12    impartial in this case?

13              PROSPECTIVE JUROR:  No, sir.

14              THE COURT:  Anybody else?

15         Yes.  You are Jeanette Peterson?

16              PROSPECTIVE JUROR:  Yes.

17              THE COURT:  Someone in your family?

18              PROSPECTIVE JUROR:  My grandson works for, I think,

19    Allied Barton.  Security guard.

20              THE COURT:  He is a security guard?

21              PROSPECTIVE JUROR:  Yes.  Uh-huh.

22              THE COURT:  That's your grandson?

23              PROSPECTIVE JUROR:  Yes.

24              THE COURT:  Did you ever talk to him about the nature

25    of his work?
```

 1              PROSPECTIVE JUROR:  No.  Not really, no.

 2              THE COURT:  Okay.  Would the fact that your grandson

 3    is a security officer in any way affect your ability to be fair

 4    and impartial to both sides?

 5              PROSPECTIVE JUROR:  No.

 6              THE COURT:  Anybody else?

 7         Okay.  Have any of you or has anyone close to you ever

 8    worked in the criminal defense field either as an attorney, a

 9    paralegal, a legal assistant, or an investigator?

10         Any of you or anybody close to you ever done any of those

11    things?

12         Okay.  Have any of you or has anyone close to you ever

13    been a volunteer or had a job that involved contact with

14    children such as teacher's aid, scout leader, coach, or Sunday

15    school teacher, or something of that nature dealing with

16    children?

17         Okay.  Let's start in the first row.

18         You are Natasha Hudak?

19              PROSPECTIVE JUROR:  Yes.

20              THE COURT:  Who in your family?

21              PROSPECTIVE JUROR:  My husband.  He coaches football.

22              THE COURT:  He coaches football for children?

23              PROSPECTIVE JUROR:  Yes.

24              THE COURT:  What grade level?

25              PROSPECTIVE JUROR:  All sorts.  He's doing Pop Warner

1    and Lake Station High School now.

2              THE COURT:  Pop Warner?

3              PROSPECTIVE JUROR:  Yeah.

4              THE COURT:  That's ages what?  I'm sorry.

5              PROSPECTIVE JUROR:  He volunteered for Pop Warner.

6    They were about ten.  He does soccer coaching for my kids.

7              THE COURT:  Okay.  Soccer as well?

8              PROSPECTIVE JUROR:  Yes.

9              THE COURT:  Okay.  And he's a coach in each of those

10   areas?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Okay.  Do you think his experience as a

13   coach in Pop Warner and soccer might prevent you from acting

14   with impartiality in this case, yes or no?

15             PROSPECTIVE JUROR:  No.

16             THE COURT:  Okay.  In the front row.  We'll go to --

17   you're Mr. Gassoway?

18             PROSPECTIVE JUROR:  (Nodding head in the

19   affirmative.)

20             THE COURT:  Virgil Gassoway.  Who in your family?

21             PROSPECTIVE JUROR:  I was a teacher 40 -- 45, 50

22   years ago.  I had children; third, fourth, fifth, and sixth

23   grade; and for one year I was a consultant teacher.  And also I

24   -- I -- I work on children in my practice.

25             THE COURT:  And your practice is what?

1                 PROSPECTIVE JUROR:  Dentistry.

2                 THE COURT:  Dentistry.  Okay.

3        Would your experiences in those roles that you worked in

4    prevent you were acting with impartiality in this case?

5                 PROSPECTIVE JUROR:  No.

6                 THE COURT:  Okay.  Mr. Bauer, you raised your hand, I

7    think?

8                 PROSPECTIVE JUROR:  Yes, I did.  I was a coach for

9    basketball about 20, 25 years ago.

10                THE COURT:  And what age children were you dealing

11   with?

12                PROSPECTIVE JUROR:  Fifth and sixth grade.

13                THE COURT:  Okay.  And would your experience as a

14   coach then prevent you from acting with impartiality in this

15   case now?

16                PROSPECTIVE JUROR:  No.

17                THE COURT:  Okay.  And, Mr. Henry, you raised your

18   hand?

19                PROSPECTIVE JUROR:  Yes.  My wife's a school teacher.

20                THE COURT:  Okay.  What grade level?

21                PROSPECTIVE JUROR:  First grade.

22                THE COURT:  First grade.  Okay.

23        Would the fact that she is a teacher of first graders

24   prevent you from acting with impartiality in this case?

25                PROSPECTIVE JUROR:  No, sir.

 1                  THE COURT:  Let's start in the back row.  Who raised

 2     their hand in the back row?  Sorry.

 3          All right.  Let's start with Douglas Heavilin?

 4                  PROSPECTIVE JUROR:  Heavilin, yes, Your Honor.

 5                  THE COURT:  Okay.  Who in your family?  You?

 6                  PROSPECTIVE JUROR:  I'm a high school math teacher.

 7                  THE COURT:  Okay.  So you are high school level?

 8                  PROSPECTIVE JUROR:  Yes.

 9                  THE COURT:  Freshman?  Sophomore?  Junior?  Senior?

10                  PROSPECTIVE JUROR:  Geometry.  Last year.  So

11     depending on where the student was at in high school education.

12                  THE COURT:  I see.  So it could have been any one of

13     those levels?

14                  PROSPECTIVE JUROR:  Yes.

15                  THE COURT:  Okay.  Would your experiences as a high

16     school teacher, as you described it, prevent you from acting

17     with impartiality in this case?

18                  PROSPECTIVE JUROR:  No.

19                  THE COURT:  Okay.

20          Who else in the back row?

21          Okay.  Mr. -- is it Schwartz?

22                  PROSPECTIVE JUROR:  Yes, sir.

23                  THE COURT:  Gregg Schwartz, right?

24                  PROSPECTIVE JUROR:  Yes, sir.

25                  THE COURT:  Is it you or someone in your --

 1              PROSPECTIVE JUROR:  I coached -- volunteer-coached

 2    basketball in the high school level from 1990 to 2000.

 3              THE COURT:  Okay.  Would that experience prevent you

 4    from acting with impartiality in this case?

 5              PROSPECTIVE JUROR:  No, sir.

 6              THE COURT:  Cory Anderson?

 7              PROSPECTIVE JUROR:  Yes.

 8              THE COURT:  Is it you or someone close to you?

 9              PROSPECTIVE JUROR:  Various volunteer stuff for --

10    with my younger brother the last three years or so; baseball,

11    wrestling.

12              THE COURT:  Baseball mostly?

13              PROSPECTIVE JUROR:  Yes.

14              THE COURT:  What grade level of child?

15              PROSPECTIVE JUROR:  He's 12 now.  So, basically, the

16    last three years.

17              THE COURT:  Okay.  So nine to twelve --

18              PROSPECTIVE JUROR:  Mostly Little League.

19              THE COURT:  Okay.  Would those experiences that you

20    had doing that prevent you from acting with impartiality in

21    this case?

22              PROSPECTIVE JUROR:  No.

23              THE COURT:  Okay.  Who else in the back row?

24        Okay.  You are Stephanie Lasayko?

25              PROSPECTIVE JUROR:  Lasayko.

1                    THE COURT:  Lasayko.  Okay.

2                    PROSPECTIVE JUROR:  I have an elementary teaching

3        degree.  I have substitute taught elementary school and worked

4        as a teacher's aide at my son's school first through fourth

5        grade.

6                    THE COURT:  Okay.  Would those experiences prevent

7        you from acting with impartiality in this case?

8                    PROSPECTIVE JUROR:  No.

9                    THE COURT:  Okay.  Tanya Corbett.

10                   PROSPECTIVE JUROR:  Yes.  Myself.  I'm Director of

11       Transportation for Portage Township Schools.

12                   THE COURT:  Okay.

13                   PROSPECTIVE JUROR:  So I have contact with pretty

14       much all ages.

15                   THE COURT:  All levels of school children?

16                   PROSPECTIVE JUROR:  Yes.  But my direct contact is

17       just usually with the principals and that sort of thing on a

18       daily basis.

19                   THE COURT:  Okay.  Would those experiences prevent

20       you from acting with impartiality in this case?

21                   PROSPECTIVE JUROR:  No.

22                   THE COURT:  Okay.

23           And Lloyd -- is it Schouten?

24                   PROSPECTIVE JUROR:  Schouten, Your Honor.

25                   THE COURT:  You know, I asked you that before.  I'll

```
 1   try to get it right the next time.  Mr. Schouten, who in your
 2   family.  Was it you?
 3              PROSPECTIVE JUROR:  No, my wife.  She's a cafeteria
 4   supervisor for kindergarten through third grade.
 5              THE COURT:  Okay.  And do you think the experience
 6   that you have with your wife who does what you just said
 7   prevent you from acting with impartiality in this case?
 8              PROSPECTIVE JUROR:  I don't think so, no.
 9              THE COURT:  Any doubt about it?
10              PROSPECTIVE JUROR:  No.
11              THE COURT:  Okay.  Anybody else I missed?
12        You might have answered this on your questionnaire, but
13   let me ask it again if you didn't.
14        Do any of you have any close friends or relatives who are
15   lawyers?  Attorneys?  Lawyers, attorneys.  Same.  Okay.
16        Have any of you ever been acquainted with a police
17   officer, a government agent, or other law enforcement officers
18   of any type whatsoever?
19        Okay.  You are Corey Anderson, right?
20              PROSPECTIVE JUROR:  Yes.
21              THE COURT:  You're acquainted with police officers?
22              PROSPECTIVE JUROR:  I know several local law
23   enforcement guys in Hammond, Highland.
24              THE COURT:  Hammond and Highland.
25              PROSPECTIVE JUROR:  (Nodding head in the
```

 1   affirmative.)

 2           THE COURT:  Okay.

 3           PROSPECTIVE JUROR:  One in Munster.

 4           THE COURT:  Okay.  And they're close friends of yours

 5   or just acquaintances?

 6           PROSPECTIVE JUROR:  A couple of them are close

 7   friends.

 8           THE COURT:  Okay.

 9           PROSPECTIVE JUROR:  Most are just acquaintances.

10           THE COURT:  Do you ever discuss with them the nature

11   of their work as law enforcement officers?

12           PROSPECTIVE JUROR:  Yes.

13           THE COURT:  Okay.  Would the fact that you have close

14   friends and acquaintances who are law enforcement officers in

15   Hammond and Highland who you talk about their police work,

16   would those facts prevent you from acting with impartiality in

17   this case?

18           PROSPECTIVE JUROR:  No.

19           THE COURT:  Okay.  Anybody else who raised their

20   hand?

21       Yes.  You are Stephanie Lasayko, correct?

22           PROSPECTIVE JUROR:  Right.  My neighbor's an ATF

23   agent.

24           THE COURT:  Okay.  That's the Alcohol, Tobacco, and

25   Firearms.

 1              PROSPECTIVE JUROR:  Correct.

 2              THE COURT:  Okay.  Do you see him frequently?

 3              PROSPECTIVE JUROR:  Daily.

 4              THE COURT:  Daily.

 5              PROSPECTIVE JUROR:  Well, I'm retired.

 6              THE COURT:  You're retired.

 7              PROSPECTIVE JUROR:  He lives two doors away.

 8              THE COURT:  I got you.  Okay.

 9        Did you ever discuss with him what he does as a ATF agent?

10              PROSPECTIVE JUROR:  Not really.

11              THE COURT:  Sometimes though, possibly, in passing?

12              PROSPECTIVE JUROR:  Yes.  I don't believe that would

13   have any affect on my ability.

14              THE COURT:  Okay.  Can I get the name of the ATF

15   agent?

16              PROSPECTIVE JUROR:  I don't know his last name.

17              THE COURT:  I'm sorry?

18              PROSPECTIVE JUROR:  I don't know his last name.

19              THE COURT:  Okay.  All right.  Would that fact that

20   you just disclosed prevent you from acting with impartiality in

21   this case?

22              PROSPECTIVE JUROR:  No.

23              THE COURT:  Who else in the back row?

24        Yes.  Mr. Schouten.

25              PROSPECTIVE JUROR:  Yes.  My uncle was a police

 1    officer for a number of years back when I was younger.

 2              THE COURT:  And what city or town?

 3              PROSPECTIVE JUROR:  Modesto, California.

 4              THE COURT:  Okay.  And that was your --

 5              PROSPECTIVE JUROR:  My mother's brother.  My uncle.

 6              THE COURT:  Your uncle.  Okay.

 7         Did you ever discuss with him the nature of his work as a

 8    law enforcement officer?

 9              PROSPECTIVE JUROR:  No.

10              THE COURT:  Okay.  Would that fact prevent you from

11    acting with impartiality in this case?

12              PROSPECTIVE JUROR:  No.

13              THE COURT:  Okay.  Anybody else that I missed?

14         Okay.  Now, there may be police officers, government

15    agents, and other law enforcement officers who testify as

16    witnesses in this case.

17         Do any of you feel that the testimony of a law enforcement

18    officer, a police officer, or a government agent should be

19    given greater weight and consideration just because of that

20    fact?

21         Anybody feel that way?

22         Conversely, do any of you feel that such testimony should

23    be given lesser weight and consideration because of that fact?

24         In other words, those two questions really are can -- is

25    there anybody that cannot treat the testimony of a law

1    enforcement officer, a government agent, or other law

2    enforcement officers just like you could the testimony of

3    anybody else?

4         Okay.  This case is being prosecuted by the United States

5    Attorney's Office for the Northern District of Indiana.  Have

6    any of you had any prior dealings with the federal government

7    or the United States Attorney's Office that might affect your

8    ability to be fair and impartial with respect to the

9    government?

10        Okay.  Have any of you or has anyone close to you ever had

11   a particularly positive or negative experience with law

12   enforcement or police officers or government agents which would

13   cause you to be prejudiced either for or against the government

14   or the defendant in this case?

15        Any of those kind of experiences?

16        Okay.  Have any of you or has anyone close to you ever

17   been investigated for conduct involving a sexual act or sexual

18   contact with any person, whether an adult or a minor, or for

19   conduct involving child pornography?

20        Okay.  Have any of you or has anyone close to you ever had

21   any difficulty with the law such as being investigated by any

22   federal, state, or local law enforcement agency or being

23   arrested for or charged with a crime other than a minor traffic

24   violation?

25        Yes.  You are Douglas Heavilin?

1              PROSPECTIVE JUROR:  Heavilin.

2              THE COURT:  Yes.

3              PROSPECTIVE JUROR:  I was arrested for minor

4    consumption of alcohol.

5              THE COURT:  That had to be, what --

6              PROSPECTIVE JUROR:  Fifteen years ago.

7              THE COURT:  Fifteen years ago.  Okay.  And what law

8    enforcement or police agency was involved?

9              PROSPECTIVE JUROR:  Valparaiso Police Department, and

10   then -- that was when I was 18 years old -- and when I was 20

11   years old in Indianapolis.

12             THE COURT:  Okay.

13             PROSPECTIVE JUROR:  Same offense.

14             THE COURT:  What were the outcomes of those two

15   experiences?

16             PROSPECTIVE JUROR:  Time served and behave yourself.

17             THE COURT:  Okay.  Do you have any lingering feelings

18   about that experience which you feel might impact your ability

19   to serve or will prevent you from serving as a fair and

20   impartial juror in this case?

21             PROSPECTIVE JUROR:  No, sir.

22             THE COURT:  Okay.  You can set that all aside, right?

23             PROSPECTIVE JUROR:  Yeah.

24             THE COURT:  Okay.  Anybody else?

25         Okay.  Have any of you or has anyone close to you ever

 1    been a victim of a sexual assault, a rape, or any other kind of

 2    a crime?

 3        Ever been a victim of those type of crimes or any other

 4    kind of crime?

 5        Okay.  Have any of you had any experience in your own

 6    personal life or the personal life of someone close to you that

 7    you believe would influence your judgment as a fair and

 8    impartial juror in this case?

 9        Any of those kind of experiences?

10        Okay.  Have any of you or has anyone close to you ever

11    been a member of or associated with the National Rifle

12    Association or any other organization that either promotes or

13    limits the rights of persons to own or possess handguns or

14    other types of firearms?

15             PROSPECTIVE JUROR:  (Virgil Gassoway) If you are a

16    member of it?

17             THE COURT:  Have you ever been a member of it or

18    associated in any way with it.

19             PROSPECTIVE JUROR:  (Virgil Gassoway) Yes.  I'm a

20    member of the NRA.

21             THE COURT:  Okay.  And would that fact prevent you

22    from acting with impartiality in this case?

23             PROSPECTIVE JUROR:  (Virgil Gassoway) No.

24             THE COURT:  Has there been anything about the

25    experience you had, being a member of the National Rifle

1    Association, that in any way would influence you as far as this

2    case is concerned?

3              PROSPECTIVE JUROR:  (Virgil Gassoway) No.

4              THE COURT:  Okay.  Anybody else?

5        Yes.  You are?

6              PROSPECTIVE JUROR:  Corey.

7              THE COURT:  Corey Anderson.  Is it you or someone

8    else close to you?

9              PROSPECTIVE JUROR:  Myself.

10             THE COURT:  Okay.  And you're a member of the

11   National Rifle Association?

12             PROSPECTIVE JUROR:  Not a member.  I'm just very pro

13   Second Amendment.

14             THE COURT:  Okay.  Would that fact prevent you from

15   acting in impartiality in this case?

16             PROSPECTIVE JUROR:  I don't believe so.

17             THE COURT:  Any doubt about it?

18             PROSPECTIVE JUROR:  I would say no.

19             THE COURT:  Well, I mean, you know, you got to search

20   your soul here, sir.  Any doubt about it at all?

21             PROSPECTIVE JUROR:  Well, yeah.  Yes.  I will say --

22   just I don't know anything about the case though, so I don't

23   know.

24             THE COURT:  I know.  But you have strong feelings

25   about the Second Amendment.

1           PROSPECTIVE JUROR:  Yes.

2           THE COURT:  Okay.  And that may very well, knowing

3    that this case involves one charge of being a felon in

4    possession of a firearm -- so what you're saying is then that

5    might affect your ability --

6           PROSPECTIVE JUROR:  Yeah, that would.

7           THE COURT:  -- to be fair and impartial here,

8    correct?

9           PROSPECTIVE JUROR:  Yes, you are very correct.

10          THE COURT:  Okay.  Any objection to me excusing

11   Mr. Anderson?

12          MS. KOSTER:  No objection.

13          MR. WIGELL:  No, Judge.

14          THE COURT:  Thank you, sir.  You're excused.

15       One more, please.

16          DEPUTY CLERK:  Robert Minarcik.

17          THE COURT:  Good morning.

18          PROSPECTIVE JUROR:  Good morning.

19          THE COURT:  You are Robert Minarcik.

20          PROSPECTIVE JUROR:  Yes, I am.

21          THE COURT:  Did you hear and pay close attention to

22   all my questions?

23          PROSPECTIVE JUROR:  Yes, sir.

24          THE COURT:  Would you have answered yes to any of

25   those?

 1            PROSPECTIVE JUROR:  No.

 2            THE COURT:  Okay.  So anybody else concerning the

 3   National Rifle Association or any other organization?

 4       You are Mr. Schouten?

 5            PROSPECTIVE JUROR:  Yes, sir.  Former member of the

 6   NRA.

 7            THE COURT:  Okay.  How long ago?

 8            PROSPECTIVE JUROR:  Several years.  About 10, 15

 9   years ago.

10            THE COURT:  Okay.  Would that fact prevent you from

11   acting with impartiality in this case?

12            PROSPECTIVE JUROR:  No.

13            THE COURT:  Anything at all about the experience you

14   had when you were a member of the NRA that in any way would

15   influence you as far as this case is concerned?

16            PROSPECTIVE JUROR:  No.

17            THE COURT:  Okay.  Anybody else?

18       Okay.  Do any of you disagree with the laws that regulate

19   or prohibit the ownership or possession of firearms, disagree

20   with those laws?  Anybody disagree?

21       Okay.  Do any of you have any preconceived ideas about

22   firearms or gun control that would prevent you from being

23   objective in your determinations as a juror in this case?

24       Okay.  Do any of you or does anyone in your household keep

25   a firearm in the house?

1       All right.  Let's start in the front row.

2       It's Tommy Henry, correct?

3               PROSPECTIVE JUROR:  Yep.

4               THE COURT:  Who in your house, you?

5               PROSPECTIVE JUROR:  I do.

6               THE COURT:  Okay.  And can you describe the firearm

7    that you have in your house?

8               PROSPECTIVE JUROR:  It's a handgun.

9               THE COURT:  And for what purpose do you have that

10   firearm?

11              PROSPECTIVE JUROR:  Personal protection.

12              THE COURT:  Okay.

13      Mr. Gassoway.

14              PROSPECTIVE JUROR:  A .45.

15              THE COURT:  And it's you?

16              PROSPECTIVE JUROR:  Pardon me?

17              THE COURT:  It's you?  Forty-five handgun?

18              PROSPECTIVE JUROR:  Yes.

19              THE COURT:  And for what is that firearm used?

20              PROSPECTIVE JUROR:  Personal protection.

21              THE COURT:  Mr. Bauer, did you raise your hand?

22              PROSPECTIVE JUROR:  No.

23              THE COURT:  Okay.  Anybody else in the front row?

24   Hang on.

25      Mr. Heavilin.  I'm sorry.  Mr. Heavilin.

1          PROSPECTIVE JUROR:  Yes.  I have a pistol for

2    personal protection in my home.

3          THE COURT:  Okay.  Mr. Schwartz?

4          PROSPECTIVE JUROR:  No.

5          THE COURT:  Okay.  Mr. Minarcik?

6          PROSPECTIVE JUROR:  Yes, I have a .38.

7          THE COURT:  Handgun?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  For what purpose?

10         PROSPECTIVE JUROR:  Protection.

11         THE COURT:  Okay.

12         PROSPECTIVE JUROR:  And a 9-millimeter.

13         THE COURT:  I'm sorry?

14         PROSPECTIVE JUROR:  9-millimeter.

15         THE COURT:  Anything others than those two?

16         PROSPECTIVE JUROR:  Twelve-gauge shotgun.

17         THE COURT:  Okay.  And what's the shotgun used for?

18         PROSPECTIVE JUROR:  Hunting.

19         THE COURT:  Hunting.  Any other handgun for

20   protection or what?

21         PROSPECTIVE JUROR:  I have no -- no other guns.

22         THE COURT:  No, I know.  But do you use the

23   9-millimeter for protection as well as the others?

24         PROSPECTIVE JUROR:  Yes.

25         THE COURT:  Okay.

1          Miss Lasayko?

2                  PROSPECTIVE JUROR:  Lasayko.

3                  THE COURT:  Lasayko.  Gosh.  I'll get it straight.

4                  PROSPECTIVE JUROR:  I have a .22 rifle.  It is my

5      husband's.

6                  THE COURT:  Okay.

7                  PROSPECTIVE JUROR:  It was his father's.

8                  THE COURT:  Do you know what purpose it was used for

9      or is used for?

10                 PROSPECTIVE JUROR:  I don't even know what his father

11     used it for.  When his father died, we kept the rifle.  So it

12     sits in the closet.

13                 THE COURT:  It's in a closet?

14                 PROSPECTIVE JUROR:  It's in a closet.

15                 THE COURT:  Tanya Corbett?

16                 PROSPECTIVE JUROR:  Yes.  My daughter.  She has a .22

17     Ruger.

18                 THE COURT:  Revolver?

19                 PROSPECTIVE JUROR:  Yes.

20                 THE COURT:  Okay.  Do you know what purpose it is

21     for?

22                 PROSPECTIVE JUROR:  Personal protection.

23                 THE COURT:  Okay.

24        Mr. Schouten?

25                 PROSPECTIVE JUROR:  Yes.  I have two handguns and a

 1   rifle.

 2           THE COURT:  Okay.  What purpose do you have those?

 3           PROSPECTIVE JUROR:  Handguns for personal protection

 4   and rifle is for hunting.

 5           THE COURT:  Did I miss anybody?

 6      Okay.  I know from reading your questionnaires that some

 7   of you have previously served on juries in either civil or

 8   criminal trials, but have any of you ever served on what's

 9   called a grand jury?

10      Okay.  Do any of you have any particularly strong beliefs

11   about adult or child pornography that you feel would prevent

12   you from serving as a member of a jury trying a child

13   pornography related case?

14      Okay.  It's anticipated that the evidence in this case may

15   include graphic and explicit images, video displays, and

16   language.  Would that type of evidence prevent any one of you

17   from being a fair and impartial juror in this case?

18      Okay.  Do any of you use a computer, either at work or at

19   home?

20      Okay.  Most of you.

21      All right.  Let's start in the front row with

22   Natasha Hudak?

23           PROSPECTIVE JUROR:  Uh-huh.

24           THE COURT:  Ms. Hudak, do you use your computer at

25   work or at home?

1              PROSPECTIVE JUROR:  Both.

2              THE COURT:  Both.  How often do you use a computer?

3              PROSPECTIVE JUROR:  Daily.

4              THE COURT:  Can you speak louder.

5              PROSPECTIVE JUROR:  Daily.

6              THE COURT:  Every day.

7        Do you ever search the Internet?

8              PROSPECTIVE JUROR:  Sometimes.

9              THE COURT:  And do you use Bing, Yahoo, or Google to

10    search the Internet?

11             PROSPECTIVE JUROR:  I think Google.

12             THE COURT:  Google.  Have you ever searched the

13    Internet for one thing and your search results gave you

14    something entirely not on point?

15             PROSPECTIVE JUROR:  Not that I know of, no.

16             THE COURT:  Okay.  There are computer software

17    programs that are especially designed to share electronic files

18    via Internet.  Examples of those programs include Ares,

19    A-R-E-S; eMule, eDonkey, LiveWire, FrostWire, BearShare, Kazaa,

20    BitTorrent, BitComet, BitTornado, GigaTribe, Morpheus,

21    Shareaza, and Vuze.

22        Have you ever used one or more of those software programs?

23             PROSPECTIVE JUROR:  Not that I know of, no.

24             THE COURT:  Mr. Rubalcava.

25             PROSPECTIVE JUROR:  That's right.  You got it.

1              THE COURT:  Okay.  Do you use a computer at work or

2    at home?

3              PROSPECTIVE JUROR:  At home, sir.

4              THE COURT:  How often do you use your computer?

5              PROSPECTIVE JUROR:  Every day.

6              THE COURT:  Do you ever search the Internet?

7              PROSPECTIVE JUROR:  Yes.

8              THE COURT:  Do you use Bing, Yahoo, or Google to

9    search the Internet?

10             PROSPECTIVE JUROR:  Google.

11             THE COURT:  Have you ever searched the Internet for

12   one thing and your search results gave you something entirely

13   not on point?

14             PROSPECTIVE JUROR:  No.

15             THE COURT:  You heard me list all of these software

16   programs?

17             PROSPECTIVE JUROR:  Yes.

18             THE COURT:  Have you ever used one or more of those

19   software programs?

20             PROSPECTIVE JUROR:  No.

21             THE COURT:  Mr. Henry?

22             PROSPECTIVE JUROR:  Yes.

23             THE COURT:  Do you use a computer at work or at home?

24             PROSPECTIVE JUROR:  Work and home.

25             THE COURT:  Both of them?

1            PROSPECTIVE JUROR:  Yes.

2            THE COURT:  Okay.  How often do you use a computer?

3            PROSPECTIVE JUROR:  Daily.

4            THE COURT:  Do you ever search the Internet?

5            PROSPECTIVE JUROR:  Yes.

6            THE COURT:  Do you use Bing, Yahoo, or Google to

7    search the Internet?

8            PROSPECTIVE JUROR:  Google.

9            THE COURT:  Have you ever searched the Internet for

10   one thing and your search results gave you something entirely

11   not on point?

12            PROSPECTIVE JUROR:  No.

13            THE COURT:  You heard me list these computer software

14   programs?

15            PROSPECTIVE JUROR:  Yes.

16            THE COURT:  Have you ever used one or more of those

17   software programs?

18            PROSPECTIVE JUROR:  No.

19            THE COURT:  Okay.  Virgil Gassoway, do you use the

20   computer at home or at work?

21            PROSPECTIVE JUROR:  Both.

22            THE COURT:  Okay.  And do you ever search the

23   Internet?

24            PROSPECTIVE JUROR:  Yes.

25            THE COURT:  Do you use Bing, Yahoo, or Google search

 1    the Internet?

 2              PROSPECTIVE JUROR:  Google.

 3              THE COURT:  Have you ever searched the Internet for

 4    one thing and your search results gave you something entirely

 5    not on point?

 6              PROSPECTIVE JUROR:  No.

 7              THE COURT:  You heard me list these computer software

 8    programs, did you not?

 9              PROSPECTIVE JUROR:  Yes.

10              THE COURT:  Have you ever used one or more of those

11    software programs?

12              PROSPECTIVE JUROR:  No.

13              THE COURT:  Okay.

14         Mr. Bauer?

15              PROSPECTIVE JUROR:  Yes.

16              THE COURT:  Do you use your computer at work or at

17    home?

18              PROSPECTIVE JUROR:  Both.

19              THE COURT:  Both.  How often do you use a computer?

20              PROSPECTIVE JUROR:  Every day.

21              THE COURT:  Do you ever search the Internet?

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  Do you use Bing, Yahoo, or Google to

24    search the Internet?

25              PROSPECTIVE JUROR:  All three.

1          THE COURT:  All three.  Have you ever searched the

2     Internet for one thing and your search results gave you

3     something entirely not on point?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  You heard me list these computer software

6     programs, did you not?

7          PROSPECTIVE JUROR:  Correct.

8          THE COURT:  Have you ever used one or more of those

9     software programs?

10          PROSPECTIVE JUROR:  Yes.

11          THE COURT:  Okay.

12      Douglas Heavilin?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  Do you use a computer at home or at work?

15          PROSPECTIVE JUROR:  Both.

16          THE COURT:  How often do you use a computer?

17          PROSPECTIVE JUROR:  Every day during the school year.

18     Every few days during summer vacation.

19          THE COURT:  Okay.  Do you ever search the Internet?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Do you use Bing, Yahoo, or Google to

22     search the Internet?

23          PROSPECTIVE JUROR:  Yahoo or Google.

24          THE COURT:  Okay.  Do you ever search the Internet

25     for one thing and your search results gave you something

1    entirely not on point?

2              PROSPECTIVE JUROR:  I'd say so sometimes.

3              THE COURT:  Okay.  You heard me list these computer

4    software programs?

5              PROSPECTIVE JUROR:  Yes.

6              THE COURT:  Have you ever used one or more of those

7    software programs?

8              PROSPECTIVE JUROR:  Yes.  I used Kazaa to download

9    music in college.

10             THE COURT:  Okay.  Any of the others?

11             PROSPECTIVE JUROR:  No, sir.

12             THE COURT:  Okay.

13        Gregg Schwartz?

14             PROSPECTIVE JUROR:  Yes, sir.

15             THE COURT:  Do you use a computer at home or at work?

16             PROSPECTIVE JUROR:  Both.

17             THE COURT:  How often do you use a computer?

18             PROSPECTIVE JUROR:  Daily.

19             THE COURT:  Do you ever search the Internet?

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  Do you use Bing, Yahoo, or Google to

22    search the Internet?

23             PROSPECTIVE JUROR:  Typically Google, but I've used

24    all three.

25               THE COURT:  Okay.  Have you ever searched the

1   Internet for one thing and your search results gave you

2   something entirely not on point?

3            PROSPECTIVE JUROR:  Yeah, sometimes.

4            THE COURT:  You heard me list these software computer

5   programs?

6            PROSPECTIVE JUROR:  I did.

7            THE COURT:  Have you ever used one or more of those

8   software programs?

9            PROSPECTIVE JUROR:  No, sir.

10            THE COURT:  Okay.

11       Robert Minarcik, do you use a computer at work or at home?

12            PROSPECTIVE JUROR:  Home.

13            THE COURT:  How often do you use a computer?

14            PROSPECTIVE JUROR:  Pretty much every day.

15            THE COURT:  Do you ever search the Internet?

16            PROSPECTIVE JUROR:  Yes.

17            THE COURT:  Do you use Bing, Yahoo, or Google to

18   search the Internet?

19            PROSPECTIVE JUROR:  Mostly Yahoo.

20            THE COURT:  How about Google or Bing, you ever use

21   them?

22            PROSPECTIVE JUROR:  Rarely but sometimes.

23            THE COURT:  Have you ever searched the Internet for

24   one thing and your search results gave you something entirely

25   not on point?

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  You heard me list those computer software

3    programs?

4          PROSPECTIVE JUROR:  Correct.

5          THE COURT:  Have you ever used one or more of those

6    software programs?

7          PROSPECTIVE JUROR:  No.

8          THE COURT:  Stephanie Lasayko?

9          PROSPECTIVE JUROR:  Right.  Use it at home.

10          THE COURT:  Okay.

11          PROSPECTIVE JUROR:  Daily.

12          THE COURT:  Okay.  Daily.  And do you ever search the

13    Internet?

14          PROSPECTIVE JUROR:  Yes.

15          THE COURT:  And do you use Bing, Yahoo, or Google to

16    search the Internet?

17          PROSPECTIVE JUROR:  Bing on the computer and Google

18    on the iPad.

19          THE COURT:  Okay.  Have you ever searched the

20    Internet for one thing and your search results gave you

21    something entirely not on point?

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  You heard me list those computer software

24    programs?

25          PROSPECTIVE JUROR:  Never use any of them.

1        THE COURT:  Never used anyone of them?

2        PROSPECTIVE JUROR:  No.

3        THE COURT:  Okay.

4     Tanya Corbett, do you use a computer at work or at home?

5        PROSPECTIVE JUROR:  Both.

6        THE COURT:  How often do you use a computer?

7        PROSPECTIVE JUROR:  Daily.

8        THE COURT:  Do you ever search the Internet?

9        PROSPECTIVE JUROR:  Occasionally.

10        THE COURT:  Do you use Bing, Yahoo, or Google to

11   search the Internet?

12        PROSPECTIVE JUROR:  I use Google for maps at work and

13   I use Bing for Internet searches.

14        THE COURT:  Have you ever searched the Internet for

15   one thing and your search results gave you something entirely

16   not on point?

17        PROSPECTIVE JUROR:  Yes.

18        THE COURT:  You heard me list those computer software

19   programs?

20        PROSPECTIVE JUROR:  I haven't used any.

21        THE COURT:  Haven't used any one of them?

22        PROSPECTIVE JUROR:  No, sir.

23        THE COURT:  Mr. Schouten?

24        PROSPECTIVE JUROR:  Yes, sir.

25        THE COURT:  Do you use a computer at work or at home?

```
 1              PROSPECTIVE JUROR:  Both.

 2              THE COURT:  How often do you use a computer?

 3              PROSPECTIVE JUROR:  Daily.

 4              THE COURT:  Do you ever search the Internet?

 5              PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Do you use Bing, Yahoo, or Google to

 7   search the Internet?

 8              PROSPECTIVE JUROR:  Mostly Yahoo and Google.

 9              THE COURT:  Ever use Bing?

10              PROSPECTIVE JUROR:  Not that I can recall.

11              THE COURT:  Okay.  Have you ever searched the

12   Internet for one thing and your search results gave you

13   something entirely not on point?

14              PROSPECTIVE JUROR:  Occasionally.

15              THE COURT:  Okay.  You heard me list those computer

16   software programs?

17              PROSPECTIVE JUROR:  Yes, sir.

18              THE COURT:  Have you ever used one or more of those

19   software programs?

20              PROSPECTIVE JUROR:  I think I tried using LimeWire

21   once and that was it.

22              THE COURT:  Okay.  Did I miss anybody?

23         Okay.  There may be one or more minor children who testify

24   as witnesses in this case.  Do any of you feel that you would

25   not be able to treat the testimony of a child just like you
```

 1    would treat the testimony of any other person?

 2         Anybody feel that way?

 3         Okay.  The government and the defendant have agreed not to

 4    use the full names of certain witnesses during this trial,

 5    which is open to the public.  The full names of these witnesses

 6    are known to the Court and to the parties and will be reflected

 7    in the official court record.

 8         Do any of you feel that you would not be able to treat the

 9    testimony of such a witness just like you would treat the

10    testimony of any other witness?

11         Anybody feel that way?

12         It is anticipated that the evidence may show that the

13    defendant has previously been convicted of a felony.  Would

14    that fact prevent you from being a fair and impartial juror in

15    this case?

16         Television shows such as *CSI*, *Criminal Minds*, and *Law &

17    Order*, those are fictional, and any knowledge you have gained

18    regarding investigative techniques from television shows or

19    from other media sources cannot be used in considering your

20    verdicts in this case.

21         Do any of you feel that you cannot set aside what you may

22    have seen or heard on television shows and listen to and weigh

23    the evidence presented in this case?

24         Okay.  Do any of you feel that you might not be able to

25    keep an open mind, remain objective and unemotional, or for any

1    other reason involving your own particular personality be

2    unable to reach fair and impartial verdicts based only on what

3    you see and hear in this courtroom during the trial of this

4    case?

5         Do any of you disagree with the principle of the law that

6    requires you to presume the innocence of the defendant,

7    Mr. Resnick, throughout the trial and that the burden and duty

8    to prove that he is guilty of the charged crimes rests entirely

9    upon the government?

10        The government must prove Mr. Resnick guilty beyond a

11   reasonable doubt before he can be found guilty, and this burden

12   of proof stays with the government throughout the trial.

13   Mr. Resnick has no burden or duty whatsoever to take any steps

14   or do anything to maintain his innocence.  In other words,

15   Mr. Resnick is not required to prove his innocence or to

16   produce any evidence at all.

17        Again, do any of you have any problems or reservations

18   about that rule of law?

19        Okay.  Your duty as a juror is to decide the guilt or the

20   innocence of the defendant, Mr. Resnick, based solely upon the

21   evidence admitted at this trial and my instructions to you on

22   the applicable law.  Your own views as to whether a particular

23   law or rule on evidence is right or wrong cannot play any part

24   in your deliberations and review of the evidence.

25        Is there anyone who feels that he or she cannot accept my

1    instructions on the law and apply those instructions in your

2    consideration of the evidence for any reason, including if my

3    instructions conflict with your understanding of the law?

4         The United States Government and the defendant,

5    Mr. Resnick, are entitled to have this case heard by a fair and

6    impartial jury that will decide this case solely on the

7    evidence presented at this trial and according to my

8    instructions on the applicable law.  The law provides that the

9    jury may not be governed by sympathy, prejudice, or public

10   opinion.

11        With this in mind, is there anyone unable to give both the

12   United States Government and Mr. Resnick a fair trial based

13   solely on the evidence admitted at this trial and according to

14   my instructions on the applicable law?

15        If you were the United States attorney charged with the

16   responsibility for prosecuting this case or if you were

17   Mr. Resnick on trial here today charged with the same offenses

18   or his lawyers, do you know of any reason why you would not

19   want to have your case tried by someone in your frame of mind?

20        Okay.  Now, having heard the questions asked of you by me,

21   I want to ask you this one last question as a matter of

22   conscience and under the oath which you have taken.  Do any of

23   you know of any reason, any reason whatsoever, whether I've

24   asked you about it or not, which would in any way, even in the

25   slightest degree, prevent you from giving both the government

1   and the defendant, Mr. Resnick, a completely fair and impartial

2   trial?

3        Any reason?

4        Counsel, I give you time to consult.

5            MR. WIGELL:  Thank you.

6            THE COURT:  We'll just sit quietly by and wait 'til

7   they're done.  Won't take long.

8        Counsel, please approach.

9        (Bench conference.)

10           THE COURT:  Okay.  Speaking to the government, do you

11  have any other questions I need to ask?

12           MS. KOSTER:  Your Honor, we would ask Stephanie

13  Lasayko.  She is --

14           THE COURT:  Hang on.

15           MS. KOSTER:  -- Juror No. 10.

16           THE COURT:  Lasayko?

17           MS. KOSTER:  Uh-huh.

18           THE COURT:  Sat in the front of the new ones that we

19  just put in?

20           MS. KOSTER:  I don't believe so, Your Honor, no.

21           THE COURT:  Lasayko.  Hang on.  How do you spell it?

22  I'm sorry.

23           MS. KOSTER:  L-A-S-A-Y-K-O.

24           THE COURT:  Okay.  Yes.

25           MS. KOSTER:  She made a comment on her questionnaire,

1    second page, where she makes reference to the system being the

2    best that money can buy.

3              THE COURT:  Ooh [phonetic].

4              MS. KOSTER:  I don't know what that means, but if we

5    could ask her what that means.

6              THE COURT:  I mean, we don't get paid that much.  Do

7    you want me to have her come up?

8              MS. KOSTER:  Yes, Your Honor, please.

9              THE COURT:  Okay.

10        (End of bench conference.)

11             THE COURT:  Ms. Lasayko?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  Could you come and join us just for a

14   second, please.

15        (Bench conference.)

16             THE COURT:  Hi.

17             PROSPECTIVE JUROR:  Hi.

18             THE COURT:  You okay?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  Okay.  On your jury questionnaire to

21   question -- oh, this question, you say, "Thankfully we have the

22   best legal system that money can buy."

23        What in the dickens did you mean by that?

24             PROSPECTIVE JUROR:  That was kind of my smart-aleck

25   comment that --

```
 1              THE COURT:  See now you got to come up and see me.

 2   What does it mean?  What did you mean?

 3              PROSPECTIVE JUROR:  It seems that a lot of times when

 4   you have more money you can afford better legal representation

 5   than possibly --

 6              THE COURT:  Okay.

 7              PROSPECTIVE JUROR:  -- people that can't afford it.

 8              THE COURT:  So it kind of means what it says, right?

 9              PROSPECTIVE JUROR:  Yeah.

10              THE COURT:  That's how you believe?

11              PROSPECTIVE JUROR:  Not with everything, but there

12   seems to be sometimes when that's how it appears.

13              THE COURT:  Okay.

14              PROSPECTIVE JUROR:  So --

15              THE COURT:  Do you feel that way about this case and

16   the lawyers and everybody -- me and everybody that's involved

17   here?

18              PROSPECTIVE JUROR:  I don't know anybody here so I

19   don't --

20              THE COURT:  You don't know.  Interesting.

21         Any other question the government wants me to ask?

22              MS. KOSTER:  No.

23              THE COURT:  How about the defense?

24              MR. WIGELL:  No, sir.

25              THE COURT:  You can be seated.  Don't discuss what
```

 1    we've talked about, please.

 2                PROSPECTIVE JUROR:  Okay.  Thank you.

 3                THE COURT:  Thanks.

 4        (Prospective Juror Lasayko returned to the jury box.)

 5                THE COURT:  Any other question you want me to ask?

 6                MS. KOSTER:  Yes, Judge.  Juror No. 12.  His name is

 7    Lloyd Schouten.

 8                MR. McGRATH:  One of the new ones.

 9                THE COURT:  Oh, one of the new ones.  Thank you.

10                MS. KOSTER:  S-C-H-O-U-T-E-N.

11                THE COURT:  Okay.

12                MS. KOSTER:  He also made some comments, if you look

13    at the very back of his questionnaire, Your Honor, here,

14    regarding the judicial system.

15                THE COURT:  Overtaxed --

16        (The Court read comments to himself.)

17                THE COURT:  Do you want him to come up here?

18                MS. KOSTER:  Yes, Your Honor.

19                THE COURT:  Who in the dickens is he?

20                MS. KOSTER:  No. 12.

21                THE COURT:  Twelve, yes.  Mr. Schouten?

22                MS. KOSTER:  Yes.

23        (End of bench conference.)

24                THE COURT:  Mr. Schouten, could you come and join us

25    just for a minute.

```
 1          (Bench conference.)

 2              THE COURT:  Hi.

 3              PROSPECTIVE JUROR:  Yes, sir.

 4              THE COURT:  How are you?

 5              PROSPECTIVE JUROR:  Doing okay.

 6              THE COURT:  Okay.  All right.  On your jury

 7     questionnaire, you have this paragraph.

 8              PROSPECTIVE JUROR:  Yes.

 9              THE COURT:  Which seems to me that you have some

10     interesting thoughts.  What do you mean by all that.

11              PROSPECTIVE JUROR:  It's just that, um, there's --

12     there's an awful lot of laws that are on the books, and what

13     I've noticed, maybe it's just that when something new and big

14     and scandalous comes up in the news and everything, there's

15     like a knee-jerk reaction for lawmakers to come up with a

16     better and new law to come up with it.

17              THE COURT:  Okay.

18              PROSPECTIVE JUROR:  And it's -- I don't see how

19     that's, I don't know, I guess productive.

20              THE COURT:  Okay.

21              PROSPECTIVE JUROR:  I mean, enforce the laws that we

22     have instead of coming up with a new version of the same law.

23              THE COURT:  Now, Congress has enacted laws that this

24     defendant, Mr. Resnick, has been charged with having violated.

25     Does your belief, as you've expressed it here, in any way
```

 1    affect your ability to be fair and impartial both to the

 2    government and Mr. Resnick in this case knowing that those laws

 3    were enacted by Congress?

 4              PROSPECTIVE JUROR:  No.

 5              THE COURT:  Okay.  You could be fair and impartial?

 6              PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  Do you believe these laws that he's

 8    charged with having violated should not be enforced?

 9              PROSPECTIVE JUROR:  If there's a law, it should be

10    enforced.

11              THE COURT:  So the laws that control this trial that

12    Congress has enacted declaring such activity that he's been

13    charged with having committed, you feel those laws should be

14    enforced?

15              PROSPECTIVE JUROR:  Yes, sir.

16              THE COURT:  Government have any questions?

17              MS. KOSTER:  No.

18              THE COURT:  The defense?

19              MR. WIGELL:  No, Judge.

20              THE COURT:  Thank you.  Don't mention what you and I

21    have talked about to any of the others, okay.

22              PROSPECTIVE JUROR:  Okay.

23              THE COURT:  Okay.

24         (Prospective Juror Schouten returned to the jury box.)

25              THE COURT:  Any other questions --

 1             MS. KOSTER:  One more, Your Honor.

 2             THE COURT:  -- from the government?

 3             MS. KOSTER:  Yes, one more.  We would ask Juror

 4    No. 3, Mr. Rubalcava -- his brother was found guilty of

 5    burglary.

 6             THE COURT:  Laveco?  No.

 7             MS. KOSTER:  Rubalcava.

 8             THE COURT:  No. 3.  I'm sorry.  Yes.

 9             MS. KOSTER:  Oscar Rubalcava.  His brother was found

10    guilty of burglary, and we want to find out if he has any

11    lingering feelings about that.

12             THE COURT:  Yeah.  Okay.  So you want him up here?

13             MS. KOSTER:  Yes, please.

14        (End of bench conference.)

15             THE COURT:  Mr. Rubalcava, could you come join us,

16    please, just for a minute.  I mispronounced your name so I'm

17    sorry.

18             PROSPECTIVE JUROR:  Everybody does so it's okay.

19             THE COURT:  I'm sorry.

20             PROSPECTIVE JUROR:  No problem, sir.

21        (Bench conference.)

22             THE COURT:  Okay.  On your jury questionnaire you say

23    that your brother was a defendant in Lake County Superior Court

24    charged with burglary, and you believe that he was found

25    guilty.

```
 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Okay.  Were you close to that case --

 3              PROSPECTIVE JUROR:  No.

 4              THE COURT:  -- when it happened?

 5              PROSPECTIVE JUROR:  I didn't even know about it when

 6    it happened, sir.

 7              THE COURT:  Okay.  He was found guilty in state

 8    court, right?

 9              PROSPECTIVE JUROR:  I believe so, yes.

10              THE COURT:  Do you know if he ever served in prison

11    or not?

12              PROSPECTIVE JUROR:  Yes, he did.

13              THE COURT:  He did.  How long ago was that, do you

14    know?

15              PROSPECTIVE JUROR:  Okay.  He went to -- I found

16    papers about this case; that was in January '81.

17              THE COURT:  Okay.

18              PROSPECTIVE JUROR:  And I also found some letters

19    from him to my parents --

20              THE COURT:  Okay.

21              PROSPECTIVE JUROR:  -- around '83 to '84 or so.

22              THE COURT:  Okay.

23              PROSPECTIVE JUROR:  From -- letters from him --

24              THE COURT:  Do you have any bad feelings about his

25    treatment when he was going through that trial process?
```

 1              PROSPECTIVE JUROR:  The only thing I can say is

 2   because I didn't even know about it, I didn't even know he was

 3   in prison.

 4              THE COURT:  Yeah.

 5              PROSPECTIVE JUROR:  So I can't really say that I have

 6   feeling either way.

 7              THE COURT:  Okay.  Can you set that experience aside

 8   that your brother went through and sit and listen and view the

 9   evidence that comes forth in this case and render a fair and

10   impartial verdict or verdicts in this case?

11              PROSPECTIVE JUROR:  Yes.

12              THE COURT:  You could set it aside totally?

13              PROSPECTIVE JUROR:  I believe -- yes, I can.

14              THE COURT:  You have no lingering feelings that could

15   affect your ability to be fair and impartial?

16              PROSPECTIVE JUROR:  No.

17              THE COURT:  Any other questions from the government

18   or the defense?

19              MS. KOSTER:  No.

20              MR. WIGELL:  No.

21              THE COURT:  Don't discuss what you and I have talked

22   about, okay?

23              PROSPECTIVE JUROR:  Yes, sir.

24        (Prospective Juror Rubalcava returned to the jury box.)

25              THE COURT:  Any other questions, ma'am?

1          MS. KOSTER:  No, Your Honor.

2          THE COURT:  Any questions that the defense wants me

3     to ask --

4          MR. WIGELL:  No, Judge.

5          THE COURT:  -- other than what I've already asked?

6          MR. WIGELL:  No, Judge.

7          THE COURT:  Okay.  Does the government have any

8     challenge for cause?

9          MS. KOSTER:  We do, Your Honor.

10          THE COURT:  Which ones?

11          MS. KOSTER:  Judge, we challenge for cause Juror

12     No. 7.  His name is Douglas Heavilin or Heavilin.  Your Honor,

13     Mr. Heavilin indicated during questioning that he has used the

14     program Kazaa to download music.

15          THE COURT:  Yeah.

16          MS. KOSTER:  That's a copyright violation.  It's

17     illegal.

18          THE COURT:  Probably he doesn't know that.

19          MS. KOSTER:  I'm sorry?

20          THE COURT:  Probably doesn't know that.

21          MS. KOSTER:  Well, ignorance of the law is not an

22     excuse.

23          THE COURT:  I know that.

24          MS. KOSTER:  And we're concerned, Your Honor, that

25     individuals who think that they can -- anything that goes on

 1    the Internet or the laws don't apply to the Internet or

 2    shouldn't apply to the Internet might have difficulty enforcing

 3    the laws in this case.  We'd ask that he be excused for cause.

 4             THE COURT:  Any response from the defense?

 5             MR. WIGELL:  I disagree with the premise, and I

 6    disagree with the conclusion, Judge, that's all.

 7             THE COURT:  Yeah, I do too.  Denied.

 8        What else?

 9             MS. KOSTER:  No other challenges for cause, Your

10    Honor.

11             THE COURT:  How about you, do you have any for cause?

12             MR. WIGELL:  Yes.

13             THE COURT:  For cause?

14             MR. WIGELL:  Yes, Judge.

15             THE COURT:  Who?

16             MR. WIGELL:  Woman that first came up.  What was her

17    name?  No. 10.

18             THE COURT:  Lasayko?

19             MR. WIGELL:  Yes.  Stephanie.  This first woman that

20    came up.

21             THE COURT:  Why?

22             MR. WIGELL:  Because her belief system, if it

23    interferes --

24             THE COURT:  Could you come up closer to this 'cause

25    she has to take down what you're saying.

 1          MR. WIGELL:  Oh, sure.  I believe her belief system

 2   interferes with her ability to be fair and impartial if she

 3   thinks any case can be affected by money, Judge, and I think

 4   that's a fatal flaw.  And I think she should be excused.

 5          THE COURT:  What do you think?

 6          MS. KOSTER:  I believe through questioning she

 7   explained the reason for her answer.  I think it's probably a

 8   belief held by the majority of Americans.  It's a -- it's a

 9   observation based on her experience.  I don't think it -- she

10   indicated it's not going to interfere with her ability to

11   listen to the evidence and render an impartial verdict, so the

12   government doesn't believe she should be struck for cause.

13          THE COURT:  Anything else?

14          MR. WIGELL:  No, sir.

15          THE COURT:  I'm not gonna strike her for cause.

16   Denied.

17          MR. WIGELL:  Thank you, Judge.

18          THE COURT:  I want your peremptories, please.

19          MS. RASHID:  Your Honor.

20          THE COURT:  Stephanie Lasayko; so that's the defense.

21   Hudak; defense.  Peterson; that's the defense.

22      And the government -- is it Baller?

23          MR. McGRATH:  Bauer.

24          MS. KOSTER:  I think he spelled it B-A-L-L-E-R.

25          MR. McGRATH:  That's No. 6, Your Honor.

 1            THE COURT:  It's not B-A-L-L-E-R.  It's B-A-U-E-R, I

 2  think, isn't it?

 3            MS. RASHID:  Correct, your Honor.

 4            MS. KOSTER:  Then I misunderstood.  I apologize,

 5  Judge.

 6            THE COURT:  That's the government.  Gassoway;

 7  government.  Schwartz; government.

 8       So the government has struck three and defense has struck

 9  three, correct?

10            MS. KOSTER:  Yes, Your Honor.

11            MR. WIGELL:  Three's right.

12            THE COURT:  So that means we're gonna keep, unless

13  something very unusual occurs, Schouten, Corbett, Minarcik,

14  Heavilin, Henry, and Rubalcava, correct?

15            MS. KOSTER:  Yes.

16            THE COURT:  Am I accurate?

17            MS. RASHID:  Yes, Judge.

18            MS. KOSTER:  Judge, may we have a moment to confer.

19            THE COURT:  Yes.

20            MS. KOSTER:  Thank you.

21            THE COURT:  We'll just wait here.

22       Yes.

23            MS. KOSTER:  Judge, we'd like to make a *Batson*

24  challenge regarding the defenses strikes.  They struck three

25  out of the four women on the panel and we'd like to hear their

1    nondiscriminatory reasons for doing so.

2            MS. RASHID:  Your Honor, if I might be permitted to

3    retrieve my notes as well.

4            THE COURT:  Okay.

5            MS. RASHID:  Thank you, Your Honor.

6            THE COURT:  I only want to hear from one of you.

7    Who's gonna do it?

8            MR. WIGELL:  I'll do it, Judge.

9            THE COURT:  Do it.

10           MR. WIGELL:  Thank you, Judge.  As to Mrs. Peterson,

11   we struck her for cause because of her lack of any use or

12   knowledge of the computer.  We believe that computer use is an

13   essential part of Count Two, having some passing knowledge, and

14   in this day and age, having none was the basis of our

15   peremptory.

16           THE COURT:  That's a good reason.

17           MS. KOSTER:  Thank you, Judge.

18           MR. WIGELL:  As to --

19           THE COURT:  Natasha Hudak.

20           MR. WIGELL:  We believe that because of her regular

21   contact with her husband and coaching a certain age group of

22   children that that would have exposed her to a number of

23   children and might interfere with her ability to, either pro or

24   con, listen to the children witnesses in this and compare them

25   with the adult witnesses that may agree or disagree with the

 1    children's testimony as to certain events.

 2              THE COURT:  Well, almost everybody that's on this --

 3    seated in the jury box have had coaching or teaching or other

 4    experience with children.  Why did you pick her out --

 5              MR. WIGELL:  Well --

 6              THE COURT:  -- amongst all the others?  I mean, if

 7    that's the reason you struck her, you should have struck them

 8    all.

 9              MR. WIGELL:  It's a combination of those and the

10    other answers, but that's the one I'm articulating at this

11    point.

12              THE COURT:  Any other reasons?

13              MR. WIGELL:  Not as to her, Judge.

14              THE COURT:  Any response?

15              MS. KOSTER:  Yes, Your Honor.  I would note the

16    following jurors who are male are also coaches or married to

17    teachers:  Gregg Schwartz is a coach; Steven Bauer is a coach,

18    Virgil Gassoway is a former teacher; Tommy Henry, his wife is a

19    teacher; Douglas Heavilin is a math teacher, Your Honor, of

20    children --

21              MR. WIGELL:  I did have another reason.

22              THE COURT:  What is it?

23              MR. WIGELL:  I apologize.  She's a nurse, if my

24    memory is correct, from her questionnaire, and I believe,

25    again, her contact with that sort of -- her career would

 1    interfere with her ability 'cause she's seen -- she's had too

 2    many experiences.  And it's a judgment call, but it is not just

 3    because she's female.  It's because she's a nurse and the

 4    coaching husband and her age group, all of those things, Judge,

 5    not female aspect of it.

 6              MS. KOSTER:  May I respond to that?

 7              THE COURT:  Yeah.  Make it quick, ma'am.

 8              MS. KOSTER:  Judge, for example, Virgil Gassoway is a

 9    dentist who deals directly with children, and he didn't strike

10    him.

11              THE COURT:  I'll allow it.  I'll allow it.

12         Any others?  Is there a third?

13              MS. KOSTER:  There was a third that they struck, Your

14    Honor, yes, a female.

15              THE COURT:  I'll allow the strike.

16         Go ahead.

17              MR. WIGELL:  Same reasons as to --

18              THE COURT:  Who?

19              MR. WIGELL:  This is Stephanie --

20              MS. RASHID:  Juror No. 10.

21              THE COURT:  Stephanie Lasayko.

22              MR. WIGELL:  Yes.  This is the same one that we

23    wanted for cause because of her money can buy justice concept.

24              THE COURT:  I'll allow it.

25              MR. WIGELL:  Thank you, Judge.

 1          THE COURT:  Overruled.  Anything else?

 2          MS. KOSTER:  No, Your Honor.

 3      (End of bench conference.)

 4          THE COURT:  All right.  Ladies and gentlemen, as I

 5  told you earlier this morning, in this process of selecting a

 6  jury, the lawyers on either side, they may excuse a juror

 7  without having to state any reason for doing that; that's just

 8  part of the normal jury selection process.  And what I'm trying

 9  to impress upon you is that being excused is not intended by me

10  or the lawyers, and certainly should not be considered by you,

11  as a reflection upon you or your good character or your good

12  reputation.

13      So bearing that in mind, I'm going to excuse the following

14  named prospective jurors:  Jeanette Peterson, Natasha Hudak,

15  Virgil Gassoway, Steven Bauer, Gregg Schwartz, and

16  Stephanie Lasayko.  Thank you so much for being here.

17      Okay.  Ed, we need to call six more.

18          DEPUTY CLERK:  James Weaver, Christopher Boillot,

19  Jessica Echterling, Jared Kandell, Patrick Mehegan, and David

20  Scheeringa.

21          THE COURT:  Okay.  Speaking to the six people who

22  have just been seated in the jury box.  Did each of you hear

23  and pay close attention to the questions that I have been

24  asking of the other jurors?  Able to hear me okay?

25      (Prospective jurors nod head in unison.)

 1          THE COURT:  If I were to ask you those very same

 2   questions, would any of you have answered yes to any of those

 3   questions?  If so, please raise your hand.

 4      Okay.  All right.

 5      Let me start with Mr. Weaver.  Which questions, sir, would

 6   you have answered yes to.

 7          PROSPECTIVE JUROR:  The computer one where you said

 8   if you went to search something online and something else came

 9   up.

10          THE COURT:  Yeah.  Let me get to that question and

11   then I'll get into a little more detail with you.

12      Sorry.  Sometimes it takes a little time.  I take it you

13   use the computer either at work or at home, correct?

14          PROSPECTIVE JUROR:  Yeah.

15          THE COURT:  Which, work or home or both?

16          PROSPECTIVE JUROR:  At home.

17          THE COURT:  At home.

18      How often do you use a computer?

19          PROSPECTIVE JUROR:  Every day.

20          THE COURT:  Do you ever search the Internet?

21          PROSPECTIVE JUROR:  Yes.

22          THE COURT:  And do you use Bing, Yahoo, or Google to

23   search the Internet?

24          PROSPECTIVE JUROR:  All three.

25          THE COURT:  All three.

1          Have you ever searched the Internet for one thing and your

2     search results gave you something entirely not on point?

3               PROSPECTIVE JUROR:  Yes.

4               THE COURT:  Do you remember all these computer

5     software programs that I --

6               PROSPECTIVE JUROR:  Yeah, I never used any of those.

7               THE COURT:  Never used any of those?

8               PROSPECTIVE JUROR:  No.

9               THE COURT:  Okay.  Any other question you may have

10    answered yes to?

11              PROSPECTIVE JUROR:  I've coached girls softball from

12    six years old all the way to 18.

13              THE COURT:  Would that experience in any way affect

14    your ability to be fair and impartial in this case?

15              PROSPECTIVE JUROR:  No.

16              THE COURT:  Anything else?

17              PROSPECTIVE JUROR:  No, that's it.

18              THE COURT:  Okay.  Who else in the front row?

19        Okay.  All right.  You are Christopher -- is it Boillot?

20              PROSPECTIVE JUROR:  Very good.

21              THE COURT:  How about that.

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  Which question or questions, sir?

24              PROSPECTIVE JUROR:  The one pertaining to gun

25    ownership.

1           THE COURT:  Okay.  Are you a member of the NRA?

2           PROSPECTIVE JUROR:  I am not, but I am a very strong

3    supporter of the second amendment right.

4           THE COURT:  Okay.  Let me get to those questions --

5    hang on just a second -- and we'll go through them.

6        So let me just ask them as they are posed to you.  Have

7    you or has anyone close to you ever been a member or associated

8    with the National Rifle Association or with any other

9    organization that either promotes or limits the rights of

10   people to own or possess handguns or other types of firearms?

11          PROSPECTIVE JUROR:  My father's a member of the NRA.

12          THE COURT:  Okay.  Would that fact prevent you from

13   acting with impartiality in this case?

14          PROSPECTIVE JUROR:  No.

15          THE COURT:  Okay.  The fact that your father's a

16   member of the NRA, would that in any way influence you as far

17   as this case is concerned?

18          PROSPECTIVE JUROR:  No.

19          THE COURT:  Do you disagree with the laws that

20   presently regulate or prohibit the ownership or possession of

21   firearms?

22          PROSPECTIVE JUROR:  I disagree with what they are

23   trying to.

24          THE COURT:  That's not my question, is it?

25          PROSPECTIVE JUROR:  No.

```
 1              THE COURT:  Okay.  Do you disagree with the existing
 2    laws that regulate or prohibit the ownership or possession of
 3    firearms?
 4              PROSPECTIVE JUROR:  No.
 5              THE COURT:  Do you have any preconceived ideas about
 6    firearms or gun control that would prevent you from being
 7    objective in your determinations as a juror in this case
 8    knowing that one of the charges is being a felon in possession
 9    of a firearm?
10              PROSPECTIVE JUROR:  Not hearing the facts and
11    evidence --
12              THE COURT:  I'm sorry.
13              PROSPECTIVE JUROR:  Not hearing the facts and the
14    evidence, I don't think I could make a determination on that
15    yet.
16              THE COURT:  But some facts may come up that may, just
17    because of your beliefs about the Second Amendment, could very
18    well affect your judgment, could it not?
19              PROSPECTIVE JUROR:  Correct.  Yes.
20              THE COURT:  Okay.  Any objection to me excusing
21    Mr. Boillot?
22              MS. KOSTER:  No.
23              MR. WIGELL:  No, Judge.
24              THE COURT:  Thank you, sir.
25              PROSPECTIVE JUROR:  Thank you.
```

```
 1              THE COURT:  You are excused.

 2        Ed, one more, please.

 3              DEPUTY CLERK:  Rosie Smith.

 4              THE COURT:  You are Rosie Smith?

 5              PROSPECTIVE JUROR:  Uh-huh.

 6              THE COURT:  Is that a yes?

 7              PROSPECTIVE JUROR:  Yes.

 8              THE COURT:  Can we speak in words?

 9              PROSPECTIVE JUROR:  Yes.

10              THE COURT:  Okay.  Ms. Smith, did you hear and pay

11    close attention to all of the questions that I've been asking?

12              PROSPECTIVE JUROR:  Yes.  And I was a foster parent

13    for four years.  Also sat in on a case where a three-year-old

14    was murdered.

15              THE COURT:  Okay.

16              PROSPECTIVE JUROR:  So I had to testify how the

17    children were in my home.

18              THE COURT:  Okay.  Let me ask you this.  Would those

19    experiences, which you just talked about --

20              PROSPECTIVE JUROR:  Uh-huh.

21              THE COURT:  -- affect your ability to be a fair and

22    impartial juror in this kind of a case, yes or no?

23              PROSPECTIVE JUROR:  I believe it will.

24              THE COURT:  Okay.  All right.

25        Any objection to me excusing her?
```

1           MS. KOSTER:  No, Your Honor.

2           THE COURT:  From the defense?

3           MR. WIGELL:  No, Judge.

4           THE COURT:  Thank you, ma'am.  You are excused.

5      One more, please, Ed.

6           DEPUTY CLERK:  Beth Oman.

7           THE COURT:  You are Beth Oman?

8           PROSPECTIVE JUROR:  Yes.

9           THE COURT:  Did you hear and pay close attention to

10    all the questions I've been asking?

11          PROSPECTIVE JUROR:  Yes, I did.

12          THE COURT:  Were I to ask you the very same

13    questions, would you have answered yes to any of those?

14          PROSPECTIVE JUROR:  I do have a cousin who was a

15    detective.

16          THE COURT:  For what city or town?

17          PROSPECTIVE JUROR:  Frankfort, Illinois.

18          THE COURT:  Frankfort, Illinois.

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  Do you see that person, that cousin,

21    frequently or infrequently?

22          PROSPECTIVE JUROR:  Infrequently.

23          THE COURT:  When you do see him or her, do you ever

24    discuss the nature of his work as a law enforcement officer?

25          PROSPECTIVE JUROR:  No.

1           THE COURT:  Okay.  Would that fact that you mentioned

2   prevent you from being a fair and impartial juror in this case?

3           PROSPECTIVE JUROR:  No, it wouldn't.

4           THE COURT:  Can you treat the testimony of a police

5   officer, a government agent, or other kind of a law enforcement

6   officer just like you could the testimony of anybody else's?

7           PROSPECTIVE JUROR:  Yes.

8           THE COURT:  Okay.  Any other question, ma'am?

9           PROSPECTIVE JUROR:  No.

10          THE COURT:  Do you use a computer?

11          PROSPECTIVE JUROR:  Yes.

12          THE COURT:  Is it used at home or at work?

13          PROSPECTIVE JUROR:  Both.

14          THE COURT:  How often do you use a computer?

15          PROSPECTIVE JUROR:  How long?

16          THE COURT:  How often to you use it?

17          PROSPECTIVE JUROR:  How often.  Every day.

18          THE COURT:  Every day.

19       Do you ever search the Internet?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Do you use Bing, Yahoo, or Google to

22   search the Internet?

23          PROSPECTIVE JUROR:  Google.

24          THE COURT:  Have you ever searched the Internet for

25   one thing and your search results gave you something entirely

 1    not on point?

 2              PROSPECTIVE JUROR:  No.

 3              THE COURT:  Okay.  Did you hear me list all of these

 4    computer software programs?

 5              PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Have you ever used one or more of those

 7    software programs?

 8              PROSPECTIVE JUROR:  No.

 9              THE COURT:  Okay.  Now, think.  Any other question

10    you might have answered yes to?

11              PROSPECTIVE JUROR:  No.

12              THE COURT:  Okay.  Who else in the front row raised

13    their hand?

14         Okay.  Let's talk to Jessica Echterling.

15              PROSPECTIVE JUROR:  Yes.

16              THE COURT:  Which question or questions, ma'am?

17              PROSPECTIVE JUROR:  The computer.  I use a computer.

18              THE COURT:  All right.  Let's get to that one before

19    we go forward.

20         You use a computer at home or at work?

21              PROSPECTIVE JUROR:  Home.

22              THE COURT:  How often do you use a computer?

23              PROSPECTIVE JUROR:  Daily.

24              THE COURT:  I'm sorry?

25              PROSPECTIVE JUROR:  Daily.

1          THE COURT:  Daily.

2      Do you ever search the Internet?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  Do you use Bing, Yahoo, or Google to

5   search the Internet?

6          PROSPECTIVE JUROR:  Google.

7          THE COURT:  Have you ever searched the Internet for

8   one thing and your search results gave you something entirely

9   not on point?

10          PROSPECTIVE JUROR:  No.

11          THE COURT:  You heard me list those computer software

12   programs?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  Have you ever used one or more of those

15   software programs?

16          PROSPECTIVE JUROR:  Yes.  LimeWire.

17          THE COURT:  LimeWire?

18          PROSPECTIVE JUROR:  Uh-huh.

19          THE COURT:  Okay.  Any other question you may have

20   answered yes to?

21          PROSPECTIVE JUROR:  Yes.  My fiance has -- we have

22   two handguns in the house.

23          THE COURT:  Okay.  For what purpose are they in the

24   house?

25          PROSPECTIVE JUROR:  Protection.

1          THE COURT:  Okay.  Any other question?

2          PROSPECTIVE JUROR:  No.

3          THE COURT:  Jared --

4          PROSPECTIVE JUROR:  Yes, sir.

5          THE COURT:  -- Kandell.

6          PROSPECTIVE JUROR:  Yes, sir.

7          THE COURT:  Is it Kandell?

8          PROSPECTIVE JUROR:  Yes, sir.

9          THE COURT:  Which question or questions would you

10    have answered yes to?

11          PROSPECTIVE JUROR:  I worked for the U.S. Government

12    as a Marine Corps officer.

13          THE COURT:  So you're in the Marines?

14          PROSPECTIVE JUROR:  Yes, sir.

15          THE COURT:  Yeah.  Okay.

16          PROSPECTIVE JUROR:  I also worked with children from

17    2005 to 2007 as a Sunday school teacher.

18          THE COURT:  Okay.

19          PROSPECTIVE JUROR:  And that was about -- they were

20    four to five years old.

21          THE COURT:  Okay.

22          PROSPECTIVE JUROR:  And I also use a computer for

23    home and work daily.  Use mainly Google.  I have not used any

24    of those softwares.

25          THE COURT:  All right.  Let's back up a little bit.

1    You are a Sunday school teacher?

2              PROSPECTIVE JUROR:  Yes, sir.

3              THE COURT:  And you deal with children in Sunday

4    school?

5              PROSPECTIVE JUROR:  Yes, sir.

6              THE COURT:  Okay.  Would that in any way affect your

7    ability, that experience that you have, affect your ability to

8    be fair and impartial here in this case?

9              PROSPECTIVE JUROR:  I believe it could, sir.

10             THE COURT:  I'm sorry.

11             PROSPECTIVE JUROR:  Yes, sir.

12             THE COURT:  Okay.  You can't set that aside?  Yes or

13   no.

14             PROSPECTIVE JUROR:  No, sir.

15             THE COURT:  Okay.  Any objection to me excusing him?

16             MS. KOSTER:  No, Your Honor.

17             MR. WIGELL:  No, Judge.

18             THE COURT:  Thank you, sir, for being here.  You are

19   excused.

20        Ed, one more.

21             DEPUTY CLERK:  Willette Marberry.

22             THE COURT:  You are Willette Marberry?

23             PROSPECTIVE JUROR:  Yes, sir.

24             THE COURT:  Did you hear and pay close attention to

25   all the questions I have been asking?

 1              PROSPECTIVE JUROR:  Yes, sir.

 2              THE COURT:  If I were to ask you the very same

 3    questions, would you have answered yes to any of those?

 4              PROSPECTIVE JUROR:  Several of them.

 5              THE COURT:  Let's start with one.

 6              PROSPECTIVE JUROR:  I'm a food service manager for

 7    Gary Community Schools.  I have been there for 28 years.  I

 8    have worked from [verbatim] kids kindergarten through 12th

 9    grade.

10              THE COURT:  Okay.  Would that experience with

11    children that you just described affect your ability to be fair

12    and impartial in this case?

13              PROSPECTIVE JUROR:  No.

14              THE COURT:  Okay.  Next question.

15              PROSPECTIVE JUROR:  I have a cousin who is a Deputy

16    Lake County Sheriff in Crown Point.

17              THE COURT:  And it's a cousin?

18              PROSPECTIVE JUROR:  Yes, first cousin.

19              THE COURT:  Do you see that first cousin frequently

20    or infrequently?

21              PROSPECTIVE JUROR:  Frequently.

22              THE COURT:  When you do see that person, do you

23    discuss the nature of his work as a law enforcement officer?

24              PROSPECTIVE JUROR:  No.  She does not like discussing

25    her job.

 1              THE COURT:  I'm sorry?

 2              PROSPECTIVE JUROR:  She does not like discussing her

 3     job.

 4              THE COURT:  Okay.

 5              PROSPECTIVE JUROR:  I also have a niece --

 6              THE COURT:  Let me finish.

 7              PROSPECTIVE JUROR:  I'm sorry.

 8              THE COURT:  Would that fact that you have a first

 9     cousin who's a Lake County Deputy Sheriff affect your ability

10     to be fair and impartial in this case?

11              PROSPECTIVE JUROR:  No.

12              THE COURT:  Can you treat the testimony of a law

13     enforcement officer, a police officer, government agent just

14     like you could the testimony of any other person?

15              PROSPECTIVE JUROR:  Yes, I can.

16              THE COURT:  Okay.  Next question.

17              PROSPECTIVE JUROR:  I have a niece.  She's a

18     probation -- a juvenile probation officer in Marion County.

19              THE COURT:  Okay.  Do you see her frequently or

20     infrequently?

21              PROSPECTIVE JUROR:  No, maybe twice a year.

22              THE COURT:  Do you ever discuss what she does?

23              PROSPECTIVE JUROR:  No, sir.

24              THE COURT:  Would that fact prevent you from being

25     fair and impartial in this case?

 1          PROSPECTIVE JUROR:  No, it would not.

 2          THE COURT:  Okay.  Next question.

 3          PROSPECTIVE JUROR:  I think you asked a question

 4   about someone in the family having been charged with something.

 5          THE COURT:  Yeah.  Let me get that one.  It will take

 6   me just a few minutes.  Hang on just a minute.  Just hang on a

 7   minute.

 8       Have you or anyone close to you ever had any difficulty

 9   with the law such as being investigated by any federal, state,

10   or local law enforcement agency or being arrested for or

11   charged with a crime other than a minor traffic offense?  Is

12   that the question?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  And you have had someone.

15          PROSPECTIVE JUROR:  My brother 25 years ago up in

16   Wisconsin was charged with statutory rape.

17          THE COURT:  Okay.

18          PROSPECTIVE JUROR:  And then I have a daughter --

19          THE COURT:  Let's talk about that person first.  And

20   it was statutory rape?

21          PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Okay.  Do you know what the outcome of

23   that was?

24          PROSPECTIVE JUROR:  He did ten years in jail.

25          THE COURT:  Okay.  So he was found guilty?

```
 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Okay.  Now, the next one.

 3              PROSPECTIVE JUROR:  I have a daughter who just --

 4    have a federal case in this building that's going on now.

 5              THE COURT:  And is it a criminal case?

 6              PROSPECTIVE JUROR:  Um, I guess, yes.

 7              THE COURT:  Okay.  Do you know what kind of

 8    difficulty?

 9              PROSPECTIVE JUROR:  It's got something to do with

10    social security.

11              THE COURT:  Okay.  And that has not ended yet?

12              PROSPECTIVE JUROR:  No.

13              THE COURT:  Okay.  Do you know what law enforcement

14    or police agency is involved in that case?

15              PROSPECTIVE JUROR:  The social security office, I

16    believe.  It got something to do with social security.

17              THE COURT:  Is there a lawsuit involved?

18              PROSPECTIVE JUROR:  No.  She's being charged with --

19    can I come to the bench and explain it?

20              THE COURT:  Yeah, sure.  Come on up.  Counsel.

21        (Bench conference.)

22              THE COURT:  Just relax.  It's okay.

23              PROSPECTIVE JUROR:  I'm okay.

24              THE COURT:  You have to come closer.

25              PROSPECTIVE JUROR:  She was a lady's payee, and the
```

1   lady passed.  And for three months after that, she continued to

2   get her checks and cashed it; that's all I know about the case

3   so far.

4              THE COURT:  Is it in this federal court, do you know?

5              PROSPECTIVE JUROR:  Yes.

6              THE COURT:  Do you know who the judge is?

7              PROSPECTIVE JUROR:  No, sir.  When she came for her

8   pretrial, she was in the court right --

9              THE COURT:  Next door.

10             PROSPECTIVE JUROR:  Next door.

11             THE COURT:  Okay.  And it's not come to trial yet?

12             PROSPECTIVE JUROR:  No.  I believe she's supposed to

13  come in September, if I am not mistaken, sir.

14             THE COURT:  Okay.  Are those the only two people

15  close to you that's been involved --

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  -- in criminal activity?

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  Okay.  Would either of those experiences

20  that you have gone through or are now going through with your

21  daughter affect your ability to be fair and impartial in this

22  case?

23             PROSPECTIVE JUROR:  Oh, no, it would not.

24             THE COURT:  Do you have any lingering bad feelings

25  against the government --

```
 1              PROSPECTIVE JUROR:  No, sir.

 2              THE COURT:  -- because they have a social security

 3    case against your daughter?

 4              PROSPECTIVE JUROR:  No, sir.  She was in the wrong

 5    like my brother was.

 6              THE COURT:  Okay.  Any other questions?

 7              MS. KOSTER:  No, Your Honor.

 8              THE COURT:  Any other questions?

 9              MR. WIGELL:  No, Judge.

10              THE COURT:  Thank you.

11              PROSPECTIVE JUROR:  You're welcome.

12              THE COURT:  Don't discuss what you and I talked

13    about.

14              PROSPECTIVE JUROR:  Oh, I won't.

15              THE COURT:  I know.  Okay.

16       (Prospective Juror Marberry returned to the jury box.)

17       (End of bench conference.)

18              THE COURT:  Ms. Marberry, do you have any other

19    questions you might have answered yes to?

20              PROSPECTIVE JUROR:  The computer thing.  Did I answer

21    that?

22              THE COURT:  Do you use a computer at work or at home?

23              PROSPECTIVE JUROR:  Work and home.

24              THE COURT:  How often do you use a computer?

25              PROSPECTIVE JUROR:  Daily.
```

```
 1              THE COURT:  Do you ever search the Internet?
 2              PROSPECTIVE JUROR:  No.
 3              THE COURT:  Never?
 4              PROSPECTIVE JUROR:  No.  I play games on my computer,
 5    that's it.
 6              THE COURT:  Never have searched the Internet using
 7    Bing, Yahoo, or Google?
 8              PROSPECTIVE JUROR:  No.  I have my grandbabies do it
 9    for me.  I'm not computer savvy.
10              THE COURT:  Okay.  But you don't use either of those
11    search engines?
12              PROSPECTIVE JUROR:  I think she uses Google Chrome
13    when she go on there.  She use Google Chrome.
14              THE COURT:  Okay.  Do you know a search by -- is that
15    your niece?
16              PROSPECTIVE JUROR:  Granddaughter.
17              THE COURT:  Granddaughter.  How old is she?
18              PROSPECTIVE JUROR:  Seventeen.
19              THE COURT:  And she does the search for you?
20              PROSPECTIVE JUROR:  Yes.
21              THE COURT:  Do you know if you or she has ever
22    searched the Internet for one thing and that search results
23    gave you something entirely not on point that you were looking
24    for?
25              PROSPECTIVE JUROR:  Yes.
```

 1              THE COURT:  That's happened.

 2       Did you hear me list these computer software programs?

 3              PROSPECTIVE JUROR:  Only one I'm familiar with is

 4   LiveWire.  She goes on there to download music.

 5              THE COURT:  Okay.  Other than that, I take it you or

 6   she, to your knowledge, has not used any of those other

 7   software programs?

 8              PROSPECTIVE JUROR:  No, sir, not to my knowledge.

 9              THE COURT:  Okay.  Any other question you might have

10   answered yes to?

11              PROSPECTIVE JUROR:  No, sir.

12              THE COURT:  Let's go to the back row.  Okay.

13       You are Patrick Mehegan, correct?

14              PROSPECTIVE JUROR:  Yes, sir.

15              THE COURT:  Which question or questions, sir, would

16   you have answered yes to?

17              PROSPECTIVE JUROR:  The computer question.

18              THE COURT:  Let me ask you this:  Do you use a

19   computer at work or at home or both?

20              PROSPECTIVE JUROR:  Both.

21              THE COURT:  How often do you use a computer?

22              PROSPECTIVE JUROR:  All day at work and quite a bit

23   at home.

24              THE COURT:  Okay.  Do you ever search the Internet,

25   sir?

1              PROSPECTIVE JUROR:  Absolutely.

2              THE COURT:  Do you use Bing, Yahoo, or Google to

3    search the Internet?

4              PROSPECTIVE JUROR:  All three.

5              THE COURT:  Have you ever searched the Internet for

6    one thing and your search results gave you something entirely

7    not on point?

8              PROSPECTIVE JUROR:  Yes.

9              THE COURT:  You heard me list those computer software

10   programs?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Have you ever used one or more of those

13   software programs?

14             PROSPECTIVE JUROR:  No.

15             THE COURT:  Any other question you may have answered

16   yes to?

17             PROSPECTIVE JUROR:  There was a question about has

18   anyone in your immediate family been a victim of a crime.

19             THE COURT:  Yes.  Someone in your family has?

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  What type of crime?

22             PROSPECTIVE JUROR:  Murder.

23             THE COURT:  When?

24             PROSPECTIVE JUROR:  1992.

25             THE COURT:  And what member of the family was it?

 1                 PROSPECTIVE JUROR:  My cousin Jonelle (phonetic).

 2                 THE COURT:  Okay.  Was the perpetrator of that crime

 3      ever tried?

 4                 PROSPECTIVE JUROR:  Yes.

 5                 THE COURT:  Convicted?

 6                 PROSPECTIVE JUROR:  Yes.

 7                 THE COURT:  Served time?

 8                 PROSPECTIVE JUROR:  Currently they are serving time

 9      in Illinois.

10                 THE COURT:  Okay.  Any lingering feelings about that

11      experience that might impact your ability to serve or will

12      prevent you from serving as a fair and impartial juror in this

13      case?  Just a yes or no.

14                 PROSPECTIVE JUROR:  I think yes.

15                 THE COURT:  Can't set it aside?

16                 PROSPECTIVE JUROR:  I used to be able to.  Not now.

17                 THE COURT:  Can't do it?

18                 PROSPECTIVE JUROR:  (Shaking head in the negative.)

19                 THE COURT:  Any objection to me excusing him?

20                 MS. KOSTER:  No, Your Honor.

21                 MR. WIGELL:  No objection.

22                 THE COURT:  Thank you, sir.  You are excused.  Hang

23      on.

24           One more, please, Ed.

25                 DEPUTY CLERK:  James Waechter.

1                THE COURT:  You are James Waechter?

2                PROSPECTIVE JUROR:  Waechter.

3                THE COURT:  Wagner?

4                PROSPECTIVE JUROR:  Waechter.

5                THE COURT:  Waechter.  Sorry.  I'm not good at that.

6                PROSPECTIVE JUROR:  No problem.

7                THE COURT:  Did you hear all the questions I've been

8      asking?

9                PROSPECTIVE JUROR:  Yes, sir.

10               THE COURT:  If I were to ask you the same questions,

11     would you have answered yes to any of those?

12               PROSPECTIVE JUROR:  A few of them, sir.

13               THE COURT:  Which ones?  Let's start with one at a

14     time.

15               PROSPECTIVE JUROR:  I have a rifle at home.

16               THE COURT:  Okay.  For what purpose?

17               PROSPECTIVE JUROR:  It was an heirloom passed down.

18               THE COURT:  Okay.

19               PROSPECTIVE JUROR:  I just kind of have it.

20               THE COURT:  Okay.  You don't hunt with it or anything

21     like that?

22               PROSPECTIVE JUROR:  No, sir.

23               THE COURT:  It is just in your house?

24               PROSPECTIVE JUROR:  Yes, sir.

25               THE COURT:  Because you have inherited it?

1          PROSPECTIVE JUROR:  Yes, sir.

2          THE COURT:  Okay.  Next question.

3          PROSPECTIVE JUROR:  I use a computer daily both at

4   home and at work.

5          THE COURT:  Okay.  Do you do it at work or at home?

6          PROSPECTIVE JUROR:  Both, sir.

7          THE COURT:  Both?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  How often do you use it?

10         PROSPECTIVE JUROR:  Daily.

11         THE COURT:  Daily.  That's right.  You told me that.

12   Do you ever search the Internet?

13         PROSPECTIVE JUROR:  Yes, sir.

14         THE COURT:  Do you use Bing, Yahoo, or Google to

15   search the Internet?

16         PROSPECTIVE JUROR:  Google mostly.

17         THE COURT:  Use any of the other two?

18         PROSPECTIVE JUROR:  I have in the past.

19         THE COURT:  Have you ever searched the Internet for

20   one thing and your search results gave you something entirely

21   not on point?

22         PROSPECTIVE JUROR:  Occasionally.

23         THE COURT:  Did you hear me list those computer

24   software programs?

25         PROSPECTIVE JUROR:  I have not used any of those.

1          THE COURT:  Not used any of them?

2          PROSPECTIVE JUROR:  No, sir.

3          THE COURT:  Okay.  Any other question you may have

4     answered yes to?

5          PROSPECTIVE JUROR:  No, sir.

6          THE COURT:  Okay.  Okay.

7       Mr. Scheeringa.

8          PROSPECTIVE JUROR:  Yes, Your Honor.  With the

9     sensitive nature -- may I approach the bench?  There's a few

10    issues here that I do not want to state out loud in court.

11         THE COURT:  Do we know each other?

12         PROSPECTIVE JUROR:  Pardon me?

13         THE COURT:  Do you and I know each other?

14         PROSPECTIVE JUROR:  I'm hard of hearing.

15         THE COURT:  Okay.  Did you hear all the questions

16    I've asked?

17         PROSPECTIVE JUROR:  I heard some of them.  When you

18    were talking with this lady here, I couldn't even finish that

19    whole conversation.

20         THE COURT:  So because of that is it going to be

21    difficult for you to listen to the witnesses and listen to me

22    and listen to the lawyers throughout this trial without missing

23    a lot because of your impairment?

24         PROSPECTIVE JUROR:  There's some words that you say

25    yourself, Your Honor, that I can't make out.

 1             THE COURT:  Yeah.  Sometimes I can't make them out

 2   either.  That's a joke.  Okay.

 3        Any objection to me excusing Mr. Scheeringa?

 4             MS. KOSTER:  No, Your Honor.

 5             MR. WIGELL:  No, Judge.

 6             THE COURT:  I'm gonna excuse you, so we don't have to

 7   go through all that.

 8             PROSPECTIVE JUROR:  Thank you, Your Honor.

 9             THE COURT:  I know his family, just for the record

10   anyway.

11        Ed, we need one more.

12             DEPUTY CLERK:  Cassandra Kogler.

13             THE COURT:  Good morning.

14             PROSPECTIVE JUROR:  Good morning.

15             THE COURT:  You are Cassandra Kogler?

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  Did you hear and pay close attention to

18   all my questions?

19             PROSPECTIVE JUROR:  I did.

20             THE COURT:  If I were to ask you those very same

21   questions, would you have answered yes to any of those?

22             PROSPECTIVE JUROR:  Yes.

23             THE COURT:  Which ones?  Let's do one at a time.

24             PROSPECTIVE JUROR:  I have an uncle that's a lawyer.

25             THE COURT:  Okay.  And where does he practice law?

1               PROSPECTIVE JUROR:  In Ohio.

2               THE COURT:  In Ohio.  Do you know whether he

3    practices criminal or civil law or both?

4               PROSPECTIVE JUROR:  I don't know.

5               THE COURT:  Do you see him frequently?

6               PROSPECTIVE JUROR:  No.

7               THE COURT:  When you do see him, do you ever discuss

8    what he does as a lawyer?

9               PROSPECTIVE JUROR:  Only to personal questions.

10              THE COURT:  Yeah.

11              PROSPECTIVE JUROR:  No, not really.

12              THE COURT:  Okay.  Would the fact that you have an

13   uncle who's a lawyer, as you just described, in any way affect

14   your ability to be fair and impartial in this case?

15              PROSPECTIVE JUROR:  No.

16              THE COURT:  Okay.  Next question.

17              PROSPECTIVE JUROR:  The computer.

18              THE COURT:  Okay.  I take it you use a computer,

19   correct?

20              PROSPECTIVE JUROR:  Daily.

21              THE COURT:  At work or at home or both?

22              PROSPECTIVE JUROR:  Both.

23              THE COURT:  Okay.  And you use it daily.  Do you ever

24   search the Internet?

25              PROSPECTIVE JUROR:  Yes.

1           THE COURT:  Do you use Bing, Yahoo, or Google to

2    search the Internet?

3           PROSPECTIVE JUROR:  Yes.

4           THE COURT:  All three?

5           PROSPECTIVE JUROR:  Probably.

6           THE COURT:  Okay.  Which one do you do most?

7           PROSPECTIVE JUROR:  Probably Google.

8           THE COURT:  Okay.  Ever search the Internet for one

9    thing and your search results gave you something entirely not

10   on point?

11          PROSPECTIVE JUROR:  Possibly.

12          THE COURT:  Okay.  Just don't recall, but you may

13   have --

14          PROSPECTIVE JUROR:  Yes.

15          THE COURT:  -- done that?

16          PROSPECTIVE JUROR:  Possibly.

17          THE COURT:  Did you hear me list those computer

18   software programs?

19          PROSPECTIVE JUROR:  I did.

20          THE COURT:  Have you ever used one or more of those

21   software programs?

22          PROSPECTIVE JUROR:  No.

23          THE COURT:  Okay.  Next question.

24          PROSPECTIVE JUROR:  I was a girl scout leader.

25          THE COURT:  When?

1           PROSPECTIVE JUROR:  For about eight years ending

2     probably six years ago.

3           THE COURT:  Okay.  What age group were you a girl

4     scout leader for?

5           PROSPECTIVE JUROR:  From third grade to about tenth

6     grade for my daughter.

7           THE COURT:  Would that experience in any way affect

8     your ability to be fair and impartial in this case?

9           PROSPECTIVE JUROR:  I don't think so.

10          THE COURT:  Any doubt about it?

11          PROSPECTIVE JUROR:  No.

12          THE COURT:  Okay.  Next question.

13          PROSPECTIVE JUROR:  I think that's it.

14          THE COURT:  Okay.  Did I cover all the new ones?  I

15    think I have.

16        Let me ask the new ones this sort of short series of

17    questions.  Ever hear about the case before I mentioned it?

18        (No audible response from prospective jurors.)

19          THE COURT:  Do any of you know the defendant,

20    Mr. Resnick?

21        (No audible response from prospective jurors.)

22          THE COURT:  Do any of you know any of these lawyers

23    that I've introduced who are working this case?

24        (No audible response from prospective jurors.)

25          THE COURT:  Do you know any of the people who I have

 1    listed and who may possibly testify as witnesses in this case?

 2         (No audible response from prospective jurors.)

 3              THE COURT:  Do you know of any reason why you could

 4    not sit on this jury and render fair and impartial verdicts

 5    based only on the evidence presented to you and in the context

 6    of my instructions on the law that applies to this case?

 7         Any reason at all?

 8         (No audible response from prospective jurors.)

 9              THE COURT:  Counsel, I give you time to consult.

10    Then I ask you to approach the bench.

11              MR. WIGELL:  Ready, Judge.

12              THE COURT:  The government ready?

13              MS. KOSTER:  We are.

14              THE COURT:  Please approach.

15         (Bench conference.)

16              THE COURT:  Government have any other questions I

17    need to ask?

18              MS. KOSTER:  No, Your Honor.

19              THE COURT:  Does the defense?

20              MR. WIGELL:  No, Judge.

21              THE COURT:  Does the government have any challenge

22    for cause?

23              MS. KOSTER:  No, Your Honor.

24              THE COURT:  Does the defense?

25              MR. WIGELL:  No, Judge.

1        THE COURT:  I need your peremptories, please.

2        MS. KOSTER:  We have none.

3        THE COURT:  I'm sorry?

4        MS. KOSTER:  We have none.

5        THE COURT:  You are gonna stick with these people?

6        MR. WIGELL:  Yes, Judge.

7        THE COURT:  Does the government accept this jury.

8        MS. KOSTER:  Yes, Your Honor.

9        THE COURT:  As far as the regular ones.

10   Does the defendant accept this jury?

11        MR. WIGELL:  Yes, Judge.

12        THE COURT:  Tell you what, before we pick the

13   alternates, I'm gonna recess.  We've been here a couple hours.

14   People have their own personal needs, including myself.

15        MR. WIGELL:  I agree with you, Judge, on that.

16        THE COURT:  We'll take about a 15-minute recess.

17        MR. WIGELL:  Thank you, Judge.

18        MS. KOSTER:  Thank you.

19        THE COURT:  Thank you.

20   (End of bench conference.)

21        THE COURT:  Okay.  Ladies and gentlemen, we're gonna

22   take a short recess.  We're not quite done yet with selecting

23   this jury, but we've been here a couple hours.  So we're gonna

24   take about a 15-minute recess.

25   During this recess, please, do not discuss this case among

  1    yourselves or with anyone else.  Do not let anyone discuss it

  2    with you or in your presence.  Don't form or express any

  3    opinion on it.  Can't do those things.

  4        With that, we'll recess for about 15 minutes.  Those of

  5    you in the jury box, remember where you are seated; and you can

  6    follow the court security officer to the jury room.  We'll

  7    reconvene in about 15 minutes.

  8        (A recess was taken at 11:00 a.m.)

  9        (The proceedings resumed in open court, reported as

 10        follows:)

 11            THE COURT:  Be seated.

 12        Ed, I need to have you call two more prospective jurors.

 13            DEPUTY CLERK:  Daniel Gross, Gregory Bujaki.

 14            THE COURT:  All right.  Speaking to the new -- two

 15    new gentlemen who have been seated in the jury box.  I think

 16    it's Daniel Gross and Gregory Bujaki.

 17            PROSPECTIVE JUROR:  (Daniel Gross)  Yes.

 18            THE COURT:  Did I pronounce that okay?

 19            PROSPECTIVE JUROR:  (Gregory Bujaki)  Yes, you did.

 20            THE COURT:  Gentlemen, did you hear and pay close

 21    attention to the questions I've been asking?

 22            PROSPECTIVE JUROR:  Yes.

 23            PROSPECTIVE JUROR:  Yes.

 24            THE COURT:  Able to hear me okay?

 25            PROSPECTIVE JUROR:  Yes.

 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  If I were to ask you the very same

 3    questions, would either one of you have answered yes to either

 4    of those?

 5         Please raise your hand if so.

 6         Okay.  Let's start with Mr. Gross.

 7         Mr. Gross, which question or questions?  And let's do them

 8    one at a time.

 9              PROSPECTIVE JUROR:  The computer.  I use a computer.

10              THE COURT:  Okay.  Let me start with that then.

11         Do you use a computer at work or at home?

12              PROSPECTIVE JUROR:  At home.

13              THE COURT:  Okay.  And how often do you use a

14    computer?

15              PROSPECTIVE JUROR:  Daily.

16              THE COURT:  And do you ever search the Internet?

17              PROSPECTIVE JUROR:  Yes.

18              THE COURT:  Okay.  And do you use Bing, Yahoo, or

19    Google to search the Internet?

20              PROSPECTIVE JUROR:  Google.

21              THE COURT:  Have you ever searched the Internet for

22    one thing and your search results gave you something entirely

23    not on point?

24              PROSPECTIVE JUROR:  No.

25              THE COURT:  Did you hear my listing of those computer

 1   software programs?

 2            PROSPECTIVE JUROR:  Yes.

 3            THE COURT:  Have you ever used one or more of those

 4   software programs?

 5            PROSPECTIVE JUROR:  No.

 6            THE COURT:  Any other question, sir?

 7            PROSPECTIVE JUROR:  Yeah.  I'm a girl's softball

 8   coach.

 9            THE COURT:  Okay.  What age level?

10            PROSPECTIVE JUROR:  Sixth -- fifth and sixth grade.

11            THE COURT:  Okay.  How long have you been doing that?

12            PROSPECTIVE JUROR:  Two years.

13            THE COURT:  Okay.  Would that experience in any way

14   affect your ability to be fair and impartial in this case?

15            PROSPECTIVE JUROR:  No.

16            THE COURT:  Okay.  Any other question?

17            PROSPECTIVE JUROR:  No.

18            THE COURT:  Let's talk with Mr. Bujaki.

19       Which question or questions, sir?  And let's do them one

20   at a time if you have more than one.

21            PROSPECTIVE JUROR:  Okay.  I know attorneys.  Friend

22   of a family -- my ex-brother-in-law is prosecutor -- not

23   prosecutor, public defender.  And then a good friend of the

24   family, I stood up to their wedding, she's a bankruptcy

25   attorney.  She works downstairs.

 1              THE COURT:  Downstairs in this building?

 2              PROSPECTIVE JUROR:  Bankruptcy.  No, she doesn't work

 3  downstairs, but she practices downstairs.

 4              THE COURT:  She practices on the other side of the

 5  courtroom in the bankruptcy court?

 6              PROSPECTIVE JUROR:  In the bankruptcy department.

 7  She's a private attorney, but yeah --

 8              THE COURT:  "But yeah," what does that mean?

 9              PROSPECTIVE JUROR:  Correct.

10              THE COURT:  Sorry.

11      You know lawyers, and you listed the type of lawyers that

12  you know, correct?

13              PROSPECTIVE JUROR:  It is.  And what else --

14              THE COURT:  No, let's talk about this one.  Just

15  relax.

16              PROSPECTIVE JUROR:  I'm nervous.

17              THE COURT:  I know.  Unfortunately, I make people

18  nervous, and it's not intentional.  So just relax.

19      Are any of those people related to you?

20              PROSPECTIVE JUROR:  No -- well, my

21  ex-brother-in-law -- I'm divorced from my wife.  We got

22  divorced.  She changed her mind.  We're back together.

23              THE COURT:  So you are living together, but you're

24  not yet married?

25              PROSPECTIVE JUROR:  Yes, but we're not married

 1    anymore.  My ex-brother-in-law -- I still call him my

 2    ex-brother-in-law 'cause we're not married.

 3                 THE COURT:  Yeah.

 4                 PROSPECTIVE JUROR:  He's a public defender in

 5    Florida.

 6                 THE COURT:  Okay.  So that's the only relative --

 7                 PROSPECTIVE JUROR:  Yeah.

 8                 THE COURT:  -- so to speak, of those people that

 9    you've listed who are lawyers?

10                 PROSPECTIVE JUROR:  Yes.

11                 THE COURT:  Okay.  Do you see those -- any of those

12    people frequently or infrequently?

13                 PROSPECTIVE JUROR:  I'd say frequently.

14                 THE COURT:  Okay.  Do you ever discuss what they do

15    as lawyers?

16                 PROSPECTIVE JUROR:  He tells me some crazy stories,

17    yeah.

18                 THE COURT:  I'm sorry?

19                 PROSPECTIVE JUROR:  He tells me some stories, yes.

20                 THE COURT:  Okay.  And one of those lawyers that you

21    know is a prosecutor?

22                 PROSPECTIVE JUROR:  No, he's a public defender.

23                 THE COURT:  Public defender.  Not a prosecutor?

24                 PROSPECTIVE JUROR:  No, not a prosecutor.  He's a

25    public defender.

 1                    THE COURT:  Okay.  Would the fact that you know the

 2     lawyers that you mentioned in any way affect your ability to be

 3     fair and impartial in this case?  Yes or no.

 4                    PROSPECTIVE JUROR:  Yes.

 5                    THE COURT:  It would?

 6                    PROSPECTIVE JUROR:  Yes.

 7                    THE COURT:  Can I excuse him?

 8                    MS. KOSTER:  No objection.

 9                    THE COURT:  Any objection?

10                    MR. WIGELL:  No, Judge.

11                    THE COURT:  You are excused, sir.  Thanks.

12         Okay.  One more, please, Ed.

13                    DEPUTY CLERK:  Kurt Turner.

14                    THE COURT:  You are Kurt Turner?

15                    PROSPECTIVE JUROR:  Yes, sir.

16                    THE COURT:  Did you hear and pay close attention to

17     all my questions?

18                    PROSPECTIVE JUROR:  Yes.

19                    THE COURT:  If I were to ask you the very same

20     questions, would you have answered yes to any of them?

21                    PROSPECTIVE JUROR:  Yes.

22                    THE COURT:  Let's do one at a time.  And don't be

23     nervous.

24                    PROSPECTIVE JUROR:  I'm not nervous.  As it relates

25     to the computers.

1          THE COURT:  Yes.

2          PROSPECTIVE JUROR:  At work and personal use.

3          THE COURT:  All right.  So you use it both at work

4     and at home?

5          PROSPECTIVE JUROR:  Correct.

6          THE COURT:  How often do you use a computer?

7          PROSPECTIVE JUROR:  Everyday.

8          THE COURT:  Do you ever search the Internet?

9          PROSPECTIVE JUROR:  Yes.

10          THE COURT:  Do you use Bing, Yahoo, or Google to

11     search the Internet?

12          PROSPECTIVE JUROR:  Bing or Google.

13          THE COURT:  Have you ever searched the Internet for

14     one thing and your search results gave you something entirely

15     not on point?

16          PROSPECTIVE JUROR:  Yes.

17          THE COURT:  Did you hear me list those computer

18     software programs?

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  Have you ever used one or more of those

21     software programs?

22          PROSPECTIVE JUROR:  No.

23          THE COURT:  Okay.  Next question.

24          PROSPECTIVE JUROR:  Firearms.

25          THE COURT:  Do you own some?

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  In your home?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  Long guns or handguns?

5          PROSPECTIVE JUROR:  Thirty-eight.  It's a revolver.

6          THE COURT:  Revolver?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  What purpose do you use it or have it?

9          PROSPECTIVE JUROR:  Personal protection.

10          THE COURT:  Next question.

11          PROSPECTIVE JUROR:  The third is I have a relative

12   that's -- who is convicted of felony assault.

13          THE COURT:  Okay.  In what jurisdiction?  What court?

14          PROSPECTIVE JUROR:  Lake County.

15          THE COURT:  Lake County?

16          PROSPECTIVE JUROR:  Yes.

17          THE COURT:  And as a result of that conviction, did

18   that relative go to prison?

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  Still there?

21          PROSPECTIVE JUROR:  No.

22          THE COURT:  Out.  Okay.  And were you close to that

23   experience?

24          PROSPECTIVE JUROR:  It's my brother.

25          THE COURT:  I'm sorry.

```
 1              PROSPECTIVE JUROR:  It's my brother.

 2              THE COURT:  So you were close to him.

 3              PROSPECTIVE JUROR:  And the victim was my mother.

 4              THE COURT:  Okay.  Do you have any lingering feelings

 5     about that experience with your brother and mother which you

 6     feel might impact your ability to serve or will prevent you

 7     from serving as a fair and impartial juror on this case?

 8              PROSPECTIVE JUROR:  I would have to say yes.

 9              THE COURT:  Okay.  Any objection to me excusing him?

10              MS. KOSTER:  No, Your Honor.

11              THE COURT:  From the defense?

12              MR. WIGELL:  No, Judge.

13              THE COURT:  You are excused, sir.  Thank you.

14         One more, please, Ed.

15              DEPUTY CLERK:  Patrick Manning.

16              THE COURT:  You are Patrick Manning?

17              PROSPECTIVE JUROR:  Yes, sir.

18              THE COURT:  Did you hear all the questions I've been

19     asking?

20              PROSPECTIVE JUROR:  Yes.

21              THE COURT:  If I were to ask you the very same ones

22     would you have answered yes to any of those?

23              PROSPECTIVE JUROR:  No.  But I do have a computer.  I

24     only use it for personal -- for my home.  That's it.

25              THE COURT:  Okay.  Let me ask you a little bit more
```

1    about that.

2         How often do you use that computer at home?

3              PROSPECTIVE JUROR:  Everyday.

4              THE COURT:  Do you ever search the Internet?

5              PROSPECTIVE JUROR:  Yes.

6              THE COURT:  Do you use Bing, Yahoo, or Google to

7    search the Internet?

8              PROSPECTIVE JUROR:  Google.

9              THE COURT:  Have you ever searched the Internet for

10   one thing and your search results gave you something entirely

11   not on point?

12             PROSPECTIVE JUROR:  Rarely.

13             THE COURT:  But you have?

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Okay.  Did you hear me list those

16   computer software programs?

17             PROSPECTIVE JUROR:  Yes, I have.

18             THE COURT:  Have you ever used one or more of those

19   software programs?

20             PROSPECTIVE JUROR:  No, sir.

21             THE COURT:  Okay.  Any other question?

22             PROSPECTIVE JUROR:  No, sir.

23             THE COURT:  Okay.  Let me ask you both the following

24   very short series of questions.

25        Ever heard about the case before I mentioned it?

1          (No audible response from prospective jurors.)

2              THE COURT:  Okay.  Do you know the defendant?

3          (No audible response from prospective jurors.)

4              THE COURT:  Do you know any of these lawyers that are

5     working this case?

6          (No audible response from prospective jurors.)

7              THE COURT:  Do you know any of the people who I have

8     listed who may possibly testify as witnesses in the case?

9          (No audible response from prospective jurors.)

10             THE COURT:  Do you know any reason at all why you

11    could not sit on this jury and render fair and impartial

12    verdicts based only on the evidence presented to you and in the

13    context of my instructions on the law that applies to this

14    case?

15         (No audible response from prospective jurors.)

16             THE COURT:  Counsel, I give you time to consult.

17    Counsel, please approach.

18         (Bench conference.)

19             THE COURT:  Government have any other questions I

20    need to ask?

21             MS. KOSTER:  Yes, Your Honor.  With regard --

22    actually, each of them we have a couple questions.  Patrick

23    Manning.

24             THE COURT:  M-A-N -- Manning, Manning, Manning.

25    Okay.

```
 1              MS. KOSTER:  He makes reference to a bench trial but

 2   doesn't explain anything further about it.  If we can

 3   inquire --

 4              THE COURT:  You want him to come up here?

 5              MS. KOSTER:  Yes, please.

 6              THE COURT:  Okay.

 7         (End of bench conference.)

 8              THE COURT:  Mr. Manning, could you come up here just

 9   for a moment.

10         (Bench conference.)

11              THE COURT:  Hi.  Come on up closer.  You need to

12   speak in this microphone.

13         You listed here that you had a bench trial.

14              PROSPECTIVE JUROR:  Yeah, I believe so.

15              THE COURT:  Was it you that was involved in the bench

16   trial?

17              PROSPECTIVE JUROR:  No, no.  This -- I was a -- I was

18   a -- what do you call that when --

19              THE COURT:  Witness.  A witness?

20              PROSPECTIVE JUROR:  Yes, I was a witness.

21              THE COURT:  You were a witness in a bench trial.  Do

22   you know the nature of that bench trial?

23              PROSPECTIVE JUROR:  What do you mean by that?

24              THE COURT:  What kind of a trial was it, do you

25   remember?
```

1           PROSPECTIVE JUROR:  It was, I believe, a criminal

2   trial because the story about it was that people were -- they

3   said they were giving alcohol to minors.

4           THE COURT:  To minors.

5           PROSPECTIVE JUROR:  Correct.

6           THE COURT:  Okay.  And you had to -- were called by

7   the defense or the government to testify?

8           PROSPECTIVE JUROR:  Defense.

9           THE COURT:  Okay.  And you did so?  You testified?

10          PROSPECTIVE JUROR:  (Nodding head in affirmative.)

11          THE COURT:  Okay.  You know what happened in that

12  case?

13          PROSPECTIVE JUROR:  No.

14          THE COURT:  You have no idea what the result was?

15          PROSPECTIVE JUROR:  Never asked.

16          THE COURT:  Okay.  Can you set that experience aside?

17          PROSPECTIVE JUROR:  Yes.

18          THE COURT:  Sit and listen and view the evidence

19  totally unaffected by that experience?

20          PROSPECTIVE JUROR:  Yes, sir.

21          THE COURT:  Any questions from the government?

22          MS. KOSTER:  No, Your Honor.

23          THE COURT:  From the defense?

24          MR. WIGELL:  No, Judge.

25          THE COURT:  Thank you.  You can be seated.  Don't

1    mention what you and I talked about, please.

2              PROSPECTIVE JUROR:  Yes, sir.

3         (Prospective juror returns to the jury box.)

4              THE COURT:  Next one.

5              MS. KOSTER:  Judge, with regard to Mr. Gross --

6              THE COURT:  Gross.  Gross.

7              MS. KOSTER:  He indicated on the back of his

8    questionnaire he had religious convictions.

9              THE COURT:  Yeah.  He's also working and might get

10   laid off.  Can't afford to take time off.  Needs money.

11             MS. KOSTER:  Can we ask him about --

12             MR. WIGELL:  He's working landscaping.

13             THE COURT:  Yeah, I know, that's a tough business.

14   What if someone just excused him for cause, can we do that?

15   Any objection?  Then I don't have to bring him up.

16             MS. KOSTER:  We would agree to that.

17             MR. WIGELL:  Yes, Judge.

18             THE COURT:  Okay.  So you both agree to strike

19   Mr. Gross for cause, correct?

20             MS. KOSTER:  Correct.

21             THE COURT:  Anybody want to strike Manning for cause?

22   Yes or no.

23             MS. KOSTER:  No, Your Honor.

24             MR. WIGELL:  No, Judge.

25             THE COURT:  I need your peremptories though.

 1          Where's yours?

 2              MR. WIGELL:  None.  Sorry, Judge, we should have

 3      wrote it down.

 4              THE COURT:  That's all right.

 5          That's yours.  Only one left, right?

 6          You have one remaining.

 7          So they both go.  Okay.

 8          (End of bench conference.)

 9              THE COURT:  Okay.  Bearing in mind what I said when

10      I've excused all others, I'm going to excuse David Gross and

11      Patrick Manning from further participation in this trial.

12      Thank you, gentlemen, for being here prepared to serve if need

13      be.  Appreciate it very much.

14          Ed, two more, please.

15              DEPUTY CLERK:  Sara Puplava, James Schuetz.

16              THE COURT:  Okay.  Speaking to the two new people who

17      have just been seated in the jury box, I think it's Sara

18      Puplava and James Schuetz?

19              PROSPECTIVE JUROR:  (James Schuetz) Correct.

20              THE COURT:  Did you each hear and pay close attention

21      to the questions I've been asking?

22              PROSPECTIVE JUROR:  Yes.

23              PROSPECTIVE JUROR:  Yes.

24              THE COURT:  Able to hear me okay, right?

25              PROSPECTIVE JUROR:  Yes.

 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  If I were to ask you the very same

 3     questions, would either one of you have answered yes to any of

 4     those questions?

 5              PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Okay.  Let's start with Ms. Puplava.

 7              PROSPECTIVE JUROR:  Puplava.

 8              THE COURT:  Okay.  Which question or questions,

 9     ma'am, and just do one at a time.

10              PROSPECTIVE JUROR:  Start with the family member

11     accused.

12              THE COURT:  Okay.

13              PROSPECTIVE JUROR:  May I approach the bench?

14              THE COURT:  Sure.  Come on up.

15         Counsel.

16         (Bench conference.)

17              THE COURT:  Let everybody get here.  You got to speak

18     right in this microphone.  You have a family member --

19              PROSPECTIVE JUROR:  Two.

20              THE COURT:  Two family members that were involved in

21     what?

22              PROSPECTIVE JUROR:  Yes.  One was murdered and one

23     was child sexual abuse.

24              THE COURT:  Okay.  And let's talk about the murder

25     first.  Was that a close relative?

```
 1              PROSPECTIVE JUROR:  It was a cousin.

 2              THE COURT:  First?  Second?  Third?

 3              PROSPECTIVE JUROR:  Well, second.

 4              THE COURT:  Second cousin.

 5              PROSPECTIVE JUROR:  Well, we think he killed his

 6    father in Hobart.  I'm sure you know about the case.  It was in

 7    the papers.

 8              THE COURT:  I don't read the papers.

 9              PROSPECTIVE JUROR:  Okay.  Good thing then.

10              THE COURT:  I know.  How long ago did that occur?

11              PROSPECTIVE JUROR:  I want to say four years ago.

12              THE COURT:  Was he tried?

13              PROSPECTIVE JUROR:  He was tried, found not guilty,

14    but he was found guilty on other --

15              THE COURT:  So he's still in prison?

16              PROSPECTIVE JUROR:  He's in prison now for -- I don't

17    know what you call it.

18              THE COURT:  That's okay.

19              PROSPECTIVE JUROR:  For fraud.

20              THE COURT:  Okay.  And the other one was a charge --

21              PROSPECTIVE JUROR:  Several years ago in Cook County

22    in the same family, but his uncle on cousins.

23              THE COURT:  Okay.  And there was a charge of, what,

24    child molestation?

25              PROSPECTIVE JUROR:  Child molestation, yes.
```

 1              THE COURT:  Was he convicted?

 2              PROSPECTIVE JUROR:  No.  He was found not guilty.

 3              THE COURT:  Not guilty.  Okay.

 4       Would those two experiences -- how close were you to those

 5   people that --

 6              PROSPECTIVE JUROR:  First cousins with the child --

 7              THE COURT:  Did you see them frequently or

 8   infrequently.

 9              PROSPECTIVE JUROR:  Both frequently.

10              THE COURT:  Okay.  Those experiences that you had

11   that you just related, would they in any way affect your

12   ability to be fair and impartial in this case?

13              PROSPECTIVE JUROR:  No.

14              THE COURT:  You could set it aside totally?

15              PROSPECTIVE JUROR:  Uh-huh.

16              THE COURT:  Sit and listen and view the evidence --

17              PROSPECTIVE JUROR:  Yes, sir.

18              THE COURT:  -- that comes forth here?

19       Base your decision solely on what you see and hear in this

20   case --

21              PROSPECTIVE JUROR:  Yes, sir.

22              THE COURT:  -- unaffected by those two experiences?

23              PROSPECTIVE JUROR:  Yes, sir.

24              THE COURT:  Okay.  All right.  Don't mention what you

25   and I talked about.

 1            PROSPECTIVE JUROR:  Okay.

 2            THE COURT:  Any other questions?

 3            MS. KOSTER:  No, Your Honor.

 4            THE COURT:  From the defense?

 5            MR. WIGELL:  No, Judge.

 6            THE COURT:  Okay.  You can take your seat.

 7       (Prospective juror Puplava returned to the jury box.)

 8       (End of bench conference.)

 9            THE COURT:  Okay.  Any other question you might have

10   answered yes to?

11            PROSPECTIVE JUROR:  Yes, sir.

12            THE COURT:  Which one?

13            PROSPECTIVE JUROR:  The computer.

14            THE COURT:  Okay.  You use a computer at work or at

15   home?

16            PROSPECTIVE JUROR:  Home.

17            THE COURT:  How often do you use a computer?

18            PROSPECTIVE JUROR:  Quite often.

19            THE COURT:  Do you ever search the Internet?

20            PROSPECTIVE JUROR:  Yes, sir.

21            THE COURT:  Do you use Bing, Yahoo, or Google to

22   search the Internet?

23            PROSPECTIVE JUROR:  Google.

24            THE COURT:  Google?

25            PROSPECTIVE JUROR:  Google.

```
 1              THE COURT:  Have you ever searched the Internet for
 2   one thing and your search results gave you something entirely
 3   not on point?
 4              PROSPECTIVE JUROR:  No.
 5              THE COURT:  Did you hear me list those computer
 6   software programs?
 7              PROSPECTIVE JUROR:  Yes, sir.
 8              THE COURT:  Have you ever used one or more of those
 9   software programs?
10              PROSPECTIVE JUROR:  No.
11              THE COURT:  Next question.
12              PROSPECTIVE JUROR:  Law enforcement.
13              THE COURT:  Do you know people who are in law
14   enforcement?
15              PROSPECTIVE JUROR:  Yes, sir.
16              THE COURT:  Any of them relatives of yours?
17              PROSPECTIVE JUROR:  No.
18              THE COURT:  What law enforcement agency do they work
19   for?
20              PROSPECTIVE JUROR:  Police force for Munster,
21   Highland, Hammond, Lansing, Cal City, and Chicago.
22              THE COURT:  Okay.  And are they acquaintances or are
23   they friends?
24              PROSPECTIVE JUROR:  Friends.
25              THE COURT:  Do you see them frequently or
```

1   infrequently?

2           PROSPECTIVE JUROR:  Frequently and infrequently.

3           THE COURT:  Some you do and some you don't?

4           PROSPECTIVE JUROR:  Right.

5           THE COURT:  Okay.  Do you ever discuss with them the

6   nature of their police work?

7           PROSPECTIVE JUROR:  No.

8           THE COURT:  Okay.  Knowing all of these law

9   enforcement officers as you've just described it, can you sit

10  and listen and view the evidence and render a fair and

11  impartial verdict?

12          PROSPECTIVE JUROR:  Yes, sir.

13          THE COURT:  Can you treat the testimony of a law

14  enforcement officer, a police officer, or government agent just

15  like you could the testimony of anyone else's?

16          PROSPECTIVE JUROR:  Yes, sir.

17          THE COURT:  Okay.  Next question, if you have one.

18          PROSPECTIVE JUROR:  I don't remember.  Oh, I was a

19  coach.  My husband was a coach.

20          THE COURT:  Who was a coach?

21          PROSPECTIVE JUROR:  My husband as well.

22          THE COURT:  Okay.  The two of you?

23          PROSPECTIVE JUROR:  Yes.

24          THE COURT:  What grade level?

25          PROSPECTIVE JUROR:  I was a soccer coach for, like,

1      four years while my children --

2              THE COURT:  What's the age group of those children?

3              PROSPECTIVE JUROR:  From like five to eight.

4              THE COURT:  Okay.

5              PROSPECTIVE JUROR:  Soccer and the softball for my

6      daughter from 8 to, like, 16.

7              THE COURT:  Okay.  How about your husband?

8              PROSPECTIVE JUROR:  He was a softball coach from,

9      like, 8 to 16.

10             THE COURT:  Okay.  Would those experiences in any way

11     affect your ability to be fair and impartial in this case?

12             PROSPECTIVE JUROR:  No, sir.

13             THE COURT:  Okay.  Do you have any other questions

14     that you might have answered yes to?

15             PROSPECTIVE JUROR:  Not that I can remember.

16             THE COURT:  Well, think about it.

17             PROSPECTIVE JUROR:  No, sir.

18             THE COURT:  Okay.  Let me see.

19        Mr. Schuetz, did you raise your hand?  I think you did.

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  Which question or questions, sir?  Let's

22     try to do them one at a time.

23             PROSPECTIVE JUROR:  Start with the easy one first,

24     the computer.

25             THE COURT:  Okay.  You use the computer at work or at

1    home or both?

2              PROSPECTIVE JUROR:  Both.

3              THE COURT:  How often do you use a computer?

4              PROSPECTIVE JUROR:  Probably five days a week.

5              THE COURT:  Do you ever search the Internet?

6              PROSPECTIVE JUROR:  Yes.

7              THE COURT:  Do you use Bing, Yahoo, or Google to

8    search the Internet?

9              PROSPECTIVE JUROR:  Google.

10             THE COURT:  Have you ever searched the Internet for

11   one thing and your search results gave you something entirely

12   not on point?

13             PROSPECTIVE JUROR:  Yes.

14             THE COURT:  Did you hear me list those computer

15   software programs?

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  Have you ever used one or more of those

18   software programs?

19             PROSPECTIVE JUROR:  No.

20             THE COURT:  Okay.  Next question.

21             PROSPECTIVE JUROR:  The coaching or teaching of

22   children.

23             THE COURT:  Okay.

24             PROSPECTIVE JUROR:  Probably about teachers in the

25   family.

```
 1              THE COURT:  Okay.

 2              PROSPECTIVE JUROR:  My wife being one of them, Sunday

 3    school, high school.

 4              THE COURT:  How about you?

 5              PROSPECTIVE JUROR:  No, I'm not a teacher.

 6              THE COURT:  Okay.  But they do.  And would those

 7    experiences that your wife and others in your family have had,

 8    would you be aware of them?

 9              PROSPECTIVE JUROR:  Sure.

10              THE COURT:  Okay.  Would they in any way affect your

11    ability to be fair and impartial in this case?

12              PROSPECTIVE JUROR:  No.

13              THE COURT:  Next question.

14              PROSPECTIVE JUROR:  Victim of a crime.  When I was in

15    the Army, I was.

16              THE COURT:  And what was the crime?

17              PROSPECTIVE JUROR:  It was attempted robbery.

18              THE COURT:  How long ago was that?

19              PROSPECTIVE JUROR:  Forty years ago.

20              THE COURT:  Forty.  Okay.  Did they ever apprehend

21    the person --

22              PROSPECTIVE JUROR:  No.

23              THE COURT:  -- that did that?

24              PROSPECTIVE JUROR:  No, never got finished.

25              THE COURT:  Okay.  Would that experience in any way
```

1    affect your ability to be fair and impartial in this case?

2              PROSPECTIVE JUROR:  No.

3              THE COURT:  Set it aside totally, right?

4              PROSPECTIVE JUROR:  Yeah.

5              THE COURT:  Okay.  Next.

6              PROSPECTIVE JUROR:  The other one was a neighbor

7    friend of mine, his nephew was accused of -- well, he was

8    convicted of rape of a minor.

9              THE COURT:  Okay.  And what city or town -- or

10   what --

11             PROSPECTIVE JUROR:  It was in Illinois.  I can't

12   remember -- it was far south, but I can't remember.

13             THE COURT:  Okay.  And he was tried and convicted?

14             PROSPECTIVE JUROR:  Twice, yes.

15             THE COURT:  Twice?

16             PROSPECTIVE JUROR:  Yeah.

17             THE COURT:  Okay.  Do you have any lingering feelings

18   about that experience which you feel might impact your ability

19   to serve or will prevent you from serving as a fair and

20   impartial juror in this case?

21             PROSPECTIVE JUROR:  No.  I didn't know -- the nephew,

22   I didn't know him.

23             THE COURT:  So you could set what you just described

24   aside totally?

25             PROSPECTIVE JUROR:  Yeah.

1          THE COURT:  Sit and listen to the evidence and view

2     the evidence that comes forth in this trial --

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  -- and base your decision solely on what

5     you see and hear in this case unaffected by those experiences

6     that you just described?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  Okay.  Next question, if any?

9          PROSPECTIVE JUROR:  I think that was it, just four of

10    them.

11         THE COURT:  Okay.  All right.  Let me ask the two of

12    you this short series of questions.

13       Ever heard about the case before I mentioned it?

14       (No audible response from prospective jurors.)

15         THE COURT:  Do you know the defendant, Mr. Resnick?

16       (No audible response from prospective jurors.)

17         THE COURT:  Do you know of any one of these four

18    lawyers that are working this case?

19       (No audible response from prospective jurors.)

20         THE COURT:  Do you know any of the people who I

21    listed who may possibly testify as witnesses in the case?

22       (No audible response from prospective jurors.)

23         THE COURT:  Do you know of any reason why you could

24    not sit on this jury, render fair and impartial verdicts based

25    only on the evidence presented to you and in the context of my

 1    instructions on the law that applies to the case?

 2         (No audible response from prospective jurors.)

 3              THE COURT:  Counsel, I give you time to consult.

 4    Ready?

 5         (No audible responses given.)

 6         (Bench conference.)

 7              THE COURT:  Any other questions from the government?

 8              MS. KOSTER:  No, Your Honor.

 9              THE COURT:  From the defense?

10              MR. WIGELL:  No, Judge.

11              THE COURT:  Any challenge for cause from the

12    government?

13              MS. KOSTER:  No, Your Honor.

14              THE COURT:  From the defense?

15              MR. WIGELL:  Yes, Judge.  We would challenge for

16    cause Sarah Puplava.  We believe that the experience regarding

17    her family members is too soon in her mind and too close to

18    what the allegation is in this case.  And even though the Court

19    asked her the proper rehabilitation question, we still have

20    doubts whether or not she can be fair and impartial, Judge.

21              THE COURT:  Response?

22              MS. KOSTER:  Judge, she did indicate that she could

23    be fair and impartial, and I would note that the other

24    alternate also had a family incident.  The other alternate who

25    was male, Mr. Schuetz, had a family member charged with a

1    similar crime, and yet defense counsel isn't, I don't think,

2    striking him.

3            THE COURT:  Yeah, I'm not gonna strike her for cause.

4            MR. WIGELL:  Thank you, Judge.

5            THE COURT:  You're welcome.  I need your

6    peremptories, please.

7            MS. KOSTER:  We have none.

8            THE COURT:  Okay.  You are both out now, right?

9    Correct?

10           MR. McGRATH:  Yes.

11           MR. WIGELL:  Yes, Judge.

12           THE COURT:  Now, no matter where Mr. Schuetz sits,

13   he's alternate one.

14           MR. McGRATH:  Yes, sir.

15           MR. WIGELL:  Yes, sir.

16           THE COURT:  I might have him move in -- well, he's

17   just alternate one.  He can sit where he remains.

18           MS. KOSTER:  Judge, just for the record, we make a

19   *Batson* challenge regarding the last strike by defense counsel.

20   He's already stated his reasons, I think.  We just want to make

21   that clear for the record.

22           THE COURT:  Whatever.

23           MS. KOSTER:  Okay.

24           THE COURT:  Ed, I need to have you call one more,

25   please.

 1        Ms. Puplava, I am going to excuse you.  Thank you so much

 2   for being here prepared to serve.

 3        One more, Ed.

 4            DEPUTY CLERK:  Antonietta Gaoat.

 5            THE COURT:  Okay.  You are Antonietta --

 6            PROSPECTIVE JUROR:  Yes.

 7            THE COURT:  Is it Gaoat?

 8            PROSPECTIVE JUROR:  Yes.

 9            THE COURT:  Gaoat.  Okay.  I'll try to remember.

10   Did you hear and pay close attention to all my questions?

11            PROSPECTIVE JUROR:  Yes.

12            THE COURT:  If I were to ask you the very same ones,

13   would you have answered yes to any of those?

14            PROSPECTIVE JUROR:  Yes.

15            THE COURT:  Which ones?  And I need to do it one at a

16   time.

17            PROSPECTIVE JUROR:  Use of computer.

18            THE COURT:  Okay.  Let me do that one first.

19        Do you use it at home or at work?

20            PROSPECTIVE JUROR:  Both.

21            THE COURT:  How often do you use a computer?

22            PROSPECTIVE JUROR:  Daily.

23            THE COURT:  Do you ever search the Internet?

24            PROSPECTIVE JUROR:  Yes.

25            THE COURT:  Do you use Bing, Yahoo, or Google to

 1   search the Internet?

 2              PROSPECTIVE JUROR:  All of those.

 3              THE COURT:  Have you ever searched the Internet for

 4   one thing and your search results gave you something entirely

 5   not on point?

 6              PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  Did you hear me list the computer

 8   software programs?

 9              PROSPECTIVE JUROR:  Yes.

10              THE COURT:  Have you ever used one or more of those

11   software programs?

12              PROSPECTIVE JUROR:  No.

13              THE COURT:  Okay.  Next question.

14              PROSPECTIVE JUROR:  Gun.

15              THE COURT:  Do you own a gun?

16              PROSPECTIVE JUROR:  My husband does.

17              THE COURT:  He does.  Long gun?  Handgun?

18              PROSPECTIVE JUROR:  Handgun.

19              THE COURT:  And for what purpose?

20              PROSPECTIVE JUROR:  For protection.

21              THE COURT:  Okay.  Next question.

22              PROSPECTIVE JUROR:  Close encounter with rape

23   victims.  I -- I work in an OBGYN, and we sometimes have

24   clients who are victims.

25              THE COURT:  Yes.

1              PROSPECTIVE JUROR:  And I have a close best friend in

2    high school who was raped.

3              THE COURT:  Yeah.  Okay.  Let me ask a question.

4    Those experiences that you just mentioned, would they in any

5    way affect your ability to be fair and impartial in this case?

6              PROSPECTIVE JUROR:  Yes, I guess.

7              THE COURT:  No way you could set it aside?

8              PROSPECTIVE JUROR:  I don't want to be unfair.

9              THE COURT:  No, I know.  I understand that.  So it

10   would be tough on you, right?

11             PROSPECTIVE JUROR:  Yeah.

12             THE COURT:  Okay.  Any objection to me excusing her?

13             MS. KOSTER:  No, Your Honor.

14             MR. WIGELL:  No, Judge.

15             THE COURT:  Thank you, ma'am.  You are excused.

16        Ed, one more, please.

17             DEPUTY CLERK:  Frederick Cooper.

18             THE COURT:  Okay.  You are Frederick Cooper, correct?

19             PROSPECTIVE JUROR:  Yes, sir.

20             THE COURT:  Did you hear and pay close attention to

21   my questions, sir?

22             PROSPECTIVE JUROR:  Every one of them.

23             THE COURT:  Okay.  I take it you were able to hear

24   me?

25             PROSPECTIVE JUROR:  Yes.

1          THE COURT:  If I were to ask you the very same

2    questions, would you have answered yes to any of those?

3          PROSPECTIVE JUROR:  To the computer.

4          THE COURT:  Let me ask you this.  You use a computer

5    at work or at home or both?

6          PROSPECTIVE JUROR:  Home.

7          THE COURT:  How often do you use a computer?

8          PROSPECTIVE JUROR:  Once or twice a week.

9          THE COURT:  Do you ever search the Internet?

10          PROSPECTIVE JUROR:  Yes.

11          THE COURT:  Do you use Bing, Yahoo, or Google to

12    search the Internet?

13          PROSPECTIVE JUROR:  Yahoo.

14          THE COURT:  Google?

15          PROSPECTIVE JUROR:  Yahoo.

16          THE COURT:  Yahoo.  I'm sorry.

17       Have you ever searched the Internet for one thing and your

18    search results gave you something entirely not on point?

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  Did you hear me list those computer

21    software programs?

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  Have you ever used one or more of those

24    software programs?

25          PROSPECTIVE JUROR:  No.

```
 1                THE COURT:  Any other question you may have answered
 2    yes to?
 3                PROSPECTIVE JUROR:  No.
 4                THE COURT:  Okay.  Ever heard about the case before I
 5    mentioned it this morning?
 6                PROSPECTIVE JUROR:  No.
 7                THE COURT:  Do you know the defendant, Mr. Resnick?
 8                PROSPECTIVE JUROR:  No.
 9                THE COURT:  Do you know any of these lawyers that are
10    working this case?
11                PROSPECTIVE JUROR:  No.
12                THE COURT:  Do you know any of the people who I've
13    listed who may possibly testify as witnesses?
14                PROSPECTIVE JUROR:  No.
15                THE COURT:  Do you know of any reason why you could
16    not sit on this jury and render fair and impartial verdicts
17    based only on the evidence presented to you and in the context
18    of my instructions on the law that applies to the case?
19                PROSPECTIVE JUROR:  No.
20                THE COURT:  Counsel, I give you time to consult.
21    Counsel, are you ready?
22                MR. WIGELL:  Yes, Judge.
23                THE COURT:  Counsel, please approach.
24          (Bench conference.)
25                THE COURT:  Any questions from the government?
```

 1              MS. KOSTER:  No, Your Honor.

 2              THE COURT:  From the defense?

 3              MR. WIGELL:  No, Judge.

 4              THE COURT:  Challenge for cause from the government?

 5              MS. KOSTER:  No, Your Honor.

 6              THE COURT:  From the defense?

 7              MR. WIGELL:  No, Judge.

 8              THE COURT:  Any peremptories from the government?

 9              MS. KOSTER:  No, Your Honor.

10              THE COURT:  Defense?

11              MR. WIGELL:  We're out, but no.

12              THE COURT:  All right.  Now, does the government

13      accept this jury in full?

14              MS. KOSTER:  We do, Your Honor.

15              THE COURT:  Does the defendant accept this jury in

16      full?

17              MR. WIGELL:  Yes, Judge.

18              THE COURT:  Thank you.

19          (End of bench conference.)

20              THE COURT:  Hang on just a second.  I have so many

21      papers sometimes I lose track of them.  I apologize for that.

22          Sorry, everybody, just kind of bear with me.

23          All right.  Ladies and gentlemen, both sides having

24      accepted this jury, I would ask those of you in the jury box to

25      please stand up, raise your right hand and be sworn to try the

1    issues involved in this case.

2         Ed, please swear them in.

3         (The jury was sworn.)

4         (Jurors respond in unison, "I do.")

5              THE COURT:  Please be seated.  Ladies and gentlemen,

6    it's getting close to noon, so we're gonna take a recess for a

7    luncheon break.  And we'll reconvene these proceedings at about

8    one o'clock.

9         So during this recess, let me give you an instruction on

10   how you are to conduct yourselves.  I'll be giving you this

11   instruction, or a short version of it, throughout the trial.

12        Do not discuss this case among yourselves or with anyone

13   else.  Do not permit anyone to discuss it with you or in your

14   presence.  Don't read, view, or listen to any reports about

15   this case in news media.  Don't form or express any opinion on

16   the case until it's submitted to you for your deliberations

17   upon verdicts at the very end of the case.

18        Finally, do not use the Internet, cell phones, iPhones, or

19   similar personal digital devices to attempt to learn facts

20   about the case, to obtain information about any of the people

21   involved in the case, or to communicate with others about the

22   case or about any of the people that are involved in this case.

23        So with that instruction, follow the court security

24   officer, and he'll make sure you have a nice lunch.  See you at

25   one o'clock.

1       (Jury exits.)

2               THE COURT:  Please be seated.

3       Speaking to those of you who were not called to take your

4   seat in the jury box, you didn't have to go through that awful

5   procedure.  I thank you for being here prepared to serve.

6   Without people like you who honor that little slip of paper

7   that tells you you got to be here today, there's no way this

8   jury could have been selected.  And, actually, there's no way

9   that your judicial branch of government could continue to

10  function appropriately.  I thank you for that on behalf of

11  myself and everybody else that's involved here.

12      So with that, you are excused.  Free to go.  Thank you so

13  much.

14      (Prospective jurors exit courtroom.)

15              THE COURT:  Please be seated.

16      Okay.  Is there going to be a motion to separate the

17  witnesses in this case?

18              MS. KOSTER:  Yes, Your Honor.

19              THE COURT:  Do you join in that?

20              MR. WIGELL:  Yes, I do, Judge.

21              THE COURT:  Counsel, since I do not know any of the

22  witnesses, each of you must advise your witnesses that they are

23  not to discuss the case with anyone, particularly among

24  themselves, while awaiting their turn to testify and even after

25  they have testified.

1        The exception to that instruction is that they may discuss

2    the case with counsel for either side irrespective of which

3    side called them.

4        I take it you have case agents sitting here?

5            MS. KOSTER:  We do, Judge.  We have two case agents

6    in this case.

7            THE COURT:  And any objection to them sitting in the

8    case?

9            MR. WIGELL:  No, Judge.  I would just like them to be

10   identified to the jury as nonlawyers.

11           THE COURT:  You can identify them in your opening

12   statement.

13           MS. KOSTER:  We will do that.  Thank you.

14           THE COURT:  Okay.  See you at one o'clock.

15       (Jury exits.)

16       (A lunch recess was taken at 11:53 a.m.)

17       (The proceedings resumed in open court, reported as

18       follows:)

19           DEPUTY CLERK:  All rise.  Court is in session.

20           THE COURT:  Please be seated.

21       Okay.  What's up?

22           MS. KOSTER:  Judge, there was a witness on our

23   witness list by the name of Chris Hall and the government

24   sought --

25           THE COURT:  "K"?  Is it with a "K" or a "C"?

 1            MS. KOSTER:  No, "C", Christopher Hall.

 2            THE COURT:  Hang on.  I'm looking for him.  Hall.

 3    Okay.  Hang on.  Yes.

 4            MS. KOSTER:  We would like Mr. Hall to be present in

 5    the courtroom during the testimony of our primary victim, and

 6    even though he's on our witness list, we sought agreement from

 7    counsel.  Counsel has objected to that, so we would like to

 8    take Mr. Hall off our witness list.

 9            THE COURT:  You won't call him?

10            MS. KOSTER:  Correct.

11            THE COURT:  Will you call him?

12            MR. WIGELL:  No, Judge.

13            THE COURT:  If it is a public court, if he's not

14    gonna be part of this trial, he can be my guest.

15            MS. KOSTER:  Thank you, Judge.

16            THE COURT:  So I strike him, right?

17            MS. KOSTER:  Yes, please.

18            THE COURT:  Can you strike anymore, please?

19            MS. KOSTER:  Not at this time.

20            THE COURT:  At the end of the day, because every day

21    I ask you to do that.

22            MS. KOSTER:  Okay.

23            THE COURT:  Maybe I should do it in the morning

24    instead of the evening.

25            MS. KOSTER:  That would be helpful, Your Honor, if we

1    could think about it overnight.

2               THE COURT:  Okay.

3               MS. KOSTER:  Thank you.

4               THE COURT:  Who's your first witness?

5               MS. KOSTER:  Our first witness, Your Honor, will be

6    A.M.

7               THE COURT:  So I read both of these, once before

8    opening statement and then when you call A.M., then I read the

9    second one, correct?

10              MS. KOSTER:  Yes.  Thank you.

11              THE COURT:  You are welcome.  I've got about, let's

12   see, how many seconds is it?  I've got probably five minutes of

13   preliminary instructions before opening statements, so just to

14   let you know.

15              MR. McGRATH:  Okay.

16              THE COURT:  Who's doing opening statements for the

17   government?

18              MS. KOSTER:  Mr. McGrath.

19              THE COURT:  Who's doing it for the defense?

20              MR. WIGELL:  I am, Judge.

21              THE COURT:  Mr. McGrath.  Mr. Wigell.  How about

22   getting the jury in.

23              THE MARSHAL:  Okay.

24              MS. KOSTER:  Judge, the screens appear to be

25   broadcasting what's on our computer.  I think we did a test

1    before you entered.  Can we switch that off?

2              THE COURT:  You are gonna have to wait a minute.

3              MS. KOSTER:  No problem.

4              THE COURT:  I don't know how to do that.

5              MS. KOSTER:  Okay.

6              THE COURT:  I'm not a technician.  I can barely be a

7    judge.  I don't know how to do it.  Ed knows.

8              MS. KOSTER:  Okay.

9              THE COURT:  Do you know?

10             COURT REPORTER:  I don't, Your Honor.

11             THE COURT:  And what is it that you want done?

12             MS. KOSTER:  It is just showing our computer screen

13   here.  We don't plan to use it during openings, so if we could

14   just --

15             THE COURT:  Are you going to use a computer screen?

16             MR. WIGELL:  No, Judge.

17             THE COURT:  Can you turn the computer screen totally

18   off?  I guess that's what she wants.  Is that what you want?

19             MS. KOSTER:  No, Judge.  If you look, it is

20   broadcasting what's on our laptop but we're not ready to --

21             THE COURT:  Ed, I got this thing on mine and it is

22   not normally what I do.  Tell me which one I punch so I know I

23   got what I need.  You know what I'm talking about?  That's

24   perfect.  Jury should be off, right?  There.

25         (Jury enters.)

1          THE COURT:  Please be seated.  All right.  Ladies and

2    gentlemen of the jury, as you know, you have been selected and

3    sworn to try the issues of this case.  And my hope is that you

4    find your experience with us to be interesting and noteworthy.

5    So with that in mind let me now just give you a few preliminary

6    instructions to assist and guide you in your participation in

7    this trial as jurors.

8          It will be your duty to find from the evidence what the

9    facts are.  You and you alone will be the judges of the facts.

10   You will then have to apply to those facts the law as I will

11   give it to you.  Importantly, you must follow that law whether

12   you agree with it or not.  Nothing I may say or do during the

13   course of this trial is intended to indicate or should be taken

14   by you as indicating what your verdicts should be.

15         Now, the evidence from which you will find the facts will

16   consist of the testimony of witnesses, documents, and other

17   things received into the record as exhibits.  Plus any facts

18   that the parties might agree or stipulate to or that I might

19   instruct you to find.

20         Certain things are not evidence and must not be considered

21   by you.  Let me list them for you now.  First, opening

22   statements, closing arguments and questions of witnesses by

23   these lawyers are not evidence.

24         Second, objections by the lawyers are not evidence.

25   Lawyers have an obligation to make objections when they believe

 1    evidence being offered is improper under the rules of evidence.

 2    So you should not be influenced by the objections or by my

 3    rulings on them.

 4        If an objection is sustained by me, just ignore the

 5    question, the documents or the other thing that is being

 6    offered.  If an objection is overruled by me, then you should

 7    treat the answer or item of evidence just like any other.  Now,

 8    if you are instructed by me that certain testimony or some item

 9    of evidence is received for a limited purpose only, you must

10    follow that instruction.

11        Third, testimony or other evidence that I exclude or that

12    I tell you to disregard is not evidence and must be -- must not

13    be considered by you.

14        And finally, anything that you may have seen, read, or

15    heard outside this courtroom is not evidence and must be

16    totally disregarded by you.  You are to decide this case only

17    on the evidence presented here in this courtroom during the

18    trial of the case.

19        Now, there are two kinds of evidence:  Direct and

20    circumstantial.  Direct evidence is the testimony of someone

21    who claims to have personal knowledge of a fact such as the

22    testimony of an eyewitness.  Circumstantial evidence is proof

23    of a series of facts from which you may infer or conclude that

24    other facts exist, and I'll give you further instructions on

25    these, as well as other matters, at the very end of the case.

1   But keep in mind that you may consider both kinds of evidence,

2   direct and circumstantial.

3       It will be up to you to decide which witness to believe,

4   which witness not to believe, and how much of any witness'

5   testimony to accept or to reject.  And I'll give you some

6   guidelines for determining the credibility of witnesses at the

7   very end of the case.

8       Now, the charges against the defendant are contained in

9   what's called an Indictment.  Again, the Indictment is simply

10  the description of the charges made by the government against

11  the defendant.  It is not evidence of anything.  The defendant

12  pled not guilty to the charges, and he denies committing the

13  offenses.  The defendant is presumed innocent and may not be

14  found guilty by you unless all of you unanimously find that the

15  government has proved the defendant's guilt beyond a reasonable

16  doubt.

17      Now just a few words about your conduct as jurors.  Again,

18  you as jurors must decide the case only on the evidence

19  presented here within the four walls of this courtroom.

20      And this means that during the trial, you must not read,

21  view or listen to any reports in the news media touching on

22  this case in any way or conduct any independent research or

23  investigation about this case or the parties, the lawyers or

24  the facts that are involved in it.

25      In other words, you should not consult news media reports,

 1    dictionaries or reference materials, search the Internet,

 2    websites or blogs, or use any other electronic tools to obtain

 3    information about this case or the parties involved in it,

 4    including the lawyers or your jury service in this case.

 5         Please, do not try to find out information from any source

 6    outside the confines of this courtroom.

 7         Until you retire to deliberate your verdicts, you may not

 8    discuss this case with anyone, even your fellow jurors.  Also

 9    do not form or express any opinion about the case until all the

10    evidence is in.

11    You must keep an open mind until you start your

12    deliberations at the very end of the case.  After you retire to

13    deliberate upon your verdicts, you may begin discussing the

14    case with your fellow jurors.  But you cannot discuss the case

15    with anyone else until you have returned your verdicts, and the

16    case is at an end.

17         I know that many of you use cell phones, the Internet, and

18    other modern tools of technology.  So not only must you not

19    talk to anyone about the case, the events surrounding it, the

20    parties, the lawyers involved, or your jury service, you also

21    must not use these tools to communicate electronically with

22    anyone about the case, your jury service, the events

23    surrounding it, or the parties and lawyers that are involved in

24    it.

25         This includes not only your family and friends, but also

 1  any party, lawyer or court personnel involved in the case.

 2  Finally, and most importantly, failure to abide by these

 3  instructions could very well result in your being found in

 4  contempt of court or cause the trial to end.

 5      Now, this trial is just about to begin.  First, each party

 6  may make an opening statement.  And again, an opening statement

 7  is neither evidence nor argument.  It is simply a summary of

 8  what the lawyer expects the evidence to be.

 9      Next the government will call witnesses and present

10  evidence.  Then the defendant may call witnesses and present

11  evidence.  But he is not required to do so.  I remind you that

12  the defendant is presumed innocent and the government must

13  prove his guilt beyond a reasonable doubt.  The defendant does

14  not have to prove his innocence.

15      After the presentation of evidence is completed, the

16  lawyers will address you to make their final arguments to

17  summarize and interpret the evidence for you.  I will then give

18  you the instructions on the applicable law and you will then

19  return to the jury room to deliberate upon your verdicts.

20      Now, before opening statements, ladies and gentlemen, the

21  parties have stipulated and agreed that during these

22  proceedings which are open to the public, they will not use the

23  full names of any child witnesses who testify.  It is

24  anticipated that two child witnesses may testify in this case.

25  One child witness is the alleged victim, whose initials are

1   "A.M."  And he will be referred to as "A.M.," "Anthony," or

2   "Tony."

3       The other child witness who may testify in this case will

4   be referred to by his initials "K.M.," or by his first name

5   "Kyle."  If any relatives of A.M. or K.M. testify in this case,

6   they also will be referred to by their initials, their first

7   names or their nicknames.

8       Mr. McGrath, you may proceed with the government's opening

9   statement.

10          MR. McGRATH:   Thank you.

11      One of the first rules we're taught as children, is to run

12  away from the stranger in the car with candy.  It's taught by

13  our parents.  We teach it to our kids.  Teachers tell it to

14  kids in school.  Police officers tell it.  It's depicted in

15  awful after-school specials, in Lifetime movies, and episodes

16  of *Law & Order: SVU*.  It is the nightmare scenario for any

17  parent, that a predator will come around and entice a child

18  with something they want, be it candy or a game, or a toy, or

19  an adventure.  That the predator will then isolate the child,

20  make him completely dependent on him for food, clothing,

21  shelter, take him away from everything and everything

22  [verbatim] he knows, and then the predator will abuse the

23  child, indoctrinating the child to keep quiet and compliant as

24  the child is used to fulfill the sexual fantasies of the

25  molester.

 1          So we ingrain our children over and over again, don't get

 2     in the van, don't take the candy, don't go with a stranger.

 3          And it works.  You hear on the news all the time of the

 4     kids that ran away when they saw this person coming and they

 5     told the police.  But these predators don't stop existing.

 6     They adapt.

 7          The government will show you that David Resnick is one of

 8     those predators.  That he found a simple and common way around

 9     the rule of avoid the stranger with candy.  Before he went

10     after the child, he made sure he wasn't a stranger.

11          In the summer of 2008, David Resnick ingratiated himself

12     to the family of this young boy, Tony.  He became friends with

13     Tony's mother, Nicole, and his stepfather, Chris.  He would

14     come over for dinner, he would give them gifts.  He gave Tony's

15     siblings bikes.  He would offer to hold pool parties for the

16     kids, take them out for ice cream.  He placed himself in a

17     position of trust.

18          And only after Tony's family knew him, only after they

19     felt they trusted him, only after he created an illusion that

20     he wasn't a stranger did he make his move.  He offered to take

21     Tony on a two-week trip across the country.  Just Tony and him,

22     while he delivered trucks from place to place for his work.

23          And once the family agreed, Tony was brought into total

24     control by David Resnick.  And from the very first night to the

25     very last, David Resnick sexually abused him.

1      David Resnick is a textbook example of a child predator.

2   He hid his true nature by never revealing to Tony's family that

3   behind this nice-guy mask he wore, he was simply a man offering

4   candy to a child.

5      As the Judge mentioned, my name is Tom McGrath, and I am

6   an Assistant U.S. Attorney.  At the table with me is my

7   co-counsel, Jill Koster.  And from time to time, you will see

8   our case agents Matt Chicantek and our other agent, Lana

9   Sabata.  Over the next few days, we're gonna present to you

10  evidence that the defendant is guilty beyond a reasonable doubt

11  of four federal crimes in connection with his abuse of Tony.

12     The burden of proof in this case will rest with the

13  government.  It is a burden we embrace, and it is a burden that

14  we will meet.

15     The first crime that David Resnick is charged with is the

16  transportation of a minor under 12 years old across state lines

17  with the intent to engage the minor in a sexual act.  The first

18  way we're gonna prove this is we're gonna put Tony on the

19  stand.  He's 14 years old now, and he's going to be talking

20  about the events that happened to him when he looked like this,

21  when he was nine years old.

22     He's gonna tell you that this trip was suggested because

23  he was having problems at home; he wasn't getting along with

24  his stepfather, and everyone thought it would be a good idea to

25  have a break.

1    So David Resnick comes along, he is a truck driver, he

2    lives in the area.  He's friends with -- he's related to one of

3    Nicole, Tony's mother's friends, and he was offering an

4    all-expense paid trip across the country from Indiana up to

5    Washington, down to Texas, to Mississippi, to Indiana.  And

6    they were going to take his big rig and take trucks that needed

7    to go where -- he was taking his trucks where they needed to

8    go.

9    So for the parents this trip made sense.  They knew

10   defendant.  They knew and trusted him.  Defendant was offering

11   this trip, and this is a trip they'd never be able to give Tony

12   themselves, a trip across the country, things he won't see.

13   And then maybe with a two-week break, the tension at home would

14   lessen.

15   And for Tony this was irresistible.  He was nine years

16   old.  He was being offered a trip to go ride in a big rig

17   truck.  He was gonna get to stay up late, eat out at diners,

18   eat junk food, hang out with truckers, see all these new

19   places.  His parents were going to get him a video game system

20   that he was going to be able to take along with him.

21   To top it all off, the defendant, David Resnick, just

22   happened to get a brand new pit bull puppy, and he said, Come

23   along on this trip and take care of the puppy while he is with

24   me.  To a nine-year-old boy this was amazing.  This wasn't just

25   offering candy.  This was putting a kid in a candy store.  And

1    all of it being offered by David Resnick.  Tony was as excited

2    as a nine-year-old boy can be.

3         But what was never asked, what his parents should have

4    asked and what we want you to ask throughout this trial is,

5    what was in this for David Resnick?  Why would he want to do

6    this?  He wasn't a father.  He didn't have kids of his own.  He

7    wasn't related to the boy.  He was barely an acquaintance.  He

8    had barely spent time with him.  Why would he want to do it,

9    spend 24 hours a day for two weeks in a closed space with a

10   nine-year-old boy he barely knew?

11        He answered the question the first night.  That's when he

12   revealed why he wanted Tony under his control.  That's when he

13   started the abuse of Tony.  And Tony will get on the stand.

14   He's going to tell you what happened to him.  Now, understand

15   this is a 14-year-old boy recalling events that happened to him

16   five years ago when he was nine.  And some of the memories are

17   more vivid than others.  What will be constant is he'll tell

18   you the abuse happened all along this trip for 16 days.

19        He'll say it started with the defendant touching him in a

20   sexual manner and having Tony touch him back.  He'll tell you

21   how it escalated to the point where the defendant wanted Tony

22   to sleep with him naked every night, either in the sleeper part

23   of the big rigs they were driving or the motels they were

24   stopping at.  He'll tell you how the defendant had a computer

25   and that he would show him periodically during the trip child

1    pornography on that computer.  He'll tell you as this vivid

2    memory of being shown a young girl, maybe eight, maybe nine,

3    walking towards the camera completely nude with black hair.

4    He'll remember that he saw a video of two young people of Asian

5    decent having, what he finally learned later, was what he

6    called now doggie style.

7        He'll tell you that he saw a picture, that the defendant

8    showed him a picture of a woman having sex with a horse.  He'll

9    tell you in these memories of these pictures and videos will

10   form the basis of the government's second charge against the

11   defendant, which is the transportation of that child

12   pornography across state lines.

13       Tony will tell you that as the trip went on, the abuse

14   escalated even further.  The defendant had him -- had Tony put

15   his mouth on the defendant's penis and give him oral sex, and

16   how the defendant gave oral sex to Tony back.  He'll tell you

17   what happened in Spokane, Washington, where the defendant was

18   pulled over for missing a weigh station that trucks have to

19   stop at.  And he'll tell you that he was there, Tony was there

20   sitting in the sleeper car when the trooper came up, and he

21   didn't say a word.  Tony didn't say a word, and he'll tell you

22   why.  It's because before the trooper came, the defendant took

23   a gun that he carried there and put it to his temple and said,

24   "If you say a word, you will die."  And he'll tell you that if

25   he closes his eyes now, he can still feel that barrel against

1    his head.

2        This threat to Tony's life will be the basis for Count

3    Three and Count Four that the government is charging the

4    defendant with.  Count Three for brandishing a firearm in

5    connection with a crime of violence; and Count Four for being a

6    felon in possession of a gun.  Because as you'll learn,

7    David Resnick couldn't even have a gun.  He couldn't carry a

8    firearm because of a prior conviction.

9        Tony will tell you how the abuse got worse as they got

10   closer to being home, that defendant got more emboldened.  That

11   he took him to a hotel room, that he told him to take off his

12   clothes, and that he sodomized him.  He'll tell you what he

13   remembers most is the blood and the burning that happened after

14   that event.

15       And he'll tell you that when he came home, he felt he

16   couldn't tell anyone.  He'll tell you that defendant was still

17   in his life.  He was still inviting them over to parties.  He

18   was still a friend to his parents.  And it wasn't until months

19   later that Tony finally revealed the abuse.  And that was after

20   David Resnick had fled the state.

21       Now, the abuse that Tony experienced can only be told by

22   Tony himself.  This kind of crime happens in the shadows.  It

23   doesn't happen in daylight.  But what we're gonna do after Tony

24   testifies is use everything we can to show that what he tells

25   you is the absolute truth.  We're gonna put on evidence of this

1    trip, from hotel records to employment records, showing that

2    they stayed in certain places as their trip went along the

3    country.

4         We'll call the officer that pulled Resnick over in

5    Spokane, Washington, and he'll testify to the ticket that he

6    gave that validates Tony's recollection of that happening.

7         We'll put on evidence of acquaintances and coworkers of

8    David Resnick that will tell you yeah, he had a gun, he carried

9    it all the time.  We'll put on the man who sold the gun -- who

10   bought the gun for David Resnick, knowing that he was a felon.

11        We'll put on records that he would go to gun ranges

12   constantly, knowing that he couldn't even touch a gun, much

13   less own one.

14        We hope to show you other instances where defendant found

15   ways or tried to find ways to get himself alone with young

16   boys.

17        You will hear from a behavioral expert from the FBI that

18   will testify about the defendant's behavior and Tony's behavior

19   during this trip.  You'll see how the defendant's behavior

20   follows the same type of behaviors as child molesters in

21   enticing, isolating and abusing young boys.  You will see that

22   everything, from ingratiating himself to Tony's family, to

23   giving him a puppy to take care of, to showing him child

24   pornography is all in the playbook for child molesters.

25        And you will hear that when law enforcement finally caught

1   up to David Resnick in 2011, they searched his home.  And in

2   that home they found computers.  And one of those, the

3   government will argue, is the same computer he showed child

4   pornography to Tony on.  And a forensic expert will come in and

5   talk about what was on that computer.  And he'll tell you about

6   a file he found, a file that contained 66 hours of children

7   being abused.  Many of those files were of young boys being

8   abused.  Many of those files were of adult men abusing young

9   boys.

10      You will hear how the defendant pled guilty to the knowing

11   possession of that child pornography.  You will also hear when

12   defendant was confronted with his crimes, he first said, "I

13   don't know a boy named Tony.  I don't bring a gun with me on

14   trips.  I don't play child pornography.  I don't like to see

15   anybody being abused."  Each of these assertions will be proven

16   false.

17      By the end of this case, we'll provide you with a window

18   into what motivates a man like David Resnick.  We will show you

19   the side of Resnick that he does not show the world.  We will

20   show you that he is a little more than a stranger trolling the

21   streets trying to find a vulnerable kid to give candy to.

22      When all the evidence is in, we will prove beyond a

23   reasonable doubt that defendant is guilty of transporting a

24   minor across state lines with the intent to engage in a sexual

25   act.  We will prove beyond a reasonable doubt that he

 1    transported child pornography across state lines.  We will

 2    prove beyond a reasonable doubt that he brandished a firearm in

 3    the furtherance of a crime of violence when he put that gun to

 4    Tony's head.  And we will prove that he possessed a firearm

 5    when he was a felon.

 6        And because we will meet our burden, our proof in this

 7    case at the end of this trial, my colleague Jill Koster will

 8    stand here before you in closing arguments, and she will ask

 9    you to reach the only verdict that will be supported by the

10    evidence:  That this man is guilty of all four charges.

11        Thank you.

12            THE COURT:  Mr. Wigell, you may proceed with the

13    defendant's opening statement, sir.

14            MR. WIGELL:  Thank you, Judge.  Good afternoon.

15        If you start with a bad premise, you end with a bad

16    conclusion.  If you believe everything that has been said so

17    far and you've made up your mind, then you will be violating

18    your oath.

19        The time will come when you'll hear both sides of the

20    story.  That seems like such a simple phrase, right?  Both

21    sides of the story, there's two sides to the story, there's

22    different ways to look at something, right?  But if we agreed

23    with the government, we wouldn't be here.  If we agreed with

24    the government, there wouldn't be a reason for you to be here.

25    So we disagree.  And that's what your obligation is to do, is

1    to think through which side is what occurred.

2        What Judge Moody said a few minutes ago is extremely

3    important.  This presumption of innocence is not just a thing

4    that's in movies or something that we say just -- it just falls

5    off our tongue.  It's extremely important, and it means that

6    you have to start instead of with a bad mind, with a mind that

7    David Alan Resnick is guilty, you have to start with the idea

8    that he's innocent.  And that's hard.  That's hard when you see

9    the picture of Tony.  It's hard when you hear the terrible

10   things that the government says it's going to prove.  But

11   that's what you have to do.

12       You have to keep your mind open.  You have to listen to

13   all of the evidence and see if it matches your experience.  See

14   if it matches -- if it makes sense.

15       My suggestion is that at the end of the case, you will say

16   no.  The same way the government just said at the end of the

17   case, you'll say yes, he's guilty, I'm suggesting you'll say

18   no, he's not guilty.  Again, if we agreed, we wouldn't be here.

19       If you ever -- there's a game that sometimes people play

20   at parties called a telephone game where you start and say

21   something to one person and then that person says it to another

22   and to another and to another and to another.  And that's

23   sometimes what happens during investigations.  One person says

24   something, one thing to one person and to another and another.

25   And when it comes out here, it is very different than when it

1    started.  So pay attention to that dynamic, to that concept.

2         And pay attention to the idea that when law enforcement is

3    told that a child was abused, what does law enforcement do?

4    What they should do, investigate it, right?  But how do they

5    start it?  Do they start it with a presumption of innocence or

6    with a let's find out and get the bad guy?  They're not

7    saddled, law enforcement is not saddled with the presumption of

8    innocence as you are.  They start with the dirty mind.  They

9    start with the guilty mind.  When you start like that and you

10   play the telephone game, it comes out guilt.

11        Repetition doesn't make something true.  Just because

12   we're going to have a number of witnesses say this aspect, that

13   aspect, all those other things are there, that doesn't make it

14   true.  Because what we know is that there was a trip in July of

15   2008.  And during that trip, Tony, A.M., and Mr. Resnick,

16   David, did go on a cross-country trip.  We're not denying that.

17   Denying anything bad happened, because it didn't.

18        When you listen to all of the evidence and you put it

19   together in your common experience, you'll say that there's

20   other things going on in Tony's mind.  And you're allowed to do

21   that.  That's inferences.  That's what the Judge talked about

22   too.  You're allowed to do those things.

23        The timeline in this case is very important.  July of 2008

24   is when a trip occurred.  There's some other events that

25   happened maybe in August of 2008.  And then in much later,

1    you'll hear when later on during the case, much later than

2    that, months later, Tony says, "Oh, yeah, David did bad

3    things."  When there's no Tony there for months, when he had a

4    family support system in place, when he might well have been

5    going to school, had other people he could report to, nothing

6    comes out for months.  That gives me pause.  Because if you

7    assume they tell -- I probably shouldn't say this this way --

8    if you assume some of the things the government says is true,

9    then once the child is safe, he should have reported it, but he

10   didn't.  Why not?  Maybe cause it didn't happen.

11       The second charge has to do with the possession of the

12   child pornography.  Mr. Resnick's already been convicted of

13   that in Florida.  This is a different charge in a different

14   state, but listen to that and listen to which computer because

15   that's gonna be important.

16       There was questions during the voir dire about guns, and

17   some of you know a bunch about guns, some of you know nothing

18   about guns.  Some of you are gun owners, and some of you are

19   not.  But the gun here is important because identification of

20   the gun is gonna be critical, and the charge here has to be

21   proven beyond a reasonable doubt as to a specific gun as to a

22   specific element connected to that, and you'll hear

23   instructions about those things.

24       So what I'm doing in all of these suggestions is --

25   keeping your mind open is critical here.  If you start with,

 1    Oh, the charges are terrible, the allegations are terrible, he

 2    must be guilty, then that's not good.

 3        What is the difference between someone who's a good person

 4    and gives gifts and has parties and interacts with families and

 5    a predator?  The way the government describes it, it's the

 6    same; it looks the same.  And I think you should keep that

 7    thought in your mind.

 8        And what I mean by that is this:  If a person gives gifts

 9    to family members, to young boys, and goes over for dinner,

10    they don't have to be motivated always by bad things.  Some

11    people do that because they are trying to be nice, just trying

12    to be social, just trying to be human, interact with the

13    families.  Maybe they are doing it to make up for something

14    that was lacking in their childhood.  But it doesn't equal

15    automatically that they are predators because someone gives you

16    a gift.

17        This trip is the key to the case.  What happened on the

18    trip?  Who was on the trip?  David, my client, and Tony.  All

19    these other people that you hear testify, they weren't on the

20    trip.

21        On the trip Tony called home on a somewhat regular basis.

22    He called home when he wanted to.  It's inconsistent with this

23    type of situation that the government suggests because he had

24    plenty of opportunity to say to whoever he was calling,

25    something's wrong here.  Bad things are happening.  You'll hear

1    about the stop in Washington state on this cross-country trip.

2    Think about your own experience if you have ever been stopped

3    by the police, and see if it makes sense.  My suggestion is

4    that it doesn't.

5         The government said in its opening statement that everyone

6    thought it would be a good idea to take a break.  They also

7    indicated that it was Mr. Resnick's idea to take the trip with

8    Tony.  Let's see if that bears fruit, if that's what occurred,

9    or if something else happened.

10        You were asked questions about your computer usage, and

11   the computer is also key to this case because the computer, as

12   the government alleges, was used to show child pornography to

13   the child, to Tony, and that was part of this abusive

14   situation.  But which computer?  So keep an eye on the details.

15   The details are important.

16        And please keep an open mind.  And if anything I said

17   makes sense, it's the concept of just because you repeat it

18   doesn't make it true.  And just if they have ten witnesses or

19   50 witnesses that support a certain concept, they weren't on

20   the trip.  Those witnesses all started with a bad premise, a

21   premise that Mr. Resnick was guilty.  You start with the

22   premise that he's presumed innocent.  And we must hold the

23   government to its burden of proving it, each of these counts,

24   each of these charges, beyond a reasonable doubt.

25        My suggestion is after you've heard all of the evidence,

1    you'll see that Mr. Resnick is not guilty of any of these

2    charges.  I appreciate your attention, and I thank you for your

3    service.  Personally I think besides serving our country this

4    is the most important thing that we do as citizens, so we

5    appreciate it.  Thank you.

6              THE COURT:  The government may proceed by calling its

7    first witness.

8              MS. KOSTER:  Thank you, Your Honor.  The government

9    calls A.M.

10             THE COURT:  Is this the time that I need to read the

11   instruction?

12             MS. KOSTER:  Yes, once he enters the room.

13             THE COURT:  I understand.  Once he's seated?

14             MS. KOSTER:  Yes, Your Honor.

15             THE COURT:  Thank you.  Come on up front and be

16   seated up here, please.  Could you face me first or face the

17   clerk actually and raise your right hand and take an oath.

18        Ed, swear him in, please.

19             THE WITNESS:  Huh?

20             THE COURT:  He's gonna have you take an oath.

21        (The oath was administered.)

22             THE WITNESS:  Yes.

23             THE COURT:  Come be seated right next to me, please.

24   Now, that chair doesn't move, so you have to kind of lean

25   forward and speak directly into that microphone when you are

1   answering questions.  Can you do that for me?

2            THE WITNESS:  Yes.

3            THE COURT:  Okay.  All right.  Ladies and gentlemen,

4   the parties have stipulated and agreed that this witness can

5   hold in his hand while he is testifying a small ball --

6       I don't know that we have seen it yet.  Do you have that

7   little ball?  There you go.  It is kind of like a ball.

8            THE WITNESS:  (Witness displayed object.)

9            THE COURT:  -- that you see him with now.  That ball

10  is not evidence in the case and you should not consider it when

11  deliberating upon your verdicts.  I have informed the parties

12  that if the witness' handling of the ball during his testimony

13  becomes a distraction in any way, that I'm gonna ask that the

14  ball be removed.  Okay?  All right.

15                    **DIRECT EXAMINATION**

16  BY MS. KOSTER:

17  Q.   Please state your first name.

18  A.   Anthony.

19  Q.   Do you have a nickname?

20  A.   Tony.

21  Q.   What are your initials?

22  A.   A.M.

23  Q.   Is it okay if I call you Tony?

24  A.   Yes, ma'am.

25  Q.   Tony, how old are you today?

DIRECT EXAMINATION OF A.M.

1    A.    Fourteen.

2    Q.    In what state were you born?

3    A.    Indiana.

4    Q.    How long have you lived in Indiana?

5    A.    My whole life.

6    Q.    How would you describe yourself for the jury; what words

7    would you use to describe yourself?

8    A.    Fun, kind, kind hearted and awesome.

9    Q.    Ha, ha.  Do you have favorite sports, Tony?

10   A.    No, ma'am.

11   Q.    Do you like to play any games?

12   A.    Yes.

13   Q.    What kind of games do you like to play?

14   A.    Video games.

15   Q.    What kind of video games?

16   A.    Spy Cooper and The Thievious Raccoon.

17   Q.    Can you tell us what kind of a game that is?

18   A.    A game for Playstation 2.

19   Q.    Okay.  And who is the main character of the game?

20   A.    Spy Cooper.

21   Q.    What is he?  Is he an animal or a person or --

22   A.    He's a raccoon.

23   Q.    Okay.  And what does this raccoon do?

24   A.    Takes stuff from the poor and gives it -- takes stuff from

25   the rich and gives it to the poor.

DIRECT EXAMINATION OF A.M.

1    Q.    Okay.  Sort of like Robin Hood then?

2    A.    Yes.

3    Q.    Okay.  Tony, I want to ask you some questions about when

4    you were nine years old.  Okay?

5    A.    Okay.

6    Q.    And events that occurred in approximately 2008.  All

7    right?

8    A.    Okay.

9              THE COURT:  Keep your voice up, okay?

10             THE WITNESS:  Okay.

11   BY MS. KOSTER:

12   Q.    Is that screen in front of you on, Tony?

13   A.    Yes, ma'am.

14   Q.    And can you see a photograph on the screen?

15   A.    Yes, ma'am.

16   Q.    Can you tell us what that is?

17   A.    That's me.

18   Q.    And was that the picture taken in approximately 2008?

19   A.    Yes, ma'am.

20   Q.    How old were you at that time?

21   A.    About nine or -- nine or eight.

22             MS. KOSTER:  Your Honor, the government moves to

23   admit Exhibit 21.

24             THE COURT:  Any objection?

25             MR. WIGELL:  No, Judge.

 1                THE COURT:  Admitted.

 2           (Government's Exhibit No. 21, previously marked, was

 3           admitted in evidence.)

 4                THE COURT:  Do you want it published?

 5                MS. KOSTER:  Yes, please.

 6                THE COURT:  Each of you have a screen in front of

 7      you.  And these exhibits as they are admitted, you will be

 8      allowed to look at them on the screen.  Okay?  All right.

 9      BY MS. KOSTER:

10      Q.   Tony, in what city or town were you living in 2008?

11      A.   Lake Station I believe.

12      Q.   And were there adults living in the house?

13      A.   Yes, ma'am.

14      Q.   Who were those individuals?

15      A.   My mother and stepfather.

16      Q.   What are their names, just first names, please?

17      A.   Chris and Nicole.

18      Q.   And so Chris is your stepfather?

19      A.   Yes, ma'am.

20      Q.   And Nicole is your mother?

21      A.   Yes, ma'am.

22      Q.   Were there any kids in the house?

23      A.   Yes, ma'am.

24      Q.   And were they older or younger than you?

25      A.   Younger.

DIRECT EXAMINATION OF A.M.

1   Q.   How many younger kids in the house?

2   A.   Four.

3   Q.   Do you remember about how old they were at that time?

4   A.   No, ma'am.

5   Q.   How much younger than you is the next child in line?

6   A.   Four years.

7   Q.   Four years?

8   A.   (No response.)

9   Q.   How old was the youngest child at about that time?

10  A.   About a year old.

11  Q.   Okay.  Now, do your siblings and you, do you have the same

12  parents, the same two parents?

13  A.   No, ma'am.

14  Q.   Who were the parents of your younger siblings?

15  A.   Chris and Nicole.

16  Q.   Okay.  You had a different father?

17  A.   Yes, ma'am.

18  Q.   And your father, he didn't live with you at that time?

19  A.   No, ma'am.

20  Q.   Now, in 2008, Tony, were you getting along with your

21  stepfather, Chris?

22  A.   No, ma'am.

23  Q.   I want to ask you some questions about an individual named

24  David Resnick.  Do you know someone named David Resnick?

25  A.   Yes, ma'am.

1   Q.    Tony, I'd like you to take a minute and look around the

2   courtroom and tell me if you see David Resnick in the courtroom

3   today.

4   A.    Yes, ma'am.

5   Q.    Can you please point to him and identify an item of

6   clothing that he's wearing?

7   A.    Blue tie, blue shirt, black suit.

8          MS. KOSTER:  Your Honor, may the record reflect that

9   the witness has identified David Resnick.

10         THE COURT:  Any objection?

11         MR. WIGELL:  No, Judge.

12         THE COURT:  Yes.

13  BY MS. KOSTER:

14  Q.    Who introduced you to David Resnick?

15  A.    I'm not for sure.

16  Q.    Was he friends with someone in your family?

17  A.    Yes, ma'am.

18  Q.    Who was he good friends with?

19  A.    My mom's friend.

20  Q.    Do you remember that person's name?

21  A.    Erika.

22  Q.    And was he friends with other people in your family?

23  A.    My step dad.

24  Q.    What was your very first impression of David Resnick?

25  A.    He was a really nice guy.

1    Q.   Why did you think that?

2    A.   Because all's he did was take us out and buy stuff for us.

3    Q.   Tell us some of the stuff he bought you?

4    A.   He bought me a Harry Potter game and then he bought stuff

5    for the twins and my brothers and sisters.

6    Q.   What do you remember him buying for the twins?

7    A.   A Diego and Dora bike.

8    Q.   Bicycles?

9    A.   (Nodding.)

10   Q.   He bought them each a bicycle?

11   A.   They were plastic bicycles, yes.

12   Q.   What else did he buy?

13   A.   He bought Ashley a bike.

14   Q.   Did he buy anything else that you remember?

15   A.   No, ma'am.

16   Q.   You said he also took you out?

17   A.   Yes, ma'am.

18   Q.   What kinds of things did he take the kids out for?

19   A.   He took me out -- he'd take me, Chris and Nicole out to

20   dinner sometimes.

21   Q.   Okay.  Do you remember any of the places he took you for

22   dinner?

23   A.   No, ma'am.

24   Q.   I want to direct your attention to July of 2008

25   specifically.  Do you remember hearing about being invited on a

DIRECT EXAMINATION OF A.M.

1   trip?

2   A.   Yes, ma'am.

3   Q.   What was the very first thing you remember about that,

4   hearing about that trip?

5   A.   Is that we were gonna go to Disneyland.

6   Q.   Who was going to go to Disneyland?

7   A.   David and me and Zoe.

8   Q.   Whose idea was it for you and David to go to Disneyland?

9   A.   I'm not for sure.

10   Q.   Okay.  Who was going to get you to Disneyland?

11   A.   David.

12   Q.   You mentioned a name, Zoe.  Who is Zoe?

13   A.   Zoe is the little dog.

14   Q.   Whose dog was Zoe?

15   A.   I believe David's.

16   Q.   So who are the adults that were going to be on this trip?

17   A.   Just David.

18   Q.   And who were the other people on the trip?

19   A.   There was nobody else on the trip besides me, David and

20   Zoe.

21   Q.   Okay.  And Zoe was the dog?

22   A.   Yes.

23   Q.   All right.

24        MS. KOSTER:  Your Honor, permission to show the

25   witness only page 5 of Government's Exhibit 10.

 1   BY MS. KOSTER::

 2   Q.    Tony, do you recognize this picture?

 3   A.    Yes, ma'am.

 4   Q.    Who is seen or what is seen in the picture?

 5   A.    That's Zoe.

 6             MS. KOSTER:  Judge, the government moves to admit

 7   Exhibit 10 conditioned upon additional foundation being laid

 8   through later witnesses.

 9             THE COURT:  Can you make it 10-A or something like

10   that?

11             MS. KOSTER:  I can.

12             THE COURT:  That would be nice.  It will be better

13   for the record, ma'am.

14             MS. KOSTER:  Government moves to admit 10-A.

15             THE COURT:  Any objection?

16             MR. WIGELL:  Yes, Judge.  I would reserve until I

17   hear the other foundation, Judge, please.

18             MS. KOSTER:  This foundation is complete, Your Honor,

19   for 10-A.

20             THE COURT:  Overruled.  It is admitted.

21       (Government Exhibit No. 10-A, previously marked, was

22       admitted in evidence.)

23             MS. KOSTER:  Permission to publish to the jury

24   Exhibit 10-A?

25             THE COURT:  Yes.

1   BY MS. KOSTER:

2   Q.    Tony, how would you describe Zoe?

3   A.    Playful, loving, loves to cuddle and loves to play.  She

4   was just an awesome dog.

5   Q.    Now, who was gonna take care of Zoe on the trip?

6   A.    I don't remember.

7   Q.    Were you asked to do anything with regard to Zoe?

8   A.    Walk her.

9   Q.    And did you do that?

10  A.    Yes.

11  Q.    Did you have experience taking care of dogs at that time?

12  A.    I had two dogs of my own.

13  Q.    And was one of them a pit bull?

14  A.    Yes, ma'am.

15  Q.    Did you take care of that pit bull when it was a puppy?

16  A.    Yes, ma'am.

17  Q.    Now, besides Disneyland, was there anything else that you

18  were told about the trip that you looked forward to?

19  A.    Not that I remember, ma'am.

20  Q.    Okay.  Were you allowed to take video games on the trip?

21  A.    Yes, ma'am.

22  Q.    And did you have a particular system, gaming system?

23  A.    Yes, ma'am.  I had a Playstation -- PSP.

24  Q.    Okay.  Tell us what a PSP is.

25  A.    It is a Playstation portable.  It is like a little, oval

1    shaped game, but not the oval you think it would be.  It was a

2    little longer and has a little -- in the back of it has like a

3    little hatch that opens up so you can put the disk in.

4    Q.   Was that a game system that was yours before the trip or

5    did you get it special for the trip?

6    A.   I got it for the trip.

7    Q.   Did you have games to play on the PSP?

8    A.   Star Wars.

9    Q.   Prior to that trip, Tony, had you ever left the State of

10   Indiana?

11   A.   I believe no.  I believe not.

12   Q.   Had you ever been away from your parents for more than a

13   few days?

14   A.   No, ma'am.

15   Q.   Had you ever been alone with the defendant, David Resnick?

16   A.   No, ma'am.

17   Q.   Do you recall the exact dates of the trip?

18   A.   No, ma'am.

19   Q.   Did anyone in your family have a birthday while you were

20   gone on the trip?

21   A.   I believe so.

22   Q.   And who was that?

23   A.   One of my brothers and sisters.

24   Q.   Do you remember their birthday?

25   A.   No, ma'am.

DIRECT EXAMINATION OF A.M.

1    Q.    Do you remember calling home on their birthday?

2    A.    Yes, ma'am.

3    Q.    Before you left for the trip, did you know how long you

4    would be gone?

5    A.    No, ma'am.

6    Q.    How long did the trip end up lasting?

7    A.    Two weeks.

8    Q.    I want to ask you some questions about things you saw when

9    you were on the trip.  Did the defendant have a computer?

10   A.    Yes, ma'am.

11   Q.    Can you describe it for us, please?

12   A.    It was a, I believe, HP laptop, had a design on the front,

13   on the top, and then it was kind of busted down on the -- when

14   you opened it up on the lower, right-hand bottom of the screen.

15   And on the top middle, it had -- on the inside, it had the

16   camera that was kind of bulked out, so it was popping out a

17   little bit.  And it had spaces by the arrow key and the escape

18   key.

19            MS. KOSTER:  Permission to approach.

20            THE COURT:  You may.

21   BY MS. KOSTER:

22   Q.    Tony, I've placed a computer next to you.  It is labeled

23   Government's Exhibit 1.  Can you take a minute and open that

24   computer and look around it.

25   A.    (Witness complied.)

DIRECT EXAMINATION OF A.M.

1   Q.   Do you recognize this computer?

2   A.   Yes, ma'am.

3   Q.   How do you recognize it?

4   A.   It's the laptop David had.

5   Q.   How do you know?

6   A.   Because I remember the camera bulking out and the spaces

7   by the arrow key and escape key.

8   Q.   Okay.  You mentioned some designs.  Where are the designs?

9   A.   On top.

10  Q.   Okay.  What do they look like?

11  A.   Circles.

12  Q.   Have you seen that computer, besides the trip, did you see

13  it before today?

14  A.   Yes, ma'am.

15  Q.   And did you look at other computers as well?

16  A.   Yes, ma'am.

17  Q.   And did you pick this computer out as the one that the

18  defendant had with him on the trip?

19  A.   Yes, ma'am.

20  Q.   And why was that?

21  A.   Because it's what rang a bell basically; that's what I

22  remembered.

23  Q.   All right.  Now, do you remember using that computer on

24  the trip?

25  A.   Yes, ma'am.

1    Q.    And tell us what you remember on the computer?

2    A.    We watched *Robot Chicken*, and he had a lot of porn on it.

3    Q.    Okay.  Let's first about *Robot Chicken*.  What is *Robot*

4    *Chicken*?

5    A.    It is adult swim.  It is basically a whole bunch of dolls

6    kind of and it is a claymation, but with dolls, and it is just

7    basically an adult show.

8    Q.    But sort of in a cartoon format?

9    A.    Yes.

10   Q.    You said he had a lot of pornography?

11   A.    Yes, ma'am.

12   Q.    What pornography; what do you remember about it?

13   A.    I remember a little girl walking towards the camera

14   completely naked.

15   Q.    How old was the little girl?

16   A.    About my age.

17   Q.    Your age at the time or your age now?

18   A.    About my age at the time.

19   Q.    Okay.

20   A.    Maybe a little older.

21   Q.    You said she was completely naked.  Could you see her

22   vagina?

23   A.    Yes, ma'am.

24   Q.    You said she was walking toward the camera?

25   A.    Yes, ma'am.

DIRECT EXAMINATION OF A.M.

1    Q.    Do you remember anything else from that video?

2    A.    No, ma'am.

3    Q.    Did you see any other videos involving children and sex?

4    A.    Not children.

5    Q.    Did you see some Asian people having sex?

6    A.    Yes, ma'am.

7    Q.    Can you tell us about that?

8    A.    They were doing it doggie style.

9    Q.    Where did you learn that term "doggie style"?

10   A.    I'm not -- I don't remember.

11   Q.    Okay.  In this video of the people having sex, were they

12   adults or could they be children?

13   A.    Some were in between maybe.

14   Q.    Okay.  You couldn't tell for sure?

15   A.    No, ma'am.

16   Q.    Could they have been children?

17   A.    They were a little too big for that.

18   Q.    Okay.  And did you see also a video involving an animal?

19   A.    Yes, ma'am.

20   Q.    Tell us what you remember about that.

21   A.    It was a horse that had his dick in the girl's vagina.

22   Q.    Okay.  Who showed you those videos, Tony?

23   A.    I believe David did.

24   Q.    Have you heard of Red Tube?

25   A.    Yes, ma'am.

1  Q.    Who introduced you to Red Tube?

2  A.    David Resnick.

3  Q.    What is Red Tube?

4  A.    It's a pornography website.

5  Q.    And is that something that the defendant had you look at

6  on that computer, Exhibit 1?

7  A.    I don't remember.

8  Q.    Do you remember looking at pornography with the defendant?

9  A.    Yes, ma'am.

10 Q.    And do you remember looking at child pornography with the

11 defendant?

12 A.    Yes, ma'am.

13 Q.    And was the child pornography on that computer, Exhibit 1?

14 A.    Yes, ma'am.

15 Q.    Did you do anything else on the computer?

16 A.    Not that I remember, ma'am.

17 Q.    All right.  Tony, now I'm gonna ask you some questions

18 that may be difficult, okay?  Are you ready?

19 A.    Yes, ma'am.

20 Q.    Did there come a point in time on the trip when the

21 defendant touched you?

22 A.    Yes, ma'am.

23 Q.    Tell us about the very first time that he touched you?

24 A.    Very first night, we were in the semi truck with the bed

25 and he ended up touching me.

DIRECT EXAMINATION OF A.M.

1          MS. KOSTER:  Judge, may I approach briefly?

2          THE COURT:  You may.

3    BY MS. KOSTER:

4    Q.   You said you were in the semi bed or semi truck?

5    A.   Semi truck, yes.

6    Q.   Describe for the jury the layout of that truck.

7    A.   It was a two-seat in front with a curtain just behind the

8    seats, with a bed, a shelf on -- when you walked in facing the

9    bed, there was a shelf closest to the door by the passenger

10   side behind the curtain.

11   Q.   And you said that you were on the bed when he touched you?

12   A.   We were both sleeping in the bed.

13   Q.   When was it that he first touched you; was it after you

14   went to sleep or while you were still awake?

15   A.   I woke up when he was touching me.

16   Q.   So you had fallen asleep?

17   A.   Yes, ma'am.

18   Q.   And where did you first feel him touching you?

19   A.   My penis.

20   Q.   How was he touching you?  Describe.

21   A.   He was rubbing my penis.

22   Q.   And was his hand directly on your penis, or was it on top

23   of your clothing?

24   A.   It was directly on my penis.

25   Q.   Did you have clothing on at the time?

DIRECT EXAMINATION OF A.M.

1    A.    No, ma'am.

2    Q.    Why was that?

3    A.    I don't remember.

4    Q.    Did you sleep naked during the trip?

5    A.    Yes, ma'am.

6    Q.    And did anyone else sleep naked?

7    A.    David.

8    Q.    Whose idea was it to sleep naked?

9    A.    David's.

10   Q.    Tony, how did you feel the first time that David touched

11   you in the penis?

12   A.    Awkward.

13   Q.    How did you react; tell us what happened.

14   A.    I just sat there because I was scared.

15   Q.    Did he say anything to you?

16   A.    I don't think he knew I was up.

17   Q.    He thought you were asleep?

18   A.    Yes, ma'am.

19   Q.    Did you pretend to be asleep?

20   A.    Yes, ma'am.

21   Q.    Did the touching continue after that?

22   A.    The whole two weeks, ma'am.

23   Q.    How often during the trip did the defendant touch you?

24   A.    At least a couple times a day, at least.

25   Q.    Can you tell the jury in what places on your body he

1    touched you?

2    A.    My penis and my butt.

3    Q.    Can you tell us in what places you were physically located

4    when he touched you, like in the truck, outside the truck,

5    where were you?

6    A.    We were in the shower at a rest stop, we were in the truck

7    of the semi, and that's all I remember.

8    Q.    Okay.  I had trouble hearing you there for a second.  You

9    said you were in the shower at a rest stop?

10   A.    Yes, ma'am.

11   Q.    And where else?

12   A.    In a truck in the back, in the bed of a semi.

13   Q.    Okay.  Any other places?

14   A.    Not that I remember, ma'am.

15   Q.    Did he ever touch you in a hotel room?

16   A.    Yes, ma'am.

17   Q.    Okay.  Did he ever touch you while he was driving the

18   truck?

19   A.    Yes, ma'am.

20   Q.    Did the defendant ever tell you to touch his body?

21   A.    Yes, ma'am.

22   Q.    Where did he want you to touch him?

23   A.    His penis.

24   Q.    Anywhere else?

25   A.    Not that I remember, ma'am.

DIRECT EXAMINATION OF A.M.

1    Q.    How did he want you to touch his penis?

2    A.    He was wanting me to rub it and suck on his penis.

3    Q.    And did he put his penis in your mouth, Tony?

4    A.    Yes, ma'am.

5    Q.    How many times did that happen?

6    A.    I don't remember.

7    Q.    Did it happen more than once?

8    A.    I don't remember.

9    Q.    Did the defendant have any sexual objects, things that he

10   wanted you to use?

11   A.    Yes, ma'am.

12   Q.    Can you tell us about those?

13   A.    He had a penis enlarger and a dildo.

14   Q.    Prior to that trip, Tony, had you ever heard or seen of a

15   penis enlarger?

16   A.    No, ma'am.

17   Q.    Describe what you saw for us.

18   A.    It was a tubular thing with holes and a pump, like the

19   doctors use to take your blood pressure.

20   Q.    Okay.  That's what the pump looked like?

21   A.    Yes, ma'am.

22   Q.    And did you see him use it?

23   A.    I don't remember.

24   Q.    I think you also used the term dildo?

25   A.    Yes, ma'am.

DIRECT EXAMINATION OF A.M.

1    Q.    Can you describe for us what you saw?

2    A.    Basically a fake penis.

3    Q.    Okay.  And what color was it?

4    A.    I don't remember.

5    Q.    What did the defendant want you to do with those things?

6    A.    I don't remember.

7    Q.    Did the defendant ever get mad at you for not wanting to

8    do or agreeing to do sexual things?

9    A.    I don't remember.

10   Q.    You said the defendant put his penis in your mouth?

11   A.    Yes, ma'am.

12   Q.    Did he ever put his penis in your butt?

13   A.    Yes, ma'am.

14   Q.    Can you tell us about that?

15   A.    It burned.

16   Q.    Where did it happen?

17   A.    At a hotel, Hobart.  It was a Comfort Inn by the Cracker

18   Barrel.

19   Q.    Okay.  And was that at the beginning of the trip or the

20   end of the trip?

21   A.    It was at the end of the trip when I went back after he

22   dropped me off at home to go to a pool party.

23   Q.    Okay.  Tell us about what happened when he put his penis

24   in your butt.

25   A.    It burned.  And he said -- as stuff came out.  And I said,

DIRECT EXAMINATION OF A.M.

1    "What is this?"  And he said it was sperm.

2    Q.   Did you see anything besides sperm when he put his penis

3    in your butt?

4    A.   Blood came out.

5    Q.   Blood came out of your butt?

6    A.   Uh-huh.

7    Q.   How did that feel, Tony?

8    A.   I can't describe it.

9    Q.   Try.

10   A.   I would just say like violated, awkward, just disgusted.

11   Q.   Okay.  We're gonna move on away from that and talk about

12   other things about the trip, okay?

13   A.   Okay.

14   Q.   Okay.  Was there a time on the trip when a police officer

15   came into contact?

16   A.   Yes, ma'am.

17   Q.   Tell us what was happening when you first saw or heard the

18   police officer.

19   A.   We ran a weigh scale.

20   Q.   Now, what is a weigh scale?

21   A.   It is a scale that weighs a semi to make sure it's what

22   weight it has on its tags.

23   Q.   Where did you learn about weigh scales?

24   A.   David Resnick.

25   Q.   You said you ran a weigh scale; what does that mean?

 1    A.    We went past one without going over it.

 2    Q.    Okay.  And what happened?

 3    A.    We got pulled over.

 4    Q.    Now, how did you know that that's why you were getting

 5    pulled over?

 6    A.    Cause that's what David said happens when you run a weigh

 7    scale, you get pulled over.

 8    Q.    Now, when you got pulled over, did the defendant have

 9    anything?

10    A.    He had a gun.

11    Q.    Tell us what he did with the gun.

12    A.    I couldn't really see the gun, but it looked like a gun

13    cause he had it up on the shelf of the semi, and he was on the

14    passenger side at the door talking to the police officer.

15    Q.    Okay.  So he got up after stopping the truck and he opened

16    the passenger side door of the truck?

17    A.    Yes, ma'am.

18    Q.    And he was talking to the police officer?

19    A.    Yes, ma'am.

20    Q.    And you said he had a gun?

21    A.    Yes.

22    Q.    Was the gun in his hand?

23    A.    I believe so, yes.

24    Q.    Okay.  Did you feel the gun?

25    A.    On my head, yes.

DIRECT EXAMINATION OF A.M.

1   Q.   Tell us about that, when you felt the gun on your head.

2   A.   He was touching me when he said -- he put the gun up to my

3   head and he said, "If you tell anybody, I will kill you and

4   your family."

5   Q.   How did you feel when that happened, Tony?

6   A.   Terrified, trapped.

7          MS. KOSTER:   Judge, permission to show the witness

8   only what's been marked Government's Exhibit 45.

9          THE COURT:   All right.

10  BY MS. KOSTER::

11  Q.   Tony, what is this?

12  A.   It is the picture I drew of David's gun, that German

13  Luger.

14  Q.   Okay.  So you drew two guns, yes?

15  A.   Yes, ma'am.

16  Q.   And one of them is what David's gun looks like?

17  A.   That's the shape of it.

18  Q.   Okay.  And the other one is a German Luger.  Why did you

19  draw a German Luger?

20  A.   Because that's what I knew -- that's the only gun I knew

21  at the time, and that's the only gun I knew that had a skinny

22  barrel.

23  Q.   Okay.  Tell us why you think David's gun had a skinny

24  barrel?

25  A.   Because that's all I felt was the skinny barrel of the

DIRECT EXAMINATION OF A.M.

1  gun.

2  Q.   Up against your head?

3  A.   Yes, ma'am.

4  Q.   Okay.  Do these drawings that you've made here in

5  Government's Exhibit 45, do they reflect your best recollection

6  of what David's gun looked like and also your best

7  understanding of what a Luger looks like?

8  A.   Yes, ma'am.

9       MS. KOSTER:  Government moves to admit Exhibit 45.

10       THE COURT:  Any objection?

11       MR. WIGELL:  Objection as to when the drawing was

12  made, Judge.

13       THE COURT:  Ask him that.

14       MS. KOSTER:  Sure.

15  BY MS. KOSTER::

16  Q.   When did you make this drawing, Tony?

17  A.   Here.

18  Q.   Was it recently?

19  A.   I'm not sure, but it wasn't too far back.

20  Q.   Okay.  Sometime within the last few months?

21  A.   Yes, ma'am.

22  Q.   Okay.

23       THE COURT:  Any objection?

24       MR. WIGELL:  No, Judge.  Thank you.

25       THE COURT:  It is admitted.

DIRECT EXAMINATION OF A.M.

1           (Government's Exhibit No. 45, previously marked, was

2           admitted in evidence.)

3    BY MS. KOSTER:

4    Q.   Now, Tony when you --

5              THE COURT:  You want it published?

6              MS. KOSTER:  Yes, please.

7              THE COURT:  You have to ask me to do that.

8              MS. KOSTER:  Yes, Your Honor.  I apologize.

9    BY MS. KOSTER:

10   Q.   Tony, when you drew this gun, was it before or after we

11   had asked you to describe what you remembered about the gun?

12   A.   You had asked me to describe it first and then I drew it

13   to help me.

14   Q.   And then you -- sorry.  Go ahead.

15   A.   To help me remember.

16   Q.   Okay.  And is this drawing your best recollection of what

17   David's gun looked like?

18   A.   Yes, ma'am.

19   Q.   All right.  Now, when you were very first interviewed by

20   law enforcement, did you identify David's gun as a German

21   Luger?

22   A.   The very first time?

23   Q.   Yes.

24   A.   I believe so, yes.

25   Q.   Okay.  And I think you started to explain, but why did you

1   call it a German Luger?

2   A.   Cause that's what the Nazis had, and that's the only gun I

3   knew about.

4   Q.   Okay.  As you sit here today, do you know what kind of gun

5   it was that David put up against your head?

6   A.   Not exactly, no.

7   Q.   Are you sure it was a gun?

8   A.   Pretty sure, yes, ma'am.

9          MS. KOSTER:  May I approach?

10         THE COURT:  You may.

11  BY MS. KOSTER:

12  Q.   I've put an exhibit there in front of you, Tony, called

13  Government's Exhibit 46.  Will you take a moment to flip all

14  the way through Government's Exhibit 46, please?

15  A.   (Witness complied.)

16       Yes, ma'am.

17  Q.   Do any of those pictures look like the gun that you saw

18  David Resnick with?

19  A.   Yes.

20  Q.   Can you tell us which one or ones?

21  A.   The gun that looks like a German Luger, the one I thought

22  it was was page 4, and the other one was page -- I'm not sure.

23  Q.   I'm sorry?

24  A.   I'm not sure.

25  Q.   Okay.  Which one -- you are not sure which page number it

 1  is?

 2  A.   No, I know which page number.  I'm not sure which gun.

 3  Q.   Okay.  Which page numbers look the most like the gun he

 4  had?

 5  A.   Five, four.

 6           MS. KOSTER:  May I approach?

 7           THE COURT:  (No audible response.)

 8           MS. KOSTER:  Permission to show the witness, Your

 9  Honor, Government's Exhibit 44?

10           THE COURT:  All right.

11  BY MS. KOSTER:

12  Q.   Do you recognize this, Tony?

13  A.   Yes, ma'am.

14  Q.   What is it?

15  A.   It's the picture I drew of the semi when the cop had came.

16  Q.   Okay.  A picture you drew of the semi when the cop came?

17  A.   Yes, ma'am.

18  Q.   And does this picture reflect, to the best of your

19  recollection, where things were situated at that time in the

20  semi?

21  A.   Yes, ma'am.

22           MS. KOSTER:  Your Honor, the government moves to

23  admit Government's Exhibit 44.

24           THE COURT:  Any objection?

25           MR. WIGELL:  Same objection, Judge, when did he draw

DIRECT EXAMINATION OF A.M.

1    it, please.

2              MS. KOSTER:  I can lay that foundation.

3              THE COURT:  Do it.

4    BY MS. KOSTER::

5    Q.    When did you draw this photograph or this drawing?

6    A.    Here.

7    Q.    Was that recently?

8    A.    Yes, ma'am.

9    Q.    And was that after the government asked you to describe

10   what the semi looked like, or what the inside of the semi, the

11   layout of the inside of the semi?

12   A.    Can you say that again, please?

13   Q.    What prompted you to draw this picture, do you remember?

14   A.    Yes.

15   Q.    Tell us.

16   A.    I was trying to remember to describe how the gun, where

17   the gun was placed when the cop pulled us over.

18   Q.    Okay.

19             MS. KOSTER:  Government moves to admit 44 and asks

20   permission to publish.

21             THE COURT:  Any objection?

22             MR. WIGELL:  No, Judge.

23             THE COURT:  Admitted.  All right.

24        (Government's Exhibit No. 44, previously marked, was

25        admitted in evidence.)

1    BY MS. KOSTER:

2    Q.   All right.  Tony there's a lot going on in this picture.

3    Can you tell us what does this say up here on top?

4    A.   Semi truck.

5    Q.   Okay.  And you wrote everything on this page, correct?

6    A.   Yes, ma'am.

7    Q.   All right.  So walk us through what we see here in the

8    drawing.

9    A.   Top left corner is the steering wheel, then the driver's

10   seat.  Next to the driver's seat is the passenger's seat and

11   then --

12   Q.   Let me stop you there, just so we can all be on the same

13   page.  This round thing here (Indicating) is the steering

14   wheel?

15   A.   Yes.

16   Q.   And what was this right here (Indicating)?

17   A.   Driver's seat.

18   Q.   And this one (Indicating)?

19   A.   The passenger's seat.

20   Q.   Okay.  What else do we see here in the drawing?

21   A.   The gun.

22   Q.   And show us where the gun is in the drawing?

23   A.   Right here (Indicating).

24   Q.   Okay.  So that would be right behind the passenger's seat

25   in the, as we're looking at the drawing, the right hand corner,

DIRECT EXAMINATION OF A.M.

1   is that right?

2   A.   Yes, ma'am.

3   Q.   All right.  And you said -- what was the gun on or where

4   was it?

5   A.   It was on a shelf.

6   Q.   Where was the police officer?

7   A.   Right here (Indicating).

8   Q.   Standing at the passenger's side door?

9   A.   Yes, ma'am.

10  Q.   All right.  What else do we see in the drawing, Tony?

11  A.   Bag of Fruit Loops by the bed.

12  Q.   Who had the Fruit Loops?

13  A.   It was in the truck when we got into the truck, me and

14  David.

15  Q.   Okay.  And what else is in the drawing?

16  A.   Zoe.

17  Q.   Where was Zoe?

18  A.   Right here (Indicating).

19  Q.   And what is that that you drew there?

20  A.   Zoe in her kennel.

21  Q.   She had a little kennel?

22  A.   Yes.

23  Q.   Okay.  Now, when the officer came up to talk to

24  David Resnick, where was he?  Where was the defendant,

25  David Resnick?

DIRECT EXAMINATION OF A.M.

1   A.   He was right here (Indicating) talking to the cop right

2   here (Indicating).

3   Q.   And that would be right at the passenger side of the

4   vehicle?

5   A.   Yes, ma'am.

6   Q.   Was he inside or outside of the vehicle?

7   A.   Inside.

8   Q.   And the police officer, I think you said, was right

9   outside the passenger door?

10   A.   Yes, ma'am.

11   Q.   Could you hear the police officer?

12   A.   Faintly, yes.

13   Q.   Did you get a good look at the police officer?

14   A.   No, ma'am.

15   Q.   Did he get a good look at you, if you know?

16   A.   Probably not, ma'am.

17   Q.   Why is that?

18   A.   Because I was behind the curtain with Zoe.

19   Q.   Did you want to talk to the police officer?

20   A.   Yes, ma'am.

21   Q.   What did you want to talk to him about?

22   A.   I wanted to tell him what was going on so he could take me

23   home.

24   Q.   Did you call out to him?

25   A.   I was afraid.

DIRECT EXAMINATION OF A.M.

1   Q.   What were you afraid of, Tony?

2   A.   David's gun.

3   Q.   I'm sorry?

4   A.   David's gun.

5   Q.   What happened after the police officer talked to

6   David Resnick?

7   A.   We went back to the weigh station.

8           MS. KOSTER:   Permission to show the witness only

9   what's been marked Government's Exhibit 43?

10          THE COURT:   All right.

11  BY MS. KOSTER:

12  Q.   Do you recognize this, Tony?

13  A.   Yes, ma'am.

14  Q.   Let me turn to page 2.  What do you recognize those two

15  photographs in Government's Exhibit 43 to be?

16  A.   The one way down the road, cause it was only one straight

17  line for the highway.

18  Q.   Okay.  What was this; what is this a picture of we see

19  here?

20  A.   Weigh station.

21  Q.   Okay.  And is that where you went after you were turned

22  around by the police officer?

23  A.   I believe so.

24  Q.   Was it night or day at the time?

25  A.   It was night.

DIRECT EXAMINATION OF A.M.

1          MS. KOSTER:  Government moves to admit Exhibit 43.

2          THE COURT:  Any objection?

3          MR. WIGELL:  (No audible response.)

4          THE COURT:  Any objection, sir?

5          MR. WIGELL:  No, Judge.

6          THE COURT:  Admitted.  You want it published?

7          MS. KOSTER:  Yes, please, Your Honor.

8      (Government's Exhibit No. 43, previously marked, was

9      admitted in evidence.)

10 BY MS. KOSTER:

11 Q.   Tell us what you remember about the weigh station, Tony.

12 A.   I remember the scale.

13 Q.   Do you remember anything else?

14 A.   The lights; I believe they were orange.

15 Q.   Okay.

16 A.   They weren't directly like streetlights.

17 Q.   After you went to the scale, what happened?

18 A.   We got out the semi and caught a taxi, cause we couldn't

19 leave with the semis, and he didn't feel like getting his

20 Harley Davidson truck out from between the two semis.

21 Q.   Okay.  There was a lot in that answer, so let me break it

22 down a little bit.  You said you got out of the semi?

23 A.   Yes, ma'am.

24 Q.   And you took a taxi?

25 A.   Yes.

1    Q.    Why take a taxi?

2    A.    Because he didn't want to get the Harley Davidson truck

3    out between the two semis.

4    Q.    Okay.  Where was the Harley Davidson truck?

5    A.    There was the semi we were driving, and then his truck,

6    and then the semi we were pulling.

7              MS. KOSTER:  Permission to show the witness only a

8    page from Government's Exhibit 52?

9              THE COURT:  All right.

10             MS. KOSTER:  And for the record, I'm showing the

11   witness the bottom photograph on page 48 of the exhibit.

12   BY MS. KOSTER::

13   Q.    Do you recognize that, Tony?

14   A.    Yes, ma'am.

15   Q.    What is it?

16   A.    That is David's truck.

17   Q.    And is that a certain type of truck?

18   A.    It's a Harley Davidson.

19   Q.    Is that the Harley Davidson truck that was on the back of

20   the semi that night?

21   A.    Yes, ma'am.

22   Q.    Why not drive the semi that you had been driving in to

23   dinner instead of taking a taxi?

24   A.    Because we couldn't -- we couldn't leave with the semi,

25   because it had the wrong tags.

DIRECT EXAMINATION OF A.M.

1    Q.   What was your understanding as to when you would be able

2    to leave the semi or with the semi?

3    A.   The next morning.

4    Q.   And why was that; who decided that?

5    A.   I don't remember.

6    Q.   You said you took a taxi to dinner.  Do you remember where

7    you went to dinner?

8    A.   No, ma'am.

9    Q.   Tell us what you remember next.

10   A.   Not much, ma'am.

11   Q.   Did you go to Disneyland on the trip, Tony?

12   A.   No, ma'am.

13   Q.   Do you remember the states you did go to?

14   A.   Yes, ma'am.

15   Q.   Can you tell us those?

16   A.   Oklahoma, North Dakota, Texas, Missouri, Mississippi,

17   Utah, Indiana, Illinois.  I don't recall the state next to

18   Indiana -- Illinois, but that's about it.

19   Q.   Okay.  Those are the states that you remember?

20   A.   Yes, ma'am.

21   Q.   Did the defendant buy you anything while you were on the

22   trip?

23   A.   He bought me souvenirs.

24   Q.   What kind of souvenirs?

25   A.   He bought me a pocketknife that was from Mississippi or

1    Missouri.  It said "Tony" on it.  He bought me a key chain that

2    was solar powered that flashed "Tony" off and on.  He bought me

3    three key chains from the different states with "Tony" on it.

4    And then he bought me a wood pen; had the outer casing was

5    wood, but it had an ink cartridge in it.

6    Q.    After the trip, did you keep some of those souvenirs?

7    A.    Excuse me?

8    Q.    After the trip, did you keep some of those souvenirs?

9    A.    I don't remember.

10          MS. KOSTER:  Permission to show the witness

11   Government's Exhibit 39?

12          THE COURT:  All right.

13   BY MS. KOSTER:

14   Q.    Tony, do you recognize Government's Exhibit 39?

15   A.    Yes, ma'am.

16   Q.    How do you recognize it?

17   A.    It's the key chains he got me from Oklahoma, Texas and

18   North Dakota.

19          MS. KOSTER:  Government moves to admit Exhibit 39.

20          THE COURT:  Any objection?

21          MR. WIGELL:  No, Judge.

22          THE COURT:  Admitted.

23      (Government's Exhibit No. 39, previously marked, was

24       admitted in evidence.)

25          MS. KOSTER:  Permission to publish?

1           THE COURT:  All right.

2    BY MS. KOSTER:

3    Q.   Tell us about these key chains, Tony.

4    A.   They are just regular key chains from the states.  They

5    are rubbery, they are bendable.  They are good souvenirs, but

6    with bad memories.

7    Q.   When you got home from the trip, did you want to tell

8    anyone what happened on the trip?

9    A.   Yes, ma'am.

10   Q.   Who did you want to tell?

11   A.   Anybody I could tell, but I was afraid cause he said even

12   after he dropped me off that he would come back and kill my

13   family and me if I had told anybody.

14   Q.   So you were afraid for yourself?

15   A.   And my family, yes.

16   Q.   Did he threaten to kill anyone or anything else?

17   A.   Not that I remember.

18   Q.   After the trip, did there come a point in time when you

19   were taken to see the defendant again?

20   A.   Yes, ma'am.

21   Q.   Who took you to see him?

22   A.   I believe Chris and Nicole.

23   Q.   Where did you see him?

24   A.   The Comfort Inn in Hobart by Cracker Barrel.

25   Q.   Okay.  How do you remember that it was the Comfort Inn in

1    Hobart by Cracker Barrel?

2    A.    The reason why I remember is because I go to Cracker

3    Barrel every Sunday with my great, great grandma and grandpa.

4    Q.    Do you like Cracker Barrel?

5    A.    I love Cracker Barrel.

6    Q.    What's your favorite thing to eat at Cracker Barrel?

7    A.    Biscuits and gravy.

8    Q.    What was supposed to take place at the pool -- or excuse

9    me -- at the hotel?

10   A.    The hotel?

11   Q.    Yes.

12   A.    It was supposed to be a pool party.  That's about it.

13   Q.    And who was gonna be present at the pool party?

14   A.    A lot of people, but there's only me and Kyle showed up.

15          MS. KOSTER:  Judge, permission to show the witness

16   only Government's Exhibit 23.

17          THE COURT:  All right.

18   BY MS. KOSTER:

19   Q.    Do you recognize the person in this photograph, Tony?

20   A.    Yes, ma'am.

21   Q.    Who is that?

22   A.    Kyle.

23          MS. KOSTER:  Judge, the government moves to admit

24   Exhibit 23 and seeks permission to publish?

25          THE COURT:  Any objection?

 1              MR. WIGELL:  As to when the picture was taken, Judge.

 2              THE COURT:  You need to ask when it was taken, if he

 3    knows.

 4              MS. KOSTER:  Yes.

 5    BY MS. KOSTER:

 6    Q.    Tony, do you know when this photograph was taken?

 7    A.    When Kyle was in baseball, which was about -- I don't know

 8    exactly how many years ago, but it was a good number.

 9    Q.    Is this what Kyle looked like when you went to the pool

10    party with David Resnick?

11    A.    He may have been a little older.

12    Q.    Okay.

13    A.    But --

14    Q.    How much older?  I mean, more than a year old [verbatim]

15    or is this about what he looked like?

16    A.    Can't remember for certain.

17              MS. KOSTER:  Okay.  Government moves to admit

18    Exhibit 23.

19              THE COURT:  Any objection?

20              MR. WIGELL:  No, Judge.

21              THE COURT:  Admitted.

22         (Government's Exhibit No. 23, previously marked, was

23         admitted in evidence.)

24              MS. KOSTER:  Permission to publish?

25              THE COURT:  Yes.

 1    BY MS. KOSTER:

 2    Q.    How did you know Kyle?

 3    A.    He was a great friend, me and him, and went to school

 4    together, and he was just one of the best friends you could

 5    possibly have.

 6    Q.    When you went to the pool party, did you get to go

 7    swimming in the pool?

 8    A.    No, ma'am.

 9    Q.    Tell us what you remember happening.

10    A.    I remember us going straight past the pool, cause the

11    pool -- as soon as you walked in, I believe the pool was right

12    there in front with the guest door, and then we went past the

13    pool and went down to the room and got pizza and pop, because

14    there was a little Domino's or Pizza Hut stand like for the

15    members and stuff, and on the room card you could get free or

16    discounted pizza or something with a liter of pop.  And then we

17    went down to get some pop, drink some pop, eat some pizza, and

18    then -- then I threw the phone at -- his, David's phone at the

19    wall and then I got sent home.

20    Q.    Why did you throw -- let me ask you first.  Do you

21    remember seeing the inside of the hotel room?

22    A.    Yes, ma'am.

23    Q.    How many beds were in the hotel room?

24    A.    I believe one or two.

25    \\\

1            MS. KOSTER:  Judge, I would like to show the witness

2    only what's been marked Government's Exhibit 38, pages 4 and 5.

3    BY MS. KOSTER:

4    Q.    Tony, do you recognize these photographs?

5    A.    Yes, ma'am.

6    Q.    How do you recognize them?

7    A.    That's the chair Zoe was sleeping in, and that's one of

8    the beds.

9    Q.    Okay.  And where were these -- what bed -- where was this

10   bed?

11   A.    It was in the hotel room.

12   Q.    And is that the hotel room where you went to see David for

13   the pool party?

14   A.    Yes, ma'am.

15           MS. KOSTER:  Judge, I would like to mark those two

16   pages Government's Exhibit 38-A and move to admit them.

17           THE COURT:  Any objection to 38-A?

18           MR. WIGELL:  No, Judge.

19           THE COURT:  Admitted.

20       (Government's Exhibit No. 38-A, previously marked, was

21       admitted in evidence.)

22           THE COURT:  Published?

23           MS. KOSTER:  Yes, please.

24   BY MS. KOSTER:

25   Q.    Tell us what you remember about the hotel room, Tony.

1   A.    I remember the red chair, the bed, and then I remember the

2   mini fridge with the microwave, and the flat screen T.V. with

3   the pizza.  Yeah.

4   Q.    Okay.  Now, did you want to sleep in the hotel room with

5   David Resnick that night?

6   A.    No, ma'am.

7   Q.    Why not?

8   A.    Cause I was afraid what would happen to me on the trip

9   would happen again.

10  Q.    You said you threw a phone?

11  A.    Yes.

12  Q.    Whose phone did you throw?

13  A.    I threw David's.

14  Q.    Why did you do that?

15  A.    Cause I didn't want to be there.

16  Q.    You were trying to get in trouble?

17  A.    So he would send me home, yes.

18  Q.    And did that happen?

19  A.    Yes.

20  Q.    With you gone, who would be left at the hotel?

21  A.    Kyle.

22  Q.    And who else?

23  A.    I believe Zoe.

24  Q.    Zoe is the dog?

25  A.    Yes, ma'am.

DIRECT EXAMINATION OF A.M.

1    Q.    So just Kyle, Zoe and anyone else?

2    A.    Kyle, Zoe and David.

3    Q.    I want to direct your attention now to November of 2008.

4    Did you tell finally what had happened with David Resnick?

5    A.    I can't remember for sure, but I believe I did.

6    Q.    Okay.  You can't remember the month it was?

7    A.    No, ma'am.

8    Q.    You remember telling what happened with David Resnick?

9    A.    Yes, ma'am.

10   Q.    And do you remember telling your family?

11   A.    Yes, ma'am.

12   Q.    And do you remember telling anyone else?

13   A.    Erika.

14   Q.    Okay.

15   A.    No, no, no, I'm sorry, my dad.  It wasn't Erika.  It was

16   Dusty.

17   Q.    Okay.  After you told Dusty, did you also talk to the

18   police?

19   A.    A couple days later -- about a week later I did.

20   Q.    Okay.  What do you remember about that meeting with the

21   police?

22   A.    He was nice.  He was the detective.  His name was Jeremy.

23   Q.    Okay.  And did you tell him what happened with Resnick?

24   A.    Yes, ma'am.

25   Q.    Now, Tony, in that first interview with the police did you

 1   tell them everything that David Resnick did to you?

 2   A.    No, ma'am.

 3   Q.    Why not?

 4   A.    I was still a little upset and scared.  It was very hard

 5   for me to talk about it back then, but I have gotten over my

 6   fear and it is easier for me to talk about it now.

 7   Q.    After that first interview with Jeremy, did you go back to

 8   the same place and have another interview with law enforcement?

 9   A.    Yes.

10   Q.    And did you tell them more about what had happened with

11   David Resnick?

12   A.    A little, not much.

13   Q.    Okay.  And was there also a third interview regarding

14   David Resnick?

15   A.    I believe so, yes.

16   Q.    And did you tell even more about what had happened?

17   A.    Yes, ma'am.

18   Q.    Now, this is important, Tony.  Did you tell the police the

19   truth about what happened with David Resnick?

20   A.    Yes, ma'am.

21   Q.    Did you make up any -- you understand the difference

22   between the truth and a lie?

23   A.    Yes, ma'am.

24   Q.    Tell us what the truth is.

25   A.    The truth is what happened, every little bit of it,

 1    nothing but the truth is like everything that did happen, not

 2    something you thought happened or something that might not

 3    happen.  It is something that did happen.

 4    Q.    Okay.  And what's a lie?

 5    A.    Something you thought happened or something you heard from

 6    someone, but you didn't see or hear it yourself.

 7    Q.    Have you testified today about what you saw and heard and

 8    felt and touched with regard to David Resnick; does that

 9    question confuse you.

10    A.    (No audible response.)

11    Q.    Let me ask a different question.  The testimony you've

12    given today about what happened with David Resnick, is it based

13    on your personal knowledge, things you know happened?

14    A.    Things that did happen, yes.

15    Q.    It's not a lie?

16    A.    No, ma'am.

17    Q.    Every part of it is true?

18    A.    Yes, ma'am.

19    Q.    Tony, right after the trip and right after you told law

20    enforcement, how often did you think about what David Resnick

21    did to you?

22    A.    Almost every night I had night terrors.

23    Q.    Tell us about that.

24    A.    It was unpleasant.  You wake up screaming every night

25    thinking something is gonna happen, but it never does; living

 1   in constant fear.

 2   Q.   How long did the night terrors last?

 3   A.   It didn't stop until I was with my grandma fostering me

 4   and she got me a dream catcher and surprisingly it did stop.

 5   Q.   A dream --

 6         MR. WIGELL:  I'm sorry, Judge, I didn't hear the last

 7   part of the answer.

 8         THE COURT:  Can you repeat that, please?

 9         THE WITNESS:  It didn't stop, the night terrors

10   didn't stop until I was with my grandma, and she was fostering

11   me.  And she got me a dream catcher, and it stopped.

12         THE COURT:  Got you a new what?

13         THE WITNESS:  A dream catcher.

14   BY MS. KOSTER:

15   Q.   Tell us what a dream catcher is.

16   A.   It is basically a netting, it is a circle with netting in

17   the middle and little hole, by the -- it's got beads in it.

18   And it is basically like a little legend or something, but I

19   think I felt a little safer with it, so it helped me.

20   Q.   A dream catcher helped you sleep through the night?

21   A.   Yes.  Because she said after I got it, I never woke up

22   screaming anymore or at least not as much as I used to.

23   Q.   Tony, explain to the jury how the events you've testified

24   about have affected your life.

25   A.   At first, it was just -- I was living in constant fear and

1   couldn't do anything; I was always afraid.  And every little

2   thing that reminded me of it made me go into shock.  I was just

3   so upset about what happened, I couldn't live with it.  Then I

4   went to therapy, got help, and now I can talk about it a little

5   bit better than what I used to; and I can talk about it now so

6   that's a good step forward for me.

7            MS. KOSTER:  May I have a moment?

8            THE COURT:  Yes.

9            MS. KOSTER:  Nothing further, Your Honor.

10           THE COURT:  Okay.  We've been here for quite some

11   time.  We're gonna take about a 15-minute recess.  Same

12   instruction I have been giving you applies.  Don't discuss the

13   case among yourselves, anyone else.  Don't form or express an

14   opinion on it.  About 15 minutes.

15        And Tony, you can just sit there for a minute.

16           THE WITNESS:  Yes.

17        (Jury exits.)

18           THE COURT:  Please be seated.  Okay.  Tony, you can

19   step down.  Don't discuss your testimony with anyone during

20   this recess, okay?

21           THE WITNESS:  Okay.  So when do I come back?

22           THE COURT:  You are gonna come back and sit here in

23   about 15 minutes.

24           THE WITNESS:  Okay.

25           THE COURT:  And answer some more questions.  You up

 1   to it?

 2            THE WITNESS:  Yes.

 3            THE COURT:  Okay.  Good.  All right.  You can step

 4   down.

 5        Okay.  About 15 minutes.

 6        (A recess was taken at 2:42 p.m.)

 7        (The proceedings resumed in open court, reported as

 8        follows:)

 9            DEPUTY CLERK:  All rise.

10            THE COURT:  You want to get the witness back in here?

11            MS. KOSTER:  Yes, Your Honor.

12            THE COURT:  How much time will you take on cross?

13            MR. WIGELL:  Half hour, 40 minutes maybe.  I'll do it

14   quick as I can, Judge.

15            THE COURT:  Come on back and be seated next to me,

16   please.  You want to get the jury in, please.  Why don't you

17   remain standing.  Can you remain standing?

18            THE WITNESS:  Yes.

19            THE COURT:  The jury gets in, that's just what we do.

20   Are you okay?

21            THE WITNESS:  Yeah.  Nervous, but I'm okay.

22            THE COURT:  What?

23            THE WITNESS:  Nervous, but I'm okay.

24        (Jury enters.)

25            THE COURT:  Please be seated.

1          Be seated, sir.  You may cross-examine.

2                MR. WIGELL:  Thank you, Judge.

3                          **CROSS-EXAMINATION**

4    BY MR. WIGELL:

5    Q.   Hello.

6    A.   Hello.

7    Q.   I'm gonna ask you some questions, and if you don't

8    understand the question, if you would please tell me so that I

9    can try to ask it a different way.

10   A.   Okay.

11   Q.   Okay?  And would you prefer I call you A.M. or Tony?

12   A.   Tony.

13   Q.   Thank you.  How old are you now, Tony?

14   A.   Fourteen.

15   Q.   Okay.  And in July of 2008, how old were you, if you know?

16   A.   About nine or eight.

17   Q.   Okay.  All right.  What grade are you in now?

18   A.   Seventh.

19   Q.   Pardon me?

20   A.   Seventh.

21   Q.   Okay.  And what grade were you in in 2008?

22   A.   I don't remember.

23   Q.   Okay.  What school did you go to then?

24   A.   Which one?  There's multiple.  I'm not sure exactly which

25   one.

CROSS-EXAMINATION OF A.M.

1   Q.   Okay.  Well, tell me which -- what different schools you

2   were going to then?

3   A.   I went to Henry S. Evans in Hobart, Meister, Hamilton.  We

4   moved around a lot.

5   Q.   Okay.  Now, you remember when you were asked about not

6   getting along with your stepfather?

7   A.   Yes.

8   Q.   Okay.  Can you tell me what you meant by that?

9   A.   He wasn't a very nice guy.  He was kind of mean.

10  Q.   Okay.  And what do you mean by "mean"?

11  A.   He would yell, hit me and my mom.

12  Q.   Okay.  And would he hit your other brothers and sisters,

13  too?

14  A.   He would smack them on his wrist and tell them not to do

15  it again, but not like me and my mom.

16  Q.   Okay.  And would he hit you with his hands or with

17  objects?

18  A.   Both.

19  Q.   What objects would he hit you with?

20          MS. KOSTER:  Objection, Your Honor, irrelevant.

21          THE COURT:  How is all that relevant?

22          MR. WIGELL:  Thank you, Judge.

23          THE COURT:  What objects he would hit you with.

24          MR. WIGELL:  Okay.

25  \\\

CROSS-EXAMINATION OF A.M.

1    BY MR. WIGELL:

2    Q.   But he would hit you with objects besides his hands?

3    A.   Yes.

4    Q.   Now, you talked about Mr. Resnick.  And did you call him

5    Mr. Resnick or David or Dave?

6    A.   David.

7    Q.   David.  So you talked about David buying you and your

8    brother and sisters presents, right?

9    A.   Yes.

10   Q.   And did he buy those for you every time he saw you?

11   A.   Not every time.

12   Q.   Okay.  And the bikes that you spoke about that he bought

13   -- he bought those for the twins?

14   A.   Yes, and my sister.

15   Q.   Okay.  And did he buy those for Christmas?

16   A.   I don't remember.

17   Q.   Okay.  Did he buy all of you Christmas gifts?

18   A.   I don't remember for certain.

19   Q.   Okay.  Now, when you were nine years old you knew how to

20   use a computer, didn't you?

21   A.   Yes.

22   Q.   Okay.  And did you have a computer in your home?

23   A.   No.

24   Q.   Okay.  And did you have a computer at school?

25   A.   Yes.

1    Q.    Okay.  And did you do certain tasks to learn how to use a

2    computer at school?

3    A.    Believe so, yes.

4    Q.    Okay.  Can you tell us what sort of tasks you learned?

5    A.    Excuse me?

6    Q.    What tasks did you learn?

7            MS. KOSTER:  Objection, Your Honor.  Lack of

8    foundation.  Time frame.

9            THE COURT:  What age?

10   BY MR. WIGELL:

11   Q.    Drawing your attention to July, early -- prior to July of

12   2008, in the year 2008, did you take -- did you learn how to do

13   certain things on a computer at school?

14   A.    Not that I remember.

15   Q.    Okay.  Did you ever do anything at school that you learned

16   how to use a computer?

17   A.    I basically taught myself.

18   Q.    Okay.  And was that at home or at school?

19   A.    School.

20   Q.    Okay.  You never had a computer at home?

21   A.    Not that I remember.

22   Q.    Okay.  Now, you went on this trip with David in July of

23   2008, right?

24   A.    I believe so, yes.

25   Q.    Okay.  How soon before the trip did you learn about the

1    trip?

2    A.    I don't -- excuse me?

3    Q.    How soon before you left on the trip did you learn about

4    the possibility of going on the trip?

5    A.    About a couple days.

6    Q.    Okay.

7    A.    Three or four.

8    Q.    Okay.  And did you ask David to go on the trip with him?

9    A.    Excuse me?

10   Q.    Did you ask David to go on the trip with him?

11   A.    Yes, cause he said he was gonna take me to Disneyland.

12   Q.    All right.  And did you ask your parents to allow you to

13   go with David on the trip?

14   A.    I don't remember.

15   Q.    Okay.  Do you remember if you asked your mom?

16   A.    No, sir.  Don't remember.

17   Q.    And that was during the time when Chris was hitting you

18   and your mom?

19   A.    Yes, sir.

20   Q.    Now, you mentioned that during the trip it was one of your

21   cousin's birthdays; do you remember that?

22   A.    No, it wasn't my cousin.  It was my brother and sister.

23   Q.    Oh, mother, sister.  Pardon me.

24   A.    Brother and sisters.

25   Q.    Brother, sisters.  Okay.

1    A.   It was one of them, and I can't remember exactly which one

2    it was.

3    Q.   And did you call home to say happy birthday to them?

4    A.   Yes.

5    Q.   Whose phone did you use for that?

6    A.   David's.

7    Q.   During the trip you called home more than once, didn't

8    you?

9    A.   Yes, sir.

10   Q.   How often about did you call home?

11   A.   Once every couple days.

12   Q.   All right.  And you used David's cell phone to do that?

13   A.   Yes, sir.

14   Q.   When you say "call home", did you call your mom?

15   A.   I called a little bit of everybody.  I called my great,

16   great grandma and grandpa.  I called my grandma.

17   Q.   Okay.  I'm sorry to interrupt you.  I apologize.

18   A.   I called my mom.  Didn't really talk to Chris, my step

19   dad.  I talked to my great, great grandma and grandpa a lot,

20   and I called my grandma.

21   Q.   Okay.  Anybody else did you call?

22   A.   Not that I remember.

23   Q.   Okay.  And did you know all those numbers by heart?

24   A.   I knew my great, great grandparents and my grandma's.

25   Q.   Okay.  And you called them sometimes when you were in the

1   truck?

2   A.   Yes.

3   Q.   And sometimes when you were walking Zoe, the dog?

4   A.   No.

5   Q.   Okay.  And sometimes when you were eating?

6   A.   I don't remember.

7   Q.   Okay.  And when you called them, sometimes David was close

8   by, right?

9   A.   He was normally sitting -- I was sitting in the passenger

10  seat, and he was sitting in the driver's.

11  Q.   Okay.  So usually you call them at home?  Pardon me, you

12  called them while you were in the truck?

13  A.   Yes.

14  Q.   But sometimes you weren't in the truck and you called them

15  too, right?

16  A.   I don't remember.

17  Q.   Okay.  And this computer that was in the truck, you knew

18  how to turn it on, didn't you?

19  A.   Excuse me?

20  Q.   You knew how to turn it on, didn't you?

21  A.   Yes, sir.

22  Q.   And you turned it on when David was there and sometimes

23  when he wasn't there, right?

24  A.   When David was there.

25  Q.   Okay.  And when the years later when they showed you the

1   computer, they showed you the HP laptop, didn't they?

2   A.    Yes, sir.

3   Q.    Now, you said that David touched you every day of the

4   trip?

5   A.    Just about.

6   Q.    Okay.  And did he touch you on the days that you called

7   home?

8   A.    Yes, sir.

9   Q.    Okay.  And remember that the government asked you -- that

10  you gave several statements in this case, didn't you?

11  A.    Excuse me?

12  Q.    You told what happened on different occasions in this

13  case, didn't you?

14  A.    Yes, sir.

15  Q.    Okay.  So do you remember what the first time was that you

16  told about this case?

17  A.    With the police officer?

18  Q.    Yeah.

19  A.    Yes.

20  Q.    Okay.  And when was that?

21  A.    It was that year, the same year or the year after that

22  year that David had touched me.

23  Q.    Okay.  And then when was the next time you told the --

24  anybody about this?

25  A.    I believe I was about ten or 11.

CROSS-EXAMINATION OF A.M.

1   Q.   Okay.  So a couple years afterward -- after the trip?

2   A.   Yes, sir.

3   Q.   And then the third time you told about what happened?

4   A.   I don't remember, but I do remember telling them.  I just

5   don't remember the exact date.

6   Q.   Okay.  And then very recently you talked about it again

7   getting ready for today, didn't you?

8   A.   Yes, sir.

9   Q.   And that's when you drew those pictures, isn't it?

10  A.   When -- not -- not today, but yes.

11  Q.   Okay.  But recently?

12  A.   Yes.

13  Q.   Okay.  And the pictures of the gun, the Luger and the

14  other gun, right?

15  A.   The two guns.

16  Q.   That picture, you just drew that recently?

17  A.   Yes.

18  Q.   Okay.  And the picture about what was in the truck, you

19  did that very recently too, didn't you?

20  A.   Yes.  It was about a week ago.

21  Q.   Pardon me?

22  A.   About a week or so ago.

23  Q.   Week or so ago?

24  A.   (No response.)

25  Q.   And you did it with the woman who asked you the questions?

CROSS-EXAMINATION OF A.M.

1   A.   Yes.

2   Q.   Okay.  Anybody else present?

3   A.   Yes.

4   Q.   Who else?

5   A.   Tom, Matt and that's it that was present for me drawing

6   the pictures.

7   Q.   Okay.  Okay.  Now, you got stopped by a police officer

8   because David did not stop at a weigh station, right?

9   A.   Yes.

10  Q.   Now, in reference to the trip, was that in the very

11  beginning of the trip, in the middle or at the end?

12  A.   Somewhere between the middle.

13  Q.   Okay.  So it wasn't the first day, right?

14  A.   Excuse me?

15  Q.   It wasn't the first day?

16  A.   No.

17  Q.   And it wasn't the last day of the trip?

18  A.   Not that I remember.

19  Q.   Okay.  All right.  And you remember the police officer

20  talking to David, don't you?

21  A.   Faintly, yes.

22  Q.   Okay.  And Zoe was with you in the truck at that time?

23  A.   David [verbatim] was in the truck with me at the time,

24  yes.

25  Q.   Okay.  And, oh, the picture of Zoe that they showed you,

1   that was Zoe when she was much older, wasn't it?

2   A.   No, she looked about the same --

3   Q.   About that way?

4   A.   (No response.)

5   Q.   Okay.  Now, when the officer pulled you over, did the

6   officer tell David to go back to the weigh station?

7   A.   I believe so, yes.

8   Q.   Okay.  And did you hear him say that?

9   A.   No, not for certain.

10  Q.   Okay.  Did David drive back to the weigh station?

11  A.   Yes, sir.

12  Q.   And then you said that you took a cab into town, right?

13  A.   To the taxi to go get something to eat.

14  Q.   Okay.  And where did you go eat again?

15  A.   I don't remember.

16  Q.   Okay.  Do you remember if you ate at McDonald's?

17  A.   No, sir.

18  Q.   Okay.  Did you eat at McDonald's on the trip?

19  A.   No, sir, I don't remember.

20  Q.   Okay.  Did you ever eat at Cracker Barrel on the trip?

21  A.   Yes, sir.

22  Q.   Okay.  And did you have biscuits and gravy, your favorite?

23  A.   Yes.

24  Q.   Now, the gun that you talked about when they were asking

25  you questions a moment -- a few minutes ago, that was the only

1   time you saw the gun on the trip, right?

2   A.    Excuse me?

3   Q.    You saw the gun on the trip one time, didn't you?

4   A.    Just the glint of it that looked like a gun, yes.

5   Q.    Okay.  And what was that word again?  I'm sorry, I didn't

6   hear you.

7   A.    Just the glint of the gun.  It looks like just --

8   Q.    Just the glint of the gun?

9   A.    It looks like a gun just from the --

10  Q.    Okay.  So you never saw the gun, did you?

11  A.    Not a hundred percent, sir.

12  Q.    Okay.  So when the government showed you those pictures of

13  the guns, then they said, "Is any one of these the gun?"  Then

14  you picked out a couple pictures you thought might be like it,

15  right?

16  A.    Yes.

17  Q.    But you're not sure if any of those guns were the type of

18  gun or close to the type of gun, are you?

19  A.    The one that I saw, it looked close to the gun, yes.

20  Q.    Okay.  And that was the glint?

21  A.    Yes.

22  Q.    And the pictures there --

23          THE COURT:  Are you saying glint or glimpse?

24          THE WITNESS:  Glint, like the shimmer.

25          THE COURT:  When the light hits it, it glints in the

 1   light?

 2              THE WITNESS:  Yeah.

 3              THE COURT:  Okay.  Sorry.

 4              MR. WIGELL:  No, thank you, Judge.

 5   BY MR. WIGELL:

 6   Q.   And this real fast look at the gun, that allowed you to

 7   say which one of the pictures it was?

 8   A.   I was trying to remember the best of my ability to try and

 9   remember which gun it was.

10   Q.   Okay.  Thank you.  Anyway after you got stopped at the

11   weigh station, you went -- after you got stopped by the police

12   officer, you went back to the weigh station, didn't you?

13   A.   After we got stopped by the police officer, we drove back

14   to the weigh station.

15   Q.   And you couldn't drive the truck anymore that night, could

16   you?

17   A.   I never drove the truck that night, I don't believe.

18   Q.   Pardon me?

19   A.   I never drove the truck that night, I don't believe.

20   Q.   Okay.  And when I say "you", I meant really David never

21   drove the truck because you never drove the truck, right?

22   A.   I did.

23   Q.   You drove the truck?

24   A.   For maybe a minute.

25   Q.   Oh, okay.  When did that happen?

1   A.   I'm not for sure, but after we got done from Cracker

2   Barrel I believe, because I got the voice changer.  It was like

3   a little megaphone, but it changed your voice, and I couldn't

4   open it so he said, "Take the wheel," and he opened it and cut

5   his finger trying to open the plastic.

6   Q.   All right.  I bet that was exciting, wasn't it?

7   A.   For me to get the toy, yeah.

8   Q.   Okay.  And but that night when the officer stopped you, he

9   drove the truck back to the weigh station, didn't he?

10   A.   Yes.

11   Q.   And when you got there, was the officer who stopped you

12   there also?

13   A.   I don't remember.

14   Q.   Okay.  Did you walk the dog when you stopped at the weigh

15   station?

16   A.   I don't believe so.

17   Q.   Did you leave the dog in the truck, or did you take the

18   dog in the cab to go eat that evening?

19   A.   I'm not for sure, but I'm pretty sure I left the dog in

20   the truck.

21   Q.   Okay.  And how long were you gone when you went to eat?

22   A.   I'm not for sure.

23   Q.   Okay.  But did you take a cab and you went to eat and then

24   came back to the weigh station?

25   A.   We took a taxi, went back -- we took a taxi, got something

CROSS-EXAMINATION OF A.M.

1    to eat, came back.

2    Q.   Okay.  And there were police officers there at the weigh

3    station?

4    A.   Not for sure.  I can't really remember.  It was a while

5    ago, sir.

6    Q.   Pardon me?

7    A.   It was a while ago, sir.

8    Q.   I know.  I understand that.  But you didn't see any other

9    police officers there?

10   A.    No, sir, I never got a chance to really see a police

11   officer.

12   Q.   Okay.  Now, when David got stopped he was driving the

13   vehicle, wasn't he?

14   A.   Yes, sir.

15   Q.   And you were in the passenger seat?

16   A.   I was behind the curtain playing with Zoe.

17   Q.   Okay.  So you were in the sleeper part?

18   A.   Yes.

19   Q.   And when you stopped, the door was open, wasn't it?

20   A.   Excuse me?

21   Q.   Was the door open to the truck after you were stopped by

22   the officer?

23   A.   We stopped, then David -- someone knocked on the door and

24   David opened it and he was talking to somebody.

25   Q.   Okay.  And did David scoot over from the driver's seat to

1    the passenger's seat or did he exit the driver's side and walk

2    around the truck to the passenger's side?

3    A.    He was still inside the truck.

4    Q.    Okay.  And then he opened the door?

5    A.    I believe so, yes.

6    Q.    Okay.  And that's when you heard him talking to the

7    officer?

8    A.    Yes.  I'm not for sure it was an officer, but I did see

9    flashing lights, so that's what made me believe it was a police

10   officer.

11   Q.    Okay.  And then he went back to the weigh station?

12   A.    Yes, sir.

13   Q.    Where the orange lights were?

14   A.    Excuse me?  Yeah, the orange streetlights.

15   Q.    Yeah, the orange streetlights?

16   A.    I believe so, yes.

17   Q.    Okay.  And it was real bright?

18   A.    I'm not for sure.

19   Q.    Now, when you first told about what happened on that trip

20   in July of 2008 to the first officer, you told him what had

21   happened, right?

22   A.    Not everything.

23   Q.    Okay.  And at the end of that talk with the officer, did

24   he say, "Did you have anything else that you want to tell me"?

25   A.    Yes.

1    Q.    Okay.  And did you tell him anything?

2    A.    I told him a little bit, but I was still scared of David

3    and his gun, so I didn't say the entire story until the last

4    time.

5    Q.    And the second time you talked to the officers, about how

6    long after the first time?

7    A.    I'm not for sure.

8    Q.    Okay.  Was it a couple years?

9    A.    I'm not for sure.

10   Q.    Okay.  But you told them different things happened the

11   second time you talked to the officer, didn't you?

12   A.    No.  I said what happened the first time and added on to

13   what had happened, what I didn't tell.

14   Q.    Okay.  So you told them more, more things?

15   A.    Yes.

16   Q.    And the third time you told them even more things, right?

17   A.    Yes.

18   Q.    Okay.  And you remember talking about the dildo?

19   A.    Excuse me?

20   Q.    Remember talking about the dildo when they were asking you

21   questions?

22   A.    Yes, sir.

23   Q.    Okay.  You didn't tell them about that in the first

24   conversation, did you?

25   A.    The interviews?

CROSS-EXAMINATION OF A.M.

1    Q.    Yeah.

2    A.    No.

3    Q.    Okay.

4    A.    I don't think so.

5    Q.    You didn't tell them the second time, did you?

6    A.    I don't think so.

7    Q.    Told them the third time, right?

8    A.    I'm not for sure.  I don't remember.

9    Q.    Okay.  And what about the penis enlarger, did you tell

10   them about that the first time?

11   A.    No, I don't think so.

12   Q.    Okay.  And do you know if you told them the first or the

13   second or the third time?

14   A.    I don't remember.

15   Q.    Okay.  But you told us that today, right?

16   A.    Yes, sir.

17   Q.    Now, this pool party or whatever it was that happened at

18   the Comfort Inn, that happened -- did that happen right when

19   you came back or a little bit later after you came back from

20   the July trip?

21   A.    Maybe a day or two.

22   Q.    Okay.

23   A.    And then we went back and Chris and Nicole dropped me off

24   at the hotel, the Comfort Inn by the Cracker Barrel.  And they

25   said everybody was gonna be there that I knew, and the only

CROSS-EXAMINATION OF A.M.

1   person that was there was me, Kyle and David.

2   Q.   Okay.  But your parents, Chris and Nicole, they knew that

3   you were going to see David, right?

4   A.   Yes.

5   Q.   And you knew you were going to see David?

6   A.   Yes.

7   Q.   Now, after you threw the phone, did David drive you home?

8   A.   I don't remember who drove me home, sir.

9   Q.   Did you stay the night in the hotel?

10  A.   I don't think so, sir.

11  Q.   I'm sorry, I didn't hear you.

12  A.   I don't believe so, sir.

13  Q.   So did he drive you home?

14  A.   I don't know if he drove me home or not.  I don't remember

15  if he drove me home or if someone came and got me.

16  Q.   Okay.  Now, let's get back to the trip a little bit.  Did

17  you have responsibilities on this trip, Tony?

18  A.   I had to walk Zoe.

19  Q.   Okay.  And tell me how you would do that; what would

20  happen when you were supposed to walk her?

21  A.   I get her out of her kennel, put the leash on inside the

22  truck, the semi, and take her out -- it was one of them

23  retractible leashes.

24  Q.   Okay.  And did you do that during the day?

25  A.   During the day and during the night.

1   Q.   Okay.  So both when it was light out and when it was dark?

2   A.   Yes, sir.

3   Q.   And sometimes people were around?

4   A.   Yes, sir.

5   Q.   And sometimes there was no people around?

6   A.   Yes, sir.

7   Q.   Okay.  And David wouldn't walk with you and Zoe, would he?

8   A.   I don't remember, sir.

9   Q.   Okay.  Well, did he do other things sometimes while you

10  were walking Zoe?

11  A.   I don't remember.

12  Q.   All right.  Did you ever stop for gas with the trucks?

13  A.   One time I remember.

14  Q.   Okay.  And did he put gas or diesel fuel in the trucks?

15  A.   I believe so.

16  Q.   And did you walk the dog that time?

17  A.   No.

18  Q.   Pardon me?

19  A.   No, sir.

20  Q.   No, you didn't?

21  A.   (No response.)

22  Q.   Okay.  All right.  And on this trip when you would eat,

23  would you eat in the truck?

24  A.   No, sir.

25  Q.   You would stop at restaurants and eat?

CROSS-EXAMINATION OF A.M.

1   A.   Flying J's.

2   Q.   Pardon me?

3   A.   Flying J.

4   Q.   Flying J?

5   A.   Yes.

6   Q.   Is that a truck stop/restaurant sort of thing?

7   A.   Yes.

8   Q.   And would you go into Flying J to eat?

9   A.   Yes.

10  Q.   Were there other people there?

11  A.   Yes.

12  Q.   And would you go to the restroom when you were in there?

13  A.   I don't remember.

14  Q.   Okay.  And you and David would eat there?

15  A.   Yes.

16  Q.   And then you'd go back to the truck?

17  A.   Yes.

18  Q.   All right.  And part -- during that time you would walk

19  Zoe?

20  A.   During when we were at the rest stops?

21  Q.   Yeah.

22  A.   No.

23  Q.   You would never walk Zoe in the rest stops?

24  A.   Not at the gas station rest stops.  At the rest stops

25  where it was just like where you could park your car and sleep

CROSS-EXAMINATION OF A.M.

1    in it, yeah, but not where you could get gas at.

2    Q.    Okay.

3    A.    Cause there --

4    Q.    What were your other obligations during the trip, Tony?

5    A.    Responsibilities?

6    Q.    Yeah.

7    A.    That's about all I can remember.

8    Q.    Just take care of Zoe?

9    A.    Just about --

10   Q.    And you played on your Playstation?

11   A.    The PSP, yes.

12   Q.    Pardon me, PSP.  Okay.  And what else did you do during

13   the trip?

14   A.    Got souvenirs.

15   Q.    Okay.  The souvenirs that were shown to you earlier?

16   A.    Yes.

17   Q.    Did you get any other souvenirs that were not shown?

18   A.    Yes.

19   Q.    What other souvenirs did you get?

20   A.    The pocketknife, the wood pen, the neon -- the solar

21   powered sign that flashed Tony off and on, and I had a

22   disposable camera.

23   Q.    What happened to the camera?

24   A.    I left it in one of the glove compartments in one of the

25   semis and we forgot about it.

CROSS-EXAMINATION OF A.M.

1    Q.    Okay.  So you never brought it home, right?

2    A.    I don't think so.

3    Q.    Okay.  And did your mother or your grandmother buy that

4    camera for you before you went on the trip?

5    A.    I'm not for sure, sir.

6    Q.    Okay.  You told us earlier when the government was asking

7    you questions about what the truth was, do you remember that?

8    A.    When you asked me to tell the truth, yes.

9    Q.    Yeah.  And she asked you what the truth was, right?

10   A.    Yes.

11   Q.    Did anyone ever help you with that definition of the

12   truth?

13   A.    Before today?

14   Q.    Yeah.

15   A.    No.

16   Q.    Okay.  That was yours?

17   A.    That was my knowledge of what the truth was.

18   Q.    Okay.  Good.

19         You said at the end of the testimony that your

20   grandmother -- what's her name again?

21   A.    What?

22   Q.    Pardon me?

23   A.    What?

24   Q.    What is your grandmother's name?

25   A.    Which one?

CROSS-EXAMINATION OF A.M.

1   Q.   Either one.

2   A.   Sherry.

3   Q.   Okay.  What's the other one's name?

4   A.   Wanda.

5   Q.   Okay.

6   A.   My great grandmother and my grandma.

7   Q.   Pardon me?

8   A.   My great grandmother is Wanda.  My grandma's Sherry.

9   Q.   Thank you.  Thank you.  And she was fostering you?

10  A.   My great grandma Wanda was fostering me.

11  Q.   Okay.  And what did you mean when you said "foster"?

12  A.   She was trying to get me back, because she wanted me to

13  stay with the family and she was trying her best to keep --

14  take care of me.

15  Q.   Okay.  So for a time you weren't with your family?

16       MS. KOSTER:  Objection, Your Honor.  Relevance.  May

17  we approach?

18       THE COURT:  Sure.

19     (Bench conference.)

20       MS. KOSTER:  Judge, after these events occurred, this

21  witness was -- CPS made the decision that he should not reside

22  with his parents.

23       THE COURT:  I don't know what CPS is.

24       MS. KOSTER:  Child Protective Services.

25       THE COURT:  Okay.

 1                MS. KOSTER:  I think that is what counsel is starting

 2    to explore with the witness; however, we object on relevance

 3    grounds.  Who he is living with after the fact, after the

 4    events in this case, is not relevant.

 5                THE COURT:  Why would you go there?  Doesn't seem

 6    relevant to me to the facts of the case.

 7                MR. WIGELL:  Just the one question, Judge.  I wasn't

 8    gonna go any further.

 9                THE COURT:  That's one too many.  Don't go there.

10                MR. WIGELL:  Yes, sir.

11          (End of bench conference.)

12    BY MR. WIGELL:

13    Q.   Now, when you were on this trip, did you drive during the

14    day mostly or at night or a little bit of each?

15    A.   I only drove one time.

16    Q.   Pardon me?

17    A.   I only drove one time.

18    Q.   I keep asking that wrong.  I mean when you were with David

19    and David was driving, did he drive during the day mostly or at

20    night or both?

21    A.   Little bit of both.

22    Q.   Little bit of both?  Okay.  And would you sleep in the

23    semi?

24    A.   Yes.

25    Q.   Okay.  Did you ever sleep in a hotel?

CROSS-EXAMINATION OF A.M.

1  A.   Not that I remember, except for the one time when I was --

2  the trip was over with and I came back and spend the night with

3  David.

4  Q.   Okay.

5  A.   I almost did, but I didn't spend the night.

6  Q.   Well, at a certain point didn't you drop off the trucks

7  that you were delivering in Washington?

8  A.   I don't remember.

9  Q.   Oh, okay.  Did you drive the same trucks on this whole

10  route and then bring them back?

11  A.   We didn't drive the same exact truck, no.

12  Q.   Okay.  So you dropped the first trucks off?  Is that --

13  A.   I'm not sure.

14  Q.   Okay.  All right.  Well, there -- and tell me if I'm wrong

15  here.  There's three trucks involved when you are driving out

16  of Indiana, is that correct?

17  A.   I have no clue.

18  Q.   Okay.  Well, there's a semi in front?

19  A.   Yes.

20  Q.   And then there's a semi in back that you are kind of

21  towing, right?

22  A.   We were out of Indiana when we had those.

23  Q.   Okay.  And then there is a third truck, which is the

24  Harley Davidson pickup truck that they showed you the picture

25  of right?

1  A.   Yes.

2  Q.   Am I saying that right that it was the three trucks,

3  that's what you were driving, transporting across the country?

4  A.   We had got the -- no.  We had got the two trucks -- the

5  three.  We had got the semi we were driving and David's Harley

6  Davidson truck and the semi we were towing later on in the

7  trip.

8  Q.   Okay.  Did you take those to Washington?

9  A.   I don't remember.

10  Q.   When you got stopped at the weigh station in Washington,

11  did you have two trucks or three trucks?

12  A.   I don't -- wait.  When we got stopped by the police

13  officer?

14  Q.   When I say "three", I mean, two semis and the Harley

15  Davidson pickup truck?

16  A.   When we got stopped?

17  Q.   Yes.

18  A.   We had the Harley Davidson truck in the middle, we had the

19  semi we were towing and then we had the semi we were driving.

20  Q.   The one you were driving, that's three, right?

21  A.   Yes.

22  Q.   Okay.  And then did you drop off the two semis in

23  Washington?

24  A.   I don't remember.

25  Q.   Did you ever pick up any other trucks?

CROSS-EXAMINATION OF A.M.

1   A.   I don't remember.  Kind of fuzzy after that.

2   Q.   Okay.  Did you drive the pickup truck home after you

3   dropped off the trucks in Washington, if you remember?

4   A.   Hmmm?

5   Q.   Did you drive the pickup truck home to Indiana after you

6   dropped off the two other trucks, if you remember?

7   A.   I didn't drive it.

8   Q.   No, I mean, David.  I apologize again.

9   A.   I'm confused.

10  Q.   Okay.  At some point in the trip there was three trucks?

11  A.   Yes.

12  Q.   You drove them to Washington and then you got stopped at

13  the weigh station?

14  A.   I don't know if we drove to Washington or not.

15  Q.   Okay.  But you drove a long way, right?

16  A.   Pretty far, yeah.

17  Q.   Okay.  Do you know where the weigh station was?

18  A.   Not exactly.

19  Q.   Do you know what state it was?

20  A.   Nope.

21  Q.   So it could have been in Indiana?

22  A.   It wasn't Indiana.  I know that.  Pretty sure it wasn't in

23  Indiana, cause if we were in Indiana, it would have been

24  towards the end of the trip when we were already back and came

25  home.

CROSS-EXAMINATION OF A.M.

1   Q.   But you don't remember if you ever picked up any different

2   trucks different than the other two, the two semis that you

3   were driving in the first part of the trip?

4   A.   I don't remember.

5   Q.   You don't remember any of that?

6   A.   Not about the trucks.  It's kind of blurry.  I'm confused.

7   Q.   Okay.

8           MR. WIGELL:  If I can have a moment, Judge, please.

9           THE COURT:  You may.

10          MR. WIGELL:  Nothing further of this witness.  Thank

11  you, Judge.

12          THE COURT:  Redirect?

13          MS. KOSTER:  No, Your Honor.

14          THE COURT:  You may step down.

15      Thank you.

16      Next witness.

17          MR. McGRATH:  Government calls Lora Norman, Your

18  Honor.

19          THE COURT:  Would you come up front, please, ma'am.

20  Stop there, face the clerk.  Raise your right hand.  Take an

21  oath.  Ed.

22      (The oath was administered.)

23          THE WITNESS:  Yes.

24          THE COURT:  Come be seated next to me.  Now, the

25  chair doesn't move, so you have to lean forward, speak directly

1   into the microphone in a voice that we all can hear.

2            MR. McGRATH:  Thank you, Your Honor.

3                        **DIRECT EXAMINATION**

4   BY MR. McGRATH:

5   Q.   Could you state your name and spell your last name for the

6   Court, please.

7   A.   Lora Norman, N-O-R-M-A-N.

8   Q.   And where do you live?

9   A.   Moore, Oklahoma.

10  Q.   What is your occupation?

11  A.   Safety director.

12  Q.   For what company?

13  A.   Coldiron Companies.

14  Q.   What does Coldiron Companies do?

15  A.   We deliver trucks from point A to point B.

16  Q.   Okay.  And as safety director, what do you do for

17  Coldiron?

18  A.   I try to ensure that everybody is safe out there and take

19  care of citations, and --

20  Q.   Okay.  How long have you been with Coldiron?

21  A.   Almost 18 years.

22  Q.   Were you with Coldiron in 2008?

23  A.   I was.

24  Q.   At that time, did Coldiron have an employee named

25  David Resnick?

DIRECT EXAMINATION OF LORA NORMAN

1    A.    He's not an employee.  He wasn't an employee.  He was an

2    independent contractor.

3    Q.    Okay.  And what did he do as an independent contractor?

4    A.    He delivered trucks.

5    Q.    As an independent contractor, was David Resnick required

6    to adhere to Coldiron's policies and procedures?

7    A.    Yes.

8    Q.    And does Coldiron have --

9          THE COURT:  Can you move forward just a bit?  Speak

10   into the microphone.  Closer.

11   BY MS. KOSTER:

12   Q.    And does Coldiron have a policy on safety?

13   A.    Yes.

14   Q.    And is that policy written down?

15   A.    Yes.

16   Q.    I want to draw your attention to Government's Exhibit 16.

17         MR. McGRATH:  Your Honor, may I approach?

18         THE COURT:  You may.  Do you have to approach or can

19   you put it on the screen?

20         MR. McGRATH:  I'm going to show her a number of

21   documents.  We're only gonna show one.

22         THE COURT:  What's the number again?

23         MR. McGRATH:  Government's 16, Your Honor.

24   BY THE COURT:

25   Q.    Could you look through that and tell me what it is.

DIRECT EXAMINATION OF LORA NORMAN

1    A.    It is our safety manual.

2    Q.    Okay.  Now, can you point out the year on that particular

3    policy?

4    A.    This was 2011.

5    Q.    And this would be after David Resnick stopped being

6    employed, correct?

7    A.    Correct.

8    Q.    To your knowledge, are most of the policies in the 2011

9    manual the same as the policies in the 2008 manual?

10   A.    They should be; very little difference.

11   Q.    Okay.  Is this manual something you kept in the normal

12   course of business at Coldiron?

13   A.    Yes.

14   Q.    And was it created on or around the time the policy within

15   was placed into effect?

16   A.    Yes.

17   Q.    And was it created with someone with knowledge of the

18   information within it?

19   A.    Yes.

20   Q.    Did you help create these manuals or update them?

21   A.    I think I did, yes.

22   Q.    Okay.

23          MR. McGRATH:  Your Honor, the government moves to

24   admit Government's Exhibit 16 into evidence.

25          THE COURT:  Any objection?

1            MR. WIGELL:  Yes, we object, Judge.  They are not

2    relevant to the time period because of the date on these

3    policies.

4            THE COURT:  Overruled.  Admitted.

5        (Government's Exhibit No. 16, previously marked, was

6        admitted in evidence.)

7    BY MR. McGRATH:

8    Q.   I'm gonna draw your -- oh, may I publish, Your Honor?

9            THE COURT:  All right.

10   BY MR. McGRATH:

11   Q.   I want to draw your attention to Section 8 of the policy.

12   Can you read that?

13   A.   Okay.

14   Q.   Can you see that?

15   A.   (Nodding.)

16   Q.   And what is Section 8 of the policy about?

17   A.   It's about passengers.

18   Q.   Okay.  And could you read out the section for us, please?

19   A.   "Riders in company vehicles are forbidden.  If it is

20   necessary to transport a company employee other than a driver,

21   authorization must be given by the dispatcher.  Riders other

22   than company employees are strictly prohibited."

23   Q.   Okay.  Now, was this particular policy in place in 2008?

24   A.   Yes.

25   Q.   And are the drivers and the independent contractors aware

DIRECT EXAMINATION OF LORA NORMAN

1  of this policy?

2  A.   Yes.

3  Q.   Now, do all independent contractors have to sign this

4  policy that they have?

5  A.   Yes.

6  Q.   Okay.  I want to draw your attention to Government's

7  Exhibit 16A, which I would like to show just to the witness,

8  Your Honor.

9       Okay.  What are we looking at here?  What are you looking

10 at?

11 A.   It's just an acknowledgment that the individual, which in

12 this case was David Resnick, did sign the -- did sign the

13 safety manual; he was aware that it existed.

14 Q.   And do you keep these acknowledgments within the normal

15 course of business?

16 A.   Yes.

17 Q.   And are these created in the normal course of business?

18 A.   Yes.

19 Q.   Are they created with someone of knowledge?

20 A.   Yes.

21          MR. McGRATH:  Your Honor, we would like to admit and

22 publish Government's Exhibit 16-A.

23          THE COURT:  Any objection?

24          MR. WIGELL:  No objection.

25          THE COURT:  Admitted.

 1          (Government's Exhibit No. 16-A, previously marked, was

 2          admitted in evidence.)

 3                  THE COURT:  All right.

 4   BY MR. McGRATH:

 5   Q.    So if David Resnick during a Coldiron job took a

 6   nine-year-old boy on a trip with him, would that be against

 7   Coldiron policy?

 8   A.    Yes.

 9   Q.    And what would be the result of that if Coldiron found

10   out?

11   A.    He would be terminated.

12   Q.    Okay.  I'm gonna now show you a packet of materials from

13   Coldiron.

14                  MR. McGRATH:  May I approach, Your Honor?

15                  THE COURT:  You may.

16   BY MR. McGRATH:

17   Q.    Could you take a look at each of the pages in that

18   document and tell us, or first just take a look at them.

19                  THE COURT:  What is the Exhibit Number?  It would be

20   helpful for the record.

21                  MR. McGRATH:  Fifteen, Your Honor.

22                  THE COURT:  Thanks.

23   BY MR. McGRATH:

24   Q.    In general, can you tell me what these records are?

25   A.    Well, there's -- there's pay records in the beginning and

1   then there's Comdata records.  And then there's all kinds of

2   other records that have to do with Coldiron.

3   Q.   Okay.  And do these records particularly pertain to

4   David Resnick?

5   A.   Yes, they do.

6   Q.   Are these documents kept and created and kept in the

7   ordinary course of business at Coldiron?

8   A.   Yes.

9   Q.   Were these documents created around the time of the events

10  depicted within them?

11  A.   Yes.

12  Q.   Are these the types of documents routinely kept in the

13  ordinary course of business?

14  A.   Yes.

15  Q.   And were these documents either created by someone with

16  knowledge or electronically-created documents that are inputted

17  by someone with knowledge of the events therein?

18  A.   Yes.

19            MR. McGRATH:  Your Honor, at this time, the

20  government seeks to admit and publish Government's Exhibit 15.

21            THE COURT:  Any objection?

22            MR. WIGELL:  No.

23            THE COURT:  Admitted.

24       (Government's Exhibit No. 15, previously marked, was

25       admitted in evidence.)

1   BY MR. McGRATH:

2   Q.   I want to show you briefly the first page on this.  And

3   drawing your attention to the handwriting on the top, can you

4   read that?

5   A.   "David Resnick driver number 4711."

6   Q.   Is that his employee number with Coldiron employees?

7   A.   Yes.

8   Q.   Okay.  Let me draw your attention, for the record, to

9   page 5 of this document.  And could you in general tell me what

10  we're looking at here?  I'll zoom in for you.

11  A.   Okay.  In the right side row, the "Escrow $20," that would

12  be put into his account.  He had an advance for 200, another

13  advance for 500.

14  Q.   Let me stop you for one second.  What is the entire

15  document?  What is this depicting?

16  A.   It just has to do with, it looks like, one week's pay.

17  Q.   Okay.  So this determines -- this kind of puts out what

18  someone's gonna get paid during that week, correct?

19  A.   Yes.

20  Q.   Okay.  You were starting to say what the escrow was?

21  A.   The escrow, all of our drivers have an escrow account and

22  it's -- at that time I think it was $1500.  And that has -- if

23  he leaves the company with any expenses, that should go for the

24  expenses.

25  Q.   Okay.  I want to draw your attention to the ComChek fee.

1    What is a ComChek fee?

2    A.   ComChek is this little card that all of our drivers have,

3    and it's like a credit card.  They get the advances on their

4    ComChek card, and they are able to buy fuel or get advances

5    with it.

6    Q.   And there is a line here for the name Podgorski.  Do you

7    know what that refers to?

8    A.   That was a bonus referral for a gentleman that David

9    referred to us.

10   Q.   Someone who ended up working as another independent

11   contractor for Coldiron?

12   A.   Yes.

13   Q.   Okay.  Turning to page 12 of the exhibit.

14          MR. WIGELL:  Pardon me, Judge, can I see the date?

15          MR. McGRATH:  Yes, I'm sorry.  I can show you.

16          MR. WIGELL:  Thank you.  I apologize.  Thank you.

17          THE COURT:  You don't have that exhibit?

18          MR. WIGELL:  I do, Judge, but I didn't see it on the

19   screen.

20   BY MR. McGRATH:

21   Q.   And for the record, what is the date on that time tag?

22   A.   7/22/08.

23   Q.   Okay.  I'm gonna turn to page 12 of the exhibits.

24          Okay.  Can you tell me in general what this exhibit shows?

25   A.   This is a corporate lodging card.  Some of our drivers at

DIRECT EXAMINATION OF LORA NORMAN

1    that time had one.  They were able to use this for motels on

2    the road rather than paying cash.

3    Q.    Okay.  So in using this document, would you be able to

4    tell when David Resnick used the card?

5    A.    Yes.

6    Q.    And would you be able to tell what hotels he was staying

7    at when?

8    A.    Yes.

9    Q.    Okay.  I'm gonna turn to page 17 of the document, of

10   Exhibit 15.  Okay.  Can you tell me what this is -- and let me

11   bring the --

12   A.    This is a Comdata activity report.

13   Q.    Okay.  You mentioned earlier that people can have the

14   Comdata card.  Is this referring to that Comdata card?  Is this

15   referring to when someone uses that card?

16   A.    Yes.

17   Q.    Now by using this document, would you be able to tell

18   where a person used the card at a certain date?

19   A.    Yes.

20   Q.    Okay.  For example, the first line on the exhibit, what is

21   the date on that?

22   A.    It looks like 6/26/08.

23   Q.    Okay.  And what is the -- if you go across the line, what

24   city does it say he was at?

25   A.    Bedford, Pennsylvania.

DIRECT EXAMINATION OF LORA NORMAN

1   Q.   Okay.  So would someone be able to use this data to

2   loosely track where one of your employee's whereabouts was

3   during a particular time period?

4   A.   Yes.

5   Q.   Now, at some point in October of 2008, David Resnick

6   stopped working with Coldiron, correct?

7   A.   Correct.

8   Q.   And in doing so, was there some equipment that has to be

9   returned to Coldiron?

10  A.   Yes.

11  Q.   What kind of things would have to be returned?

12  A.   He would have to return his cell phone, his driver's

13  legals, which would include all of his tags, his plates.  And

14  he also had a trailer, a two-way trailer.

15  Q.   Okay.  I want to turn your attention to page 32 of

16  Exhibit 15.  Can you read what that document is called?

17  A.   It's a deactivation document.  It's an internal document.

18  Q.   Okay.  And what is the deactivation; what is being

19  deactivated?

20  A.   David Resnick is actually being deactivated.

21  Q.   Okay.  On this card, do you see where, in about the middle

22  of the page, there's written something to the right-hand side

23  in writing?  Do you see that part right across from "enter

24  driver in DAC"?

25  A.   Yes.  He had a broke -- his phone had apparently broken.

1  Q.   Okay.  So he returned a broken phone to you?

2  A.   I'm not so sure that he returned it, but we did -- we did

3  discover that it was broken.

4  Q.   Okay.  And I'm gonna turn your attention to No. 33 here.

5  And to be fair, this document, you were not on this email,

6  correct?

7  A.   Correct.

8  Q.   Can you read the line on the email, the last line -- on

9  the last email, I apologize?

10  A.   "Please put this number on standby restricted.  Apparently

11  this driver smashed his phone sometime in May and never

12  notified Coldiron."

13  Q.   Now, this is dated September 9, 2008, correct?

14  A.   Yes.

15  Q.   So you have no information exactly when that phone was

16  broken, do you?

17  A.   None whatsoever.

18  Q.   Okay.

19         MR. McGRATH:  One moment, Your Honor.  I have no more

20  questions, Your Honor.

21         THE COURT:  Cross-exam.  Any questions?

22         MS. RASHID:  No, Your Honor.

23         THE COURT:  You may step down.  Thank you.

24      Next witness.

25         MS. KOSTER:  Judge, may we be heard at sidebar before

 1    calling the next witness?

 2            THE COURT:  Why?

 3            MS. KOSTER:  It addresses the content of the

 4    testimony.

 5            THE COURT:  All right.

 6        (Bench conference.)

 7            MS. KOSTER:  Judge, our next witness will be Lana

 8    Sabata.  She's a case agent -- one of the two case agents in

 9    this case from the FBI.  Included among her testimony will be

10    testimony regarding K.M. and his disclosure to law enforcement

11    regarding sexual abuse by defendant.

12        That is something that Your Honor indicated you had sort

13    of preliminarily ruled on but that your ruling wasn't final.

14            THE COURT:  What do you want to do?

15            MS. KOSTER:  I think you indicated --

16            THE COURT:  I don't recall.

17            MS. KOSTER:  -- that K.M.'s testimony is admissible.

18            THE COURT:  Yeah.

19            MS. KOSTER:  However, all of your rulings were

20    conditional.

21            THE COURT:  Yeah.  Is he not here?

22            MS. KOSTER:  He is here.  He will testify.

23            THE COURT:  He will testify.

24            MS. KOSTER:  Not next but soon.  And --

25            THE COURT:  What's this woman gonna testify to?

1     MS. KOSTER:  She's the case agent, so she'll talk

2 about how she investigated the case.  And she'll mention his

3 disclosure of information relating to Resnick.

4     THE COURT:  Okay.  So it was a conditional order on

5 your motion in limine?

6     MR. WIGELL:  I believe so.  They had a motion.

7     THE COURT:  Who had the motion in limine on this?

8     MS. KOSTER:  Each of us did, Your Honor.

9     THE COURT:  Okay.  So you want to talk to this?

10     MR. WIGELL:  Yes, Judge.

11     THE COURT:  Well, what are you gonna say?

12     MR. WIGELL:  I'm gonna say that K.M. should testify

13 first if they're gonna use her to support it, not the other way

14 around.

15     THE COURT:  Why are you doing it in reverse order?

16     MS. KOSTER:  She's not gonna repeat his testimony.

17     THE COURT:  She shouldn't.

18     MS. KOSTER:  She's going to reference him, but we

19 didn't want her to do that if he's not later going to be

20 allowed to testify.

21     THE COURT:  Okay.  That's the only reason you've got?

22     MR. WIGELL:  At this point, yes, Judge.

23     MS. KOSTER:  May I make one statement for the record?

24     THE COURT:  What?

25     MS. KOSTER:  In opening statement, defense counsel

 1   suggested that Tony, his testimony would not be credible -- and

 2   I wrote it down, but I think he said that's because it did

 3   happen.  So he's questioning the veracity of Tony.  K.M.'s

 4   testimony directly support's Tony's credibility because it

 5   shows that the defendant has a sexual interest in boys and, in

 6   fact, has a desire to sexually touch boys, which is what --

 7          THE COURT:  He testified.  I'm sure he's got other

 8   objections during the content of her testimony.  I don't know

 9   that.

10          MS. KOSTER:  Sure.  I just want to --

11          MR. WIGELL:  That's not the case agent.  She's

12   talking about the case agent.

13          THE COURT:  I understand that.  Case agent's gonna go

14   first and then the other victim.

15          MS. KOSTER:  Will follow --

16          MR. WIGELL:  That's just unusual.  It is not a

17   repetition or --

18          THE COURT:  Not gonna repeat anything that the

19   witness himself is going to say?

20          MS. KOSTER:  She's going to say that he disclosed

21   information related to Resnick.  I won't get into the content.

22          THE COURT:  Okay.  Fine.

23          MS. KOSTER:  Thank you.

24          MR. WIGELL:  Thank you, Judge.

25       (End of bench conference.)

 1              THE COURT:  Next witness.

 2              MS. KOSTER:  Government calls Lana Sabata.

 3              THE COURT:  Just stop there.  Face the clerk.  Raise

 4     your hand.  Okay.

 5          Ed.

 6          *(The oath was administered.)*

 7              THE WITNESS:  I do.

 8              THE COURT:  Come be seated next to me.  The chair

 9     doesn't move.  Lean forward, speak directly into the microphone

10     in a voice we all can hear.  Okay.

11              MS. KOSTER:  May I have one moment?

12          (Whereupon, there was a brief pause in the proceedings.)

13              THE COURT:  How much longer are you gonna take while

14     we wait here impatiently?

15              MR. WIGELL:  I think we have it figured out, Judge.

16                          **DIRECT EXAMINATION**

17     BY MS. KOSTER:

18     Q.   Please state your full name and spell your last name.

19     A.   Lana K. Sabata, S-A-B-A-T-A.

20     Q.   Where are you employed?

21     A.   The FBI, the Federal Bureau of Investigation.

22     Q.   What is your title there?

23     A.   Special agent.

24     Q.   How long have you been a special agent with the FBI?

25     A.   Five years.

DIRECT EXAMINATION OF LANA SABATA

1    Q.    Prior to becoming a special agent with the FBI, did you

2    work in law enforcement?

3    A.    I did.

4    Q.    Can you tell us about your experience?

5    A.    Approximately nine years I served in the United States Air

6    Force, guard for seven years simultaneously.  I was a police

7    officer in Lincoln, Nebraska.  Also employed there seven years

8    before being hired at the bureau.

9    Q.    What kinds of cases did you investigate when you were

10   employed with local law enforcement in Lincoln, Nebraska?

11   A.    All sorts of crimes.  We work a wide array as a street

12   officer.  So gangs, drugs, traffic citations, traffic cases, to

13   include child abuse, bank robbery.  Any call that came out, we

14   respond.  Afterwards, I specialized in narcotics and I worked

15   undercover narcotics.

16   Q.    With the FBI have you specialized in the investigation of

17   any particular types of cases?

18   A.    Specifically, the last four years of my five-year

19   employment focuses on crimes against children.

20   Q.    Where are you currently assigned?

21   A.    San Diego, California.

22   Q.    How long have you been assigned to San Diego?

23   A.    Approximately seven months.

24   Q.    Prior to that, where were you assigned?

25   A.    Indianapolis division, but the Merrillville RA.  That

 1   means resident agency.  So small office of the big office.

 2   Q.   Directing your attention to the investigation into

 3   David Resnick, what was your role in the beginning of the

 4   investigation?

 5   A.   Initially it was referred from ICE, Immigration Customs

 6   Enforcement; now they are HSI, Homeland Security

 7   Investigations.  And it was referred to me from them.

 8   Q.   Were you the case agent on the case?

 9   A.   I was.

10   Q.   Did you begin to investigate the claims regarding

11   David Resnick's conduct?

12   A.   I did.

13   Q.   That investigation, did it involve reviewing recorded

14   interviews?

15   A.   Yes.

16   Q.   Who were those recorded interviews of?

17   A.   Of A.M., Tony which you met earlier, and the second

18   individual by the name of K.M.

19   Q.   And what is his first name?

20   A.   Kyle.

21   Q.   Is he another young boy who came forward with information

22   about David Resnick?

23   A.   Yes.

24   Q.   Did you research the defendant's background?

25   A.   Yes.

1  Q.    Did you determine whether he had previously been convicted

2  of a crime punishable by more than one year?

3  A.    Yes.

4  Q.    What did you find?

5  A.    That he had a conviction for theft charge.

6         MS. KOSTER:  Your Honor, at this time I would like to

7  proceed by reading a stipulation between the parties to the

8  jury.

9         THE COURT:  Do you want me to read it?

10         MS. KOSTER:  I'm sorry?

11         THE COURT:  Do you want me to read it?

12         MS. KOSTER:  You can, Your Honor.  It is stipulation

13  No. 3.

14         THE COURT:  I don't have it.

15         MS. KOSTER:  Just one moment.

16         THE COURT:  Any objection?

17         MR. WIGELL:  No, Judge.

18         THE COURT:  You want me to read the whole thing

19  however?

20         MS. KOSTER:  Yes, stipulation No. 3.

21      Oh, Judge, I apologize.  Right now I think I pointed you

22  to No. 2, but what I need read now is three.

23         THE COURT:  On page 2?

24         MS. KOSTER:  Correct.

25         THE COURT:  There's two -- three numbers on that

1    page.  It would be nice if you put them on a separate page,

2    because my policy is that I read them.

3              MS. KOSTER:  Very well.

4              THE COURT:  So maybe by tomorrow you can do that.

5              MS. KOSTER:  Yes.  It is stipulation No. 3.

6              THE COURT:  The one that had your thumb on it?

7              MS. KOSTER:  Correct.

8              THE COURT:  'Cause there's one on the bottom, three.

9              MS. KOSTER:  That's an agreement, not a stipulation,

10   yes.

11             THE COURT:  All right.  Ladies and gentlemen, the

12   government and the defendant have stipulated and agreed as

13   follows:  The United States and defendant, David Alan Resnick,

14   stipulate and agree that in October of 2000, defendant

15   David Resnick, was convicted in the District Court of the

16   Northern District of Indiana of an offense punishable by more

17   than one year of imprisonment.

18        Is that it?

19             MS. KOSTER:  Yes, Your Honor.

20             THE COURT:  Thank you.

21   BY MS. KOSTER:

22   Q.   Did you confirm where the defendant was living at that

23   time?

24   A.   Yes.

25   Q.   Where was that?

1    A.    He was currently residing in Florida.

2    Q.    And what's the proximate time frame that we're talking

3    about now?

4    A.    The time that I received the case was in early January of

5    2010.

6    Q.    In his statement to law enforcement, Tony described being

7    pulled over along with David Resnick by a police officer of

8    some kind.  Did you investigate that?

9    A.    Yes, I did.

10   Q.    And were you able to find the individual who had pulled

11   over the vehicle?

12   A.    Yes.

13   Q.    In what state was that -- did that traffic stop occur?

14   A.    Washington.

15   Q.    And were you able to identify the individual who had

16   pulled over --

17   A.    Yes, I was.

18   Q.    Who was that?

19   A.    The trooper's name is -- I can't remember it off the top

20   of my head.

21   Q.    Did you obtain a copy of anything related to that traffic

22   stop?

23   A.    A copy of his citation was obtained.

24   Q.    Okay.

25             MS. KOSTER:  Your Honor, I'd like to show the witness

DIRECT EXAMINATION OF LANA SABATA          Vol. 1, Page 276

1    only what's been marked Government's Exhibit 24.

2    BY MS. KOSTER:

3    Q.   I'm flipping through the three pages of Government's

4    Exhibit 24.  Do you recognize this, Special Agent Sabata?

5    A.   Yes, I recognize the citation.

6    Q.   And this is the -- what citation is it?

7    A.   It's the citation from the traffic stop in 2008, Liberty

8    Lake, around the Spokane, Washington, area.

9            MS. KOSTER:  Government moves to admit Government's

10   Exhibit 24, Your Honor.

11           THE COURT:  Any objection?

12           MR. WIGELL:  No objection.

13           THE COURT:  Admitted.

14       (Government's Exhibit No. 24, previously marked, was

15       admitted in evidence.)

16           THE COURT:  What is it again?  20 --

17           MS. KOSTER:  Twenty-four.

18           THE COURT:  Thank you.

19   BY MS. KOSTER:

20   Q.   All right.  Special Agent Sabata, let's take this one page

21   at a time.

22           MS. KOSTER:  Permission --

23           THE COURT:  You want it published?

24           MS. KOSTER:  Yes, Your Honor, please.

25   \\\

1    BY MS. KOSTER:

2    Q.   Can you see the name of the individual who was ticketed?

3    A.   Yes.

4    Q.   Who was that?

5    A.   David Resnick.

6    Q.   And do you see a date and time of the stop?

7    A.   (No response.)

8    Q.   If I direct your attention down here to violation date,

9    can you read that into the record, please?

10   A.   Looks like 7/19/2008.

11   Q.   Okay.  Let me zoom in and see if it is easier to read and

12   get a little closer.  Are you sure that's a nine?

13   A.   It could be a five.

14   Q.   July 15 of 2008?

15   A.   Yes.

16   Q.   And what's the time written next to the stop?

17   A.   2200 hours.

18   Q.   What time of night is that?

19   A.   Ten o'clock p.m.

20   Q.   Did you seek to obtain records, hotel records relating to

21   David Resnick's stay at various hotels?

22   A.   Yes.

23   Q.   And what hotel records were you able to obtain?

24   A.   Through his employer, the receipts he submitted through a

25   variety -- during his time there -- early 2008 to the end of

 1   2008 before he stopped working or was terminated, whatever --

 2   whatever it was that he ended his employment.

 3              MS. KOSTER:  Your Honor, permission to show the

 4   witness Government's Exhibit 15.  It's in evidence.

 5              THE COURT:  It is in evidence?

 6              MS. KOSTER:  It is.  It was admitted --

 7              THE COURT:  It is, yes.

 8              MS. KOSTER:  -- through the last witness.

 9              THE COURT:  All right.

10   BY MS. KOSTER:

11   Q.   Special Agent Sabata, are you familiar with Government's

12   Exhibit 15?

13              THE COURT:  Do you want the jury to see this as well?

14              MS. KOSTER:  Yes, Your Honor.

15              THE COURT:  You have to ask me those things.

16              MS. KOSTER:  I apologize.

17              THE COURT:  We don't need to go through this exercise

18   every time.

19   BY MS. KOSTER:

20   Q.   Do you recognize Government's Exhibit 15?

21   A.   I do.

22   Q.   What is it?

23   A.   It's the records that were submitted when I sent a

24   subpoena to the company.  Talks about his travel, his gas

25   mileage, the money that he was paid, the receipts he submitted

DIRECT EXAMINATION OF LANA SABATA

1    for hotels.

2    Q.    And were additional records obtained recently from

3    Coldiron?

4    A.    Yes, I believe so.

5    Q.    Have you studied Government's Exhibit 15 closely?

6    A.    Yes, I have.

7    Q.    And have you prepared a demonstrative exhibit to walk the

8    jury through the route that the defendant took on the trip

9    that's demonstrated through Exhibit 15 and a few other exhibits

10   in the record here?

11   A.    Yes, the account to the best of me being able to show

12   through his records.

13          MS. KOSTER:   Your Honor, the government wishes to

14   publish a demonstrative slide show through this witness that

15   recounts the route taken.

16          THE COURT:   Defense has seen it?

17          MS. KOSTER:   No, Your Honor.   The defense has seen

18   the underlying documents which is what support the

19   demonstrative.

20          THE COURT:   Any objection?

21          MR. WIGELL:   In the interest -- no, in the interest

22   of time.   I haven't seen it.

23          THE COURT:   Are you going to -- is it gonna be

24   introduced in the trial as an exhibit, and does it have a

25   number?

1               MS. KOSTER:  We can print, Your Honor, color copies

2     of the slide show and mark it as an exhibit.

3               THE COURT:  To give a complete record, it would seem

4     that would be appropriate.

5               MS. KOSTER:  We will do that, Judge.

6               THE COURT:  So now you're offering exhibit what into

7     evidence?

8               MS. KOSTER:  We will mark it and move to admit it as

9     Exhibit 57.

10              THE COURT:  So there is no objection to Exhibit 57,

11    correct?

12              MR. WIGELL:  Regrettably, Judge, I haven't seen the

13    demonstrative.  I've seen the underlying.  I would like to see

14    it before I decide whether I want --

15              THE COURT:  Well, you should have the opportunity to

16    do that.

17         Hello?  He wants to see it.  Do you have it?

18              MS. KOSTER:  Yes, Judge, we have it right here.

19    Happy to show it to counsel.

20              THE COURT:  Do it.

21              MS. KOSTER:  Yes.

22              MR. WIGELL:  Thank you, Judge.

23              THE COURT:  How long is this gonna take?

24              MS. KOSTER:  Approximately three minutes.

25         (Mr. Wigell reviews Exhibit 57.)

 1              MR. WIGELL:  No objection, Judge.

 2              THE COURT:  That's exhibit what?

 3              MS. KOSTER:  Fifty-seven, Your Honor.

 4              THE COURT:  It's admitted.

 5         (Government's Exhibit No. 57, previously marked, was

 6         admitted in evidence.)

 7              THE COURT:  I might instruct you that if you have

 8    anything else like this that he's not seen, instead of wasting

 9    the jury's time and my time, show him before we get into this

10    position.

11              MS. KOSTER:  Yes, Your Honor.

12              THE COURT:  Can you do that?

13              MS. KOSTER:  Yes, Your Honor.

14              THE COURT:  Please.

15              MS. KOSTER:  Permission to publish Exhibit 57 to the

16    jury?

17              THE COURT:  Fine.

18    BY MS. KOSTER:

19    Q.   Special Agent Sabata, is this the demonstrative that you

20    created?

21    A.   Yes.

22    Q.   All right.  Please walk us through what we see in this

23    demonstrative.

24    A.   Looking at the employer records, travel started actually

25    before July 11th, but in my opinion, it wouldn't -- it

1   started on the east coast.  So I wouldn't say that it -- I know

2   that it is after July 4th from statements and it lasted

3   approximately 16 days, proximate statements.  So when you look

4   at his employment records starting out on the east coast going

5   out to Indiana, this is the point where I believe that he

6   picked up Anthony or the travel approximately began, because of

7   an ATM withdrawal that was withdrawn cash on 7/11/2008.

8   Q.   And we're referring now to page 20 of Exhibit 15.  Can you

9   tell us what this shows?

10  A.   On 7/11/2008, at approximately 1556, which is

11  approximately 3:56 p.m., an ATM withdrawal in Hobart, Indiana,

12  was taken out of his account.

13  Q.   Okay.  What do we see on the next slide?

14  A.   The next date is July 15th, and that is the traffic stop

15  to which was previously referred when Tony talks about being

16  pulled over by the police officer.  And then I found the

17  citation that correlates with what Tony said, and the date and

18  time being 7/15/2008 at approximately 10:48 p.m.

19  Q.   And you're referring to the end time of the traffic stop?

20  A.   Yes, excuse me, start time 10:00 p.m.

21  Q.   Okay.  And that's in Government's Exhibit 24?

22  A.   It is.

23  Q.   What did you find correlating July 16th, 2008 in Coeur

24  d'Alene, Idaho?

25  A.   It would be another ATM withdrawal from his account by his

1   employer on -- it looks like 0231, which is 2:31 a.m., again

2   withdrawing money.

3   Q.    And what exhibit and page number did you find that

4   information?

5   A.    On the Government's Exhibit 15, page 19.

6         The next date is the 17th, 2008.  I can't read the time

7   specifically, but it is another ATM withdrawal from Tacoma,

8   Washington, again, from the same account, money being taken

9   out.

10  Q.    And what exhibit and page number did you find that

11  information?

12  A.    Government's Exhibit 15 -- Government's Exhibit 15,

13  page 20.

14  Q.    The slide now indicates Post Falls, Idaho.  What did you

15  find showing a visit to Post Falls, Idaho?

16  A.    Again, the same on July 18th at approximately 14 something

17  hundred hours, which is 2:00 o'clock, an ATM withdrawal from

18  the same account being taken, money being taken out.

19  Q.    That's from Government's Exhibit 15, page 19?

20  A.    Correct.

21  Q.    And what's the next place they visited according to the

22  records, or at least the next place the records show them

23  stopping?

24  A.    On July 19th, Three Forks, Montana, money being taken

25  out of the same account at approximately 08 or 09, which is in

1    the morning hours.

2    Q.    And that was from page 19 of Government's Exhibit 15?

3    A.    Yes.

4    Q.    What do we see here?

5    A.    North Dakota is a key chain Tony brought back from his

6    trip.

7    Q.    And that's from Government's Exhibit 39?

8    A.    Correct.

9    Q.    What's the next stop indicated by the records?

10   A.    The 21st St. Cloud, Minnesota, an ATM withdrawal.

11   Q.    That's from page 19 of Government's Exhibit 15?

12   A.    Correct.

13   Q.    What's the next stop indicated in the records?

14   A.    On the 21st a receipt that was turned in for a motel

15   room at the Quality Inn in Winona.

16   Q.    Winona, Minnesota?

17   A.    Minnesota, correct.

18   Q.    From what page and exhibit is that?

19   A.    Exhibit 15, page 15.

20   Q.    What do we see here?

21   A.    The 22nd, an ATM withdrawal from St. Charles, Minnesota,

22   same account.

23   Q.    What page and Exhibit No.?

24   A.    Exhibit 15, page 20.

25   Q.    What do we see here?

1    A.    The Oklahoma souvenir key chain that Tony brought back

2    from his trip.

3    Q.    That's referring to Government's Exhibit 39?

4    A.    Correct.

5    Q.    And here?

6    A.    Another key chain Tony brought back from his trip from

7    Texas.

8    Q.    Also from Government's Exhibit 39?

9    A.    Yes.

10   Q.    What do we see on this page?

11   A.    July 25th, 2008, a Comfort Inn motel receipt was

12   submitted to the employer.

13   Q.    In what city and state?

14   A.    Canton, Mississippi.

15   Q.    And that's from page 15 of Government's Exhibit 15?

16   A.    That is correct.

17   Q.    What does this slide show?

18   A.    On July 27th, two receipts submitted for the Days Inn in

19   Portage, Indiana, and also the Comfort Inn also in Portage,

20   Indiana.

21   Q.    And that's from page 15 of Government's Exhibit 15?

22   A.    Correct.

23   Q.    To the best of your ability, Special Agent Sabata, are

24   these the states that the records show the defendant traveled

25   to with Tony?

1  A.   Yes, to the best ability that's what I believe his states

2  of travel were.

3  Q.   Now, after finding evidence of this trip occurring, did

4  you arrange an additional interview of Tony so that additional

5  questions could be asked?

6  A.   Yes.

7  Q.   And did you attend that interview?

8  A.   I attended, yes.

9  Q.   Did you participate in the interview; in other words, were

10  you the one asking the questions?

11  A.   I was not.

12  Q.   Did you speak to Tony prior to the questions being asked?

13  A.   It was after.

14  Q.   That was the first time that you met him was after that

15  interview?

16  A.   Correct.

17  Q.   During that interview, did Tony disclose information

18  regarding being shown child pornography by the defendant?

19  A.   He did.

20  Q.   And did you use that information in any way?

21  A.   I used it to write a search warrant affidavit.

22  Q.   And that was a warrant to search or affidavit seeking a

23  warrant to search what?

24  A.   His residence in the state of Florida.

25  Q.   You are referring to the defendant, David Resnick's,

1   residence?

2   A.   Yes.

3   Q.   Were you present when that -- was that search warrant

4   signed by a judge?

5   A.   It was.

6   Q.   Were you present when it was executed?

7   A.   I was.

8   Q.   What specifically was law enforcement looking for when

9   they searched the defendant's residence?

10   A.   Images of child pornography, evidence from his travel with

11   David Resnick, guns.

12   Q.   You said evidence of his travel with David Resnick.  Did

13   you mean Tony?

14   A.   Yes.

15   Q.   Okay.  And guns, is that what you said?

16   A.   Correct.

17   Q.   Did you find -- did law enforcement find guns?

18   A.   They did.

19        MS. KOSTER:  Your Honor, at this time we would ask

20   that you read stipulation No. 2.

21        THE COURT:  On page 1 or 2?

22        MS. KOSTER:  Begins on page 1.

23        THE COURT:  Okay.  All right.  Ladies and gentlemen,

24   the United States and defendant, David Alan Resnick -- you have

25   no objection to this, right?

1           MR. WIGELL:  No, Judge.

2           THE COURT:  Stipulate and agree that on April 27,

3   2011, three firearms were seized from various locations within

4   defendant's residence at 1585 Blockton Avenue in Port St.

5   Lucie, Florida, during the execution of a lawfully-obtained

6   federal search warrant.

7       The three guns are described as follows:  One, a

8   .45 caliber Highpoint handgun; two, a .38 caliber Smith and

9   Wesson revolver, also referred to as a U.S. Navy revolver; and,

10  three, a .40 caliber American Derringer handgun.

11      Another individual claimed ownership of the Highpoint

12  handgun, which was returned to that individual.  The Smith and

13  Wesson revolver, now marked Government's Exhibit 19, was found

14  inside a black duffle bag in the garage of defendant's Florida

15  residence with a receipt bearing the name, Howard Resnick.  The

16  Derringer handgun, now marked Government's Exhibit 20, was

17  found in a dresser in the master bedroom of the residence.

18  BY MS. KOSTER:

19  Q.   Special Agent --

20          MS. KOSTER:  May I approach, Your Honor?

21          THE COURT:  You may.

22  BY MS. KOSTER:

23  Q.   I'm handing you what's been marked as Government's Exhibit

24  19.  Can you tell us what that is?

25  A.   It is a Smith and Wesson revolver.

DIRECT EXAMINATION OF LANA SABATA

1    Q.   Can you hold --

2              MS. KOSTER:  Oh, Your Honor, the government moves to

3    admit 19 and ask permission to publish.

4              THE COURT:  Any objection?

5              MR. WIGELL:  No, Judge.

6              THE COURT:  Admitted.

7         (Government's Exhibit No. 19, previously marked, was

8         admitted in evidence.)

9    BY MS. KOSTER:

10   Q.   Can you hold that up for the jury to see the gun, please.

11   A.   (Witness complied.)

12   Q.   I'm handing you now what's been marked as Government's

13   Exhibit 20.  What is that?

14   A.   It's a Derringer-style, smaller revolver.

15             MS. KOSTER:  Government moves to admit Exhibit 20 and

16   seeks permission to publish.

17             THE COURT:  Any objection?

18             MR. WIGELL:  No.

19             THE COURT:  Admitted.

20        (Government's Exhibit No. 20, previously marked, was

21        admitted in evidence.)

22   BY MS. KOSTER:

23   Q.   Can you please hold that up, Special Agent Sabata.

24   A.   (Witness complies.)

25   Q.   We see some plastic pieces hanging off of the guns.  Can

1   you explain what those are?

2   A.   To show that they're safe and secure and they are not

3   loaded.

4   Q.   Are those the two weapons referenced in the stipulation

5   read by the judge, Government's Exhibit 19 and 20?

6   A.   Yes.

7   Q.   Want to direct your attention now to computers obtained

8   from the residence.  Are you aware of computers having been

9   found in the residence?

10  A.   Yes.

11          MS. KOSTER:  Your Honor, at this time the government

12  asks that you read stipulation No. 1.

13          THE COURT:  On page 1?

14          MS. KOSTER:  Yes.

15          THE COURT:  The United States -- no objection, right?

16          MR. WIGELL:  No objection.

17          THE COURT:  The United States and defendant, David

18  Alan Resnick, stipulate and agree that on April 27, 2011, two

19  computers were seized from defendant's residence at 1585

20  Blockton Avenue in Port St. Lucie, Florida, during the

21  execution of a lawfully-obtained federal search warrant.  An HP

22  laptop computer, now marked Government Exhibit 1, was found

23  under the bed in defendant's bedroom in the residence; an HP

24  tower desktop computer, now marked Government Exhibit 2, was

25  found in the garage of the residence.

 1         Okay.

 2              MS. KOSTER:  May I approach?

 3              THE COURT:  You may.

 4    BY MS. KOSTER:

 5    Q.   I've handed you what has been marked Government's Exhibit

 6    1.  Can you tell us what that is?

 7    A.   An HP laptop computer.

 8    Q.   And is that the HP laptop computer found at defendant's

 9    residence?

10    A.   It was.

11              MS. KOSTER:  I believe it is in evidence, Your Honor,

12    but if it is not, I move to admit.

13              THE COURT:  One was shown to witness -- the first

14    witness, not yet offered.

15              MS. KOSTER:  Okay.  I move to admit, Your Honor.

16              THE COURT:  Any objection?

17              MR. WIGELL:  No, Judge.

18              THE COURT:  Admitted.

19         (Government's Exhibit No. 1, previously marked, was

20         admitted in evidence.)

21              THE COURT:  Mr. McGrath, you could have helped her.

22              MR. McGRATH:  I offered, Your Honor.

23    BY MS. KOSTER:

24    Q.   Special Agent Sabata, I handed you Government's Exhibit 2.

25    Can you tell us what that is?

1   A.   An HP desktop or the tower computer.

2   Q.   Where was that found?

3   A.   In the garage.

4   Q.   Of the defendant's residence?

5   A.   Of the defendant's residence, correct.

6          MS. KOSTER:  Government moves to admit Exhibit 2,

7   Your Honor.

8          THE COURT:  Any objection?

9          MR. WIGELL:  No, Judge.

10          THE COURT:  Admitted without objection.

11      (Government's Exhibit No. 2, previously marked, was

12      admitted in evidence.)

13  BY MS. KOSTER:

14  Q.   You were present at the scene at the time the search

15  warrant was executed?

16  A.   I was.

17  Q.   Did a computer forensic examiner participate in the

18  execution of the search warrant?

19  A.   He did.

20  Q.   And were you informed of findings, as that warrant was

21  executed, from the computers?

22  A.   I was.

23  Q.   What were you told was found on the computers?

24  A.   Weapons and child pornography -- photos of weapons and

25  child pornography.

 1    Q.   Okay.  Did you later receive and review from the computer

 2    forensic examiner copies of the child pornography videos found,

 3    as well as other items like -- such as personal photos and

 4    other things that have been saved to the computers?

 5    A.   Yes.

 6    Q.   And did you review those items to find information and

 7    evidence relevant to your investigation in this case?

 8    A.   Yes, I did.

 9         MS. KOSTER:  Judge, permission to show the witness

10    only what's been marked as Government's Exhibit 10, but is not

11    yet in evidence.

12         THE COURT:  All right.

13    BY MS. KOSTER:

14    Q.   Special Agent Sabata, I'm gonna flip through the pages of

15    Government's Exhibit 10.  Are you familiar with these

16    photographs?

17    A.   Yes.

18    Q.   Where were they found?

19    A.   In the computer evidence retrieved from the residence.

20    Q.   Okay.  And are these photos specific to David Resnick?

21    A.   They are.

22         MS. KOSTER:  Your Honor, the government moves to

23    admit Exhibit 10.

24         THE COURT:  Any objection?

25         MR. WIGELL:  No objection, Judge.

DIRECT EXAMINATION OF LANA SABATA

1           THE COURT:  Admitted.

2        (Government's Exhibit No. 10, previously marked, was

3        admitted in evidence.)

4           MS. KOSTER:  Permission to publish Exhibit 10 for the

5     jury.

6           THE COURT:  All right.

7     BY MS. KOSTER:

8     Q.   Turning your attention to the first page of Government's

9     Exhibit 10, who do we see in this photograph?

10    A.   David Resnick and a puppy.

11    Q.   And does that puppy meet the description that was given to

12    you by or given by witnesses of Zoe?

13    A.   It does.

14    Q.   Showing you the next page 2 of Government's Exhibit 10,

15    who do we see in this photograph?

16    A.   I believe it's David Resnick and his mother.

17    Q.   Okay.  And this one is kind of hard to make out.  Is this

18    another picture of Zoe I believe curled up in a car seat?

19    A.   Yes.

20           MR. WIGELL:  I can't see that one at all.

21           THE COURT:  I didn't see it either.

22           MS. KOSTER:  It is difficult to see on the overhead.

23    I'm happy to give you a color copy.

24           THE COURT:  I don't think the jury saw it either.

25    Did the jury see it?

DIRECT EXAMINATION OF LANA SABATA

1          JURORS:  No, sir.

2          THE COURT:  Okay.

3          MS. KOSTER:  I have a couple copies I can pass around

4   to the jury, Your Honor.

5          THE COURT:  Go ahead.  Just of the one that was not

6   intelligible.

7      No way to lighten it on the screen?

8          MS. KOSTER:  It's just not a great picture.  I can

9   try.

10          MR. WIGELL:  It is a picture of the dog, Judge.

11          MS. KOSTER:  I'll just pass around two copies, if

12   that's all right, Your Honor.

13          THE COURT:  One in the front row, one in the back.

14   Take a look at it and pass it.  Generally you should hand it to

15   the court security officer and he can do that.

16          MS. KOSTER:  Sorry, Judge.

17          THE COURT:  You shouldn't be in the jury box, ma'am.

18   BY MS. KOSTER:

19   Q.   Directing your attention to the next page of Government's

20   Exhibit 10, what do we see here?

21   A.   The puppy and some bedding.

22          MS. KOSTER:  Your Honor, permission to publish

23   Exhibit 10-A.  It's in evidence.

24          THE COURT:  If it is in evidence, go ahead.

25   \\\

 1   BY MS. KOSTER:

 2   Q.    What do we see in Government's Exhibit 10-A?

 3   A.    This appears to be that same puppy.

 4   Q.    Was the defendant present at the residence when the search

 5   warrant was executed?

 6   A.    He was.

 7   Q.    And did he sign a consent to search a vehicle?

 8   A.    He did.

 9         MS. KOSTER:  Your Honor, permission to show the

10   witness only what's been marked as Government's Exhibit 32.

11         THE COURT:  All right.

12   BY MS. KOSTER:

13   Q.    Do you recognize this?

14   A.    Yes.

15   Q.    What is it?

16   A.    It's the Federal Bureau of Investigation consent form for

17   a black Chevy Avalanche with Florida license plate ALPK57.

18   Q.    And who signed it?

19   A.    David Resnick.

20   Q.    Do you recognize any of the other signatures on the form?

21   A.    My partner Matthew Chicantek.

22   Q.    He signed as a witness?

23   A.    He's one of the witnesses at the bottom.

24         MS. KOSTER:  Your Honor, the government moves to

25   admit Government's Exhibit 32.

 1              THE COURT:  Any objection?

 2              MR. WIGELL:  No objection.

 3              THE COURT:  Admitted.

 4         (Government's Exhibit No. 32, previously marked, was

 5         admitted in evidence.)

 6              MS. KOSTER:  Permission to publish to the jury.

 7              THE COURT:  All right.

 8    BY MS. KOSTER:

 9    Q.   You said this is a consent to search form.  What was he

10    consenting to search?

11    A.   A black pickup Chevy Avalanche that belonged to him.

12    Q.   And can you point out where the defendant's signature is

13    on the form?

14    A.   Right next -- on the right-hand side of the 4/27/2011.

15    Q.   The mark I make, is that right next to the signature?

16    A.   Correct.

17    Q.   So it's the first signature, the top signature out of the

18    three on the page?

19    A.   Yes, the top signature.

20    Q.   Were you given authorization to arrest the defendant that

21    day?

22    A.   Yes.

23    Q.   And did you later learn of other charges were brought

24    there in Florida?

25    A.   Yes, I later learned that.

DIRECT EXAMINATION OF LANA SABATA          Vol. 1, Page 298

1  Q.   And did you learn whether the defendant pled guilty to any

2  of those charges?

3  A.   Yes.

4  Q.   Which charge or charges did he plead guilty to?

5  A.   The possession of child pornography.

6          MS. KOSTER:  Judge, permission to show the witness

7  only what's been marked Government's Exhibit 28?

8          THE COURT:  All right.

9  BY MS. KOSTER:

10 Q.   What is Government's Exhibit 28, Special Agent Sabata?

11 A.   His signed agreement to plead guilty.

12 Q.   Is this a copy, a certified copy of the judgment adjudging

13 him guilty?

14 A.   Yes.

15 Q.   And it's signed by the judge; is that accurate?

16 A.   Yes.

17         MS. KOSTER:  Your Honor, the government moves to

18 admit Government's Exhibit 28?

19         THE COURT:  Any objection?

20         MR. WIGELL:  No objection.

21         THE COURT:  Admitted.

22     (Government's Exhibit No. 28, previously marked, was

23     admitted in evidence.)

24         MS. KOSTER:  Permission to publish to the jury?

25         THE COURT:  Yes.

DIRECT EXAMINATION OF LANA SABATA

1    BY MS. KOSTER:

2    Q.   Can you read into the record the Case No., please?

3    A.   06063-027.

4    Q.   I think that's the U.S. Marshal number.  The Case No. is

5    right above that.  Can you read that into the record please?

6    A.   Okay.  113C, as in "Charles," 211CR14030-01.

7    Q.   And directing your attention to the bottom third of the

8    page, can you read into the record the title and section number

9    of the offense, the nature of the offense and the offense end

10   date?

11   A.   Title 18, Section 2252(a)(4)(B), possession of child

12   pornography on April 27, 2011.

13   Q.   That's the offense ending date, is that right?

14   A.   Correct.

15   Q.   And then at the bottom here we see the signature of the

16   district judge?

17   A.   Yes.

18        MS. KOSTER:  Judge, permission to show the witness

19   only what's been marked as Government's Exhibit 28?

20        THE COURT:  All right.

21        MS. KOSTER:  Excuse me, 29.

22        THE COURT:  Twenty-nine, right.

23   BY MS. KOSTER:

24   Q.   Can you tell us what this is, Special Agent Sabata?

25   A.   Stipulation as to factual basis for the guilty plea of

1    David Resnick.

2    Q.    And is this a certified copy of the document as well?

3    A.    Yes.

4    Q.    With the raised stamp being on the third page of the

5    document next to the signatures that appear?

6    A.    Yes.

7              MS. KOSTER:  Your Honor, the government moves to

8    admit Government's Exhibit 29.

9              THE COURT:  Any objection?

10             MR. WIGELL:  No objection.

11             THE COURT:  Admitted.

12        (Government's Exhibit No. 29, previously marked, was

13        admitted in evidence.)

14             MS. KOSTER:  Your Honor, permission to publish to the

15   jury?

16             THE COURT:  Yes.

17             MS. KOSTER:  Judge, we'd like to read this aloud to

18   the jury if that is okay.

19             THE COURT:  You know, they are gonna get it and take

20   it back to the jury room during their deliberations.  What's

21   the necessity of that, other than wasting time?

22             MS. KOSTER:  Judge, there are facts to which the

23   defendant stipulated in this stipulation, which we believe the

24   jury should hear now in context with the evidence in the case.

25             THE COURT:  The whole thing?

 1          MS. KOSTER:  That would be our preference, Judge.

 2          THE COURT:  Go ahead.

 3   BY MS. KOSTER:

 4   Q.   Special Agent Sabata, I'm going to follow along on the

 5   overhead and hand you a copy of Government's Exhibit 29.

 6          MS. KOSTER:  Permission to go forward, Your Honor?

 7          THE COURT:  I already told you that.

 8          MS. KOSTER:  Thank you.

 9   BY MS. KOSTER:

10   Q.   Please read into the record the contents of Government's

11   Exhibit 29, Special Agent Sabata.

12   A.   "The United States of America and David Alan Resnick,

13   hereinafter the defendant, stipulate as to the following facts

14   as the basis for his plea of guilty in this case, in which if

15   this case went beyond, if this case went to trial, the

16   government would prove along with other facts beyond a

17   reasonable doubt."

18        "On April 27, 2011, FBI agents executed a search warrant

19   at 1585 Blockton Avenue in Port St. Lucie, Florida; defendant

20   was living at this residence on that date.  The search warrant

21   authorized the seizure of computers and computer-related

22   equipment suspected of containing visual depictions of minors

23   engaged in sexually-explicit conduct.  An HP Pavilion laptop

24   computer and an HP Pavilion tower computer were seized and

25   taken to the Martin County sheriff's office for forensic

1    examination."

2         "The defendant told FBI agents on the scene at the time of

3    the search that the HP Pavilion laptop computer was his.  A

4    forensic examination of the HP Pavilion laptop computer

5    revealed that it was equipped with two hard drives designated

6    as the OS, the operating system drive and the data drive."

7         "A publicity available -- I'm sorry -- publically

8    available file sharing software application was installed on

9    this computer on the OS drive.  This application provides a

10   method of direct communication between computers connected by

11   the Internet that allow users to exchange files in realtime.

12   The application can be configured by the user to enable

13   downloading of files from the Internet and/or uploading of

14   files on the user's hard drive.  At the time the file sharing

15   application is installed, several default folders are created

16   within the application.  Those folders are designated as

17   incomplete, saved, shared and stored purchased -- store

18   purchased."

19        "The incomplete folder stores partially-downloaded files

20   until they are fully downloaded.  It also stores previewed

21   files or partially-downloaded files.  The saved folder stores

22   completely-downloaded files.  The forensic examination revealed

23   approximately 89 video files with names indicative of child

24   pornography contained in an incomplete folder.  Many of the

25   video files in the incomplete folder had been previewed as

1   indicative by the word 'preview' applied at the beginning of

2   the title as follows:  The first file name:

3   Preview-T-181680807-PTHC-VID3-10YO&11YO Russian Girls Fucking

4   Dad.mpeg.

5       The second file name:  Preview-T-416639724-pedo - gay-blue

6   orchid-two10YO Boys Loudly Suck and Fuck.mpeg.

7       Third file:  Preview-T-160608256-pedo(PTHC)-03YO

8   Toddler-Boy and Man Sex n1-4 -decent sound.mpeg.

9       The fourth file:  Preview-T-154260076-PTHC BoyLove Luto -

10  10&12YO Jo Suck Fuck on Bed Gerbys KDV RF# PJK.mpeg."

11      "An examination of the file sharing application's

12  'properties file' indicated several 'recent downloads' of files

13  that were saved to the save folder.  However, there was no

14  saved folder found on the OS hard drive.  The examination

15  revealed that the saved folder had been copied or moved to the

16  data hard drive on the laptop computer.  The examination of the

17  saved folder on the data hard drive revealed over 200 child

18  pornography videos.  The content of many of the files included

19  sadomasochistic sexual abuse of teens, preteens, toddlers and

20  babies.  Several of these videos matched the file type --

21  matched the file titles found in properties file for the file

22  sharing application on the OS hard drive under 'recent

23  downloads' as follows:"

24      The file names under 'recent downloads' were -- all right.

25  "C:\\users\\owner\\documents\\limewire\\saved\\\!new\!(PTHC)

 1   (kinderkutje) 11YO Bianca sales.mpeg.

 2       The second file name:

 3   C\:\\users\\owner\\documents\\limewire\\saved\\\(\)\!new --

 4           MS. KOSTER:  You said parenthesis there, but I think

 5   you meant exclamation point.

 6           THE WITNESS:  I'm sorry.  Right before the new?

 7           MS. KOSTER:  Three exclamation points in between back

 8   slashes right before new, is that accurate?

 9           THE WITNESS:  Correct.

10           MS. KOSTER:  Okay.  Please continue.

11           THE WITNESS:  I think I left off at new.

12           MS. KOSTER:  Go ahead.

13           THE WITNESS:  \!\!\!(PTHC) Nina (7Y0BJ).mpeg.

14       And the third file name:  C\:\\users\owner\\documents\" --

15   sorry, it's getting hard --

16   "\limewire\\saved\\(children-SF-LMAN) PTHC - Barbara (12YO) -

17   two," as in T-W-O, "lolite and one children.

18       "The forensics review of the HP Pavilion tower computer

19   resulted in the recovery of numerous deleted child pornography

20   pictures and video phone mail pictures in the unallocated space

21   of the hard drive.  Due to being an unallocated space and also

22   -- and deleted, there are no dates and times associated with

23   these files.

24       "Respectfully submitted and signed on 6/30/2011 by

25   David Resnick, the defendant."

1    BY MS. KOSTER:

2    Q.    And is it also signed by an attorney for the defendant

3    Panayotta Augustin-Birch?

4    A.    Yes.

5    Q.    And also signed by Russell Killinger, an Assistant U.S.

6    Attorney?

7    A.    Yes.

8    Q.    Special Agent Sabata, in the file titles that you read

9    into the record, we see the initials "PTHC" in each of the

10   three file names on this third page of Government's Exhibit 29?

11   A.    Yes.

12   Q.    Do you know what "PTHC" stands for?

13   A.    Yes.

14   Q.    What does it stand for?

15   A.    Preteen hardcore.

16   Q.    What is that a reference to?

17   A.    To images or videos of teenagers younger than preteen, and

18   it's hardcore, meaning it is pretty graphic.

19   Q.    When we say "preteen", we mean children who are not yet

20   teenagers?

21   A.    Yes, before the years of teenage.

22   Q.    Okay.  Did you review the three videos listed here on this

23   last page of Government Exhibit 29?

24   A.    Yes.

25   Q.    And do they, in fact, depict material that is preteen and

DIRECT EXAMINATION OF LANA SABATA

1    hardcore?

2    A.    Yes.

3    Q.    And are you prepared today to describe the content of

4    those videos?

5    A.    I am.

6    Q.    All right.  Let's take them one at a time.  Will you

7    please describe the content of the first video, the file title

8    of which is new!PTCHKindercute11YOBiancasales.mpeg?

9    A.    I have to refer to my notes.

10   Q.    Feel free.

11   A.    Okay.

12   Q.    Please.

13   A.    The first video is five minutes and 13 seconds in

14   duration.  There's no sound.  It depicts 11 -- a ten to

15   12-year-old white female with darker hair sitting on a bed with

16   blue striped bed sheets.  She is wearing only a white tank top

17   and is touching her vagina.  An adult male soon appears on

18   camera completely naked with a semi-erect penis.  The female is

19   facing the camera and it appears as though the male turned on

20   the camera and then goes to join her.

21       The male face is not shown, but the female's is.  He

22   approaches as the girl is laying on the bed.  She's sitting in

23   the middle of the bed on her knees almost straight down knees

24   back behind her, and she's wearing the tank top.

25       As the male, adult male approaches, he pulls up her shirt

1    to expose her breasts; as you can already see her vagina.  As

2    soon as he comes up, he forces her head into his semi-erect

3    penis and places her head and her mouth on his penis.  He

4    pushes her head and mouth back and forth on his erect penis,

5    and then also starts to digitally penetrate her with his right

6    hand, his fingers going inside of her vagina.

7        The adult male then places the female onto her back and

8    has her digitally penetrate herself as the camera focuses only

9    on her hand and her vagina.  The male goes back to having the

10   girl perform oral sex on him.  It's followed by the girl being

11   placed on her back and then the male attempting to place his

12   penis inside of her vagina.

13       The girl is little.  She appears to me to be very young,

14   like I said, ten to 12 years old, and the man's erect penis is

15   too large to insert into her vagina.  The male then digitally

16   penetrates the young female with his hand; more rubbing of his

17   penis against her vagina is observed.

18       The male has the child perform more oral sex, and then the

19   camera kind of pans out and it goes back and he places her

20   [verbatim] penis in front of her and it only shows her and his

21   penis, and it appears as though she's apprehensive or scared

22   about what's going to happen next, as he ejaculates on her face

23   and then the video ends.

24   Q.   Can you please describe the second video.

25            MR. WIGELL:  Your Honor, I would object.  I think

1    there is no point to this.  I don't see the relevancy to the

2    case before the Court.

3                THE COURT:  Overruled.

4                MR. WIGELL:  Thank you, Judge.

5                THE WITNESS:  The second video is approximately six

6    minutes in duration and there's no sound.  This child is

7    approximately six to eight years old, and it's a white female

8    with darker hair lying in bed under the covers.

9        This one starts off just showing the child and an adult

10   male comes and joins her.  As a child lies in bed, she's almost

11   blank.  There's no look on her face, which is -- which stares

12   out in this video.  And the man takes the child out from

13   underneath the covers and he places her onto the bed and she's

14   absolutely almost lifeless.  She's just doing as whatever he

15   wants.

16       He begins to rub her vagina hard and is pretty vigorous in

17   nature.  He has her lick her fingers and continues to digitally

18   penetrate the child's vagina, and he takes his pants off and he

19   sits on top of her.  He's trying to get his penis erect with

20   his hand, and when he does not do so, he rubs it up against her

21   body.  He then rolls her over and puts her on top, and he's

22   trying to get his penis erect with her hand -- her hands and

23   his mouth and her mouth.  It's followed by digital penetration.

24   He begins by having her lick his fingers and then digitally

25   penetrating her.  It is pretty vigorous and violent.  And then

DIRECT EXAMINATION OF LANA SABATA

1    he rubs her body, her breast area.  He moves her around on the

2    bed.  She's almost lifeless, as she lays there limp.  He rubs

3    her vagina more and spreads her legs.  He spreads them wide, as

4    to try -- as he tries to place his penis inside of her.  His

5    penis is too large to insert inside of her vagina and he

6    strokes his penis, also rubbing his penis on her clitoral area.

7    He then has the child stroke his penis with her hand.

8        The video then goes to the -- now when I say it goes, it's

9    the same video, it is just different angles of the person

10   that's filming.  The video then goes to the adult male.  Now he

11   is pinching and grabbing the labia area -- not only the labia,

12   but the clitoral area of the child as she lays on her back.

13   The male then places his fingers inside the girl's mouth, again

14   for him to -- you can clearly see that he's instructing her --

15   I guess there's no audio, so I can't -- but she keeps trying to

16   give more saliva onto his fingers so he can use it as a

17   lubricant, so that he rubs her vagina more.  She continues to

18   lie there.  The male penis is not erect, and so he places the

19   child's mouth onto his penis to perform oral sex on him, and

20   the video ends after the oral sex.

21   Q.   Can you describe the third video please?

22   A.   It is four minutes and 38 seconds in duration and this

23   time there is sound.  It is two female children.  They appear

24   to be Hispanic to me.  One is approximately one to three years

25   old, and the second is two to four years old.  They are both

1   naked in a bathtub and the bathtub has water in it.

2       It appears that there's a female also in the bathtub, as I

3   can hear a voice and I see legs, and they look feminine in

4   nature to me.  And she's in the background.  And it shows

5   specifically a penis, and it is the focal point with the

6   children's two small faces in front of it and the woman's legs

7   in the background.

8       The adults are laughing, as the first of the smaller

9   children, the one to three-year-old, performs oral sex on the

10  erect, male penis.  The second child performs oral sex as well

11  and then starts to gag on the man's penis.  And the adults

12  laugh.

13      The next scene is with the older child.  It stops at the

14  bathroom scene, and it shows the second child, the older one,

15  laying on her back, and the video shows her face and then goes

16  down to her vaginal area where only a vibrator is present, and

17  it is a dark-colored vibrator.  And the vibrator is outside of

18  her vagina rubbing from top to the bottom.  And the camera is

19  only focusing on the child's vagina on the vibrator for this

20  last portion of the video.

21      The male then tries to insert his penis into the child's

22  anus.  There's lots of lubricant it appears to me, as it's

23  glistening, and it is the only thing I can describe it as is

24  lubricant, so the male can try to insert his penis into the

25  child's anus.  But again, the penis in this video is too large

 1   and so he rubs his penis up and down the child's vagina kind of

 2   pushing her legs together so that the penis is going from the

 3   anus to the top of the clitoral area of the child's vagina.  So

 4   he's rubbing it back and down, up and down as if simulating sex

 5   with the child.  And then he stops and you can see his hand

 6   going up and down on his penis and he ejaculates onto the

 7   child's vagina, and the semen is dripping down the child's

 8   vagina all the way to her rectal area, as the male repositions

 9   the camera to make sure this part of the video is captured.

10   The child lays on her back; she's sucking her thumb.  Her face

11   is lifeless and blank and she sticks her tongue out at him and

12   he laughs and the video ends.

13   Q.   Are the ages listed in the file titles of each of those

14   three videos, are they approximately the ages of the children

15   depicted?

16   A.   From my observation, yes.

17   Q.   So the file titles appear to accurately depict the conduct

18   generally -- the general conduct seen in the images, is that

19   fair to say?

20   A.   Yes.

21   Q.   The videos, I mean?

22           MS. KOSTER:  Thank you.  Nothing further.

23           THE COURT:  Cross-exam.

24   \\\

25   \\\

1                          **CROSS-EXAMINATION**

2     BY MR. WIGELL:

3     Q.    Special Agent, those videos you just described, those were

4     in a stipulation in the Florida case, were they not?

5     A.    They are.

6     Q.    Okay.  And it's a stipulation that was agreed to between

7     the government and Mr. Resnick's attorney and Mr. Resnick in

8     the Florida federal case, were they not?

9     A.    That is correct.

10    Q.    Okay.  And prior to that -- those three file names,

11    there's a line that has in quotes "recent videos" or "recent

12    downloads", is that correct?

13    A.    Right, before these videos that I read?

14    Q.    Yeah, on the stip --

15    A.    I'd have to look.

16    Q.    Of course, if you could.  It is on page 3 right before

17    you -- where the file names that you were just reading from

18    your notes and describing.

19    A.    Yes, that's correct.

20    Q.    Okay.  And it says "recent downloads", right?

21    A.    Yes.

22    Q.    Thank you.  And drawing your attention back to that map

23    that you -- that graphic map that you described, you compiled

24    that from records and from your investigation, didn't you?

25    A.    Yes.

1    Q.    Okay.  And the key chains that were there, you didn't have

2    receipts for those, did you?

3    A.    The receipts where they were purchased?

4    Q.    Yes, ma'am.

5    A.    No, I did not.

6    Q.    Okay.  So you inferred them at different places that would

7    match the states as part of the route?

8    A.    Not only the key chains but other parts of documents

9    received by the employer.

10   Q.    Okay.  Well, do you know whether the key chain that was

11   from Texas was actually purchased in Texas?

12   A.    No.

13   Q.    Or the other two key chains, if they were actually

14   purchased in the state where the key chain has its name on it?

15   A.    No, I do not have the receipts.

16   Q.    And from your investigation, except from what you've heard

17   from A.M., you don't know who was on the trip, do you?

18   A.    Except -- I mean, I have statements from Mr. Resnick of

19   who was on the trip.

20   Q.    You mean the trip in July?

21   A.    Yes.

22   Q.    Okay.  But you weren't on the -- you didn't have any --

23   you don't have any other investigative documents or anyone who

24   saw them on the trip that was part of your investigation?

25   A.    Specifically seeing them, no.

1    Q.    With the exception of the Washington officer, of course?

2    A.    Right.

3    Q.    And did you talk to the officer that wrote the citations

4    in Washington?

5    A.    I haven't personally spoken to him.

6    Q.    Okay.  So you just work from the documents, is that

7    correct?

8    A.    From the documents, as well as other investigators that

9    have spoken with him.

10   Q.    But no interview of the Washington officer?

11   A.    I have not personally interviewed him.  Other people have.

12   Q.    Thank you.

13             MR. WIGELL:  No further questions.

14             THE COURT:  Redirect?

15             MS. KOSTER:  Nothing, Your Honor.

16             THE COURT:  You may step down.  Thank you.

17             THE WITNESS:  Thank you.

18             THE COURT:  All right.  Ladies and gentlemen, we are

19   gonna recess for the day.  During this overnight recess, do not

20   discuss this case among yourselves or with anyone else.  Do not

21   permit anyone to discuss it with you or in your presence.  Do

22   not read, view or listen to any reports about the case in the

23   news media.  Do not form or express any opinion on the case

24   until it is submitted to you for deliberation upon verdicts,

25   which comes at the very end of the case.

1            And finally, do not use the Internet or any cell phones,

2    iPhones, or similar personal digital device to attempt to learn

3    facts about this case, to obtain information about any of the

4    people that are involved in the case or to communicate with

5    others about the case or about any of the people that are

6    involved in the case.  So drive safely.

7            We'll see you tomorrow morning, and we'll begin promptly

8    at nine o'clock.

9            (Jury exits.)

10               THE COURT:  Will the government please give us the

11   names of those who will testify in the order that you intend to

12   call them.

13               MS. KOSTER:  Tomorrow, Your Honor?

14               THE COURT:  Yes.

15               MS. KOSTER:  Thank you.  Lace Koler.  He's an

16   officer.

17               THE COURT:  Skoler (phonetic)?

18               MS. KOSTER:  Koler, K-O-L-E-R.

19               THE COURT:  Okay.

20               MS. KOSTER:  His first name is Lace.

21               THE COURT:  Right.

22               MS. KOSTER:  Timothy Podgorski.

23               THE COURT:  What's the first letter of his last name?

24               MS. KOSTER:  P.

25               THE COURT:  Okay.

 1            MS. KOSTER:  John Savia, S-A-V-I-A.

 2            THE COURT:  Victor John Savia?

 3            MS. KOSTER:  Correct.

 4            THE COURT:  Okay.

 5            MS. KOSTER:  ████████████████

 6            THE COURT:  K.M. correct?

 7            MS. KOSTER:  Correct.  S. Pal Singh, S-I-N-G-H.

 8            THE COURT:  Okay.

 9            MS. KOSTER:  Dusty Moore.

10            THE COURT:  Okay.

11            MS. KOSTER:  That will probably get us through

12    tomorrow.  I can keep going if you like.

13            THE COURT:  Okay.

14            MS. KOSTER:  "Rocky" Donaldson.  His first name is

15    William.

16            THE COURT:  Okay.  One more.

17            MS. KOSTER:  Rocco Rigsby.

18            THE COURT:  Rigsby.  Okay.

19       See you tomorrow morning.  You are gonna tell me in the

20    morning who you can strike, right?

21            MS. KOSTER:  Yes, Your Honor.

22            THE COURT:  And you will have some for me, right?

23            MS. KOSTER:  We may have one or two, but we've struck

24    many of --

25            THE COURT:  Are you on a timeline to complete this

1    case by the end of this week or before?

2             MS. KOSTER:  Absolutely, Judge.

3         (A recess was taken for the evening at 5:02 p.m.)

4                          -oOo-

5             I certify that the foregoing is a correct transcript

6    from the record of proceedings in the above matter.

7

8         Date:   October 28, 2013        S/STACY L. DROHOSKY
                                          S/STACY L. DROHOSKY
9                                         Court Reporter
                                          U.S. District Court
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                             <u>INDEX</u>

2

3      **WITNESSES FOR THE GOVERNMENT:**

4          **A.M. -**
               Direct Examination...................... Page   177
5              Cross-Examination....................... Page   226

6          **LORA NORMAN -**
               Direct Examination...................... Page   255
7

8          **SPECIAL AGENT LANA SABATA -**
               Direct Examination...................... Page   270
               Cross-Examination....................... Page   312

9

10

11

12

13

14                              *      *      *

15

16

17

18

19

20

21

22

23

24

25

**$**

$1500 [1]  262/22
$20 [1]  292/4

**'**

'81 [1]  76/16
'83 [1]  76/21
'84 [1]  76/21
'97 [1]  31/20
'98 [1]  31/21
'cause [5]  6/6 79/24 84/1 120/2 274/8
'preview' [1]  303/1
'properties [1]  303/12
'recent [3]  303/12 303/22 303/24
'til [2]  3/5 69/6

**-**

-03YO [1]  303/7
-decent [1]  303/8
-oOo [1]  317/4

**.**

.22 [2]  54/4 54/16
.38 [2]  53/6 288/8
.38 caliber [1]  288/8
.40 [1]  288/10
.45 [2]  52/14 288/8
.45 caliber [1]  288/8
.mpeg [1]  304/13

**0**

01 [1]  299/6
0231 [1]  283/1
027 [1]  299/3
03YO [1]  303/7
06063-027 [1]  299/3
08 [3]  263/22 264/22 283/25
09 [1]  283/25

**1**

10 [15]  51/8 69/15 79/17 84/20 184/25
185/7 190/10 293/15 293/23 294/2 294/4
294/9 294/14 295/20 303/10
10-A [5]  185/9 185/14 185/19 185/21
296/2
10:00 [1]  282/20
10:48 [1]  282/18
10YO [1]  303/3
11 [2]  233/25 306/14
113C [1]  299/6
11:00 [1]  116/8
11:53 [1]  152/16
11th [1]  281/25
11YO [2]  303/3 304/1
12 [8]  24/16 40/15 72/6 72/20 163/16
263/13 263/23 307/14
12-year-old [1]  306/15
12th [1]  97/8
12YO [2]  303/10 304/16
13 [1]  306/13
14 [2]  163/19 283/16
14-year-old [1]  165/15
15 [31]  8/7 51/8 116/4 116/7 224/14
224/23 225/5 261/20 261/24 264/10
265/16 277/14 278/4 278/12 278/20
279/5 279/9 282/8 283/5 283/12 283/12
283/19 284/2 284/11 284/19 284/19
284/24 285/15 285/15 285/4 285/21
15-minute [3]  115/16 115/24 224/11
1500 [1]  1/15
1556 [1]  282/10
1585 [3]  288/4 290/19 301/19
15th [3]  282/14

16 [9]  3/5 137/6 137/9 165/18 256/16
256/23 257/24 258/5 282/3
16-A [2]  259/22 260/1
16A [1]  299/7
16th [1]  282/23
17 [1]  264/9
177 [1]  318/4
17th [1]  283/6
18 [4]  47/10 87/12 255/21 299/11
18th [1]  283/16
19 [9]  283/5 283/19 284/2 284/11 288/13
288/24 289/3 289/7 290/5
1990 [1]  40/2
1992 [1]  105/24
19th [1]  283/24

**2**

20 [11]  38/9 47/10 276/16 282/8 283/13
284/24 288/16 289/13 289/15 289/20
290/5
200 [2]  262/12 303/17
2000 [2]  40/2 274/14
2005 [1]  95/17
2007 [1]  95/17
2008 [31]  162/11 172/15 172/23 172/25
179/6 179/18 180/10 181/20 183/24
220/3 226/15 226/21 229/12 229/12
229/23 241/20 255/22 257/9 258/23
265/5 266/13 276/7 277/10 277/14
277/25 278/1 282/7 282/10 282/23 283/6
285/11
2010 [1]  275/5
2011 [8]  169/1 257/4 257/8 288/3 290/18
297/14 299/12 301/18
2012 [5]  2/19 3/25 4/15 5/1 5/23
2013 [2]  1/9 317/8
20280 [1]  1/18
21 [2]  179/23 180/2
211CR14030-01 [1]  299/6
219 [1]  1/23
21st [2]  284/10 284/14
2200 [1]  277/17
2252 [1]  299/11
226 [1]  318/5
22nd [1]  284/21
23 [5]  32/1 215/16 215/24 216/18 216/22
24 [7]  32/1 165/9 276/1 276/4 276/10
276/14 282/21
25 [2]  38/9 99/15
255 [1]  318/6
25th [1]  285/11
270 [1]  318/3
27th [1]  285/18
28 [7]  97/7 298/7 298/10 298/18 298/22
299/19 317/8
29 [8]  1/9 299/21 300/8 300/12 301/5
301/11 305/10 305/23
2:00 o'clock [1]  283/17
2:11-CR-68 [1]  1/4
2:31 a.m [1]  283/1
2:42 [1]  225/6

**3**

302 [1]  1/18
312 [1]  318/8
32 [4]  265/15 296/10 296/25 297/4
33 [1]  266/4
3462 [1]  1/23
38 [2]  218/2 309/22
38-A [3]  218/16 218/17 218/20
39 [7]  213/11 213/14 213/19 213/23
284/7 285/3 285/8
3:56 [1]  282/11

**4**

4/27/2011 [1]  297/14
4013 [1]  1/23
4005 [1]  1/22
43 [4]  209/9 209/15 210/1 210/8
44 [4]  204/9 204/23 205/19 205/24
45 [5]  37/21 200/8 201/5 201/9 202/1
46 [2]  203/13 203/14
46230 [1]  1/23
46320 [1]  1/15
4711 [1]  262/5
48 [1]  211/11
4th [1]  282/2

**5**

50 [2]  37/21 175/19
500 [1]  262/13
51 [1]  3/22
52 [1]  211/8
53 [1]  3/21
54 [3]  3/10 3/15 3/22
5400 [2]  1/15 1/22
57 [5]  280/9 280/10 280/25 281/5 281/15
5:02 [1]  317/3
5:45 [1]  27/3

**6**

6/26/08 [1]  264/22
6/30/2011 by [1]  304/24
60 [1]  6/3
60461 [1]  1/18
66 [1]  169/6
68 [1]  1/4

**7**

7/11/2008 [2]  282/7 282/10
7/15/2008 at [1]  282/18
7/19/2008 [1]  277/10
7/22/08 [1]  263/22
7Y0BJ [1]  304/13

**8**

852-3462 [1]  1/23
89 [1]  302/23
8:28 [1]  5/12
8:30 [1]  2/7

**9**

9-millimeter [3]  53/12 53/14 53/23

**A**

A-R-E-S [1]  56/19
a.m [18]  18/21 18/21 18/25 116/8 152/16
154/6 154/8 161/1 161/1 161/5 172/15
176/9 177/22 226/11 272/17 283/1
313/17 318/4
abide [1]  160/2
ability [36]  32/16 34/4 35/11 36/3 44/13
46/8 47/18 50/5 74/1 77/15 80/2 80/10
82/23 84/1 87/14 90/21 96/7 96/7 97/11
98/9 101/21 106/11 111/14 113/8 118/14
121/2 124/6 133/12 137/11 139/11 140/1
140/18 146/5 238/8 285/23 286/1
able [22]  5/6 65/25 66/8 66/24 85/24
106/16 116/24 130/24 146/23 164/11
164/20 212/1 263/4 264/1 264/3 264/6
264/17 265/1 275/10 275/15 277/23
279/11
about [222]  3/20 5/6 5/20 7/16 16/19
20/2 20/6 21/7 21/18 22/15 23/5 23/6
23/17 23/19 23/19 23/21 28/8 28/18
28/21 29/3 32/1 33/24 34/11 35/7 35/24
37/6 38/9 42/9 43/15 47/18 48/24 49/17

**A**

about... [190] 49/20 49/22 49/25 51/8
51/13 51/15 52/2 53/1 70/3 70/20
71/15 71/23 72/1 74/21 75/11 76/5 76/16
76/24 77/2 77/22 79/11 87/21 89/5 89/17
90/19 95/19 99/4 99/19 101/2 102/13
105/17 106/10 113/1 113/5 113/10
113/17 115/16 115/24 116/4 116/7
119/14 124/5 125/1 125/25 127/2 128/2
129/1 129/11 131/24 132/6 133/25 137/7
137/16 138/24 139/4 140/18 141/13
148/4 150/7 150/14 150/20 150/20
150/21 150/22 154/1 154/11 154/21
155/23 158/17 158/23 159/3 159/9
159/19 159/22 160/5 163/20 168/18
169/5 169/5 172/21 173/16 173/17
173/18 173/23 175/1 175/2 175/10 179/3
179/21 181/3 181/9 181/10 181/23
183/25 184/3 184/4 186/18 188/8 190/3
190/12 190/16 190/18 191/7 191/20
192/23 196/12 197/14 197/23 198/11
198/12 198/23 200/1 202/11 203/3
208/21 210/11 212/18 214/3 215/12
216/7 216/15 218/25 220/19 220/20
221/5 221/6 221/10 221/16 221/19 222/7
222/12 222/20 222/23 223/24 224/3
224/4 224/5 224/11 224/14 224/23 225/5
226/16 227/5 228/4 228/7 228/12 229/25
230/3 230/5 231/10 233/5 233/16 233/24
233/25 234/3 234/6 234/18 234/20
234/22 236/2 236/3 236/24 241/19 242/5
242/18 242/20 242/23 243/9 243/10
247/7 247/9 247/25 248/7 254/6 258/16
258/17 265/21 268/2 269/12 271/4
272/22 275/3 278/24 282/15 307/22
314/23 315/3 315/3 315/5 315/5
above [2] 299/5 317/6
absolute [1] 167/25
absolutely [4] 22/25 105/1 308/14 317/2
abuse [15] 8/20 21/21 28/11 131/23
161/22 163/11 165/13 165/18 166/13
167/9 167/19 167/21 267/11 271/13
303/19
abused [5] 162/25 169/7 169/8 169/15
172/3
abusing [2] 168/21 169/8
abusive [1] 175/13
accept [6] 67/25 115/7 115/10 149/13
149/15 158/5
acceptable [2] 19/9 23/2
accepted [1] 149/24
according [3] 68/7 68/13 283/21
account [9] 262/12 262/21 279/11 282/12
282/25 283/8 283/18 283/25 284/22
accurate [5] 9/3 9/18 81/16 298/15 304/8
accurately [1] 311/17
accusation [1] 22/4
accused [4] 29/4 29/8 131/11 140/7
acknowledgment [1] 259/11
acknowledgments [1] 259/14
acquaintance [1] 165/7
acquaintances [5] 43/5 43/9 43/14
135/22 168/7
acquainted [2] 42/16 42/21
across [10] 162/21 163/16 164/4 164/12
166/12 169/24 170/1 252/3 264/23
265/23
act [3] 46/17 163/17 169/25
acting [17] 37/13 38/4 38/14 38/24 39/16
40/4 40/20 41/7 41/20 42/7 43/16 44/20
45/11 48/22 49/15 51/11 88/13
activities [1] 21/13

activity [3] 74/12 101/17 264/12
actually [7] 126/22 151/8 176/17 265/20
281/24 313/11 313/13
Adam [2] 14/5 90/5
adapt [1] 162/6
add [1] 6/14
added [1] 242/12
additional [4] 185/7 279/2 286/4 286/4
address [1] 160/16
addresses [1] 267/3
adhere [1] 256/6
adjudging [1] 298/12
administer [1] 24/8
administered [3] 176/21 254/22 270/6
administration [2] 33/17 35/4
admissible [1] 267/17
admit [25] 179/23 185/6 185/14 201/9
204/23 205/19 210/1 213/19 215/23
216/17 218/16 257/24 259/21 261/20
276/9 280/8 289/3 289/15 291/12 291/15
292/6 293/23 296/25 298/18 300/8
admitted [46] 67/21 68/13 180/1 180/3
180/7 185/20 185/22 201/25 202/2
205/23 205/25 210/6 210/9 213/22
213/24 216/21 216/23 218/19 218/21
258/4 258/6 259/25 260/2 261/23 261/25
276/13 276/15 278/6 281/4 281/6 289/6
289/8 289/19 289/21 291/18 291/20
292/10 292/12 294/1 294/3 297/3 297/5
298/21 298/23 300/11 300/13
adult [11] 46/18 55/11 82/25 169/8 190/5
190/7 306/17 306/25 307/7 308/9 309/10
adults [5] 180/12 184/16 191/12 310/8
310/11
advance [1] 21/9 262/12 262/13
advances [2] 263/3 263/4
adventure [1] 161/19
advise [1] 151/22
affect [27] 23/22 32/16 34/4 35/11 36/3
44/13 46/7 50/5 74/1 77/15 87/13 89/18
90/21 96/6 96/7 97/11 98/9 101/21
111/13 113/7 118/14 121/2 133/11
137/11 139/10 140/1 146/5
affected [2] 80/3 223/24
affidavit [2] 286/21 286/22
affirmative [3] 37/19 43/1 128/10
afford [1] 71/4 71/7 129/10
affords [1] 22/5
afraid [6] 208/25 209/1 214/11 214/14
219/8 224/1
after [53] 101/1 151/24 159/12 160/15
161/15 162/10 162/18 162/18 162/19
167/13 167/19 167/23 175/25 193/13
194/21 197/21 199/15 202/10 205/9
209/5 209/21 210/17 213/6 213/8 214/12
214/18 220/17 221/7 222/19 222/19
223/21 233/21 234/1 238/10 238/11
238/13 239/1 240/21 242/6 243/19 244/7
249/20 250/3 250/3 253/1 253/2 253/5
257/5 282/2 286/3 286/13 286/14 309/20
after-school [1] 161/15
afternoon [2] 27/4 170/14
afterward [1] 234/1
Afterwards [1] 271/14
again [29] 8/10 21/15 23/10 29/14 29/24
42/13 67/17 83/25 158/9 158/17 160/6
162/1 171/18 205/12 214/19 219/9
227/15 234/6 236/14 237/5 248/20 253/8
256/22 276/16 283/1 283/8 283/16
309/13 310/25
against [17] 22/3 28/9 29/1 29/4 46/13
101/25 102/3 158/8 158/10 166/10
166/25 201/2 203/5 260/6 271/19 307/17

308/20
age [14] 32/1 32/2 38/10 82/14 82/21
84/4 113/3 118/9 137/2 190/16 190/7
190/12 190/18 220/9
agency [8] 31/4 31/14 46/22 47/8 99/10
100/14 135/18 272/1
agent [35] 35/1 42/17 43/23 44/9 44/15
45/18 46/1 92/5 98/13 136/14 163/8
267/8 268/1 269/11 269/12 270/23
270/24 271/1 272/8 276/4 276/20 278/11
281/19 285/23 288/19 289/23 291/24
293/14 298/10 299/24 301/4 301/11
305/8 312/3 318/7
agent's [1] 269/13
agents [10] 35/4 35/5 45/15 46/12 152/4
152/5 163/8 267/8 301/18 302/2
ages [4] 37/4 41/14 311/13 311/14
aggravated [4] 8/19 8/19 21/21 28/11
ago [25] 5/10 31/20 37/22 38/9 47/6 47/7
51/7 51/9 76/13 99/15 113/2 132/10
132/11 132/21 139/18 139/19 165/16
171/2 216/8 234/20 234/22 234/23
236/25 240/5 240/7
agree [10] 13/18 82/25 115/15 129/16
129/18 156/12 156/18 274/14 288/2
290/18
agreed [18] 9/5 9/10 17/23 18/4 18/17
19/13 19/21 30/17 30/18 66/3 160/21
162/23 170/22 170/23 171/18 177/4
274/12 312/6
agreeing [1] 197/8
agreement [3] 153/6 274/9 298/11
ahead [6] 84/16 202/14 295/5 295/24
301/2 304/12
aid [1] 36/14
aide [1] 41/4
Aided [1] 1/25
ain't [1] 6/11
Air [1] 271/5
ALAN [8] 1/6 28/9 29/14 171/7 274/11
287/24 290/18 301/12
Alan Resnick [5] 171/7 274/13 287/24
290/18 301/12
alcohol [3] 43/24 47/4 128/3
aleck [1] 70/24
Alex [2] 14/15 30/11
all [175] 2/3 2/23 3/23 4/5 7/4 8/16 9/3
17/20 18/7 20/4 23/4 23/6 23/15 24/9
24/10 24/15 24/20 24/25 24/25 25/6
28/16 28/18 29/3 30/3 30/15 34/10 36/25
39/3 41/14 41/15 44/19 47/22 49/20
50/22 51/13 52/1 55/21 57/15 59/25 60/1
61/24 67/16 73/6 73/10 79/6 83/6 83/8
84/4 85/4 86/4 86/24 86/25 87/4 87/12
87/19 90/11 90/24 91/10 93/3 93/18
95/25 96/25 101/2 104/22 105/4 107/7
109/15 110/7 110/18 112/4 113/14 114/7
116/14 121/17 122/3 124/18 126/10
130/4 130/10 133/24 136/8 141/11
144/10 145/2 149/12 149/23 152/19
156/1 158/14 159/9 162/3 164/4 164/18
164/21 165/1 165/18 168/9 168/24
169/22 170/10 171/13 172/13 172/18
173/24 174/18 175/20 175/25 177/3
177/14 179/6 180/8 184/23 189/23
192/17 195/7 200/9 200/25 202/19
203/13 204/10 205/23 206/2 206/7
206/12 207/3 207/10 209/10 211/9
213/12 214/1 215/17 225/3 225/9 226/17
227/21 228/17 230/12 231/12 231/23
235/19 239/6 245/12 245/22 246/18
247/7 251/14 255/1 258/9 259/3 260/3
261/1 262/21 263/2 265/13 267/5 267/19

**A**

all... [19] 270/10 271/11 274/11 276/20
277/9 291/22 292/2 293/12 293/14
294/20 295/12 296/11 297/7 298/8
299/20 303/24 306/6 311/8 314/18
all's [1] 183/2
all-expense [1] 164/4
allegation [1] 142/18
allegations [1] 174/1
alleged [2] 18/20 160/25
alleges [1] 175/12
Allied [3] 33/12 33/20 35/19
allow [7] 6/14 84/11 84/11 84/15 84/24
230/12 302/11
allowed [6] 172/20 172/22 180/8 186/20
238/6 268/20
almost [8] 83/2 222/22 251/5 255/21
306/23 308/10 308/14 309/2
alone [3] 156/9 168/15 187/15
along [13] 6/10 20/23 163/23 164/1
164/20 164/23 165/18 168/2 181/20
227/6 275/7 301/4 301/16
aloud [1] 300/17
ALPK57 [1] 296/17
already [10] 4/15 5/1 20/13 23/18 78/5
143/20 173/12 253/24 301/7 307/1
also [43] 1/20 10/8 19/1 21/3 22/20 30/4
37/23 72/12 76/18 83/16 90/13 95/16
95/22 98/5 129/9 142/24 159/8 159/20
159/25 161/6 169/11 175/6 175/11
183/16 191/18 196/24 201/6 220/17
221/13 239/12 265/14 271/7 285/8
285/19 285/19 288/9 302/20 304/21
305/2 305/5 307/5 309/6 310/2
alternate [4] 142/24 142/24 143/13
143/17
alternates [3] 7/13 7/18 115/13
although [1] 22/19
always [2] 174/10 224/1
am [13] 7/15 9/18 13/8 50/20 81/16 88/2
88/2 101/13 144/1 154/20 163/5 252/2
306/5
amazing [1] 164/24
amendment [4] 49/13 49/25 88/3 89/17
AMERICA [3] 1/3 28/8 301/12
American [2] 21/7 288/10
Americans [1] 80/8
among [6] 115/25 150/12 151/23 224/13
267/9 314/20
amongst [1] 83/6
analysis [1] 5/21
and/or [1] 302/13
Anderson [5] 24/23 40/6 42/19 49/7
50/11
Andrew [1] 10/14
angles [1] 309/9
animal [2] 178/21 191/18
another [18] 23/23 33/19 83/21 171/21
171/22 171/22 171/22 171/24 171/24
221/8 262/12 263/10 272/21 282/25
283/7 285/6 288/11 294/18
answer [12] 2/22 4/21 5/3 23/2 23/10
25/2 80/7 102/20 157/7 210/21 223/7
224/25
answer's [1] 2/24
answered [31] 23/18 24/9 26/16 27/22
42/12 50/24 86/2 86/6 87/10 91/13 93/10
94/20 95/10 97/3 102/19 104/10 104/16
105/15 107/11 109/4 110/21 117/3
121/20 124/22 131/3 134/10 137/14
144/13 147/2 148/1 165/11
answering [1] 177/1

answers [7] 20/13 22/24 22/25 23/7
23/11 23/16 83/10
Anthony [4] 18/22 161/1 177/18 282/6
Anticipated [5] 9/8 16/23 17/14 17/17
18/7 18/19 55/14 66/12 160/24
Antonietta [2] 144/4 144/5
anus [3] 310/22 310/25 311/3
any [316] 6/12 7/4 9/22 15/19 16/1 18/18
18/25 19/11 19/18 20/25 21/1 21/12
22/21 23/1 24/1 24/4 25/2 25/10 26/6
27/12 28/1 28/15 28/17 28/20 28/25
29/20 29/21 29/15 29/19 29/19 29/20
29/20 29/20 29/23 29/23 29/24 29/25
30/14 30/20 30/22 31/3 31/4 32/15 32/16
34/3 34/11 35/11 36/3 36/7 36/10 36/10
36/12 39/12 42/9 42/14 42/14 42/16
42/18 44/13 45/17 45/22 46/6 46/6 46/10
46/15 46/16 46/18 46/20 46/21 46/21
47/17 47/25 48/1 48/3 48/5 48/5 48/9
48/10 48/12 48/18 49/1 49/17 49/20
50/10 50/24 51/3 51/14 51/18 51/11
51/21 51/24 53/19 55/8 55/10 55/10
55/16 55/18 61/10 63/25 64/20 64/21
65/24 66/1 66/8 66/10 66/17 66/21 66/24
66/25 67/5 67/13 67/16 67/17 67/17
67/23 68/2 68/18 68/22 68/23 68/23
68/24 69/3 69/11 71/21 72/5 73/25 74/16
74/21 74/25 75/10 76/24 77/17 77/25
78/2 78/7 79/4 79/11 80/3 82/11 83/12
83/14 84/12 85/20 86/2 86/2 87/6 87/7
87/9 87/13 88/8 88/16 89/5 89/20 90/25
91/13 92/8 93/9 94/19 95/1 95/23 96/6
96/15 97/3 98/14 99/8 99/9 101/24 102/6
102/8 102/18 104/6 104/9 105/15 106/10
106/19 107/11 108/17 108/25 109/1
109/3 110/3 110/21 111/13 113/7 113/10
113/19 113/22 113/22 113/25 114/3
114/7 114/16 114/21 116/2 118/6 118/13
118/16 119/19 120/11 121/2 121/9
121/20 124/4 124/9 124/22 125/21 126/4
126/7 126/10 126/19 128/21 129/15
131/3 133/11 134/2 134/9 135/16 137/10
137/13 139/10 139/25 140/17 141/8
141/17 141/20 141/23 142/7 142/11
144/13 146/4 146/12 147/2 148/1 148/9
148/12 148/15 148/25 149/8 150/14
150/15 150/20 150/22 151/21 152/7
156/17 157/7 158/4 158/21 158/22
158/22 159/2 159/5 159/9 160/1 160/23
161/5 161/16 176/1 177/13 178/11
179/24 180/22 182/10 183/21 185/15
191/3 195/13 196/9 201/10 201/23
203/17 204/24 205/21 210/2 210/4
213/20 215/25 216/19 218/17 221/21
237/13 237/17 240/8 247/17 250/8
252/25 254/1 254/5 257/25 259/23
261/21 262/23 266/21 271/13 271/17
273/16 276/11 279/20 286/20 289/4
289/17 291/16 292/8 293/24 296/20
297/1 298/1 298/19 300/9 313/22 313/23
314/22 314/23 315/1 315/3 315/5
anybody [39] 25/13 26/18 27/24 28/5
29/9 29/13 30/4 30/14 31/1 32/19 35/14
36/6 36/10 42/11 43/19 45/13 45/21
45/25 46/3 47/24 49/4 51/2 51/17 51/20
52/23 55/5 65/22 66/2 66/11 71/18 92/6
129/21 169/15 200/3 214/11 214/13
231/21 233/24 235/2
anymore [5] 33/20 120/1 153/18 223/22
238/15
anyone [45] 16/1 28/1 28/21 29/7 30/20
30/22 31/3 33/9 36/7 36/12 46/10 46/16
46/20 47/25 48/10 51/24 64/1 67/25

68/11 88/7 99/8 105/18 116/1 116/1
136/15 150/12 150/13 151/23 159/8
159/15 159/19 159/22 167/16 187/19
194/6 214/8 214/25 224/20 224/13
224/19 248/11 313/23 314/20 314/21
anything [43] 3/11 6/19 7/1 20/2 20/3
20/9 28/16 28/18 29/3 34/11 48/24 49/22
51/13 53/15 67/14 78/25 80/13 85/1
87/16 107/20 127/2 157/14 158/11
172/17 175/16 183/14 186/7 186/17
191/1 192/15 194/15 198/2 199/9 210/13
212/21 214/16 224/1 229/15 241/24
242/1 269/18 275/21 281/8
anyway [2] 110/10 238/10
Anywhere [1] 195/24
apologize [10] 81/4 83/23 149/21 202/8
231/17 253/8 263/16 266/9 273/21
278/16
apparently [2] 265/25 266/10
appear [5] 3/23 154/24 300/5 309/23
311/17
appears [8] 71/12 296/3 306/17 306/19
307/13 307/21 310/2 310/22
applicable [4] 67/22 68/8 68/14 160/18
application [6] 302/8 302/9 302/12
302/15 302/16 303/22
application's [1] 303/11
applied [2] 31/3 303/1
applies [5] 114/6 126/13 142/1 148/18
224/12
apply [4] 68/1 79/1 79/2 156/10
appreciate [4] 3/8 130/13 176/2 176/5
appreciated [1] 2/14
apprehend [1] 139/20
apprehensive [1] 307/21
approach [17] 69/8 109/9 114/10 114/14
126/17 131/13 148/23 188/19 193/1
203/9 204/6 249/17 256/17 256/18
260/14 288/20 291/2
approaches [2] 306/22 306/25
appropriate [1] 280/4
appropriately [1] 151/10
approximately [17] 179/6 179/18 271/5
271/23 280/24 282/3 282/6 282/10
282/11 282/18 283/16 283/25 302/23
308/5 308/7 309/24 311/14
April [4] 288/2 290/18 299/12 301/18
April 27 [4] 288/2 290/18 299/12 301/18
ArcelorMittal [1] 33/12
are [217] 2/18 3/10 7/12 9/12 9/19 16/14
17/6 17/10 17/25 18/17 18/21 22/9 22/10
22/11 22/15 22/24 23/3 23/9 23/14 23/25
24/1 24/9 24/17 24/25 25/1 25/5 25/7
25/9 25/15 26/9 26/12 26/19 27/6 27/18
29/16 31/6 32/10 32/10 32/11 32/25
32/25 34/8 34/17 35/2 35/15 36/18 39/7
40/24 42/14 42/19 43/6 43/9 43/14 43/21
45/24 46/25 48/15 49/5 50/9 50/19 51/4
56/16 56/17 66/6 66/17 68/5 73/4 73/12
83/16 83/16 87/19 88/1 88/6 88/22 90/1
90/4 91/4 91/7 94/23 96/1 96/18 96/22
101/14 101/20 104/13 106/8 106/22
107/1 110/15 113/23 114/13 115/5 116/5
119/19 119/23 120/9 121/11 121/14
124/13 124/16 126/4 135/13 135/22
135/22 141/18 143/8 144/5 145/24
146/15 146/18 148/9 148/21 150/10
150/22 151/12 151/22 154/11 155/2
155/15 156/9 156/20 156/23 156/24
157/8 157/16 157/19 158/18 158/24
159/23 160/22 160/25 165/16 172/8
172/13 173/18 173/18 174/1 174/1
174/11 174/13 174/15 174/25 175/15

## A

are... [74] 176/25 177/21 177/25 180/7
180/18 184/16 186/1 198/18 203/7
203/25 212/19 214/4 214/5 214/5 214/5
224/22 225/20 226/13 226/17 237/18
237/23 251/15 251/20 257/8 258/1
258/19 258/22 258/25 259/9 259/9
259/17 259/19 260/24 261/6 261/12
261/16 263/4 268/11 268/15 270/13
270/20 271/20 272/6 277/12 278/11
279/23 285/23 286/25 288/7 290/1 290/2
290/4 290/8 293/15 293/20 293/21
300/19 300/22 302/15 302/16 302/20
304/22 305/19 306/3 309/25 310/8
311/13 311/14 312/5 314/18 315/4 315/5
316/19 316/25
area [9] 164/2 276/8 309/1 309/6 309/11
309/12 310/16 311/3 311/8
areas [1] 37/10
Ares [1] 56/18
argue [1] 169/3
argument [1] 160/7
arguments [3] 156/22 160/16 170/8
arises [1] 21/19
Army [1] 139/15
around [17] 76/21 161/17 162/8 182/1
188/24 209/22 227/4 241/2 245/3 245/5
257/14 261/9 268/14 276/8 295/3 295/11
309/1
arrange [1] 286/4
array [1] 271/11
arrest [1] 297/20
arrested [3] 46/23 47/3 99/10
arrow [2] 188/17 189/7
articulating [1] 83/10
as [208] 2/2 3/22 6/12 8/18 8/18 10/8
16/15 17/12 18/21 20/18 20/23 20/23
20/24 20/25 20/25 21/7 21/15 22/15
22/17 22/19 22/20 22/25 23/7 23/12
23/12 23/12 24/17 24/18 26/24 26/24
28/2 28/4 28/7 29/22 30/4 33/22 33/24
34/3 34/3 35/4 36/8 36/14 37/7 37/12
38/13 39/15 39/16 41/4 43/11 44/9 45/7
45/15 46/21 47/19 48/7 49/1 49/1 51/15
51/15 51/23 53/23 53/23 55/12 65/24
66/16 67/19 67/22 68/21 73/25 82/3
82/10 82/18 83/11 84/17 85/4 85/11
88/6 88/16 88/17 89/7 91/24 95/12 95/17
97/23 99/9 106/12 111/8 111/13 114/1
115/9 115/9 116/9 120/15 121/24 123/17
124/7 126/8 136/9 136/21 140/19 141/21
148/13 152/10 152/17 156/2 156/7
156/10 156/14 156/17 157/12 157/25
157/25 158/17 158/18 161/1 161/11
161/23 163/5 165/1 165/2 166/1 166/13
167/6 167/9 168/2 168/20 172/8 173/21
173/21 175/11 176/4 180/7 189/15
189/17 197/25 201/11 202/20 203/4
206/25 212/1 216/1 217/11 217/11
223/22 223/22 225/7 225/14 255/16
256/3 256/5 257/9 263/10 271/11 274/12
278/13 279/24 280/2 280/8 288/7 288/9
288/23 289/12 292/20 293/3 293/3 293/3
293/10 296/10 296/22 299/6 299/19
299/25 300/2 301/13 301/14 302/6
302/16 302/25 303/2 303/23 304/17
306/19 306/22 306/25 307/1 307/1 307/2
307/8 307/21 307/22 308/10 308/14
309/2 309/3 309/4 309/12 309/16 310/2
310/8 310/10 310/22 310/23 311/4 311/8
313/7 314/8 314/8
Ashley [1] 183/13

Asian [2] 166/4 191/5
aside [11] 47/22 66/21 77/7 77/12 96/12
106/15 108/18 121/3 140/24
146/7
ask [74] 3/5 6/6 6/20 6/21 15/25 18/10
18/13 19/19 22/16 22/23 23/20 24/9
24/10 24/18 25/1 30/1 32/21 34/11 42/13
68/21 69/11 69/12 70/5 71/21 72/5 75/3
78/3 79/3 86/1 88/6 90/18 91/12 97/2
104/18 107/10 110/20 113/16 114/10
114/17 117/2 121/19 124/21 124/25
125/23 126/20 129/11 131/2 141/11
144/12 146/3 147/1 147/4 149/24 153/21
165/4 170/8 177/13 179/3 181/23 188/8
192/17 201/13 202/7 216/2 217/20
222/11 226/7 226/9 230/8 230/10 230/12
278/15 287/19 289/3
asked [28] 3/25 6/1 15/25 22/18 23/9
41/25 68/20 68/24 78/5 99/3 109/16
128/15 142/19 165/3 165/4 175/10 186/7
202/11 202/12 205/9 227/5 230/15 233/9
234/25 248/8 248/9 286/5 286/12
asking [15] 13/4 23/14 85/24 90/11 91/10
96/25 107/8 116/21 124/19 130/21
236/24 242/20 248/6 250/18 286/10
asks [2] 205/19 290/12
asleep [3] 193/16 194/17 194/19
aspect [3] 84/5 172/12 172/13
assault [2] 48/1 123/12
assertions [1] 169/15
assigned [3] 271/20 271/22 271/24
assist [1] 156/6
assistant [3] 36/9 163/6 305/5
associated [4] 48/11 48/18 88/7 304/22
Association [5] 48/12 49/1 49/11 51/3
88/8
assume [2] 173/7 173/8
ate [1] 236/16
ATF [3] 43/22 44/9 44/14
ATM [7] 282/7 282/11 282/25 283/7
283/17 284/10 284/21
atmosphere [2] 23/9
attempt [2] 150/19 315/2
attempted [1] 139/17
attempting [1] 307/11
attend [1] 286/7
attended [1] 286/8
attention [32] 50/21 85/23 90/11 91/9
96/24 110/17 116/21 121/16 130/20
144/10 146/20 172/1 172/2 176/22 183/24
220/3 229/11 256/16 258/11 259/6 262/3
262/8 262/25 265/15 266/4 272/2 277/8
290/7 294/8 295/19 299/7 312/22
attorney [9]  1/13 36/8 68/15 118/25 119/7
163/6 305/2 305/6 312/7
Attorney's [3] 30/25 46/5 46/7
attorneys [3] 42/15 42/15 118/21
audible [20] 3/13 113/18 113/21 113/24
114/2 114/8 126/1 126/3 126/6 126/9
126/15 141/14 141/16 141/19 141/22
142/2 142/5 204/7 210/3 222/10
audio [1] 309/15
August [1] 172/25
Augustin [1] 305/3
Augustin-Birch [1] 305/3
authorization [2] 258/21 297/20
authorized [1] 301/21
automatically [1] 174/15
available [4] 3/24 5/22 302/7 302/8
Avalanche [2] 296/17 297/11
Avenue [3] 288/4 290/20 301/19
avoid [1] 162/9
awaiting [1] 151/24

## (right column top)

awake [1] 193/14
aware [5] 4/2 139/8 258/25 259/13 290/8
away [7] 24/4 44/7 161/12 161/21 162/4
187/12 188/11
awesome [2] 178/8 186/4
awful [4] 27/11 73/12 151/4 161/15
awkward [2] 194/12 198/10

## B

B-A-L-L-E-R [2] 80/24 81/1
B-A-U-E-R [1] 81/1
babies [1] 303/20
back [65] 31/16 31/20 34/6 39/1 39/2
39/20 40/23 44/23 45/1 72/13 95/25
104/12 119/22 129/7 165/20 166/16
187/2 195/12 197/21 201/19 209/7
211/19 214/12 221/5 221/7 224/21
224/22 225/10 225/15 236/6 236/10
238/12 238/13 239/9 239/24 239/25
240/1 241/11 243/19 243/19 243/23
244/16 246/16 249/12 251/2 251/10
251/20 253/24 284/5 285/1 285/6 295/13
300/20 304/7 306/24 307/4 307/7 307/9
307/11 307/19 309/12 310/15 311/4
311/10 312/22
background [4] 23/20 272/24 310/4 310/7
bad [12] 76/24 101/24 170/15 170/15
171/6 172/6 172/17 173/2 174/10 174/25
175/20 214/6
bag [2] 207/11 288/14
Bailey [1] 9/23
ball [10] 19/14 19/15 19/18 19/19 177/5
177/7 177/7 177/9 177/12 177/14
Baller [1] 80/22
bank [1] 271/13
bankruptcy [4] 118/24 119/2 119/5 119/6
Barbara [1] 304/16
barely [4] 155/6 165/7 165/8 165/10
barrel [14] 166/25 197/18 200/22 200/24
200/25 214/24 215/1 215/3 215/4 215/5
215/6 236/20 239/2 243/24
Barton [3] 33/12 33/20 35/19
base [2] 133/19 141/4
baseball [3] 40/10 40/12 216/7
based [11] 5/18 6/20 67/2 67/20 68/12
80/9 114/5 126/12 141/24 148/17 222/12
basically [8] 40/15 189/21 190/5 190/7
197/2 223/16 223/18 229/17
basis [7] 41/18 82/14 166/10 167/2
174/21 299/25 301/14
basketball [2] 38/9 40/2
bathroom [1] 310/14
bathtub [3] 310/1 310/1 310/2
Batson [1] 81/23 143/19
Bauer [7] 24/22 38/6 52/21 59/14 80/23
83/17 85/15
be [219] 5/6 5/7 6/12 7/13 7/17 13/3 15/2
16/14 17/3 18/1 18/21 18/24 19/1 19/10
19/19 19/23 20/16 21/4 21/10 22/1 22/7
22/18 23/1 23/2 23/9 23/12 23/21 23/25
24/1 24/4 24/15 25/3 25/7 25/10 27/11
28/25 29/8 32/11 32/16 34/4 35/11 36/3
45/14 45/18 45/23 46/8 46/13 47/5 50/7
65/23 65/25 66/6 66/8 66/19 66/24 67/1
67/11 68/9 71/12 71/25 74/1 74/5 74/8
74/9 74/13 77/15 79/3 80/2 80/3 80/4
80/12 82/2 85/10 87/14 90/21 96/8 97/11
98/10 101/21 106/16 109/20 111/14
113/8 116/11 118/14 121/2 121/22
128/25 130/13 133/12 137/11 139/8
139/11 140/1 142/20 142/23 146/5 146/8
146/10 149/25 150/5 150/10 151/2 151/7
151/15 151/16 152/9 152/20 153/4

**B**

be... [110], 153/14 153/14 153/25 154/5
154/24 155/6 155/11 155/19 156/8
156/9 156/13 156/14 156/20 157/2
157/12 157/13 157/15 158/3 158/13
160/8 161/1 161/4 161/6 161/18 163/19
163/24 164/11 164/20 165/2 165/17
167/2 167/21 169/15 170/9 170/17
170/23 170/24 171/14 171/18 173/15
173/20 173/20 174/2 174/10 174/11
174/12 174/12 175/6 176/15 176/23
177/14 180/7 184/16 185/12 185/12
187/1 188/4 191/12 192/18 194/19
206/12 206/24 208/3 209/15 212/1
215/12 215/13 219/15 219/20 224/18
225/15 225/25 226/1 237/14 243/25
254/24 257/5 257/10 258/21 260/6 260/9
260/11 260/19 262/12 264/3 264/6
264/17 265/1 265/8 265/11 266/5 266/25
267/7 267/9 268/19 269/1 270/8 274/1
277/13 279/23 280/4 282/25 286/5
295/17 296/3 301/1 302/12 307/13
309/24
beads [1]  223/17
Beal [2]  10/8 30/4
bear [1]  149/22
bearing [3]  85/13 130/9 288/15
bears [1]  175/8
BearShare [1]  56/19
became [1]  162/12
because [67]  3/6 4/2 9/21 16/14 18/15
21/8 21/10 21/10 24/2 25/6 29/2 29/7
32/23 45/19 45/23 77/2 79/22 82/11
82/20 84/3 84/3 84/23 89/17 102/2
107/25 109/20 109/23 128/2 153/20
163/22 166/22 167/6 167/8 170/6 172/11
172/14 172/17 173/6 173/14 173/19
174/11 174/15 174/23 175/11 175/17
183/2 189/6 189/21 194/14 200/20
200/25 208/18 211/2 211/24 211/25
215/2 217/13 223/21 235/8 238/21 239/2
249/12 258/2 269/2 269/4 274/2 282/6
becomes [2]  19/18 177/13
becoming [1]  271/1
bed [21]  192/24 193/4 193/8 193/9
193/11 193/12 195/12 207/11 218/9
218/10 219/1 290/23 303/10 306/15
306/16 306/22 306/23 308/8 308/10
308/13 309/2
bedding [1]  295/21
Bedford [1]  264/25
bedroom [2]  288/17 290/23
beds [2]  217/23 218/8
been [77]  2/12 5/18 8/15 16/1 18/8 23/12
25/22 28/7 28/9 29/8 30/20 30/24 36/13
39/12 42/16 46/17 48/1 48/3 48/11 48/17
48/24 66/13 73/24 74/12 85/22 85/23
88/7 90/11 91/10 96/25 97/7 99/4 101/15
105/18 107/7 115/13 115/23 116/15
116/21 118/11 124/18 130/17 130/21
151/8 156/2 170/16 173/4 173/12 175/2
187/12 187/15 191/16 200/8 209/9
211/22 216/11 218/2 224/10 224/12
253/21 253/23 255/20 270/24 271/22
273/1 276/1 288/23 289/12 290/8 291/5
293/4 293/10 296/10 298/7 299/19
302/25 303/15
before [49]  1/9 2/8 5/13 6/15 18/13 19/3
19/11 19/23 20/2 20/9 20/22 21/3 25/8
41/25 67/11 93/18 113/17 115/12 125/25
141/13 148/4 154/7 154/13 155/1 160/20
162/9 166/22 170/8 187/4 188/3 189/13

202/10 229/25 230/3 248/4 248/13
266/25 271/8 278/1 280/14 281/9 281/25
304/6 304/8 308/2 312/13 312/16
began [2]  5/13 282/6
begin [8]  6/11 21/3 22/15 30/3 159/13
160/5 272/10 315/7
beginning [5]  197/19 235/11 260/25
272/3 303/1
begins [3]  287/22 308/16 308/24
behalf [1]  151/10
behave [1]  47/16
behavior [3]  168/18 168/18 168/19
behavioral [1]  168/17
behaviors [1]  168/20
behind [7]  163/3 193/7 193/10 206/24
208/18 240/16 306/24
being [58]  9/1 16/12 21/23 24/2 28/13
44/6 46/21 46/22 48/25 50/3 51/22 55/17
66/14 70/1 85/9 85/16 89/6 89/8 92/2
96/18 98/24 99/9 99/10 100/18 130/12
139/2 144/2 151/5 157/1 157/5 160/3
164/16 165/1 166/2 167/5 167/10 169/7
169/7 169/15 183/25 185/7 257/5 265/18
265/20 271/8 275/6 279/11 282/15
282/18 283/8 283/18 283/18 283/24
286/12 286/18 300/4 304/21 307/10
belief [4]  73/25 79/22 80/1 80/8
beliefs [2]  55/10 89/17
believe [66]  29/9 29/11 44/12 48/7 49/16
69/20 71/10 74/7 75/24 76/9 77/13 80/1
80/6 80/12 82/12 82/20 83/24 90/23 96/9
100/16 101/12 127/14 128/1 142/16
156/25 158/3 158/4 170/16 180/11
184/15 187/11 187/11 187/21 188/12
191/23 199/23 202/24 209/23 210/14
214/22 217/11 217/24 219/23 220/5
221/15 229/3 229/24 233/25 236/7
238/17 238/19 239/2 239/16 241/5 241/9
241/16 244/12 245/15 268/6 279/4 282/5
286/1 291/11 294/16 294/18 300/23
believes [1]  29/7
bell [1]  189/21
belonged [1]  297/11
bench [34]  69/9 70/10 70/15 72/23 73/1
75/14 75/21 85/3 100/19 100/21 102/17
109/9 114/10 114/15 115/20 126/18
127/1 127/7 127/10 127/13 127/15
127/21 127/22 130/8 131/13 131/16
134/8 142/6 148/24 149/19 249/19
250/11 267/6 269/25
bendable [1]  214/5
besides [6]  176/3 184/19 186/17 189/12
198/2 228/2
best [15]  20/23 23/24 70/2 70/22 146/1
201/5 201/6 202/16 204/18 217/4 238/8
249/13 279/11 285/23 286/1
bet [1]  239/6
Beth [2]  91/6 91/7
better [5]  21/11 71/4 73/16 185/12 224/5
between [10]  174/3 191/13 210/20 211/3
221/22 235/12 273/7 302/10 304/7 312/6
beyond [11]  67/10 158/15 160/13 163/10
169/22 169/25 170/2 173/21 175/24
301/15 301/16
Bianca [1]  91/7
bicycle [1]  183/10
bicycles [3]  183/8 183/11
big [7]  16/9 73/13 164/6 164/16 165/23
191/17 272/1
Biggs [1]  10/10
bike [2]  183/7 183/13
bikes [2]  162/15 228/12

Bing [30]  56/9 57/8 58/6 58/25 59/23
60/21 61/21 62/17 62/20 63/15 63/17
64/10 64/13 65/6 65/9 65/9 86/22 92/21 94/4
103/13 105/2 108/19 121/3 121/4 122/10
122/12 125/6 134/21 138/7 144/25
147/11
Birch [1]  305/3
birthday [4]  187/19 187/24 188/1 231/3
birthdays [1]  230/21
biscuits [2]  215/7 236/22
bit [17]  23/17 25/4 95/25 104/22 124/25
188/17 210/22 221/25 224/5 231/15
242/2 243/19 244/16 250/14 250/21
250/22 256/9
BitComet [1]  56/20
BitTornado [1]  56/20
BitTorrent [1]  56/20
black [5]  166/3 182/7 288/14 296/17
297/11
blank [2]  308/11 311/11
Blockton [3]  288/4 290/20 301/19
blogs [1]  159/2
blood [4]  167/13 196/19 198/4 198/5
blue [4]  182/7 182/7 303/5 306/16
blurry [1]  254/6
body [4]  194/25 195/20 308/21 309/1
Boillot [3]  85/18 87/19 89/21
Bolonka [1]  10/14
Bonner [2]  10/18 30/6
bonus [1]  263/8
books [1]  73/12
born [1]  178/2
both [47]  7/12 36/4 56/1 56/2 57/25
58/21 59/18 59/19 60/15 61/16 64/5 65/1
68/11 68/25 74/1 86/15 92/13 104/19
104/20 108/3 108/6 108/7 111/3 111/21
111/22 122/3 125/23 129/18 130/7 133/9
138/1 138/2 143/8 144/20 147/5 149/23
154/7 158/1 170/19 170/20 193/12
227/18 245/1 250/20 250/21 250/22
309/25
bottom [8]  17/7 188/14 211/11 274/8
296/23 299/7 299/15 310/18
bought [13]  168/10 183/3 183/4 183/4
183/10 183/13 212/23 212/25 213/1
213/2 213/4 228/12 228/13
box [18]  24/18 25/2 25/5 25/8 72/4 74/24
77/24 83/3 85/22 102/16 116/5 116/15
129/3 130/17 134/7 149/24 151/4 295/17
boy [11]  25/20 162/12 164/24 165/2
165/7 165/10 165/15 169/13 260/6
272/21 303/8
Boykin [1]  10/20
BoyLove [1]  303/9
boys [8]  168/16 168/21 169/7 169/9
174/9 269/5 269/6 303/6
branch [1]  159/2
brand [1]  164/22
brandished [1]  170/2
brandishing [4]  8/25 21/22 28/12 167/4
break [6]  32/10 150/7 163/25 164/13
175/6 210/21
break-ins [1]  32/10
breast [1]  309/1
breasts [1]  307/1
Brian [2]  10/24 30/6
brief [1]  270/12
briefly [2]  193/1 262/2
bright [1]  241/17
bring [4]  129/15 169/13 251/10 264/11
broadcasting [2]  154/25 155/20
broke [1]  265/25
broken [4]  265/25 266/1 266/3 266/16

USPCcase 2:11-cr-00068-JDL-APR document 229-3 filed 11/14/13 page 324 of 354

# B

brother [19] 40/10 45/5 75/4 75/9 75/23
77/9 96/5 102/25 113/22 119/21 120/20
120/2 123/24 124/1 124/5 228/8 230/22
230/24 230/25
brothers [3] 183/5 187/23 227/12
brought [7] 22/4 162/23 248/1 284/5
285/1 285/6 297/23
Broughton [2] 10/24 30/6
building [1] 100/4 119/1
Bujaki [4] 116/13 116/16 116/19 118/18
bulked [1] 188/16
bulking [1] 189/6
bull [3] 164/22 186/13 186/15
bunch [2] 173/17 190/5
burden [6] 67/7 67/11 67/13 163/12
163/13 163/13 170/6 175/23
burdened [1] 25/10
bureau [2] 270/21 271/8 296/16
burglary [3] 75/5 75/10 75/24
burned [2] 197/15 197/25
burning [1] 167/13
business [7] 25/11 129/13 257/12 259/15
259/17 261/7 261/13
businesses [1] 32/10
busted [2] 188/13
butt [5] 195/2 197/12 197/24 198/3 198/5
buy [12] 70/2 70/22 84/23 183/2 183/12
183/14 212/21 228/10 228/15 228/17
248/3 263/4
buying [2] 183/6 228/7
Byron [2] 13/22 30/9

# C

cab [3] 236/12 239/18 239/23
cafeteria [1] 42/3
Cal [1] 135/21
caliber [3] 288/8 288/8 288/10
California [3] 31/16 45/3 271/21
call [29] 9/22 24/16 25/25 84/2 85/17
116/12 120/1 127/18 132/17 143/24
153/9 153/11 154/8 160/9 160/10 168/4
177/23 203/1 208/24 226/11 228/4 231/3
231/10 231/14 231/14 231/21 232/11
271/13 315/12
call it [1] 132/17
called [25] 8/11 24/17 25/7 55/9 128/6
151/3 152/3 158/9 166/6 171/20 174/21
174/22 203/12 231/7 231/15 231/15
231/16 231/20 231/25 232/7
232/12 232/14 233/6 265/16
calling [5] 15/2 174/24 176/6 188/1 267/1
calls [4] 23/8 176/9 254/17 270/2
came [23] 79/16 79/20 86/8 101/7 166/20
166/22 167/15 197/25 198/4 198/5
198/15 204/16 207/23 239/24
240/1 243/19 243/19 244/15 251/2
253/24 271/13 272/21
camera [15] 166/3 188/16 189/6 190/13
190/24 247/22 247/23 248/4 306/18
306/19 306/20 307/8 307/19 310/18
311/9
can [143] 8/7 8/8 10/3 13/2 17/18 19/13
20/23 21/12 23/12 24/7 34/21 44/14
45/24 47/22 52/6 56/4 65/10 67/11 70/2
70/22 71/4 71/25 77/1 77/7 77/13 78/25
80/3 84/23 90/8 92/4 98/12 98/15 100/19
116/5 121/7 127/2 128/16 128/25 129/11
129/14 134/6 136/9 136/13 137/15
142/20 143/17 152/11 153/14 153/18
155/1 155/6 155/17 165/2 166/25 167/21
167/24 177/1 177/4 178/17 179/14
179/16 182/5 185/9 185/11 187/3 188/11

188/23 191/7 194/25 195/3 196/12 197/1
197/14 203/20 205/2 205/12 206/3
206/12 212/15 223/8 224/4 224/5 224/15
229/4 225/3 225/24 225/17 226/9 226/9
229/4 247/7 254/8 255/1 256/9 256/18
257/2 258/12 258/14 260/24 262/3
263/14 263/15 263/24 264/10 264/3
265/16 266/8 270/10 271/4 273/12 274/4
277/2 277/9 280/1 281/12 282/8 288/24
289/1 289/10 289/23 289/25 291/6
291/25 295/3 295/8 295/15 297/12 299/2
299/5 299/8 299/24 302/12 307/1 307/24
309/14 309/16 309/21 310/3 310/23
310/24 311/5 316/12 316/20
can't [22] 21/10 71/7 77/5 96/12 106/15
106/17 109/25 110/1 116/3 129/10
140/11 140/12 198/8 216/16 220/5 220/6
231/1 240/4 275/19 283/6 294/20 309/15
candy [8] 161/12 161/18 162/2 162/9
163/4 164/25 164/25 169/21
cannot [10] 21/14 21/16 22/21 24/6 45/25
66/19 66/21 67/23 67/25 159/14
Canton [1] 285/14
CAPP [1] 1/13
captured [1] 311/9
car [4] 161/12 166/20 246/25 294/18
card [17] 217/15 263/2 263/3 263/4
263/25 264/4 264/14 264/14 264/15
264/18 265/21
care [8] 164/23 168/23 186/5 186/11
186/15 247/8 249/14 255/19
career [1] 83/25
carefully [2] 26/5 25/8
carried [2] 166/23 168/8
carries [1] 24/2
carry [2] 24/4 167/7
cartoon [1] 190/4
cartridge [1] 213/5
case [212] 7/17 7/18 8/11 8/12 16/4
16/23 17/18 18/20 18/23 18/25 19/15
20/23 21/2 21/19 22/2 22/14 22/17 23/4
23/22 25/12 28/8 28/16 28/18 28/21
29/14 29/16 29/22 32/17 34/4 35/12
37/14 38/4 38/15 38/24 39/17 40/4 40/21
41/7 41/20 42/7 43/17 44/21 45/11 45/16
46/4 46/14 47/20 48/8 48/22 49/2 49/15
49/22 50/3 51/11 51/15 51/23 55/13
55/14 55/17 65/24 66/15 66/20 66/23
67/4 68/5 68/6 68/16 68/19 71/15 74/2
76/2 76/16 77/9 77/10 79/3 80/3 87/14
88/13 88/17 89/7 90/13 90/22 92/2 96/8
97/12 98/10 98/25 100/4 100/5 100/14
101/2 101/22 102/3 106/13 111/14 113/8
113/17 113/23 114/1 114/6 115/25
118/14 121/3 124/7 125/25 126/5 126/8
126/14 128/12 132/6 133/12 133/20
137/11 139/11 140/1 140/20 141/5
141/13 141/18 141/21 142/1 142/18
146/5 148/4 148/10 148/18 150/1 150/12
150/15 150/16 150/17 150/20 150/21
150/22 150/22 151/17 151/23 152/2
152/4 152/5 152/6 152/8 156/3 157/16
157/18 157/25 158/7 158/18 158/22
158/23 159/3 159/4 159/8 159/9 159/12
159/14 159/14 159/16 159/19 159/22
160/1 160/24 161/3 161/5 163/8 163/12
169/17 170/7 171/15 171/17 172/23
173/1 174/17 175/11 177/10 224/13
233/10 233/13 233/16 250/4 250/6
259/12 267/8 267/8 267/9 268/1 268/2
269/11 269/12 269/13 272/8 272/8 275/4
293/7 299/2 299/4 300/24 301/14 301/15
301/15 308/2 312/4 312/8 314/20 314/22

314/23 314/25 315/3 315/4 315/5 315/6
317/1
case's [1] 9/7
cases [4] 11/17 126/17 226/1 226/2
cash [2] 264/2 282/7
cashed [1] 101/2
casing [1] 213/4
Cassandra [2] 110/12 110/15
catcher [5] 223/4 223/11 223/13 223/15
223/20
caught [2] 168/25 210/18
cause [33] 46/13 78/8 78/11 79/3 79/9
79/11 79/13 80/12 80/15 82/11 84/23
114/22 129/14 129/19 129/21 142/11
142/16 143/3 149/4 160/4 173/10 199/6
199/13 203/2 209/16 210/18 214/11
217/10 219/8 219/15 230/11 247/3
253/23
cell [5] 150/18 159/17 231/12 265/12
315/1
certain [16] 17/23 66/4 82/21 83/1 156/20
157/8 168/2 175/19 211/17 216/16
228/18 229/1 229/13 236/9 251/6 264/18
certainly [4] 13/19 24/3 24/6 85/10
certified [2] 298/12 300/2
certify [1] 317/5
chain [6] 213/1 284/5 285/1 285/6 310/10
313/14
chains [7] 213/3 213/17 214/3 214/4
313/1 313/8 313/13
chair [5] 176/24 218/7 219/1 254/25
270/8
challenge [8] 78/8 78/11 81/24 114/21
142/11 142/15 143/19 149/4
challenges [1] 79/9
chance [1] 240/10
change [3] 4/14 4/25 8/16
changed [1] 5/19 119/22 239/3
changer [1] 239/2
character [2] 85/11 178/19
charge [9] 50/3 132/20 132/23 166/10
173/11 173/13 173/20 273/5 298/4
charged [17] 7/12 28/9 29/12 46/23 67/8
68/15 68/17 73/24 74/8 74/13 75/24 99/4
99/11 99/16 100/18 142/25 163/15
charges [14] 22/7 29/2 29/3 89/8 158/8
158/10 158/12 170/10 174/1 175/24
176/2 297/23 298/2 298/4
charging [3] 21/19 22/6 167/3
Charles [2] 284/21 299/6
check [1] 19/7
checking [1] 15/21
checks [1] 101/2
Chevy [2] 296/17 297/11
Chicago [1] 135/21
Chicantek [4] 11/1 30/6 163/8 296/21
Chicken [3] 190/2 190/3 190/4
child [70] 8/24 18/18 18/19 18/20 18/23
21/22 28/12 40/14 46/19 55/11 55/12
65/25 131/23 132/24 132/25 133/6
160/23 160/24 160/25 161/3 161/17
161/19 161/23 161/23 161/24 162/10
163/1 163/4 165/25 166/11 168/20
168/23 168/24 169/3 169/11 169/14
170/1 172/3 173/9 173/12 175/12 175/13
181/5 181/9 192/10 192/13 249/24
271/13 286/18 287/10 292/24 292/25
293/2 298/5 299/11 302/23 303/17
304/19 307/18 308/6 308/9 308/10
308/12 309/7 309/12 310/10 310/13
310/14 311/5 311/10
child's [9] 308/18 309/19 310/19 310/21
310/25 311/1 311/3 311/7 311/7

**C**

childhood [1] 174/14
children [30] 9/16 36/14 36/16 36/22
37/22 37/24 38/10 41/15 65/23 82/22
82/23 82/24 83/4 83/20 84/9 90/17 95/16
96/3 97/11 137/1 137/2 138/22 161/11
162/1 169/6 191/3 191/4 191/12 191/16
271/19 304/16 304/17 305/19 309/23
310/9 311/14
children's [2] 83/1 310/6
children-SF-LMAN [1] 304/16
Chris [16] 11/17 15/5 30/7 30/11 152/23
162/13 180/17 180/18 181/15 181/21
183/19 214/22 230/17 231/18 243/23
244/2
Christmas [2] 228/15 228/17
Christopher [3] 85/18 87/19 153/1
Chrome [2] 103/12 103/13
Ciba [1] 24/8
circle [1] 223/16
Circles [1] 189/11
circumstances [1] 9/22
circumstantial [3] 157/20 157/22 158/2
citation [5] 275/23 276/5 276/6 276/7
282/17
citations [3] 255/19 271/12 314/3
cities [1] 34/20
citizen [2] 22/19 22/20
citizens [2] 21/7 176/4
city [7] 45/2 91/16 135/21 140/9 180/10
264/24 285/13
civil [2] 55/7 111/3
claimed [1] 288/11
claims [2] 157/21 272/10
clarify [1] 23/24
clarity [1] 19/23
claymation [1] 190/6
clear [1] 143/21
clearly [1] 309/14
clerk [4] 24/8 176/17 254/20 270/3
client [1] 174/18
clients [1] 145/24
climb [1] 278/9
clitoral [3] 309/6 309/12 311/3
close [49] 16/1 26/22 30/20 30/22 31/3
33/9 33/10 34/10 36/7 36/10 36/12 40/8
42/14 43/4 43/6 43/13 46/10 46/16 46/20
47/25 48/6 48/10 49/8 50/21 76/2 85/23
88/7 90/11 91/9 96/24 99/8 101/15
110/17 116/20 121/16 123/22 124/2
130/20 131/25 133/4 142/17 144/10
145/22 146/1 146/20 150/6 232/7 237/18
237/19
closed [1] 165/9
closely [1] 279/5
closer [6] 79/24 100/24 127/11 167/10
256/10 277/12
closes [1] 166/25
closest [1] 193/9
closet [3] 54/12 54/13 54/14
closing [2] 156/22 170/8
clothes [1] 167/12
clothing [4] 161/20 182/6 193/23 193/25
Cloud [1] 284/10
clue [1] 251/17
co [2] 19/8 163/7
co-counsel [2] 19/8 163/7
coach [13] 36/14 37/9 37/13 38/8 38/14
83/17 83/17 118/8 136/19 136/19 136/20
136/25 137/8
coached [3] 40/1 40/1 87/11
coaches [3] 36/21 36/22 83/16

coaching [5] 37/6 82/21 83/3 84/4 138/21
coast [2] 282/1 282/4
Coeur [1] 282/23
Coldiron [21] 255/13 255/14 256/17
255/20 255/22 255/24 256/8 256/12
257/12 260/5 260/7 260/9 260/13 261/2
261/7 262/6 263/11 265/6 265/9 266/12
273/9
Coldiron's [1] 256/6
colleague [1] 170/7
collectively [1] 22/18
college [1] 61/9
color [3] 197/3 280/1 294/23
colored [1] 310/17
combination [1] 83/9
ComChek [4] 262/25 263/1 263/2 263/4
Comdata [91] 261/1 264/12 264/14 264/14
255/20 255/22 255/24 256/8 256/12
257/12 260/5 260/7 260/9 260/13 261/2
164/22 169/4 170/19 176/15 176/23
192/20 214/12 214/18 224/21 224/22
225/15 254/19 254/24 270/8
comes [11] 73/14 77/9 133/18 141/2
164/1 171/25 172/10 173/6 307/2 308/10
314/25
Comfort [7] 197/17 214/24 214/25 243/18
243/24 285/11 285/19
coming [2] 73/22 162/4
commences [1] 2/8
comment [3] 5/8 69/25 70/25
comments [2] 72/12 72/16
commission [3] 9/1 21/23 28/13
committed [2] 29/12 74/13
committing [1] 158/12
common [3] 16/20 162/8 172/19
communicate [3] 150/21 159/21 315/4
communication [1] 302/10
Community [1] 97/7
Companies [2] 255/13 255/14
company [11] 31/16 31/17 31/25 33/12
33/20 255/12 258/19 258/20 258/22
262/23 278/24
compare [1] 82/24
compartments [1] 247/24
compiled [1] 312/23
complete [3] 185/18 280/3 316/25
completed [1] 160/15
completely [7] 69/1 161/20 166/3 190/14
190/21 302/22 306/18
completely-downloaded [1] 302/22
compliant [1] 161/23
complied [3] 188/25 203/15 289/11
complies [1] 289/24
computer [136] 1/25 55/18 55/24 56/2
56/16 57/1 57/4 57/23 58/2 58/13 58/20
59/7 59/16 59/19 60/5 60/14 60/16 61/3
61/15 61/17 62/4 62/11 62/13 63/22 63/17
63/23 64/4 64/6 64/18 64/25 65/2 65/15
82/12 82/12 86/7 86/13 86/18 87/4 92/10
92/14 93/4 93/17 93/17 93/20 93/22
94/11 95/22 102/20 102/22 102/24 103/4
103/9 104/2 104/17 104/19 104/21 105/9
108/3 108/23 111/17 111/18 112/17
117/9 117/9 117/11 117/14 117/25 122/6
122/17 124/23 125/2 125/16 134/13
134/14 134/17 135/5 137/24 137/25
138/3 138/14 144/17 144/21 145/7 147/3
147/4 147/7 147/20 154/25 155/12
155/15 155/17 165/24 166/1 169/3 169/5
173/14 175/10 175/11 175/11 175/14
188/9 188/22 188/24 189/1 189/12

189/17 189/23 190/1 192/6 192/13
192/15 228/20 228/22 228/24 229/2
229/13 229/16 229/20 232/17 233/1
233/12 283/22 283/24 291/8 291/9 292/17
293/1 293/19 301/21 301/24 301/24
302/3 302/4 302/9 303/16 304/18
Computer-Aided [1] 1/25
computer-related [1] 301/21
computers [11] 121/25 169/2 189/15
290/7 290/8 290/19 292/21 292/23 293/4
301/21 302/10
con [1] 82/24
concept [4] 84/23 172/1 175/17 175/19
concern [1] 7/16
concerned [4] 49/2 51/15 78/24 88/17
concerning [1] 51/2
conclude [1] 157/23
conclusion [2] 79/6 170/16
condition [1] 28/3
conditional [2] 267/20 268/4
conditioned [1] 185/7
conduct [9] 46/17 46/19 150/10 158/17
158/22 272/11 301/23 311/17 311/18
confer [1] 81/18
conference [25] 69/9 70/10 70/15 72/23
73/1 75/14 75/21 85/3 100/21 102/17
114/15 115/20 126/18 127/7 127/10
130/8 131/16 134/8 142/6 148/24 149/19
249/19 250/11 267/6 269/25
configured [1] 302/12
confines [1] 159/6
confirm [1] 274/22
conflict [1] 68/3
confronted [1] 169/12
confuse [1] 222/9
confused [2] 32/23 253/9 254/6
Congress [2] 73/23 74/3 74/12
connected [2] 173/22 302/10
connection [3] 16/20 163/11 167/5
conscience [1] 68/22
consent [3] 296/7 296/16 297/9
consenting [1] 297/10
consequence [1] 27/8
consider [3] 19/16 158/1 177/10
consideration [3] 45/19 45/23 68/2
considered [3] 85/10 156/20 157/13
considering [1] 66/19
consist [1] 156/16
constant [3] 165/17 223/1 223/25
Constantine [1] 11/13
constantly [1] 168/12
constitute [1] 29/13
constrained [1] 6/21
consult [6] 69/4 114/9 126/16 142/3
148/20 158/25
consultant [1] 37/23
consumption [1] 47/4
contact [7] 36/13 41/13 41/16 46/18
82/21 83/25 198/15
contained [4] 3/24 158/8 169/6 302/24
containing [1] 301/22
contempt [1] 160/4
content [7] 7/17 267/3 269/8 269/21
303/18 306/3 306/7
contents [1] 301/10
context [5] 114/5 126/13 141/25 148/17
300/24
continuance [2] 6/6 6/21
continue [3] 151/9 194/21 304/10
continued [1] 101/1
continues [2] 308/17 309/17
contractor [4] 256/2 256/3 256/5 263/11
contractors [2] 258/25 259/3

**C**

control [5] 51/22 74/11 89/6 162/24 185/12
conversation [2] 109/19 242/24
conversations [1] 34/11
Conversely [1] 45/22
convicted [10] 18/9 66/13 106/5 123/12 133/1 140/8 140/13 173/12 273/1 274/15
conviction [3] 123/17 167/8 273/5
convictions [1] 129/8
Cook [1] 132/21
Cooper [4] 146/17 146/18 178/16 178/20
cop [4] 204/15 204/16 205/17 208/1
copied [1] 303/15
copies [4] 280/1 293/2 295/3 295/11
copy [7] 275/21 275/23 294/23 298/12 298/12 300/2 301/5
copyright [1] 78/16
Corbett [7] 27/17 27/18 34/8 41/9 54/15 64/4 81/13
Corey [4] 24/23 42/19 49/6 49/7
corner [2] 206/9 206/25
corporate [1] 263/25
Corps [1] 95/12
correct [7] 2/20 2/25 3/3 4/1 4/3 4/19 8/20 8/21 8/22 9/17 13/12 13/13 17/5 18/3 19/4 19/6 35/5 43/21 44/1 50/8 50/9 52/2 60/7 63/4 81/3 81/9 81/14 83/24 86/13 89/19 104/13 111/19 119/19 112/2 122/5 128/5 129/19 129/20 130/19 143/9 146/18 153/10 154/9 206/5 251/16 257/6 257/7 262/18 265/6 265/7 266/6 266/7 266/13 273/24 274/7 280/11 283/20 284/8 284/12 284/17 285/4 285/16 285/22 286/16 287/16 292/5 297/16 299/14 304/9 312/9 312/12 312/19 314/7 316/3 316/6 316/7 317/5
correctly [1] 2/17
correlates [1] 282/17
correlating [1] 282/23
Cory [1] 40/6
could [57] 5/17 17/8 17/11 39/12 46/2 70/5 70/13 72/24 74/5 75/15 77/12 77/14 79/24 89/14 89/17 89/18 92/6 96/9 98/14 114/3 126/11 127/8 133/14 136/15 140/23 141/23 142/22 146/7 148/15 151/8 151/9 154/1 155/13 160/3 173/5 176/16 190/21 191/12 191/16 208/11 208/22 214/11 217/4 217/15 238/15 246/25 247/1 253/21 255/5 256/25 258/18 260/17 262/9 277/13 286/5 291/21 312/16
could word [1] 17/8
couldn't [15] 25/13 109/18 167/7 167/7 167/16 168/12 191/14 199/12 210/18 211/24 211/24 224/1 224/3 238/15 239/3
counsel [24] 7/5 7/7 19/8 69/4 69/8 100/20 114/9 126/16 126/17 131/15 142/3 143/1 143/19 148/20 148/21 148/23 151/21 152/2 153/7 153/7 163/7 250/1 268/25 280/19
count [18] 8/19 8/24 8/25 9/1 21/20 21/21 21/22 21/23 28/10 28/11 28/12 28/13 33/22 82/13 167/2 167/3 167/4 167/5
country [8] 162/21 164/4 164/12 168/3 172/16 175/1 176/3 252/3
counts [1] 175/23
County [8] 75/23 97/16 98/9 98/18 123/14 123/15 132/21 301/25
couple [13] 31/22 43/6 115/13 115/23 126/22 194/24 220/19 230/5 231/11 234/1 237/14 242/8 295/3

course [9] 21/13 156/13 257/12 259/15 259/17 261/7 261/13 312/16 314/1
court [37] 1/1 1/10 1/21 1/22 2/1 2/3 17/25 70/12 70/19 71/6 66/7 72/10 75/23 76/8 101/4 101/8 109/10 116/6 116/9 119/5 123/13 142/18 150/23 152/17 152/19 153/13 160/1 160/4 225/7 255/6 274/15 295/15 308/2 317/9 317/9
courtroom [11] 20/15 67/3 119/5 151/14 153/5 157/15 157/17 158/19 159/6 182/2 182/2
cousin [1] 91/14 91/20 97/15 97/17 97/18 97/19 98/9 106/1 132/1 132/4 230/22
cousin's [1] 230/21
cousins [2] 132/22 133/6
cover [1] 113/14
covers [2] 308/8 308/13
coworkers [2] 28/20 168/7
CPS [2] 249/21 249/23
CR [1] 1/4
Cracker [10] 197/17 214/24 215/1 215/2 215/4 215/5 215/6 236/20 239/1 243/24
crazy [1] 120/16
cream [1] 162/16
create [1] 257/20
created [11] 162/19 257/14 257/17 259/17 259/19 261/6 261/9 261/15 261/16 281/20 302/15
credibility [2] 158/6 269/4
credible [1] 269/1
credit [1] 263/3
crime [20] 9/1 21/23 28/13 29/8 29/9 46/23 48/2 48/4 99/11 105/18 105/21 106/2 139/14 139/16 143/1 163/15 167/5 167/22 170/3 273/2
crimes [7] 29/13 48/3 67/8 163/11 169/12 271/11 271/19
criminal [10] 21/19 28/8 29/3 36/8 55/8 66/16 100/5 101/17 111/3 128/1
critical [2] 173/20 173/25
cross [10] 172/16 175/1 225/12 226/1 226/3 266/21 311/23 312/1 318/5 318/8
cross-country [2] 172/16 175/1
Cross-exam [2] 266/21 311/23
CROSS-EXAMINATION [4] 226/3 312/1 318/5 318/8
cross-examine [1] 226/1
Crown [1] 97/16
CRR [1] 1/21
CSI [1] 66/16
cuddle [1] 186/3
curled [1] 294/18
currently [3] 106/8 271/20 275/1
curtain [4] 193/7 193/10 208/18 240/16
Customs [1] 272/5
cut [1] 239/4
C:\\users\owner\documents\ [1] 304/14
C:\\users\owner\documents\\limewire\sa [1] 303/25 304/3

**D**

d'Alene [1] 282/24
DAC [1] 265/24
dad [3] 182/23 220/15 231/19
Dad.mpeg [1] 303/4
Dahl [3] 24/21 25/15 26/6
daily [24] 21/13 41/18 44/3 44/4 56/3 56/5 58/3 61/18 63/11 63/12 64/7 65/3 93/23 93/25 94/1 95/23 102/25 108/3 108/10 108/11 111/20 111/23 117/15 144/22
Dakota [3] 212/16 213/18 284/5

Daniel [3] 116/13 116/16 116/17
dark [2] 245/1 310/17
dark-colored [1] 310/17
darker [2] 306/5 306/8
data [6] 3/7 3/9 265/1 302/6 303/16 303/17
date [15] 234/5 258/2 263/14 263/21 264/18 264/21 277/6 277/8 282/14 282/17 283/6 299/10 299/13 301/20 317/8
dated [2] 4/4 266/13
dates [2] 187/17 304/22
daughter [9] 54/16 99/18 100/3 101/21 102/3 113/6 137/6
Dave [1] 228/5
DAVID [130] 1/6 1/13 11/19 28/9 29/14 85/19 130/10 162/7 162/11 162/24 162/25 163/1 163/15 164/1 164/21 165/1 165/5 167/7 167/20 168/8 168/10 169/1 169/18 171/7 172/16 173/2 174/18 181/24 181/24 182/2 182/9 182/14 182/24 184/7 184/8 184/11 184/17 184/19 187/15 189/4 191/23 192/2 194/7 194/10 198/24 199/6 203/3 318/8 207/14 207/24 207/25 209/6 216/10 218/12 219/5 220/2 220/4 220/8 221/1 221/11 221/14 221/19 222/8 222/12 222/20 228/5 228/6 228/7 228/7 229/22 230/8 230/10 230/13 232/7 232/22 232/24 233/3 233/22 235/8 235/20 235/23 236/6 236/10 238/20 240/12 240/23 240/24 240/25 242/2 244/1 244/3 244/5 244/7 245/7 246/14 250/18 250/19 251/3 253/8 255/25 256/5 257/5 259/12 260/5 261/4 262/5 263/8 264/4 265/5 265/20 272/3 272/17 272/22 274/13 274/15 275/7 277/5 277/7 277/21 286/25 287/11 287/12 287/24 290/17 293/20 294/10 294/16 296/19 300/1 301/12 304/25
David Resnick [61] 162/7 162/11 162/24 162/25 163/1 163/15 164/1 164/21 165/1 165/5 167/7 167/20 168/8 168/10 169/1 169/18 181/24 181/24 182/2 182/9 182/14 182/24 187/15 192/2 198/24 203/18 207/24 207/25 209/6 216/10 219/5 220/4 220/8 221/1 221/11 221/14 221/19 222/8 222/12 222/20 255/25 256/5 257/5 259/12 260/5 261/4 262/5 265/5 265/20 272/3 272/22 274/15 275/7 277/5 287/11 287/12 293/20 294/10 294/16 296/19 304/25
David Resnick's [3] 272/11 277/21 286/25
David's [16] 184/15 194/9 200/12 200/16 200/23 201/6 202/17 202/20 209/2 209/4 211/16 217/18 219/13 231/6 231/12 252/5
Davidson [9] 210/20 211/2 211/4 211/18 211/19 251/24 252/6 252/15 252/18
day [29] 1/6 6/16 7/19 56/6 57/5 59/20 60/17 62/14 82/14 86/19 92/17 92/18 104/22 153/20 153/20 165/9 194/24 209/24 233/3 235/13 235/15 235/17 243/21 244/24 244/25 250/14 250/19 297/21 314/19
daylight [1] 167/23
days [13] 9/8 25/12 60/18 138/4 163/9 165/18 187/13 220/19 230/5 231/11 233/6 282/3 285/18
DEA [1] 35/1
deactivated [2] 265/19 265/20
deactivation [2] 265/17 265/18

D

deal [1] 96/3
dealing [2] 96/19 96/19
dealings [2] 29/20 46/6
deals [1] 84/9
decent [2] 166/5 303/8
decide [6] 67/19 68/6 157/16 158/3
158/18 280/14
decided [1] 212/4
decision [3] 133/19 141/4 249/21
declaring [1] 74/12
default [1] 302/15
defendant [96] 1/7 1/17 1/20 7/9 17/23
18/8 21/20 21/25 22/4 22/7 22/22 29/1
29/12 29/14 29/15 29/19 46/14 66/3
66/13 67/6 67/20 68/4 69/1 73/24 75/23
113/19 115/10 126/2 141/15 148/7
149/15 158/8 158/11 158/11 158/13
160/10 160/12 163/13 163/10 164/10
164/10 164/21 165/19 165/21 165/24
166/7 166/11 166/14 166/16 166/17
166/22 167/4 167/10 167/16 168/14
169/10 169/12 169/23 187/15 188/9
189/18 192/5 192/8 192/11 192/21
194/23 195/20 196/9 197/5 197/7 197/10
199/8 207/24 212/21 214/19 267/11
269/5 274/12 274/13 274/14 274/22
279/8 285/24 286/18 286/25 287/24
290/17 296/4 297/20 298/1 300/23
301/13 301/19 302/2 304/25 305/2
defendant's [15] 158/15 166/15 168/18
168/19 170/13 272/24 287/9 288/4
288/14 290/19 290/23 291/8 292/4 292/5
297/12
defender [5] 118/23 120/4 120/22 120/23
120/25
defense [51] 2/9 2/18 3/24 5/7 10/1 10/12
10/16 10/22 11/7 11/11 11/15 11/21
11/25 12/4 12/10 12/14 12/18 14/1 15/3
15/15 15/23 15/25 36/8 71/23 74/18
77/18 78/2 79/4 80/20 80/21 80/21 81/8
91/2 114/19 114/24 124/11 128/7 128/8
128/23 134/4 142/9 142/14 143/1 143/19
149/2 149/6 149/10 154/19 268/25
279/16 279/17
defenses [1] 81/24
definite [1] 17/23
definition [1] 248/11
degree [2] 41/3 68/25
delays [2] 20/25 20/25
deleted [2] 304/19 304/22
deliberate [3] 159/7 159/13 160/19
deliberating [2] 19/16 177/11
deliberation [1] 314/24
deliberations [4] 67/24 150/16 159/12
300/20
deliver [1] 255/15
delivered [2] 162/22 256/4
delivering [1] 251/7
demonstrated [1] 279/9
demonstrative [6] 279/7 279/14 279/19
280/13 281/19 281/23
denial [1] 21/25
Denied [4] 6/17 6/22 79/7 80/16
denies [1] 158/12
dentist [1] 84/9
Dentistry [2] 38/1 38/2
denying [2] 172/16 172/17
department [2] 47/9 119/6
dependent [1] 161/20
depending [1] 39/11
Depends [1] 17/1

depict [2] 305/25 311/17
depicted [3] 161/14 261/10 311/15
depicting [1] 262/15
depictions [1] 309/22
depicts [1] 306/14
deputy [3] 24/8 97/15 98/9
Derringer [3] 288/10 288/16 289/14
Derringer-style [1] 289/14
describe [20] 8/18 52/6 178/6 178/7
186/2 188/11 193/6 193/20 196/17 197/1
198/8 202/11 202/12 205/9 205/16 306/3
306/7 307/24 309/21 310/23
described [12] 22/3 34/3 39/16 97/11
111/13 136/9 140/23 141/6 275/6 288/7
312/3 312/23
describes [1] 174/5
describing [1] 312/18
description [2] 158/10 294/11
design [1] 188/12
designated [2] 302/5 302/16
designed [1] 56/17
designs [2] 189/8 189/8
desire [1] 269/6
desktop [2] 290/24 292/1
detail [1] 86/11
detailed [1] 3/1
details [3] 5/20 175/14 175/15
detective [2] 91/15 220/22
determination [1] 89/14
determinations [2] 51/23 89/7
determine [1] 273/1
determines [1] 262/17
determining [1] 158/6
device [1] 315/2
devices [1] 150/19
dick [1] 191/21
dickens [2] 70/23 72/19
dictionaries [1] 159/1
did [312] 2/15 3/4 3/7 4/15 5/12 16/10
27/20 30/15 31/24 32/5 32/13 33/24 35/3
35/7 35/24 38/8 44/9 45/7 50/21 52/21
55/5 59/8 60/6 62/6 65/22 70/23 71/2
76/12 76/13 83/4 83/21 85/22 90/10 91/9
91/11 93/3 96/24 99/24 102/20 104/2
107/7 108/23 109/15 110/17 110/19
112/17 112/19 113/14 116/18 116/19
116/20 117/25 121/16 122/17 123/17
124/18 125/15 128/9 130/20 132/10
133/7 135/5 137/19 137/19 138/14
139/20 139/23 142/22 144/10 145/7
146/20 147/20 154/25 162/20 172/16
173/2 183/1 183/2 183/12 183/14 183/18
186/9 186/11 186/15 186/22 187/5 187/7
187/19 188/3 188/6 188/9 189/12 189/15
189/17 191/3 191/5 191/9 191/18 191/23
192/15 192/20 193/18 193/25 194/4
194/6 194/10 194/13 194/15 194/19
194/21 194/23 195/15 195/17 195/20
195/22 196/1 196/3 196/5 196/7 196/9
196/22 197/5 197/7 197/12 197/16 198/2
198/7 198/23 199/4 199/8 199/11 199/24
200/5 200/18 201/16 202/20 202/25
204/25 205/5 208/13 208/15 208/19
208/21 208/24 212/11 212/13 212/21
213/6 213/8 214/7 214/10 214/16 214/18
214/23 217/2 217/6 217/20 219/4 219/12
219/14 219/18 220/4 220/5 220/17
220/19 220/23 220/25 221/1 221/7
221/10 221/16 221/18 221/21 222/1
222/3 222/14 222/20 222/21 223/2 223/4
226/23 228/4 228/16 228/25 228/17
228/22 228/24 229/1 229/6 229/12
229/12 229/15 229/25 230/3 230/8

230/10 230/12 231/3 231/5 231/10
231/14 231/21 231/23 233/6 234/19
234/25 235/8 236/5 236/8 236/10 236/14
236/18 236/20 236/22 237/10 237/22
238/25 239/14 239/17 239/17 239/23
240/25 241/1 241/8 241/23 241/24 242/1
242/24 243/5 243/9 243/18 244/7 244/9
244/13 244/16 244/24 245/9 245/12
245/14 245/16 247/12 247/17 247/19
248/3 248/11 249/11 250/13 250/19
250/25 251/5 251/9 252/8 252/11 252/22
252/25 253/2 253/5 255/24 256/3 257/20
257/21 259/12 259/12 266/2 266/2 268/8
269/2 271/1 271/3 271/9 272/10 272/12
272/13 272/24 273/1 273/4 274/22 275/8
275/9 275/13 275/21 277/20 282/23
283/3 283/10 283/14 286/3 286/7 286/9
286/12 286/17 286/19 286/20 287/12
287/17 287/17 287/18 292/17 292/19
293/1 293/6 293/8 294/25 296/7 296/8
297/23 298/1 298/4 305/22 313/2 313/5
314/3
didn't [57] 3/8 16/22 42/13 76/5 77/2 77/2
84/9 140/21 140/22 151/4 165/6 166/21
166/21 172/17 173/10 173/10 181/18
210/19 211/2 219/15 222/6 223/3 223/6
223/9 223/10 228/20 231/7 231/18
232/18 232/20 233/1 233/10 233/13
234/7 234/19 237/3 237/5 238/12 239/9
240/8 242/3 242/11 242/13 242/23 243/5
244/11 245/20 251/5 251/6 251/11 253/7
263/18 268/19 294/21 312/24 313/1
313/22
die [1] 166/24
died [1] 54/11
Diego [3] 183/7 271/21 271/22
diesel [1] 245/14
difference [3] 174/3 221/21 257/10
different [11] 32/9 170/22 171/25 173/13
173/13 181/16 213/3 222/11 226/9 227/1
233/12 242/10 254/1 254/2 309/9 313/6
difficult [4] 28/4 109/21 192/18 294/22
difficulty [4] 46/21 79/2 99/8 100/8
digital [5] 150/19 308/23 315/2
digitally [5] 307/5 307/8 307/15 308/17
308/24
dildo [4] 196/13 196/24 242/18 242/20
diners [1] 164/17
dinner [7] 162/14 174/9 183/20 183/22
211/23 212/6 212/7
dire [3] 13/9 22/15 173/16
direct [15] 41/16 157/19 157/20 158/2
177/15 183/24 220/3 255/3 270/16 277/8
290/7 302/10 318/4 318/6 318/8
directed [1] 24/18
directing [3] 272/2 295/19 299/7
directly [8] 84/9 176/25 192/2 193/24
210/16 254/25 269/4 270/9
director [3] 41/10 255/11 255/16
dirty [1] 172/8
disability [1] 28/1
disagree [11] 51/18 51/19 51/20 67/5
79/5 79/6 82/25 88/19 88/22 89/1 170/25
disclose [1] 286/17
disclosed [2] 44/20 269/20
disclosure [2] 267/10 268/3
discounted [1] 217/16
discover [1] 266/3
discuss [24] 43/10 44/9 45/7 71/25 77/21
91/24 97/23 98/22 102/12 111/7 115/25
116/1 120/14 136/5 150/12 150/13
151/23 152/1 159/8 159/14 222/12
224/19 314/20 314/21

# D

discussing [3] 97/24 98/2 159/13
disgusted [1] 98/16
disk [1] 187/3
Disneyland [7] 184/5 184/6 184/8 184/10
186/17 212/11 230/11
dispatcher [1] 258/21
displayed [1] 177/8
displays [2] 16/24 55/15
disposable [1] 247/22
disqualification [2] 24/2 24/3
disregard [1] 157/12
disregarded [1] 157/16
distraction [2] 19/18 177/13
district [11] 1/1 1/1 1/10 1/22 20/19 20/19
46/5 274/15 274/16 299/16 317/9
division [3] 1/2 20/18 271/25
divorced [2] 119/21 119/22
do [439]
doctors [1] 196/19
document [13] 8/10 260/18 262/9 262/15
264/3 264/9 264/17 265/16 265/17
265/17 266/5 300/2 300/5
documents [11] 156/16 157/5 256/21
261/6 261/9 261/12 261/15 261/16
279/18 313/8 313/23 314/6 314/8
does [50] 7/24 8/4 16/12 16/17 17/13
21/1 33/5 37/6 42/6 44/9 51/24 71/2
73/25 75/18 78/7 97/24 98/2 98/22
103/19 110/25 111/8 114/19 114/21
114/24 115/7 115/10 119/8 145/16
145/17 149/12 149/15 160/13 169/19
172/3 178/23 198/25 204/18 206/3 222/8
222/25 255/14 256/8 256/12 264/24
279/24 285/17 294/11 294/13 305/14
308/20
doesn't [16] 24/6 78/18 78/20 80/12
119/2 127/2 167/23 172/11 172/13
174/14 175/4 175/18 176/24 250/5
254/25 270/9
dog [12] 184/13 184/14 184/21 186/4
219/24 232/3 239/14 239/17 239/18
239/19 245/16 295/10
doggie [3] 166/6 191/8 191/9
dogs [2] 186/11 186/12
doing [14] 36/25 40/20 73/5 82/1 85/7
118/11 154/16 154/19 173/24 174/13
191/8 265/8 268/15 308/14
dolls [2] 190/5 190/6
Domino's [1] 217/14
don't [137] 5/3 5/5 5/19 7/4 14/24 16/12
20/9 21/4 23/23 27/7 42/8 44/12 44/16
44/18 49/16 49/22 49/22 54/10 69/20
70/4 70/6 71/18 71/19 71/20 71/25 73/18
73/19 74/20 77/21 79/1 80/9 89/14
102/12 103/10 107/20 110/6 111/4
112/12 113/9 116/2 121/22 128/25
129/15 132/8 132/16 133/24 136/3
136/18 143/1 146/8 150/14 150/15 155/4
155/7 155/10 155/13 162/1 162/2 162/2
162/5 169/13 169/13 169/14 169/14
174/10 177/6 186/6 191/10 192/7 194/3
194/16 196/6 196/8 196/23 197/4 197/6
197/9 212/5 212/17 213/9 216/7 224/12
224/13 224/19 225/16 226/7 226/22
228/16 228/18 230/2 230/14 230/16
232/6 232/16 234/4 234/5 235/20 236/15
236/19 238/17 238/19 239/13 239/16
243/4 243/6 243/8 243/11 243/14 244/8
244/10 244/12 244/14 244/14 245/8
245/11 246/13 248/2 249/23 250/9 251/8
252/9 252/12 252/24 253/1 253/14 254/1

254/4 254/5 263/17 267/16 269/8 273/14
278/17 294/24 308/1 313/17 313/23
Donaldson [3] 11/3 30/17 316/14
done [8] 5/3 7/12 59/10 69/7 112/15
115/22 155/11 239/1
door [12] 101/9 101/10 193/9 199/14
199/16 207/8 208/9 217/12 240/19
240/21 240/23 241/4
doors [1] 44/7
Dora [1] 183/7
double [1] 15/21
double-checking [1] 15/21
doubt [14] 42/9 49/17 49/20 67/11
113/10 158/16 160/13 163/10 169/23
169/25 170/2 173/21 175/24 301/17
doubts [1] 142/20
Douglas [6] 24/23 39/3 46/25 60/12
78/12 83/19
down [25] 17/6 79/25 107/17 130/3 164/5
188/13 209/16 210/22 217/13 217/17
224/19 225/4 254/14 256/14 266/23
269/2 277/8 306/23 310/16 311/1 311/4
311/4 311/6 311/7 314/16
download [3] 61/8 78/14 104/4
downloaded [4] 302/19 302/20 302/21
302/22
downloading [1] 302/13
downloads [2] 312/12 312/20
downloads' [3] 303/12 303/23 303/24
downstairs [4] 118/25 119/1 119/3 119/3
draw [10] 200/19 204/25 205/5 205/13
256/16 258/8 258/11 259/6 262/8 262/25
drawing [14] 201/11 201/16 202/16 205/5
206/8 206/20 206/22 206/25 207/10
207/15 229/11 235/5 262/3 312/22
drawings [1] 201/4
dream [6] 223/4 223/5 223/11 223/13
223/15 223/20
dresser [1] 288/17
drew [9] 200/12 200/14 202/10 202/12
204/15 204/16 207/19 234/9 234/16
drink [1] 217/17
dripping [1] 311/7
drive [22] 211/22 236/10 238/15 244/7
244/13 250/13 250/19 251/9 251/11
253/2 253/5 253/7 302/6 302/6 302/9
302/14 303/14 303/16 303/17 303/22
304/21 315/6
driver [5] 164/1 258/20 262/5 265/24
266/11
driver's [7] 206/9 206/10 206/17 232/10
240/25 241/1 265/12
drivers [4] 238/21 262/21 263/2 263/25
drives [1] 302/5
driving [12] 165/23 195/17 211/5 211/22
240/12 250/19 251/15 252/3 252/5
252/19 252/20 254/3
DROHOSKY [3] 1/21 317/8 317/8
drop [2] 251/6 252/22
dropped [6] 197/22 214/12 243/23
251/12 253/3 253/6
drove [15] 238/13 238/17 238/19 238/21
238/21 238/23 239/9 244/8 244/14
244/15 250/15 250/17 253/12 253/14
253/15
Drug [1] 35/4
drugs [1] 271/12
due [2] 7/16 304/21
duffle [1] 288/14
duration [3] 306/14 308/6 309/22
during [8] 8/25 17/24 18/17 19/18 20/20
21/22 22/8 28/12 62/10 67/18 66/4 67/3
78/13 115/25 150/9 153/5 155/13 156/12

157/17 158/20 160/21 165/25 168/19
171/23 172/15 173/1 173/16 177/12
194/4 194/23 224/19 230/17 230/20
231/2 241/3 244/25 246/18
246/20 247/4 247/12 250/13 250/19
260/5 262/18 265/3 269/8 277/25 286/17
288/5 290/20 300/20 314/19
Dusty [5] 12/20 30/7 220/16 220/17
316/9
duty [6] 22/19 22/20 67/7 67/13 67/19
156/8
DVD [7] 3/1 3/5 3/11 4/18 5/1 5/17 5/19
dynamic [1] 172/1

# E

each [21] 7/3 8/4 23/17 37/9 85/22
109/11 109/13 126/22 130/20 151/22
160/5 169/15 175/23 175/24 180/6
183/10 250/14 260/17 268/8 305/9
311/13
earlier [6] 2/21 85/5 247/15 248/6 264/13
272/17
early [3] 229/11 275/4 277/25
easier [2] 221/6 277/11
east [2] 282/1 282/4
easy [1] 137/23
eat [17] 164/17 164/18 215/6 217/17
236/13 236/14 236/18 236/20 239/18
239/21 239/23 240/1 245/22 245/23
245/25 246/8 246/14
eating [1] 232/5
Echterling [2] 85/19 93/14
Ed [22] 24/8 24/12 24/16 85/17 90/2 91/5
96/20 106/24 110/11 116/12 121/12
124/14 130/14 143/24 144/3 146/16
150/2 155/7 155/21 176/18 254/21 270/5
eDonkey [1] 56/19
education [1] 39/11
effect [1] 257/15
efforts [1] 20/23
eight [7] 113/1 123/5 137/3 166/2 179/21
226/16 308/7
either [25] 2/14 21/13 28/18 36/8 46/13
48/12 55/7 55/18 77/6 82/23 85/6 86/13
88/9 101/19 103/10 110/2 117/3 117/3
131/3 152/2 165/22 249/1 261/15 294/21
294/24
ejaculates [2] 307/22 311/6
electronic [2] 56/17 159/2
electronically [2] 159/21 261/16
electronically-created [1] 261/16
element [1] 173/22
elementary [2] 41/2 41/3
Eleven [1] 25/21
else [64] 3/11 6/2 6/19 6/24 17/18 20/2
26/18 27/24 28/21 32/19 34/6 35/14 36/6
39/20 40/23 42/11 43/19 44/25 45/13
46/3 47/24 49/4 49/8 51/2 51/17 52/23
79/8 80/13 85/1 86/8 87/16 87/18 93/12
116/1 119/13 150/13 151/11 159/15
175/9 183/12 183/14 184/19 186/17
191/1 192/15 194/6 195/11 195/24
206/20 207/10 207/15 210/13 214/16
219/22 220/1 220/12 224/13 231/21
235/2 235/4 241/24 247/12 281/8 314/20
else's [2] 92/6 136/15
email [3] 266/5 266/8 266/9
embarrassed [1] 24/1
emboldened [1] 167/10
embrace [1] 163/13
emphasize [1] 22/24
employed [8] 16/2 16/12 30/21 30/24
257/6 270/20 271/7 271/10

# E

employee [5] 255/24 256/1 256/1 258/20
262/6
employee's [1] 265/2
employees [2] 258/22 262/6
employer [5] 277/24 281/24 283/1 285/12
313/9
employment [4] 168/1 271/19 278/2
282/4
eMule [1] 56/19
enable [1] 302/12
enacted [3] 73/23 74/3 74/12
encounter [1] 145/22
end [37] 6/16 70/10 72/23 75/14 85/3
102/17 115/20 127/7 130/8 134/8 149/19
150/17 153/20 157/25 158/7 159/12
159/16 160/4 169/17 170/7 170/15
171/15 171/16 188/6 197/20 197/21
235/11 241/23 248/19 250/11 253/24
269/25 277/25 282/19 299/9 314/25
317/1
ended [4] 100/11 192/25 263/10 278/2
ending [2] 113/1 299/13
ends [4] 27/3 307/23 309/20 311/12
enforce [1] 73/21
enforced [3] 74/8 74/10 74/14
enforcement [43] 31/4 31/14 34/10 34/17
34/21 35/4 42/17 42/23 43/11 43/14 45/8
45/15 45/17 46/1 46/2 46/12 46/22 47/8
91/24 92/5 97/23 98/13 99/10 100/13
135/12 135/14 135/18 136/9 136/14
168/25 172/2 172/3 172/7 202/20 221/8
222/20 267/10 271/2 271/10 272/6 275/6
287/8 287/17
enforcing [1] 79/2
engage [2] 163/17 169/24
engaged [1] 301/23
engines [1] 103/11
enlarger [3] 196/13 196/15 243/9
enough [3] 7/14 20/7 34/10
ensure [1] 255/18
enter [2] 20/15 265/23
entered [1] 141/2
enters [3] 155/25 176/12 225/24
entice [1] 161/17
enticing [1] 168/21
entire [2] 242/3 262/14
entirely [26] 56/14 57/12 58/10 59/4 60/3
61/1 62/2 62/24 63/21 64/15 65/13 67/8
87/2 92/25 94/8 103/23 105/6 108/20
112/9 117/22 122/14 125/10 135/2
138/11 145/4 147/18
entitled [2] 28/8 68/5
environment [1] 26/2
episodes [1] 161/15
equal [1] 174/14
equipment [2] 265/8 301/22
equipped [1] 302/5
erect [8] 306/18 307/2 307/4 307/14
308/19 308/22 309/18 310/10
Erika [9] 10/7 10/8 24/21 25/15 30/4 30/4
182/21 220/13 220/15
escalated [2] 165/21 166/14
escape [2] 188/17 189/7
escrow [4] 262/11 262/20 262/21 262/21
especially [1] 56/17
ESQ [2] 1/17 1/17
essential [1] 82/13
ethical [1] 21/1
evaluation [1] 23/22
Evans [1] 227/3
even [16] 54/10 68/24 76/5 77/2 77/2

109/18 142/18 151/24 153/6 159/8
166/14 167/7 168/12 214/11 221/16
242/16
evening [7] 27/5 28/24 26/25 153/20
239/18 317/3
evenings [1] 27/1
event [1] 167/14
events [12] 83/1 159/19 159/22 163/20
165/15 172/24 179/6 223/23 249/20
250/4 261/9 261/17
ever [127] 16/1 30/20 30/22 31/1 31/3
33/24 35/7 35/24 36/7 36/10 36/12 42/16
43/10 44/9 45/7 46/10 46/16 46/20 47/25
48/3 48/10 48/17 55/8 56/7 56/12 56/22
57/6 57/11 57/18 58/4 58/9 58/16 58/22
59/3 59/10 59/21 60/1 60/8 60/19 60/24
61/6 61/19 61/25 62/7 62/15 62/20 62/23
63/5 63/12 63/19 64/8 64/14 65/4 65/9
65/11 65/18 76/10 86/20 87/1 88/7 91/6
92/19 92/24 93/6 94/2 94/7 94/14 98/22
99/8 103/1 103/21 104/24 105/5 105/12
106/3 108/12 108/19 111/7 111/23 112/8
112/20 113/17 117/16 117/21 118/3
120/14 122/8 122/13 122/20 125/4 125/9
125/18 125/25 134/19 135/1 135/8 136/5
138/5 138/10 138/17 139/20 141/13
144/23 145/3 145/10 147/9 147/17
147/23 148/4 171/19 175/2 187/9 187/12
187/15 195/15 195/17 195/20 196/14
197/7 197/12 229/15 236/20 245/12
248/11 250/25 252/25 254/1
every [23] 56/6 57/5 59/20 60/17 60/18
62/14 86/19 92/17 92/18 146/22 153/20
165/22 215/3 221/25 222/17 222/22
222/24 224/1 228/10 228/11 231/11
233/3 278/18
everybody [11] 8/11 71/16 71/16 75/18
83/2 131/17 149/22 151/11 231/15
243/25 255/18
Everyday [2] 122/7 125/3
everyone [3] 21/6 163/24 175/5
everything [11] 71/11 73/14 161/21
161/21 167/24 168/22 170/16 206/5
221/1 222/1 241/22
evidence [102] 7/17 16/23 17/17 18/8
19/15 22/5 22/7 23/22 55/14 55/16 66/12
66/23 67/16 67/21 67/23 67/24 68/2 68/7
68/13 77/9 80/11 89/11 89/14 114/5
126/12 128/18 133/16 136/10 141/1
141/2 141/25 148/17 156/8 156/15
156/20 156/23 156/24 157/1 157/1 157/7
157/9 157/11 157/12 157/15 157/17
157/19 157/20 157/22 158/1 158/11
158/18 159/10 160/7 160/8 160/10
160/11 160/15 160/17 163/10 167/25
168/7 169/22 170/10 171/13 172/18
175/25 177/10 180/3 185/22 202/2
205/25 210/9 213/24 216/23 218/21
257/24 258/6 260/2 261/25 276/15 278/4
278/5 280/7 281/6 286/3 287/10 287/12
289/8 289/21 291/11 291/20 292/12
293/7 293/11 293/19 294/3 295/23
295/24 297/5 298/23 300/13 300/24
ex [4] 118/22 119/21 120/1 120/2
ex-brother-in-law [4] 118/22 119/21
120/1 120/2
exact [3] 187/17 234/5 251/11
exactly [6] 203/6 216/8 226/24 231/1
253/18 266/15
exam [3] 27/8 266/21 311/23
examination [16] 117/15 226/3 255/3
270/16 302/1 302/4 302/22 303/11
303/14 303/16 312/1 318/4 318/5 318/6

318/8 318/8
examine [1] 226/1
examiner [2] 292/17 293/2
example [9] 84/9 163/7 264/20
Examples [1] 56/18
except [3] 251/1 313/16 313/18
exception [2] 152/1 314/1
exchange [1] 302/11
excited [1] 165/1
exciting [1] 239/6
exclamation [2] 304/5 304/7
exclude [1] 157/11
excuse [21] 78/22 85/6 85/13 110/6
121/7 130/10 144/1 213/7 215/8 229/5
230/2 230/9 232/19 233/11 235/14 237/2
240/20 241/14 242/19 282/20 299/21
excused [19] 23/25 24/1 24/2 26/9 27/15
50/14 79/3 80/4 85/9 90/1 91/4 96/19
106/22 121/11 124/13 129/14 130/10
146/15 151/12
excuses [1] 21/16
excusing [10] 26/6 27/12 50/10 89/20
90/25 96/15 106/19 110/3 124/9 146/12
executed [5] 287/6 292/15 292/21 296/5
301/18
execution [3] 288/5 290/21 292/18
exercise [2] 7/10 278/17
exhibit [130] 3/10 3/18 179/23 180/2
184/25 185/7 185/21 185/24 188/23
192/6 192/13 200/8 201/5 201/9 202/1
203/12 203/13 203/14 204/9 204/23
205/24 209/9 209/15 210/1 210/8 211/8
211/11 213/11 213/14 213/19 213/23
215/16 215/24 216/18 216/22 218/2
218/16 218/20 256/16 257/24 258/5
259/7 259/22 260/1 260/19 261/20
261/24 263/13 263/17 263/24 264/10
264/20 265/16 276/1 276/4 276/10
276/14 278/4 278/12 278/20 279/5 279/7
279/9 279/24 280/2 280/6 280/9 280/10
280/25 281/2 281/5 281/15 282/8 282/21
283/3 283/5 283/10 283/12 283/22
283/19 284/2 284/7 284/11 284/18
284/19 284/23 284/24 285/3 285/8
285/15 285/21 288/13 288/16 288/23
289/7 289/13 289/15 289/20 290/5
290/22 290/24 291/5 291/19 291/24
292/6 292/11 293/10 293/15 293/23
294/2 294/4 294/9 294/14 295/20 295/23
296/2 296/10 296/25 297/4 298/7 298/10
298/18 298/22 299/19 300/8 300/12
301/5 301/11 305/10 305/23
Exhibit 1 [2] 192/6 192/13
Exhibit 10 [1] 294/4
Exhibit 10-A [2] 185/24 295/23
Exhibit 15 [6] 264/10 265/16 279/9 282/8
284/19 284/24
Exhibit 20 [1] 289/15
Exhibit 21 [1] 179/23
Exhibit 23 [1] 216/18
Exhibit 43 [1] 210/1
Exhibit 45 [1] 201/9
Exhibit 54 [1] 3/10
Exhibit 57 [3] 280/9 280/10 281/15
exhibits [5] 3/20 156/17 180/7 263/23
279/9
exist [1] 157/24
existed [1] 259/13
existing [2] 89/1 162/5
exit [2] 151/14 241/1
exits [4] 151/1 152/15 224/17 315/9
expect [2] 5/6 5/8
expectation [1] 22/25

## E

expects [1] 160/8
expense [1] 262/4
expenses [2] 262/23 262/24
experience [32] 32/16 37/12 38/13 40/3
42/5 46/11 47/18 48/5 48/25 51/13 77/7
80/9 83/4 87/13 96/7 97/10 106/11 113/7
118/13 123/23 124/5 128/16 128/19
139/25 140/18 142/16 156/4 171/13
172/19 175/2 186/11 271/4
experienced [1] 167/21
experiences [19] 33/24 38/3 39/15 40/19
41/6 41/19 46/15 47/15 48/9 84/2 90/19
101/19 133/4 133/10 133/22 137/10
139/7 141/5 146/4
expert [6] 2/19 3/8 5/6 6/15 168/17 169/4
expert's [4] 4/3 5/18 6/8 6/9
explain [5] 100/19 127/2 202/25 223/23
290/1
explained [1] 80/7
explicit [3] 16/24 55/15 301/23
explore [1] 250/2
expose [1] 307/11
exposed [1] 82/22
express [5] 116/2 150/15 159/9 224/13
314/23
expressed [1] 73/25
extremely [2] 171/2 171/5
eye [1] 175/14
eyes [1] 166/25
eyewitness [1] 157/22

## F

face [9] 176/16 176/16 254/20 270/3
306/21 307/22 308/11 310/15 311/10
faces [1] 310/6
facing [2] 193/8 306/19
fact [23] 34/2 36/2 38/23 43/13 44/19
45/10 45/20 45/23 48/21 49/14 51/10
66/14 88/12 88/15 92/1 98/8 98/24
111/12 121/1 157/21 250/3 269/6 305/25
facts [21] 22/1 28/16 35/10 43/16 89/10
89/13 89/16 150/19 156/9 156/9 156/10
156/15 156/17 157/23 157/24 158/24
250/6 300/22 301/13 301/16 315/3
factual [2] 23/8 299/25
failed [1] 15/19
failure [1] 160/2
Faintly [2] 208/12 235/21
fair [48] 32/17 34/4 35/11 36/3 46/8
47/19 48/7 50/7 55/17 66/14 67/2 68/5
68/12 69/1 74/1 74/5 77/9 77/15 80/2
87/14 90/21 92/2 96/8 97/11 98/10 98/25
101/21 106/12 111/14 113/8 114/4
118/14 121/3 124/7 126/11 133/12
136/10 137/11 139/11 140/1 140/19
141/24 142/20 142/23 146/5 148/16
266/5 311/19
fairness [1] 22/22
fake [1] 197/2
fallen [1] 193/16
falls [3] 171/4 283/14 283/15
false [1] 169/16
familiar [3] 104/3 278/11 293/15
familiarity [1] 16/14
families [2] 174/4 174/13
family [46] 23/19 25/11 28/20 33/6 33/10
34/9 34/12 34/14 35/17 36/20 37/20 39/5
42/2 99/4 105/18 105/19 105/25 110/9
118/22 118/24 131/10 131/18 131/20
132/22 138/25 139/7 142/17 142/24
142/25 159/25 162/12 162/18 162/23
163/2 168/22 173/4 174/9 182/16 182/22

187/19 200/4 214/13 214/15 220/10
249/13 249/15
fantasies [1] 161/24
far [7] 49/15 110/8 110/13 115/9
140/12 170/17 201/19 253/16
fashion [1] 13/5
fast [1] 238/6
fatal [1] 80/4
father [6] 54/10 54/11 132/6 165/6
181/16 181/18
father's [3] 54/7 88/11 88/15
favorite [3] 178/9 215/6 236/22
FBI [10] 35/1 35/4 168/17 267/9 270/21
270/24 271/1 271/16 301/18 302/2
FCRR [1] 1/21
fear [3] 221/6 223/1 223/25
federal [17] 1/15 1/22 21/20 28/10 29/13
35/3 46/6 46/22 99/9 100/4 101/4 163/11
270/21 288/6 290/21 296/16 312/8
fee [2] 262/25 263/1
feel [26] 21/7 23/1 29/13 45/17 45/21
45/22 47/18 55/11 65/24 66/2 66/8 66/11
66/21 66/24 71/15 74/13 124/6 140/18
166/25 193/18 194/10 198/7 199/24
200/5 210/19 306/10
feeling [1] 77/6
feelings [9] 47/17 49/24 75/11 76/24
77/14 101/24 106/10 124/4 140/17
feels [1] 67/25
fellow [2] 159/8 159/14
felon [9] 9/2 18/7 21/24 28/14 50/3 89/8
167/6 168/10 170/5
felony [3] 18/9 66/13 123/12
felt [6] 162/19 167/15 200/1 200/25 222/8
223/19
female [10] 84/3 84/5 84/14 306/15
306/18 307/7 307/16 308/7 309/23 310/2
female's [1] 306/21
feminine [1] 310/3
few [13] 21/12 60/18 99/6 107/12 109/9
156/5 158/17 163/9 171/2 187/13 201/20
236/25 279/9
fiance [1] 94/21
fictional [1] 66/17
field [2] 31/5 36/8
Fields [1] 1/18
Fifteen [5] 8/6 8/9 47/6 47/7 260/21
fifth [3] 37/22 38/12 118/10
Fifty [2] 3/16 281/3
Fifty-four [1] 3/16
Fifty-seven [1] 281/3
figured [1] 270/15
file [24] 6/7 169/6 169/6 302/8 302/14
303/2 303/5 303/7 303/9 303/11 303/20
303/21 303/21 303/21 303/24 304/2
304/14 305/8 305/10 306/7 311/13
311/17 312/10 312/17
file' [1] 303/12
filed [1] 2/13
files [15] 56/17 169/7 169/8 302/11
302/13 302/14 302/19 302/21 302/21
302/22 302/23 302/25 303/12 303/18
304/23
filming [1] 169/10
final [3] 27/7 160/16 267/13
finally [9] 30/13 150/18 157/14 160/2
166/5 167/19 168/25 220/4 315/1
financial [1] 25/11
find [19] 75/10 156/4 156/8 156/15
156/19 158/14 159/5 168/15 169/21
172/6 273/4 275/10 282/23 283/3 283/10
283/15 287/17 287/17 293/6
finding [1] 286/3

findings [1] 292/20
fine [3] 4/8 269/22 281/17
finger [1] 239/5
fingers [5] 307/8 308/17 308/24 309/13
309/16
finish [3] 2/22 98/6 109/18
finished [1] 139/24
firearm [16] 8/25 9/2 21/22 21/24 28/12
28/14 50/4 51/25 52/6 52/10 52/19 89/9
167/4 167/8 170/2 170/4
firearms [10] 43/25 48/14 51/19 51/22
88/10 88/21 89/3 89/6 122/24 288/3
firm [1] 33/18
first [80] 18/24 19/1 28/22 36/17 38/21
38/22 38/23 41/4 79/16 79/19 97/18
97/19 98/8 99/9 131/25 132/2 133/6
137/23 144/18 154/4 154/5 156/21 160/5
161/4 161/6 161/11 162/24 163/15
163/17 165/11 169/12 176/7 176/16
177/17 180/16 182/24 184/3 190/3
192/23 192/24 193/13 193/18 194/10
198/17 202/12 202/19 202/22 217/20
220/25 221/7 223/25 233/15 235/13
235/15 241/19 241/20 242/6 242/12
242/23 243/10 243/12 251/12 254/3
260/18 262/2 264/20 268/13 269/14
272/19 286/14 291/13 294/8 297/17
303/2 306/7 306/13 310/8 315/20 315/23
316/14
five [14] 7/19 9/7 25/12 52/17 95/20
137/3 138/4 154/12 165/16 204/5 270/25
271/18 277/13 306/13
five-day [1] 7/19
five-year [1] 271/18
flashed [2] 213/2 247/21
flashing [1] 241/9
flat [1] 219/2
flaw [1] 80/4
fled [1] 167/20
flip [2] 203/13 293/14
flipping [1] 276/3
Florida [12] 120/5 173/13 275/1 286/24
288/5 288/14 290/20 296/17 297/24
301/19 312/4 312/8
flunk [1] 27/9
Flying [4] 246/1 246/3 246/4 246/8
focal [1] 310/5
focuses [2] 271/19 307/8
focusing [1] 310/19
folder [8] 302/19 302/21 302/24 302/25
303/13 303/14 303/15 303/17
folders [2] 302/15 302/16
follow [6] 116/6 150/23 156/11 157/10
269/15 301/4
followed [2] 307/10 308/23
following [8] 2/1 5/14 18/14 19/10 83/16
85/13 125/23 301/13
follows [10] 2/2 8/19 116/10 152/18
168/20 225/8 274/13 288/7 303/2 303/23
food [3] 97/6 161/20 164/18
foolish [1] 24/5
football [2] 36/21 36/22
forbidden [1] 258/19
force [2] 135/20 271/6
forces [1] 307/2
foregoing [1] 317/5
forensic [7] 5/21 169/4 292/17 293/2
301/25 302/4 302/22
forensics [1] 304/18
forgot [1] 247/25
Forks [1] 283/24
form [10] 116/2 150/15 159/9 166/10
224/13 296/16 296/20 297/9 297/13

## F

form... [1] 314/23
formerly [1] 22/4
format [1] 190/8
former [2] 51/5 83/18
forth [4] 77/9 133/18 141/2 307/4
Forty [3] 52/17 139/19 139/20
forward [9] 93/19 176/25 186/18 224/6
254/25 256/9 270/9 272/21 301/6
foster [2] 90/12 249/11
fostering [4] 223/3 223/10 249/9 249/10
found [31] 67/11 75/4 75/9 75/24 76/7
76/15 76/18 99/25 132/13 132/14 133/2
158/14 160/3 162/8 168/14 169/2 169/6
260/9 282/16 288/13 288/17 290/9
290/22 290/25 291/8 292/2 292/23 293/2
293/18 303/14 303/21
foundation [5] 185/7 185/17 185/18 205/2
229/8
four [27] 3/16 7/18 7/19 7/19 9/7 25/12
81/25 90/13 95/20 132/11 137/1 141/9
141/17 158/19 163/11 167/3 167/5
170/10 181/2 181/6 181/7 204/5 230/7
271/18 276/17 309/22 309/25
Fourteen [2] 178/1 226/14
fourth [3] 37/22 41/4 303/9
frame [3] 68/19 229/8 275/2
Frankfort [2] 91/17 91/18
fraud [1] 132/19
Frederick [2] 146/17 146/18
free [3] 151/12 217/15 306/10
frequently [12] 44/2 91/21 97/19 97/21
98/19 111/5 120/12 120/13 133/7 133/9
135/25 136/2
Freshman [1] 39/9
Friday [3] 2/7 2/8 5/13
fridge [1] 219/2
friend [7] 118/21 118/23 140/7 146/1
167/18 182/19 217/3
friends [16] 28/20 33/10 42/14 43/4 43/7
43/14 135/23 135/24 159/25 162/12
164/2 164/3 182/16 182/18 182/22 217/4
front [20] 9/20 37/16 52/1 52/23 55/21
69/18 87/18 93/12 176/15 179/12 180/6
188/12 193/7 203/12 217/12 251/18
254/19 295/13 307/20 310/6
FrostWire [1] 56/19
fruit [3] 175/8 207/11 207/12
Fuck [1] 303/10
Fuck.mpeg [1] 303/6
Fucking [1] 303/3
fuel [2] 245/14 263/4
fulfill [1] 161/24
full [10] 13/7 17/23 17/25 18/18 66/4 66/5
149/13 149/16 160/23 270/18
fully [3] 3/8 4/2 302/20
Fun [1] 178/8
function [1] 151/10
further [10] 3/4 127/2 130/11 157/24
166/14 224/9 250/8 254/10 311/22
314/13
furtherance [1] 170/3
future [1] 24/7
fuzzy [1] 253/1

## G

gag [1] 310/11
gained [1] 66/17
game [11] 161/18 164/19 171/19 171/20
172/10 178/17 178/18 178/19 183/4
187/1 187/4
games [7] 103/4 178/11 178/13 178/14

178/15 186/20 187/7
gaming [1] 186/22
gangs [1] 271/12
Gabari [3] 144/4 144/4 144/5
garage [3] 288/14 290/25 292/3
Gary [1] 97/7
gas [5] 245/12 245/14 246/24 247/1
278/24
Gassoway [13] 24/22 37/17 37/20 48/15
48/19 48/23 49/3 52/13 58/19 81/6 83/18
84/8 85/15
gauge [1] 53/16
gave [30] 15/20 56/13 57/12 58/10 59/4
60/2 60/25 62/1 62/24 63/20 64/15 65/12
87/2 92/25 94/8 103/23 105/6 108/20
112/9 117/22 122/14 125/10 135/2
138/11 145/4 147/18 162/14 166/16
168/6 233/10
gay [1] 303/5
gay-blue [1] 303/5
geez [1] 8/19
general [4] 260/24 262/9 263/24 311/18
generally [2] 295/14 311/18
gentleman [1] 263/8
gentlemen [19] 18/14 18/16 19/12 20/17
22/13 24/17 85/4 115/21 116/15 116/20
130/12 149/23 150/5 156/2 160/20 177/3
274/11 287/23 314/18
Geometry [1] 39/10
Gerbys [1] 303/10
German [6] 200/12 200/18 200/19
202/20 203/1 203/21
get [61] 2/8 5/19 8/10 8/16 13/5 16/12
16/13 20/3 20/9 23/6 27/7 42/1 44/14
54/3 70/6 86/10 86/11 88/4 93/18 99/5
101/2 129/9 131/17 162/1 164/17 164/19
164/22 165/13 168/15 172/6 184/10
187/5 197/7 199/7 208/13 208/15 211/2
217/6 217/15 217/17 219/16 225/10
225/16 236/13 239/7 244/16 244/21
247/1 247/17 247/19 249/12 262/18
263/3 263/4 269/21 277/12 281/9 300/19
308/19 308/22 316/11
gets [3] 7/9 7/10 225/19
getting [10] 16/15 150/6 154/22 163/23
181/20 199/4 210/19 227/6 234/7 304/15
gift [1] 174/16
gifts [4] 162/14 174/4 174/8 228/17
GigaTribe [1] 56/20
girl [9] 112/24 113/3 166/2 190/13 190/15
306/22 307/10 307/10 307/13
girl's [3] 118/7 191/21 309/13
girls [2] 87/11 303/3
give [24] 18/6 19/8 23/2 23/16 68/11 69/4
114/9 126/16 142/3 148/20 150/9 156/5
156/11 157/24 158/5 160/17 162/14
162/16 165/15 169/21 280/3 294/23
309/16 315/10
given [8] 45/19 45/23 142/5 222/12
258/21 294/11 294/12 297/20
gives [6] 173/6 174/4 174/8 174/15
178/24 178/25
giving [5] 68/25 128/3 150/10 168/23
224/12
Glass [1] 11/5
glimpse [1] 307/23
glint [6] 237/4 237/7 237/8 237/20 237/23
237/24
glints [1] 237/25
glistening [1] 310/23
glove [1] 247/24
go [55] 8/16 9/21 21/16 37/16 84/16 88/5
93/19 103/13 104/12 110/7 123/18 130/7

151/4 151/12 162/2 164/7 164/8 164/16
168/11 172/16 177/7 184/5 184/6 184/8
197/22 212/14 212/11 212/13 215/2
217/4 221/7 224/22 245/23 250/8 250/10
230/13 236/6 236/13 236/14 239/18
246/8 246/12 246/16 250/5 250/8 250/9
262/23 264/23 269/13 278/17 295/5
295/24 301/2 301/6 304/12
goes [10] 78/25 104/4 174/9 306/20
307/9 307/19 309/8 309/8 309/10 310/15
Goetz [1] 11/9
going [48] 3/10 19/23 23/8 23/25 29/21
76/25 80/10 85/13 100/4 101/20 109/20
130/10 144/1 151/16 155/15 163/19
164/6 164/19 164/20 165/14 171/10
172/12 172/20 173/5 184/6 184/10
184/16 199/1 206/2 208/22 217/10 227/2
230/4 244/3 244/5 256/20 268/18 268/19
269/19 269/20 279/23 282/4 301/4 307/6
307/22 311/2 311/6 316/12
Golovaty [1] 11/13
gone [5] 101/20 187/20 188/4 219/20
239/21
gonna [74] 6/6 6/7 6/7 6/8 6/8 6/9 6/10
6/11 7/22 9/7 9/21 9/21 10/7 16/14 17/3
17/10 24/8 25/7 80/15 81/12 82/7 110/6
115/5 115/13 115/21 115/23 143/3 150/6
153/14 155/2 163/9 163/18 163/18
163/22 164/17 167/23 167/25 173/15
173/20 176/20 177/13 184/5 186/5
192/17 198/11 215/13 222/25 224/11
224/22 226/7 230/11 243/25 250/8
256/21 258/8 260/12 262/18 263/23
264/9 266/4 267/25 268/11 268/12
268/13 268/16 269/13 269/18 270/13
279/23 280/23 293/14 300/19 314/19
316/19
good [30] 7/1 8/3 8/9 20/17 21/16 26/19
50/17 50/18 82/16 85/11 85/17 87/20
107/5 110/13 110/14 118/23 132/9
163/24 170/14 174/2 174/3 175/6 182/18
208/13 208/15 214/5 216/8 224/6 225/3
248/18
Google [51] 56/9 56/11 56/12 57/8 57/10
58/6 58/8 58/25 59/2 59/23 60/21 60/23
61/21 61/23 62/17 62/20 63/15 63/17
64/10 64/12 65/6 65/8 86/22 92/21 92/23
94/4 94/6 95/23 103/7 103/12 103/13
105/2 108/14 108/16 112/1 112/7 117/19
117/20 122/10 122/12 125/6 125/8
134/21 134/23 134/24 134/25 138/7
138/9 144/25 147/11 147/14
Gosh [2] 27/11 54/3
got [59] 6/3 25/23 25/25 33/16 44/8
49/19 56/25 71/1 100/9 100/16 119/21
131/17 139/24 151/7 154/11 154/12
155/21 155/23 167/9 167/9 167/10 187/6
199/3 199/8 199/15 207/13 210/18
210/22 213/17 214/7 217/13 217/19
223/4 223/11 223/12 223/17 223/21
224/4 235/7 238/10 238/11 238/13 239/1
239/2 239/11 239/25 240/10 240/12
244/15 247/14 252/4 252/4 252/5 252/10
252/12 252/16 253/12 268/21 269/7
gotten [1] 221/5
governed [1] 68/9
government [123] 1/13 2/16 4/14 4/24
6/15 7/10 9/13 15/20 17/22 22/4 22/22
29/1 29/18 30/25 31/1 31/2 35/4 42/17
45/14 45/18 46/1 46/6 46/9 46/12 46/13
66/3 67/9 67/10 67/12 68/4 68/12 68/25
69/10 71/21 74/2 74/16 75/2 77/17 78/7
80/12 80/22 81/6 81/7 81/7 81/8 92/5

**G**

government... [77]  95/11 98/13 101/25
101/1 101/5 101/13 101/16 123/1 128/5
128/7 128/21 136/14 142/7 142/12
148/25 149/4 149/8 149/12 151/9 152/23
154/17 158/10 158/15 160/9 160/12
162/7 163/13 167/3 169/3 170/23 170/24
171/10 171/16 173/8 174/5 174/23 175/5
175/12 175/23 176/6 176/8 179/22 185/6
185/14 185/21 201/9 204/22 205/9
205/19 210/1 213/19 215/23 216/17
233/9 237/12 248/6 254/17 257/23
261/20 270/2 274/12 276/9 279/13 289/2
289/15 290/11 290/22 290/24 292/6
293/22 296/24 298/17 300/7 301/16
305/23 312/7 315/10 318/3
government's [86]  161/8 166/10 180/2
184/25 188/23 200/8 201/5 202/1 203/13
203/14 204/9 204/23 205/24 209/9
209/15 210/8 211/8 213/11 213/14
213/23 215/16 216/22 218/2 218/16
218/20 256/16 256/23 257/24 258/5
259/6 259/22 260/1 261/20 261/24 276/1
276/3 276/9 276/14 278/4 278/11 278/20
279/5 281/5 282/21 283/5 283/12 283/12
283/19 284/2 284/7 284/11 285/3 285/8
285/15 285/21 288/13 288/16 288/23
289/7 289/12 289/20 290/5 291/5 291/19
291/24 292/11 293/10 293/15 294/2
294/8 294/14 295/19 296/2 296/10
296/25 297/4 298/7 298/10 298/18
298/22 299/19 300/8 300/12 301/5
301/10 305/10
Governors [1]  1/18
grabbing [1]  309/11
grade [16]  36/24 37/23 38/12 38/20
38/21 38/22 40/14 41/5 42/4 97/9 113/5
113/6 118/10 136/24 226/17 226/21
graders [1]  38/23
grand [1]  55/9
grandbabies [1]  103/8
Granddaughter [2]  103/16 103/17
grandma [9]  215/3 223/3 223/10 231/16
231/16 231/19 231/20 249/6 249/10
grandma's [2]  231/24 249/8
grandmother [4]  248/3 248/20 249/6
249/8
grandmother's [1]  248/24
grandpa [3]  215/3 231/16 231/19
grandparents [1]  231/24
grandson [3]  35/18 35/22 36/2
graphic [4]  16/24 55/15 305/18 312/23
gravy [2]  215/7 236/22
great [13]  215/3 215/3 217/3 231/15
231/16 231/19 231/19 231/24 231/24
249/6 249/8 249/10 295/8
greater [1]  45/19
Gregg [5]  24/23 39/23 61/13 83/17 85/15
Gregory [3]  116/13 116/16 116/19
Gross [10]  116/13 116/16 116/17 117/6
117/7 129/5 129/6 129/6 129/19 130/10
grounds [1]  250/3
group [4]  82/21 84/4 113/3 137/2
guard [7]  31/15 32/7 33/14 33/15 35/19
35/20 271/6
guards [1]  32/8
guess [7]  13/10 27/2 73/19 100/6 146/6
155/18 309/15
guest [2]  153/14 217/12
guide [1]  156/6
guidelines [1]  158/6
guilt [5]  22/6 67/19 158/15 160/13 172/10

guilty [33]  21/25 29/8 67/8 67/10 67/11
75/4 75/10 71/25 29/7 99/25 132/13
132/14 133/2 133/3 158/12 158/14
165/10 165/10 165/23 179/10 171/7
171/17 171/18 172/9 174/2 175/21 176/1
298/1 298/4 298/11 298/13 299/25
301/14
gun [72]  51/22 87/24 89/6 145/14 145/15
145/17 146/23 167/6 167/7 168/8 168/9
168/10 168/11 168/12 169/13 170/3
173/18 173/19 173/20 173/21 199/10
199/11 199/12 199/12 199/20 199/22
199/24 200/1 200/2 200/12 200/16
200/20 200/21 200/23 201/1 201/6
202/10 202/11 202/17 202/20 203/2
203/4 203/7 203/17 203/21 204/2 204/3
205/16 205/17 206/21 206/22 207/3
209/2 209/4 234/13 234/14 236/24 237/1
237/3 237/4 237/7 237/8 237/9 237/10
237/13 237/18 237/18 237/19 238/6
238/9 242/3 289/10
guns [14]  53/21 123/4 173/16 173/17
173/18 200/14 234/15 237/13 237/17
287/17 287/17 287/7 288/7 289/25
guy [4]  163/3 172/6 182/25 227/9
guys [11]  42/23

**H**

ha [2]  178/9 178/9
had [109]  2/13 2/18 3/8 3/25 4/15 5/1
29/20 32/16 34/11 36/13 37/22 40/20
46/6 46/10 46/20 47/5 48/5 48/25 51/14
83/3 84/1 90/16 99/8 99/14 127/13 128/6
129/8 133/10 139/7 142/24 142/25 165/8
165/24 166/14 166/14 167/20 168/8
173/3 173/5 174/23 181/16 186/12
186/23 187/9 187/12 187/15 188/12
188/15 188/15 188/17 189/4 189/18
190/2 190/10 191/21 192/5 193/16 195/8
196/13 196/14 199/10 199/13 199/20
200/21 200/22 202/11 202/12 203/2
204/4 204/15 207/12 207/21 211/22
211/25 213/4 213/5 214/13 220/4 221/10
221/16 222/22 229/20 233/22 241/20
242/13 244/18 247/21 251/22 252/4
252/4 252/5 252/18 252/18 252/19
262/12 264/1 265/14 265/25 265/25
267/12 268/6 268/7 273/1 273/5 274/6
275/10 275/15 302/25 303/15
hair [3]  166/3 306/15 308/8
half [2]  32/4 225/13
Hall [7]  11/17 30/7 152/23 153/1 153/2
153/4 153/8
Hamilton [1]  227/3
HAMMOND [8]  1/2 1/15 1/23 20/18
42/23 42/24 43/15 135/21
hand [34]  19/13 25/2 25/14 29/25 34/7
38/6 38/18 39/2 43/20 52/21 86/3 93/13
117/5 137/19 149/25 176/17 177/5
188/14 193/22 199/22 206/25 254/20
265/22 270/4 295/14 297/14 301/5 307/6
307/9 307/16 308/20 308/22 309/7 311/5
handed [2]  291/5 291/24
handgun [10]  52/8 52/17 53/7 53/19
145/17 145/18 288/8 288/10 288/12
288/16
handguns [6]  48/13 54/25 55/3 88/10
94/22 123/4
handing [1]  288/23 289/12
handle [1]  13/9
handling [2]  19/17 177/12
hands [4]  24/11 227/16 228/2 308/22
handwriting [1]  262/3

hang [11]  52/24 69/14 69/21 88/5 99/6
99/6 106/22 149/20 153/2 153/3 164/18
hanging [1]  289/25
happen [20]  6/12 22/23 167/25 187/10
196/5 196/7 197/16 219/8 219/9 219/18
222/1 222/3 222/3 222/14 222/25 238/25
243/18 244/20 269/3 307/22
happened [44]  76/4 76/6 104/1 128/11
163/20 164/22 165/14 165/15 165/18
166/17 167/13 172/17 172/25 174/17
175/9 194/13 197/23 199/2 200/5 209/5
210/17 214/8 220/4 220/8 220/23 221/10
221/16 221/19 221/25 222/2 222/5
222/12 222/13 224/3 233/12 234/3
241/19 241/21 242/10 242/12 242/13
243/17 243/18 247/23
happening [4]  168/6 174/25 198/17 217/9
happens [4]  27/6 167/22 171/23 199/6
happy [3]  231/3 280/19 294/23
hard [15]  109/14 171/8 171/8 171/9
221/4 294/17 302/5 302/14 303/14
303/16 303/17 303/22 304/15 304/21
308/16
hardcore [3]  305/15 305/18 306/1
hardship [1]  21/6
Harley [9]  210/20 211/2 211/4 211/18
211/19 251/24 252/5 252/14 252/18
Harry [1]  183/4
has [64]  5/20 15/25 16/1 18/8 21/25
25/22 28/1 28/9 29/8 30/20 30/22 31/3
34/13 36/7 36/12 46/10 46/16 46/20
47/25 48/10 48/24 54/16 66/13 67/10
73/23 73/24 74/12 75/10 78/13 79/25
81/8 81/8 88/7 94/21 100/11 103/21
104/6 105/17 105/19 153/7 158/15
170/16 173/11 173/20 174/4 182/9 187/2
187/2 198/22 262/16 262/22 265/8 269/5
269/6 279/16 279/17 291/5 307/8 307/18
308/17 309/7 310/1 312/11 313/14
hatch [1]  187/3
have [366]
haven't [6]  17/4 64/20 64/21 279/22
280/12 314/5
having [21]  7/12 28/17 29/12 68/20 73/24
74/8 74/13 82/13 82/14 85/7 99/4 149/23
163/23 165/20 166/5 166/8 191/5 191/11
290/8 307/9 308/24
he [363]
he'd [1]  183/19
he'll [18]  150/4 160/25 165/17 165/19 165/20
165/24 166/1 166/4 166/7 166/8 166/16
166/19 166/21 166/24 167/12 167/15
167/16 168/5 169/5
he's [42]  36/25 37/9 40/15 74/7 74/12
120/4 120/22 120/24 129/9 129/12
132/15 132/16 143/13 143/16 143/20
153/6 153/13 163/19 163/21 163/22
164/2 164/2 165/14 171/8 171/17 171/18
175/22 176/13 176/20 178/22 182/6
256/1 268/19 269/3 269/7 281/8 296/23
308/19 308/21 309/14 311/4 315/15
head [16]  37/18 42/25 85/25 106/18
128/10 167/1 170/4 199/25 200/1 200/3
201/2 203/5 275/20 307/2 307/3 307/4
heads [1]  28/23
hear [59]  7/5 27/20 50/21 67/3 81/25
82/6 85/22 85/24 90/10 91/9 93/3 96/24
104/2 107/7 108/23 109/15 110/17
112/17 113/17 116/20 116/24 117/25
121/16 122/17 124/18 125/15 130/20
130/24 133/19 135/5 138/14 141/5
144/10 145/7 146/20 146/23 147/20
162/3 168/17 168/25 169/10 169/11

H

USDC IN/ND case 7:20-cr-00068-HAB document 121 filed 11/14/21 page 333 of 354

hear... [17] 170/19 171/9 173/1 173/22
223/6 236/8 237/6 244/11 255/1 270/10
300/24 310/3
heard [31] 26/14 28/17 57/15 58/13 59/7
60/5 61/3 62/4 63/2 63/23 64/18 65/15
66/22 68/5 68/20 94/11 105/9 109/17
125/25 141/13 148/4 157/15 175/25
191/24 196/14 198/17 222/5 222/7 241/6
266/25 313/16
hearing [7] 28/2 89/10 89/13 109/14
183/25 184/4 195/8
heart [1] 231/23
hearted [1] 178/8
Heavilin [16] 24/23 39/3 39/4 46/25 47/1
52/25 52/25 60/12 78/12 78/12 78/13
81/14 83/19
height [1] 16/16
heirloom [1] 107/17
held [3] 1/9 2/1 80/8
hell [2] 2/15 17/13
Hello [5] 7/15 10/5 226/5 226/6 280/17
257/20
help [5] 202/13 202/15 224/4 248/11
257/20
helped [3] 223/19 223/20 291/21
helpful [2] 153/25 260/20
Henry [7] 24/22 38/17 52/2 57/21 81/14
83/18 227/3
her [120] 6/9 6/9 27/12 30/5 69/25 70/5
70/7 79/16 79/22 80/1 80/2 80/7 80/9
80/10 80/15 82/11 82/11 82/20 82/21
82/22 82/23 83/4 83/7 83/13 83/24 83/25
83/25 84/1 84/4 84/23 90/25 91/23 97/25
98/2 98/19 101/2 101/7 119/22 142/17
142/17 142/19 143/3 146/12 186/8
190/21 207/20 244/20 244/21 244/21
244/22 248/20 249/13 256/20 267/9
268/13 268/19 269/8 291/21 306/17
306/20 306/23 306/24 306/25 307/1
307/1 307/2 307/3 307/3 307/4 307/5
307/6 307/7 307/8 307/9 307/9 307/11
307/12 307/15 307/17 307/19 307/20
307/20 307/22 308/10 308/11 308/13
308/16 308/17 308/18 308/19 308/20
308/21 308/21 308/22 308/22 308/23
308/24 308/25 309/1 309/1 309/1 309/3
309/3 309/4 309/5 309/6 309/7 309/12
309/14 309/17 310/15 310/15 310/16
310/18 311/2 311/8 311/10 311/10
311/10 311/11
here [84] 7/15 20/3 20/3 20/9 21/4 21/10
28/7 49/20 50/7 68/17 71/17 71/18 72/13
72/17 73/25 75/12 81/21 85/16 96/8
96/18 109/10 109/18 115/13 115/23
127/4 127/8 127/13 130/12 131/17
133/18 144/2 151/5 151/7 151/11 152/4
155/13 157/17 158/19 170/8 170/23
170/24 171/18 171/25 173/19 173/20
173/25 174/25 176/16 201/4 201/17
203/4 205/6 206/3 206/7 206/13 206/16
206/20 206/23 207/7 207/18 208/1 208/2
209/19 224/10 224/22 225/10 251/15
259/9 262/10 263/6 266/4 267/21 267/22
270/14 277/8 279/10 280/18 284/4
284/20 284/25 285/5 295/20 299/15
305/22
here's [1] 18/6
hereinafter [1] 301/13
herself [1] 307/8
Hi [4] 70/16 70/17 73/2 127/11
hid [1] 163/2

high [8] 37/1 39/6 39/7 39/11 39/15 40/2
139/3 146/2
Highland [4] 42/23 42/24 43/15 135/21
Highpoint [2] 280/6 280/7
highway [2] 1/18 209/17
hill [1] 17/7
him [95] 5/8 19/14 33/24 35/24 44/2 44/9
45/7 72/17 75/12 76/19 76/23 84/10
91/23 96/15 106/19 111/5 111/7 120/1
121/7 124/2 124/7 127/4 129/11 129/14
129/15 140/22 143/2 143/16 153/2 153/9
153/11 153/16 161/20 161/20 161/21
162/18 162/19 162/21 162/25 163/20
164/10 164/19 164/20 165/8 165/14
165/15 165/19 165/20 165/22 165/25
166/8 166/14 166/15 167/11 167/11
167/12 168/23 168/23 176/18 177/9
182/5 183/6 189/18 193/18 195/22
196/22 201/13 208/21 208/22 208/24
214/21 214/23 217/3 220/23 228/4 230/8
230/10 236/8 241/6 241/20 242/1 242/2
260/6 268/18 281/9 286/14 297/11
298/13 307/10 309/14 309/19 311/11
314/5 314/9 314/11
himself [7] 72/16 162/11 162/16 167/22
168/15 168/22 269/19
hired [1] 271/8
his [152] 2/5 2/5 3/8 13/7 18/24 18/24
19/13 19/18 22/1 33/24 35/25 37/12
44/16 44/18 45/7 54/7 54/10 54/11 67/14
67/15 68/18 72/6 72/13 75/4 75/9 76/24
78/12 83/18 91/24 97/23 110/9 129/7
132/5 132/22 140/7 143/20 160/13
160/14 161/4 161/14 162/13 162/20
162/22 163/2 163/11 163/24 164/6 164/7
164/19 165/3 165/6 165/12 166/15
166/23 166/25 167/1 167/11 167/17
167/18 169/1 169/12 177/5 177/12
191/21 193/22 195/20 195/23 196/1
196/2 196/3 197/10 197/12 197/23 198/2
199/22 210/19 211/5 217/18 220/22
227/14 227/16 228/2 239/5 242/3 249/22
262/6 262/12 265/12 265/12 265/13
265/13 265/25 266/11 267/10 268/2
268/16 269/1 272/19 275/6 275/23
277/24 277/25 278/2 278/24 278/24
279/12 282/4 282/12 282/25 282/25
284/5 285/2 285/6 286/1 286/24 287/10
287/12 294/16 298/11 301/14 302/3
307/2 307/3 307/4 307/5 307/6 307/11
307/16 307/16 307/20 308/18 308/19
308/20 308/22 308/23 308/24 309/4
309/4 309/6 309/6 309/7 309/13 309/16
309/19 310/21 310/24 311/1 311/5 311/6
315/20 315/23 316/14
Hispanic [1] 309/24
hit [6] 227/11 227/12 227/16 227/19
227/23 228/2
hits [1] 237/25
hitting [1] 230/17
Hmmm [1] 253/4
Hobart [6] 132/6 197/17 214/24 215/1
227/3 282/11
hold [9] 19/13 31/24 32/5 162/15 175/22
177/5 289/1 289/10 289/23
hole [1] 223/17
holes [1] 196/18
home [78] 21/14 53/2 55/19 55/25 57/2
57/3 57/23 57/24 58/20 59/17 60/14
61/15 62/11 62/12 63/9 64/4 64/25 86/13
86/15 86/16 86/17 90/17 92/12 93/20
93/21 95/23 102/22 102/23 104/19
104/23 107/15 108/4 108/5 111/21

117/11 117/12 122/4 123/2 124/24 125/2
134/15 134/16 138/1 144/19 147/5 147/6
163/14 165/3 165/7 165/10 167/15 169/1
163/14/14/21 170/22 180/4 197/24
208/23 214/7 217/19 219/17 228/22
229/18 229/20 231/3 231/7 231/10
231/14 232/11 233/7 244/7 244/8 244/13
244/14 244/15 248/1 253/2 253/5 253/25
Homeland [1] 272/6
honest [3] 23/6 23/7 23/12
honor [147] 2/20 3/6 3/14 3/21 6/25 7/2
7/8 8/6 8/14 9/4 9/24 10/6 13/7 13/10
13/13 15/1 15/21 17/2 19/5 19/20 20/5
22/10 26/7 26/8 27/13 27/14 30/16 39/4
41/24 69/12 69/20 70/8 72/13 72/18 75/1
78/1 78/9 78/12 78/24 79/10 80/19 80/25
81/3 81/10 82/2 82/5 82/15 83/19 84/14
85/2 91/1 96/16 102/7 106/20 109/8
109/25 110/4 110/8 114/18 114/23 115/8
124/10 126/21 128/22 129/23 134/3
142/8 142/13 146/13 149/1 149/5 149/9
149/14 151/6 151/18 153/25 154/5
155/10 176/8 176/14 179/22 182/8
184/24 185/18 202/8 204/9 204/22 210/7
224/9 225/11 227/20 229/7 249/16
254/13 254/18 255/2 256/17 256/23
257/23 258/8 259/8 259/21 260/14
260/21 261/19 266/19 266/20 266/22
267/12 268/8 273/6 273/12 274/19
275/25 276/10 276/24 278/3 278/14
279/13 279/17 280/1 281/3 281/11
281/13 287/19 288/20 289/2 290/11
291/11 291/15 291/22 292/7 293/22
295/4 295/12 295/22 296/9 296/24
298/17 300/7 300/14 301/6 307/25
314/15 315/13 316/21
HONORABLE [1] 1/10
Hood [1] 179/1
hope [2] 156/3 168/14
horse [2] 166/8 191/21
hotel [18] 167/11 168/1 195/15 197/17
215/9 215/10 217/21 217/23 218/11
218/12 218/25 219/4 219/20 243/24
244/9 250/25 277/20 277/23
hotels [3] 264/6 277/21 279/1
hour [1] 225/13
hours [7] 115/13 115/23 165/9 169/6
277/17 283/17 284/1
house [9] 51/25 52/4 52/7 94/22 94/24
107/23 180/12 182/20 181/1
household [1] 51/24
how [129] 4/6 8/4 9/14 10/7 13/1 13/5
13/8 16/5 16/11 16/11 16/17 17/18 20/6
25/3 25/22 31/7 51/7 56/2 57/4 58/2
59/19 60/16 61/17 62/13 62/20 64/6 65/2
69/21 71/10 71/12 71/23 73/4 73/18
76/13 79/11 86/18 87/21 90/16 92/14
92/15 92/16 92/17 93/22 102/24 103/17
104/21 108/9 117/13 118/11 122/6 125/2
132/10 133/4 134/17 137/7 138/3 139/4
139/18 144/21 147/7 150/10 154/12
154/21 155/4 155/7 158/4 165/21 165/24
166/16 167/9 168/19 169/10 172/4
177/25 178/4 178/6 179/20 181/1 181/3
181/5 181/9 186/2 188/3 188/6 189/3
189/5 190/15 193/20 194/10 194/13
194/23 196/1 196/5 198/7 199/4 200/5
205/16 213/16 214/25 216/8 216/14
217/2 217/23 218/6 222/20 223/2 223/23
225/12 226/13 226/15 227/21 228/19
229/1 229/12 229/16 229/25 230/3
231/10 232/18 232/20 239/21 242/5
244/19 255/20 268/2 270/13 270/24

**H**

how... [2] 271/22 280/23
Howard [3] 11/19 31/6 268/10
however [5] 13/13 250/2 267/19 273/19
303/13
HP [12] 188/12 233/1 290/21 290/23
291/7 291/8 292/1 301/23 301/24 302/3
302/4 304/18
HSI [1] 272/6
Hudak [8] 26/11 26/12 36/18 55/22 55/24
80/21 82/19 85/14
huh [9] 35/21 55/23 69/17 90/5 90/20
94/18 133/15 176/19 198/6
HUMA [4] 1/17 9/15 9/16 29/18
human [1] 174/12
hundred [3] 20/11 237/11 283/17
hundred-and-some-odd [1] 20/11
hunt [1] 107/20
hunting [3] 53/18 53/19 55/4
husband [7] 36/21 82/21 84/4 136/19
136/21 137/7 145/16
husband's [2] 34/12 54/5
Hut [1] 217/14

**I**

I'd [5] 61/2 120/13 182/1 275/25 312/15
I'll [20] 20/20 20/22 23/24 25/3 30/1
41/25 54/3 82/8 84/11 84/11 84/15 84/24
86/11 144/9 150/10 157/24 158/5 225/13
262/10 295/11
I'm [122] 3/19 3/20 6/11 6/20 8/23 9/18
13/4 19/8 20/20 21/9 21/15 23/14 26/19
26/23 26/23 27/8 28/22 29/21 32/23
34/10 37/4 39/6 41/10 44/5 44/17 48/19
49/12 52/25 53/13 69/22 75/8 75/16
75/19 78/19 80/15 83/10 85/8 85/13
89/12 93/24 96/10 97/6 98/1 98/7 100/23
103/9 104/3 107/5 109/14 110/6 115/3
115/13 118/7 119/16 119/21 120/18
121/24 123/25 130/10 132/6 139/5 143/3
147/16 153/2 155/6 155/23 171/17
173/24 177/13 182/15 184/9 191/10
192/17 201/19 203/22 203/23 203/24
204/2 209/3 211/10 220/15 223/6 225/21
225/23 226/7 226/24 231/17 237/5 239/1
239/19 239/19 239/22 241/8 241/18
242/7 242/9 243/8 244/11 248/5 251/13
251/14 253/9 254/6 256/20 258/8 260/12
263/15 263/23 264/9 266/2 266/4 268/12
269/7 273/10 276/3 288/23 289/12
293/14 294/23 301/4 302/7 304/6
I've [28] 2/12 2/13 6/3 8/15 18/14 19/17
23/12 61/23 68/23 73/13 78/5 87/11
90/11 91/10 107/7 109/16 113/23 116/21
124/18 130/10 130/21 148/12 154/11
154/12 188/22 203/12 280/13 291/5
ice [2] 162/16 272/5
Idaho [3] 282/24 283/14 283/15
idea [8] 128/14 163/24 171/7 172/2 175/6
175/7 184/8 194/8
ideas [2] 51/21 89/5
identification [1] 173/19
identified [2] 152/10 182/9
identify [4] 152/11 182/5 202/20 275/15
ignorance [1] 78/21
ignore [1] 157/4
IL [1] 1/18
illegal [1] 78/17
Illinois [6] 91/17 91/18 106/9 140/11
212/17 212/18
illusion [1] 162/19
images [5] 16/24 55/15 287/10 305/17
311/18

immediate [1] 105/18
Immigration [1] 272/5
impact [4] 47/18 106/11 124/6 140/18
impairment [3] 128/23 129/7 129/21
impartial [46] 32/17 34/4 35/12 36/4 46/8
47/20 48/8 50/7 55/17 66/14 67/2 68/6
69/1 74/1 74/5 77/10 77/15 80/2 80/11
87/14 90/22 92/2 96/8 97/12 98/10 98/25
101/21 106/12 111/14 113/8 114/4
118/14 121/3 124/7 126/11 133/12
136/11 137/11 139/11 140/1 140/20
141/24 142/20 142/23 146/5 148/16
impartiality [17] 37/14 38/4 38/14 38/24
39/17 40/4 40/20 41/7 41/20 42/7 43/16
44/20 45/11 48/22 49/15 51/11 88/13
impatiently [1] 270/14
important [11] 21/14 23/11 26/3 171/3
171/5 172/23 173/15 173/19 175/15
176/4 221/18
importantly [2] 156/11 160/2
impossible [1] 28/4
impress [1] 85/9
impression [1] 182/24
imprisonment [1] 274/17
improper [1] 157/1
incident [1] 142/24
include [8] 16/24 17/12 17/18 33/6 55/15
56/18 265/13 271/13
included [2] 267/9 303/18
includes [2] 33/10 159/25
including [4] 30/25 68/2 115/14 159/4
incomplete [4] 302/17 302/19 302/24
302/25
inconsistent [1] 174/22
inconvenient [1] 21/5
indeed [1] 24/4
independent [7] 158/22 256/2 256/3
256/5 258/25 259/3 263/10
INDEX [1] 318/1
INDIANA [24] 1/1 1/15 1/23 20/19 46/5
164/4 164/5 178/3 178/4 187/10 212/17
212/18 251/16 251/22 253/5 253/21
253/22 253/23 253/23 274/16 282/5
282/11 285/19 285/20
Indianapolis [3] 34/22 47/11 271/25
indicate [4] 29/23 30/1 142/22 156/13
indicated [10] 30/2 78/13 80/10 129/7
175/7 267/12 267/15 284/9 284/13
303/12
indicates [1] 283/14
indicating [10] 23/13 156/14 206/13
206/16 206/18 206/23 207/7 207/18
208/1 208/2
indicative [2] 302/23 303/1
Indictment [6] 8/18 21/19 22/3 28/10
158/9 158/9
individual [9] 15/2 181/23 259/11 272/18
275/10 275/15 277/2 288/11 288/12
individuals [2] 78/25 180/14
indoctrinating [1] 161/23
industry [5] 16/2 16/3 16/14 16/18 30/21
infer [1] 174/22
inference [1] 22/6
inferences [1] 172/21
inferred [1] 313/6
influence [4] 48/7 49/1 51/15 88/16
influenced [1] 157/2
informal [1] 23/9
information [15] 3/24 150/20 159/3 159/5
257/18 266/15 268/3 269/21 272/21
283/4 283/11 286/17 286/20 293/6 315/3
informed [1] 19/17 20/24 177/11 292/20
infrequently [8] 91/21 91/22 97/20 98/20

120/12 133/8 136/1 136/2
ingrain [1] 162/1
ingratiated [1] 162/11
ingratiating [1] 162/12
inherited [1] 107/25
Initially [1] 272/5
initials [8] 18/21 18/24 19/1 160/25 161/4
161/6 177/21 305/9
ink [1] 213/5
Inn [9] 197/17 214/24 214/25 243/18
243/24 284/15 285/11 285/18 285/19
innocence [8] 67/6 67/14 67/15 67/20
160/14 171/3 172/5 172/8
innocent [4] 158/13 160/12 171/8 175/22
inputted [1] 261/16
inquire [1] 127/3
ins [1] 32/10
insert [3] 307/15 309/5 310/21 310/24
inside [14] 188/15 205/10 205/11 208/6
208/7 217/21 241/3 244/21 288/14 307/6
307/12 309/4 309/5 309/13
installed [2] 302/8 302/15
instances [1] 168/14
instead [5] 73/22 153/24 171/6 211/23
281/8
instruct [2] 156/19 281/7
instructed [1] 157/8
instructing [1] 309/14
instruction [8] 19/10 150/9 150/11 150/23
152/1 157/10 176/11 224/12
instructions [16] 67/21 68/1 68/1 68/3
68/8 68/14 114/6 126/13 142/1 148/18
154/13 156/6 157/24 160/3 160/18
173/23
intelligible [1] 295/6
intend [3] 3/16 3/21 315/11
intended [2] 85/9 156/13
intent [2] 163/17 169/24
intentional [1] 119/18
interact [1] 174/12
interacts [1] 174/4
interest [3] 269/5 279/21 279/21
interesting [4] 16/21 71/20 73/10 156/4
interests [1] 235/20
interfere [3] 80/10 82/23 84/1
interferes [2] 79/23 80/2
internal [1] 265/17
Internet [86] 56/7 56/10 56/13 56/18 57/6
57/9 57/11 58/4 58/7 58/9 58/23 59/1
59/3 59/21 59/24 60/2 60/19 60/22 60/24
61/19 61/22 62/1 62/15 62/18 62/23
63/13 63/16 63/20 64/8 64/11 64/13
64/14 65/4 65/7 65/12 79/1 79/1 79/2
86/20 86/23 87/1 92/19 92/22 92/24 94/2
94/5 94/7 103/1 103/6 103/22 104/24
105/3 105/5 108/12 108/15 108/19
111/24 112/2 112/8 117/16 117/19
117/21 122/8 122/11 122/13 125/4 125/7
125/9 134/19 134/22 135/1 138/5 138/8
138/10 144/23 145/1 145/3 147/9 147/12
147/17 150/18 159/1 159/7 302/11
302/13 315/1
interpret [1] 160/17
interrupt [1] 231/17
Interstate [1] 16/5
interview [11] 25/17 220/25 221/7 221/8
221/13 286/4 286/7 286/9 286/15 286/17
314/10
interviewed [2] 202/19 314/11
interviews [3] 242/25 272/14 272/16
introduced [5] 22/8 113/23 182/14 192/1
279/24
investigate [4] 172/4 271/9 272/10 275/8

**I**

investigated [4]  46/17 46/21 99/9 268/2
investigation [1]  63/23 270/21 271/18
272/2 272/4 272/13 293/7 296/16 312/24
313/16 313/24
investigations [2]  171/23 272/7
investigative [2]  66/18 313/23
investigator [1]  36/9
investigators [1]  314/8
invited [1]  183/25
inviting [1]  167/17
involve [1]  272/13
involved [23]  21/2 23/3 23/21 36/13 47/8
71/16 100/14 100/17 101/15 127/15
131/20 150/1 150/21 150/22 151/11
158/24 159/3 159/20 159/23 160/1
251/15 315/4 315/6
involves [1]  50/3
involving [5]  46/17 46/19 67/1 191/3
191/18
iPad [1]  63/18
iPhones [2]  150/18 315/2
irrelevant [1]  227/20
irresistible [1]  164/15
irrespective [1]  152/2
is [474]
isn't [5]  5/14 26/3 81/2 143/1 234/9
isolate [1]  161/19
isolating [1]  168/21
issue [2]  6/2 17/1
issues [5]  22/1 23/21 109/10 150/1 156/3
it [596]
it's [100]  2/13 4/4 7/19 13/13 16/22 16/23
17/3 17/6 17/9 17/9 17/13 17/17 17/19
18/7 20/17 21/5 21/6 22/5 22/6 23/8 27/4
33/19 33/20 52/2 52/8 52/15 52/17 54/13
54/14 55/14 73/11 73/13 73/18 75/18
78/16 80/7 80/8 80/8 80/10 81/1 81/1
83/9 84/2 84/3 97/17 100/9 100/22
101/11 116/16 119/18 123/5 123/24
124/1 130/17 150/6 150/16 161/12
161/14 166/22 171/5 171/9 171/10 174/5
174/22 175/17 189/4 189/21 192/4
198/21 204/15 211/18 213/17 222/15
223/17 254/6 258/17 259/11 262/22
263/3 265/17 265/17 276/7 278/4 278/23
281/4 289/14 294/16 295/8 295/23
296/16 297/17 298/15 304/15 305/18
307/10 308/7 308/23 309/8 310/22 312/6
item [3]  157/7 157/8 182/5
items [2]  293/3 293/6
its [6]  7/10 175/5 175/23 176/6 198/22
313/14
IV [1]  1/7

**J**

J's [1]  246/1
jail [1]  99/24
JAMES [8]  1/10 20/20 85/18 106/25
107/1 130/15 130/18 130/19
Janette [1]  24/21
January [2]  76/16 275/4
Jared [2]  85/19 95/3
Jeanette [2]  35/15 85/14
Jennifer [3]  24/24 26/19 27/15
Jeremy [3]  11/23 220/22 221/7
jerk [1]  73/15
Jessica [3]  12/2 85/19 93/14
JILL [5]  1/14 9/12 29/16 163/7 170/7
Jo [1]  303/10
job [7]  21/13 25/16 31/4 36/13 97/25 98/3
260/5
jobs [1]  21/10

John [4]  14/19 30/11 316/1 316/2
join [5]  70/13 72/24 75/15 151/19 306/20
joins [1]  308/10
joke [1]  110/2
Jonelle [1]  106/1
Jones [1]  26/20
judge [167]  1/10 2/11 2/12 4/8 4/10 4/17
4/20 4/23 5/4 5/11 5/16 6/1 6/12 6/16
6/18 6/23 7/16 8/2 8/23 9/6 9/11 15/24
16/10 16/20 18/11 19/7 19/9 19/22 20/1
20/7 20/14 20/20 22/12 30/23 50/13 72/6
74/19 78/4 78/6 78/11 79/6 79/14 80/3
80/17 81/5 81/17 81/18 81/23 82/8 82/10
82/17 83/13 84/4 84/8 84/25 89/23 91/3
96/17 101/6 102/9 110/5 114/11 114/20
114/25 115/6 115/11 115/15 115/17
121/10 124/12 128/24 129/5 129/17
129/24 130/2 134/5 142/10 142/15
142/20 142/22 143/4 143/11 143/18
146/14 148/22 149/3 149/7 149/17
151/20 152/5 152/9 152/22 153/12
153/15 154/20 154/24 155/7 155/16
155/19 163/5 170/14 171/2 172/21
179/25 182/11 185/16 185/16 185/17
193/1 200/7 201/12 201/24 204/25
205/22 210/5 213/21 215/15 215/23
216/1 216/20 218/1 218/15 218/18 223/6
225/14 226/2 227/22 238/4 249/20 250/7
254/8 254/11 258/1 263/14 263/18
266/25 267/7 268/10 268/22 269/24
270/15 273/17 273/21 280/5 280/12
280/18 280/22 281/1 287/4 288/1 289/5
290/5 291/17 292/9 293/9 293/25 295/10
295/16 298/6 298/15 299/16 299/18
300/17 300/22 301/1 308/4 317/2
judges [1]  156/9
judgment [4]  48/7 84/2 89/18 298/12
judicial [2]  72/14 151/9
July [21]  1/9 3/5 172/14 172/23 183/24
226/15 229/11 229/11 229/22 241/20
243/20 277/14 281/25 282/2 282/14
282/23 283/16 283/24 285/11 285/18
313/20
July 11th [1]  281/25
July 15 [1]  277/14
July 15th [1]  282/14
July 16 [1]  3/5
July 16th [1]  282/23
July 18th [1]  283/16
July 19th [1]  283/24
July 25th [1]  285/11
July 27th [1]  285/18
July 4th [1]  282/2
Junior [1]  39/9
junk [1]  164/18
juries [3]  21/8 22/20 55/7
jurisdiction [1]  123/13
juror [28]  21/15 22/17 25/10 28/8 47/20
48/8 51/23 55/17 66/14 67/19 69/15 72/4
72/6 74/24 75/3 77/24 78/11 84/20 85/6
89/7 90/22 92/2 102/16 106/12 124/7
129/3 134/7 140/20
jurors [36]  6/4 20/3 20/15 20/18 21/16
22/14 24/13 24/14 28/23 83/16 85/14
85/24 85/25 113/18 113/21 113/24 114/2
114/8 116/12 126/1 126/3 126/6 126/9
126/15 141/14 141/16 141/19 141/22
142/2 150/14 155/14 156/7 158/17 158/18
159/8 159/14
jury [86]  13/2 20/3 20/10 20/12 21/5
21/18 22/21 23/25 24/7 74/18 25/2 25/5
25/8 28/4 55/9 55/12 68/6 68/9 70/20
72/4 73/6 74/24 75/22 77/24 83/3 85/6

85/8 85/22 102/16 114/4 115/7 115/10
115/23 116/5 116/6 116/15 126/11 129/3
130/17 134/7 141/24 148/16 149/13
148/12 149/24 149/25 151/4
151/8 152/10 152/15 154/22 155/24
155/25 156/2 159/4 159/20 159/22
160/19 178/6 185/23 193/6 194/25
223/23 224/17 225/16 225/19 225/24
273/8 278/13 279/8 281/16 289/10 294/5
294/24 294/25 295/4 295/17 297/6
298/24 300/15 300/18 300/20 300/24
315/9
jury's [1]  281/9
just [142]  2/22 15/21 16/4 19/7 19/8
19/13 19/25 21/15 22/3 23/15 23/23
28/15 29/1 29/7 29/25 31/22 35/10 41/17
42/6 43/5 43/9 44/20 45/19 46/2 49/12
49/22 65/25 66/9 69/6 69/19 70/13 72/25
73/11 73/13 75/16 81/21 84/2 85/7 85/22
88/5 88/6 89/16 90/19 92/6 97/11 98/13
99/6 99/6 99/6 100/3 100/22 106/13
107/19 107/23 110/9 111/13 112/12
119/14 119/18 127/8 129/14 130/17
131/9 133/11 136/9 136/14 140/23 141/6
141/9 143/17 143/18 143/20 146/4
149/20 149/22 152/9 154/13 155/12
155/14 156/5 157/4 157/7 158/17 160/5
162/21 164/21 164/24 171/3 171/4 171/4
171/16 172/11 174/11 174/12 175/17
175/18 180/16 184/17 186/4 190/6 193/7
194/14 198/10 198/10 206/12 214/4
217/4 220/1 223/25 224/2 224/15 225/19
233/5 234/4 234/16 237/4 237/7 237/7
237/8 237/9 246/25 247/8 247/9 250/7
256/9 259/7 259/11 260/18 262/16
269/10 269/16 270/3 273/15 295/5 295/8
295/11 308/9 308/14 309/9 312/3 312/17
314/6
justice [1]  84/23
Juvenal [1]  12/12
juvenile [1]  98/18

**K**

K-O-L-E-R [1]  315/10
K.M [8]  18/24 18/25 161/4 161/5 267/10
268/12 272/18 316/6
K.M.'s [2]  267/17 269/3
Kadela [1]  11/19
Kalvaitis [1]  11/23
Kandell [3]  85/19 95/5 95/7
Karen [1]  13/24
Kathleen [1]  10/10
Kazaa [3]  56/19 61/8 78/14
KDV [1]  303/10
keep [18]  20/24 51/24 66/25 81/12 158/1
159/11 161/23 171/12 174/6 175/14
175/16 179/9 213/6 213/8 249/13 250/18
259/14 316/12
keeping [1]  173/25
keeps [1]  309/15
Keith [2]  12/22 30/8
Kendall [1]  12/2
kennel [3]  207/20 207/21 244/21
kept [5]  54/11 257/11 261/6 261/6 261/12
key [19]  174/17 175/11 188/17 188/18
189/7 189/7 213/1 213/3 213/17 214/3
214/4 284/5 285/1 285/6 313/1 313/8
313/10 313/13 313/14
kid [3]  13/6 164/25 169/21
kids [10]  37/6 97/8 161/13 161/14 162/4
162/16 165/6 180/22 181/1 183/18
kill [3]  200/3 214/12 214/16
killed [1]  132/5

# K

Killinger [1] 305/5
kind [30] 11/3 22/25 24/5 46/13 48/14 48/14
48/9 70/24 71/8 90/22 92/5 100/7 107/19
127/24 149/22 167/24 177/7
178/8 178/8 178/13 178/15 178/17
188/13 188/16 190/6 203/4 212/24 227/9
251/20 253/1 254/6 262/17 265/11 275/8
294/17 307/19 311/1
kindergarten [2] 42/4 97/8
kinderkutje [1] 304/1
kinds [5] 157/19 158/1 183/18 261/1
271/9
knee [1] 73/15
knee-jerk [1] 73/15
knees [2] 306/23 306/23
knew [16] 162/18 164/9 164/10 165/10
194/16 200/20 200/20 200/21 203/3
228/19 231/24 232/17 232/20 243/25
244/2 244/5
knocked [1] 240/23
know [136] 3/7 4/5 13/1 13/5 13/5 13/11
16/4 16/19 23/15 23/24 24/5 26/19 28/15
28/25 29/15 29/19 30/2 30/4 30/14 41/25
42/22 44/16 44/18 49/19 49/22 49/23
49/24 53/22 54/8 54/10 54/20 55/6 56/15
56/23 68/18 68/23 70/4 71/18 71/20
73/19 76/5 76/10 76/14 77/2 77/2 78/18
78/20 78/23 99/22 100/7 100/13 101/2
101/4 101/6 102/15 103/14 103/21
109/11 109/13 110/9 111/2 111/4 113/19
113/22 113/25 114/3 118/21 119/11
119/12 119/17 120/21 121/1 126/2 126/4
126/7 126/10 127/22 128/11 129/13
132/6 132/10 132/17 135/13 140/21
140/22 141/15 141/17 141/20 141/23
146/9 147/8 148/9 148/12 148/15 151/21
154/14 155/4 155/7 155/9 155/22 155/23
156/2 159/17 169/13 172/14 173/17
173/17 177/6 181/24 188/3 189/5 199/4
203/4 204/2 208/15 216/6 216/7 217/2
222/13 226/15 231/23 240/8 243/12
244/14 249/23 253/14 253/17 253/19
253/22 263/7 269/8 282/1 300/19 305/12
313/10 313/17
knowing [7] 50/2 74/2 89/8 136/8 168/10
168/12 169/10
knowledge [15] 29/23 30/1 66/17 82/12
82/13 104/6 104/8 157/21 222/13 248/17
257/8 257/17 259/19 261/16 261/17
known [5] 10/8 17/25 22/15 30/4 66/6
knows [3] 155/7 161/22 216/3
Kogler [2] 110/12 110/15
Koler [4] 12/6 30/7 315/15 315/18
KOSTER [5] 1/14 9/12 29/16 163/7 170/7
Kristian [2] 10/18 30/6
Kristine [1] 11/9
Kurt [2] 121/13 121/14
Kwiatkowski [3] 24/24 26/20 26/21
Kyle [14] 12/24 18/24 30/8 161/5 215/14
215/22 216/7 216/9 217/2 219/21 220/1
220/2 244/1 272/20

# L

L-A-S-A-Y-K-O [1] 69/23
labeled [1] 188/22
labia [2] 309/11 309/11
Lace [4] 12/6 30/7 315/15 315/20
lacking [1] 174/14
ladies [16] 18/14 18/16 19/12 20/17
22/13 24/17 85/4 115/21 149/23 150/5
156/1 160/20 177/3 274/11 287/23

314/18
lady [2] 101/1 109/18
lady's [1] 100/25
lady[ ]z [2] 309/10 165/1
Lake [8] 37/1 75/23 97/16 98/9 123/14
123/15 180/11 276/8
Lana [14] 14/17 30/11 163/8 267/7 270/2
270/19 318/7
landscaping [1] 129/12
language [2] 16/25 55/16
Lansing [1] 135/21
laptop [11] 155/20 188/12 189/4 233/1
290/22 291/7 291/8 301/23 302/3 302/4
303/16
large [3] 307/15 309/5 310/25
Lasayko [18] 24/24 40/24 40/25 41/1
43/21 54/1 54/2 54/3 63/8 69/13 69/16
69/21 70/11 72/4 79/18 80/20 84/21
85/16
last [27] 4/14 4/25 15/1 26/23 27/7 39/10
40/10 40/16 44/16 44/18 68/21 143/19
162/25 201/20 223/2 223/6 235/17 242/3
255/5 266/8 266/9 270/18 271/18 278/8
305/23 310/20 315/23
lasted [1] 282/2
lasting [1] 188/6
late [4] 2/13 5/14 6/5 164/17
later [16] 166/5 167/19 172/25 173/1
173/1 173/2 185/8 220/19 220/19 232/25
243/19 252/6 268/19 293/1 297/23
297/25
laugh [1] 310/12
laughing [1] 310/8
laughs [1] 311/12
Laveco [1] 75/6
law [73] 21/20 28/10 31/4 31/13 34/10
34/17 34/20 42/17 42/22 43/11 43/14
45/8 45/15 45/17 45/25 46/1 46/11 46/21
46/22 47/7 66/16 67/5 67/18 67/22 67/23
68/1 68/3 68/8 68/8 68/14 73/16 73/22
74/9 78/21 91/24 92/5 97/23 98/12 99/9
99/10 100/13 110/25 111/3 114/6 118/22
119/21 120/1 120/2 126/13 135/12
135/13 135/18 136/8 136/13 142/1
148/18 156/10 156/11 160/18 161/16
168/25 172/2 172/3 172/7 202/20 221/8
222/19 267/10 271/2 271/10 275/6 287/8
287/17
lawfully [2] 288/5 290/21
lawfully-obtained [2] 288/5 290/21
lawmakers [1] 73/15
laws [13] 51/18 51/20 73/12 73/21 73/23
74/2 74/7 74/11 74/13 79/1 79/3 88/19
89/2
lawsuit [1] 100/17
lawyer [6] 7/4 110/24 111/8 111/13 160/1
160/8
lawyers [30] 7/3 9/12 23/3 29/16 29/20
42/15 42/15 68/18 71/16 85/6 85/10
109/22 113/22 119/11 119/11 120/9
120/15 120/20 121/2 126/4 141/18 148/9
156/23 156/24 156/25 158/23 159/4
159/20 159/23 160/16
lay [1] 205/2
laying [2] 306/22 310/15
layout [2] 193/6 205/11
lays [3] 309/2 309/12 311/10
leader [3] 34/14 112/24 113/4
League [1] 40/18
lean [3] 176/24 254/25 270/9
learn [13] 23/17 150/19 167/6 191/9
198/23 229/1 229/6 229/12 229/25 230/3
297/23 298/1 315/2

learned [4] 166/5 229/4 229/15 297/25
leash [1] 244/21
lashes [1] 244/23
leases [1] 244/23
least [4] 194/21 194/24 223/22 263/22
leave [4] 210/19 211/24 212/2 239/17
leaves [1] 262/23
left [9] 130/5 187/9 188/3 206/9 219/20
230/3 239/19 247/24 304/11
legal [3] 36/9 70/22 71/4
legals [1] 265/13
legend [1] 223/18
legs [5] 2/5 309/3 310/3 310/6 311/2
Lekecia [2] 15/11 30/12
less [1] 168/13
lessen [1] 164/14
lesser [1] 45/23
let [39] 2/16 2/22 6/5 6/11 21/16 23/24
42/13 86/5 86/10 88/4 88/6 90/18 98/6
99/5 104/18 113/16 116/1 117/10 124/25
125/23 131/17 137/18 141/11 144/18
146/3 147/4 150/9 154/14 156/5 156/21
206/12 209/14 210/21 217/20 222/11
262/8 262/14 264/10 277/11
let's [32] 2/7 20/8 30/3 36/17 39/1 39/3
52/1 55/21 93/14 93/18 95/25 97/5 99/19
104/12 107/13 110/23 117/6 117/7
118/18 118/19 119/14 121/22 131/6
131/24 137/21 154/11 172/6 175/8 190/3
244/16 276/20 306/6
letter [1] 315/23
letters [2] 76/18 76/23
level [7] 36/24 38/20 39/7 40/2 40/14
118/9 136/24
levels [2] 39/13 41/15
Levenick [1] 12/8
Liberty [1] 276/7
license [1] 296/17
lick [2] 308/17 308/24
lie [4] 221/22 222/4 222/15 309/18
lies [1] 308/10
life [6] 48/6 48/6 167/2 167/17 178/5
223/24
lifeless [3] 308/14 309/2 311/11
Lifetime [1] 161/15
light [3] 237/25 238/1 245/1
lighten [1] 295/7
lights [3] 210/14 241/9 241/13
like [85] 2/10 6/14 29/22 46/2 65/25 66/9
73/15 81/23 81/25 92/6 97/24 98/2 98/14
102/5 107/21 136/15 136/25 137/3 137/6
137/9 151/6 152/9 153/4 153/7 157/7
163/20 169/14 169/18 170/20 172/9
177/7 178/11 178/13 179/1 182/1 185/9
186/25 187/2 189/10 195/4 196/18
196/20 198/10 199/12 200/16 201/6
201/7 202/17 203/17 203/21 204/3
205/10 210/16 210/19 215/4 216/9
216/15 217/14 218/1 218/15 222/1
223/18 227/15 237/4 237/7 237/9 237/14
237/24 239/2 246/25 259/7 259/21
262/16 263/3 264/22 273/6 275/25
277/10 280/13 281/8 283/1 293/3 300/17
307/14 316/12
likelihood [1] 25/7
likely [1] 17/10
LimeWire [3] 65/20 94/16 94/17
limine [2] 268/5 268/7
limited [1] 157/9
limits [2] 48/13 88/9
limp [1] 309/2
Lincoln [2] 271/7 271/10
Lindsey [1] 12/8
line [9] 6/10 181/5 209/17 263/6 264/20

# L

line... [4] 264/23 266/8 266/8 312/11
lines [4] 11/6 216/2 163/24 120/24
lingering [7] 47/17 75/11 77/14 101/24
106/10 124/4 140/17
list [33] 6/15 9/20 15/20 29/21 29/24
29/24 30/15 57/15 58/13 59/7 60/5 61/3
62/4 63/2 63/23 64/18 65/15 93/3 94/11
104/2 105/9 108/23 112/17 122/17
125/15 135/5 138/14 145/7 147/20
152/23 153/6 153/8 156/21
listed [9] 114/1 119/11 120/9 126/8
127/13 141/21 148/13 305/22 311/13
listen [20] 25/6 25/8 66/22 77/8 80/11
82/24 109/21 109/21 109/22 128/18
133/16 136/10 141/1 150/14 158/21
171/12 172/18 173/14 173/14 314/22
listing [1] 117/25
liter [1] 217/16
litigation [1] 6/4
little [46] 5/14 18/15 23/17 25/4 40/18
86/11 86/12 95/25 124/25 151/6 169/20
177/7 184/13 186/25 187/2 187/2 187/3
188/17 190/13 190/15 190/20 191/17
207/21 210/22 216/11 217/14 221/4
221/12 221/25 223/17 223/18 223/19
224/1 224/4 231/15 239/3 242/2 243/19
244/16 250/14 250/21 250/22 257/10
263/2 277/12 307/13
live [4] 8/7 181/18 224/3 255/8
lived [1] 178/4
lives [2] 44/7 164/2
LiveWire [2] 56/19 104/4
living [8] 119/23 180/10 180/12 222/25
223/25 250/3 274/22 301/20
Lloyd [4] 24/24 31/6 41/23 72/7
LMAN [1] 304/16
loaded [1] 290/3
local [4] 42/22 46/22 99/10 271/10
located [1] 195/3
locations [1] 288/3
lodging [1] 263/25
lolite [1] 304/17
long [24] 5/10 17/9 20/25 25/22 51/7 69/7
76/13 92/15 118/11 123/4 132/10 139/18
145/17 178/4 188/3 188/6 223/2 239/21
242/6 253/15 255/20 270/24 271/22
280/23
longer [2] 187/2 270/13
look [22] 72/12 155/19 170/22 180/8
182/1 188/24 189/10 189/15 192/5
203/17 204/3 208/13 208/15 238/6
256/25 260/17 260/18 282/3 295/14
308/11 310/3 312/15
looked [12] 163/20 186/18 196/20 199/12
201/6 202/17 205/10 216/9 216/15 236/2
237/4 237/19
looking [10] 103/23 153/2 192/8 192/10
206/25 259/9 259/9 262/10 281/24 287/8
looks [10] 174/6 200/16 201/7 203/21
237/7 237/9 262/16 264/22 277/10 283/1
Loops [2] 207/11 207/12
loosely [1] 265/2
Lora [5] 13/20 30/9 254/17 255/7 318/6
lose [1] 149/21
lot [11] 20/10 71/3 73/12 109/23 190/2
190/10 206/2 210/21 215/14 227/4
231/19
lots [1] 310/22
loud [1] 109/10
louder [1] 56/4
Loudly [1] 303/6
love [1] 215/5
loves [2] 186/3 186/3
loving [1] 186/3
lovingly [1] 38/11
lubricant [3] 309/17 310/22 310/24
Lucie [3] 288/5 290/20 301/19
Luger [8] 200/13 200/18 200/19 201/7
202/21 203/1 203/21 234/13
lunch [2] 150/24 152/16
luncheon [1] 150/7
Luto [1] 303/9
lying [1] 308/8

# M

M-A-N [1] 126/24
M. [2] 9/13 29/17
ma'am [136] 9/14 25/15 77/25 84/7 91/4
92/8 93/16 131/9 146/15 177/24 178/10
179/13 179/15 179/19 180/13 180/19
180/21 180/23 181/4 181/13 181/17
181/19 181/22 181/25 182/4 182/17
183/15 183/17 183/23 184/2 185/3
185/13 186/14 186/16 186/19 186/21
186/23 187/14 187/16 187/18 187/25
188/2 188/5 188/10 189/2 189/14 189/16
189/19 189/25 190/11 190/23 190/25
191/2 191/6 191/15 191/19 191/25 192/9
192/12 192/14 192/16 192/19 192/22
193/17 194/1 194/5 194/18 194/20
194/22 195/10 195/14 195/16 195/19
195/21 195/25 196/4 196/11 196/16
196/21 196/25 197/11 197/13 198/16
199/17 199/19 200/15 201/3 201/8
201/21 202/18 203/8 203/16 204/13
204/17 204/21 205/8 206/6 207/2 207/9
208/5 208/10 208/14 208/16 208/20
209/13 210/23 211/14 211/21 212/8
212/10 212/12 212/14 212/20 213/15
214/9 214/20 215/20 217/8 217/22 218/5
218/14 219/6 219/25 220/7 220/9 220/11
220/24 221/2 221/17 221/20 221/23
222/16 222/18 254/19 295/17 313/4
mad [1] 197/7
made [12] 21/25 69/25 72/12 158/10
162/10 164/9 170/17 201/4 201/12 224/2
241/9 249/21
mail [1] 304/20
main [1] 178/19
mainly [1] 95/23
maintain [1] 67/14
majority [1] 80/8
make [28] 28/4 29/4 81/23 84/7 89/14
109/25 110/1 119/17 143/18 143/20
150/24 156/25 160/6 160/16 161/20
162/20 172/11 172/13 174/13 175/18
185/9 198/21 201/16 221/21 268/23
294/17 297/15 311/9
makes [6] 7/18 70/1 127/1 171/14 175/3
175/17
making [1] 32/10
male [20] 83/16 142/25 306/17 306/19
306/21 306/25 306/25 307/7 307/9
307/11 307/15 307/18 308/10 309/10
309/13 309/18 310/10 310/21 310/24
311/8
man [6] 163/3 168/9 169/18 170/10
303/8 308/12
man's [2] 307/14 310/11
manager [1] 97/6
manner [1] 165/20
Manning [9] 124/15 124/16 126/23
126/24 126/24 126/24 127/8 129/21
130/11
manual [5] 257/1 257/9 257/9 257/11
259/13
manuals [1] 257/20
many [47] 3/2 208/6 257/8 257/13 219/20
154/12 159/17 169/7 169/8 181/1 196/5
216/8 217/23 250/9 302/24 303/18
316/24
map [2] 312/22 312/23
maps [1] 64/12
Marberry [4] 96/21 96/22 102/16 102/18
Marine [1] 95/12
Marines [1] 95/13
Marion [1] 98/18
mark [4] 218/15 280/2 280/8 297/15
marked [36] 180/2 185/21 200/8 202/1
205/24 209/9 210/8 213/23 216/22 218/2
218/20 258/5 260/1 261/24 276/1 276/14
281/5 288/13 288/16 288/23 289/7
289/12 289/20 290/22 290/24 291/5
291/19 292/11 293/10 294/2 296/10
297/4 298/7 298/22 299/19 300/12
married [4] 83/16 119/24 119/25 120/2
Marshal [1] 299/4
Martin [2] 12/12 301/25
Marvin [1] 10/20
mask [1] 163/3
master [1] 288/17
match [1] 313/7
matched [2] 303/20 303/21
matches [2] 171/13 171/14
material [1] 305/25
materials [2] 159/1 260/12
math [2] 39/6 83/19
Matt [4] 11/1 30/6 163/8 235/5
matter [4] 7/4 68/21 143/12 317/6
matters [1] 157/25
Matthew [1] 296/21
may [85] 2/19 3/12 3/25 4/15 5/1 5/22
13/14 16/23 17/12 17/18 17/19 18/8
18/19 18/23 29/22 45/14 50/2 55/14
65/23 66/12 66/21 68/9 81/18 82/25 84/6
85/6 87/9 89/16 89/16 94/19 105/15
109/3 109/9 112/12 114/1 126/8 131/13
141/21 148/1 148/13 152/1 156/12
157/14 157/23 158/1 158/13 159/7
159/13 160/6 160/24 161/3 161/8
170/12 176/6 182/8 188/20 192/18 193/1
193/2 203/9 203/10 204/6 216/11 224/7
226/1 249/16 254/9 254/14 256/17
256/18 258/8 260/14 260/15 266/11
266/23 266/25 268/23 270/11 288/20
288/21 291/2 291/3 314/16 316/23
maybe [15] 73/13 98/21 153/23 164/13
166/2 166/2 172/25 173/10 174/13
190/20 191/13 225/13 238/24 243/21
274/4
McDonald's [2] 236/16 236/18
McGRATH [8] 1/14 9/13 29/17 154/18
154/21 161/8 163/5 291/21
me [226] 2/10 2/16 2/18 2/22 4/21 4/22
6/13 6/14 15/20 15/25 18/2 18/10 18/13
19/3 19/8 21/9 23/3 23/24 26/6 27/12
42/13 50/10 52/16 57/15 58/13 59/7 60/5
61/3 62/4 63/23 64/18 65/15 68/20
70/7 71/1 71/16 71/21 72/5 73/9 78/2
85/9 85/24 86/5 86/10 88/4 88/6 89/20
90/18 90/25 93/3 94/11 96/15 98/6 99/5
99/6 103/9 104/2 104/18 105/9 106/19
108/11 108/23 109/12 109/21 110/3
112/17 113/16 116/24 117/10 120/16
120/19 122/17 124/9 124/25 125/15
125/23 130/24 135/5 137/18 138/14
141/11 144/18 145/7 146/3 146/12

# M

me... [140] 146/24 147/4 147/20 149/22
150/9 153/2 153/6 156/11 157/14 157/19
157/8 163/6 164/24 169/13 173/6 176/16
176/23 177/1 179/17 182/2 183/4 183/19
183/19 184/7 184/19 192/25 193/15
196/2 197/22 200/2 202/7 202/12 202/13
202/15 206/12 207/13 208/22 209/14
210/21 212/23 212/25 213/1 213/2 213/4
213/7 213/17 214/12 214/13 215/9
215/14 217/3 217/20 219/8 219/17 221/5
221/6 222/11 223/3 223/4 223/11 223/11
226/19 227/1 227/8 227/11 227/15 229/5
230/2 230/9 230/11 230/23 232/11
232/19 233/11 233/22 234/21 235/5
235/14 235/23 237/2 238/18 239/7 240/6
240/20 241/9 241/14 241/24 242/19
243/23 244/1 244/8 244/14 244/15
244/15 244/19 245/18 246/2 247/12
248/8 248/22 249/7 249/10 249/12
249/12 249/14 250/6 250/16 251/14
254/24 256/25 260/24 262/8 262/9
262/14 263/14 263/24 264/10 264/10
270/8 272/7 273/9 273/11 273/18 277/11
278/15 279/11 282/20 299/21 307/13
309/24 310/4 310/22 316/19 316/22
mean [29] 5/9 16/11 17/14 24/6 49/19
70/6 70/23 71/2 71/2 73/10 73/21 83/6
119/8 127/23 174/8 198/25 216/14 227/9
227/10 227/10 249/11 250/18 252/14
253/8 287/13 305/19 311/21 313/18
313/20
meaning [1] 305/18
means [8] 22/16 70/4 70/5 71/8 81/12
158/20 171/5 272/1
meant [3] 227/8 238/20 304/5
media [5] 66/19 150/15 158/21 158/25
314/23
medical [1] 28/3
meet [3] 163/14 170/6 294/11
meeting [1] 220/20
megaphone [1] 239/3
Mehegan [2] 85/19 104/13
Meister [1] 227/3
member [20] 28/4 33/6 48/11 48/16
48/17 48/20 48/25 49/10 49/12 51/5
51/14 55/12 88/1 88/7 88/11 88/16
105/25 131/10 131/18 142/25
members [5] 33/10 131/20 142/17 174/9
217/15
memories [3] 165/16 166/9 214/6
memory [2] 83/24 166/2
men [1] 169/8
mention [6] 15/19 28/22 74/20 129/1
133/24 268/2
mentioned [12] 92/1 113/17 121/2 125/25
141/13 146/4 148/5 163/5 184/12 189/8
230/20 264/13
merely [2] 22/6 29/4
Merrillville [1] 271/25
met [2] 272/17 286/14
method [2] 22/6 302/10
Michael [2] 14/7 30/10
microphone [6] 127/12 131/18 176/25
255/1 256/10 270/9
microwave [1] 219/2
middle [7] 188/15 223/17 235/11 235/12
252/18 265/21 306/23
might [30] 7/17 23/21 23/22 24/5 30/2
37/13 42/12 46/7 47/18 50/5 66/24 79/2
82/2 82/23 93/10 102/19 104/9 106/11

124/6 129/9 134/9 137/14 140/18 143/16
156/18 156/18 173/4 222/2 237/14 281/7
mileage [1] 278/25
Miller [17] 8/7 9/12 12/16
millimeter [3] 53/12 53/14 53/23
Minarcik [5] 50/16 50/19 53/5 62/11
81/13
mind [20] 66/25 68/11 68/19 85/13
119/22 130/9 142/17 156/5 158/1 159/11
170/17 171/6 171/6 171/12 172/8 172/9
172/20 173/25 174/7 175/16
Minds [1] 66/16
mine [3] 33/6 140/7 155/21
mini [1] 219/2
Minnesota [4] 284/10 284/16 284/17
284/21
minor [13] 8/20 13/3 21/21 28/11 46/18
46/23 47/3 65/23 99/11 140/8 163/16
163/17 169/24
minors [3] 128/3 128/4 301/22
minute [12] 72/25 75/16 99/6 99/7 115/16
115/24 155/2 182/1 188/23 224/11
224/15 238/24
minutes [17] 8/5 8/6 8/9 99/6 116/4 116/7
154/12 171/2 224/14 224/23 225/5
225/13 236/25 280/24 306/13 308/6
309/22
mispronounced [1] 75/16
miss [3] 54/1 55/5 65/22
missed [2] 42/11 45/13
missing [1] 109/22 166/18
Mississippi [4] 164/5 212/16 212/25
285/14
Missouri [2] 212/16 213/1
mistaken [1] 101/13
misunderstood [1] 81/4
modern [1] 159/18
Modesto [1] 45/3
modified [1] 18/14
molestation [2] 132/24 132/25
molester [1] 161/25
molesters [2] 168/20 168/24
mom [6] 227/11 227/15 230/15 230/18
231/14 231/18
mom's [1] 182/19
moment [10] 3/12 81/18 127/9 203/13
224/7 236/25 254/8 266/19 270/11
273/15
Monday [2] 2/8 5/14
money [11] 70/2 70/22 71/4 80/3 84/23
129/10 278/25 283/2 283/8 283/18
283/24
Montana [1] 283/24
month [1] 220/6
months [7] 101/1 167/18 173/2 173/3
173/6 201/20 271/23
MOODY [1] 1/10 20/20 171/2
Moore [8] 12/20 12/22 12/24 30/7 30/8
30/8 255/9 316/9
more [67] 22/5 23/17 26/10 27/16 50/15
56/22 57/18 58/16 59/10 60/8 61/6 62/7
63/5 65/18 65/23 71/4 75/1 75/3 85/17
86/11 90/2 91/5 93/6 94/14 96/20 105/12
106/24 110/11 112/20 116/12 118/3
118/20 121/12 122/20 124/14 124/25
125/18 130/14 135/8 138/17 143/24
144/3 145/10 146/16 147/23 165/17
167/10 169/20 187/12 196/7 216/14
221/10 221/16 224/25 231/7 242/14
242/14 242/16 266/19 273/2 274/16
307/16 307/18 309/3 309/16 309/17
316/16
morning [16] 8/12 20/17 25/8 28/7 50/17

50/18 85/5 110/13 110/14 148/5 153/23
212/3 284/1 315/7 316/19 316/20
Morpheus [1] 56/20
most [11] 2/14 44/2 47/4 49/5 95/20
112/6 160/2 167/13 176/4 204/3 257/8
mostly [7] 40/12 40/18 62/19 65/8 108/16
250/14 250/19
motel [2] 284/14 285/11
motels [2] 165/23 264/1
mother [8] 124/3 124/5 162/13 180/15
180/20 230/23 248/3 294/16
mother's [2] 45/5 164/3
motion [6] 2/8 2/13 151/16 268/5 268/6
268/7
motivated [1] 174/10
motivates [1] 169/18
mouth [9] 166/15 196/3 197/10 307/3
307/4 308/23 308/23 309/13 309/19
move [12] 20/23 143/16 162/20 176/24
198/11 218/16 254/25 256/9 270/9 280/8
291/12 291/15
moved [2] 227/4 303/15
moves [20] 179/22 185/6 185/14 201/9
204/22 205/19 210/1 213/19 215/23
216/17 257/23 276/9 289/2 289/15 292/6
293/22 296/24 298/17 300/7 300/1
movies [2] 161/15 171/4
Mr [5] 39/21 153/4 153/8 154/21 280/25
Mr. [70] 4/11 8/22 28/9 29/15 29/19
37/17 38/6 38/17 42/1 44/24 50/11 51/4
52/13 52/21 52/25 52/25 53/3 53/5 54/24
56/24 57/21 59/14 64/23 67/7 67/10
67/13 67/15 67/20 68/5 68/12 68/17 69/1
72/21 72/24 73/24 74/2 75/4 75/15 78/13
86/5 89/21 109/7 110/3 113/20 117/6
117/7 118/18 127/8 129/5 129/19 137/19
141/15 142/25 143/12 148/7 154/18
154/21 161/8 170/12 172/15 173/12
175/7 175/21 176/1 228/4 228/5 291/21
312/7 312/7 313/18
Mr. Anderson [1] 50/11
Mr. Bauer [3] 38/6 52/21 59/14
Mr. Boillot [1] 89/21
Mr. Bujaki [1] 118/18
Mr. Gassoway [2] 37/17 52/13
Mr. Gross [4] 117/6 117/7 129/5 129/19
Mr. Heavilin [3] 52/25 52/25 78/13
Mr. Henry [2] 38/17 57/21
Mr. Manning [1] 127/8
Mr. McGrath [4] 154/18 154/21 161/8
291/21
Mr. Minarcik [1] 53/5
Mr. Resnick [24] 28/9 29/15 29/19 67/7
67/10 67/13 67/15 67/20 68/5 68/12
68/17 69/1 73/24 74/2 113/20 141/15
148/7 172/15 175/21 176/1 228/4 228/5
312/7 313/18
Mr. Resnick's [3] 173/12 175/7 312/7
Mr. Rubalcava [3] 56/24 75/4 75/15
Mr. Scheeringa [2] 109/7 110/3
Mr. Schouten [7] 42/1 44/24 51/4 54/24
64/23 72/21 72/24
Mr. Schuetz [3] 137/19 142/25 143/12
Mr. Schwartz [1] 53/3
Mr. Weaver [1] 86/5
Mr. Wigell [3] 4/11 8/22 170/12
Mrs. [1] 82/10
Mrs. Peterson [1] 82/10
Ms [7] 26/6 55/24 70/11 90/10 102/18
131/6 144/1
much [22] 4/8 34/10 34/23 41/14 62/14
70/6 85/16 130/13 144/1 151/13 158/4
168/12 172/25 173/1 181/5 212/10

**M**

much... [6] 216/14 221/12 223/22 225/12
235/1 270/19
multiple [4] 3/2 4/18 5/1 226/24
Munster [2] 43/3 135/20
murder [2] 105/22 131/24
murdered [2] 90/14 131/22
music [3] 61/9 78/14 104/4
must [19] 22/7 29/8 67/10 151/22 156/11
156/20 157/9 157/12 157/12 157/15
158/18 158/20 159/11 159/18 159/21
160/12 174/2 175/22 258/21
my [148] 2/22 6/14 8/16 16/22 19/23
20/22 21/1 22/17 22/25 23/9 23/16 23/24
24/25 25/2 25/6 25/9 26/14 26/23 27/7
27/20 32/1 33/5 33/11 34/9 34/13 35/18
36/21 37/6 37/24 38/19 40/10 41/4 41/16
42/3 43/22 44/13 44/25 45/5 45/5 50/22
53/2 54/4 54/16 67/21 67/25 68/2 68/7
68/14 70/24 76/19 82/3 83/23 88/11
88/24 90/17 94/21 99/15 102/5 103/4
103/8 104/8 106/1 110/18 113/6 114/6
117/25 118/22 119/20 119/21 120/1
120/1 121/17 123/24 124/1 124/3 124/24
126/13 136/19 136/21 137/1 137/5 139/2
141/25 144/10 145/16 146/21 148/18
153/14 156/3 157/2 163/5 163/6 170/7
171/15 174/18 175/3 175/25 178/5
180/15 182/19 182/23 183/5 186/12
187/23 190/16 190/18 193/19 193/21
193/24 195/2 195/2 199/25 200/2 214/12
214/15 215/3 220/15 221/5 223/3 223/10
227/11 227/15 228/14 230/22 230/22
231/15 231/16 231/18 231/18 231/19
231/20 231/24 231/24 238/8 248/17
249/6 249/6 249/8 249/8 249/10 271/18
274/2 275/20 281/9 281/25 296/21 306/9
311/16
myself [5] 41/10 49/9 115/14 151/11
229/17

**N**

N-O-R-M-A-N [1] 255/7
n1 [1] 303/8
n1-4 [1] 303/8
naked [8] 165/22 190/14 190/21 194/4
194/6 194/8 306/18 310/1
name [43] 4/6 9/14 13/2 13/7 14/24 15/1
18/24 31/13 44/14 44/16 44/18 72/6
75/16 78/12 79/17 152/23 161/4 163/5
177/17 182/20 184/12 220/22 248/20
248/24 249/3 255/5 255/5 263/6 270/18
270/18 272/18 272/19 275/19 277/2
288/15 303/2 303/5 304/2 304/14 313/14
315/20 315/23 316/14
named [5] 85/14 169/13 181/23 181/24
255/24
names [20] 17/23 17/25 18/18 19/1 24/16
24/17 26/20 29/25 66/4 66/5 160/23
161/7 180/16 180/16 302/23 303/24
305/10 312/10 312/17 315/11
narcotics [2] 271/14 271/15
Natasha [6] 26/11 26/12 36/18 55/22
82/19 85/14
Natasha Hudak [1] 55/22
National [5] 48/11 48/25 49/11 51/3 88/8
nature [17] 29/2 30/1 34/18 35/8 35/24
36/15 43/10 45/7 91/24 97/23 109/9
127/22 136/6 163/2 299/9 308/17 310/4
Navy [1] 288/9
Nazis [1] 203/2
Nebraska [2] 271/7 271/10
necessary [4] 5/7 16/22 16/25 258/20

necessity [1] 300/21
need [21] 8/4 16/4 20/2 69/11 85/17
110/11 114/17 115/1 116/12 126/20
120/11 129/25 130/6 142/24 143/2
144/15 155/23 176/10 216/2 273/22
278/17
needed [2] 164/6 164/7
needs [2] 115/14 129/10
negative [2] 46/11 106/18
neighbor [1] 140/6
neighbor's [1] 43/22
neighbors [1] 28/20
neither [1] 160/7
neon [1] 247/20
nephew [2] 140/7 140/21
nervous [6] 119/16 119/18 121/23 121/24
225/21 225/23
netting [2] 223/16 223/16
never [25] 2/13 9/22 63/25 64/1 87/6
87/7 103/3 103/6 128/15 139/24 163/2
164/11 165/3 222/25 223/21 229/20
237/10 238/17 238/19 238/20 238/21
240/10 246/23 248/1 266/11
new [19] 69/18 72/8 72/9 73/13 73/16
73/22 113/14 113/16 116/14 116/15
130/16 164/18 164/22 223/12 304/3
304/6 304/8 304/11 306/8
news [6] 73/14 150/15 158/21 158/25
162/3 314/23
newspapers [1] 28/19
new\1 [1] 303/25
next [56] 42/1 97/14 98/16 99/2 100/2
101/9 101/10 108/2 111/16 112/23
113/12 122/23 123/10 129/4 135/11
136/17 138/20 139/13 140/5 141/8
145/13 145/21 160/9 163/9 176/23 181/5
188/22 206/10 212/3 212/9 212/17
225/15 233/23 254/16 254/24 266/24
267/1 267/7 267/24 270/1 270/8 277/16
282/13 282/14 283/6 283/21 283/22
284/9 284/13 294/14 295/19 297/14
297/15 300/5 307/22 310/13
nice [8] 150/24 163/3 174/11 182/25
185/12 220/22 227/9 274/1
nice-guy [1] 163/3
nickname [1] 177/19
nicknames [2] 19/2 161/7
Nicole [11] 15/7 30/12 162/13 164/3
180/17 180/20 181/15 183/19 214/22
243/23 244/2
niece [3] 98/5 98/17 103/15
night [25] 162/24 165/11 165/22 192/24
209/24 209/25 211/20 219/5 222/22
222/22 222/24 223/2 223/9 223/20
238/15 238/17 238/19 239/8 244/9
244/25 250/14 250/20 251/2 251/5
277/18
nightmare [1] 161/16
Nina [1] 304/13
nine [18] 40/17 163/21 164/15 164/24
165/2 165/10 165/16 166/2 179/4 179/21
179/21 226/16 228/19 260/6 271/5
277/12 299/22 315/8
nine o'clock [1] 315/8
nine-year-old [4] 164/24 165/2 165/10
260/6
no [423]
No. [16] 69/15 72/6 72/20 75/4 75/8
78/12 79/17 80/25 84/20 266/4 273/13
273/20 273/22 274/5 287/20 290/12
No. 1 [1] 290/12
No. 10 [3] 69/15 79/17 84/20
No. 12 [2] 72/6 72/20

No. 2 [2] 273/22 287/20
No. 3 [5] 75/4 75/8 273/13 273/20 274/5
No. 33 [1] 226/4
No. 6 [4] 61/1 88/25
No. 7 [1] 78/12
nobody [1] 184/19
nod [1] 85/25
nodded [1] 28/23
Nodding [5] 37/18 42/25 128/10 183/9
258/15
nondiscriminatory [1] 82/1
none [10] 23/4 24/5 26/8 27/14 82/14
115/2 115/4 130/2 143/7 266/17
nonlawyers [1] 152/10
noon [1] 150/6
Nope [1] 253/20
normal [4] 85/8 257/11 259/14 259/17
normally [5] 4/9 18/6 32/21 155/22 232/9
Norman [5] 13/20 30/9 254/17 255/7
318/6
North [3] 212/16 213/18 284/5
NORTHERN [4] 1/1 20/19 46/5 274/16
not [279] 2/14 2/20 3/7 3/18 5/17 6/25
7/22 9/18 13/1 17/9 17/12 17/23 18/18
19/15 19/15 21/1 21/9 21/15 21/25 22/5
22/20 23/1 23/4 24/1 25/5 27/6 27/8
29/12 32/11 33/20 34/10 36/1 44/10
49/12 56/14 56/15 56/23 57/13 58/11
59/5 59/8 60/3 60/6 61/1 62/2 62/25
63/21 64/16 65/10 65/13 65/25 66/3 66/8
66/24 67/15 68/9 68/18 68/24 71/11 74/8
76/11 78/21 80/10 80/15 81/1 83/13 84/2
84/5 85/9 85/10 87/2 88/2 88/24 89/10
89/13 89/18 93/1 94/9 95/23 97/24 98/2
99/1 100/11 101/11 101/13 101/23 103/9
103/23 104/6 104/8 105/7 106/16 107/5
108/21 108/25 109/1 109/10 111/11
112/9 114/4 115/22 115/25 116/1 117/23
118/22 119/18 119/24 119/25 120/2
120/23 120/24 121/24 122/15 125/11
126/11 132/13 133/2 133/3 135/3 137/15
138/12 139/5 141/24 142/20 143/3 145/5
147/18 148/16 150/12 150/13 150/18
151/21 151/21 151/23 153/13 153/19
155/6 155/20 155/22 156/12 156/20
156/20 156/23 156/24 157/2 157/12
157/12 157/15 158/4 158/11 158/12
158/13 158/20 158/25 159/5 159/7 159/9
159/18 159/18 159/21 159/25 160/11
160/14 160/22 169/19 171/3 171/18
172/6 172/7 172/16 173/10 173/19 174/2
176/1 177/10 177/10 182/15 184/9
186/19 187/1 187/11 191/4 191/10
192/16 195/14 195/25 197/7 201/19
203/6 203/22 203/24 203/25 204/2
208/16 211/22 212/10 214/17 219/7
221/3 221/12 222/1 222/2 222/15 223/22
226/24 227/5 227/14 227/15 228/11
229/14 229/21 231/22 234/10 234/10
235/8 235/18 236/9 237/11 237/17 239/1
239/19 239/22 240/4 241/8 241/18
241/22 242/7 242/9 243/8 244/14 246/24
247/1 247/17 248/5 249/21 250/4 251/1
251/13 253/14 253/18 254/6 256/1 258/1
266/2 266/5 267/21 267/24 268/13
268/16 268/19 269/1 269/11 269/16
269/18 274/9 281/8 286/11 290/2 291/12
291/14 293/10 293/16 295/5 295/8 305/19
306/21 308/20 309/11 309/18 312/4
312/8 313/5 313/8 313/15 314/11 314/19
314/20 314/22 314/23 315/1
note [2] 83/15 142/23
notes [3] 82/3 306/9 312/18

**N**

noteworthy [1] 156/4
nothing [10] 6/22 55/4 56/12 171/6
173/17 222/1 224/9 254/10 311/22
314/15
noticed [1] 73/13
notified [1] 266/12
notion [1] 24/4
November [1] 220/3
now [109] 5/6 17/22 18/6 19/15 20/22
21/18 22/3 22/23 23/14 23/20 24/8 24/16
25/1 29/21 37/1 38/15 40/15 45/14 68/20
71/1 73/23 93/9 100/2 100/4 101/20
106/16 132/16 143/8 143/12 149/12
156/5 156/15 156/21 157/7 157/19 158/8
158/17 160/5 160/20 163/19 165/14
166/6 166/25 167/21 176/24 177/9
181/11 181/20 186/17 189/23
190/17 192/17 198/20 199/4 199/8 202/4
202/19 207/23 219/4 220/3 220/25 221/6
221/18 224/4 224/5 226/13 226/17 227/5
228/4 228/19 229/22 230/20 233/3 235/7
235/10 236/5 236/24 240/12 241/19
243/17 244/7 244/16 250/13 254/24
257/2 258/23 259/3 260/12 264/17 265/5
266/13 272/6 273/21 273/22 275/3 280/6
282/8 283/14 286/3 288/13 288/16
289/12 290/7 290/22 290/24 300/24
309/8 309/10
NRA [6] 48/20 51/6 51/14 88/1 88/11
88/16
nude [1] 166/3
number [17] 45/1 82/22 172/12 203/25
204/2 216/8 256/20 256/22 260/19 262/5
262/6 266/10 279/25 283/3 283/10 299/4
299/8
numbers [3] 204/3 231/23 273/25
numerous [1] 304/19
nurse [2] 83/23 84/3

**O**

o'clock [7] 27/3 150/8 150/25 152/14
277/19 283/17 315/8
oath [11] 24/9 24/10 24/11 68/22 170/18
176/17 176/20 176/21 254/21 254/22
270/6
OBGYN [1] 145/23
object [4] 177/8 250/2 258/1 307/25
objected [1] 153/7
objection [62] 26/6 27/12 50/10 50/12
89/20 90/25 96/15 106/19 106/21 110/3
121/8 121/9 124/9 129/15 146/12 152/7
157/4 157/6 179/24 182/10 185/15
201/10 201/11 201/23 204/24 204/25
205/21 210/2 210/4 213/20 215/25
216/19 218/17 227/20 229/7 249/16
257/25 259/23 259/24 261/21 273/16
276/11 276/12 279/20 280/10 281/1
287/25 289/4 289/17 290/15 290/16
291/16 292/8 292/10 293/24 293/25
297/1 297/2 298/19 298/20 300/9 300/10
objections [4] 156/24 156/25 157/2 269/8
objective [3] 51/23 66/25 89/7
objects [5] 196/9 227/17 227/19 227/23
228/2
obligation [4] 21/7 23/10 156/25 170/25
obligations [2] 21/1 247/4
observation [2] 80/9 311/16
observed [1] 307/17
obtain [6] 150/20 159/2 275/21 277/20
277/23 315/3
obtained [5] 275/23 279/2 288/5 290/7
290/21

Occasionally [3] 64/9 65/14 108/22
occasions [2] 3/2 233/12
occupation [1] 255/10
occupational [1] 255/12
occur [2] 132/10 275/13
occurred [6] 16/6 171/1 172/24 175/8
179/6 249/20
occurring [1] 286/3
occurs [1] 81/13
October [3] 265/5 274/14 317/8
odd [1] 20/11
off [26] 2/6 32/11 129/10 129/10 153/8
155/1 155/18 155/24 164/21 167/11
171/5 197/22 213/2 214/12 243/23
247/21 251/6 251/12 252/22 253/3 253/6
275/19 289/25 304/11 308/9 308/18
offense [7] 47/13 99/11 274/16 299/9
299/9 299/9 299/13
offenses [3] 29/11 68/17 158/13
offer [4] 3/10 3/16 3/21 162/15
offered [7] 157/1 157/6 162/20 164/16
165/1 291/14 291/22
offering [5] 163/3 164/3 164/10 164/25
280/6
office [7] 30/25 46/5 46/7 100/15 272/1
272/1 301/25
officer [62] 32/6 33/25 34/3 36/3 42/17
45/1 45/8 45/18 45/18 46/1 91/24 92/5
92/6 95/12 97/23 98/13 98/13 98/18
116/6 136/14 136/14 150/24 168/4
198/14 198/18 199/14 199/18 207/6
207/23 208/8 208/11 208/13 208/19
209/5 209/22 233/17 235/7 235/19 236/5
236/6 238/12 238/13 239/8 239/11
240/11 240/22 241/7 241/8 241/10
241/20 241/23 242/11 252/13 271/7
271/12 275/7 282/16 295/15 314/1 314/3
314/10 315/16
officers [19] 24/19 34/17 34/18 34/21
34/25 35/2 42/17 42/21 43/11 43/14
45/14 45/15 46/2 46/12 136/9 161/14
240/2 240/9 242/5
official [3] 1/21 18/1 66/7
often [28] 56/2 57/4 58/2 59/19 60/16
61/17 62/13 64/6 65/2 86/18 92/14 92/16
92/17 93/22 102/24 104/21 108/9 117/13
122/6 125/2 134/17 134/18 138/3 144/21
147/7 194/23 222/20 231/10
oh [20] 8/19 12/9 25/20 27/4 32/25 70/21
72/9 80/1 101/23 102/14 136/18 173/2
174/1 230/23 235/25 238/25 251/9 258/8
273/21 289/2
okay [657]
Oklahoma [4] 212/16 213/17 255/9 285/1
old [32] 47/10 47/11 87/12 90/13 95/20
103/17 163/16 163/19 163/21 164/16
164/24 165/2 165/10 165/15 177/25
179/4 179/20 181/3 181/9 181/10 190/15
216/14 226/13 226/15 228/19 260/6
306/15 307/14 308/7 309/25 309/25
310/9
older [7] 180/24 190/20 216/11 216/14
236/1 310/13 310/14
Olympia [1] 1/18
Oman [2] 91/6 91/7
once [11] 13/13 65/21 147/8 154/7
162/23 173/9 176/12 176/13 196/7 231/7
231/11
one [223] 3/4 7/4 7/5 7/11 8/19 8/24 8/25
9/1 13/3 18/6 18/20 19/7 19/8 19/13 20/9
21/20 21/21 21/22 21/23 23/22 26/10
27/16 28/10 28/11 28/12 28/13 28/22

35/1 35/1 37/23 39/12 43/3 50/3 50/15
55/16 56/13 56/22 57/12 57/18 58/10
58/16 59/10 60/2 60/8 60/25 61/6
62/1 62/13 62/19 63/5 63/20 64/1 64/21
65/12 65/18 65/23 68/21 72/8 72/9 75/1
75/3 82/6 83/10 84/22 86/7 87/1 87/24
89/8 90/2 91/5 92/25 93/6 93/18 94/8
94/14 96/20 97/5 99/5 100/2 103/22
104/3 105/6 105/12 106/24 107/13
108/20 110/11 110/23 112/6 112/8
112/20 117/3 117/8 117/22 118/3 118/19
118/20 119/14 120/20 121/12 121/22
122/14 122/20 124/14 125/10 125/18
129/4 130/5 130/6 131/3 131/9 131/22
131/22 132/20 134/12 135/2 135/8
136/17 137/22 137/23 138/11 138/17
139/2 140/6 141/17 143/13 143/17
143/24 144/3 144/15 144/18 145/4
145/10 146/16 146/22 147/17 147/23
150/8 150/25 152/14 154/9 155/22
160/25 161/11 162/7 164/2 168/13 169/2
171/21 171/23 171/24 171/24 186/13
187/23 189/17 199/1 200/16 200/18
203/20 203/21 203/22 203/25 206/18
209/16 209/16 217/4 217/24 218/7
226/24 226/25 230/20 231/1 231/1 237/3
237/13 237/19 238/7 244/22 245/13
247/24 247/24 248/25 249/1 250/7 250/9
250/15 250/17 251/1 252/20 256/21
262/14 262/16 264/1 265/2 266/19 267/8
268/23 270/11 273/2 273/15 274/6 274/8
274/17 276/20 286/10 288/7 291/13
294/17 294/20 295/5 295/13 295/13
296/23 304/17 306/6 308/9 309/24
309/24 310/9 310/14 316/16 316/23
one o'clock [3] 150/8 150/25 152/14
one's [1] 249/3
ones [14] 9/22 69/18 72/8 72/9 78/10
107/13 110/23 113/14 113/16 115/9
124/21 144/12 144/15 203/20
online [1] 86/8
only [57] 3/18 22/4 23/10 32/3 67/2 77/1
82/6 101/14 104/3 111/9 114/5 120/6
124/24 126/12 130/5 141/25 148/17
157/9 157/16 158/18 159/18 159/25
162/18 162/18 162/19 167/21 170/9
184/25 200/8 200/20 200/21 203/2 209/8
209/16 211/7 215/14 215/16 218/2
236/25 243/25 250/15 250/17 256/21
268/21 276/1 293/10 296/10 298/7
299/19 306/16 307/8 307/20 309/11
310/16 310/19 310/23 313/8
Ooh [1] 70/3
oOo [1] 317/4
open [18] 2/1 17/24 18/17 66/5 66/25
116/9 152/17 159/11 160/22 171/12
173/25 175/16 188/23 225/7 239/4 239/5
240/19 240/21
opened [5] 188/14 199/15 239/4 240/24
241/4
opening [15] 8/4 18/13 19/3 152/11 154/8
154/13 154/16 156/21 160/6 160/6
160/20 161/8 170/13 175/5 268/25
openings [1] 155/13
opens [1] 187/3
operating [1] 302/6
opinion [7] 68/10 116/3 150/15 159/9
224/14 281/25 314/23
opinions [1] 23/7
opportunity [3] 23/17 174/24 280/15
oral [8] 166/15 166/16 307/10 307/18
309/19 309/20 310/9 310/10
orange [4] 210/14 241/13 241/14 241/15

**O**

orchid [1] 303/6
order [5] 66/17 161/16 268/4 268/15
315/11
ordinary [2] 261/7 261/13
organization [3] 48/12 51/3 88/9
OS [4] 302/6 302/9 303/14 303/22
Oscar [3] 24/22 33/1 75/9
Oscar Rubalcava [1] 24/22
other [130] 3/20 7/5 7/11 7/24 18/23
21/11 28/15 42/17 45/15 45/24 46/1
46/23 48/1 48/3 48/12 48/14 51/3 53/19
53/21 66/1 66/10 66/19 67/1 67/14 69/11
71/21 72/5 74/25 77/17 77/25 78/5 79/9
83/3 83/10 83/12 85/24 87/9 88/8 88/10
92/5 92/8 93/9 94/19 95/1 98/14 99/11
102/6 102/8 102/18 104/5 104/6 104/9
105/15 108/17 109/3 109/11 109/13
114/16 118/6 118/16 119/4 125/21
126/19 132/14 132/20 134/2 134/9
137/13 140/6 142/7 142/23 142/24 148/1
156/16 157/5 157/7 157/11 157/24
157/25 158/25 159/2 159/18 161/3 163/8
168/14 172/13 172/20 172/24 173/5
174/19 182/22 184/18 185/17 189/15
191/3 195/13 198/12 200/18 203/22
227/12 234/14 240/8 245/9 246/10 247/4
247/17 247/19 249/22 252/25 253/6 254/2
258/20 258/21 261/2 268/13 269/7
269/14 279/9 286/9 293/3 293/4 296/20
297/23 300/21 301/16 313/8 313/13
313/23 314/8 314/11
others [15] 15/19 15/22 15/24 23/3 53/15
53/23 61/10 74/21 83/6 84/12 130/10
139/7 150/21 165/17 315/5
ought [1] 23/1
our [27] 13/3 21/7 24/8 82/14 152/22
153/5 153/6 153/8 154/5 154/25 155/12
155/20 161/13 161/13 162/1 163/8 163/8
170/6 170/6 171/5 176/3 257/1 262/21
263/2 263/25 267/7 301/1
out [62] 16/16 21/19 75/10 81/25 83/4
109/10 109/25 110/1 123/22 143/8
149/11 159/5 162/16 164/17 164/18
171/25 172/6 172/10 173/6 183/2 183/16
183/18 183/19 183/19 188/16 188/16
189/6 189/17 197/25 198/4 198/5 208/24
210/18 210/20 210/22 211/3 237/14
244/21 244/22 245/1 251/15 251/22
255/18 257/2 258/18 260/10 262/17
270/15 271/13 282/4 282/5 282/12 283/9
283/18 283/25 294/17 297/12 297/17
307/19 308/12 308/12 311/11
outcome [1] 99/22
outcomes [1] 47/14
outer [1] 213/4
outside [6] 157/15 159/6 195/4 208/6
208/9 310/17
oval [2] 186/25 187/1
over [31] 4/14 4/25 6/3 6/9 7/24 9/21
25/8 162/1 162/1 162/14 163/9 166/18
167/17 168/4 174/9 199/1 199/3 199/5
199/7 199/8 205/17 221/5 236/5 240/25
251/2 251/7 251/11 275/16 282/16
303/17 308/21
overhead [2] 294/22 301/5
overnight [1] 154/1 314/19
overruled [5] 85/1 157/6 185/20 258/4
308/3
Overtaxed [1] 72/15
Owen [2] 13/22 30/9

own [13] 16/22 48/5 48/13 67/1 67/22
88/10 115/14 122/25 145/15 165/6
186/13 175/2 186/12
owners [1] 73/16
ownership [5] 51/19 87/25 80/20 89/2
288/11

**P**

p.m [6] 225/6 277/19 282/11 282/18
282/20 317/3
packet [1] 260/12
page [55] 70/1 184/25 203/22 203/22
203/25 204/2 204/3 206/5 206/13 209/14
211/8 211/11 262/2 262/9 263/13 263/23
264/9 265/15 265/22 273/23 274/1 274/1
276/20 282/8 283/3 283/5 283/10 283/13
283/19 284/2 284/11 284/18 284/19
284/23 284/24 285/10 285/15 285/21
287/21 287/22 290/13 294/8 294/14
295/19 297/18 299/8 300/4 305/10
305/23 312/16 318/4 318/5 318/6 318/8
318/8
page 1 [3] 287/21 287/22 290/13
page 12 [2] 263/13 263/23
page 15 [3] 284/19 285/15 285/21
page 17 [1] 264/9
page 19 [3] 283/19 284/2 284/11
page 2 [3] 209/14 273/23 294/14
page 20 [3] 282/8 283/13 284/24
page 3 [1] 312/16
page 32 [1] 265/15
page 4 [1] 203/22
page 48 [1] 211/11
page 5 [2] 184/25 262/9
pages [5] 218/2 218/16 260/17 276/3
293/14
pages 4 [1] 218/2
paid [4] 70/6 164/4 262/18 278/25
Pal [3] 15/9 30/12 316/7
Palmer [1] 13/24
Panayotta [1] 305/3
panel [1] 81/25
pans [1] 307/19
pants [1] 308/18
paper [1] 151/6
papers [4] 76/16 132/7 132/8 149/21
paragraph [1] 73/7
paralegal [1] 164/19
Pardon [15] 52/16 109/12 226/19 230/23
232/11 234/21 238/18 240/6 245/18
246/2 247/12 248/22 249/7 250/16
263/14
parent [2] 90/12 161/17
parenthesis [1] 304/4
parents [11] 76/19 161/13 164/9 164/19
165/3 167/18 181/12 181/12 181/14
187/12 230/12 244/2 249/22
park [1] 246/25
part [15] 67/23 82/15 85/8 153/14 165/22
175/13 222/17 223/7 240/17 246/18
254/3 265/23 311/9 313/7 313/24
partially [2] 302/19 302/21
partially-downloaded [2] 302/19 302/21
participate [4] 21/14 286/9 292/17
participation [2] 130/11 156/6
particular [9] 20/20 22/17 67/1 67/22
186/22 257/2 258/23 265/3 271/17
particularly [4] 46/11 55/10 151/23 261/3
parties [23] 18/1 18/14 18/16 19/12 19/17
21/1 22/9 22/13 23/16 66/6 156/18
158/23 159/3 159/20 159/23 160/21
162/15 167/17 171/20 174/4 177/4
177/11 273/7

partner [1] 296/21
parts [1] 313/8
party [9] 160/1 160/5 197/22 215/12
215/13 216/1 216/13 243/14 243/17
pass [3] 295/3 295/11 295/14
passed [2] 101/1 107/17
passenger [7] 193/9 199/14 199/16 208/3
208/9 232/9 240/15
passenger's [6] 206/10 206/19 206/24
207/8 241/1 241/2
passengers [1] 258/17
passing [2] 44/11 82/13
past [4] 108/18 199/1 217/10 217/12
Patrician [1] 9/23
Patrick [6] 85/19 104/13 124/15 124/16
126/22 130/11
pause [2] 173/6 270/12
Pavilion [5] 301/23 301/24 302/3 302/4
304/18
pay [15] 50/21 85/23 90/10 91/9 96/24
110/17 116/20 121/16 130/20 144/10
146/20 172/1 172/2 260/25 262/16
payee [1] 100/25
paying [1] 264/2
pedo [2] 303/5 303/7
pen [2] 213/4 247/20
penetrate [3] 307/5 307/8 308/18
penetrates [1] 307/16
penetrating [1] 308/25
penetration [1] 308/23
penis [46] 166/15 193/19 193/21 193/22
193/24 194/11 195/2 195/23 196/1 196/2
196/3 196/13 196/15 196/17 197/10
197/12 197/23 198/2 243/9 306/18 307/3
307/3 307/4 307/12 307/14 307/17
307/20 307/21 308/19 308/22 309/4
309/5 309/6 309/6 309/7 309/18 309/19
310/5 310/10 310/11 310/21 310/24
310/25 311/1 311/2 311/6
Pennsylvania [1] 264/25
people [44] 6/3 21/9 29/21 29/24 30/14
32/10 71/7 85/21 88/10 101/14 113/25
115/5 115/14 119/17 119/19 120/8
120/12 126/7 128/2 130/16 133/5 135/13
141/20 148/12 150/20 150/22 151/6
166/4 171/19 173/5 174/11 174/19
182/22 184/18 191/5 191/11 215/14
245/3 245/5 246/10 264/13 314/11 315/4
315/5
percent [1] 237/11
peremptories [6] 7/9 80/18 115/1 129/25
143/6 149/8
peremptory [1] 82/15
perfect [1] 155/24
perform [3] 307/10 307/18 309/10
performs [2] 310/9 310/10
Perhaps [3] 17/8 17/11 27/10
period [3] 25/14 258/2 265/3
periodically [1] 165/25
permission [28] 184/24 185/23 188/19
200/7 204/8 205/20 209/8 211/7 213/10
213/25 215/15 215/24 216/24 276/22
278/3 281/15 289/3 289/16 293/9 294/4
295/22 296/9 297/6 298/6 298/24 299/18
300/14 301/6
permit [2] 150/13 314/21
permitted [1] 82/2
perpetrator [1] 106/2
person [23] 1/20 10/3 29/7 30/2 46/18
66/1 91/20 97/22 98/14 99/19 139/21
162/4 171/21 171/21 171/23 171/24
174/3 174/8 178/21 215/19 244/1 264/18
309/9

P

person's [1] 182/20
personal [7] 48/8 48/6 52/1 52/20 53/9
54/22 55/3 111/9 115/14 122/2 123/9
124/24 150/19 157/21 222/13 293/3
315/2
personality [1] 67/1
personally [3] 176/3 314/5 314/11
personnel [1] 160/1
persons [1] 48/13
pertain [1] 261/3
pertaining [1] 87/24
Peterson [5] 24/21 35/15 80/21 82/10
85/14
phone [13] 217/18 217/18 219/10 219/12
231/5 231/12 244/7 265/12 265/25 266/1
266/11 266/15 304/20
phones [3] 150/18 159/17 315/1
phonetic [3] 70/3 106/1 315/17
photograph [7] 179/14 205/5 211/11
215/19 216/6 294/9 294/15
photographs [3] 209/15 218/4 293/16
photos [3] 292/24 293/3 293/20
phrase [1] 170/20
physical [1] 28/1
physically [1] 195/3
pick [5] 7/13 83/4 115/12 189/17 252/25
picked [3] 237/14 254/1 282/6
pickup [5] 251/24 252/15 253/2 253/5
297/11
picture [21] 166/7 166/8 171/9 179/18
185/2 185/4 200/12 204/15 204/16
204/18 205/13 206/2 209/18 216/1
234/16 234/18 235/25 251/24 294/18
295/8 295/10
pictures [11] 166/9 203/17 234/9 234/13
235/6 237/12 237/14 237/22 238/7
304/20 304/20
pieces [1] 289/25
pinching [1] 309/11
pistol [1] 53/1
pit [3] 164/22 186/13 186/15
pizza [5] 217/13 217/14 217/16 217/17
219/3
PJK.mpeg [1] 303/10
place [11] 24/18 162/22 162/22 173/4
215/8 221/8 258/23 283/21 283/22
307/11 309/4
placed [5] 162/16 188/22 205/17 257/15
307/11
places [13] 164/19 168/2 183/21 194/25
195/3 195/13 307/3 307/7 307/19 308/13
309/13 309/18 313/6
Plaintiff [1] 1/3
plan [1] 155/13
plastic [3] 183/11 239/5 289/25
plate [1] 296/17
plates [1] 285/13
play [9] 67/23 103/4 169/14 171/19
172/10 178/11 178/13 186/3 187/7
playbook [1] 168/24
played [1] 247/10
Playful [1] 186/3
playing [1] 240/16
Playstation [4] 178/18 186/23 186/25
247/10
Plaza [2] 1/15 1/22
plea [3] 22/1 299/25 301/14
plead [2] 298/4 298/11
pleaded [1] 21/25
please [88] 4/23 20/16 24/10 24/12 24/15
25/2 25/6 26/10 27/16 50/15 69/8 70/8

70/14 72/1 75/13 75/16 80/18 86/3 90/2
91/5 106/24 114/14 115/1 115/25 117/5
121/12 124/14 126/17 127/5 129/1
130/14 135/6 140/25 145/15 149/25
149/25 150/2 150/5 151/2 151/15 152/20
153/17 153/18 156/1 159/5 175/16
176/16 176/18 176/23 177/17 180/5
180/16 182/5 185/17 188/11 202/6
203/14 205/1 205/12 210/7 218/23 223/8
224/18 225/16 225/16 225/25 226/8
254/8 254/19 255/6 258/18 266/10
270/18 276/24 277/9 281/14 281/22
289/10 289/23 299/2 299/5 301/10
304/10 306/7 306/12 307/24 309/21
315/10
pleasure [1] 20/17
pled [3] 155/12 169/10 298/1
plenty [2] 8/2 174/24
Plus [1] 156/17
pocketknife [2] 212/25 247/20
Podgorski [4] 14/3 30/9 263/6 315/22
Pohl [2] 14/5 30/9
point [43] 56/14 57/13 58/11 59/5 60/3
61/1 62/2 62/25 63/21 64/16 65/13 83/11
87/2 93/1 94/9 97/16 103/23 105/7
108/21 112/10 117/23 122/15 125/11
135/3 138/12 145/5 147/18 165/21 182/5
192/20 214/18 216/5 253/10 255/15
255/15 257/2 265/5 268/22 282/5 297/12
304/5 308/1 310/5
pointed [1] 273/21
points [1] 304/7
police [49] 34/17 34/25 35/2 42/16 42/21
43/15 44/25 45/14 45/18 46/12 47/8 47/9
92/4 98/13 100/14 135/20 136/6 136/14
161/14 162/5 175/3 198/14 198/18
199/14 199/18 207/6 208/8 208/11
208/13 208/19 209/5 209/22 220/18
220/21 220/25 221/18 233/17 235/7
235/19 238/11 238/13 240/2 240/9
240/10 241/9 252/12 271/6 275/7 282/16
policies [1] 256/6 257/8 257/9 258/3
policy [11] 256/12 256/14 257/3 257/14
258/11 258/16 258/23 259/1 259/4 260/7
274/2
Polidori [2] 14/7 30/10
pool [14] 162/15 197/22 215/8 215/12
215/13 216/9 217/6 217/7 217/10 217/11
217/11 217/13 218/13 243/17
poor [2] 178/24 178/25
pop [8] 36/25 37/2 37/5 37/13 217/15
217/16 217/17 217/17
popping [1] 188/16
porn [1] 190/2
pornography [31] 8/25 21/22 28/12 46/19
55/11 55/13 166/1 166/12 168/24 169/4
169/11 169/14 170/1 173/12 175/12
190/10 190/12 192/4 192/8 192/10
192/13 286/18 287/10 292/24 292/25
293/2 298/5 299/12 302/24 303/18
304/19
Port [3] 288/4 290/20 301/19
portable [1] 186/25
Portage [4] 34/22 41/11 285/19 285/19
portion [1] 310/20
posed [1] 88/6
position [4] 31/24 32/5 162/17 281/10
positive [1] 46/11
possess [2] 48/13 88/10
possessed [1] 170/4
possession [14] 9/2 18/7 21/24 28/14
50/4 51/19 88/20 89/2 89/8 167/6 169/11
173/11 298/5 299/11

possibility [1] 230/4
possible [1] 17/19
possibly [11] 3/22 25/12 44/11 71/5
111/12 113/16 140/6 160/1 226/8 241/24
148/13 217/5
Post [2] 283/14 283/15
potential [2] 16/15 30/15
Potter [1] 183/4
powered [2] 213/2 247/21
practice [3] 37/24 37/25 110/25
practices [3] 111/3 119/3 119/4
preconceived [2] 51/21 89/5
predator [5] 161/17 161/19 161/22 163/1
174/5
predators [3] 162/5 162/8 174/15
prefer [1] 226/11
preference [1] 301/1
prejudice [1] 68/9
prejudiced [3] 29/1 29/4 46/13
preliminarily [1] 267/13
preliminary [2] 154/13 156/5
premise [5] 79/5 170/15 175/20 175/21
175/22
prepare [1] 8/12
prepared [6] 8/15 130/12 144/2 151/5
279/7 306/3
presence [3] 116/2 150/14 314/21
present [13] 1/20 153/4 160/9 160/10
163/9 215/13 235/2 235/5 287/3 287/6
292/14 296/4 310/16
presentation [1] 160/15
presented [8] 66/23 68/7 114/5 126/12
141/25 148/17 157/17 158/19
presently [1] 88/20
presents [1] 228/8
preside [1] 20/20
pressure [1] 196/19
presume [1] 67/6
presumed [3] 158/13 160/12 175/22
presumption [3] 171/3 172/5 172/7
preteen [4] 305/15 305/17 305/19 305/25
preteens [1] 303/19
pretend [1] 194/19
pretrial [1] 101/8
pretty [12] 17/15 34/10 34/22 41/13 62/14
203/8 239/19 253/16 253/22 305/18
308/16 308/25
prevent [29] 37/13 38/4 38/14 38/24
39/16 40/3 40/20 41/6 41/19 42/7 43/16
44/20 45/10 47/19 48/21 49/14 51/10
51/22 55/11 55/16 66/14 68/25 88/12
89/6 92/2 98/24 106/12 124/6 140/19
Preview [4] 303/3 303/5 303/7 303/9
Preview-T-154260076-PTHC [1] 303/9
Preview-T-160608256-pedo [1] 303/7
Preview-T-181680807-PTHC-VID3-10YO [1]
303/3
Preview-T-416639724-pedo [1] 303/5
previewed [2] 302/20 302/25
previously [26] 18/8 55/7 66/13 180/2
185/21 202/1 205/24 210/8 213/23
216/22 218/20 258/5 260/1 261/24 273/1
276/14 281/5 282/15 289/7 289/20
291/19 292/11 294/2 297/4 298/22
300/12
primary [1] 153/5
principals [1] 41/17
principle [1] 67/5
print [1] 280/1
printed [2] 4/13 4/24
prior [9] 46/6 167/8 187/9 196/14 229/11
271/1 271/24 286/12 312/10
prison [5] 76/10 77/3 123/18 132/15

## P

prison [1] 132/16
private [1] 1/6 1/9 1/25 2/1 6/6
pro [2] 49/12 82/23
probably [12] 78/18 78/20 80/7 112/5
 112/7 113/2 138/4 138/24 154/12 173/7
 208/16 316/11
probation [2] 98/18 98/18
problem [7] 6/3 26/22 28/2 28/5 75/20
 107/6 155/3
problems [3] 25/11 67/17 163/23
procedure [1] 151/5
procedures [1] 256/6
proceed [5] 22/9 161/8 170/12 176/6
 273/7
proceedings [13] 1/6 1/9 1/25 2/1 6/6
 18/17 116/9 150/7 152/17 160/22 225/7
 270/12 317/6
proceeds [1] 20/24
process [4] 22/15 76/25 85/5 85/8
produce [1] 67/16
produced [1] 1/25
productive [1] 73/19
program [1] 78/14
programs [47] 56/17 56/18 56/22 57/16
 57/19 58/14 58/17 59/8 59/11 60/6 60/9
 61/4 61/7 62/5 62/8 63/3 63/6 63/24
 64/19 65/16 65/19 87/5 93/4 93/7 94/12
 94/15 104/2 104/7 105/10 105/13 108/24
 112/18 112/21 118/1 118/4 122/18
 122/21 125/16 125/19 135/6 135/9
 138/15 138/18 145/8 145/11 147/21
 147/24
prohibit [3] 51/19 88/20 89/2
prohibited [1] 258/22
promotes [2] 48/12 88/9
promotion [1] 33/16
prompted [1] 205/13
promptly [2] 20/23 315/7
pronounce [4] 4/6 9/14 31/7 116/18
pronounced [1] 4/6
proof [4] 67/12 157/22 163/12 170/6
proper [1] 284/15
properties [1] 303/21
property [2] 32/11 32/12
prosecuted [1] 46/4
prosecuting [1] 68/16
prosecutor [5] 118/22 118/23 120/21
 120/23 120/24
prospective [32] 6/4 20/3 20/15 24/13
 24/14 28/7 28/23 72/4 74/24 77/24 85/14
 85/25 102/16 113/18 113/21 113/24
 114/2 114/8 116/12 126/1 126/3 126/6
 126/9 126/15 129/3 134/7 141/14 141/16
 141/19 141/22 142/2 151/14
protection [11] 52/11 52/20 53/2 53/10
 53/20 53/23 54/22 55/3 94/25 123/9
 145/20
Protective [1] 249/24
prove [12] 67/8 67/10 67/15 160/13
 160/14 163/18 169/22 169/25 170/2
 170/4 171/10 301/16
proved [1] 158/15
proven [3] 22/7 169/15 173/21
provide [3] 6/15 32/9 169/17
provides [2] 68/8 302/9
proving [1] 175/23
proximate [2] 275/2 282/3
PSP [5] 186/23 186/24 187/7 247/11
 247/12
PTCHKindercute11YOBiancasales.mpeg [1]
 306/8

## PTHC [8] 303/3 303/7 303/9 303/25
 304/13 304/16 305/9 305/12
public [11] 17/24 18/18 66/5 68/9 118/23
 119/4 120/22 120/23 120/25 153/11
 160/22
publically [1] 302/7
publicity [1] 302/7
publish [7] 185/23 205/20 213/25
 215/24 216/24 258/8 259/22 261/20
 279/14 281/15 289/3 289/16 294/4
 295/22 297/6 298/24 300/14
published [5] 180/4 202/5 210/6 218/22
 276/23
pulled [12] 166/18 168/4 199/3 199/5
 199/7 199/8 205/17 236/5 275/7 275/10
 275/16 282/16
pulling [1] 211/6
pulls [1] 306/25
pump [2] 196/18 196/20
punch [1] 155/22
punishable [2] 273/2 274/16
Puplava [7] 130/15 130/18 131/6 131/7
 134/7 142/16 144/1
puppy [8] 164/22 164/23 168/23 186/15
 294/10 294/11 295/21 296/3
purchased [5] 302/17 302/18 313/3
 313/11 313/14
purpose [11] 23/15 52/9 53/9 54/8 54/20
 55/2 94/23 107/16 123/8 145/19 157/9
pushes [1] 307/4
pushing [1] 311/2
put [25] 69/19 163/18 166/14 166/23
 167/25 168/7 168/9 168/11 170/3 172/18
 187/3 196/3 197/10 197/12 197/23 198/2
 200/2 203/5 203/12 244/21 245/14
 256/19 262/12 266/10 274/1
puts [2] 262/17 308/21
putting [1] 164/25
Pycraft [2] 14/9 30/10

## Q

qualifications [1] 22/17
qualified [1] 22/14
Quality [1] 284/15
question [71] 2/22 3/4 4/21 5/3 16/1
 16/22 23/8 23/23 24/16 27/20 32/20
 32/24 33/4 33/5 33/6 68/21 70/21 70/21
 71/21 72/5 86/10 87/9 87/23 88/24 92/8
 93/9 93/16 94/19 95/1 95/9 97/14 98/16
 99/2 99/3 99/12 104/9 104/15 104/17
 105/15 105/17 108/2 109/3 111/16
 112/23 113/12 117/7 118/6 118/16
 118/19 122/23 123/10 125/21 131/8
 134/9 135/11 136/17 137/21 138/20
 139/13 141/8 142/19 145/13 145/21
 146/3 148/1 157/5 165/11 222/9 222/11
 226/8 250/7
questioning [3] 78/13 80/6 269/3
questionnaire [8] 42/12 69/25 70/20
 72/13 73/7 75/22 83/24 129/8
questionnaires [4] 20/10 20/12 23/18
 55/6
questions [94] 20/11 22/16 22/18 22/23
 23/1 23/9 23/15 23/16 23/18 23/20 24/9
 24/25 25/3 25/6 25/9 32/21 45/24 50/22
 68/20 69/11 74/16 74/25 77/17 77/25
 78/2 85/23 86/2 86/3 86/5 87/23 88/4
 90/11 91/10 91/13 93/16 95/9 96/25 97/3
 102/6 102/8 102/19 104/15 107/7 107/10
 109/15 110/18 110/21 111/9 113/17
 114/16 116/21 117/3 117/7 118/19
 121/17 121/20 124/18 125/24 126/19
 126/22 128/21 130/21 131/3 131/4 131/8

## 134/2 137/13 137/21 141/12 142/7
 144/10 146/21 147/2 148/25 156/22
 173/16 175/10 177/1 179/3 181/23 188/8
 192/17 224/25 226/7 226/9 236/25
 242/21 248/7 266/20 266/21 286/5
 286/10 286/12 314/13
quick [2] 84/7 225/14
quiet [1] 161/23
quietly [1] 69/6
quite [5] 27/8 104/22 115/22 134/18
 224/10
quotes [1] 312/11

## R

RA [1] 271/25
raccoon [3] 178/16 178/22 178/23
radio [1] 28/18
raise [12] 24/11 25/2 25/14 29/25 52/21
 86/3 117/5 137/19 149/25 176/17 254/20
 270/3
raised [7] 34/7 38/6 38/17 39/1 43/19
 93/12 300/4
raises [1] 22/1
ran [3] 162/4 198/19 198/25
Randall [1] 11/5
rang [1] 189/21
ranges [1] 168/11
rape [5] 48/1 99/16 99/20 140/8 145/22
raped [1] 146/2
Rarely [2] 62/22 125/12
RASHID [3] 1/17 9/16 29/18
rather [1] 264/2
RAYMOND [3] 1/17 9/13 29/18
reach [2] 67/2 170/9
react [1] 194/13
reaction [1] 73/15
read [39] 13/10 13/14 19/11 19/23 28/17
 29/21 29/24 72/16 132/8 150/14 154/7
 154/8 157/14 158/20 176/10 258/12
 258/18 262/4 265/16 266/8 273/9 273/11
 273/18 273/22 274/2 277/9 277/11 283/6
 287/20 290/5 290/12 299/2 299/5 299/8
 300/17 301/10 305/8 312/13 314/22
reading [4] 8/23 55/6 273/7 312/17
ready [8] 22/9 114/11 114/12 142/4
 148/21 155/20 192/18 234/7
real [2] 238/6 241/17
really [16] 6/11 21/4 21/4 26/19 33/10
 36/1 44/10 45/24 77/5 111/11 182/25
 199/12 231/18 238/20 240/4 240/10
realtime [1] 302/11
reason [23] 7/4 22/21 26/6 28/25 67/1
 68/2 68/18 68/23 68/23 69/3 80/7 82/16
 83/7 83/21 85/7 114/3 114/7 126/10
 141/23 148/15 170/24 215/2 268/21
reasonable [10] 67/11 158/15 160/13
 163/10 169/23 169/25 170/2 173/21
 175/24 301/17
reasons [6] 20/25 21/17 82/1 83/12 84/17
 143/20
recall [6] 34/21 65/10 112/12 187/17
 212/17 267/16
recalling [1] 165/15
receipt [3] 284/14 285/11 288/15
receipts [6] 277/24 278/25 285/18 313/2
 313/3 313/15
receive [1] 293/1
received [4] 156/17 157/9 275/4 313/9
recent [3] 312/11 312/11 312/20
recently [7] 201/18 205/7 234/6 234/11
 234/16 234/19 279/2
recess [16] 115/13 115/16 115/22 115/24
 115/25 116/4 116/8 150/6 150/9 152/16

R

recess... [6] 224/11 224/20 225/6 314/19
314/19 317/6
recognize [20] 13/2 21/5 29/25 185/2
189/1 189/3 204/12 209/12 209/14
211/13 213/14 213/16 215/19 218/4
218/6 276/4 276/5 278/20 296/13 296/20
recollection [4] 168/6 201/5 202/16
204/19
reconvene [2] 116/7 150/7
record [23] 13/14 18/1 66/7 110/9 143/18
143/21 156/17 182/8 185/13 211/10
260/20 262/8 263/21 268/23 277/9
279/10 280/3 299/2 299/5 299/8 301/10
305/9 317/6
recorded [2] 272/13 272/16
records [22] 168/1 168/1 168/11 260/24
260/25 261/1 261/2 261/3 277/20 277/20
277/23 278/23 279/2 279/12 281/24
282/4 283/22 283/22 284/9 284/13
285/24 312/24
recounts [1] 279/15
recovery [1] 304/19
rectal [1] 311/8
red [4] 191/24 192/1 192/3 219/1
redact [1] 13/15
Redirect [2] 254/12 314/14
refer [2] 20/11 306/9
reference [6] 70/1 127/1 159/1 235/10
268/18 305/16
referenced [5] 3/2 4/3 4/18 5/1 290/4
referral [1] 263/8
referred [11] 18/21 18/24 19/1 161/1
161/4 161/6 263/9 272/5 272/7 282/15
288/9
referring [6] 264/14 264/15 282/8 282/19
285/3 286/25
refers [1] 263/7
reflect [3] 182/8 201/5 204/18
reflected [2] 18/1 66/6
reflection [1] 85/11
regard [4] 126/21 129/5 186/7 222/8
regarding [11] 22/16 66/18 72/14 81/24
142/16 143/19 221/13 267/10 267/11
272/10 286/18
Regrettably [1] 280/12
regular [4] 82/20 115/9 174/21 214/4
regulate [3] 51/18 88/20 89/2
rehabilitation [1] 142/19
reject [1] 158/5
related [9] 35/11 55/13 119/19 133/11
164/2 165/7 269/21 275/21 301/21
relates [1] 121/24
relating [2] 268/3 277/20
relationship [2] 29/23 30/2
relative [4] 120/6 123/11 123/18 131/25
relatively [1] 25/14
relatives [4] 18/25 42/14 135/16 161/5
relax [3] 100/22 119/15 119/18
relevance [3] 16/3 249/16 250/2
relevancy [1] 308/1
relevant [6] 16/11 227/21 250/4 250/6
258/2 293/7
reliance [1] 3/8
relied [1] 3/8
religious [1] 129/8
reluctant [1] 6/11
remain [3] 66/25 225/17 225/17
remaining [1] 130/6
remains [1] 143/17
remember [122] 28/17 87/4 116/5 127/25
136/18 137/15 140/12 140/12 144/9

166/4 181/3 182/20 183/6 183/14 183/21
183/25 184/3 186/6 186/19 187/24 188/1
189/6 189/23 190/1 190/12 190/13 191/1
191/6 191/20 192/7 192/8 192/10 192/19
192/16 194/3 195/7 195/14 195/25 196/6
196/8 196/23 197/4 197/6 197/9 202/15
205/13 205/16 210/11 210/12 210/13
212/5 212/6 212/9 212/13 212/19 213/9
214/17 214/25 215/2 216/16 217/9
217/10 217/21 218/25 219/1 219/1 220/5
220/6 220/8 220/10 220/12 220/20
226/22 227/5 228/16 228/18 229/14
229/21 230/14 230/15 230/16 230/21
231/1 231/22 232/6 232/16 233/9 233/15
234/4 234/4 234/5 235/18 235/19 236/15
236/16 236/19 238/8 238/9 239/13 240/4
242/18 242/20 243/8 243/14 244/8
244/14 245/8 245/11 245/13 246/13
247/7 248/7 251/1 251/8 252/9 252/24
253/1 253/3 253/6 254/1 254/4 254/5
275/19
remembered [2] 189/22 202/11
remembers [1] 167/13
remind [1] 160/11
reminded [1] 224/2
removed [2] 19/19 177/14
render [7] 77/9 80/11 114/4 126/11
136/10 141/24 148/16
repeat [6] 4/22 20/9 175/17 223/8 268/16
269/18
repetition [2] 172/11 269/17
report [7] 3/2 3/19 4/3 5/18 5/20 173/5
264/12
reported [6] 1/25 2/2 116/9 152/17 173/9
225/7
REPORTER [4] 1/21 1/21 1/22 317/9
reports [7] 4/13 4/24 5/7 150/14 158/21
158/25 314/22
repositions [1] 311/8
represent [1] 29/17
representation [1] 71/4
representing [1] 29/18
reputation [1] 85/12
required [3] 67/19 160/11 256/5
requires [2] 25/12 67/6
research [2] 158/22 272/24
reservations [1] 67/17
reserve [1] 185/16
reside [1] 249/21
residence [17] 286/24 287/1 287/9 288/4
288/15 288/17 290/8 290/9 290/19
290/23 290/25 291/9 292/4 292/5 293/19
296/4 301/20
resident [1] 272/1
residing [1] 272/1
RESNICK [103] 1/6 14/11 28/9 28/9
29/14 29/15 29/19 30/10 67/7 67/10
67/13 67/15 67/20 68/5 68/12 68/17 69/1
73/24 74/2 113/20 141/15 148/7 162/7
162/11 162/24 162/25 163/1 163/15
164/1 164/21 165/1 165/5 167/7 167/20
168/4 168/8 168/10 169/1 169/18 169/19
171/7 172/15 175/21 176/1 181/24
181/24 182/2 182/9 182/14 182/24
187/15 192/2 198/24 203/18 207/24
207/25 209/6 216/10 219/5 220/4 220/8
220/23 221/1 221/11 221/14 221/19
222/8 222/12 222/20 228/4 228/5 255/25
256/5 257/5 259/12 260/5 261/4 262/5
264/4 265/5 265/20 268/3 269/21 272/3
272/22 274/13 274/15 275/7 277/5
287/11 287/12 287/24 288/15 290/18
293/20 294/10 294/16 296/19 300/1

301/12 304/25 312/7 313/18
Resnick's [6] 173/12 175/7 272/11
271/21 286/25 312/7
respect [2] 22/25 40/6
Respectfully [1] 304/24
respond [4] 24/14 84/6 150/4 271/14
response [28] 3/13 23/8 79/4 83/14
113/18 113/21 113/24 114/2 114/8 126/1
126/3 126/6 126/9 126/15 141/14 141/16
141/19 141/22 142/2 142/12 181/8 204/7
210/3 222/10 234/24 236/4 245/21 277/7
responses [2] 23/12 142/5
responsibilities [2] 244/17 247/5
responsibility [1] 68/16
rest [8] 35/2 163/12 195/6 195/9 246/20
246/23 246/24 246/24
restaurant [1] 246/6
restaurants [1] 245/25
restricted [1] 266/10
restroom [1] 246/12
rests [1] 67/8
result [4] 123/17 128/14 160/3 260/9
resulted [1] 304/19
results [25] 56/13 57/12 58/10 59/4 60/2
60/25 62/1 62/24 63/20 64/15 65/12 87/2
92/25 94/8 103/22 105/6 108/20 112/9
117/22 122/14 125/10 135/2 138/11
145/4 147/18
resumed [3] 116/9 152/17 225/7
retire [2] 159/7 159/12
retired [2] 44/5 44/6
retractible [1] 244/23
retrieve [1] 82/3
retrieved [1] 293/19
return [2] 160/19 265/12
returned [11] 72/4 74/24 77/24 102/16
134/7 159/15 265/9 265/11 266/1 266/2
288/12
returns [1] 129/3
revealed [6] 165/12 167/19 302/5 302/22
303/15 303/17
revealing [1] 163/2
reverse [1] 268/15
review [7] 6/9 6/10 67/24 293/1 293/6
304/18 305/22
reviewing [1] 272/13
reviews [1] 280/25
revolver [4] 54/18 123/5 123/6 288/9
288/9 288/13 288/25 289/14
RF [1] 303/10
rich [1] 178/25
Richard [2] 12/16
ride [1] 164/16
Riders [2] 258/19 258/21
Ridiculous [1] 8/17
rifle [10] 48/11 48/25 49/11 51/3 54/4
54/11 55/1 55/4 88/8 107/15
rig [2] 164/6 164/16
right [180] 4/16 5/23 6/24 7/20 10/3
13/18 17/20 18/2 20/13 22/14 22/24
23/11 24/11 24/15 24/20 24/25 28/22
30/3 34/8 34/25 39/3 39/23 42/1 42/19
43/22 44/19 47/22 52/1 55/21 56/25 63/9
67/23 71/8 73/6 76/8 81/11 85/4 86/4
87/19 88/3 90/24 93/18 95/25 101/8
108/11 116/14 122/3 130/4 130/5 130/24
131/18 133/24 136/4 140/3 141/11 143/8
146/10 149/12 149/23 149/25 153/16
155/24 156/1 170/20 170/22 172/4
176/17 176/23 177/3 177/14 179/7 180/8
184/23 188/14 189/23 192/17 200/9
202/19 204/10 205/23 206/2 206/7
206/16 206/23 206/24 206/25 207/1

US v. DEMENTIAS case 3:09-cr-00068-JSW document 345-1 filed 11/23/11 page 345 of 354

**R**

right... [93] 207/3 207/7 207/10 207/18 208/1 208/2 208/23 209/10 209/19 213/12 214/1 215/17 217/11 222/19 222/19 225/3 226/17 228/8 229/23 230/12 231/12 232/8 232/15 232/23 234/14 235/8 235/13 235/19 236/12 237/1 237/15 238/21 239/6 241/21 242/16 243/7 243/15 243/18 244/3 245/12 245/22 246/18 248/1 248/9 251/14 251/21 251/25 252/2 252/20 253/15 254/20 258/9 260/3 262/11 265/22 265/23 267/5 273/21 274/11 276/20 278/9 280/18 281/22 287/23 287/25 290/15 293/12 294/6 295/12 296/11 297/7 297/14 297/14 297/15 298/8 299/5 299/13 299/20 299/22 303/24 304/6 304/8 306/6 307/5 312/13 312/16 312/20 314/2 314/18 315/21 316/20 316/22

right-hand [3] 188/14 265/22 297/14 rights [2] 48/13 88/9 rigs [1] 165/23 Rigsby [4] 14/13 30/10 316/17 316/18 rise [3] 2/3 152/19 225/9 Rivas [2] 14/15 30/11 road [2] 209/16 264/2 robbery [2] 139/17 271/13 Robert [3] 50/16 50/19 62/11 Robin [1] 179/1 Robot [3] 190/2 190/3 190/3 Rocco [3] 14/13 30/10 316/17 ROCHELLE [1] 1/14 Rocky [3] 14/13 30/7 316/14 role [1] 272/3 roles [1] 38/3 rolls [1] 308/21 room [15] 116/6 160/19 167/11 176/12 195/15 217/13 217/15 217/21 217/23 218/11 218/12 218/25 219/4 284/15 300/20 Rosie [2] 90/3 90/4 round [1] 206/13 route [4] 251/10 279/8 279/15 313/7 routinely [1] 261/12 row [16] 34/6 36/17 37/16 39/1 39/2 39/20 40/23 44/23 52/1 52/23 55/21 87/18 93/12 104/12 262/11 295/13 RPR [1] 1/21 rub [2] 196/2 308/16 Rubalcava [9] 24/22 33/1 56/24 75/4 75/7 75/9 75/15 77/24 81/14 rubbery [1] 214/5 rubbing [5] 193/21 307/16 309/6 310/18 311/4 rubs [5] 308/20 309/1 309/2 309/17 311/1 Ruger [1] 54/17 rule [3] 67/18 67/23 162/9 ruled [1] 267/13 rules [2] 157/1 161/11 ruling [2] 17/1 267/13 rulings [2] 157/3 267/19 run [2] 161/11 199/6 Russell [1] 305/5 Russian [1] 303/3

**S**

S-A-B-A-T-A [1] 270/19 S-A-V-I-A [1] 316/1 S-C-H-O-U-T-E-N [1] 72/10 S-I-N-G-H [1] 30/12 316/7 S/STACY [2] 317/8 317/8

Sabata [20] 14/17 30/11 163/9 267/8 270/2 270/19 276/4 276/20 278/11 281/19 285/23 289/23 291/24 293/14 293/15 294/14 295/6 305/11 305/8 316/7 saddled [2] 172/7 172/7 sadomasochistic [1] 303/19 safe [3] 173/9 255/18 290/2 safely [1] 315/6 safer [1] 223/19 safety [5] 255/11 255/16 256/12 257/1 259/13 said [55] 17/18 19/25 20/7 42/6 86/7 128/3 130/9 164/22 166/23 169/12 170/16 171/2 171/16 175/5 175/16 183/16 190/10 190/21 190/24 193/4 193/11 195/9 197/10 197/25 197/25 198/1 198/25 199/6 199/20 200/2 200/3 207/3 208/8 210/22 212/6 213/1 214/11 219/10 223/21 230/11 233/3 236/12 237/13 239/4 242/12 243/25 248/19 249/11 269/2 282/17 287/12 287/15 297/9 304/4 307/14 sales.mpeg [1] 304/1 saliva [1] 309/16 Samantha [1] 15/13 same [44] 7/12 13/11 33/19 42/15 47/13 68/17 73/22 84/17 84/22 86/1 91/12 97/2 107/10 110/20 117/2 121/19 124/21 131/2 132/22 144/12 147/1 168/20 169/3 171/16 174/6 174/6 174/11 181/12 204/25 206/12 221/8 224/11 233/21 236/2 251/9 251/11 257/9 283/8 283/16 283/18 283/25 284/2 296/3 309/9 San [2] 271/21 271/22 Sara [2] 130/15 130/17 Sarah [1] 142/16 sat [3] 69/18 90/13 194/14 save [1] 303/13 saved [7] 293/4 302/17 302/21 303/13 303/14 303/15 303/17 Savia [6] 10/8 14/19 30/4 30/11 316/1 316/2 savvy [1] 103/9 saw [16] 162/4 166/4 166/7 188/8 196/17 197/1 198/17 203/17 222/7 228/10 237/1 237/3 237/10 237/19 294/24 313/24 say [54] 4/10 5/6 6/8 7/1 8/1 13/2 21/12 49/18 49/21 61/2 70/21 75/22 77/1 77/5 109/24 120/13 124/8 132/11 156/12 165/19 166/21 166/21 166/24 171/4 171/15 171/17 171/17 171/20 172/12 172/19 173/7 174/24 194/15 198/10 205/12 206/3 231/3 231/14 236/8 238/7 238/20 241/24 242/3 252/14 262/20 264/24 268/11 268/12 269/19 269/20 282/1 305/19 309/8 311/19 saying [4] 50/4 79/25 237/23 252/2 says [7] 71/8 171/10 171/21 171/23 173/2 173/8 312/20 scale [2] 198/19 198/20 198/21 198/25 199/7 210/12 210/17 scales [1] 198/23 scandalous [1] 73/14 scared [4] 194/14 221/4 242/2 307/21 scenario [1] 161/16 scene [4] 292/14 302/2 310/13 310/14 scheduled [1] 25/22 Scheeringa [3] 85/20 109/7 110/3 school [30] 26/24 36/15 37/1 38/19 39/6 39/7 39/11 39/16 40/2 41/3 41/4 41/15 60/17 95/17 96/1 96/4 139/3 139/3 146/2 161/14 161/15 173/5 217/3 226/23 228/24 229/2 229/13 229/15 229/18

229/19 schools [3] 41/11 97/7 227/1 Schouten [16] 24/24 31/7 31/8 31/9 41/23 41/24 42/22 44/24 54/24 64/23 72/7 72/21 72/24 74/24 81/13 Schuetz [6] 130/15 130/18 130/19 137/19 142/25 143/12 Schwartz [8] 24/23 39/21 39/23 53/3 61/13 81/7 83/17 85/15 scoot [1] 240/25 scout [3] 36/14 112/24 113/4 screaming [2] 222/24 223/22 screen [12] 155/12 155/15 155/17 179/12 179/14 180/6 180/8 188/14 219/2 256/19 263/19 295/7 screens [1] 154/24 search [97] 49/19 56/7 56/10 56/13 57/6 57/9 57/12 58/4 58/7 58/10 58/22 58/25 59/4 59/21 59/24 60/2 60/19 60/22 60/24 60/25 61/19 61/22 62/1 62/15 62/18 62/24 63/12 63/16 63/20 64/8 64/11 64/15 65/4 65/7 65/12 86/8 86/20 86/23 87/2 92/19 92/22 92/25 94/2 94/5 94/8 103/1 103/11 103/14 103/19 103/22 104/24 105/3 105/6 108/12 108/15 108/20 111/24 112/2 112/8 112/9 117/16 117/19 117/22 122/8 122/11 122/14 125/4 125/7 125/10 134/19 134/22 135/2 138/5 138/8 138/11 144/23 145/1 145/4 147/9 147/12 147/18 159/1 286/21 286/22 286/23 287/3 288/6 290/21 292/14 292/18 296/4 296/7 297/9 297/10 301/18 301/20 302/3 searched [26] 56/12 57/11 58/9 59/3 60/1 61/25 62/23 63/19 64/14 65/11 87/1 92/24 94/7 103/6 103/22 105/5 108/19 117/21 122/13 125/9 135/1 138/10 145/3 147/17 169/1 287/9 searches [1] 64/13 seat [15] 25/7 134/6 151/4 193/7 206/10 206/10 206/10 206/17 206/19 206/24 232/10 240/15 240/25 241/1 294/18 seated [26] 20/16 24/15 25/1 25/5 71/25 83/3 85/22 116/5 116/11 116/15 128/25 130/17 150/5 151/2 151/15 152/20 156/1 176/13 176/16 176/23 224/18 225/15 225/25 226/1 254/24 270/8 seats [1] 193/8 second [30] 19/8 49/13 49/25 70/1 70/14 88/3 88/5 89/17 132/2 132/3 132/4 149/20 154/9 156/24 166/10 173/11 195/8 242/5 242/11 243/5 243/13 262/14 272/17 303/5 304/2 307/24 308/5 309/25 310/10 310/14 seconds [3] 154/12 306/13 309/22 section [5] 258/11 258/16 258/18 299/8 299/11 Section 2252 [1] 299/11 Section 8 [2] 258/11 258/16 secure [1] 290/2 security [28] 24/19 31/5 31/15 31/16 31/17 31/25 32/6 32/7 32/8 32/9 33/12 33/14 33/15 33/18 33/22 33/25 34/3 35/19 35/20 36/3 100/10 100/15 100/16 102/2 116/6 150/23 272/6 295/15 see [100] 2/7 2/16 6/2 19/14 33/21 39/12 44/2 67/3 71/1 71/1 73/18 91/20 91/23 97/19 97/22 98/19 111/5 111/7 120/11 133/7 133/19 135/25 137/18 141/5 150/24 152/14 154/12 163/7 164/12 164/18 168/19 168/21 169/14 171/8 171/13 171/13 175/3 175/8 176/1 177/9 179/14 182/2 189/12 190/21 191/3 191/5

**S**

see... [54] 191/18 196/22 198/2 199/12
196/7 200/20 203/6 209/16 214/4 214/6
214/21 214/23 218/12 222/6 240/8
240/10 241/8 244/3 244/5 258/14 263/14
263/18 265/21 265/23 277/2 277/6
277/11 278/13 280/13 280/17 281/22
282/13 284/4 284/20 284/25 285/10
289/10 289/25 294/9 294/15 294/20
294/21 294/22 294/25 295/20 296/2
299/15 305/9 307/1 308/1 309/14 310/3
311/5 315/7 316/19
seeing [2] 217/21 313/25
seek [1] 277/20
seeking [1] 286/22
seeks [3] 215/24 261/20 289/16
seem [2] 250/5 280/3
seems [4] 71/3 71/12 73/9 170/20
seen [16] 28/17 66/22 84/1 157/14 177/6
185/4 185/4 189/12 196/14 279/16
279/17 279/22 280/12 280/13 281/8
311/18
seized [3] 288/3 290/19 301/24
seizure [1] 301/21
select [1] 21/18
selected [2] 151/8 156/2
selecting [2] 85/5 115/22
selection [1] 85/8
semen [1] 311/7
semi [35] 16/9 192/24 193/4 193/4 193/5
195/7 195/12 198/21 199/13 204/15
204/16 204/20 205/10 205/10 205/11
206/4 210/18 210/22 211/5 211/6 211/20
211/22 211/24 212/2 212/2 244/22
250/23 251/18 251/20 252/5 252/6
252/19 252/19 306/18 307/2
semi-erect [2] 306/18 307/2
semis [7] 210/19 210/20 211/3 247/25
252/14 252/22 254/2
send [1] 219/17
Senior [1] 39/9
sense [5] 7/18 164/9 171/14 175/3
175/17
sensitive [1] 109/9
sent [2] 217/19 278/23
separate [2] 151/16 274/1
September [2] 101/13 266/13
September 9 [1] 266/13
series [4] 113/16 125/24 141/12 157/23
Serna [5] 14/21 14/21 14/23 14/23 15/1
serve [13] 21/8 22/17 22/19 22/20 24/7
25/25 47/19 106/11 124/6 130/12 140/19
144/2 151/5
served [6] 47/16 55/7 55/8 76/10 106/7
271/5
service [6] 21/5 97/6 159/4 159/20
159/22 176/3
Services [1] 249/24
serving [8] 28/4 47/19 55/12 106/8
106/12 124/7 140/19 176/3
session [2] 2/3 152/19
set [11] 47/22 66/21 77/7 77/12 96/12
106/15 128/16 133/14 140/3 140/23
146/7
seven [4] 271/6 271/7 271/23 281/3
Seventeen [1] 103/18
Seventh [2] 226/18 226/20
several [9] 31/20 42/22 51/8 97/4 132/21
233/10 302/15 303/12 303/20
sex [14] 166/8 166/15 166/16 191/3
191/5 191/11 303/8 307/10 307/18
309/19 309/20 310/9 310/10 311/4

sexual [16] 8/20 21/21 28/11 46/17 46/17
48/1 131/23 161/24 163/17 165/20
169/24 196/9 197/8 267/11 269/5 303/19
sexually [3] 162/25 289/6 301/23
sexually-explicit [1] 301/23
SF [1] 304/16
shackles [1] 2/4
shadows [1] 167/22
Shaking [1] 106/18
shape [1] 200/17
shaped [1] 187/1
share [1] 56/21
Shareaza [1] 56/21
shared [1] 302/17
sharing [4] 302/8 302/14 303/11 303/22
she [63] 29/8 38/23 54/16 67/25 69/13
69/25 70/1 79/25 80/2 80/4 80/6 80/9
80/12 97/24 98/2 98/22 100/25 101/1
101/7 101/8 102/4 103/12 103/13 103/13
103/17 103/19 103/21 104/4 104/6
118/25 119/2 119/3 119/4 119/22 142/20
142/22 142/22 155/18 170/8 186/3
190/21 190/24 207/21 223/4 223/10
223/11 223/21 236/1 236/2 248/9 249/9
249/12 249/12 249/13 268/2 268/17
306/16 307/13 309/2 309/12 309/15
309/17 311/11
she'll [2] 268/1 268/2
she's [28] 6/7 6/9 42/3 83/23 84/1 84/1
84/3 84/3 98/17 100/18 101/12 118/24
119/7 267/8 268/1 268/16 268/18 269/11
269/20 306/22 306/24 307/21 308/10
308/13 308/14 309/2 310/4 311/10
sheets [1] 306/16
shelf [4] 193/8 193/9 199/13 207/5
shelter [1] 161/21
Shephard [4] 15/5 15/7 30/11 30/12
Sheriff [2] 97/16 98/9
sheriff's [1] 301/25
Sherry [4] 15/17 30/13 249/2 249/8
shimmer [1] 237/24
shirt [2] 182/7 306/25
shock [1] 224/2
short [6] 25/14 113/16 115/22 125/24
141/12 150/11
shotgun [2] 53/16 53/17
should [36] 5/9 19/15 22/18 23/1 23/2
24/1 29/12 45/18 45/22 74/8 74/9 74/13
80/4 80/12 83/7 85/10 130/2 153/23
155/24 156/13 156/14 157/2 157/6
158/25 165/3 172/4 173/9 174/6 177/10
249/21 257/10 262/23 268/12 280/15
295/14 300/24
shouldn't [4] 79/2 173/7 268/17 295/17
show [42] 16/20 18/8 66/12 162/7 165/25
167/24 168/14 169/18 169/19 169/20
175/12 184/24 190/7 200/7 204/8 206/22
209/8 211/7 213/10 215/15 218/1 256/20
256/21 259/7 260/12 262/2 262/15
275/25 278/3 279/11 279/14 280/2
280/19 281/9 283/22 285/17 285/24
290/2 293/9 296/9 298/6 299/18
showed [9] 166/8 169/3 191/22 215/14
232/25 233/1 235/25 237/12 251/24
shower [2] 195/6 195/9
showing [7] 155/12 168/1 168/23 211/10
283/15 294/14 308/9
shown [6] 166/2 247/15 247/17 286/18
291/13 306/21
shows [10] 66/16 66/18 66/22 263/24
269/5 282/9 307/20 310/4 310/14 310/15
siblings [3] 162/15 181/11 181/14
side [18] 7/3 8/4 85/6 119/4 152/2 152/3

169/19 171/1 193/10 199/14 199/16
207/8 208/3 241/1 241/2 262/11 265/22
297/14
sidebar [3] 162/25 259/6 261/23
sides [5] 36/4 149/23 170/19 170/21
170/21
sight [1] 28/3
sign [5] 247/21 259/3 259/12 259/12
296/7
signature [6] 297/12 297/15 297/17
297/17 297/19 299/15
signatures [2] 296/20 300/5
signed [9] 8/10 287/4 296/18 296/22
298/11 298/15 304/24 305/2 305/5
similar [3] 143/1 150/19 315/2
simple [2] 162/8 170/20
simply [5] 21/16 22/16 158/9 160/7 163/3
simulating [1] 311/4
simultaneously [2] 7/10 271/6
since [7] 2/19 3/25 4/15 5/1 25/23 25/24
151/21
Singh [3] 15/9 30/12 316/7
sir [133] 4/12 6/13 7/6 15/4 16/8 18/5
31/23 32/14 32/24 35/9 35/9 35/13 38/25
39/22 39/24 40/5 47/21 49/20 50/14
50/23 51/5 57/3 61/11 61/14 62/9 64/22
64/24 65/17 71/24 73/3 74/15 75/20 76/6
77/23 80/14 86/5 87/23 89/24 95/4 95/6
95/8 95/14 96/2 96/5 96/9 96/11 96/14
96/18 96/23 97/1 98/23 101/7 101/13
102/1 102/4 104/8 104/11 104/14 104/15
104/25 106/22 107/9 107/12 107/22
107/24 108/1 108/6 108/13 109/2 109/5
118/6 118/19 121/11 121/15 124/13
124/17 125/20 125/22 128/20 129/2
133/17 133/21 133/23 134/11 134/20
135/7 135/15 136/12 136/14 137/12
137/17 137/21 143/14 143/15 146/19
146/21 170/13 210/4 226/1 230/16
230/19 231/9 231/13 232/21 233/2 233/8
233/14 234/2 234/8 236/11 236/17
236/19 236/21 237/11 240/5 240/7
240/10 240/14 241/12 242/22 243/16
244/8 244/10 244/12 245/2 245/4 245/6
245/8 245/19 245/24 248/5 250/10 295/1
sister [3] 228/14 230/22 230/23
sisters [6] 183/5 187/23 227/12 228/8
230/24 230/25
sit [14] 69/6 77/8 114/4 126/11 128/18
133/16 136/9 141/1 141/24 143/17
148/16 203/4 224/15 224/22
sits [3] 54/12 143/12 308/19
sitting [8] 152/4 152/7 166/20 232/9
232/9 232/10 306/15 306/22
situated [1] 204/19
situation [2] 174/23 175/14
six [7] 7/10 85/17 85/21 87/12 113/2
308/5 308/7
sixth [4] 37/22 38/12 118/10 118/10
skinny [3] 200/21 200/23 200/25
Skoler [1] 315/17
slashes [1] 304/8
sleep [10] 165/22 193/14 194/4 194/6
194/8 219/4 223/20 246/25 250/22
250/25
sleeper [3] 165/22 166/20 240/17
sleeping [2] 193/12 218/7
slide [5] 279/14 280/2 282/13 283/14
285/17
slightest [1] 68/25
slip [1] 151/6
smack [1] 227/14
small [4] 19/14 177/5 272/1 310/6

S

smaller [2] 289/14 310/8
smart [1] 70/24
smart-aleck [1] 70/24
smashed [1] 266/11
Smith [9] 15/11 26/19 30/12 90/3 90/4
90/10 288/8 288/12 288/25
so [200] 6/13 7/12 8/16 8/18 10/3 17/12
20/25 21/14 21/15 22/21 23/1 23/23 24/7
24/9 25/8 25/14 26/1 27/8 27/9 28/22
29/24 35/3 39/7 39/10 39/12 40/10 40/15
40/17 41/13 42/8 49/16 49/22 50/4 51/2
54/11 61/2 69/20 71/8 71/14 71/18 74/11
75/12 75/16 75/18 76/9 76/21 77/5 80/11
80/20 81/8 81/12 82/1 85/13 85/16 86/3
88/6 90/16 95/13 99/25 101/3 109/20
110/6 113/9 115/23 117/5 119/18 119/23
120/6 120/8 122/3 124/2 127/14 128/9
129/18 130/7 132/15 140/23 144/1 146/9
149/20 150/6 150/9 150/23 151/12
151/2 153/7 153/16 154/7 154/13
160/11 162/1 164/1 164/9 170/16 170/25
172/1 173/24 175/14 176/4 176/24
180/18 184/16 187/3 187/21 188/16
193/16 199/15 199/23 200/14 202/24
206/7 206/12 206/24 208/22 209/23
210/21 214/14 219/17 220/1 221/15
223/19 224/3 224/5 224/21 226/8 228/7
229/3 229/24 232/11 233/15 234/1
234/22 234/23 235/13 236/7 237/10
237/12 239/4 239/16 240/17 241/5 241/9
241/16 242/3 242/14 243/4 243/6 243/11
244/10 244/12 244/13 245/1 245/15
248/1 248/2 249/15 251/12 253/21
254/25 260/5 262/17 264/3 265/1 265/8
266/1 266/2 266/15 268/1 268/4 268/6
268/9 269/3 271/12 272/1 274/4 279/4
280/6 280/10 282/1 282/3 286/4 297/17
308/20 309/15 309/16 309/17 309/18
310/24 311/1 311/2 311/3 311/17 313/6
314/6 315/6
so I [1] 71/18
soccer [5] 37/6 37/7 37/13 136/25 137/5
social [5] 100/10 100/15 100/16 102/2
174/12
sodomized [1] 167/12
softball [4] 87/11 118/7 137/5 137/8
software [47] 56/16 56/22 57/15 57/19
58/13 58/17 59/7 59/11 60/5 60/9 61/4
61/7 62/4 62/8 63/2 63/6 63/23 64/18
65/16 65/19 87/5 93/4 93/7 94/11 94/15
104/2 104/7 105/9 105/13 108/24 112/18
112/21 118/1 118/4 122/18 122/21
125/16 125/19 135/6 135/9 138/15
138/18 145/8 145/11 147/21 147/24
302/8
softwares [1] 95/24
solar [2] 213/2 247/20
sold [1] 168/9
solely [5] 67/20 68/6 68/13 133/19 141/4
some [60] 2/12 7/16 7/24 16/14 16/15
16/20 20/11 20/14 23/18 23/20 23/21
34/13 35/3 55/6 72/12 73/9 76/18 82/13
89/16 109/17 109/24 120/16 120/19
122/25 136/3 136/3 157/8 158/5 165/16
172/24 173/8 173/17 173/17 173/18
173/18 174/10 179/3 181/23 183/3 188/8
189/8 191/5 191/13 192/17 213/6 213/8
217/17 217/17 217/17 224/10 224/25
226/7 230/10 263/25 265/5 265/8 275/8
289/25 295/21 316/22

somebody [1] 240/24
somebody's [1] 6/6
someone [27] 29/4 34/6 35/17 39/25 40/8
90/22 95/4 99/4 99/14 103/19
129/14 157/20 174/3 174/15 181/24
182/16 222/6 240/23 244/15 257/17
259/19 261/15 261/17 263/10 264/15
265/1
someone's [1] 262/18
something [57] 36/15 56/14 57/12 58/10
59/4 60/3 60/25 62/2 62/24 63/21 64/15
65/13 73/13 81/13 86/8 86/8 87/2 92/25
94/8 99/4 100/9 100/16 103/23 105/6
108/20 112/9 117/22 122/14 125/10
135/2 138/11 145/4 147/18 161/18
170/22 171/4 171/21 171/24 172/11
174/13 175/9 185/9 192/5 217/16 222/2
222/2 222/3 222/5 222/5 222/25 223/18
236/13 239/25 257/11 265/22 267/12
283/16
something's [1] 174/25
sometime [2] 201/20 266/11
sometimes [22] 44/11 56/8 61/2 62/3
62/22 71/12 86/12 110/1 145/23 149/21
171/19 171/23 183/20 231/25 232/3
232/5 232/7 232/14 232/22 245/3 245/5
245/9
somewhat [1] 174/21
somewhere [6] 6/10 235/12
son [2] 33/11 34/2
son's [1] 41/4
soon [7] 142/17 217/11 229/25 230/3
267/24 306/17 307/2
Sophomore [1] 39/9
sorry [41] 8/23 19/8 37/4 39/2 44/17
52/25 53/13 69/22 75/8 75/17 75/19
78/19 86/12 89/12 93/24 96/10 98/1 98/7
107/5 115/3 119/10 120/18 123/25 130/2
147/16 149/22 202/14 203/23 209/3
220/15 223/6 231/17 237/5 238/3 244/11
263/15 273/10 295/16 302/7 304/6
304/15
sort [8] 41/17 83/25 113/16 179/1 190/8
229/4 246/6 267/12
sorts [2] 36/25 271/11
sought [2] 152/24 153/6
soul [1] 49/20
sound [3] 306/14 308/6 309/23
sound.mpeg [1] 303/8
sounded [1] 17/15
source [1] 159/5
sources [1] 66/19
south [1] 140/12
souvenir [1] 285/1
souvenirs [9] 212/23 212/24 213/6 213/8
214/5 247/14 247/15 247/17 247/19
space [3] 165/9 304/20 304/21
spaces [2] 188/17 189/6
speak [12] 2/10 35/7 56/4 90/8 120/8
127/12 131/17 176/25 254/25 256/9
270/9 286/12
speaking [6] 7/15 69/10 85/21 116/14
130/16 151/3
special [21] 28/1 187/5 270/23 270/24
271/1 276/4 276/20 278/11 281/19
285/23 288/19 289/23 291/24 293/14
298/10 299/24 301/4 301/11 305/8 312/3
318/7
specialized [2] 271/14 271/16
specials [1] 161/15
specific [3] 173/21 173/22 293/20
specifically [6] 183/25 271/18 283/7
287/8 310/5 313/25

spell [3] 69/21 255/5 270/18
spelled [1] 80/24
spend [5] 69/9 251/2 251/5
spent [4] 165/19 251/3 251/3 251/5
sperm [2] 198/1 198/2
Spokane [3] 166/17 168/5 276/8
spoke [1] 228/12
spoken [2] 314/5 314/9
sports [1] 178/9
spreads [2] 309/3 309/3
Spy [2] 178/16 178/20
Sr [2] 12/24 30/8
St [3] 284/10 284/21 288/4
St. [2] 290/20 301/19
St. Lucie [2] 290/20 301/19
STACY [3] 1/21 317/8 317/8
stage [1] 6/5
stamp [1] 300/4
stand [7] 24/10 149/25 163/19 165/13
170/8 217/14 305/14
standby [1] 266/10
standing [3] 207/8 225/17 225/17
stands [1] 305/12
Star [1] 187/8
stares [1] 308/11
start [57] 7/24 19/11 20/22 36/17 39/1
39/3 52/1 55/21 86/5 97/5 107/13 117/6
117/10 131/6 137/10 137/23 159/11
170/15 171/6 171/7 171/20 172/5 172/5
172/8 172/9 172/9 173/25 175/21 282/20
started [7] 165/13 165/19 172/1 175/20
202/25 281/24 282/1
starting [3] 250/1 262/20 282/4
starts [4] 27/2 307/5 308/9 310/11
state [23] 46/22 76/7 85/7 99/9 109/10
163/16 166/12 167/20 169/24 170/1
173/14 175/1 177/17 178/2 187/9 212/17
253/19 255/5 270/18 275/13 285/13
286/24 313/14
stated [1] 143/20
statement [11] 8/11 152/12 154/8 160/6
160/6 161/9 170/13 175/5 268/23 268/25
275/6
statements [11] 8/4 18/13 19/3 154/13
154/16 156/22 160/20 233/10 282/2
282/3 313/18
states [28] 1/1 1/3 1/10 1/13 20/19 28/8
29/17 30/24 30/25 31/1 46/4 46/7 68/4
68/12 68/15 212/13 212/19 213/3 214/4
271/5 274/13 285/24 286/1 287/24
290/15 290/17 301/12 313/7
station [21] 37/1 166/18 180/11 209/7
209/20 210/11 235/8 236/6 236/10
238/11 238/12 238/14 239/9 239/15
239/24 240/3 241/11 246/24 252/10
253/13 253/17
statutory [2] 99/16 99/20
stay [5] 25/13 164/17 244/9 249/13
277/21
stayed [1] 168/2
staying [2] 32/11 264/6
stays [1] 67/12
steering [2] 206/9 206/13
Stenotype [1] 1/25
step [8] 182/23 224/6 224/19 225/3
231/18 254/3 254/23 314/16
Stepdad [1] 34/15
stepdad's [1] 34/14
stepfather [6] 162/13 163/24 180/15
180/18 181/21 227/6
stepfather's [1] 34/9
Stephanie [10] 24/24 40/24 43/21 63/8
69/12 79/19 80/20 84/19 84/21 85/16

**S**

Stephanie Lasayko [2] 24/24 85/16
Stephen [1] 24/23
steps [1] 67/13
Steven [2] 83/17 85/15
stick [1] 115/5
sticks [1] 311/11
stigma [1] 24/3
still [13] 24/7 120/1 123/20 132/15
 142/19 166/25 167/16 167/17 167/18
 193/14 221/4 241/3 242/2
stip [1] 312/14
stipulate [5] 156/18 274/14 288/2 290/18
 301/13
stipulated [6] 18/16 19/12 160/21 177/4
 274/12 300/23
stipulation [12] 273/7 273/12 273/20
 274/5 274/9 287/20 290/4 290/12 299/25
 300/23 312/4 312/6
stood [1] 118/24
stop [26] 162/5 166/19 175/1 195/6 195/9
 206/12 223/3 223/4 223/9 223/10 235/8
 245/12 245/25 246/6 254/20 262/14
 270/3 275/13 275/22 276/7 277/6 277/16
 282/14 282/19 284/9 284/13
stop/restaurant [1] 246/6
stopped [20] 175/2 223/11 235/7 238/10
 238/11 238/13 239/8 239/11 239/14
 240/12 240/19 240/21 240/23 252/10
 252/12 252/16 253/12 257/5 265/6 278/1
stopping [3] 165/24 199/15 283/23
stops [6] 246/20 246/23 246/24 246/24
 310/13 311/5
store [2] 164/25 302/17
stored [1] 302/17
stores [3] 302/19 302/20 302/21
stories [2] 120/16 120/19
story [5] 128/2 170/20 170/21 170/21
 242/3
straight [4] 54/3 209/16 217/10 306/23
straightforward [1] 23/7
stranger [6] 161/12 162/2 162/9 162/10
 162/20 169/20
street [1] 271/11
streetlights [3] 210/16 241/14 241/15
streets [1] 169/21
strictly [1] 258/22
strike [13] 9/21 10/3 13/14 80/15 84/9
 84/15 129/18 129/21 143/3 143/19
 153/16 153/18 316/20
strikes [3] 7/11 7/11 81/24
striking [1] 143/2
striped [1] 306/16
strive [1] 23/2
stroke [1] 309/7
strokes [1] 309/6
strong [3] 49/24 55/10 88/2
strongly [1] 21/7
struck [9] 80/12 81/8 81/8 81/24 82/11
 83/7 83/7 84/13 316/23
student [2] 26/23 39/11
studied [1] 279/5
stuff [9] 8/16 40/9 178/24 178/24 183/2
 183/3 183/4 197/25 217/15
style [4] 166/6 191/8 191/9 289/14
submit [1] 16/23
submitted [9] 20/11 150/16 277/24
 278/23 278/25 285/12 285/18 304/24
 314/24
subpoena [1] 278/24
substitute [1] 41/3
such [13] 2/13 24/4 28/2 36/14 45/22

46/21 66/9 66/16 74/12 99/9 157/21
 170/20 293/3
suck [3] 196/2 303/6 303/10
sucking [1] 31/10
suggested [2] 163/22 269/1
suggesting [1] 171/17
suggestion [4] 24/3 171/15 175/3 175/25
suggestions [1] 173/24
suggests [1] 174/23
suit [1] 182/7
Suite [3] 1/15 1/18 1/22
summarize [1] 160/17
summary [9] 2/19 4/14 4/16 4/25 5/18
 5/20 6/7 6/16 160/7
summer [2] 60/18 162/11
summoned [1] 28/7
Sunday [6] 36/14 95/17 96/1 96/3 139/2
 215/3
Superior [1] 75/23
supervisor [1] 42/4
support [4] 173/4 175/19 268/13 279/18
support's [1] 269/4
supported [1] 170/9
supporter [1] 88/3
supporting [1] 3/1
suppose [1] 33/23
supposed [6] 2/15 32/11 101/12 215/8
 215/12 244/20
sure [46] 3/20 23/14 27/8 32/10 33/23
 80/1 100/20 131/14 132/6 139/9 150/24
 162/10 182/15 184/9 191/14 198/21
 201/14 201/19 203/7 203/8 203/22
 203/24 203/25 204/2 220/5 226/24
 237/17 239/1 239/19 239/19 239/22
 240/4 241/8 241/18 242/7 242/9 243/8
 248/5 249/18 251/13 253/22 266/2 269/7
 269/10 277/12 311/9
surprise [1] 24/6
surprisingly [1] 223/4
surrounding [2] 159/19 159/23
suspected [1] 301/22
sustained [1] 157/4
SVU [1] 161/16
swear [2] 24/12 150/2 176/18
swim [1] 190/5
swimming [1] 217/7
switch [1] 155/1
sworn [4] 24/13 149/25 150/3 156/3
sympathetic [2] 21/9 21/15
sympathy [1] 68/9
system [11] 70/1 70/22 72/14 79/22 80/1
 164/19 173/4 186/22 186/22 187/4 302/6

**T**

T-W-O [1] 304/17
T.V [1] 219/2
table [1] 163/6
Tacoma [1] 283/7
tag [1] 263/21
tags [3] 198/22 211/25 265/13
take [71] 2/6 9/7 24/11 24/18 25/7 27/7
 67/13 69/7 79/25 86/12 99/5 104/5
 111/18 115/16 115/22 115/24 129/10
 134/6 146/23 150/6 151/3 152/4 153/8
 161/21 162/2 162/16 162/20 164/6 164/6
 164/20 164/23 167/11 168/23 175/6
 175/7 176/17 176/20 182/1 183/2 183/18
 183/19 186/5 186/15 186/20 188/23
 196/19 203/13 208/22 211/1 215/8
 224/11 225/12 229/12 230/11 239/4
 239/17 239/23 244/22 247/8 249/14
 252/8 254/20 255/18 260/17 260/18
 270/13 276/20 280/23 295/14 300/19

306/6
taken [18] 68/22 116/8 152/16 156/13
 170/18 214/19 216/1 216/2 216/6 225/6
 275/15 282/12 282/18 283/18 283/18
 283/24 301/25 317/3
takes [6] 7/4 86/12 178/24 178/24 308/12
 308/18
taking [3] 164/7 186/11 211/23
talk [25] 20/2 33/24 35/24 43/15 93/14
 99/19 118/18 119/14 131/24 159/19
 169/5 198/11 207/23 208/19 208/21
 220/17 221/5 221/24 224/5 231/18
 241/23 268/1 268/9 314/3
talked [17] 28/21 72/1 74/21 77/21 90/19
 102/12 129/1 133/25 172/21 209/5 228/4
 228/7 231/19 234/6 236/24 242/5 242/11
talking [14] 3/19 109/18 155/23 163/19
 199/14 199/18 208/1 235/20 240/24
 241/6 242/18 242/20 269/12 275/2
talks [2] 278/24 282/15
tank [2] 306/16 306/24
Tanya [6] 27/17 27/18 34/8 41/9 54/15
 64/4
tasks [3] 229/1 229/4 229/6
taught [4] 41/3 161/11 161/12 229/17
taxi [1] 210/18 210/24 211/1 211/23
 212/6 236/13 239/25 239/25
teach [1] 161/13
teacher [13] 36/15 37/21 37/23 38/19
 38/23 39/6 39/16 83/18 83/19 83/19
 95/17 96/1 139/5
teacher's [1] 36/14 41/4
teachers [3] 83/17 138/24 161/13
teaching [1] 41/2 83/3 138/21
technician [1] 155/6
techniques [1] 66/18
technology [1] 159/18
teenage [1] 305/21
teenagers [2] 305/17 305/20
teens [1] 303/19
telephone [2] 171/20 172/10
television [4] 28/18 66/16 66/18 66/22
tell [107] 20/22 21/3 21/6 21/8 21/9 25/3
 115/12 115/22 157/12 161/13 161/14
 163/22 165/14 165/17 165/20 165/24
 166/1 166/7 166/9 166/13 166/16 166/19
 166/21 166/24 167/9 167/12 167/15
 167/16 167/16 168/8 169/5 173/7 178/17
 179/16 182/2 183/3 186/24 190/1 191/7
 191/14 191/20 192/23 194/13 194/25
 195/3 195/20 196/12 197/14 197/23
 198/17 199/11 200/1 200/3 200/23
 203/20 205/15 206/3 208/22 210/11
 212/9 212/15 214/3 214/7 214/10 214/11
 217/9 218/25 220/4 220/23 221/1 221/10
 221/16 221/18 221/24 222/23 223/15
 226/8 227/1 227/8 227/14 229/4 236/6
 241/24 242/1 242/13 242/23 243/5 243/9
 244/19 248/8 251/14 256/25 260/18
 260/24 262/9 263/24 264/4 264/6 264/10
 264/17 271/4 282/9 288/24 291/6 291/25
 299/24 316/19
telling [5] 2/18 220/8 220/10 220/12
 234/4
tells [4] 120/16 120/19 151/7 167/24
temple [1] 166/23
ten [9] 7/9 8/5 37/6 99/24 175/18 233/25
 277/19 306/14 307/14
Ten o'clock [1] 277/19
tension [1] 164/13
tenth [1] 113/5
term [2] 191/9 196/24
terminated [2] 260/11 278/1

T

terrible [3] 171/9 174/1 174/1
174/6
USClerk-WYN 2006
terrors [3] 222/22 223/2 223/9
test [1] 154/25
testified [5] 128/9 151/25 222/7 223/23
269/7
testifies [2] 19/24 167/24
testify [27] 18/19 18/20 18/23 18/25
29/22 45/15 65/23 90/16 114/1 126/8
128/7 141/21 148/13 151/24 160/23
160/24 161/3 161/5 168/5 168/18 174/19
267/22 267/23 267/25 268/12 268/20
315/11
testifying [2] 19/14 177/5
testimony [37] 16/15 19/12 19/18 45/17
45/22 45/25 46/2 65/25 66/1 66/9 66/10
83/1 92/4 92/6 98/12 98/14 136/13
136/15 153/5 156/16 157/8 157/11
157/20 157/22 158/5 177/12 222/11
224/19 248/19 267/4 267/9 267/10
267/17 268/16 269/1 269/4 269/8
Texas [6] 164/5 212/16 213/17 285/7
313/11 313/11
textbook [1] 163/1
than [28] 22/5 28/15 46/23 53/15 71/5
78/5 99/11 104/5 118/20 165/17 169/20
171/25 173/1 180/24 181/5 187/12 196/7
216/14 224/5 231/7 254/2 258/20 258/22
264/2 273/2 274/17 300/21 305/17
thank [77] 6/18 6/23 17/7 19/9 19/20
20/1 30/19 50/14 69/5 72/2 72/9 74/20
80/17 81/20 82/5 82/10 82/17 84/25
85/16 89/24 89/25 91/4 96/18 102/10
106/22 110/8 115/17 115/18 115/19
124/13 128/25 130/12 143/4 144/1
146/15 149/18 151/5 151/10 151/12
152/13 153/15 154/3 154/10 161/10
170/11 170/14 176/2 176/5 176/8 176/15
201/24 226/2 226/13 227/22 238/4
238/10 249/9 249/9 254/10 254/15 255/2
263/16 263/16 266/23 269/23 269/24
274/20 276/18 280/22 301/8 308/4
311/22 312/22 314/12 314/16 314/17
315/15
Thankfully [1] 70/21
Thanks [5] 20/7 26/9 72/3 121/11 260/22
that [944]
that's [129] 2/23 3/17 3/18 4/5 4/10 5/13
7/22 10/7 13/4 14/24 14/25 15/20 16/5
17/18 18/2 18/12 19/3 19/9 19/23 19/25
20/10 22/4 26/2 32/13 32/22 32/23 35/22
37/4 43/24 56/25 71/10 71/12 71/16
73/19 78/16 79/6 80/4 80/20 80/21 80/25
81/6 82/16 83/2 83/7 83/10 85/7 87/17
88/24 100/4 101/2 101/15 103/5 104/1
108/11 110/2 110/24 113/13 120/6
123/12 124/24 129/13 130/4 130/5
132/18 151/11 155/18 155/23 165/11
165/12 170/25 171/4 171/8 171/8 171/11
171/22 172/21 172/21 173/15 174/2
175/8 179/17 185/5 189/21 195/7 196/20
199/4 199/6 200/17 200/20 200/20
200/21 200/25 203/2 203/2 212/18
215/12 218/7 218/7 224/6 225/19 234/9
235/5 241/6 241/9 247/7 250/9 252/3
252/20 268/21 269/2 269/11 269/16
274/9 277/12 279/9 281/2 282/21 283/19
284/7 284/11 285/3 285/15 285/21 286/1
295/12 299/4 299/13 309/10 312/19
theft [1] 273/5
their [28] 16/12 19/1 19/1 19/2 21/10

34/7 35/8 39/2 43/11 43/15 43/19 81/25
93/13 115/14 118/24 136/6 151/24
160/16 161/6 161/6 161/7 168/2 174/14
180/16 187/24 188/12 189/4 196/11 196/12
them [91] 2/6 7/10 9/21 20/14 24/12 29/5
29/20 34/11 35/7 43/6 43/10 57/25 62/21
63/25 64/1 64/21 82/24 83/7 88/5 88/6
97/4 107/12 109/1 109/17 110/1 117/7
118/19 121/20 126/22 133/7 135/16
135/25 136/5 137/22 139/2 139/8 141/10
146/22 149/21 150/2 152/3 152/7 152/9
152/11 156/21 157/3 162/14 162/16
167/17 180/8 183/10 186/13 200/16
218/6 218/16 221/1 221/10 227/14
232/12 232/14 234/4 242/10 242/14
242/16 242/23 243/5 243/7 243/10
243/12 244/22 251/10 253/12 257/20
260/18 261/10 272/7 274/1 274/2 283/22
306/6 309/3 313/6 313/24 313/25 315/12
themselves [2] 151/24 164/12
then [92] 6/24 8/16 13/14 18/13 35/2
38/14 47/10 50/4 81/4 86/11 99/18
114/10 117/10 118/23 129/15 132/9
154/8 154/8 156/10 157/6 160/10 160/17
160/18 161/19 161/22 164/13 170/17
171/21 172/25 173/9 174/2 179/1 183/4
188/13 202/12 202/14 206/9 206/11
211/5 211/6 213/4 217/12 217/16 217/18
217/18 217/19 219/1 221/5 224/3 226/23
227/2 233/23 234/3 234/6 236/12 237/13
237/13 239/23 240/23 241/4 241/11
243/23 246/16 251/10 251/20 251/23
252/19 252/22 253/12 261/1 261/1
269/14 282/16 295/5 306/20 307/5
307/7 307/11 307/15 307/18 307/23
308/21 308/24 308/25 309/7 309/8
309/10 309/13 310/11 310/15 310/21
311/5
therapy [1] 224/4
there [103] 3/24 16/14 22/24 25/10 25/13
27/6 28/1 29/3 29/7 32/3 32/10 45/14
45/25 48/24 56/16 65/23 67/25 68/11
71/11 84/12 84/13 97/7 100/17 103/13
104/4 105/17 123/20 132/23 151/16
152/22 155/24 157/19 166/19 166/19
166/23 170/24 172/13 172/14 173/3
173/16 177/7 180/12 180/22 184/19
186/17 192/20 193/9 194/14 195/8
198/14 203/12 206/12 207/19 210/21
211/5 214/18 217/12 217/14 219/15
221/13 224/15 232/22 232/23 232/24
237/22 239/11 239/12 240/2 240/2 240/9
243/25 244/1 245/5 246/10 246/10
246/12 246/14 247/3 250/5 250/9 251/14
251/23 253/10 254/20 255/18 263/6
265/8 270/3 270/12 270/22 271/7 277/25
280/10 297/24 300/22 303/13 304/4
304/22 308/1 309/2 309/18 309/23 313/1
there's [37] 7/3 16/15 22/21 73/11 73/12
73/14 74/9 109/9 109/24 151/7 151/8
170/21 170/21 171/19 172/19 172/24
173/3 206/2 215/14 226/24 251/15
251/18 251/20 260/25 260/25 261/1
261/1 265/22 273/25 274/8 306/14 308/6
308/11 309/15 310/2 310/22 312/11
therein [1] 261/17
these [64] 17/25 18/17 20/12 23/15 29/2
29/3 29/19 57/15 58/13 59/7 60/5 61/3
62/4 66/5 74/7 87/4 93/3 104/2 113/22
115/5 126/4 136/8 141/17 148/9 150/7
154/7 156/23 157/25 159/21 160/2
160/21 162/5 164/18 166/9 166/9 169/15

173/24 174/19 175/23 175/24 176/1
180/7 201/4 214/3 218/4 218/9 237/13
249/20 257/20 258/2 259/14 259/12 259/17
180/24 261/3 261/8 261/9 261/9 261/15
285/24 293/15 293/20 303/20 304/23
312/13
they [129] 5/3 5/5 13/5 16/19 18/18 18/25
20/9 21/10 21/10 29/17 32/11 34/17
34/20 34/24 34/24 37/6 78/25 81/24
84/13 85/6 88/6 88/22 94/23 95/19 102/2
106/8 120/14 128/2 128/3 130/7 133/11
135/18 135/22 135/23 139/6 139/10
139/20 146/4 151/22 151/25 152/1
156/25 160/22 161/6 161/18 162/4 162/4
162/6 162/18 162/19 164/6 164/7 164/9
164/10 165/23 165/23 167/9 168/2 169/1
169/2 172/4 172/4 172/5 172/8 172/8
173/7 174/10 174/11 174/13 174/15
174/19 175/6 175/18 175/19 180/7
180/24 181/3 183/11 189/10 191/8
191/11 191/12 191/16 191/17 201/5
210/14 210/16 214/4 214/4 214/5 214/5
232/25 233/1 233/1 235/25 236/24
237/13 242/20 243/24 244/2 251/24
257/10 258/1 259/4 259/19 261/5 263/3
263/4 264/1 268/6 272/6 283/21 287/9
287/18 290/2 293/18 293/21 300/19
302/20 305/25 309/23 309/25 310/3
311/14 312/4 312/5 312/8 313/3 313/13
they'd [1] 164/11
they're [5] 43/4 69/7 172/6 268/13 290/2
Thievious [1] 178/16
thing [45] 19/8 20/9 41/17 56/13 57/12
58/10 59/4 60/2 60/25 62/1 62/24 63/20
64/15 65/12 77/1 87/1 92/25 94/8 102/20
103/22 105/6 108/20 112/9 117/22
122/14 125/10 132/9 135/2 138/11 145/4
147/17 155/21 157/5 171/3 171/24 176/4
184/3 196/18 206/13 215/6 224/2 246/6
273/18 300/25 310/23
things [37] 4/14 4/25 5/19 21/11 34/18
36/11 84/4 116/3 156/17 156/20 164/12
171/10 172/13 172/20 172/22 173/3
173/8 173/23 174/10 174/25 183/18
188/8 196/9 197/5 197/8 198/12 204/19
222/13 222/14 229/13 242/10 242/14
242/16 245/9 265/11 278/15 293/4
think [69] 2/15 7/13 8/12 14/24 16/13
32/15 35/18 37/12 38/7 42/5 42/8 56/11
65/20 78/25 80/3 80/4 80/5 80/7 80/9
80/24 81/2 89/14 93/9 99/3 103/12
106/14 113/9 113/13 113/15 116/15
130/17 132/5 137/16 137/19 141/9 143/1
143/20 154/1 154/25 171/1 174/6 175/2
176/3 183/1 187/1 194/16 196/24 200/23
202/25 208/8 222/20 223/19 243/4 243/6
243/11 244/10 248/2 250/1 257/21
262/22 267/15 269/2 270/15 273/21
294/24 299/4 304/4 304/11 307/25
thinking [1] 222/25
thinks [1] 80/3
third [20] 37/22 42/4 84/12 84/13 113/5
123/11 132/2 157/11 221/13 234/3
242/16 243/7 243/13 251/23 299/7 300/4
303/7 304/14 305/10 309/21
Thirty [1] 123/5
Thirty-eight [1] 123/5
this [384]
THOMAS [3] 1/14 9/13 29/17
Thomas M. McGrath [2] 9/13 29/17
those [149] 20/25 21/16 21/17 25/1 25/5
30/14 35/10 36/10 37/9 38/3 39/13 40/19
41/6 41/19 43/16 45/24 46/15 47/14 48/3

USAO ... Case ... Document ... filed ... page 350 of 354

T

those... [130] 48/9 50/25 51/20 53/15
55/2 56/1 56/4 56/21 57/18 58/16 59/10 60/8
61/6 62/7 63/2 63/5 63/23 64/18 65/15
65/18 66/17 68/1 74/2 74/13 83/9 84/4
86/1 86/2 87/6 87/7 88/4 90/18 91/13
93/6 94/11 94/14 95/24 97/3 101/14
101/19 103/10 104/6 105/9 105/12
107/11 108/23 108/25 110/20 110/21
112/17 112/20 116/3 116/4 117/4 117/25
118/3 119/19 120/8 120/11 120/11
120/20 122/17 122/20 124/22 125/15
125/18 131/4 133/4 133/10 133/22
135/5 135/8 137/2 137/10 138/14 138/17
139/6 141/5 144/13 145/2 145/10 146/4
147/2 147/20 147/23 149/24 151/3
156/10 162/8 169/2 169/7 169/8 172/13
172/22 173/23 175/20 180/14 191/22
196/12 197/5 203/17 209/14 212/15
212/19 213/6 213/8 218/15 228/10
228/13 228/15 231/23 234/9 237/12
237/17 251/22 252/8 272/16 278/15
290/1 290/4 293/6 298/2 302/16 306/4
311/13 312/3 312/3 312/10 313/2 315/11
though [8] 20/7 44/11 49/22 129/25
142/18 153/6 306/19 307/21
thought [8] 163/24 174/7 175/6 194/17
203/21 222/2 222/5 237/14
thoughts [1] 73/10
threat [1] 167/2
threaten [1] 214/16
three [42] 40/10 40/16 59/25 60/1 61/24
81/8 81/9 81/24 86/24 86/25 90/13 101/1
105/4 112/4 167/3 167/4 213/3 230/7
251/15 252/2 252/5 252/11 252/14
252/20 253/10 273/22 273/25 274/8
276/3 280/24 283/24 288/3 288/7 288/10
297/18 304/7 305/10 305/22 309/24
310/9 311/14 312/10
Three's [1] 81/11
three-year-old [2] 90/13 310/9
threw [4] 217/18 219/10 219/13 244/7
through [29] 41/4 42/4 76/25 77/8 80/6
88/5 97/8 101/20 101/20 110/7 151/4
171/1 185/8 203/14 206/7 223/20 256/25
276/3 277/24 277/24 278/8 278/17 279/8
279/9 279/12 279/14 281/22 293/14
316/11
throughout [5] 67/7 67/12 109/22 150/11
165/4
throw [2] 217/20 219/12
thumb [2] 274/6 311/10
Thursday [1] 26/24
ticket [1] 168/5
ticketed [1] 277/2
tie [1] 182/7
Tim [2] 14/9 30/10
time [116] 3/7 5/10 6/25 7/25 8/4 25/14
25/20 42/1 47/16 69/4 86/12 106/7 106/8
107/14 110/23 114/9 117/8 118/20
121/22 126/16 129/10 131/9 137/22
142/3 144/16 148/20 153/19 162/3 163/7
163/7 165/8 168/9 170/19 176/10 179/20
181/3 181/9 181/18 186/11 190/17
190/18 192/20 192/23 193/25 194/10
198/14 200/21 202/22 204/19 209/24
214/18 224/11 225/12 228/10 228/11
229/8 230/17 233/15 233/23 234/3
235/22 235/23 237/1 237/3 242/4 242/5
242/6 242/11 242/12 242/16 243/5 243/7
243/10 243/13 245/13 245/16 246/18
249/15 250/15 250/17 251/1 255/24

257/14 258/2 261/9 261/19 262/22
263/21 264/1 265/3 273/6 274/23 275/2
275/4 276/21 277/6 277/16 277/18
277/25 278/14 278/19 280/8 281/1
282/18 282/19 282/20 283/6 286/14
287/19 290/11 292/14 300/21 302/2
302/14 306/6 309/23
timeline [2] 172/23 316/25
times [7] 4/18 5/2 34/1 71/3 194/24 196/5
304/22
Timothy [3] 14/3 30/9 315/22
title [5] 270/22 299/8 299/11 303/2 306/7
titles [4] 303/21 305/8 311/13 311/17
Tobacco [1] 43/24
today [18] 6/11 8/10 21/5 23/25 26/1
68/17 151/7 177/25 182/3 189/13 203/4
222/7 222/12 234/7 234/10 243/15
248/13 306/3
today's [1] 26/2
Toddler [1] 303/8
Toddler-Boy [1] 303/8
toddlers [1] 303/19
together [5] 119/22 119/23 172/19 217/4
311/2
told [29] 17/3 28/15 85/5 108/11 162/5
167/11 167/21 172/3 186/18 214/13
220/17 222/19 233/12 233/16 233/23
234/3 241/19 241/20 242/2 242/10
242/14 242/16 243/7 243/12 243/15
248/6 292/23 301/7 302/2
Tom [2] 163/5 235/5
Tommy [3] 24/22 52/2 83/18
tomorrow [7] 25/17 26/24 274/4 315/7
315/13 316/12 316/19
tongue [2] 171/5 311/11
Tony [104] 18/22 161/2 162/12 162/21
162/21 162/23 163/11 163/18 164/11
164/15 165/1 165/12 165/13 165/13
165/20 165/21 166/13 166/14 166/16
166/19 166/21 167/9 167/19 167/21
167/22 167/23 169/4 169/13 171/9
172/15 173/2 173/3 174/18 174/21 175/8
175/13 177/20 177/23 177/25 178/9
179/3 179/12 180/10 181/20 182/1 185/2
186/2 187/9 188/22 191/22 192/17
194/10 196/3 196/14 198/7 200/5 200/11
201/16 202/4 202/10 203/12 204/12
206/2 207/10 209/1 209/12 210/11
211/13 212/11 213/1 213/2 213/3 213/14
214/3 215/19 216/6 218/4 218/25 220/25
221/18 222/19 223/23 224/15 224/18
226/11 226/12 226/13 244/17 247/4
247/21 269/1 269/3 272/17 275/6 282/15
282/17 284/5 285/1 285/6 285/25 286/4
286/12 286/17 287/13
Tony's [12] 162/13 162/14 162/18 163/2
164/3 167/2 168/6 168/18 168/22 170/4
172/20 269/4
too [16] 18/15 34/13 79/7 84/1 142/17
142/17 172/22 191/17 201/19 227/13
232/15 234/19 250/9 307/15 309/5
310/18 311/3
took [13] 166/22 167/11 183/16 183/19
183/21 210/24 212/6 214/21 236/12
239/25 239/25 260/5 279/8
tools [3] 159/2 159/18 159/21
top [17] 164/21 188/13 188/15 189/9
193/22 206/3 269/9 262/3 275/19 297/17
297/19 306/16 306/24 308/19 308/21
310/18 311/3
total [1] 162/23
totally [7] 77/12 128/19 133/14 140/3
140/24 155/17 157/16

touch [10] 165/20 168/12 194/23 195/15
195/17 195/20 195/22 196/1 233/6 269/6
touched [10] 192/21 192/23 193/11
193/12 193/14 195/1 195/4 222/8 233/3
233/22
touching [9] 158/21 165/19 192/25
193/15 193/18 193/20 194/21 200/2
306/17
tough [3] 17/4 129/13 146/10
toward [1] 190/24
towards [4] 166/3 190/13 253/24
tower [4] 290/24 292/1 301/24 304/18
towing [3] 251/21 252/6 252/19
town [5] 45/2 91/16 140/9 180/10 236/12
Township [1] 41/11
toy [2] 161/18 239/7
track [2] 149/21 265/2
traffic [9] 46/23 99/11 271/12 271/12
275/13 275/21 276/7 282/14 282/19
trailer [2] 265/14 265/14
transcript [5] 1/9 1/25 13/14 13/15 317/5
Transcription [1] 1/25
transport [2] 258/20
transportation [7] 8/24 16/6 21/21 28/11
41/11 163/16 166/11
transported [1] 170/1
transporting [2] 169/23 252/3
trapped [1] 200/6
travel [6] 278/24 281/24 282/6 286/2
287/10 287/12
traveled [1] 285/24
treat [9] 45/25 65/25 66/1 66/8 66/9 92/4
98/12 136/13 157/7
treatment [1] 76/25
trial [50] 1/9 2/8 2/13 3/11 5/13 6/11 7/19
8/13 17/24 20/21 20/24 21/15 21/18 22/8
25/11 66/4 67/3 67/7 67/12 67/21 68/7
68/12 68/13 68/17 69/2 74/11 76/25
101/11 109/22 127/1 127/13 127/16
127/21 127/22 127/24 128/2 130/11
141/2 150/11 153/14 156/7 156/13
157/18 158/20 160/4 160/5 165/4 170/7
279/24 301/15
trials [1] 55/8
tried [9] 22/1 22/14 65/20 68/19 106/3
132/12 132/13 140/13 168/15
tries [2] 309/4 310/21
trip [108] 162/21 163/22 164/4 164/9
164/11 164/11 164/12 164/16 164/23
165/18 165/25 166/13 168/1 168/2
168/19 172/14 172/15 172/16 172/24
174/17 174/18 174/18 174/20 174/21
175/1 175/7 175/20 184/1 184/4 184/16
184/18 184/19 186/5 186/18 186/20
187/4 187/5 187/6 187/9 187/17 187/20
188/3 188/6 188/9 189/12 189/18 189/24
192/20 194/4 194/23 196/14 197/19
197/20 197/21 198/12 198/14 212/11
212/22 213/6 213/8 214/7 214/8 214/18
219/8 222/19 229/22 229/25 230/1 230/3
230/4 230/8 230/10 230/13 230/20 231/7
233/4 234/1 235/10 235/11 235/17
236/18 236/20 237/1 237/3 241/19
243/20 244/16 244/17 245/22 247/4
247/13 248/4 250/13 251/2 252/7 253/10
253/24 254/3 260/6 279/8 284/6 285/2
285/6 286/3 313/17 313/19 313/20
313/24
trips [1] 169/14
trolling [1] 169/20
trooper [2] 166/20 166/22
trooper's [1] 275/19
trouble [2] 195/8 219/16

USDC IN/ND case 1:13-cr-00038 document 284-2 filed Page 351 of 354

**T**

truck [59] 16/7 16/8 16/16 16/16 16/19
16/21 18/4 18/25 183/4 195/6 195/8
195/4 195/4 195/6 195/12 195/18 199/15
199/16 206/4 207/13 207/13 210/20
211/2 211/4 211/5 211/16 211/17 211/19
232/1 232/12 232/14 232/17 234/18
235/22 235/23 238/15 238/17 238/19
238/21 238/21 238/23 239/9 239/17
239/20 240/21 241/2 241/3 244/22
245/23 246/6 246/16 251/11 251/23
251/24 252/6 252/15 252/18 253/2 253/5
truckers [1] 164/18
trucking [4] 16/2 16/3 16/18 30/21
trucks [22] 162/22 164/6 164/7 166/18
245/12 245/14 251/6 251/9 251/12
251/15 252/2 252/4 252/11 252/11
252/25 253/3 253/6 253/10 254/2 254/6
255/15 256/4
true [6] 163/2 172/11 172/14 173/8
175/18 222/17
trust [1] 162/17
trusted [2] 162/19 164/10
truth [11] 167/25 221/19 221/22 221/24
221/25 222/1 248/7 248/8 248/9 248/12
248/17
truthfully [2] 21/12 23/11
try [17] 6/3 9/8 20/24 25/12 42/1 137/22
144/9 149/25 156/3 159/5 159/8 226/9
238/8 255/18 295/9 309/4 310/24
trying [17] 16/13 55/12 85/8 88/23 169/21
174/11 174/11 174/12 205/16 219/16
238/8 239/5 249/12 249/13 308/19
308/22 309/15
Tube [3] 191/24 192/1 192/3
tubular [1] 196/18
turn [10] 6/8 151/24 155/17 209/14
232/18 232/20 263/23 264/9 265/15
266/4
turned [6] 4/14 4/25 209/21 232/22
284/14 306/19
Turner [2] 121/13 121/14
Turning [2] 263/13 294/8
twelve [3] 40/17 53/16 72/21
Twelve-gauge [1] 53/16
Twenty [2] 276/17 299/22
Twenty-four [1] 276/17
Twenty-nine [1] 299/22
twice [4] 98/21 140/14 140/15 147/8
twins [3] 183/5 183/6 228/13
two [72] 7/3 7/13 7/14 8/2 18/19 19/11
27/1 27/3 32/4 44/7 45/24 47/14 53/15
54/25 82/13 94/22 101/14 108/17 116/12
116/14 118/12 130/14 130/16 131/19
131/20 133/4 133/22 136/22 141/11
152/5 157/19 160/24 162/21 164/13
165/9 166/4 170/21 181/12 186/12 188/7
193/7 194/22 200/14 209/14 210/20
211/3 217/24 218/15 234/15 243/21
252/4 252/11 252/14 252/22 253/6 254/2
254/2 265/14 267/8 273/25 285/18 288/8
290/4 290/18 295/11 302/5 304/17
309/23 309/25 310/6 313/13 316/23
two o'clock [1] 27/3
two-seat [1] 193/7
two-way [1] 265/14
two-week [2] 162/21 164/13
two10YO [1] 303/6
type [12] 31/4 42/18 48/3 55/16 105/21
119/11 168/20 174/23 211/17 237/17
237/18 303/20
types [4] 48/14 88/10 261/12 271/17

---

**Typically [1] 61/23**

**U**

U.S [7] 17/12 95/13 185/6 288/5 299/4
305/5 317/9
Uh [8] 35/21 55/23 69/17 90/5 90/20
94/18 133/15 198/6
Uh-huh [8] 35/21 55/23 69/17 90/5 90/20
94/18 133/15 198/6
um [2] 73/11 100/6
unable [2] 67/2 68/11
unaffected [3] 128/19 133/22 141/5
unallocated [2] 304/20 304/21
unanimously [1] 158/14
uncle [6] 44/25 45/5 45/6 110/24 111/13
132/22
uncorrected [2] 28/2 28/3
under [9] 9/22 68/22 157/1 163/16
165/12 290/23 303/22 303/24 308/8
undercover [1] 271/15
underlying [2] 279/18 280/13
underneath [1] 308/13
understand [14] 2/16 8/18 13/4 13/8 21/4
22/19 23/23 146/9 165/14 176/13 221/21
226/8 240/8 269/13
understanding [3] 68/3 201/7 212/1
Understood [7] 7/5 17/11
unduly [1] 25/10
unemotional [1] 66/25
unfair [1] 146/8
Unfortunately [1] 119/17
unison [4] 24/14 28/23 85/25 150/4
UNITED [21] 1/1 1/3 1/10 1/13 20/18
28/8 29/17 30/24 30/25 31/1 46/4 46/7
68/4 68/12 68/15 271/5 274/13 287/24
290/15 290/17 301/12
unless [2] 81/12 158/14
unpleasant [1] 222/24
until [14] 3/6 5/12 150/16 159/7 159/9
159/11 159/15 167/18 185/16 223/3
223/10 242/3 302/20 314/24
unusual [2] 2/14 81/13 269/16
up [69] 3/6 24/10 25/16 70/7 71/1 72/17
73/14 73/15 73/16 73/22 75/12 79/16
79/20 79/24 86/9 89/16 95/25 99/15
100/20 118/24 127/4 127/8 127/11
129/15 131/14 149/25 152/21 158/3
164/4 164/17 166/20 169/1 170/17
174/13 176/15 176/16 179/9 187/3 188/6
188/14 192/25 193/15 194/16 199/13
199/15 200/2 201/2 203/5 206/3 207/23
215/14 221/21 222/24 223/21 224/25
252/25 254/1 254/19 263/10 282/6
289/10 289/23 294/18 306/25 307/2
308/20 311/1 311/4 311/6
update [1] 257/20
uphill [1] 17/6
uploading [1] 302/13
upon [14] 3/7 5/18 19/16 24/10 67/9
67/20 85/9 85/11 150/17 159/13 160/19
177/11 185/7 314/24
upset [2] 221/4 224/3
us [62] 23/4 25/13 30/1 35/11 70/13
72/24 75/15 156/4 178/17 179/16 183/2
183/2 183/3 186/24 188/11 190/1 191/7
191/20 192/23 194/13 195/3 196/12
196/17 197/1 197/14 197/23 198/17
199/11 200/1 200/23 203/20 205/15
205/17 206/3 206/7 206/22 210/11 212/9
212/15 214/3 217/9 217/10 218/25
221/24 222/23 223/15 229/4 243/15
248/6 258/18 260/18 263/9 268/8 271/4
281/22 282/9 288/24 291/6 291/25

---

299/24 315/10 316/11
usage [1] 175/10
use [119] 13/1 17/23 18/18 20/22 53/22
55/11 56/24 55/25 57/3 57/4 57/4 57/8
57/23 58/2 58/6 58/19 58/25 59/16 59/19
59/23 60/10 60/16 60/21 61/15 61/17
61/21 62/11 62/13 62/17 62/20 63/9
63/15 63/25 64/4 64/6 64/10 64/12 64/13
64/25 65/2 65/6 65/9 66/4 82/11 82/12
86/13 86/18 86/22 92/10 92/14 92/16
92/21 93/17 93/20 93/22 94/4 95/22
95/23 102/22 102/24 103/10 103/13
104/18 104/21 105/2 108/3 108/9 108/14
108/17 111/18 111/23 112/1 117/9
117/11 117/13 117/18 122/2 122/3 122/6
122/10 123/8 124/24 125/2 125/6 134/14
134/17 134/21 137/25 138/3 138/7
144/17 144/19 144/21 144/25 147/4
147/7 147/11 150/18 155/13 155/15
159/2 159/17 159/21 160/22 167/24
178/7 196/10 196/19 196/22 228/20
229/1 229/16 231/5 264/1 265/1 268/13
286/20 309/16 315/1
used [49] 52/19 53/17 54/8 54/9 54/11
56/22 57/18 58/16 59/10 60/8 61/6 61/8
61/23 62/7 63/5 64/1 64/20 64/21 66/5
66/19 78/13 87/6 87/7 92/12 93/6 94/14
95/23 104/6 105/12 106/16 108/25 109/1
112/20 118/3 122/20 125/18 135/8
138/17 145/10 147/23 161/24 175/12
196/24 223/22 224/5 231/12 264/4
264/18 286/21
user [1] 302/12
user's [1] 302/14
users [1] 302/11
uses [2] 103/12 264/15
using [5] 65/20 103/6 189/23 264/3
264/17
usually [2] 41/17 232/11
Utah [1] 212/17

---

**V**

vacation [1] 60/18
vagina [20] 190/22 191/21 306/17 307/1
307/6 307/9 307/12 307/15 307/17
308/16 308/18 309/3 309/5 309/17
310/18 310/19 311/1 311/3 311/7 311/8
vaginal [1] 310/16
validates [1] 168/6
Valparaiso [1] 47/9
van [1] 162/2
variety [1] 277/25
various [3] 40/9 277/21 288/3
vehicle [5] 208/4 208/6 240/13 275/11
296/7
vehicles [1] 258/19
veracity [1] 269/3
verbatim [5] 97/8 161/22 216/14 235/23
307/20
verdict [4] 77/10 80/11 136/11 170/9
verdicts [16] 19/16 66/20 67/2 77/10
114/4 126/12 141/24 148/16 150/17
156/14 159/7 159/13 159/15 160/19
177/11 314/24
version [2] 73/22 150/11
very [52] 20/23 21/7 21/9 21/12 23/9
23/24 24/4 26/3 49/12 50/2 50/9 72/13
81/13 86/1 87/20 88/2 89/17 91/12 97/2
110/20 117/2 121/19 124/21 125/24
130/13 131/2 144/12 147/1 150/17
157/25 158/7 159/12 160/3 162/24
162/25 171/25 172/23 182/24 184/3
192/23 192/24 202/19 202/22 221/4

## V

very... [8] 227/9 234/6 234/19 235/10
247/19 274/6 307/3 313/14
via [1] 56/18
vibrator [4] 310/16 310/17 310/17 310/19
victim [9] 18/20 48/1 48/3 105/18 124/3
139/14 153/5 160/25 269/14
victims [3] 13/3 145/23 145/24
victims' [1] 19/11
Victor [3] 14/19 30/11 316/2
VID3 [1] 303/3
video [29] 16/24 55/15 164/19 166/4
178/14 178/15 186/20 191/1 191/11
191/18 302/23 302/25 304/20 306/7
306/13 307/23 307/24 308/5 308/12
309/8 309/9 309/10 309/20 309/21
310/15 310/20 310/25 311/9 311/12
videos [14] 166/9 191/3 191/22 292/3
303/18 303/20 305/17 305/22 306/4
311/14 311/21 312/3 312/11 312/13
view [8] 77/8 128/18 133/16 136/10
141/1 150/14 158/21 314/22
viewing [1] 16/16
views [2] 23/21 67/22
vigorous [2] 308/16 308/25
violate [1] 21/1
violated [3] 73/24 74/8 198/10
violating [1] 170/17
violation [3] 46/24 78/16 277/8
violations [2] 21/20 28/10
violence [5] 9/1 21/23 28/13 167/5 170/3
violent [1] 308/25
Virgil [10] 24/22 37/20 48/15 48/19 48/23
49/3 58/19 83/18 84/8 85/15
visit [1] 283/15
visited [1] 283/21
visual [1] 301/22
vivid [2] 165/17 166/1
voice [6] 179/9 239/2 239/3 255/1 270/10
310/3
void [1] 7/15
voir [3] 13/9 22/15 173/16
Volume [1] 1/7
volunteer [3] 36/13 40/1 40/9
volunteer-coached [1] 40/1
volunteered [1] 37/5
vulnerable [1] 169/21
Vuze [1] 56/21

## W

Waechter [5] 106/25 107/1 107/2 107/4
107/5
Wagner [1] 107/3
wait [8] 3/5 5/12 12/9 69/6 81/21 155/2
252/12 270/14
waiting [1] 6/3
wake [1] 222/24
walk [12] 186/8 206/7 239/14 241/1
244/18 244/20 245/7 245/16 246/18
246/23 279/7 281/22
walked [2] 193/8 217/11
Walker [3] 15/13 15/17 30/13
walking [5] 166/3 190/13 190/24 232/3
245/10
wall [1] 217/19
walls [1] 158/19
Wanda [3] 249/4 249/8 249/10
want [76] 4/5 4/21 6/13 7/5 17/4 18/2
18/10 18/13 19/3 19/7 20/22 21/3 21/4
21/8 22/24 23/4 24/16 68/19 68/21 70/7
72/5 72/17 75/10 75/12 80/18 82/6
109/10 127/4 129/21 132/11 143/20
146/8 155/11 155/18 161/18 165/4 165/5
165/8 179/3 180/4 181/23 183/24 188/8
195/22 196/1 197/5 202/5 208/19 208/21
210/6 211/2 214/7 214/10 219/4 219/15
220/5 225/10 238/24 241/25 256/16
258/11 259/6 262/2 262/25 265/15
267/14 268/9 268/19 269/10 273/9
273/11 273/18 276/23 278/13 280/14
290/7
wanted [7] 84/23 165/12 165/21 174/22
196/10 208/22 249/12
wanting [2] 196/2 197/7
wants [5] 71/21 78/2 155/18 280/17
308/15
Warner [4] 36/25 37/2 37/5 37/13
warrant [12] 286/21 286/22 286/23 287/3
288/6 290/21 292/15 292/18 292/20
296/5 301/18 301/20
Wars [1] 187/8
was [482]
Washington [17] 164/5 166/17 168/5
175/1 251/7 252/8 252/10 252/23 253/3
253/12 253/14 275/14 276/8 283/8 314/1
314/4 314/10
wasn't [24] 162/10 162/20 163/23 164/24
165/6 165/7 167/18 201/19 220/15 227/9
230/22 232/23 235/13 235/15 235/17
236/1 239/6 240/13 240/19 250/7 253/22
253/22 256/1 267/13
wasting [2] 281/8 300/21
watched [1] 190/2
water [1] 310/1
way [54] 17/15 19/19 23/1 23/23 24/2
29/13 32/15 32/16 34/3 35/11 36/3 45/21
48/18 49/1 51/14 66/2 66/11 68/24 71/15
73/25 77/6 87/12 87/13 88/16 96/6
111/13 113/7 118/13 121/2 133/11
137/10 139/10 139/25 146/5 146/7 151/7
151/8 158/22 162/8 163/18 171/16 173/7
174/5 177/13 203/14 209/16 226/9 236/3
253/15 265/14 268/13 286/20 295/7
311/8
ways [3] 168/15 168/15 170/22
we [188] 2/8 3/21 7/13 7/16 13/14 15/2
17/8 17/11 20/22 21/3 21/16 22/20 22/15
54/11 69/12 69/18 70/4 70/6 70/21 73/21
75/3 75/10 78/9 78/11 81/18 82/11 82/12
82/20 84/22 85/17 90/8 93/19 94/21
109/11 110/6 110/11 114/13 115/2 115/4
115/12 119/21 126/22 127/2 129/11
129/14 129/16 130/2 132/5 142/15
142/16 142/19 143/7 143/18 143/20
145/23 149/14 152/5 152/5 152/13 153/4
153/6 153/7 153/25 154/25 155/1 155/13
155/13 161/13 162/1 163/13 163/14
165/4 167/24 168/14 169/18 169/19
169/22 169/25 170/1 170/4 170/6 170/22
170/23 170/23 170/25 171/4 171/18
171/18 172/14 175/22 176/4 176/4 177/6
184/5 190/2 192/24 193/12 195/6 195/6
198/19 199/1 199/3 202/10 206/7 206/12
206/20 207/10 207/13 209/7 209/18
210/18 210/18 211/5 211/6 211/24
211/24 217/12 217/16 225/19 227/3
238/13 238/13 239/1 239/25 239/25
240/23 243/23 246/20 247/25 249/17
250/2 251/11 251/22 251/22 252/4 252/4
252/5 252/5 252/6 252/12 252/16 252/18
252/18 252/19 252/19 252/19 253/14
253/23 253/24 255/1 255/15 258/1 259/9
259/21 266/2 266/2 266/25 268/18
270/10 270/14 270/15 271/11 271/13
278/17 280/1 280/5 280/8 280/18 281/9
281/22 282/13 284/4 284/20 284/25
285/10 287/19 289/25 294/9 294/15
295/20 296/2 299/15 300/23 305/9
305/19 305/19 314/18 316/23
we'll [16] 7/24 37/16 69/6 81/21 88/5
115/16 116/4 116/6 150/7 168/4 168/7
168/9 168/11 169/17 315/7 315/7
we're [28] 9/21 21/18 78/24 81/12 115/21
115/22 115/23 119/22 119/25 120/2
149/11 150/6 155/20 161/11 163/9
163/18 163/18 167/23 167/25 172/12
172/16 198/11 206/25 224/11 256/21
262/10 275/2 282/8
we've [5] 72/1 115/13 115/23 224/10
316/23
weapons [3] 290/4 292/24 292/24
wearing [2] 182/6 306/16 306/24
Weaver [2] 85/18 86/5
website [1] 192/4
websites [1] 159/2
wedding [1] 118/24
Wednesday [2] 25/23 25/24
week [15] 4/14 4/25 8/16 26/24 26/24
138/4 147/8 162/21 164/13 220/19
234/20 234/22 234/23 262/18 317/1
week's [1] 262/16
weeks [3] 165/9 188/7 194/22
weigh [24] 66/22 166/18 198/19 198/20
198/23 198/25 199/6 209/7 209/20
210/11 235/8 236/6 236/10 238/11
238/12 238/14 239/9 239/14 239/24
240/2 241/11 252/10 253/13 253/17
weighs [1] 198/21
weight [3] 45/19 45/23 198/22
welcome [4] 20/18 102/11 143/5 154/11
well [51] 2/7 3/22 3/23 4/9 5/22 17/3
23/14 23/16 26/24 27/2 27/15 33/11
33/19 33/23 37/7 44/5 49/19 49/21 50/2
53/23 78/21 82/3 83/2 83/5 89/18 119/20
132/3 132/5 136/21 137/16 140/7 143/16
157/25 160/3 173/4 189/15 227/1 245/9
251/6 251/14 251/18 260/25 268/11
274/3 278/13 280/15 293/3 300/2 310/10
313/10 314/8
went [33] 76/15 77/8 86/8 162/9 166/13
168/2 193/14 197/21 199/1 209/7 209/21
210/17 212/7 216/9 217/3 217/6 217/12
217/13 217/17 218/12 224/4 227/3
229/22 238/11 238/12 239/21 239/23
239/25 241/11 243/23 248/4 301/15
301/15
were [177] 2/1 24/13 32/5 34/20 34/24
34/24 37/6 38/4 38/10 47/14 51/14 68/15
68/16 74/3 76/2 86/1 90/17 91/12 95/19
97/2 103/23 107/10 109/18 110/20 113/3
117/2 121/19 123/22 124/2 124/21
127/21 128/2 128/3 128/6 131/2 131/20
133/4 144/12 146/23 147/1 151/3 164/6
164/19 165/23 165/23 169/7 169/8
175/10 178/2 179/4 179/20 180/10
180/12 180/14 180/22 180/24 181/3
181/14 181/20 183/11 184/5 184/16
184/18 186/7 186/18 186/20 187/19
188/9 191/8 191/11 191/13 191/17
192/24 193/4 193/11 193/12 193/14
194/17 195/3 195/5 195/6 195/6 195/9
199/4 202/19 204/19 209/1 209/21
210/14 211/5 211/6 212/21 214/14
214/19 217/23 218/9 219/16 226/15
226/21 227/2 227/5 228/19 231/25 232/3
232/5 232/12 236/24 237/17 239/21
240/2 240/15 240/17 240/21 241/13
242/20 244/3 244/5 244/20 245/3 245/10

W

US1213744 7867326435990068-JHM-ADR doc_119.txt 7 Filed 12/08/25 Page 853 of 954

were... [57] 246/10 246/12 246/20 247/4
251/22 252/3 252/5 252/6 252/19 252/19
252/20 253/3 253/24 254/3 255/22
261/9 261/15 262/20 264/1 266/5 267/19
271/9 271/24 272/8 272/16 275/10
275/15 277/23 278/23 279/2 286/2 286/9
287/3 287/6 288/3 290/19 292/14 292/20
292/23 293/18 297/20 297/23 301/24
303/13 303/24 312/3 312/4 312/8 312/17
313/1 313/3 313/13
weren't [6] 174/19 175/19 210/16 232/14
249/15 313/22
Wesson [3] 288/9 288/13 288/25
what [390]
what's [36] 16/3 23/11 23/15 26/22 33/4
53/17 55/8 137/2 152/21 154/25 155/20
158/9 200/8 209/9 215/6 218/2 222/4
248/20 249/3 256/22 267/25 275/2 276/1
277/16 283/21 284/9 284/13 288/23
289/12 293/10 296/10 298/7 299/19
300/20 307/22 315/23
whatever [5] 143/22 243/17 278/1 278/2
308/14
whatsoever [5] 22/21 42/18 67/13 68/23
266/17
wheel [3] 206/9 206/14 239/4
when [169] 7/4 19/16 29/24 31/19 31/25
32/11 45/1 47/10 47/10 51/14 54/11 71/3
71/12 73/13 76/4 76/5 76/25 91/23 97/22
101/7 103/13 105/23 109/17 111/7
112/25 127/18 130/9 139/14 154/8
156/25 162/4 163/20 163/21 165/11
165/12 165/16 166/20 167/15 168/25
169/11 169/22 170/3 170/5 170/19 171/8
171/9 171/25 171/25 172/2 172/9 172/18
172/24 173/1 173/3 173/3 173/4 174/22
176/25 177/10 179/3 186/15 188/8
188/13 192/20 193/8 193/11 193/13
193/15 195/4 197/21 197/23 198/2
198/14 198/17 199/6 199/8 200/1 200/2
200/5 201/11 201/16 202/4 202/10
202/19 204/15 204/16 204/25 205/5
205/17 207/13 207/23 212/1 214/7
214/18 216/1 216/2 216/6 216/7 216/9
217/6 224/21 227/5 228/19 230/17
231/14 231/25 232/3 232/5 232/7 232/22
232/23 232/24 232/25 232/25 233/20
233/23 234/9 234/10 236/1 236/5 236/24
237/12 237/25 238/20 238/25 239/8
239/11 239/14 239/21 240/12 240/19
241/6 241/19 242/20 243/18 244/20
245/1 245/1 245/22 246/12 246/20 248/6
248/8 249/11 250/13 250/18 251/1
251/15 251/22 252/10 252/12 252/14
252/16 253/24 264/4 264/7 264/15
266/15 271/9 278/23 282/3 282/15 287/3
287/6 287/8 296/4 305/19 308/20 309/8
where [62] 7/18 33/16 39/11 70/1 86/7
90/13 110/25 116/5 143/12 143/17 164/7
164/7 165/21 166/17 168/14 171/20
189/8 191/9 193/18 195/5 195/11 195/22
197/16 198/23 204/19 205/16 206/22
207/3 207/6 207/17 207/24 207/24
209/21 211/4 212/6 214/23 218/9 218/9
218/12 236/14 241/13 246/25 246/25
247/1 253/17 255/8 264/18 265/2 265/21
270/20 271/20 271/24 274/22 274/25
282/5 292/2 293/18 297/12 310/16
312/17 313/3 313/14
Where's [1] 130/1

whereabouts [1] 265/2
Whereupon [1] 270/12
whether [12] 13/1 13/5 46/18 67/22 68/23
71/7 72/4 72/20 76/1 279/1 288/1 288/14
313/10
which [81] 3/7 3/23 5/1 17/24 18/17
21/19 22/15 23/9 23/22 29/11 46/12
47/18 66/5 68/22 68/24 73/9 78/10 86/5
86/15 87/23 90/19 93/16 95/9 104/15
107/13 110/23 112/6 117/7 118/19 124/5
131/8 134/12 137/21 140/18 144/15
152/2 155/22 156/15 157/23 158/3 158/4
160/22 166/11 171/1 173/14 175/14
203/20 203/25 203/25 204/2 204/2 204/3
216/7 226/24 226/24 227/1 231/1 238/7
238/9 248/25 251/23 259/7 259/11
265/13 269/6 272/17 279/18 282/10
282/15 283/1 283/17 283/25 288/12
298/4 300/22 300/23 301/14 306/8
308/11 308/11 314/25
while [15] 19/14 137/1 151/24 162/22
164/23 177/5 187/19 193/14 195/17
212/21 232/12 240/4 240/7 245/9 270/13
white [3] 306/15 306/16 308/7
who [115] 18/19 18/23 21/9 25/1 25/5
25/10 25/13 28/1 29/4 29/7 29/22 31/11
34/6 36/20 37/20 39/1 39/5 39/20 40/23
42/1 42/6 42/14 43/14 43/15 43/19 44/23
45/15 52/4 65/23 67/25 72/19 78/25
79/15 83/16 84/9 84/18 85/21 87/18
91/14 93/12 97/15 100/3 101/6 113/23
113/25 114/1 116/15 120/9 123/12 126/7
126/8 130/16 135/13 136/20 141/20
141/21 142/24 145/24 146/2 148/12
148/13 151/3 151/6 157/21 160/23 161/3
168/9 168/9 174/18 178/19 180/14
181/14 182/14 182/18 184/6 184/10
184/12 184/16 184/18 185/4 186/5
187/22 191/22 192/1 207/12 212/4
214/10 214/21 215/13 215/21 219/20
219/22 234/25 235/4 239/11 244/8 250/3
263/10 268/7 272/16 272/21 275/10
275/15 275/18 277/2 277/4 294/9 294/15
296/18 305/19 313/17 313/19 313/23
315/11 316/20
who's [8] 30/4 82/7 98/9 111/13 154/4
154/16 154/19 174/3
whoever [1] 174/24
whole [7] 109/19 178/5 190/5 194/22
251/9 273/18 300/25
whose [7] 18/21 160/25 184/8 184/14
194/8 219/12 231/5
why [39] 2/16 3/4 4/13 4/24 5/12 13/4
28/25 68/18 79/21 83/4 114/3 126/10
141/23 148/15 165/5 165/8 165/12
166/22 173/10 183/1 189/20 194/2 199/4
200/18 200/23 202/25 208/17 211/1
211/22 212/4 215/2 217/20 219/7 219/14
221/3 225/16 250/5 267/2 268/15
wide [2] 271/11 309/3
wife [6] 42/3 42/6 83/18 119/21 139/2
139/12
wife's [1] 38/19
WIGELL [11] 1/17 4/6 4/8 4/10 4/11 8/22
9/13 29/18 154/21 170/12 280/25
will [98] 7/13 7/13 9/22 16/19 18/1 18/18
18/21 18/23 19/1 19/19 20/24 22/16
22/18 22/23 23/22 23/20 24/5 47/19 49/21
66/6 68/6 90/23 99/5 106/11 124/6
140/19 152/13 153/11 154/5 156/8 156/9
156/10 156/10 156/15 156/15 158/3
160/9 160/16 160/17 160/18 160/22
161/1 161/3 161/6 161/17 161/19 161/22

162/7 163/7 163/12 163/14 165/13
165/17 166/9 166/13 166/24 167/2 167/9
168/8 168/17 168/18 168/21 168/25
169/3 169/8 169/9 169/11 169/23 169/24
169/18 169/19 169/22 169/25 170/1
170/4 170/6 170/7 170/8 170/9 170/17
170/19 171/15 180/7 185/12 200/3
203/13 225/12 267/7 267/9 267/22
267/23 269/15 280/5 280/8 306/6 315/10
315/11 316/11 316/22
will you [4] 153/11 203/13 225/12 306/6
Willette [2] 96/21 96/22
William [3] 11/3 30/7 316/15
window [1] 169/17
Winona [2] 284/15 284/16
Wisconsin [1] 99/16
wishes [1] 279/13
withdrawal [7] 282/7 282/11 282/25 283/7
283/17 284/10 284/21
withdrawing [1] 283/2
withdrawn [1] 282/7
within [8] 158/19 201/20 257/14 257/18
259/14 261/10 288/3 302/16
without [5] 85/7 109/22 151/6 199/1
292/10
witness [64] 6/15 7/11 7/12 9/20 18/20
18/23 19/13 19/14 19/24 64/9 66/10
127/19 127/19 127/20 127/21 152/22
152/23 153/6 153/8 154/4 154/5 158/3
158/4 160/25 161/3 176/7 177/4 177/8
182/9 184/25 188/25 200/7 203/15 204/8
209/8 211/7 211/11 213/10 215/15 218/1
225/10 249/21 250/2 254/10 254/16
259/7 266/24 267/1 267/7 269/19 270/1
275/25 278/4 278/8 279/14 289/11
289/24 291/13 291/14 293/9 296/10
296/22 298/6 299/18
witness' [2] 158/4 177/12
witness's [1] 19/17
witnesses [35] 17/24 17/25 18/18 18/19
29/22 30/15 45/16 65/24 66/4 66/5 82/24
82/25 109/21 114/1 126/8 141/21 148/13
151/17 151/22 151/22 156/16 156/22
158/6 160/9 160/10 160/23 160/24
172/12 175/18 175/19 175/20 185/8
294/12 296/23 318/3
woke [2] 193/15 223/21
woman [5] 79/16 79/19 166/8 234/25
267/25
woman's [1] 310/6
women [1] 81/25
won't [6] 15/2 69/7 102/14 153/9 164/12
269/21
wood [3] 213/4 213/5 247/20
word [8] 17/8 17/11 17/19 166/21 166/21
166/24 237/5 303/1
words [8] 45/24 67/14 90/8 109/24
158/17 158/25 178/6 286/9
wordy [1] 18/15
wore [1] 163/3
work [50] 10/7 35/3 35/8 35/25 37/24
43/11 43/15 45/7 55/18 55/25 57/1 57/23
57/24 58/20 59/16 60/14 61/15 62/11
64/4 64/12 64/25 86/13 86/15 91/24
92/12 93/20 95/23 97/23 102/22 102/23
104/19 104/22 108/4 108/5 111/21
117/11 119/2 122/2 122/3 134/14 135/18
136/6 137/25 144/19 145/23 147/5
162/22 271/2 271/11 314/6
worked [14] 31/1 31/4 31/14 31/25 32/3
33/12 34/3 36/8 38/3 41/3 95/11 95/16
97/8 271/14
working [9] 113/23 126/5 129/9 129/12

# W

working... [5] 141/18 148/10 263/10 265/6 276/9

works [5] 25/3 33/11 35/18 118/25 162/3

world [1] 169/19

worse [1] 167/9

would [193] 2/10 5/7 5/8 6/1 6/12 6/20 13/2 13/3 24/4 24/10 24/18 25/1 25/3 25/10 26/16 27/11 27/22 28/3 28/25 29/4 29/22 32/16 33/22 34/2 35/10 36/2 38/3 38/13 38/23 39/15 40/3 40/19 41/6 41/19 43/13 43/16 44/12 44/19 45/10 46/12 48/7 48/21 49/1 49/14 49/18 50/6 50/24 51/10 51/14 51/22 55/11 55/16 65/24 66/1 66/8 66/9 66/13 68/18 68/24 69/12 75/3 82/22 83/15 83/25 86/2 86/5 87/13 88/12 88/16 89/6 90/18 91/13 92/1 95/9 96/6 97/3 97/10 98/8 98/24 99/1 101/19 101/23 104/15 107/11 110/21 111/12 113/7 117/3 118/13 121/1 121/5 121/20 124/8 124/22 129/16 131/3 133/4 133/11 137/10 139/6 139/8 139/10 139/25 142/15 142/23 144/13 146/4 146/10 147/2 149/24 152/9 153/4 153/7 153/25 162/13 162/14 162/15 163/24 164/13 165/5 165/8 165/25 168/11 175/6 178/6 178/7 185/12 185/16 186/2 187/1 188/4 198/10 206/24 208/3 212/1 214/12 218/1 218/15 219/8 219/9 219/17 219/20 226/8 226/11 227/11 227/12 227/14 227/16 227/19 227/23 228/2 244/19 244/19 245/7 245/22 245/23 245/25 246/8 246/12 246/14 246/18 246/23 250/5 250/22 253/23 254/19 257/5 259/7 259/21 260/6 260/9 260/11 260/19 262/11 264/3 264/6 264/17 265/1 265/11 265/12 265/13 269/1 273/6 274/1 280/3 280/4 280/13 282/25 287/19 301/1 301/16 307/25 313/6

wouldn't [7] 92/3 170/23 170/24 171/18 245/7 281/25 282/1

wrestling [1] 40/11

wrist [1] 227/14

write [1] 286/21

writing [2] 7/11 265/23

written [5] 2/18 17/16 256/14 265/22 277/16

wrong [8] 22/24 23/11 67/23 102/4 174/25 211/25 250/18 251/14

wrote [4] 130/3 206/5 269/2 314/3

# Y

Yahoo [31] 56/9 57/8 58/6 58/25 59/23 60/1 60/23 61/21 62/17 62/19 63/15 64/10 65/6 65/8 86/22 92/21 94/4 103/7 105/2 108/14 112/1 117/18 122/10 125/6 134/21 138/7 144/25 147/11 147/13 147/15 147/16

yeah [60] 7/22 25/25 26/2 26/5 31/23 32/3 33/7 37/3 47/23 49/21 50/6 62/3 71/9 75/12 77/4 78/15 79/7 84/7 86/10 86/14 87/6 95/15 99/5 100/20 110/1 111/10 118/7 119/7 119/8 120/3 120/7 120/17 127/14 129/9 129/13 140/4 140/16 140/25 143/3 146/3 146/11 168/8 173/2 219/3 225/21 233/18 238/2 239/7 241/14 241/15 243/1 246/21 247/1 247/6 248/9 248/14 253/16 267/18 267/21 312/14

year [24] 32/4 37/23 39/10 60/17 90/13 98/21 164/24 165/2 165/10 165/15 181/10 216/14 229/12 233/21 233/21 233/21 233/22 257/2 260/6 271/18 273/2

274/17 306/15 310/9

year-and-a-half [1] 32/4

years [52] 2/12 31/20 31/22 32/4 37/22 38/9 40/10 40/10 45/14 46/17 47/10 47/11 51/8 51/9 87/12 90/13 95/20 97/7 99/15 99/24 113/1 113/2 118/12 132/11 132/21 137/1 139/19 163/16 163/19 163/21 164/15 165/16 179/4 181/6 181/7 216/8 228/19 232/25 234/1 242/8 255/21 270/25 271/5 271/6 271/7 271/18 305/21 307/14 308/7 309/24 309/25

yell [1] 227/11

Yep [2] 27/5 52/3

yes [692]

yet [11] 25/5 89/15 100/11 101/11 115/22 119/24 143/1 177/6 291/14 293/11 305/19

you [1884]

you'd [1] 246/16

you'll [10] 167/6 168/19 170/19 171/17 171/17 172/19 173/1 173/22 174/25 176/1

you're [20] 6/7 6/8 9/21 27/15 37/17 42/21 44/6 49/10 50/4 50/14 79/25 95/13 102/11 119/23 143/5 172/20 172/22 237/17 280/6 282/19

you've [13] 23/18 28/7 30/2 73/25 120/9 136/9 170/17 175/25 201/4 222/11 223/23 268/21 313/16

young [11] 162/12 166/2 166/4 168/15 168/21 169/7 169/8 174/9 272/21 307/13 307/16

younger [8] 40/10 45/1 180/24 180/25 181/1 181/5 181/14 305/17

youngest [1] 181/9

your [458]

yours [6] 43/4 130/1 130/5 135/16 187/4 248/16

yourself [10] 3/5 22/22 23/14 23/19 47/16 109/25 178/6 178/7 214/14 222/6

yourselves [5] 116/1 150/10 150/12 224/13 314/20

# Z

Zoe [33] 184/7 184/12 184/12 184/13 184/14 184/20 184/21 185/5 186/2 186/5 186/7 207/16 207/17 207/20 208/18 218/7 219/23 219/24 220/1 220/2 232/3 235/22 235/25 236/1 240/16 244/18 245/7 245/10 246/19 246/23 247/8 294/12 294/18

zoom [2] 262/10 277/11

# \

\limewire\\saved\\ [1] 304/16