1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
2                        HAMMOND DIVISION

3   UNITED STATES OF AMERICA,        )
           Plaintiff,                )
4                                    )
                                     )   2:11-CR-68
5   v.                               )
                                     )
6   DAVID ALAN RESNICK,              )
                                     )   Day 2 of Proceedings
7           Defendant.               )   Volume II of IV
    --------------------------------

8

9              TRANSCRIPT OF TRIAL PROCEEDINGS HELD
                  July 30, 2013, BEFORE THE
10        HONORABLE JAMES T. MOODY, UNITED STATES
                    DISTRICT COURT JUDGE

11

12  A P P E A R A N C E S:

13  FOR THE GOVERNMENT:        DAVID CAPP
                               United States Attorney
14                             BY:  JILL ROCHELLE KOSTER
                                   THOMAS M. McGRATH
15                             5400 Federal Plaza, Suite 1500
                               Hammond, Indiana  46320

16

17  FOR THE DEFENDANT:         RAYMOND G. WIGELL, ESQ.
                               HUMA RASHID, ESQ.
18                             20280 Governors Highway, Suite 302
                               Olympia Fields, IL  60461

19

20  ALSO PRESENT:             The Defendant in person

21  COURT REPORTER:        STACY DROHOSKY, FCRR, CRR, RPR
                           Official Court Reporter
22                         U.S. District Court Reporter
                           5400 Federal Plaza, Suite 4005
23                         Hammond, Indiana  46230
                           (219) 852-3462

24

25  Proceedings reported by Stenotype.  Transcript produced by
    Computer-Aided Transcription.

1          (The proceedings resumed in open court, reported as

2      follows:)

3                DEPUTY CLERK:  All rise.  Court is in session.

4                THE COURT:  Okay.  What's up.  Be seated.

5      You have a 404(b) issue?

6                MS. KOSTER:  We just want to bring to your attention,

7      Your Honor, that the government will be eliciting testimony

8      today that was noticed up in our 404(b) notice.  We think it's

9      part and parcel of the gun charges in this case, but wanted to

10     bring it to your attention in advance just in case.  And that

11     is testimony that the defendant knowingly obtained and

12     possessed a weapon prior to the time period charged in the

13     Indictment.

14               THE COURT:  You want to respond?

15               MR. WIGELL:  Not at this time, Judge.

16               THE COURT:  Okay.

17               MS. KOSTER:  Also for the record, the government

18     provided to the Court color printouts of the PowerPoint

19     yesterday.  It is marked Government's Exhibit 57, and a copy

20     was provided to defense counsel.

21               MR. WIGELL:  I acknowledge receipt of it.

22               THE COURT:  I'm sorry?

23               MR. WIGELL:  I acknowledge receipt of that exhibit.

24     Thank you, Judge.

25               THE COURT:  Okay.  And what is it again?  I'm sorry.

 1            MS. KOSTER:  It was the PowerPoint that I walked

 2   Agent Sabata through during her testimony with the map of the

 3   United States.

 4            THE COURT:  Got it.  Okay.  So I don't need to do

 5   anything.  Can you strike some witnesses today?

 6            MS. KOSTER:  We can, Your Honor.

 7            THE COURT:  Oh, great.  Who?

 8            MS. KOSTER:  We can strike three witnesses.

 9            THE COURT:  All right.  Who are they?

10            MS. KOSTER:  Christian Bonner.

11            THE COURT:  "B" as in boy?

12            MS. KOSTER:  Correct.

13            THE COURT:  Christian.  Defense gonna call Christian

14   Bonner?

15            MR. WIGELL:  No, Judge.

16            THE COURT:  Okay.

17            MS. KOSTER:  Tim Pycraft.

18            THE COURT:  With an "H"?

19            MS. KOSTER:  "PY."

20            THE COURT:  Pycraft.  Okay.  Defense calling Tim

21   Pycraft?

22            MR. WIGELL:  No, Judge.

23            THE COURT:  Okay.  Who else?

24            MS. KOSTER:  Kyle Moore, Sr.

25            THE COURT:  Kyle Moore, Sr.  Defense gonna call Kyle

1    Moore, Sr.?

2              MR. WIGELL:  No, Judge.

3              THE COURT:  Everybody ready?

4              MS. KOSTER:  We are.

5              THE COURT:  Nothing more I need to do?

6              MS. KOSTER:  No, Your Honor.

7              THE COURT:  Why don't we get the jury in, please.

8    Your first witness is K.M.?

9              MS. KOSTER:  No.  Our first witness is Officer Lace

10   Koler.

11        (Jury enters.)

12             THE COURT:  Please be seated.  Good morning.

13             JURORS:  Good morning.

14             THE COURT:  The government may call its next witness.

15             MR. McGRATH:  Government calls Officer Lace Koler.

16             THE COURT:  All right.

17        Come on up front, please.  I want you to stand there.

18   Turn and face the clerk over here, raise your right hand and

19   take an oath.  Ed.

20        *(The oath was administered.)*

21             THE WITNESS:  I do.

22             THE COURT:  Come be seated next to me, please.  Now,

23   when you are seated, that chair doesn't move.  It is

24   stationary, but you have to lean forward and speak close to

25   that microphone so all of us can hear you.  All right.

1                          **DIRECT EXAMINATION**

2    BY MR. McGRATH:

3    Q.   Good morning.

4    A.   Good morning.

5    Q.   Could you state your name and spell your last name for the

6    Court, please?

7    A.   Lace Koler, K-O-L-E-R.

8    Q.   And where do you live?

9    A.   Spokane -- Loon Lake, Washington.

10   Q.   Okay.  And where is that near?

11   A.   It's about 30 miles north of Spokane, Washington.

12   Q.   What is your occupation?

13   A.   I'm a Commercial Vehicle Enforcement Officer 1 with the

14   Washington State Patrol.

15   Q.   How long have you done that?

16   A.   Ten years and nine months.

17   Q.   What are your duties?

18   A.   My job is to enforce the laws of Washington, the federal

19   regulations on the commercial motor vehicles traveling in the

20   state of Washington.

21   Q.   And were those the same duties you had in 2008?

22   A.   Yes.

23   Q.   Were you working on the night of July 15th, 2008?

24   A.   Yes.  I was at the Spokane port of entry right at the

25   state line.

DIRECT EXAMINATION OF OFFICER LACE KOLER

1   Q.   And what were your duties that night; what were you

2   looking for?

3   A.   That is a 24-hour manned facility where, at that time, all

4   the commercial motor vehicles entering the state of Washington

5   had to report to the scale for weighing and inspection

6   operations.

7   Q.   So to be clear, any commercial trucks coming through had

8   to stop at that station?

9   A.   Any commercial motor vehicle over 16,000 gross vehicle

10   weight rating had to report to the scale for weighing and

11   inspection operations.

12   Q.   And what happens if a truck doesn't stop on that?

13   A.   If they didn't -- if they didn't exit to the scale, most

14   times an officer would get in one of our pool vehicles, our

15   patrol vehicles that we had there for everybody to use, and

16   they would go down and make a traffic stop on them somewhere

17   down past the scale and contact them there.

18   Q.   Did the defendant, David Resnick, pass that scale that

19   night?

20   A.   By the notes I had, it appears that he had went past the

21   scale.

22   Q.   Okay.

23   A.   And I conducted a traffic stop.

24   Q.   To be clear, do you have a specific recollection of

25   pulling over David Resnick or are you relying on your notes and

1    reports?

2    A.   My notes and reports.

3    Q.   Okay.  I'm going to show you what has been marked and

4    admitted as Government's Exhibit 24.

5            MR. McGRATH:  And we'd ask to publish this, Your

6    Honor.

7            THE COURT:  All right.

8    BY MR. McGRATH:

9    Q.   Can you tell what this is a copy of?

10   A.   That is a copy of a traffic infraction.  Actually, it

11   looks like multiple traffic infractions listed on one form that

12   -- from the -- from that night.

13   Q.   Okay.  From the 15th?

14   A.   Right.

15   Q.   Okay.  And at the bottom of this, is that your signature?

16   A.   Yes.

17   Q.   Okay.  I want to talk to you about when you pull someone

18   over like this.  And again, I understand you don't recall, but

19   if someone passes the weigh station, what is your practice when

20   you pull them over?

21   A.   Basically you're gonna try to get them stopped, you know,

22   as close to where a turnaround as you can get them, and you're

23   gonna want to make sure it is a safe location for yourself and

24   the truck.

25           While you're contacting the vehicle -- this is my personal

1    practice, this is what I do -- I will contact the truck, either

2    knock on the door.  A lot of times they have the windows rolled

3    down, ask them to open their door.  I'll step up onto the step

4    boards.  At that time, I'll contact the driver and say, you

5    know, the reason why I stopped you, you know, at this situation

6    it may have been you missed the port of entry, what's going on,

7    and at that time converse a bit with the driver.

8    Q.    Okay.  What side of the truck do you usually approach?

9    A.    Passenger side.

10   Q.    Why do you do that?

11   A.    Officer safety, first of all.  I don't want to be on the

12   interstate side.  And that's primarily our No. 1 reason is

13   going to be officer safety.

14   Q.    Okay.  Now, you said that you step up onto the board.

15   What does that mean?

16   A.    The step boards are the steps that are attached to the

17   fuel tanks that help you get into the passenger side door of

18   the truck.

19   Q.    Okay.  If you are stepping up on the board and this is a

20   regular big rig truck, how much of the interior of the truck

21   are you able to see?

22   A.    You can see primarily passenger side/driver's side of the

23   seats, and if they have their curtains open, if it is equipped

24   with a sleeper and they have their curtains open, very minimal.

25   Q.    I'm sorry.  I didn't catch that part.  You said if it is

DIRECT EXAMINATION OF OFFICER LACE KOLER    Vol. 2, Page   9

1  equipped with a sleeper?

2  A.   That's the actual -- a lot of -- some trucks aren't, some

3  trucks do have a compartment attached to the truck, the

4  driver's compartment, where the driver can actually go back

5  there and sleep or whatever it is they do.

6  Q.   And did you say that there's sometimes a curtain?

7  A.   Well, a lot of those trucks have a curtain so they can --

8  excuse me -- so they can pull for privacy purposes.

9  Q.   Okay.  Now, when you pulled this over, would you have been

10  in uniform?

11  A.   Yes, sir.

12  Q.   And what kind of car would you have been driving?

13  A.   It would have been a state patrol issued vehicle.  I can't

14  tell you exactly which vehicle it was.  There were two there at

15  the time.  One was fully equipped with a light bar and decals

16  on the doors.  There was one that was not.  I can't remember if

17  it had decals on the doors or not.

18  Q.   Okay.  Turning back to your report, I want to ask you

19  about the section here to the right-hand side that says "Bill

20  of Lading, Cargo 2000 Freightliner truck."  Do you know what

21  that means?

22  A.   The way that these inspection forms are done is that we'll

23  ask them for a bill of lading or whatever they have for the

24  product they're transporting.  In this situation, the cargo

25  looks like would have been a 2000 Freightliner truck tractor;

 1   no trailer attached to it at all.

 2   Q.   So what would that mean; you have the trailer he's driving

 3   and what would you see behind the trailer?

 4   A.   Basically, I -- he's -- usually what you'll see is that

 5   they'll have like in this case the truck that he was driving on

 6   the ground, and they'll have the other truck tractor mounted

 7   upwards like -- basically like this (Indicating) on the fifth

 8   wheel behind the towing truck.  So that the only thing they

 9   have is their dual drive tandems on the ground; the front steer

10   axles are up on the back of the truck and that's how they

11   usually transport them.

12   Q.   Okay.  And not based on what you recall, but have you seen

13   semi trucks that also, in addition to carrying one truck, are

14   carrying a personal vehicle as well?

15   A.   I have seen that in the past, yes.

16   Q.   Okay.  And how does that personal vehicle --

17   A.   A lot of times they have -- it's for lack of a better

18   term -- a rack that mounds to the fifth wheel on the truck or

19   to the frame, and how they get them up there I don't know, but

20   they put the truck -- their personal vehicles on those frames,

21   on those trucks, secure them to the truck and then they mount

22   the truck on the back of the towing unit and they go down the

23   highway that way.

24   Q.   Okay.  One other thing I want to point out on this report

25   is do you see the start time of the inspection on there?

DIRECT EXAMINATION OF OFFICER LACE KOLER

1    A.    Yes, in the upper right hand corner.

2    Q.    What time is that?

3    A.    Ten p.m., 2200 hours.

4    Q.    What does that entail; is that the time you pull them

5    over, or is that the time --

6    A.    Again I'm gonna go -- I'm gonna say that's most likely the

7    time that he passed the scale.

8    Q.    Okay.

9    A.    That's when we observed him go past the scale and we went

10   after him to make the traffic stop to bring him back.

11   Q.    Okay.  So once you make the traffic stop, what do you tell

12   the driver to do?

13   A.    Usually what I would tell them to do, is I would contact

14   them, let them know the reason for the stop.  I would ask them

15   for a piece of identification, most likely their driver's

16   license.  A lot of times I'd ask them for their log book.

17   Again, I don't remember the exact way we did it that night.

18   But I usually ask them for the driver's license and a log book

19   and I would direct them to the next exit to turn around to

20   return to the port of entry for weighing and inspection

21   operations.

22        I would tell them, you know, take exit 293, turn around,

23   go back to exit 299, report to the scale for weighing and

24   inspection operations, and I will be waiting for you there.

25   Q.    When you ask for their driver's license, do you keep that?

DIRECT EXAMINATION OF OFFICER LACE KOLER

1  A.   I hold on to that and I let them know, hey, if you get

2  stopped again, let them know that you missed the scale.  I have

3  your driver's license.  That's the way we make sure they come

4  back.

5  Q.   Right.

6  A.   And then, you know, give it back to them when we get

7  there.

8  Q.   Okay.  During the initial stop on the road, do you

9  remember seeing anyone in that car other than the defendant?

10 A.   I do not.

11 Q.   Okay.  So let me show you what has been marked and

12 admitted already as Government's Exhibit 43.  Can you tell me

13 what this is a picture of?

14 A.   That is the former port of entry that I worked at at the

15 time.

16 Q.   Okay.  And would this be the weigh station that the

17 person, the driver would be returned to?

18 A.   Yes.

19 Q.   Okay.  Now, this is a picture during the day.  At night,

20 what are the lights like, what color and what --

21 A.   They were flood lamps that you -- the black boxes on the

22 points right there were flood lamps, in front of the window

23 behind the stop sign, those were flood lamps.  There were

24 lights all along underneath the eaves, and then the whole

25 parking lot was lit up with those streetlamps in the

1    background.  That exit, those lights towards the west right

2    there, those are actually streetlamps lighting up the exit ramp

3    that goes into the back for the parking lot.

4    Q.   Okay.  And what color would those lights be?

5    A.   They were like streetlights and they were flood lights.

6    They were like a yellowish.  They were older.  They weren't

7    like a neon or fluorescent.

8    Q.   Okay.  So once a person returns to the weigh station, what

9    would happen next?

10   A.   They would actually -- like you have to go to exit 299, go

11   under 90 and take the left and you would come up the ramp.  At

12   this time, the old building, the on-ramp and the exit to the

13   scale, they all shared the same one.  And then you would exit

14   off, come up here, stop, cross the scale, and then there was a

15   sign that you can't see down here that would say either stop or

16   park, bring papers back up, whatever for the inspection

17   operations.  And then they would push park, and they would go

18   around the back, back over in this area (Indicating) and park

19   in the parking lot that was back there.

20   Q.   Okay.  And what would the driver have to do after he parks

21   in the parking lot?

22   A.   He would have to gather all his paperwork up, bring it

23   inside to us inside the building here for the inspection

24   process.

25   Q.   So the inspection process would take place in the building

1  and not at the truck?

2  A.   Yes, right, correct, inside the building.

3  Q.   Now, it says on the document -- we'll return back to

4  Government's Exhibit 24, which has already been admitted --

5  that this was a level three inspection.  Do you see where it

6  says that in your narrative?

7  A.   Yes.

8  Q.   What is a level-three inspection?

9  A.   It's commercial vehicle safety line, it's level three

10  inspection consists of basically you are gonna check for

11  driver's licenses, his medical card.  You're going to look at

12  his log book.  You are gonna check his truck registration, make

13  sure he is licensed to be in the state of Washington.  You are

14  gonna check for hours of service compliance, make sure he is

15  not over his hours, make sure his log book is correct, and

16  accurate.  And basically that is the extent.  You are gonna

17  check pretty much their paperwork.  You are not looking at the

18  truck in any way, shape or form.  You are checking their

19  paperwork, checking out their stuff, their license, make sure

20  it is valid.  That's pretty much it.

21  Q.   Okay.  So you never would have gone back to the truck to

22  inspect anything after?

23  A.   No.

24  Q.   Okay.  Can you tell me what the infractions were on this

25  occasion?

1    A.   It looks like he received a citation for not stopping at

2    the scale, and he did not -- it doesn't look like he was in

3    possession of a medical certificate, which is where they went

4    and got their D.O.T. physical that says they are qualified to

5    drive a commercial motor vehicle medically.  And it looks like

6    he had no record of driver's record of duty status, which would

7    be his log book at the time of the stop.

8    Q.   Okay.  Are there any immediate consequences to this?

9    A.   The actual log book violation would have placed him out of

10   service at the port for ten hours.

11   Q.   And what does it mean to be out of service?

12   A.   It means they cannot drive a commercial motor vehicle for

13   ten hours.

14   Q.   So they couldn't even go to, say, a restaurant with their

15   semi?

16   A.   Not in the commercial motor vehicle.

17   Q.   Okay.  When this happens, what are some of the ways if

18   someone did want to go out to eat, what could they do?

19   A.   They could get a taxi cab, they could walk.  At that time,

20   the port of entry at that time was located within walking

21   distance of a restaurant back in Idaho.  Or they could have

22   pizza delivered to them.  Domino's used to deliver out to the

23   port of entry.  I don't know if they still do, but they used to

24   back in --

25   Q.   Do some drivers take a taxi cab into town?

1    A.    Sometimes.   Sometimes.

2    Q.    Okay.   Now, if they didn't get a hotel, where would the

3    drivers typically stay?

4    A.    Typically, most drivers stayed, if they were equipped with

5    their vehicles, they stayed in their sleeper berths at the

6    facility.

7    Q.    Okay.

8           MR. McGRATH:   I have no more questions.

9           THE COURT:   Cross-exam.

10          MR. WIGELL:   Thank you, Judge.

11                          **CROSS-EXAMINATION**

12   BY MR. WIGELL:

13   Q.    Officer Koler, is that the correct pronunciation of your

14   name?

15   A.    Yes, sir.

16   Q.    Okay.   I'm gonna ask you a series of questions.  If you

17   don't understand the question, please tell me and I'll try to

18   rephrase it for you.

19         So you've been doing this for a long time, almost 11

20   years, right?

21   A.    Yes, sir.

22   Q.    Stopped a lot of vehicles?

23   A.    Yes, sir.

24   Q.    Do you have any guesstimate or estimate as to how many

25   vehicles you stopped?

CROSS-EXAMINATION OF OFFICER LACE KOLER

1  A.   No, sir.  Numbers-wise, no.  I stop a lot of trucks a

2  year.

3  Q.   Okay.  Would hundreds be an underestimate?

4  A.   No, sir.

5  Q.   Okay.  So it would be more than hundreds?

6  A.   Yes, sir.

7  Q.   Very good.

8       And you have a protocol every time you stop a vehicle,

9  don't you?

10 A.   For the most part, we try to stay -- I try to stay with my

11 protocol, yes, sir.

12 Q.   Okay.

13 A.   Depending on location --

14 Q.   I'm sorry.  Finish your --

15 A.   Depending on your location, safety of the driver and the

16 commercial vehicle, my safety, it can vary.  But for the most

17 part, you try to stay with the same protocol.

18 Q.   And I bet you've seen a lot of things in your almost 11

19 years, haven't you?

20 A.   Yes, sir.

21 Q.   You've seen drunk drivers?

22 A.   Yes, sir.

23 Q.   You've seen drivers who are high on drugs?

24 A.   Yes, sir.

25 Q.   Seen drivers that have unusual things in their cabs?

1   A.   Usually I just -- it is usually the same, you see the same

2   things, CB's, stuff like that.  Unusual things, what would be

3   an unusual thing?

4   Q.   Okay.  All right.  An unusual thing would be a large boom

5   box or a tackle box, fishing rod, something like that that they

6   would have in the cab?

7   A.   Not that strikes my memory as remembering, no, sir.

8   Q.   Okay.  No, I'm just saying in your experience have you

9   seen unusual things like that?

10  A.   No, sir.

11  Q.   Okay.  Now, you said before that you were dressed in

12  uniform when you do this?

13  A.   Yes, sir.

14  Q.   So you're clearly an officer of the law, aren't you?

15  A.   Yes, sir.

16  Q.   Do you have a side arm?

17  A.   Yes, sir.

18  Q.   What kind of side arm do you have?

19  A.   Smith and Wesson M & P .40 caliber.

20  Q.   Okay.  And do you wear a bulletproof vest?

21  A.   Yes, sir.

22  Q.   What other components are part of your uniform?

23  A.   At this time, I would have had an HK .40 caliber handgun.

24  I would have had handcuffs, Asp baton, pepper spray,

25  bulletproof vest.  Most likely I would have been wearing a

 1    black -- we called them battle BDU uniform.  Everything was

 2    sewn on it.  It had the cargo pockets, the boots were bloused

 3    over.  We had black boots issued to us and probably a hat that

 4    said Washington State Patrol on it, a baseball cap.

 5    Q.    So there's no mistaking that you're an officer?

 6    A.    I would -- no.

 7    Q.    Okay.  And drawing your attention to 2008, you had that

 8    sort of uniform on?

 9    A.    Yes, sir.

10    Q.    And did you also have a radio?

11    A.    Yes, sir.

12    Q.    And is the radio one that attaches to your belt and you

13    wear the mic close to your face?

14    A.    Yes, sir.

15    Q.    And did you have a radio on for this stop, if you

16    remember?

17    A.    Yes, sir.

18    Q.    Was there anything unusual about this stop?

19    A.    I don't recall.  I really don't recall the entire -- I

20    mean, I don't recall the stop.  I don't --

21    Q.    Okay.  But when you look at your records, you know that

22    you did it?

23    A.    I did do the stop, yes, sir.

24    Q.    Okay.  And there's -- remember that exhibit that they

25    showed you a few minutes ago, they said there was a start time,

CROSS-EXAMINATION OF OFFICER LACE KOLER

1    and you described that as the time when the vehicle passed the

2    weigh station and didn't stop?

3    A.   Yes, sir.

4    Q.   Okay.  Was that an accurate retelling of that part?

5    A.   Yeah, from what I've got, I would say yes, sir.

6    Q.   Okay.  So it's not the time you stopped the vehicle; it is

7    the time the vehicle goes past?

8    A.   Yes, sir.  Because that's the time we would have started

9    the inspection.  We were gonna make the traffic stop and bring

10   them back again.  Like I said, again, I don't remember exact

11   times.  I'm just going by what I have here in front of me.

12   Q.   Okay.  But do you write down --

13   A.   Yes, sir.

14   Q.   -- the start time?

15   A.   Yes, sir.

16   Q.   And you do that from the weigh station?

17   A.   Yes, sir, we would have -- that, behind those windows,

18   behind that stop sign, there were a counter and there were

19   chairs we could sit at and watch what was going on.  And there

20   was a clock right on the wall right there, so as they went by,

21   you looked at the clock, took a notepad, wrote it down, set it

22   aside and then you went and did your traffic stop and brought

23   them back to conduct the inspection.

24   Q.   And later on you transcribe your notes to the report?

25   A.   It would have just been the start time.  The only thing I

CROSS-EXAMINATION OF OFFICER LACE KOLER

1    would have is the start time.

2    Q.   Okay.  And there's also an end time on the report.  Do you

3    recall the end time in this particular stop?

4    A.   I do not.

5    Q.   Excuse me, Judge.

6           MR. WIGELL:  May I approach the witness, Judge?

7           THE COURT:  Yes.

8    BY MR. WIGELL:

9    Q.   I'm gonna show you now --

10          THE COURT:  The thing about it is, you can use that

11   with that.

12          MR. WIGELL:  Oh, okay.

13          THE COURT:  Use the ELMO.  That's the purpose of the

14   ELMO, to save time.

15          MR. WIGELL:  Thank you, Judge.

16          THE COURT:  That's an item that's not in evidence,

17   correct?

18          MR. WIGELL:  It is in evidence as part of

19   Government's Exhibit No. 57.  It was part of that slide show,

20   Judge, so it's separate pages of that, which is the --

21          MR. McGRATH:  It is also Exhibit 24, Your Honor.

22          THE COURT:  Also 24.  So I can show it to the jury.

23          MR. WIGELL:  You may, Judge, please.

24   BY MR. WIGELL:

25   Q.   You have a chance to look at it, Officer?

1    A.   Right, but as you are asking as far as the start/stop

2    time, you'd have to scroll it down a little bit more; it's in

3    the upper right hand corner.

4    Q.   Sorry.

5    A.   Right there.

6    Q.   You see it now?

7    A.   Yes.

8    Q.   Drawing your attention to the start time, we previously

9    talked about it being ten p.m., right?

10   A.   Right.

11   Q.   And the end time is 10:48?

12   A.   That's -- yes, sir.  That's what's on there.

13   Q.   And by what criteria do you judge the end time?

14   A.   That's set forth by the computer when the -- when I push

15   print on the program that's on the computer, it actually plugs

16   in the time, date and when we end it, and it prints that out

17   within seconds after we are done.

18   Q.   Okay.  And does that mean that your job with this

19   particular stop is over?

20   A.   At this point, as a level three it would be completed at

21   10:48, I would have been done.  I would have explained to the

22   driver, You are out of service for ten hours.  I would have

23   showed him on there where it says he is out of service for ten

24   hours, and he would have proceeded to his truck to do his

25   out-of-service time.

CROSS-EXAMINATION OF OFFICER LACE KOLER

1    Q.    Thank you.   Now, as part of your protocol and officer

2    safety and driver's safety, is it important for you to observe

3    the driver of the vehicle when you first approach the vehicle?

4    A.    Oh, yes, sir.   Yes, sir.

5    Q.    Okay.   And do you ask them to get out of the vehicle?

6    A.    No, sir.

7    Q.    Okay.   So did they remain in the driver's seat?

8    A.    I -- I -- again I can't -- I don't recall this exact

9    situation.

10   Q.    Okay.

11   A.    But most times, yes, they do.

12   Q.    Okay.   And most times do they come around to the

13   passenger's side so you gentlemen can have a conversation?

14   A.    No.   Most times I will have them sit back in their

15   driver's seat and we'll have our conversation right there, and

16   then I'll just disengage, shut the door and they will do what

17   they were directed to do.

18   Q.    Okay.   And then you would talk to him up on the step

19   because it's a two step up to get to the same level as the

20   drivers?

21   A.    Right.   I might not have taken the second step.   I might

22   have just stepped up on the first step, had our conversation,

23   you know, give them the direction I needed them to do to go

24   back to the scale, close the car and we went back to the scale.

25   Q.    But you want to observe the driver, don't you?

1    A.    Right.

2    Q.    Okay.  And officer safety requires that you make sure that

3    he doesn't have a weapon or is in any way threatening towards

4    you?

5    A.    Right.

6    Q.    And you did that in this occasion?

7    A.    Right.  I mean, with what -- I can't tell you verbatim

8    what I did; it was a long time ago.  But in practice, I mean,

9    when you open the door, you can see the driver right in front

10   of you.  Doesn't matter if you are standing on the ground or if

11   you're on the first or second step; they are right there.  You

12   can see what they are doing.  You can see their hands and what

13   they are doing.

14   Q.    But again, Officer, if there was anything unusual about

15   this stop, you would have noted it in your report?

16   A.    Most likely I would have.

17   Q.    Now, are there other personnel that man the weigh station

18   at that time of night?

19   A.    I -- at that time, we -- I don't -- I can't recall exactly

20   if there were more than one of us there.  I don't remember.  A

21   lot of times on the night shift you were a solo shift.  As far

22   as this night is concerned, I can't remember if there were two

23   of us or one of us.

24   Q.    Okay.  So there's either one or two, or is there sometimes

25   more than that?

 1   A.   At that time of night, it would have been either one or

 2   two of us.   And like I said, I can't remember if there were

 3   more than one of us.

 4   Q.   And both of you are officers?

 5   A.   Yes, sir, we would have both been Washington state patrol

 6   employees.

 7   Q.   And in preparation for today's testimony you had a chance

 8   to look over your paperwork, didn't you, Officer?

 9   A.   Yes.

10   Q.   Okay.  And now, after asking the questions -- pardon me --

11   answering the questions by the government and by me, was there

12   anything unusual about this stop?

13   A.   No.  It looks like just a case of he missed the scale and

14   we brought him back to the level three, found the violations

15   and we did what we had to do as far as placing him out of

16   service and issuing the citation for the violations he had.

17   Q.   And again you've done hundreds of stops since then,

18   haven't you?

19   A.   Yes, sir.

20         MR. WIGELL:   Thank you.   No further questions, Judge.

21         THE COURT:   Redirect.

22                         **REDIRECT EXAMINATION**

23   BY MR. McGRATH:

24   Q.   Officer, would it be unusual for a driver to anticipate

25   that you are gonna go to the passenger side and move over so

 1  it's easier to talk to you?

 2  A.    No.

 3  Q.    Okay.  And before you spoke with a driver, do you inspect

 4  the car to see if there are any -- fully inspect the truck to

 5  see if there are any guns inside?

 6  A.    No.

 7        MR. McGRATH:  No more questions.

 8        THE COURT:  Recross.

 9                    **RECROSS-EXAMINATION**

10  BY MR. WIGELL:

11  Q.    But if you saw something unusual, you would take proper

12  precautions for yourself, wouldn't you?

13  A.    Yeah, if you see something of that nature, a weapon of

14  some kind, yes, we're gonna take the proper precaution.  But if

15  you don't see it as a policy, we don't inspect the cabs of the

16  trucks, just odds and ends equipment-wise.

17  Q.    And, Officer, are you familiar with the term "furtive

18  movement"?

19  A.    Yes, sir.

20  Q.    Okay.  What do you understand by that phrase?

21  A.    It would be like an aggressive motion or an action towards

22  you or something else is how I would take that phrase.

23  Q.    Okay.  Would an example of that be if the driver, as you

24  were approaching or sometime when you saw him, moved to put

25  something underneath the seat; would that be a furtive

 1   movement?

 2   A.    It would be -- I don't know if I would call it -- that

 3   type of movement.  I would ask them about it.  But again, those

 4   trucks, those are their homes.  I mean, they could reach down

 5   to grab their wallet or whatever.  Yeah, you're gonna pay

 6   attention or ask them, Hey, what are we doing here?  But

 7   honestly, I mean, I wouldn't -- that's their home.  I mean,

 8   they're gonna have stuff inside that truck.

 9   Q.    Okay.  But when you open the door, do you have your hand

10   on your weapon?

11   A.    No, sir.  Not usually.

12   Q.    Okay.  But if you saw something unusual you would?

13   A.    Potentially.  Depends on what the unusual is.  I mean --

14   Q.    Again, you had an opportunity to review your paperwork

15   prior to testifying today, right?

16   A.    Yes, sir.

17   Q.    Is there anything in your report that would suggest that

18   there was any furtive movements by Mr. Resnick?

19   A.    No, sir.

20   Q.    That there was anything unusual about this stop?

21   A.    No, sir.

22          MR. WIGELL:  Thank you, Judge.

23          THE COURT:  Redirect.

24          MR. McGRATH:  Nothing else, Your Honor.

25          THE COURT:  You may step down.  Thank you, sir.  Next

1    witness.

2              MR. McGRATH:  Government calls Tim Podgorski.

3              THE COURT:  Come on up front, sir.  Need to have you

4    stop there, face the clerk.  Raise your right hand, take an

5    oath.  Ed, swear him in, please.

6         (The oath was administered.)

7              THE WITNESS:  I do.

8              THE COURT:  Come be seated next to me, please.  Sir,

9    the chair doesn't move.  You have to lean forward, speak

10   directly into that microphone in a voice that all of us can

11   hear what you say.  All right.

12                        **DIRECT EXAMINATION**

13   BY MR. McGRATH:

14   Q.   Could you state your name and spell your last name for the

15   Court, please?

16   A.   I'm Timothy Scott Podgorski, P-O-D-G-O-R-S-K-I.

17   Q.   And where do you live?

18   A.   1304 Institute Street, Valparaiso, Indiana.

19   Q.   What is your occupation?

20   A.   I'm a load planner at CRST.

21   Q.   What is that?

22   A.   It's a -- they plan local loads going out for delivery the

23   next day; a truck driving company.

24   Q.   Are you married?

25   A.   No.

DIRECT EXAMINATION OF TIMOTHY PODGORSKI

1   Q.   Do you have children?

2   A.   Yes.

3   Q.   How many?

4   A.   I have five all together.

5   Q.   Okay.  Do you know a man named David Resnick?

6   A.   Yes, sir.

7   Q.   Do you see him in the courtroom today?

8   A.   Yes.

9   Q.   Okay.  Could you point to him and identify him with an

10  article of clothing?

11  A.   Blue tie, blue suit.

12          MR. McGRATH:  May the record reflect the witness has

13  identified the defendant?

14          THE COURT:  Any objection?

15          MR. WIGELL:  No, Judge.

16          THE COURT:  Yes.

17  BY MR. McGRATH:

18  Q.   How did you meet the defendant?

19  A.   We were coworkers at one time.  He was friends of -- we

20  have mutual friends.

21  Q.   Who was the mutual friend?

22  A.   John Savia, Chris ████████, Erika Savia.

23  Q.   And who are John and Erika Savia?

24  A.   I grew up with John.  And Erika was John Savia's wife.

25  Q.   Okay.  And do you know how they knew the defendant?

DIRECT EXAMINATION OF TIMOTHY PODGORSKI

1   A.    I believe Erika is related to Dave.

2   Q.    Okay.  And did you also know a couple with first names

3   Nicole and Chris?

4   A.    Yes, sir.

5   Q.    And did they have a boy named Tony?

6   A.    Nicole ▮▮▮▮▮▮▮ and Chris ▮▮▮▮▮▮▮, yes.

7   Q.    Okay.  What was your relationship --

8          MR. McGRATH:  One moment, Your Honor.

9       My apologies, Your Honor.  We'd like to strike the last

10  names mentioned of the parents of Tony.

11          THE COURT:  Stricken.  So ordered.  Just use first

12  names, sir.  Do you hear me?

13          THE WITNESS:  Yes, Your Honor.

14  BY MR. McGRATH:

15  Q.    What was your relationship with the defendant,

16  David Resnick?

17  A.    We were coworkers.

18  Q.    Where did you work together?

19  A.    Coldiron Industries.

20  Q.    Okay.  And what did you do with Coldiron?

21  A.    I was -- we pick up semis.  Repossess semis, pick them up

22  and take them to ports.

23  Q.    Okay.  Were you an independent contractor with Coldiron?

24  A.    Yes.

25  Q.    When you were working with him, did you go on trips with

1  him?

2  A.   Yes.

3  Q.   Work trips?

4  A.   Yes.

5  Q.   How many trips did you go on with him?

6  A.   Like ten, 15 trips.

7  Q.   And during what time frame?

8  A.   2008.

9  Q.   Spring, summer?

10  A.   Spring and summer.

11  Q.   And how long did this go on for?

12  A.   Three, four months.

13  Q.   For much of these trips, were you actually traveling in

14  the same truck as the defendant?

15  A.   His personal truck to get to where the trucks were

16  located, yes.  And once we would arrive at the location, we

17  would either drive separately in a semi or piggyback the semis

18  and ride in one semi together.

19  Q.   Okay.  Is it fair to say that during those months you

20  spent quite a bit of time with the defendant?

21  A.   Yes.

22  Q.   On those trips, did you ever see the defendant with a

23  firearm?

24  A.   Yes.

25  Q.   Did you see it once or multiple times?

1    A.    Multiple times.

2    Q.    Was it a single firearm or a different firearm?

3    A.    I'm sorry, repeat it.

4    Q.    Was it just one firearm or did you see him with multiple

5    different firearms?

6    A.    Multiple firearms.

7    Q.    Can you describe the one that he usually had?

8    A.    It was a larger caliber black handgun.

9          MR. WIGELL:  I'm sorry, I can't hear the witness,

10   and, Judge, I can't see his face because of the screen.

11         THE WITNESS:  It was a larger caliber black handgun.

12         THE COURT:  We're not moving the screen.  If you want

13   to see his face, why don't you stand up and move around.

14         MR. WIGELL:  Thank you.

15   BY MR. McGRATH:

16   Q.    Could you repeat the last answer?

17   A.    Larger caliber black handgun.

18   Q.    Okay.  Was there anything unusual about the gun or

19   anything that stood out about it?

20   A.    Nothing -- not that I recall.

21   Q.    Were there any accessories to the gun?

22   A.    It was in a holster.

23   Q.    Okay.  I want to hand you what has been marked as

24   Government's Exhibit 46.  Before we get to that, you said you

25   saw him with multiple firearms.  Can you describe any of the

DIRECT EXAMINATION OF TIMOTHY PODGORSKI

1   other firearms you saw him with?

2   A.   I seen like a older firearm, like something like you would

3   collect.

4   Q.   Okay.  And when did you see him with that?

5   A.   On our various trips together.

6   Q.   Okay.  I'm going to hand you what has been marked as

7   Government's Exhibit 46.

8          MR. McGRATH:  It is not in evidence, Your Honor.  I'd

9   like him to look through them, if that's fine?

10          THE COURT:  All right.

11          MR. McGRATH:  Thank you.

12  BY MR. McGRATH:

13  Q.   Can you tell me from those pictures, look through them

14  all, and tell me if any of them look like the gun you saw

15  Mr. Resnick with.  And if you recognize multiple guns, just let

16  me know if there are any pictures on there.

17  A.   I recognize --

18  Q.   Don't show it to the jury yet.

19  A.   Okay.

20  Q.   Which ones do you recognize?

21  A.   Recognize this one here.

22  Q.   Okay.  Any others?

23  A.   This one seems familiar also with the black handgun.

24  Q.   Okay.

25          MR. McGRATH:  Your Honor, the defendant has

 1   identified from Exhibit 46, which is not in evidence, page 4.

 2   I'd like to admit that, pages 46-A, Government's Exhibit 46-A.

 3              THE COURT:  Any objection to 46-A?

 4              MR. WIGELL:  Objection, Judge.  This is not the

 5   defendant.  I believe counsel for the government misspoke when

 6   he said that.

 7              THE COURT:  Yeah, I missed that, too.  You want to

 8   just rephrase your question?

 9              MR. McGRATH:  Yes, Your Honor.  The witness has

10   identified Government 46, page 4, as a gun that he recognizes.

11   We'd like to --

12              THE COURT:  You're offering that page as

13   Exhibit 46-A?

14              MR. McGRATH:  Correct.

15              THE COURT:  Any objection?

16              MR. WIGELL:  No, Judge.

17              THE COURT:  It's admitted.

18              MR. McGRATH:  Thank you.  I'd like to publish, Your

19   Honor.

20              THE COURT:  Be nice if you would mark these exhibits

21   before you start asking questions.  Saves a lot of time.

22              MR. McGRATH:  Okay.  Your Honor, I will from now on.

23   Thank you.

24              THE COURT:  I mean each page would be A, B, C, D, E,

25   whatever.

DIRECT EXAMINATION OF TIMOTHY PODGORSKI

 1              MR. McGRATH:  Yes, Your Honor.

 2              THE COURT:  You want it published?

 3              MR. McGRATH:  Yes, Your Honor.

 4              THE COURT:  We'll take it off the rest that's not in

 5    evidence.  Can you do that?  Can you remove it from the others?

 6              MR. McGRATH:  Yes, Your Honor.

 7              THE COURT:  Do it.

 8              MR. McGRATH:  May I publish, Your Honor?

 9              THE COURT:  You may.

10    BY MR. McGRATH:

11    Q.   Is this the gun you recognize as -- how do you recognize

12    this gun?

13    A.   I recognize it; it seems to be one of the guns that would

14    be at Dave's father's shop.

15    Q.   Okay.  Did you ever see Mr. Resnick with this gun outside

16    of the shop?

17    A.   I don't recall him actually having it on him.  I recognize

18    the gun from being at his father's shop.

19    Q.   Okay.  Now, the second one you pointed out said it looked

20    like one of the guns that you saw with -- Mr. Resnick have, is

21    that correct?

22    A.   That is correct.

23    Q.   And that was No. 8 of Exhibit 46, is that correct?

24    A.   Yes, sir.

25              MR. McGRATH:  Your Honor, I'd like to move as

1    Government's Exhibit 46-B that one picture into evidence.

2              THE COURT:  Any objection?

3              MR. WIGELL:  No, Judge.

4              THE COURT:  Exhibit 46-B is admitted.

5              MR. McGRATH:  Thank you, Your Honor.  I would like to

6    publish, Your Honor.

7              THE COURT:  Fine.

8    BY MR. McGRATH:

9    Q.   What do you recognize about this gun?

10   A.   It's the large black caliber of it.

11   Q.   And was this one of the guns you saw with Mr. Resnick on

12   the trips?

13   A.   Yes, sir.

14   Q.   Okay.  Do you ever recall going on a work trip with

15   Mr. Resnick where he did not carry this firearm?

16   A.   He seemed to have it on him at all times.

17   Q.   So is it safe to say he was in the habit of carrying this

18   handgun on his work trips?

19   A.   Yes, sir.

20   Q.   Outside of work, did you ever see defendant with this gun?

21   A.   Yes, sir.

22   Q.   Where?

23   A.   In his truck compartment in his door.

24   Q.   And that is his personal truck?

25   A.   Yes, sir.

1    Q.    Okay.  Did you ever go with him to a shooting range?

2    A.    Yes.

3    Q.    And was this in 2008?

4    A.    Yes, sir.

5    Q.    Did you see him firing guns at the shooting range?

6    A.    Yes.

7    Q.    And around what time of year was that?

8    A.    It would have to be summer of 2008.

9    Q.    Were you aware of whether defendant was supposed to

10   possess a firearm?

11   A.    At first, no.

12   Q.    Okay.  Did you eventually learn anything about that?

13   A.    Yes, I did.  Yes, sir, I did.

14   Q.    How did you learn that?

15   A.    I had just heard rumors that he was unable to carry a

16   firearm because of previous charges.

17   Q.    Okay.  Did David Resnick ever talk to you about the gun?

18   A.    Yes.

19   Q.    Did he talk to you about the gun on the trips that you

20   went with him?

21   A.    Yes.

22   Q.    Did he ask you to do anything with the gun on those trips?

23   A.    He informed me that if we ever get pulled over --

24             MR. WIGELL:  Objection.  Hearsay.

25             MR. McGRATH:  It is the defendant's statement, Your

1    Honor.

2              THE COURT:  It is overruled.

3    BY MR. McGRATH:

4    Q.   Can you repeat the answer?

5    A.   If we ever get pulled over that I was to take possession

6    of the firearm because I was a licensed carrier.

7    Q.   Are you aware of whether the defendant kept the gun loaded

8    or not?

9    A.   No, no, I'm not.

10   Q.   Did he ever warn you about the gun while you were on the

11   trips?

12   A.   Yes.

13   Q.   What did he warn you about?

14   A.   He had just told me to be careful, that the firearm is

15   loaded.

16   Q.   Okay.  Did you ever hear him talking to anyone else about

17   the gun?

18   A.   Yes.

19   Q.   Okay.  And who was there for that conversation?

20   A.   It was me and Dave and then whoever else was on the phone

21   with Mr. Resnick.

22   Q.   Okay.  So you don't know who the other person was?

23   A.   Correct.

24   Q.   Did you hear Mr. Resnick's side of the conversation?

25   A.   Yes, sir.

DIRECT EXAMINATION OF TIMOTHY PODGORSKI

1  Q.   And what did you determine from that conversation?

2  A.   That whoever he was talking to was worried about Dave

3  having possession of a gun, telling him to be careful with it.

4  Q.   Okay.  On any of these trips, did Mr. Resnick do

5  anything -- what shooting ranges did you go to with the

6  defendant?

7  A.   Blythe's in Valparaiso.

8  Q.   Okay.  And did Mr. Resnick do anything with the gun while

9  he was on the trip that made you feel uncomfortable at any

10  time?

11  A.   He would tap -- he would leave it on his console or tap it

12  on his head, on his hat.

13  Q.   Had you ever -- did you ever do anything that caused him

14  to tap it on his head?

15  A.   No.

16  Q.   Did he ever do it in reaction to something that you had

17  spoken about doing?

18  A.   Sometimes when I would talk about going home, he would tap

19  it on the bill of his hat.

20  Q.   What did you feel he was doing that for?

21  A.   Kind of a bit of intimidation.

22  Q.   On these work trips, did the defendant have a laptop

23  computer with him?

24  A.   Yes.

25  Q.   Were you allowed to use that laptop?

DIRECT EXAMINATION OF TIMOTHY PODGORSKI

1    A.    No.

2    Q.    Was he protective of it?

3    A.    Very, yes.

4    Q.    Was there ever a time he allowed you to use it while not

5    in his presence?

6    A.    No.

7    Q.    Did he say why you couldn't use it?

8    A.    No.

9    Q.    When the defendant used the computer, did you ever see

10   what he was doing on it?

11   A.    No.

12   Q.    Do you remember a time when you saw the screen of the

13   computer ever?

14   A.    Yes.

15   Q.    Do you remember seeing any file sharing software on it?

16   A.    LimeWire.

17   Q.    Okay.  Do you know what LimeWire is?

18   A.    File sharing community.

19   Q.    Okay.  I want to show you what has already been admitted

20   as Government's Exhibit 1.  Could you take a look at that and

21   tell me if you recognize anything about it?

22   A.    I recognize the cover of the laptop, cause it reminds me

23   of crop formations.

24   Q.    Okay.  Is there anything on the inside that is familiar?

25   A.    I just recognize the web camera up here on top.

1   Q.    Okay.  Is that the laptop that David Resnick had with him

2   on those trips?

3   A.    This seems to be the laptop, yes.

4   Q.    Okay.  Was there time when you found something within

5   David Resnick's truck that you didn't want to touch?

6   A.    There was a bottle of lubricant.

7   Q.    And can you describe the bottle?

8   A.    It was white, like, clear bottle with a smooth top.

9   Q.    Okay.  Anything unusual about the top of it?

10  A.    It was gooey.

11  Q.    I'm sorry?

12  A.    It was sticky.

13  Q.    Okay.  Did you ask Resnick what he used it for?

14  A.    No.

15  Q.    When did you stop working with the defendant?

16  A.    A month before my daughter was born in June/July --

17  June 2008.

18  Q.    Okay.  After you stopped working with him, did he ever

19  invite you to hang out socially?

20  A.    Yes.

21  Q.    Specifically, do you remember a time when he invited you

22  to a pool party?

23  A.    Yes.

24  Q.    When was that?

25  A.    July of 2008.

1   Q.   And where was this?

2   A.   The Courtyard Marriott in Valparaiso.

3   Q.   Okay.  Did he tell you who was gonna be there besides him?

4   A.   No.

5   Q.   Did you go to the party?

6   A.   Yes, I did.

7   Q.   When you arrived, who was there?

8   A.   There was a young man in the pool and Dave on the deck of

9   the pool.

10  Q.   When you say "young man," how old are you talking about?

11  A.   Seven, eight, nine.

12  Q.   Can you describe him?

13  A.   He was in the water, dark hair.

14  Q.   Was there anyone else there besides David and this young

15  boy?

16  A.   No.

17  Q.   Do you know who the boy was?

18  A.   No, I do not.

19  Q.   Did defendant say anything to you about why he was there

20  with a young boy alone?

21  A.   No, he did not.

22  Q.   How long did you stay?

23  A.   Fifteen, 20 minutes.

24  Q.   When you left, was there anyone else there except for

25  Mr. Resnick and this young boy?

DIRECT EXAMINATION OF TIMOTHY PODGORSKI

1   A.   No, sir.

2   Q.   So do you have any information about what happened between

3   them after you arrived?

4   A.   No.

5   Q.   Did you ever go on a day trip for pleasure with

6   David Resnick?

7   A.   I'm sorry?

8   Q.   Did you ever go on a trip, like a vacation trip or a day

9   trip with David Resnick?

10  A.   David went camping with us.

11  Q.   Okay.  And where did you go camping?

12  A.   Turkey Run State Park.

13  Q.   Who else went with you?

14  A.   My fiancee and our children and multiple other couples.

15  Q.   And when was this?

16  A.   This was also July 2008 cause my girlfriend was still --

17  she was nine months pregnant.

18  Q.   Okay.  How did David Resnick get down to the park?

19  A.   He drove his vehicle.

20  Q.   Okay.  And how did you get down to the park?

21  A.   I drove my vehicle.

22  Q.   And what were you doing while you were there?

23  A.   We were camping, canoeing and campfires.

24  Q.   Did anything happen with David Resnick and one of your

25  fiancee's children while you were there?

1  A.    They had got into an altercation over our boy getting into

2  his cooler.

3  Q.    Okay.  When you were ready to leave, did David Resnick

4  make any requests of you?

5  A.    He had offered -- offered to take our children home with

6  him, offered to give them a ride back to the house after the

7  camping trip.

8  Q.    Okay.  And which children was he offering to take?

9  A.    All three of the children.  All three of them.

10  Q.    I'm sorry?

11  A.    All three of the children.

12  Q.    And what are their names?

13  A.    Shawn, Seth, Tyler.

14  Q.    And how old were they at the time?

15  A.    Nine, ten, 12.

16  Q.    All boys?

17  A.    All boys.

18  Q.    What did you say to him when he made that request?

19  A.    We had just informed him that me and my girlfriend, Sarah,

20  would take the boys back.

21  Q.    Okay.  When was the last time you saw the defendant before

22  today?

23  A.    2008, that summer.

24  Q.    Did he ever stop off to say goodbye to you before he left?

25  A.    I'm not sure if it was 2009.  He had dropped his

DIRECT EXAMINATION OF TIMOTHY PODGORSKI

1   motorcycle off at my house in Chesterton.

2   Q.   Okay.  So you were keeping his motorcycle?

3   A.   Yes, sir.

4   Q.   Did he ever come back to pick that up?

5   A.   No.  Actually his friend, Byron, came a year and a half

6   later to pick the motorcycle up.

7   Q.   So he left this with you a year and a half?

8   A.   Yes, sir.

9          MR. McGRATH:  One moment, Your Honor.

10          THE COURT:  Okay.

11   BY MR. McGRATH:

12   Q.   When you were on the trips and David Resnick had the gun

13   with him and would tap it to his head, could you show the jury

14   what he would do with the gun just with your hand?

15   A.   One hand on the steering wheel and just (Indicating) as he

16   was driving down the street.

17   Q.   Okay.

18          MR. McGRATH:  No more questions, Your Honor.

19          THE COURT:  Cross-exam.

20          MR. WIGELL:  Please, Judge.

21                        **CROSS-EXAMINATION**

22   BY MR. WIGELL:

23   Q.   Mr. Podgorski, you worked with Mr. Resnick for about three

24   or four months?

25   A.   Yes, sir.

1   Q.   Okay.  And did you do that kind of work before you worked

2   with Mr. Resnick?

3   A.   Yes, I sure did.

4   Q.   And did you do that kind of work after you worked with

5   Mr. Resnick?

6   A.   Yes.

7   Q.   Okay.  And did you work for Coldiron before you worked

8   with Mr. Resnick?

9   A.   No.

10  Q.   Okay.  So he referred you to Coldiron, didn't he?

11  A.   Yes, sir.

12  Q.   Okay.  And that one gun, the Luger-looking type gun, you

13  never saw that in his possession, did you?

14  A.   Is that the skinny, long barrel?

15  Q.   Right.

16  A.   No, I did not.

17  Q.   But you did see it at his father's --

18  A.   I recognize the gun from his father's shop.

19  Q.   And what kind of shop did his father have?

20  A.   He was an antique collector.

21  Q.   Okay.  And where was that?

22  A.   Hebron, Indiana.

23  Q.   Okay.  You also indicated that you learned through rumors

24  that Mr. Resnick wasn't supposed to be in possession of a gun,

25  is that correct?

CROSS EXAMINATION OF TIMOTHY PODGORSKI

1   A.   Right, rumors.

2   Q.   Okay.  He never told you that, did he?

3   A.   No, he did not.

4   Q.   Now, this laptop, you indicated on direct examination that

5   it seemed to be the same one, is that correct?

6   A.   Correct.

7   Q.   You're not sure if it is the same one, are you?

8   A.   I'm not hundred percent sure, no.

9   Q.   Okay.  But while you were in the -- with David, with

10  Mr. Resnick, you saw on the screen a LimeWire -- what did you

11  see about LimeWire; let me ask it that way?

12  A.   Um, just a little icon in the corner.

13  Q.   Okay.  Because you were familiar with LimeWire?

14  A.   Yes.

15  Q.   And you had it on your computers?

16  A.   I didn't own a computer at the time.

17  Q.   Okay.  But you knew what it was?

18  A.   I knew what LimeWire was.

19  Q.   And I know you just said this, but just for the sake of

20  clarity, because you recognized the little icon, didn't you?

21  A.   Correct.

22  Q.   And that pool party that you went to in 2008, was David in

23  the water with the boy?

24  A.   No, he was not.

25  Q.   Did he have swimming trunks on?

CROSS EXAMINATION OF TIMOTHY PODGORSKI

1   A.   I don't recall if he did.

2   Q.   Okay.  All right.  Did you go to swim?

3   A.   Yes, I did.

4   Q.   Did you swim?

5   A.   No, I did not end up swimming.

6   Q.   Okay.  Did you ever change into your trucks?

7   A.   No.

8   Q.   Did you ever go into the room?

9   A.   No.

10  Q.   Were you staying at the same hotel?

11  A.   No, I lived on down the street from the hotel.

12  Q.   Okay.  And did you live in a residence or in a motel?

13  A.   In a residence.

14  Q.   Okay.  And when you and David and your fiancee and the

15  three boys went camping, did anyone else go camping with you?

16  A.   Yes, multiple couples.

17  Q.   Okay.  And how many other children?

18  A.   I believe that weekend it was just our children.

19  Q.   Okay.  And how many other couples?

20  A.   Like four other couples.

21  Q.   Okay.  So it was a group of ten, 11, 12 people plus the

22  children?

23  A.   Yes.

24  Q.   Okay.  And David didn't single out to take one of the

25  children home, he asked to take them all home, didn't he?

1    A.   Correct.

2              MR. WIGELL:  No further questions, Judge.

3              THE COURT:  Redirect.

4                      **REDIRECT EXAMINATION**

5    BY MR. McGRATH:

6    Q.   Is there anything about the laptop that you have in front

7    of you that makes you think that it was not the one that he had

8    on the trip?

9    A.   The cover is pretty distinct.  I haven't seen too many

10   laptops with that formation on it.

11   Q.   And when you said that David on cross, when you were asked

12   if David said he was going to bring all the children home, it

13   was just your three boys, correct?

14   A.   Just our three boys, yes.

15   Q.   All young boys?

16   A.   Yes.

17              MR. McGRATH:  No more questions.

18              THE COURT:  Recross.

19                    **RECROSS-EXAMINATION**

20   BY MR. WIGELL:

21   Q.   Those were the only three children on the camping trip

22   right, sir?

23   A.   Yes, sir.

24              MR. WIGELL:  Thank you, Judge.

25              THE COURT:  Anything else?

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

 1          MR. McGRATH:  No, Your Honor.

 2          THE COURT:  Thank you, sir.  You may step down.

 3     Next.

 4          MS. KOSTER:  Government calls Victor John Savia.

 5          THE COURT:  You want to stop there, turn and face the

 6     clerk over here, raise your right hand, take an oath.  Ed,

 7     swear him in, please.

 8          (The oath was administered.)

 9          THE WITNESS:  Yes, I do.

10          THE COURT:  Come be seated next to me.  Chair doesn't

11     move forward, so you just have to lean forward, speak directly

12     into the microphone in a voice we all can hear.

13          MS. KOSTER:  Can we move that microphone closer to

14     you?

15          THE COURT:  You can do that.  There.

16          MS. KOSTER:  Thank you.

17                         **DIRECT EXAMINATION**

18     BY MS. KOSTER:

19     Q.   Please state your full name and spell your last name.

20     A.   Victor John Savia, Jr., S-A-V-I-A.

21     Q.   How old are you, sir?

22     A.   Thirty-six.

23     Q.   Where do you currently reside?

24     A.   Hobart, Indiana.

25     Q.   How long have you lived in Northwest Indiana?

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

1    A.    My whole life.

2    Q.    Are you married?

3    A.    Yes.

4    Q.    What is your wife's name?

5    A.    Amy.

6    Q.    Do you have any children?

7    A.    Two.

8    Q.    How old are they?

9    A.    Twelve and 14.

10   Q.    Are you employed?

11   A.    Yes.

12   Q.    What is your line of work?

13   A.    Heating and cooling.

14   Q.    You are a repairman?

15   A.    Service and installs.

16   Q.    Okay.  Were you previously married to a woman named Erika?

17   A.    Yes.

18   Q.    How long were you married to Erika?

19   A.    Ten years.

20   Q.    Through Erika did you meet a person by the name of

21   David Resnick?

22   A.    Yes.

23   Q.    Can you take a moment to look around the courtroom and see

24   if you recognize David Resnick?

25   A.    Yeah, he's right there.

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

1  Q.   Can you identify an item of clothing that he's wearing,

2  please?

3  A.   Blue tie.

4        MS. KOSTER:  Your Honor, let the record reflect that

5  the witness has identified the defendant, David Resnick.

6        THE COURT:  Any objection?

7        MR. WIGELL:  No, Judge.

8        THE COURT:  Yes.

9  BY MS. KOSTER:

10  Q.   Is Erika related to David Resnick?

11  A.   Yes.

12  Q.   How so?

13  A.   That's her cousin.

14  Q.   Do you remember when you first met David Resnick, what

15  year?

16  A.   Probably '98.

17  Q.   How would you describe your relationship with

18  David Resnick by, say, late 2007, early late 2008?

19  A.   Acquaintance, just -- yeah, acquaintance.

20  Q.   Okay.  Did David Resnick ever ask you to buy something for

21  him?

22  A.   Yes, he did.

23  Q.   What did he want you to buy?

24  A.   A handgun.

25  Q.   Do you remember the time frame in which he asked you to

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

1   buy the handgun?

2   A.   2007, early 2008.

3   Q.   Why did he want you to buy a handgun, if you know?

4   A.   He wasn't able to purchase one.

5   Q.   Why not?

6   A.   Felony convictions I presume.

7   Q.   Okay.  Did he tell you that was why?

8   A.   I mean, he didn't have to.  I already knew.

9   Q.   You were familiar with his criminal history?

10  A.   Yeah.

11  Q.   Did you agree to buy a gun for David Resnick?

12  A.   No, I didn't.

13  Q.   Why not?

14  A.   I ain't buying a gun for a felon.

15  Q.   Did you, after that point in time, did you see the

16  defendant with a gun?

17  A.   Yes, I did.

18  Q.   Did he tell you where he got it?

19  A.   From a gentleman named Byron.

20  Q.   Did he tell you what Byron -- how Byron got the gun?

21  A.   No, I didn't ask.

22  Q.   Did you see the gun?

23  A.   Yes, I did.

24  Q.   Can you describe for us what you saw?

25  A.   It was a .40 caliber Sig Sauer.

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

1  Q.   I'm gonna show you what's in evidence Government's Exhibit

2  46-B.

3            MS. KOSTER:  Permission to publish, Your Honor?

4            THE COURT:  Yes.

5  BY MS. KOSTER:

6  Q.   Does that look like the gun you saw the defendant with?

7  A.   It's similar.

8  Q.   Okay.

9  A.   Whether it's the exact same one, I think the other one had

10  a silver slide.

11  Q.   Okay.

12            MS. KOSTER:  Your Honor, may I approach the witness?

13            THE COURT:  All right.

14  BY MS. KOSTER:

15  Q.   Sir, I'm handing you what was originally marked

16  Government's Exhibit 46, page 9.

17  A.   Yeah, that's it.

18            MS. KOSTER:  Government moves to admit this, Your

19  Honor, as 46-C.

20            THE COURT:  Any objection?

21            MR. WIGELL:  46-C, Judge?

22            THE COURT:  Yes.

23            MR. WIGELL:  Thank you, Judge.  Yes, no objection.

24            THE COURT:  Admitted.

25        (Government's Exhibit No. 46-C, previously marked, was

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

 1          admitted in evidence.)

 2               MS. KOSTER:  Permission to publish, Your Honor?

 3               THE COURT:  Yes.

 4    BY MS. KOSTER:

 5    Q.   Okay.  Describe for us, Mr. Savia, what it was about this

 6    particular photograph of a gun that you remember seeing on the

 7    defendant's gun?

 8    A.   The whole gun itself.

 9    Q.   I'm sorry?

10    A.   The whole gun itself.  I mean, I'm pretty familiar with

11    handguns, so --

12    Q.   Okay.  So this looks like the exact model that he had?

13    A.   Oh yeah.

14    Q.   Did you see whether the defendant's gun had a laser sight

15    on it when he showed it to you?

16    A.   In the -- the grip had a laser sight.

17    Q.   Okay.  There was a laser sight attached to the grip

18    somehow?

19    A.   Well, it was molded into the grip.  Like you take the grip

20    off the handgun and then you can put the laser sight grip on

21    it.

22    Q.   Okay.  Do you remember the color of the grip?

23    A.   Black on black.

24    Q.   Do you know Byron's last name?

25    A.   No, I don't.

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

1    Q.   Did you meet Byron?

2    A.   Twice.

3    Q.   Tell us about that.

4    A.   The first time I met him, I helped David move some stuff

5    from the house; he was living in with him.  And then the second

6    time was at a gun range.

7    Q.   There was a time when the defendant lived with Byron?

8    A.   Yes.

9    Q.   You said you also saw him at a gun range?

10   A.   Yes.

11   Q.   Do you remember what gun range?

12   A.   It was in Elkhart.  The name, I don't remember.

13   Q.   What guns did you see the defendant with at the gun range?

14   A.   The .40 caliber Sig Sauer, and then rented a couple guns

15   from the gun range.

16   Q.   Who rented the guns?

17   A.   David did.

18   Q.   What guns do you recall him renting?

19   A.   One was like an M-16 fully automatic, and then the other

20   was a .22 caliber handgun.

21   Q.   Did you see him handle those guns at the gun range?

22   A.   Yes.

23   Q.   And did you see him shoot the guns?

24   A.   Yes.

25   Q.   Now, the M-16 fully automatic gun that --

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

1   A.   It might not have been an M-16, but it was a, you know, it

2   was that type of assault rifle.

3   Q.   For those of us that are less familiar with guns, is that

4   a machine gun?

5   A.   Yes.

6   Q.   Okay.  Where you pull the trigger and a bunch of bullets

7   come out?

8   A.   Yeah.

9   Q.   Do you know why the defendant wanted to shoot a machine

10   gun?

11   A.   No.  I mean, not really why.  I guess cause he wanted to.

12   Q.   Okay.  The gun that you saw the defendant with that you

13   described, did you see him with that gun more than once?

14   A.   Yes.

15   Q.   How many times?

16   A.   Ten -- ten or more.

17   Q.   Did he generally carry it with him every time you saw him?

18   A.   Yeah.

19   Q.   Would you say he was in the habit of carrying the gun?

20   A.   Yes.

21   Q.   Did you ever allow the defendant to stay overnight at your

22   house?

23   A.   Yes.

24   Q.   How many times would you say?

25   A.   Approximately ten.

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

1    Q.    Okay.  And directing your attention to the late 2007,

2    early 2008 time frame, is that the time frame in which he

3    stayed at your house?

4    A.    Yeah.

5    Q.    Now, in those approximately ten times that the defendant

6    stayed at your house, did you ever see him with a computer?

7    A.    Yes, I did.

8    Q.    Do you recall what the computer looked like?

9    A.    It was black -- black in color.  I mean, I remember the

10   computer.

11   Q.    You remember the computer?

12   A.    Uh-huh.

13   Q.    Other than being black, do you remember anything specific

14   about?

15   A.    It had like little swirls on top; it's actually sitting

16   right in front of me.

17   Q.    Okay.  What's the exhibit number on the exhibit you are

18   looking at?

19   A.    One.

20   Q.    How do you know that's the computer you saw him with?

21   A.    It's the exact same computer style.  You know, I mean,

22   whether it's the exact same one he had, but this is what his

23   looked like.

24   Q.    The make and model?

25   A.    Yeah.

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

1   Q.   That you recall him having?

2   A.   (No audible response.)

3          MS. KOSTER:  Your Honor, may I approach the witness

4   and retrieve the exhibit?

5          THE COURT:  You may.

6          MS. KOSTER:  Judge, permission to publish Exhibit 1.

7   It is in evidence.  I just want to put it on the overhead.

8          THE COURT:  Yes.

9          MS. KOSTER:  See if we can see what the witnesses are

10  talking about.

11  BY MS. KOSTER:

12  Q.   We see the shadow from the camera, but around it, we see

13  some shapes.  Can you describe those into the record, please,

14  sir?

15  A.   Just swirly lines all over it.

16  Q.   Okay.

17         MS. KOSTER:  Judge, can Exhibit 1 be passed through

18  the jury so they can see it up close; it is difficult on the

19  overhead.

20         THE COURT:  They are gonna have it in their

21  deliberations.  Why do you want to do that now?

22         MS. KOSTER:  Because several witnesses have described

23  it, Your Honor.

24         THE COURT:  No.

25  \\\

DIRECT EXAMINATION OF VICTOR JOHN SAVIA, JR.

1   BY MS. KOSTER:

2   Q.   Did the defendant allow people to use his computer?

3   A.   No.

4   Q.   How would you describe his behavior toward the computer?

5   A.   Possessive.

6   Q.   Did the defendant ever invite you or your family to a

7   hotel?

8   A.   Yes, he did.

9   Q.   And what was the purpose of going to the hotel?

10  A.   A pool party.

11  Q.   Pool party?

12  A.   Yeah.

13  Q.   You said before you have children?

14  A.   Yes.

15  Q.   What children did he invite to the pool party?

16  A.   Just my kids -- I mean, every -- I ain't sure exactly who

17  all he invited, but I know it was my kids, Kyle and Dusty and

18  Chris and Nicole.   I don't know who else.

19  Q.   Did the defendant ever buy you or your family or your kids

20  food, ice cream, other types of presents?

21  A.   Maybe ice cream truck.

22  Q.   Okay.   Tell us what you remember about him buying ice

23  cream?

24  A.   It was just coming down the road and stopped the ice cream

25  truck.

CROSS-EXAMINATION OF VICTOR JOHN SAVIA, JR.

1    Q.    And bought ice cream for who?

2    A.    For all the kids that were out there.

3    Q.    When the defendant invited you to a pool party at a hotel,

4    did you go?

5    A.    No.

6              MS. KOSTER:  Nothing further.

7              THE COURT:  Cross-exam.

8              MR. WIGELL:  Thank you, Judge.

9                        **CROSS EXAMINATION**

10   BY MR. WIGELL:

11   Q.    Mr. Savia, am I pronouncing your name correctly?

12   A.    It is Savia.

13   Q.    Savia?

14   A.    Yes.

15   Q.    Pardon me.

16         That looks like the gun that you testified that

17   Mr. Resnick had?

18   A.    Same model.

19   Q.    Is it the same exact gun?

20   A.    Same exact model.

21   Q.    Same exact -- pardon me?

22   A.    Model.

23   Q.    Model.  But you don't know if it's the same exact gun?

24   A.    No, I mean, I couldn't tell you if that's one he carried,

25   but it is the same exact model.

CROSS-EXAMINATION OF VICTOR JOHN SAVIA, JR.

1   Q.   Okay.  But this one doesn't have a laser sight on it, does

2   it?

3   A.   Not that I can see.  It might be on the other side because

4   it's only on one side of the gun.

5   Q.   Okay.  But from this picture there is no laser sight?

6   A.   No.  No, sir.

7   Q.   Thank you.  And you divorced David's cousin?

8   A.   Yes.

9   Q.   When was that, sir?

10  A.   2009.  Well, it would have been final in 2010.

11  Q.   Okay.  When did you separate from her?

12  A.   2009, November of 2009.

13  Q.   You went to the range when you saw Mr. Resnick there,

14  didn't you?

15  A.   Yes, I did.

16  Q.   Did you shoot any weapons?

17  A.   Yes, I did.

18  Q.   Did you shoot what you previously described as an M-16 and

19  then you said might have been an M-16 type?  Did you shoot that

20  weapon?

21  A.   It was an assault rifle, and, yes, I did.

22  Q.   And did all of the members of your party shoot it?

23  A.   Maybe not all the members, but majority.

24  Q.   Okay.  And how many -- were there gentlemen and ladies --

25  A.   Yes.

CROSS-EXAMINATION OF VICTOR JOHN SAVIA, JR.

1    Q.    -- in the group?

2    A.    Yes, sir.

3    Q.    I'm sorry.  Let me finish the question.  Were there

4    gentlemen and ladies in the group?

5    A.    Yes.

6    Q.    Okay.  And do you remember about how many people were in

7    the group at the gun range?

8    A.    Four adults and then my two kids.

9    Q.    Okay.  And how many ladies?

10   A.    One.

11   Q.    Okay.  And of the four adults, does that include

12   David Resnick or exclude him?

13   A.    It includes him.

14   Q.    Okay.  And of the four adults then, how many adults shot

15   the assault-type weapon?

16   A.    Three.

17   Q.    And you were one of them?

18   A.    Yes.

19   Q.    David?

20   A.    Yes.

21   Q.    And who was the other?

22   A.    Byron.

23   Q.    Okay.  Not your wife?

24   A.    No.

25   Q.    At the time?

CROSS-EXAMINATION OF VICTOR JOHN SAVIA, JR.

1  A.   At the time, yeah.

2  Q.   Did you shoot any other weapons?

3  A.   Yeah.  Yes, sir.

4  Q.   Did you bring -- I'm sorry.  Were you still answering,

5  sir?

6  A.   Yes, I did.

7  Q.   Okay.  What other weapons did you shoot that day?

8  A.   The .40 caliber Sig Sauer that David had and then .40

9  caliber handgun I had.

10  Q.   Okay.  Any other weapons there that you shot?

11  A.   There was -- not that I shot, no.

12  Q.   Okay.  Did the other gentleman that was there, did he have

13  his own personal weapon?

14  A.   Yes, he did.

15  Q.   What kind of weapon was that?

16  A.   .40 caliber Sig Sauer.

17  Q.   Similar to David's?

18  A.   Exact same model.

19  Q.   Okay.  Did it have a laser sight on it?

20  A.   I couldn't answer that question.  I didn't really pay

21  attention to that.

22  Q.   Okay.  Did you go to this range on more than one occasion?

23  A.   No, one time.

24  Q.   Just the one time?

25  A.   One time.

CROSS-EXAMINATION OF VICTOR JOHN SAVIA, JR.

1   Q.   Where was it again, sir?

2   A.   Elkhart.

3   Q.   Indiana?

4   A.   Yes.

5   Q.   Thank you.  This pool party you talked about before, David

6   invited you and your then wife, didn't he?

7   A.   Yes.

8   Q.   And your children?

9   A.   Yes.

10  Q.   Who else did he invite, if you know?

11  A.   Kyle and Dusty and their kids and Chris and Nicole and

12  their kids.

13  Q.   Okay.  Anybody else that you know that he invited?

14  A.   Not that I know of.

15  Q.   I'm sorry.  Let me finish the question.  Did you know of

16  anyone else that he invited that day, sir?

17  A.   No.

18          MR. WIGELL:  If I can have a moment, Judge, please?

19          THE COURT:  All right.

20          MR. WIGELL:  Thank you.

21  BY MR. WIGELL:

22  Q.   Did Mr. Resnick ever buy your children Christmas presents?

23  A.   One Christmas, probably 2007, the Christmas of 2007.

24          MR. WIGELL:  Thank you.  No further questions, Judge.

25          THE COURT:  Redirect.

1                          **REDIRECT EXAMINATION**

2      BY MS. KOSTER:

3      Q.    What did he buy them?

4      A.    I don't remember.  Exactly, I don't remember, no.

5      Q.    Did he buy a gift for each kid?

6      A.    For -- yeah, one for each of my kids, yeah.

7                   MS. KOSTER:  Nothing further.

8                   THE COURT:  Anything else?

9                   MR. WIGELL:  No, Judge.

10                  THE COURT:  Thank you.  You may step down.  Take

11     about a 15 minute recess.  Same instruction I have been giving

12     you at recesses applies.  Fifteen minutes.

13          (Jury exits.)

14          (A recess was taken at 10:15 a.m.)

15          (The proceedings resumed in open court, reported as

16          follows:)

17                  DEPUTY CLERK:  All rise.

18                  THE COURT:  Please be seated.  Okay.  Who's next?

19                  MR. McGRATH:  Government will call K.M., Your Honor.

20                  THE COURT:  Okay.

21          Defense is living with my order on the motion in limine,

22     correct?

23                  MR. WIGELL:  Yes, sir.

24                  THE COURT:  Thank you.  Let's go.

25          (Jury enters.)

1              THE COURT:  Please be seated.

2       Next witness.

3              MR. McGRATH:  Government calls K.M.

4              THE COURT:  I need to have you stop there.  Face the

5   clerk.  Raise your right hand, take an oath.  Ed, swear him in,

6   please.

7       (The oath was administered.)

8              THE WITNESS:  Yes.

9              THE COURT:  Come be seated right next to me, please.

10  Okay.  You are gonna have to lean forward and speak directly

11  into the microphone in a voice that we all can hear.  Okay?

12  All right.

13                        **DIRECT EXAMINATION**

14  BY MR. McGRATH:

15  Q.   Could you tell us your first name?

16  A.   Kyle.

17  Q.   Kyle, how old are you?

18  A.   Thirteen.

19  Q.   And what are your initials?

20  A.   K.A.M.

21  Q.   What state do you live in?

22  A.   Indiana.

23  Q.   I'm gonna show you what has already been admitted as

24  Government's Exhibit 23.

25             MR. McGRATH:  I'd like to publish this, Your Honor?

DIRECT EXAMINATION OF K.M.

1             THE COURT:  All right.

2    BY MR. McGRATH:

3    Q.   Kyle, who are we looking at in the picture?

4    A.   Me.

5    Q.   Do you know about how old you were in that picture?

6    A.   Probably eight.

7    Q.   And were you eight in the summer of 2008?

8    A.   Yes.

9    Q.   Okay.  During this time, did you know another boy named

10   Tony?

11   A.   Yes.

12   Q.   Who was Tony to you?

13   A.   My friend.

14   Q.   Okay.  What kind of things would you guys do together?

15   A.   Like play games and that stuff.

16   Q.   Was he a good friend?

17   A.   Yeah.

18   Q.   What did you like about him?

19   A.   He was just like me.  He played sports and all that stuff.

20   Q.   What sports do you like to play?

21   A.   Baseball and basketball and football.

22   Q.   How long has it been since you've seen Tony?

23   A.   About a couple years.

24   Q.   Do you know a man named David Resnick?

25   A.   Yes.

1    Q.   Okay.  How do you know him?

2    A.   By -- by the hotel.

3    Q.   Okay.  Could you look around the room here today and see

4    if you can find him and see if he's here?

5    A.   He's right over there.

6    Q.   Could you point out an article of clothing that he's

7    wearing?

8    A.   A suit.

9    Q.   Okay.  Anything in particular about the tie or the suit?

10   A.   It has dots, like diamonds.

11         MR. McGRATH:  Let the record reflect the witness has

12   identified the defendant, David Resnick.

13         THE COURT:  Any objection?

14         MR. WIGELL:  No, Judge.

15         THE COURT:  Yes.

16   BY MR. McGRATH:

17   Q.   In the summer of 2008, did you end up going to a pool

18   party with David Resnick?

19   A.   Yes.

20   Q.   Do you know where it was at?

21   A.   It was at a hotel.

22   Q.   Okay.  Before that had happened, had you spent any time

23   with David Resnick before that?

24   A.   Yes, I believe he took me and my brother and sister to

25   Dairy Queen.

1    Q.    Okay.  Other than that?

2    A.    Not really.

3    Q.    Okay.  Before you went on this trip, what did you think

4    was gonna happen at the party?

5    A.    There was gonna be a lot of kids swimming.

6    Q.    Okay.  Anything else?

7    A.    Um, no.

8    Q.    Okay.  So when you got -- did you go to the hotel?

9    A.    Yeah, I went to the hotel.

10   Q.    Okay.  And when you got there, who else was there?

11   A.    No one else, just us two.

12   Q.    Okay.  Was there another boy there named Tony?

13   A.    Yes.

14   Q.    He came a little later?

15   A.    Yeah.

16   Q.    Okay.  What did you do while you were there?

17   A.    Was swimming.

18   Q.    I want to show you what's been marked as Government's

19   Exhibit 38.

20        MR. McGRATH:  I want to just show this to the

21   witness, Your Honor?

22        THE COURT:  It is not yet in evidence, correct?

23        MR. McGRATH:  Correct.

24        THE COURT:  Okay.

25   \\\

DIRECT EXAMINATION OF K.M.

 1   BY MR. McGRATH:

 2   Q.   I'm gonna show you a couple pictures here, Kyle.  Do you

 3   recognize this first picture?

 4   A.   Yes.  It's the hotel.

 5   Q.   Okay.  Do you recognize this second picture?

 6   A.   I believe that is the front of the hotel.

 7   Q.   Okay.  Do you recognize this third picture?

 8   A.   The swimming pool.

 9   Q.   And do you recognize the fourth picture?

10   A.   Yes.

11   Q.   What is that?

12   A.   The swimming pool.

13   Q.   Okay.

14         MR. McGRATH:  Your Honor, we'd like to admit and

15   publish Government's Exhibit 38.

16         THE COURT:  Any objection?

17         MR. WIGELL:  Pardon me, Judge.  Mr. Resnick was

18   asking me a question.  Could you ask the question again,

19   please.

20         THE COURT:  Any objection?

21         MR. WIGELL:  No, Judge.

22         THE COURT:  It is admitted as Government's Exhibit --

23         MR. McGRATH:  Thirty-eight.

24         THE COURT:  Thirty-eight.  Okay.  You want it

25   published?

DIRECT EXAMINATION OF K.M.

1           MR. McGRATH:  Permission to publish?

2           THE COURT:  Yes.

3    BY MR. McGRATH:

4    Q.   Looking at this again, so this is the first page that you

5    said is the hotel.  How do you recognize it as the hotel?

6    A.   The parking lot.

7    Q.   And you said that you went swimming while you were there?

8    A.   Yes.

9    Q.   Is that a picture of the pool?

10   A.   Yep.

11   Q.   And this is a better one I think.  Okay.  That's the pool

12   as well?

13   A.   Yeah.

14   Q.   Who did you go swimming with?

15   A.   David.

16   Q.   And when you say "David," do you mean David Resnick?

17   A.   Yes.

18   Q.   Was there anyone else that went in the pool with you?

19   A.   No.

20   Q.   Did anyone else besides Tony show up to this party?

21   A.   No one else.

22   Q.   What did you do with David when you were in the pool?

23   A.   Went swimming.

24   Q.   Okay.  Was there a point in time where something kind of

25   strange happened in the pool with David Resnick?

DIRECT EXAMINATION OF K.M.

1    A.    Yeah.

2    Q.    What happened?

3    A.    He threw me in the air and my shorts went down.

4    Q.    Okay.  Did that happen more than once?

5    A.    I believe so, yeah.

6    Q.    Now, at some point did your friend Tony get there?

7    A.    Probably later on that afternoon or nighttime.

8    Q.    Okay.

9            MR. McGRATH:  One second, Your Honor.

10   BY MR. McGRATH:

11   Q.    When you were in the pool, you said your shorts came down?

12   A.    Yeah.

13   Q.    How far did they go?

14   A.    Uh, probably to my knees.

15   Q.    Okay.  Did David react in any way?

16   A.    I believe he reacted by laughing.

17   Q.    Both times?

18   A.    I think so, yeah.

19   Q.    So when Tony got there, did he go swimming?

20   A.    I don't believe so.

21   Q.    Okay.  What did you do next after the swimming?

22   A.    After the swimming we went to -- back to the hotel -- the

23   hotel room.

24   Q.    The hotel room?

25   A.    Yeah.

1    Q.    What did you do in the hotel room first?

2    A.    First I was -- I believe I was playing this game.

3    Q.    Was this a game that David Resnick had at the hotel?

4    A.    Could you repeat that again?

5    Q.    Was it a game that David Resnick had at the hotel or was

6    it one you brought with you?

7    A.    He had -- I believe he brought it with him.

8    Q.    Okay.  To connect it to the TV?

9    A.    Yeah.

10   Q.    So a video game?

11   A.    (No audible response.)

12            THE COURT:  You have to speak.

13   BY THE WITNESS:

14   A.    Yes.

15   BY MR. McGRATH:

16   Q.    Did you guys get anything to eat?

17   A.    Yeah, McDonald's.

18   Q.    Okay.

19            MR. WIGELL:  I'm sorry, I didn't hear the answer,

20   Judge.

21            THE COURT:  He said, Yes, McDonald's.

22            MR. WIGELL:  Thank you.

23   BY MR. McGRATH:

24   Q.    Now, was the plan for you and Tony to spend the night?

25   A.    Um, yeah.

DIRECT EXAMINATION OF K.M.

1   Q.   Okay.  I want to show you what's already been marked and

2   admitted as Government's Exhibit 38.

3          MR. McGRATH:  I'd like to publish, Your Honor?

4          THE COURT:  Yes.

5   BY MR. McGRATH:

6   Q.   Do you recognize that picture?

7   A.   Yeah, it's the hotel room.

8   Q.   Okay.  Do you remember how many beds were in the hotel

9   room?

10  A.   There was one.

11  Q.   Okay.  I'll show you the second page of that.  Is that the

12  other part of the hotel room?

13  A.   Yes.

14  Q.   And was that the TV you were playing video games on?

15  A.   No, it was not a flat screen.  It was a box TV.

16  Q.   Okay.  So it was a box TV at the time?

17  A.   Yes.

18  Q.   Did Tony end up spending the night there?

19  A.   Um, no, we got like -- we were mostly wrestling and then

20  we came into a fight.

21  Q.   Okay.  So was Tony sent home at some point?

22  A.   Yes.

23  Q.   After Tony was sent home, did David Resnick take you to

24  your home?

25  A.   No, we went back to the hotel.

DIRECT EXAMINATION OF K.M.

1   Q.   Did he ask you if you wanted to go home?

2   A.   I don't believe so.

3   Q.   So what did you do when you got back to the hotel room?

4   A.   I believe I asked him if I could go swimming again.

5   Q.   And did you go swimming again?

6   A.   Yes.

7   Q.   And after that, did you find something in the room that

8   you weren't expecting?

9   A.   Yes.

10  Q.   And what was that?

11  A.   A gun.

12  Q.   Where did you find the gun?

13  A.   The gun, I believe it was in the right dresser or like the

14  entertainment.

15  Q.   Was it in a dresser or was it one of the end tables?

16  A.   The end tables.

17  Q.   Okay.  Looking at this picture, and I realize you can only

18  see one, would it be in the one that's in the picture or not in

19  the picture?

20  A.   Not in the picture.

21  Q.   Okay.  Can you describe what the gun looked like?

22  A.   It was black and I believe it had a laser on it.

23  Q.   Okay.  What happened when you saw it?

24  A.   When I saw it, David -- I believe he told me, "That's my

25  gun," so I put it back down.

DIRECT EXAMINATION OF K.M.                    Vol. 2, Page  77

1         And he said, "Do you want to hold it?"

2         I said, "Yeah."

3    Q.   Do you know if the gun was loaded?

4    A.   Um, no, but he took the clip out.

5    Q.   Okay.  So there was a clip in it?

6    A.   Yes.

7    Q.   And he took it out to show you?

8    A.   Yes.

9    Q.   Okay.  Now, do you remember a time when you came to our

10   office in this building?

11   A.   Yeah.

12   Q.   And did we ask you to draw a picture of the gun that you

13   saw?

14   A.   Yes.

15   Q.   Okay.  I'm gonna show you and only the witness what has

16   been marked as Government's Exhibit 36.  Is this the picture

17   you drew?

18   A.   Yes.

19   Q.   Okay.  Can you take us through what the gun looked like

20   here?  What is the --

21        THE COURT:  It is not in evidence yet.  You are gonna

22   have him talk about what the exhibit is.

23        MR. McGRATH:  I agree, Your Honor.

24        THE COURT:  It is not appropriate.

25        MR. McGRATH:  I apologize.

DIRECT EXAMINATION OF K.M.

1   BY MR. McGRATH:

2   Q.   You drew this picture, correct?

3   A.   Yes.

4        MR. McGRATH:  We'd like to admit this picture into

5   evidence and publish it to the jury.

6        THE COURT:  Any objection?

7        MR. WIGELL:  Foundation as to when it was drawn,

8   Judge.

9        THE COURT:  Ask him.

10  BY MR. McGRATH:

11  Q.   Did you draw this picture when you came to our office?

12  A.   Yes.

13  Q.   A little while ago?

14  A.   Okay.

15       THE COURT:  When did you come to his office?

16       THE WITNESS:  I came to his office June 7th, 2013.

17       THE COURT:  Any objection?

18       MR. WIGELL:  No, Judge.

19       THE COURT:  It is admitted.

20       MR. McGRATH:  Thank you.

21       THE COURT:  It is published.

22  BY MR. McGRATH:

23  Q.   So was there anything on this gun that was unusual to you?

24  A.   Um, no.

25  Q.   Did you see a laser on it; is that what you draw at this

DIRECT EXAMINATION OF K.M.

1   portion here?

2   A.   Yes.

3   Q.   Okay.  And what color was the gun?

4   A.   Black.

5   Q.   Was there any part of the gun that wasn't black?

6   A.   The color of the laser.

7   Q.   Okay.  What color was the laser?

8   A.   Red.

9   Q.   Okay.  And you also drew a picture right next to this;

10  what is this here?

11  A.   What the bullet looked like.

12  Q.   Okay.  And did this -- was the gun just straight out of

13  the gun, or was it in anything?

14  A.   I believe it was in a gun case.

15  Q.   Okay.  I want to show you a few pictures that have already

16  been admitted into evidence.  I'm gonna show you a series of

17  them.  If you can tell me if any of them look like the gun that

18  you remember.

19          MR. McGRATH:  And Judge, I'm gonna show government's

20  46-A, 46-B, and 46-C?

21          THE COURT:  All in evidence, correct?

22          MR. McGRATH:  All in evidence.

23          THE COURT:  All right.

24          MR. McGRATH:  And I'd like to publish them, Your

25  Honor.

1              THE COURT:  Yes.

2    BY MR. McGRATH:

3    Q.   Does that look like the gun you saw?

4    A.   No.

5    Q.   That's 46-A for the record.  This is 46-B.  Does that look

6    like the gun you saw?

7    A.   A little.

8    Q.   What about this gun makes it seem like the gun you saw?

9    A.   The laser.

10   Q.   Okay.  Anything else about it?

11   A.   And the color.

12   Q.   Okay.  I'm gonna show you what has been marked as

13   Government's Exhibit 46-C.  Does that look like the gun?

14   A.   No.

15   Q.   Anything about that that looks like the gun?

16   A.   The color.

17   Q.   What color?

18   A.   It's silver and black.

19   Q.   Was the gun you saw silver and black?

20   A.   No.

21   Q.   The gun you saw was what color?

22   A.   Black.

23   Q.   So those three pictures, is 46-B the one it looked most

24   like?

25   A.   Yes.

1    Q.    Okay.

2              MR. McGRATH:  One moment, Your Honor.

3    BY MR. McGRATH:

4    Q.    Okay.  What did you do after you were shown the gun?

5    A.    I turned on the laser.

6    Q.    Okay.  You tried the laser?

7    A.    Yes.

8    Q.    So he let you point the gun?

9    A.    Uh-huh.

10             THE COURT:  Is that a "yes" or "no"?

11             THE WITNESS:  Yes.

12             THE COURT:  You have to speak in words.

13             THE WITNESS:  Okay.

14   BY MR. McGRATH:

15   Q.    And after that, what did you guys do, after you were done

16   with the gun?

17   A.    I believe we went to bed.

18   Q.    Okay.  I want to talk a little bit more about this hotel

19   room.  Now, you said there was one bed.  Were there chairs

20   there?

21   A.    Yes, it was one chair in the left corner.

22   Q.    Okay.  What else do you remember about it?

23   A.    I don't really know.

24   Q.    Okay.  I want to show you what has been marked as

25   Government's Exhibit 37.  This is not in evidence yet.

DIRECT EXAMINATION OF K.M.

1      Okay.  Could you take a look at what we have on the

2  screen?

3  A.   Yes, the bedroom.

4  Q.   Okay.  Who drew this picture?

5  A.   I did.

6  Q.   And when did you draw it?

7  A.   June -- yeah, June 7, 2013.

8  Q.   Is that your signature there and the date that you wrote

9  on them?

10  A.   Yes.

11  Q.   And where did you draw it?

12  A.   I drew it here.

13      MR. McGRATH:  Government would like to admit and

14  publish Government's Exhibit 37.

15      THE COURT:  Any objection?

16      MR. WIGELL:  No, Judge.

17      THE COURT:  Admitted and published.

18      (Government's Exhibit No. 37, previously marked, was

19      admitted in evidence.)

20  BY MR. McGRATH:

21  Q.   Okay.  So is this a picture of the room --

22  A.   Yes.

23  Q.   -- that you were in?  And this is a picture you drew?

24  A.   Yep.

25  Q.   So over here on the right-hand side at the bottom, what is

1   this here?

2   A.    The door.

3   Q.    Okay.  And right above that to the right of it, what is

4   that?

5   A.    It's the bathroom.

6   Q.    Okay.  And as you walk in to the left of the door, what is

7   that?

8   A.    The TV.

9   Q.    Okay.  And up in the right hand corner near the bed, what

10  is that there?

11  A.    It was the -- I believe it's the end table with the gun.

12  Q.    That's where the gun was?

13  A.    Yes.

14  Q.    Okay.  And over on the left-hand side in the corner, what

15  is that there?

16  A.    It's a chair.

17  Q.    Okay.  What kind of chair was it?

18  A.    It was -- I believe it was a love seat.

19  Q.    Okay.  And in the middle, what is this in the middle?

20  A.    The bed.

21  Q.    Okay.  Now, before you went to sleep that night, did you

22  talk to David about who was gonna sleep where?

23  A.    Um, yes.

24  Q.    Did you ask him to sleep in anyplace particular?

25  A.    I asked if I could sleep in the chair.  He said it would

DIRECT EXAMINATION OF K.M.

1   be uncomfortable.

2   Q.   Okay.  So where did you end up sleeping?

3   A.   In the bed.

4   Q.   And where did David end up sleeping?

5   A.   On the bed, too.

6   Q.   Okay.  Going back to your picture, who was on the

7   left-hand side of the bed?

8   A.   Me.

9   Q.   And who was on the right-hand side of the bed?

10  A.   David.

11  Q.   When you went to sleep, did you go to sleep first or did

12  David go to sleep first?

13  A.   I believe I went to sleep first.

14  Q.   Okay.  And where was David when you went to sleep?

15  A.   On the bed.

16  Q.   Was there a point during the night where you woke up?

17  A.   Yes.

18  Q.   Do you know about what time that was?

19  A.   Around -- I don't know what time, but it was in the

20  morning.

21  Q.   Okay.  It was early morning?

22  A.   Yeah.

23  Q.   What did you do when you woke up?

24  A.   When I woke up, I turned on the TV.  That's when David

25  touched me.

DIRECT EXAMINATION OF K.M.

1  Q.   Okay.  You said that David touched you.  How did he touch

2  you?

3  A.   He touched me in my -- by my penis.

4  Q.   Did you say he touched you on your penis?

5  A.   Yes.

6  Q.   Okay.  What was he doing when he touched you then?

7  A.   He was rubbing.

8  Q.   Did he say anything while he was doing that?

9  A.   No.

10  Q.   Were his eyes open?

11  A.   No.

12  Q.   What was it feeling like when he touched you; what

13  sensation was it?

14  A.   Uncomfortable.

15  Q.   Okay.  Was he moving his hand?

16  A.   Yes.

17  Q.   You said his eyes were closed.  Was he pretending to be

18  asleep?

19  A.   I believe so.

20  Q.   How long did that go on?

21  A.   For a couple minutes.

22  Q.   What were you doing when he was doing it?

23  A.   Um, I was saying, "David, stop."

24  Q.   Did he respond to you when he said that?

25  A.   No.

DIRECT EXAMINATION OF K.M.

1  Q.   How were you feeling when he was doing it?

2  A.   I was feeling very uncomfortable.

3  Q.   After you asked him to stop, did you do anything to make

4  it stop?

5  A.   Yes, I got up and went to the chair.

6  Q.   When you got up and went to the chair, did David say

7  anything?

8  A.   No.

9  Q.   Did he ever open his eyes?

10 A.   No.

11 Q.   Did he touch you again that night?

12 A.   No.

13 Q.   Did you end up falling back asleep?

14 A.   I believe not.

15 Q.   Okay.  What were you thinking while you were in the chair?

16 A.   Why did he touch me.

17 Q.   When you both woke up the next morning, what did you do?

18 A.   I went home.

19 Q.   Okay.  Did you ask to go home?

20 A.   Yes.

21 Q.   Before you left the hotel, did he say anything about what

22 he had done to you?

23 A.   No.

24 Q.   And then did he drive you home?

25 A.   Yes.

1   Q.   Did he say anything to you about -- on the way home about

2   what happened?

3   A.   No.

4   Q.   Did he say anything about other boys?

5   A.   Yes.

6   Q.   What did he say?

7   A.   He said, If you see any boys, do the same thing I did to

8   you.

9   Q.   A few months later did you tell someone what David Resnick

10  did?

11  A.   Yes.

12  Q.   Who did you tell?

13  A.   My mom.

14  Q.   Was it at that point the police were called?

15  A.   Yes.

16  Q.   And after that, did you ever see the defendant,

17  David Resnick, again until today?

18  A.   Not since but today, yeah.

19  Q.   Okay.

20          MR. McGRATH:  One moment, Your Honor.  No more

21  questions.

22          THE COURT:  Cross-exam.

23          MR. WIGELL:  Yes, Judge.  If I could just have one

24  moment.  Thank you, Judge.

25  \\\

CROSS-EXAMINATION OF K.M.

1                          **CROSS-EXAMINATION**

2    BY MR. WIGELL:

3    Q.   Is it okay if I call you Kyle?

4    A.   Yes.

5    Q.   Okay.  Thank you.  The pool party that happened at the

6    hotel, did your parents drive you there or did David come and

7    pick you up?

8    A.   I believe David came to pick us up.

9    Q.   And when you say "us," who do you mean?

10   A.   Me and Tony.

11   Q.   You say he picked you up at the same time?

12   A.   Yes.

13   Q.   So you got there at the same time?

14   A.   I believe so, yeah.

15   Q.   Okay.  And all of you -- you, Tony and David went

16   swimming?

17   A.   (No audible response.)

18   Q.   You have to say out loud, please.

19   A.   Yes.

20   Q.   And did you change in the room or when you came to the

21   hotel were you already wearing your swimming trunks?

22   A.   I changed in the bathroom.

23   Q.   Okay.  And what about Tony?

24   A.   Tony, I believe he brought his swimming trunks.

25   Q.   Okay.  He came in his trunks?

CROSS-EXAMINATION OF K.M.

1    A.    Yeah.

2    Q.    Okay.  And did you go to the room first or to the pool

3    first?

4    A.    The room.

5    Q.    How long did you stay in the room before you went to the

6    pool?

7    A.    For a couple minutes.

8    Q.    Okay.  And was any dogs there?

9    A.    Yes.

10   Q.    Which dog was there?

11   A.    There was David's dog.

12   Q.    David's dog.  Do you remember David's dog's name?

13   A.    No.

14   Q.    Could it have been Zoe?

15   A.    I believe so.

16   Q.    You remember what kind of dog it was?

17   A.    It was a pit bull.

18   Q.    Okay.  But Tony didn't stay all night, did he?

19   A.    No.

20   Q.    Cause you and he had a fight?

21   A.    Yes.

22   Q.    Did he hit you in the eye?

23   A.    I think so, yeah.

24   Q.    Okay.  You have to speak a little bit louder, I'm sorry.

25   A.    Okay.

CROSS-EXAMINATION OF K.M.

1    Q.    Did he hit you in the eye?

2    A.    I believe so.

3    Q.    Okay.  And then you went home, right?

4    A.    Yeah.

5    Q.    Did David drive you home?

6    A.    Not me, but Tony home, yeah.

7    Q.    Pardon me?

8    A.    Not me, but Tony home, yeah.

9    Q.    He drove Tony home?

10   A.    Yeah.

11   Q.    You stayed in the hotel alone?

12   A.    No, I went with him.

13   Q.    Oh, okay.  So you went with him to drive Tony home?

14   A.    Yeah.

15   Q.    Okay.  And you went in his pickup truck?

16   A.    Yep.

17   Q.    What about Zoe, the dog, did she go with?

18   A.    I don't remember that.

19   Q.    Okay.  And then you and David went back to the hotel room,

20   right?

21   A.    Yes.

22   Q.    And you went swimming again?

23   A.    Yep.

24   Q.    Now, when you found the gun in the room, where was David?

25   A.    David was with me.

CROSS-EXAMINATION OF K.M.                          Vol. 2, Page 91

1    Q.   He was in the room with you?

2    A.   Yes.

3    Q.   And you opened up the drawer and there was the gun?

4    A.   Yes.

5    Q.   Okay.  I thought you said it was in a case?

6    A.   It was in a case, but when I opened up the drawer, it was

7    inside.

8    Q.   I didn't hear you, I'm sorry.

9    A.   When I opened up the drawer, the gun was inside the case

10   inside the drawer.

11   Q.   Did you see the gun or the case, please?

12   A.   I saw the case with the gun.

13   Q.   Okay.  Was it a clear, plastic case?

14   A.   I don't remember if it was.

15   Q.   Okay.  Could you see through the case and see the gun?

16   A.   No.

17   Q.   Okay.  But the gun you saw that day was all black, wasn't

18   it?

19   A.   Yes.

20   Q.   Okay.  It didn't have any silver metal on it, did it?

21   A.   No.

22   Q.   I'm gonna show what's been previously marked as

23   Government's Exhibit 37, and I believe it's in evidence, Judge?

24            THE COURT:  You want it published?

25            MR. WIGELL:  I do.

CROSS-EXAMINATION OF K.M.

 1            THE COURT:  Just have to ask, sir.

 2            MR. WIGELL:  Thank you, Judge.  May I have it

 3    published?

 4            THE COURT:  It is.

 5            MR. WIGELL:  Thank you, Judge.

 6    BY MR. WIGELL:

 7    Q.    You remember drawing that picture?

 8    A.    Yes.

 9    Q.    And you drew that a little -- in June -- June 7th of this

10    year, right?

11    A.    Yes.

12    Q.    Who was present when you drew it?

13    A.    The FBI people right behind you.

14    Q.    Okay.  And which of these people at the desk were present

15    when you drew it?

16    A.    Both of them.

17    Q.    Okay.  The woman and the man?

18    A.    Yes.

19    Q.    Anybody else?

20    A.    I believe it was the one next to the lady -- the other

21    side.

22    Q.    Okay.  And the person with the striped tie on?

23    A.    Yes.

24    Q.    He was there, too?

25    A.    (No audible response.)

CROSS-EXAMINATION OF K.M.

1    Q.    Okay.  And anybody else in the room?

2    A.    No, I believe not.

3    Q.    Okay.  And they asked you a bunch of questions, right?

4    A.    Yes.

5    Q.    And then they said, Can you draw a picture of the hotel

6    room?

7    A.    Yep.

8    Q.    And they gave you a piece of paper?

9    A.    Yes.

10   Q.    They give you a pen or a pencil?

11   A.    It was a pen.

12   Q.    And then they said -- did you ask them any questions about

13   what kind of picture they wanted you to draw?

14   A.    I believe no.

15   Q.    Okay.  Did they say, Tell us where the bed was?

16   A.    Um, yes.

17   Q.    And did they say, Tell us where the night stand was?

18   A.    Um, yeah.

19   Q.    And did they say, Tell us where the door where you came in

20   was?

21   A.    Yes.

22   Q.    And did they say, Tell us where the chair was?

23   A.    Yes.

24   Q.    And did they say, Tell us where the TV was?

25   A.    Yes.

CROSS-EXAMINATION OF K.M.

1    Q.   And after they asked you those questions, you drew the

2    picture, right?

3    A.   Yes.

4    Q.   Did they help you draw it?

5    A.   No.

6    Q.   Now, after this evening, you went home in the morning?

7    A.   Yes.

8    Q.   And David drove you to your home?

9    A.   Yes.

10        THE COURT:  You have to speak a little louder.  Why

11   don't you pull that microphone down.  There you go.

12   BY MR. WIGELL:

13   Q.   And did he come in your house or did he just open the door

14   and let you out?

15   A.   He just opened the car door and I got out.

16   Q.   Okay.  And then you went in alone?

17   A.   Yes.

18   Q.   Okay.  And did you tell your mom what happened in the

19   hotel?

20   A.   For like a month later I told her.

21   Q.   Okay.  Why didn't you tell her that day?

22   A.   I was scared.

23   Q.   Of what?

24   A.   Getting in trouble.

25   Q.   With your mom?

CROSS-EXAMINATION OF K.M.

1   A.    Yeah.

2   Q.    After you told your mom, did you tell anybody else?

3   A.    Um, I believe I told Tony.

4   Q.    Okay.  Did you tell him on the phone or in person?

5   A.    In person.

6   Q.    Okay.  And did you ever tell the police?

7   A.    Um, yes.

8   Q.    Okay.  What police did you tell?

9   A.    I told a FBI person.

10  Q.    Okay.  And was that close in time to the time that you

11  told your mom or way later?

12  A.    About close.

13  Q.    Okay.  Within a day or a week or if you can tell me how

14  close in time was it?

15  A.    I believe it was a couple weeks.

16  Q.    Okay.  Couple weeks after you told your mom?

17  A.    Yeah.

18  Q.    And you told your mom, so I can be clear, about a month

19  after you went to the hotel?

20  A.    Yes.

21  Q.    Did you see Tony in between the time that you were at the

22  hotel and the time that you told mom?

23  A.    Yeah.

24  Q.    How many times?

25  A.    A lot.

1   Q.   Okay.  Give me an idea of what "a lot" means.  Did you see

2   him every day?

3   A.   Yeah, close to that.

4   Q.   Okay.  Because you lived close by?

5   A.   Yeah.

6   Q.   And you hung out together a lot?

7   A.   Yeah.

8   Q.   Now, let's go back to the drawing for a second.  Do you

9   see this part over here where you drew this item here?  What is

10  that?

11  A.   It's a chair.

12  Q.   Okay.  But when you talked about the chair before, you

13  called it a love seat, didn't you?

14  A.   Yes.

15  Q.   Okay.  Is there a difference between a chair and a love

16  seat?

17  A.   No.

18  Q.   They are the same?

19  A.   Well, close to it, yeah.

20  Q.   Okay.  Is a chair the same size or smaller than a love

21  seat?

22  A.   I would say same size.

23  Q.   Okay.  And when you drew the picture and you were talking

24  to the people that you told me about earlier, did they say,

25  Tell us -- did they ask you this question:  Tell us where you

CROSS-EXAMINATION OF K.M.

1    and David were sleeping on the bed?

2    A.   Yes.

3    Q.   And they said, Tell us which side of the bed you were

4    sleeping on?

5    A.   Yes.

6    Q.   And which side of the bed David was sleeping on?

7    A.   Yes.

8              MR. WIGELL:  Thank you.  No further questions, Judge.

9              THE COURT:  Redirect.  Any questions, sir?

10             MR. McGRATH:  Yes, Your Honor, just one moment.

11                      **REDIRECT EXAMINATION**

12   BY MR. McGRATH:

13   Q.   Kyle, the picture you drew --

14             MR. McGRATH:  We'd like to publish it again?

15             THE COURT:  Yes.

16   BY MR. McGRATH:

17   Q.   Is that how you remembered the room looking?

18   A.   Yes.

19   Q.   Did the government ever tell you where to put anything in

20   that picture?

21   A.   No.

22   Q.   Did the government show -- when I talk about "the

23   government," did I or Jill Koster or Matt Chicantek or anyone

24   in that room describe to you any room and ask you to draw it?

25   A.   No.

1   Q.    Did we show you any pictures before you drew this room to

2   make you understand what the room looked like?

3   A.    No.

4   Q.    Okay.  So this was how you remember the room?

5   A.    Yes.

6   Q.    Did anyone in that room, again Jill or Matt Chicantek, Ms.

7   Koster or I suggest to you what happened in that room when you

8   were there?  Did we tell you what happened in that room?

9           MR. WIGELL:  Objection.  Compound question.

10          THE COURT:  Overruled.  Do you understand the

11  question?

12          THE WITNESS:  No.

13          MR. McGRATH:  I'll ask you again.  I'm sorry.

14          THE COURT:  Break it down.

15  BY MR. McGRATH:

16  Q.    Did anyone who was in that room with you that day when we

17  were here talking about this, did we tell you what happened in

18  the room between you and David or did you tell us?

19  A.    I told you.

20  Q.    Did we suggest anything that happened?

21  A.    No.

22  Q.    Was what you told us then and what you told us on the

23  stand now the absolute truth?

24  A.    Yes.

25  Q.    And is it the truth that David touched you in that room?

REDIRECT EXAMINATION OF K.M.

1   A.    Yes.

2           MR. McGRATH:  No more questions.

3           THE COURT:  Recross.

4                       **RECROSS-EXAMINATION**

5   BY MR. WIGELL:

6   Q.    But it's also the truth that they told you that there was

7   a bed in the room, didn't they?

8   A.    They never told me there was a bed in the room.  This all

9   came from memory.

10  Q.    Okay.  But they said, Show us where the bed was?

11  A.    Yes.

12  Q.    Is that the words they used?

13  A.    Yes.

14  Q.    And did they say, Show us where the chair was?

15  A.    Yes.

16  Q.    And was that the words they used?

17  A.    Yes.

18  Q.    And did they say, Show us where the TV was?

19  A.    Yes.

20  Q.    And is that the words they used?

21  A.    Yes.

22          MR. WIGELL:  No further questions.

23          THE COURT:  Anything else?

24          MR. McGRATH:  No, Your Honor.

25          THE COURT:  Thank you, sir.  You may step down.  Next

RECROSS-EXAMINATION OF K.M.

 1  witness.

 2          MS. KOSTER:  The government calls S. Pal Singh.

 3          THE COURT:  Come on up front, please.  I need to have

 4  you stop there, though.  Turn and face the clerk over here.

 5  Raise your right hand.  Take an oath.  Right here.  He'll swear

 6  you in.

 7      (The oath was administered.)

 8          THE WITNESS:  Yes, I do.

 9          THE COURT:  Come be seated right next to me.  Okay.

10  The chair doesn't move forward or backward, so you are gonna

11  have to lean forward and speak directly into the microphone,

12  okay?  The microphone is in front of you.  See it?  Speak

13  directly into the microphone.

                        **DIRECT EXAMINATION**

15  BY MS. KOSTER:

16  Q.   Good morning, Mr. Singh.  Can you state your full name

17  please?

18  A.   My name S. Pal Singh.

19  Q.   Can you spell your last name for the court reporter,

20  please?

21  A.   S-I-N-G-H.

22  Q.   Where do you live, sir?

23  A.   I live in Crown Point, Indiana.

24  Q.   How long have you lived in Indiana?

25  A.   Indiana, I am here like around seven, eight year.

DIRECT EXAMINATION OF S. PAL SINGH

1    Q.    Okay.  What do you do for a living, sir?

2    A.    I manage two hotels, Comfort Inn and Comfort Suites in --

3    one Comfort Inn in Hobart, Indiana; Comfort Inn in

4    Merrillville.

5    Q.    You manage the Comfort Inn in Hobart?

6    A.    Yes, I do.

7    Q.    Okay.  I want to direct your attention to Government's

8    Exhibit 38.

9            MS. KOSTER:  It's in evidence, Your Honor.

10   Permission to publish?

11           THE COURT:  Yes.

12   BY MS. KOSTER:

13   Q.    Can you tell us what that is?

14   A.    Yes, this is Comfort Inn building, yes.

15   Q.    That's the Comfort Inn in Hobart, Indiana?

16   A.    Yes.

17   Q.    Is this also a photograph of the Comfort Inn in Hobart,

18   albeit not a very good picture?

19   A.    Yes.

20   Q.    And what about this, I'm showing you now page 3 of

21   Government's Exhibit 38?

22   A.    This is the swimming pool in Comfort Inn.

23   Q.    And page 4?

24   A.    This is a spa --

25   Q.    Okay.

1   A.    No, it's the pool house.  This is the swimming pool also.

2   Q.    Swimming pool in Comfort Inn in Hobart, Indiana?

3   A.    Yes.

4         MS. KOSTER:  Judge, permission to show the witness

5   only what has been marked Government's Exhibit 17, not yet in

6   evidence?

7         THE COURT:  All right.

8   BY MS. KOSTER:

9   Q.    Can you see the records up on the screen, Mr. Singh?

10  A.    (No response.)

11  Q.    I'll turn it.  Sorry.  Do you see the records?

12  A.    This is our record, yes.

13  Q.    Okay.  You recognize these records?

14  A.    Little bit more.

15        MS. KOSTER:  Let me -- can I hand it to him, Your

16  Honor?

17  A.    Yes, this is our record, yes.

18        THE COURT:  He's answered the question.

19        MS. KOSTER:  I'm gonna flip through multiple pages.

20  Can I hand him a copy?  It's difficult.

21        THE COURT:  Fine.

22  BY MS. KOSTER:

23  Q.    I'm handing you, sir, a copy of Government's Exhibit 17.

24  A.    Okay.

25  Q.    I'm gonna refer you on the overhead to certain pages.  If

 1   you need to look at them up close, you can use that copy.

 2   A.    This is our record.

 3   Q.    Now, can you flip through, please, all of the pages of

 4   Government's Exhibit 17 that you have there.  I'm gonna ask you

 5   some questions about the records as a whole, okay?  So please

 6   just flip through, familiarize yourself with the records.

 7   A.    (Witness complied.)  This is our record.

 8   Q.    Okay.  Are the records in Government's Exhibit 17, were

 9   they made and kept in the regular course of business at the

10   Comfort Inn in Hobart, Indiana?

11   A.    Yes, this is complete, yes.

12   Q.    I'm sorry, can you speak up?

13   A.    Say one more time.  I didn't hear very well.

14   Q.    Were these records made and kept in the regular course of

15   business at the Comfort Inn in Hobart, Indiana?

16   A.    Yes.

17   Q.    And are they recorded at or near the time of the events

18   depicted in the records?

19   A.    Yes.

20   Q.    And are they recorded by a person with knowledge of those

21   events?  In other words, the person keeping these records, they

22   are writing information that they know, correct?

23   A.    Yes, we keep the records, yes.

24   Q.    Okay.

25              MS. KOSTER:  Government moves to admit Exhibit 17,

DIRECT EXAMINATION OF S. PAL SINGH

 1    Your Honor.

 2              THE COURT:  Any objection?

 3              MR. WIGELL:  No, Judge.

 4              THE COURT:  Admitted.

 5              MR. WIGELL:  Pardon me, Judge, as it is not my

 6    witness.  I apologize.  It is Ms. Rashid.

 7              MS. RASHID:  No objection to this exhibit.

 8              THE COURT:  It is admitted.

 9         (Government's Exhibit No. 17, previously marked, was

10         admitted in evidence.)

11    BY MS. KOSTER:

12    Q.   Mr. Singh, I want to direct your attention to the first

13    page of Government's Exhibit 17.

14              MS. KOSTER:  And we ask permission to publish, Your

15    Honor?

16              THE COURT:  Yes.

17    BY MS. KOSTER:

18    Q.   Can you read to us the date that's in the top left corner

19    of the record?

20    A.   Yes.

21    Q.   What is that date?

22    A.   They have the room, reference the number and guest name,

23    the guest account number, like staying, check-in date and

24    departure date up to that.

25              THE COURT:  What's the date?

1    BY MS. KOSTER:

2    Q.   This date here, sir, what is that date?

3    A.   Oh, August 6, 2008.

4    Q.   Okay.  And so are these records showing who was checked

5    into the hotel on August 6, 2008?

6    A.   Yes.

7    Q.   All right.  Now, I want to direct your attention to page 3

8    of the exhibit.  Do you see the name "David Resnick" on page 3?

9    A.   Yes.

10   Q.   And is there a room number associated with that guest?

11   A.   Room No. 106, David Resnick.

12   Q.   Now, there's some other information provided on the page.

13   For example, a departure date of August 7, 2008?

14   A.   Yes.  Yes.

15   Q.   Do you see that?

16   A.   Uh-huh.

17   Q.   And "NK".  What does that stand for?

18   A.   Nonsmoking king size room; have one king size bed in the

19   room.

20   Q.   Okay.  And we see "CLC."  What does that mean, sir?

21   A.   CLC is called here is corporate lodging guest.  So that

22   means he had corporate lodging card, which usually

23   businesspeople get that usually.

24   Q.   You said corporate lodging card?

25   A.   Yes.

1    Q.    Like a frequent stay card?

2    A.    No, that -- so that way they can get discount for that.

3    Q.    They got a discount for being part of a corporate lodging

4    program?

5    A.    Yeah, corporate lodging, we have fixed rate so we charged

6    that.

7    Q.    Okay.  Now, I want to direct your attention to page 8 of

8    the exhibit.

9    A.    Yes.  So that mean he stay -- he extend the night to stay

10   up to August 8.

11   Q.    Okay.  And let me just scroll down so the jury can see

12   the -- now, the date at the top of the page is the 7th of

13   August, correct?

14   A.    Yes, August 7th.

15   Q.    Okay.  So he extended to stay longer?

16   A.    Yes.

17   Q.    Was he still in Room 106?

18   A.    He extend to the 8th.

19   Q.    He extended to the 8th of August?

20   A.    Yes.

21   Q.    Was he still in Room 106?

22   A.    Yes, stay in the same room, yes.

23   Q.    Same room, all right.  Directing your attention now to

24   page 12 of the exhibit, the date on top is what?

25   A.    August 8.

DIRECT EXAMINATION OF S. PAL SINGH

1    Q.    And on that day, did he extend his stay further?

2    A.    That mean he extend another night to up to checkout on

3    9th.

4    Q.    Was he still in Room 106?

5    A.    Still in 106, yes.

6    Q.    And that's still a nonsmoking king room, correct?

7    A.    Same room, yes.

8    Q.    Same room.  All right.  At the top of this page which is

9    page 16 --

10   A.    August 9th.

11   Q.    August 9th.

12   A.    Then he extend another night in the same room.

13   Q.    Okay.  Room 106.  Page 18, the date at the top?

14   A.    Is August 10.

15   Q.    And what does this record show?

16   A.    That mean he extend another night, checking out on 11th.

17   Q.    Okay.

18   A.    In the same room.

19   Q.    And now page 20 of the exhibit dated?

20   A.    That's August 11th.

21   Q.    What does this page show?

22   A.    That mean he extend another night, checked out on 12th.

23   Q.    Same room, correct?

24   A.    Uh-huh.

25   Q.    Let me go back.  Still in the same room?

1   A.   Same room number, checking out on August 12th.

2   Q.   Okay.  And now directing your attention to the top of

3   page 22?

4   A.   Is August 12th.

5   Q.   And on page 23, what do we see?

6   A.   Then he extend another night to check out on 13th -- no.

7   This one -- that mean he check out, he check in again.

8   Q.   Okay.

9   A.   That mean he check out in the same room and check in

10  again, yes.

11  Q.   Paid his tab and then stayed longer?

12  A.   Yes.

13  Q.   All right.  And now page 25 of the exhibit, sorry?

14  A.   So that -- yeah.  Then he extend up to 14th.

15  Q.   Okay.  And the top of this page is date?

16  A.   August 13th.

17  Q.   August 13th.  Page 28, we see -- let me scroll over.  We

18  see what happened here?

19  A.   He extend the night again, the same room number.

20  Q.   Okay.  And this is a record that was made on

21  August 14th?

22  A.   Fourteenth.

23  Q.   Page 31.  What do we see here?

24  A.   That's on 15th, he extend another night to check out on

25  16th.

1  Q.   Okay.  Still in Room 106?

2  A.   Same room number, yes.

3  Q.   All right.  Let me direct your attention to page 36 of the

4  exhibit.  What do we see here?

5  A.   This is -- this is a deposit list, so he's supposed to

6  check out on 16 and --

7  Q.   Okay.  Does this confirm he did check out on the 16th?

8  A.   He supposed to check out, but on that time, when this

9  print that was he was in Room No. 106, but he plan to check out

10  on that day.

11  Q.   He planned to check out.  Okay.  And what is this page 37,

12  the last page of the exhibit?

13  A.   Sixteenth, so that means -- so he already check out and

14  room was cleaned on 16th.

15  Q.   This confirms that he checked out on the 16th?

16  A.   So that means he check out and the checkout room was clean

17  that time this got printed.

18  Q.   The room had to be cleaned on the 16th.

19  A.   So that mean he checked out on the 16th from this room.

20  Q.   Got it.  Now, does Room 106 at the Hobart Comfort Inn

21  exist today; is it a hotel room that you rent?

22  A.   We had one No. 106, but not anymore.

23  Q.   And what happened to Room 106?

24  A.   Oh, because I break half of the -- make breakfast room

25  bigger and half of them we made the pantry from the room.

DIRECT EXAMINATION OF S. PAL SINGH

1   Q.   Okay.  Sometimes it is difficult to make out what you are

2   saying, so I am going to repeat it and make sure I understand.

3   You took the room and made half of it into a pantry?

4   A.   Half of the pantry from the front side, yes.

5   Q.   The other half you expanded the eating area in the hotel?

6   A.   I extend my breakfast room.

7   Q.   Breakfast room.  Okay.

8   A.   Yes.

9   Q.   Room 106 is no longer rented?

10  A.   Room number is there, but only half a room there, yes.

11  Q.   Okay.  I want to show you --

12          MS. KOSTER:  Permission to publish Exhibit 37; it is

13  in evidence?

14          THE COURT:  Yes.

15  BY MS. KOSTER:

16  Q.   Do you see this drawing, sir?

17  A.   Turn this way.

18  Q.   That way?

19  A.   Yeah, that's Room No. 106, uh-huh.

20  Q.   That is the layout of Room 106?

21  A.   Yes.

22  Q.   And tell us why you are sure about that; what it is about

23  the drawing that you remember?

24  A.   I remember this Room No. 106, that is my door, this is

25  like inside the bathroom, the bed, the window, the TV on

 1   left-hand side, yes.

 2   Q.   So the drawing of the room is configured the same as Room

 3   106 is configured?

 4   A.   Yes, this is 106.

 5   Q.   All right.  Now, I want to show you what's in evidence

 6   Government's Exhibit 38-A.

 7             MS. KOSTER:  Permission to publish, Your Honor?

 8             THE COURT:  Yes.

 9   BY MS. KOSTER:

10   Q.   Are these photographs of a room that is laid out similar

11   to Room 106?

12   A.   No, this is -- same lay around, but this one -- yeah, same

13   layout.

14   Q.   Same layout as Room 106?

15   A.   Same layout, yes.

16   Q.   Okay.  Do you know what room number this [verbatim]

17   particular pictures are of?

18   A.   That might be Room No. 1 -- but this have only low pillow.

19   My king size have high pillow.  This is a new one.  It might be

20   116 or 118, something like that.

21   Q.   Okay.  You said, "This is a new one."  What were you

22   referring to?

23   A.   This is new linen, not for that time.

24   Q.   New linen?

25   A.   New linen.

DIRECT EXAMINATION OF S. PAL SINGH

1   Q.   Okay.  So this is not the exact bed spread that you had in

2   2008?

3   A.   Not that time, no.

4   Q.   Okay.

5   A.   Different kind of bed spread and different kind of things.

6   Q.   Okay.  But the same layout as Room 106?

7   A.   The layout the same, yes, uh-huh.

8            MS. KOSTER:  Nothing further, Your Honor.

9            THE COURT:  Cross-exam?

10           MS. RASHID:  Yes, Your Honor.

11                         **CROSS-EXAMINATION**

12   BY MS. RASHID:

13   Q.   Mr. Singh --

14   A.   Hi.

15   Q.   -- you said you were the hotel manager at this Comfort Inn

16   in 2008, correct?

17   A.   In Indiana?  I'm living in Indiana from 2004.

18   Q.   Okay.  And in 2008 you were the manager of this Comfort

19   Inn, correct?

20   A.   I'm the manager since 1998.

21   Q.   Oh, wow.  Okay.  And during the dates --

22           THE COURT:  Counsel, just ask questions.  Side

23   comments.

24           MS. RASHID:  Understood, Your Honor.  Thank you.

25   BY MS. RASHID:

1   Q.   And during the dates that the records show Mr. Resnick

2   visited your hotel, did you see him at any time, if you recall?

3   A.   I didn't hear very well.  What did you say?

4   Q.   During the dates that the records show that Mr. Resnick

5   visited your hotel and stayed there, did you see him at any

6   time, if you recall?

7   A.   I didn't get the correct answer.  Maybe -- my hearing

8   maybe was slow.

9   Q.   I will rephrase.  That's my fault.  The records that we

10  discussed earlier on direct --

11  A.   Yes.

12  Q.   -- those records showed that Mr. Resnick visited the

13  Comfort Inn in Indiana, correct?

14  A.   Yes.

15  Q.   At any time during his visit, did you see Mr. Resnick?

16  A.   During the visit did I see him?

17  Q.   Yes.

18  A.   For sure.  No question about that.

19  Q.   Okay.

20  A.   But it's four, five years back.  Very hard to recognize.

21  Yes, I'm going there every day.

22  Q.   Okay.  And these records that were discussed on your

23  direct testimony, they are normally maintained in the course of

24  business, correct?

25  A.   Say one more time.

1   Q.    These records that you discussed on direct, they are

2   normally maintained in the course of business, correct?

3   A.    The hotel business, yes.

4   Q.    Thank you.

5         And these records do show, convincingly, that Mr. Resnick

6   was there on these dates in August, correct?

7   A.    You're sounding like -- I'm not getting very clear on --

8   Q.    I'll ask again.  These records that you spent quite some

9   time discussing on direct, they showed that Mr. Resnick was at

10  this hotel in August of 2008, correct?

11  A.    Yes, they showed, yes.

12  Q.    Thank you.

13          MR. WIGELL:  A moment, please, Your Honor.  Nothing

14  further, Your Honor.  Thank you.

15          THE COURT:  Redirect.  Redirect.

16          MS. KOSTER:  Nothing, Your Honor.  Thank you.

17          THE COURT:  You may step down.  Thank you.

18          THE WITNESS:  Okay.  Thanks.

19          THE COURT:  Do you have a short witness?

20          MR. McGRATH:  Fifteen minutes, Your Honor.

21          THE COURT:  Call him.

22          MR. McGRATH:  Government calls Dusty M.

23          THE COURT:  Could you face the clerk who is to my

24  left.  Raise your right hand.  Ed, swear her in.

25      (The oath was administered.)

DIRECT EXAMINATION OF DUSTY M.

 1              THE WITNESS:  Yes, I do.

 2              THE COURT:  Come be seated next to me, please.  Now,

 3    the chair doesn't move backwards and forwards, so you have to

 4    lean forward, speak directly into that mic.

 5                             **DIRECT EXAMINATION**

 6    BY MR. McGRATH:

 7    Q.    Could you state your first name for the Court?

 8    A.    Dusty.

 9    Q.    Is your last initial M.?

10    A.    Yes.

11    Q.    Where do you live?

12    A.    Lake Station.

13    Q.    Is that in Indiana?

14    A.    Yes, it is.

15    Q.    Do you have any children?

16    A.    Yes.

17    Q.    How many?

18    A.    Three.

19    Q.    Could you tell me their first names?

20    A.    Kyle, Jeremiah, and Ashley.

21    Q.    I'm gonna show you what has already been marked and

22    admitted as Government's Exhibit 23.

23              MR. McGRATH:  And would like to publish?

24              THE COURT:  Yes.

25    BY MR. McGRATH:

DIRECT EXAMINATION OF DUSTY M.

1    Q.   Tell me who that is?

2    A.   My son, Kyle.

3    Q.   How old is he in that picture?

4    A.   He's eight years old.

5    Q.   And was he eight years old in the summer of 2008?

6    A.   Yes.

7    Q.   Do you know the defendant, David Resnick?

8    A.   Yes.

9    Q.   How well do you know him?

10   A.   Not that well.

11   Q.   Could you look around the room and see if you can see him

12   in the room?

13   A.   The glasses.

14   Q.   Okay.

15        MR. McGRATH:  Let the record reflect that the

16   defendant [verbatim] pointed to the defendant?

17        THE COURT:  Any objection?

18        MR. WIGELL:  None, Judge.

19        MR. McGRATH:  The witness pointed to the defendant.

20   I apologize.

21        THE COURT:  No objection?

22        MR. WIGELL:  None, Judge.

23        THE COURT:  Yes.

24   BY MR. McGRATH:

25   Q.   Do you know a boy named Tony?

DIRECT EXAMINATION OF DUSTY M.

1    A.    Yes.

2    Q.    Do you know the name of his mother?

3    A.    Yes.

4    Q.    What is the name of his mother, the first name?

5    A.    Nicole.

6    Q.    And who was Tony to you?

7    A.    My son's friend.

8    Q.    Okay.  Were they good friends?

9    A.    Yes.

10   Q.    Did you know Nicole very well?

11   A.    Not when I first met her.

12   Q.    Okay.  And when did you first meet her?

13   A.    Maybe '07.

14   Q.    Okay.  Did there come a time when you learned that

15   Nicole's son went on a trip with the defendant?

16   A.    Yes.

17   Q.    Okay.  Did you know about this trip before Tony left on

18   the trip?

19   A.    Um, I believe it was planned.

20   Q.    Okay.  Not long after -- and do you know if Tony went on

21   the trip?

22   A.    Yes, he did.

23   Q.    Not long after Tony returned from the trip, did you learn

24   about a pool party?

25   A.    Yes, I did.

DIRECT EXAMINATION OF DUSTY M.

1   Q.   Where was that pool party gonna take place?

2   A.   At a hotel.

3   Q.   Do you remember the name of the hotel?

4   A.   No, not right offhand.

5   Q.   Okay.  Who was throwing the party?

6   A.   David was.

7   Q.   And by "David," you mean Mr. Resnick?

8   A.   Yes.

9   Q.   Who did you learn about the party from?

10  A.   Tony.

11  Q.   Okay.  And how did that come about?

12  A.   Tony got invited to go and they came down to invite Kyle.

13  Q.   Okay.  Did you discuss this party with Tony's mom?

14  A.   Yes, I did.

15  Q.   What was your understanding of who would be at the party?

16  A.   It would have been Tony, I got told two other kids,

17  Brandon and Caitlyn, Kyle, Tony, and some other people are

18  supposed to be there with their kids.

19  Q.   Okay.  Do you remember where you were when the pool party

20  happened?

21  A.   No.

22  Q.   Was Kyle home with you that day or was he with someone

23  else?

24  A.   He was with us part of the day, the morning of the day.

25  Q.   Okay.  And where did he go after that?

1    A.    To Nicole's house.

2    Q.    So from Nicole's house is when he went to the party?

3    A.    Yes.

4    Q.    Okay.  And why was he staying with Nicole at the time?

5    A.    He wasn't staying there.  He had just -- during the time

6    before they took off.

7    Q.    Okay.

8    A.    They all met up at her house before they left.

9    Q.    Gotcha.  Did you understand this was going to be an

10   overnight party?

11   A.    Yes, I did.

12   Q.    And who did you expect to be staying overnight?

13   A.    Tony.

14   Q.    And anyone else?

15   A.    With David and I got told like John and Erika and their

16   kids.

17   Q.    And Kyle?

18   A.    And Kyle.

19   Q.    Okay.  Now, during the night of the pool party, did you

20   ever -- were you ever contacted to be told that Tony was no

21   longer --

22   A.    No.

23   Q.    -- staying with David?

24   A.    No.

25   Q.    Was there ever a time where the defendant offered to bring

DIRECT EXAMINATION OF DUSTY M.

1    Kyle home?

2    A.    Not that I know of.

3    Q.    Did you have any idea that the defendant would spend the

4    night alone in a hotel room with your son?

5    A.    No.

6    Q.    Had you known this, would you have allowed it?

7    A.    No.

8    Q.    Do you remember how Kyle got back from the pool party?

9    A.    No, I didn't.

10   Q.    After the pool party ended, did the defendant ever reach

11   out to you to tell you that he spent the night alone with your

12   son?

13   A.    No.

14   Q.    In November of 2008, did your son Kyle tell you anything

15   about what happened between him and David Resnick?

16   A.    Yes, he did.

17   Q.    What did he tell you?

18   A.    He told me he was touched in the wrong appropriate area

19   [verbatim].

20   Q.    Around that same time, did Tony tell you anything about

21   what happened between him and David Resnick?

22   A.    Yeah.

23   Q.    What did he tell you?

24   A.    Told me he was touched also.

25   Q.    After your son revealed the abuse at the hands of

DIRECT EXAMINATION OF DUSTY M.

1    David Resnick, did you ever see the defendant again?

2    A.    No.

3    Q.    And after you were told this by Kyle and Tony, did you

4    contact the police?

5    A.    Yes.

6    Q.    Okay.

7              MR. McGRATH:  No more questions.

8              THE COURT:  Cross-exam.

9              MR. WIGELL:  Yes, Judge.

10                         **CROSS-EXAMINATION**

11   BY MR. WIGELL:

12   Q.    You said a moment ago that you didn't know David Resnick

13   very well.  Remember saying that?

14   A.    Yeah.  Yeah.

15   Q.    On how many occasions prior to the pool party did you see

16   him?

17   A.    Maybe six times.

18   Q.    Six times?

19   A.    Yep.

20   Q.    And can you tell us in what context you saw him on those

21   six times?

22   A.    Um, just him showing up at Nicole's house.

23   Q.    Okay.  While you were at Nicole's house?

24   A.    Yes.  We live right across -- next door to each other.

25   Q.    Okay.  And Nicole's children were present?

CROSS-EXAMINATION OF DUSTY M.

1    A.    Yes.

2    Q.    And your children were present?

3    A.    Uh-huh.

4    Q.    Does that mean yes, ma'am?

5    A.    Yes, ma'am, or I mean yes, sir.   Sorry.

6    Q.    That's all right.

7               THE COURT:  You have to speak in words.

8    BY MR. WIGELL:

9    Q.    And so when the pool party was suggested you knew about

10   David Resnick, didn't you?

11   A.    I just knew of him.

12   Q.    Of him.  But you saw him at least six times --

13   A.    Yes.

14   Q.    -- before that?

15   A.    Yes.

16   Q.    Okay.  And how did Kyle and Tony get to the hotel for the

17   pool party?

18   A.    I'm not a hundred percent sure.  I wasn't at home at the

19   time.

20   Q.    Okay.  Where were you?

21   A.    Me and my husband took off.  It was our anniversary.

22   Q.    Oh, okay.  Where did you go?

23   A.    Um, I -- I can't really recall exactly where we went.  Out

24   to eat.  Movies.  I couldn't really remember.

25   Q.    And where did your other children go?

1    A.    They were with sister and grandma.

2    Q.    Okay.  What time did you come home that night?

3    A.    I believe we didn't come home.  We didn't come home until

4    the next morning.

5    Q.    Okay.  And Kyle came home the next morning, too?

6    A.    Yes.

7    Q.    Was it your understanding that David was going to bring

8    Kyle home the next morning?

9    A.    That was never really talked about who was bringing them

10   home, so --

11   Q.    So you never inquired?

12   A.    No.  No, I -- as far as I knew, Nicole had it all under

13   control.

14   Q.    Okay.  So you trusted Nicole --

15   A.    Yes.

16   Q.    -- to arrange.  Pardon me.  Let me finish my question.

17   You trusted Nicole to arrange for the boys to get home?

18   A.    Yes.

19   Q.    Okay.  Was your son injured when you saw him that next

20   morning?

21   A.    No.

22   Q.    Okay.  Did you talk to him the next morning?

23   A.    Just said hi to him, how did it go.  He said he had fun.

24   Q.    Okay.  Did he show any concern about the evening that had

25   just passed?

CROSS-EXAMINATION OF DUSTY M.

1   A.   No.

2   Q.   Okay.  Did he stay up or did he go to sleep during the day

3   then?

4   A.   He stays up.

5   Q.   I can't hear you.

6   A.   He stayed up playing.

7   Q.   Okay.  All right.  And do you remember what day of the

8   week that was?

9   A.   No, I don't.

10  Q.   Okay.  It was your anniversary?

11  A.   Yeah.

12  Q.   Okay.  You don't know if it was a weekend or weekday

13  though, do you?

14  A.   I can't recall it.

15  Q.   Okay.  But you didn't pick up your son, did you?

16  A.   No.

17  Q.   Now, you said that after the boys told you about this, you

18  talked with the police, right?

19  A.   Yes.

20  Q.   What police did you talk to?

21  A.   The Lake Station.

22  Q.   Okay.  The Lake Station, Indiana, police?

23  A.   Yes.

24  Q.   Did you ever talk to any other police?

25  A.   No.

CROSS-EXAMINATION OF DUSTY M.

1    Q.    Okay.  Did you talk to anyone about what Kyle told you

2    after 2008 and before today?

3    A.    No.

4    Q.    About that?

5    A.    No.

6    Q.    No.  None of these people at the table ever talked to you?

7    A.    Oh, yes, the FBI agents has.

8    Q.    Okay.  And is any one of the FBI agents that you talked to

9    in the room now?

10   A.    Yes, they are.

11   Q.    Okay.  And who are they?

12   A.    All four of them.

13   Q.    All four of them?

14   A.    Uh-huh.

15   Q.    Okay.  And those are FBI agents?

16   A.    Two of them are.

17   Q.    Oh, two of them are.  Okay.  Do you know what the other

18   two are?

19   A.    Detectives.

20   Q.    Pardon me?

21   A.    Prosecutors.

22   Q.    Oh, okay.  But besides talking to Lake Station, Indiana

23   police and to these four people, you didn't talk to anybody in

24   these five years?

25   A.    No.

1   Q.   And no one ever asked to talk to you about it either,

2   right?

3   A.   No.

4   Q.   Now, where were you when Kyle told you about what happened

5   at the hotel?

6   A.   I was at home.

7   Q.   And Tony was with him?

8   A.   Yes.

9   Q.   Okay.  Who else was home?

10  A.   My son, Jeremiah.

11  Q.   Okay.  And was your husband home?

12  A.   No, he was at work.

13  Q.   And was that during the day that they told you or in the

14  evening?

15  A.   It was the evening.

16  Q.   Okay.  Was your husband working nights during that period?

17  A.   No, my husband didn't get off work 'til around

18  approximately six o'clock and I heard the news around maybe

19  3:30, four.

20  Q.   Okay.  So late afternoon?

21  A.   Yes.

22  Q.   Okay.  And that's when you called the police?

23  A.   It was later on that evening we called the police.

24  Q.   Okay.  You wait for your husband to get home?

25  A.   Yes.

CROSS-EXAMINATION OF DUSTY M.

1   Q.   And that's when you called Lake Station police?

2   A.   Yes.

3   Q.   You said on direct examination that Tony invited Kyle to

4   go to the pool party?

5   A.   Yes.

6   Q.   Okay.  And did you ask Nicole if that was okay?

7   A.   Huh?

8   Q.   Did you ask Nicole if it was okay for the boys to go to

9   the pool party?

10  A.   Well, they came to me and asked me if it was okay for Kyle

11  to go to the pool party with Tony.

12  Q.   Pardon me.  And who is "they"?

13  A.   Nicole.  Nicole and Tony came to me and asked if Kyle

14  could go to the pool party with them, and I gave them

15  permission to go.

16  Q.   Okay.  So it was your understanding that Kyle and Tony and

17  Nicole were gonna go to the pool party?

18  A.   There was supposed to be a whole group of people going.

19  Q.   Okay.  Adults and children?

20  A.   Yes.

21        MR. WIGELL:  One second, Judge, please.

22  BY MR. WIGELL:

23  Q.   About how far from your home is the Comfort Inn in Hobart?

24  A.   One exit from me.

25  Q.   Okay.  So is it five minutes, ten minutes, 15 minutes?

CROSS-EXAMINATION OF DUSTY M.

1   A.   Ten minutes if you are doing the speed limit.

2   Q.   Okay.  And Kyle at that time, he was about eight years

3   old?

4   A.   Yes.

5   Q.   And did he know your phone number?

6   A.   No, he didn't.

7   Q.   Okay.  Did he have a cell phone?

8   A.   No.

9          MR. WIGELL:  Thank you.  No further questions, Judge.

10          THE COURT:  Redirect.

11          MR. McGRATH:  No redirect.

12          THE COURT:  You may step down.  Thank you.  Another

13   short witness?

14          MS. KOSTER:  The next witness is not short.

15          THE COURT:  Do you have another one that is short?

16          MS. KOSTER:  No, Judge.  I can start the next witness

17   if you like.

18          THE COURT:  No, I don't want to break it up.  We'll

19   recess for lunch.  It is 20 minutes to noon.  An hour takes us

20   20 minutes to one.  Same instruction I have been giving you at

21   this recess applies.  Have a nice lunch.  See you back.

22      (Jury exits.)

23          THE COURT:  Who's your next witness?

24          MS. KOSTER:  William Donaldson.

25          THE COURT:  Okay.  How many more that we talked about

```
 1   last evening that you've got --

 2             MS. KOSTER:  I'm sorry, can you repeat that?

 3             THE COURT:  Well, I wasn't done yet.

 4             MS. KOSTER:  Oh, I'm sorry.

 5             THE COURT:  How many more that you listed last

 6   evening, cause I only see one, two, three.

 7             MS. KOSTER:  Correct.  We have after that Matt

 8   Chicantek and Brian Broughton.

 9             THE COURT:  Say the one again, Matt.

10             MS. KOSTER:  Chicantek, C-H.

11             THE COURT:  Who else?

12             MS. KOSTER:  Brian Broughton.

13             THE COURT:  First letter.

14             MS. KOSTER:  B.

15             THE COURT:  "B" as in boy?

16             MS. KOSTER:  Correct.

17             THE COURT:  Who else?

18             MS. KOSTER:  Unless something crazy happens, that's

19   our last -- those are our witnesses, Judge.

20             THE COURT:  Period?

21             MS. KOSTER:  Correct.  Well --

22             THE COURT:  You will be done today?

23             MS. KOSTER:  -- case in chief.

24             THE COURT:  You're going to be done today with your

25   case in chief?
```

1          MS. KOSTER:  It seems so, Judge.

2          THE COURT:  Okay.  Thank you.

3      (A recess was had for lunch at 11:41 p.m.)

4      (The proceedings resumed in open court, reported as

5      follows:)

6          DEPUTY CLERK:  All rise.  Court is in session.

7          THE COURT:  Please be seated.  There's another

8  stipulation that I have been handed, correct, stipulation

9  No. 4?

10          MR. McGRATH:  Yes, Your Honor.  It is a stipulation

11  already agreed to.  We just want to put it on one page for you.

12  It will be read during one of the witnesses.

13          THE COURT:  You gonna ask me to read it?

14          MR. McGRATH:  Yes, Your Honor.

15          THE COURT:  Is that all right?

16          MR. WIGELL:  Yes, Judge.

17          THE COURT:  Thank you.  Who is the next witness?

18          MS. KOSTER:  William Donaldson.

19          THE COURT:  All right.  You want to get the jury,

20  please.

21      (Jury enters.)

22          THE COURT:  Please be seated.  Next witness please.

23          MS. KOSTER:  Yes, Judge.  The government calls

24  William Donaldson.

25          THE COURT:  All right.  Can you stop there?  Face the

1    clerk to my left.  Raise your right hand.  Ed, swear him in,

2    please.

3          (The oath was administered.)

4              THE WITNESS:  I do.

5              THE COURT:  Come be seated next to me.  The chair

6    doesn't move frontward or backwards; you just kind of have to

7    lean forward and speak directly into that microphone.

8              THE WITNESS:  Yes, sir.

9              THE COURT:  All right.

10                        **DIRECT EXAMINATION**

11   BY MS. KOSTER:

12   Q.    Good afternoon.

13   A.    Hello.

14   Q.    Please state your full name and spell your last name.

15   A.    William H. Donaldson, D-O-N-A-L-D-S-O-N.

16   Q.    Where are you employed?

17   A.    I'm employed with the Federal Bureau of Investigation.

18   Q.    What is your current title?

19   A.    I'm a supervisory special agent.

20   Q.    What is a supervisory special agent?

21   A.    The way it pertains to me is where I am assigned to the

22   Behavioral Analysis Unit.  It is a classification in order to

23   be considered to have a job there.

24   Q.    Okay.  So only supervisory special agents are employed in

25   the BAU?

 1    A.    As agents, correct.

 2    Q.    Okay.

 3    A.    We have professional support as well, but to be an agent

 4    to be in the BAU, you have to be a supervisory special agent.

 5    Q.    And tell the jury what the BAU is.

 6    A.    BAU stands for Behavioral Analysis Unit.

 7    Q.    All right.  And what does the Behavioral Analysis Unit do?

 8    A.    It is a subset from the National Center for the Analysis

 9    of Violent Crime.  And what my particular unit, I'm assigned to

10    Behavioral Analysis Unit 3, BAU3, and we look at behavioral

11    crimes that involve child victims.

12    Q.    How long have you been with the BAU?

13    A.    I've been assigned there for seven years.

14    Q.    And you said "assigned there."  Where physically is the

15    BAU located?

16    A.    The BAU is in the FBI academy at Quantico, Virginia.

17    Q.    Have you heard of the television show *Criminal Minds*?

18    A.    I have.

19    Q.    On *Criminal Minds* they have a private jet.  Do you guys

20    have a private jet?

21    A.    There is such thing as the private jet; however we

22    typically are not the ones on it.  Unfortunately, we are

23    usually in the back of the plane commercially.  But there's a

24    plane that looks just like that; we just don't use it.

25    Q.    I see.  Prior to joining the BAU, can you summarize your

1    experience in law enforcement?

2    A.    Prior to coming to the BAU, I was an agent assigned to the

3    Muncie resident agency out of the Indianapolis field office,

4    and I was there for approximately nine years.  Prior to that, I

5    was a law enforcement officer, a sworn law enforcement officer

6    in the city of Atlanta, Georgia.

7    Q.    For how long?

8    A.    And that was for approximately three years.

9    Q.    Now, were you asked to come here today to give expert

10   testimony to this jury?

11   A.    I was.

12   Q.    Before we get to that expert testimony, I'd like to ask

13   you some more questions about what qualifies you to testify as

14   an expert.  You've talked about your experience at the BAU and

15   described generally what you've done.  Can you tell us about

16   some of the training you've had as a member of the BAU?

17   A.    Sure.  When you are assigned to the Behavioral Analysis

18   Unit, there is a two-phase training program that goes on that

19   entails classroom experience with leading professionals and

20   psychologists and psychiatrists out in the field of looking at

21   a process that we refer to as criminal investigative analysis.

22   And that is looking at a crime, looking at the crime scene,

23   looking at offenders and specifically looking at behavior.  And

24   it's a way to become certified in criminal investigative

25   analysis through the BAU's.  So I was -- I had a chance to

1    interact with leading members of the field.  They would come to

2    Quantico and give instruction.

3    Q.    Can you summarize your educational background for the

4    jury?

5    A.    Yes.  I have a Master's in Social Psychology from Ball

6    State University in Muncie, Indiana.  I have an English degree

7    with a sociology minor from Georgia State University in

8    Atlanta, Georgia.

9    Q.    Since joining the BAU, have you participated in any

10   research projects?

11   A.    I have.

12   Q.    Can you tell us about those?

13   A.    Being in the BAU, I'm involved in a number of research

14   projects to include child abduction and the false allegation of

15   child abduction.  And in one specific research project a -- or

16   interviewing child sex offenders.

17   Q.    How many interviews of child sex offenders have you

18   participated in?

19   A.    I've been the lead interviewer on approximately ten and

20   have participated in a number of others in a support capacity.

21   Q.    And tell us what the purpose of those interviews is from

22   your perspective?

23   A.    What we get a chance to do when we talk to offenders is we

24   want to understand or better understand how offenders see

25   themselves, how offenders see their victims, how offenders are

1    able to commit their crimes.  And what better learning

2    experience you can have than having the offender tell you what

3    they were thinking, how they did this, why they did this.  We

4    find that they're incredibly beneficial as we look at crimes

5    that are occurring now.  We take that knowledge that we learn

6    from interviewing child sex offenders and we apply it to crimes

7    that are occurring today.

8    Q.   Did you help to prepare a summary of the expert testimony

9    that you are going to offer today in court?

10   A.   I did.

11   Q.   I want to direct your attention now to those subjects that

12   are in that summary, and I want to ask you first about child

13   pornography.  Can you tell the jury what child pornography is?

14   A.   Sure.  Child pornography is the visual depiction of a

15   minor that's engaging in sexual activity, or the lascivious

16   exhibition of genitalia or pubic area of a minor.

17   Q.   How much child pornography exists today?

18   A.   I wish I had the answer to that question.  It's the --

19   child pornography is indicative and used in so many different

20   ways by offenders.  There's no real way for us to determine how

21   much child pornography exists.  It is constantly being created.

22   It is constantly being sent to and from offenders, again for a

23   lot of different reasons.

24   Q.   During your career, have you noticed or observed or are

25   you aware of an increase in the amount of child pornography in

DIRECT EXAMINATION OF WILLIAM DONALDSON

1    circulation?

2    A.    Yes.

3    Q.    Can you tell us about that?

4    A.    What we see is an increase in the amount of child

5    pornography because as technology improves, people are able to

6    trade and to use child pornography in a number of different

7    ways.  And having that technology available like the Internet,

8    it gives offenders a chance to, one, share explicit material,

9    share the child pornography, and in a lot of instances, create

10   child pornography.

11   Q.    Have you noticed any changes in the content of child

12   pornography over the course of your career?

13   A.    What we see, I think, is an increase in paraphilic

14   behaviors that are depicted in child pornography.  So you would

15   see themes that would mirror different paraphilic behaviors

16   that these types of offenders are very interested in.  So there

17   is a -- a -- any number of different themes that's represented

18   by child pornography today.

19   Q.    You've used the term "paraphilic behaviors."  Can you

20   explain what that is?

21   A.    Paraphilic behaviors are sexual behaviors that are outside

22   of the norm.  They are categorized by having a sexual interest.

23   And it can be in a specific object, it can be in a body part,

24   and it can be in sexual activity, again, that is found on the

25   outside of the norm.

DIRECT EXAMINATION OF WILLIAM DONALDSON

1    Q.    Is the sexual activity depicted in child pornography

2    becoming more graphic or violent over time, in your experience?

3    A.    We are seeing themes that include violence that include

4    things like sadomasochism.   We are seeing those themes being

5    represented in child pornography, yes.

6    Q.    And has the average age of the child depicted in child

7    pornography, has that changed over the course of your career;

8    are you aware of it changing over time?

9    A.    What we've seen in the course of my career is I -- I have

10   -- I have seen child pornography range from newborns to the

11   upper levels of being a child.   We've seen examples of every

12   age group represented in child pornography.

13   Q.    In your interviews of sex offenders, have they explained

14   what child pornography does for them?

15   A.    They have.

16   Q.    Can you tell us about that?

17   A.    These offenders will use child pornography, one, for being

18   able to have stimulus; something that will fuel their

19   fantasies.   They have a specific idea or an act and they will

20   look for those acts on the Internet.   And they will take those

21   acts, and they will use those as fantasy stimulus.   Typically

22   they will take those images and use those images for

23   masturbatory fantasies.   But that's not the only reason that

24   these offenders use child pornography.   These offenders will

25   also use child pornography as a validation.   And they will take

 1   that and they will say, I can't be the only one like this that

 2   enjoys this, because I find so many other different people out

 3   on the Internet that like the same kind of things -- they like

 4   the same kind of things that I like.  So it is a validation

 5   process for them.

 6       Some offenders will use child pornography when there are

 7   -- when they are looking at attempting to groom a child, and so

 8   they will use that child pornography for that purpose as well.

 9   Q.   Before we get to that, I want to ask you about something

10   you said.  You said "they'll use it as validation."

11   A.   Yes.

12   Q.   Are you saying that seeing videos and images of people

13   doing to children what they themselves have a desire to do

14   validates in them that behavior?

15   A.   That's true.

16   Q.   And so how does that affect their behavior going forward

17   after having seen the material?

18   A.   Well, what they will do is -- some child sex offenders

19   will take that validation.  They will see that there are other

20   people out there that are like them, and it kind of takes the

21   onus off of them that there's something wrong with this or that

22   society may look down upon me for this, because I'm finding a

23   number of people that have these same kind of interests that I

24   do.  And I think it kind of lowers, if there's any inhibition

25   to either collect child pornography or create child

 1    pornography, it starts to diminish those inhibitions.

 2    Q.    All right.  You talked about grooming.  Tell us what

 3    "grooming" is?

 4    A.    Grooming is a part of child sexual victimization.  It is a

 5    process that uses a compilation of behaviors gained aiming at

 6    one specific goal, and that specific goal is to gain access to

 7    a child for a sexual gratification purpose for the offender.

 8    Q.    And how is child pornography used in that process?

 9    A.    Child sex offenders will use child pornography in a couple

10    different ways in grooming.  One is to show child -- intended

11    child victims, one, that this is out there, that this activity

12    is out there.  And so what they're wanting to do with a child

13    is explained in a way as not that dissimilar.  As you can see

14    here, that other children are engaging in this activity.  Some

15    groomers will select images in which there's no really apparent

16    distress that's being depicted, and so the groomer, the child

17    sex offender will show, Look, these children are enjoying this

18    activity.  They are not crying, and it's something that's

19    natural and enjoyable.

20         So child sex offenders will use the child pornography

21    basically to instruct or depict or show a potential child

22    victim this is okay, and this is something that I would like to

23    do.  This is something that we can do together.  And it

24    desensitizes a child to where the child thinks, Okay.  This may

25    be okay, because this person that I'm trusting is showing me

1    this -- these pictures and these images.  So a child -- a

2    groomer will also use the child pornography to, one, to show

3    what he would like to do with the child, and to lower the

4    inhibitions of the child; it kind of blurs that boundary in

5    showing that it's okay.

6    Q.   Is it also used to teach children how to engage in

7    particular sexual acts that they otherwise aren't familiar

8    with?

9    A.   Sure.  There are some very specific acts that a groomer

10   may want to try, and instead of telling this child what better

11   way for them than to show the child.  And he can show this

12   activity or certain things that he wants to do.  He can use

13   this through child pornography.

14   Q.   Is it common, in your experience as an investigator, to

15   find child pornography when you are investigating individuals

16   who have been accused of sexually abusing minors?

17   A.   It is.

18   Q.   Why is that, or what does the scientific literature tell

19   us about the correlation between the two?

20   A.   You -- you know, there's a number of different studies out

21   there that show the importance of child pornography -- in child

22   pornography to offenders.  When somebody has a sexual interest

23   in a child, it's, again, that's the reason why they are

24   collecting child pornography is because it is reflecting that

25   their sexual interest in children.

DIRECT EXAMINATION OF WILLIAM DONALDSON

1         For example, there is a study that's referred to as the

2    Butner Study.  And in the Butner Study, they were looking at

3    child pornography collectors and to try to determine out of

4    that pool of collectors, was there any ties to hands-on

5    offending, contact offending.  And in the Butner Study, they

6    were able to determine that there were approximately 85 percent

7    of their sample population that they were looking at had actual

8    contact offenses above and beyond what they had been

9    incarcerated for just for the possession of child pornography.

10   Q.   So those people were in jail for possessing child

11   pornography, and they disclosed -- 85 percent of them admitted

12   to having prior to that sexually abused at least one child?

13   A.   That's correct.

14   Q.   What was the average number of victims per offender in

15   that study that you referred to?

16   A.   Twelve, 12 victims per offender.

17   Q.   And those were people, again, they weren't prosecuted for

18   the hands-on offense; they were just prosecuted for possessing

19   the child pornography?

20   A.   That's correct.

21   Q.   Do we know the exact number of hands-on sex offenses that

22   are committed against children each year?

23   A.   We don't.

24   Q.   Is this a crime that is -- is it difficult to study this

25   area of crime?

DIRECT EXAMINATION OF WILLIAM DONALDSON

1  A.   It is, and one of the reasons why trying to understand the

2  significance of this problem is because of how underreported it

3  is.  There's a tenet that we go by, in that the most

4  underreported crime there is are sex crimes, and the most

5  underreported sex crimes are sex crimes against children.  So

6  we don't have a good understanding of the number of victims,

7  the number of offenders.  And, again, looking at it from a

8  social psychology standpoint, we can only examine those or look

9  at those that have been caught.

10  Q.   When most people, I think, think about a child being

11  touched in a sexual way, they at least want to picture the

12  child running and screaming from the individual who's touching

13  them.  Does that comport with your experience of how children

14  react to being sexually abused?

15  A.   It does not, especially when you are talking about

16  groomers.  When you are talking about child sex offenders who

17  utilize these behavior techniques, one of the things or one of

18  the goals that a groomer has is to turn the child into a

19  compliant victim where the victim is not going to disclose, or

20  may disclose at another point, but the main goal -- the

21  ultimate goal for grooming obviously is the sexual contact.

22  But that's not the only goal.  Groomers will also want to

23  maintain this relationship that they view with the child, and

24  they hope that the child won't disclose -- will continue to

25  come back and interact with the offender in sort of a co-opted

DIRECT EXAMINATION OF WILLIAM DONALDSON

1  relationship status.

2  Q.   In your interviews of sex offenders, have they talked

3  about having this mindset that they are in a relationship with

4  the child?

5  A.   Yes.

6  Q.   Can you tell us about that?

7  A.   Again, because their primary sexual interest are children,

8  and they have to figure out what is the best way that I'm going

9  to gain access to a child for a sexual purpose.  A certain --

10  again, when we're talking about the child sex offenders who are

11  groomers, they're going to use certain strategies and

12  techniques in order, one, to gain access to a child and, two,

13  to groom not only the child, but also groom the parents and the

14  community.  Because the one thing that the offender will have

15  to have -- actually, the two things the offender will have to

16  have, have to have access to the child, and they will have to

17  have privacy to do what they want to do.  And so this process

18  that the child sex offenders will use in grooming, it gives

19  them the access.  It will eventually give them the privacy.

20  And it will also give them a chance to create a situation to

21  where if the child does disclose, then the child is not

22  believed; that the community is already seeing that this

23  particular offender as being a good guy, a nice guy, somebody

24  who wants to help out in the community, so we're going to

25  believe him over the child.

DIRECT EXAMINATION OF WILLIAM DONALDSON

1    Q.    Do sex offenders turn themselves in?

2    A.    In my experience, that doesn't ever occur.  In my

3    experience, they want to delay anything that happens to them,

4    so I don't see -- I don't see child sex offenders typically as

5    turning themselves in or offering, you know, full disclosures

6    of what they've done.

7    Q.    You say they don't offer full disclosures.  Do they give

8    partial disclosures?

9    A.    They start to, especially the child pornography offenders

10   that they know, you know, they will confess to or disclose what

11   they know you are going to find on their computer.  They know

12   that you are going to do computer forensics.  They know that

13   you are going to look at the hard drive, you are going to look

14   at all the different things that a forensic examiner will look

15   at and know you're going to find images, videos, certain

16   pictures, certain files.  So if I give the appearance that I'm

17   cooperating by telling you what I know you are going to find,

18   they give the experience that they are cooperating.

19   Q.    Now, do all child pornographers when confronted tell the

20   truth and admit to their possession of child pornography?

21   A.    No, not all.

22   Q.    You heard the term "stranger danger"?

23   A.    Yes.

24   Q.    And people warning kids to stay away from strangers?

25   A.    Yes.

DIRECT EXAMINATION OF WILLIAM DONALDSON          Vol. 2, Page 145

1   Q.    Are most sex offenses against children committed by

2   strangers?

3   A.    No.  And that's one drawback to the stranger danger

4   training that we have given children.  We tell children, you

5   know, If a stranger comes up to you, if a stranger starts

6   talking to you, to run away.

7         It's been law enforcement's experience, though, that

8   overwhelmingly the offenders, the person that's most likely

9   going to offend against a child is someone that they already

10  know.  It is someone in their family, someone in their

11  community.  It is somewhere in their environment.  So do

12  strangers offend against children?  Sure.  But overwhelmingly

13  it is going to be somebody that they know.

14  Q.    And why is that?  Why is it -- is that purposeful on the

15  part of the sex offenders, targeting people, young kids that

16  know them already?

17  A.    It helps them in the grooming process.  Because, again,

18  we've taught children to run away from strangers, but we

19  haven't taught children to run away from, you know, family

20  members.  That's not something we typically talk about when it

21  comes to child sexual victimization.

22        Groomers are looking for vulnerabilities in children.

23  They are looking for vulnerabilities in a family that they can

24  exploit.  And so they are looking at ways that they can gain

25  access to a child.  And groomers are very, very good.  They are

 1    very adept at being able to pick out vulnerabilities and issues

 2    with children and their families, and best suited for how they

 3    want to sexually victimize a child.

 4    Q.    Are certain kids more likely to be targeted by child

 5    offenders?

 6    A.    Sure.

 7    Q.    What are the aspects that would make a child or a family

 8    vulnerable to such an offender?

 9    A.    Some of the characteristics we see are a child coming from

10    a socio-economically deprived situation to where gift giving

11    would have an impact.  We see that offenders like to target

12    children who may already feel alienated from either their

13    family or their community.  And so the offender, that's already

14    one step that they don't have to do if the child is already

15    feeling alone or underappreciated or unloved.  Those are the

16    types of issues or characteristics that a groomer can look for.

17         Now, is that to say children who come from affluent

18    families aren't victimized by groomers?  That's not to say

19    that.  But what it shows to us is that groomers are very

20    carefully looking for targets.

21    Q.    You mentioned a child feeling alienated from the family.

22    Would an example of that be a child who is being physically

23    abused by someone in their family and not receiving empathy

24    from a parent regarding the physical abuse?

25    A.    That would be something that a groomer would be looking

1  for.  A child is not being believed in their family and is also

2  already a victim.  They can come in and act, one, like a hero

3  to the child.  I'm gonna show you affection, I'm gonna show you

4  attention, and I'm going to show you that you are special.

5  Q.   You use this term "grooming," and I think people might

6  think of an animal, grooming a dog or something like that?

7  A.   Sure.

8  Q.   What is "grooming"?

9  A.   You know, another way to think about grooming and is

10  something that maybe everyone has experienced is a different

11  term may be seducing.  And what we may look at are the same

12  kind of behaviors adults engage in when they want to court

13  somebody, and when they want -- when they find somebody that's

14  interesting to them, what are some of the strategies that an

15  adult will employ with another adult:  Show them affection,

16  give them gifts, write them a love song, write them a note, do

17  something that they care and that they are thinking that --

18  showing that the person that they are interested in that they

19  are special.  These are the exact same techniques that a

20  groomer will use.  It is just that in this scenario, it is an

21  underaged child that's the intended target.

22  Q.   You talked a little bit about in the context of grooming,

23  not just grooming the child, but grooming the community around

24  the child, the parents, family of the child.

25  A.   Yes.

DIRECT EXAMINATION OF WILLIAM DONALDSON

1    Q.    Can you talk about that?

2    A.    Again, it goes back to that -- the need that the groomer

3    or the child sex offender has for access and for privacy.  So

4    the groomer has to make sure that when he does have this access

5    and he does have this privacy, nobody is going to question why

6    that is.  So the groomer, the child sex offender will utilize

7    some of the same strategies on both the parents and the

8    community at large that he's used on the child.

9         For example, he may financially support the family, may

10   take everybody out to dinner, may take everybody out for some

11   type of gift or activity.  And he will have to make himself

12   available in the community as well.  So he may do some things

13   that will not make him appear to be a stranger in this

14   community.  Because what he's gonna want to have happen is when

15   he finally does get a chance to sexually offend against the

16   child, is that nobody is going to believe that he's capable of

17   doing so because he's quote, unquote the nice guy, the friendly

18   guy, the helpful guy.  And that's what the groomers, one of the

19   groomer's goals is to prevent disclosure, and if disclosure is

20   made, that nobody is going to believe the child.

21   Q.    You talked about spending time with kids as a part of

22   grooming and getting access to kids through grooming of the

23   parents and the community.

24        So say you are a single guy and you have no children.  You

25   don't want it to seem strange that you are spending time with

1    kids.  So what would a sex offender, in your experience, or

2    perhaps give examples from your interviews of sex offenders of

3    how they would try to normalize the spending of time with

4    children who aren't their own?

5    A.    One of the hallmarks of groomers is the ability to place

6    themselves in the context of children.  A lot of times when we

7    see groomers, it can be in the context of, perhaps, a coach or

8    a teacher, or some position of authority.  And that's true for

9    some of the child sex offenders.

10        One other position of authority, though, can be just an

11   adult.  What do we teach our children?  We teach our children

12   to obey adults.  And so being able to have that control and

13   that authority is going to assist the groomer and, again,

14   getting to that ultimate goal of the sexual contact.

15        Now, when you talk about coaches and teachers and people,

16   Boy Scout leaders and all of those different things, one of the

17   tenets that we have in the BAU's and specially in my unit in

18   BAU unit three, is that we teach that you should be weary --

19   leery of any adult that wants to spend more time with your

20   child than you do.

21   Q.    You talked about the giving of presents as a way to groom

22   children.  Does the type of present make a difference?

23   A.    It can.  It really depends on the child.  And that's one

24   of the things that a groomer will do is they will assess the

25   vulnerabilities.  And that can depend on, one, the child's age.

1   It can depend on the child's gender.

2        In some of the interviews we have done with offenders who

3   are targeting adolescent boys, they knew that they could use

4   what we call dirty pictures or pornography as a grooming tool.

5   They knew that they could use driving as a privilege that they

6   can associate with a child.  They can say, you know, Once you

7   come take -- I'll let you come drive.  You are not able to do

8   that at home, are you?  Well, you can come do this with me.  So

9   this is another technique, but it is specifically targeted for

10  that age group.

11       A five-year-old child is not going to have interest in

12  that.  A 12, 13, 14-year-old child definitely will.  So a

13  groomer will usually take a look and see what kind of

14  techniques are needed to match the vulnerabilities that the

15  child has.  And again depending on the child's age and

16  sometimes the gender as well.

17  Q.   You talked about isolating children.  What's the purpose

18  of a sex offender isolating a child?

19  A.   The isolation leads to the privacy.  But the isolation

20  also prevents the child from having the support of the family

21  of a social network.  So the groomer is now in a position to

22  exert more control and authority over a child that feels

23  alienated because, one, the child is not listening to a parent

24  or a caretaker, but that the child is listening to who?

25  Listening to the groomer.

DIRECT EXAMINATION OF WILLIAM DONALDSON

1      So this isolation is a way for the groomer to have, not

2  only privacy, but to exert now more authority and control over

3  the child victim.

4  Q.   You mentioned showing a kid pornography.

5  A.   Yes.

6  Q.   And we talked before about what someone's goal might be to

7  showing a child pornography specifically.  Are there other ways

8  of desensitizing a child to sexual activity or contact?

9  A.   Sure.  And again, just the use of child pornography is

10  just one use.  Some groomers will also use adult pornography as

11  well.  But to be able to desensitize a child, there's a couple

12  things going on.  They will have to desensitize the child to

13  touch.  For example, some of the techniques that a groomer will

14  use is that when he's talking to a child about anything, will

15  start patting the child on the back, on the top of the head, or

16  something that kind of normalizes that touching behavior.

17      And then you can -- a groomer will move on to maybe

18  talking a little bit more sexually-explicit, sexual education,

19  Have you heard this joke, and tell a sexual joke, but continue

20  to do that patting.  So now the child victim is kind of

21  learning that this is okay, and learning this from the

22  offender.  Because, again, what's the goal that the offender

23  wants is the sexual contact.  So what the groomer is doing is

24  teaching the child, one, what he wants to do and that it's

25  okay, it's normal.

DIRECT EXAMINATION OF WILLIAM DONALDSON

1    Q.    How does one adult who doesn't have children go about

2    desensitizing a child to touch beyond just, you know, patting

3    the child; can you give us an example?

4    A.    Sure.  There is a couple of different ways.  One is

5    through horseplay or wrestling around that may seem innocuous

6    to somebody who is on the outside looking in.  If you see this

7    type of behavior where, you know, there is tickling or

8    wrestling or some type of physical horseplay, again, those are

9    different ways and different methods that a groomer will use to

10   desensitize that child to touch.  And you can do that in a

11   number of different contexts.  So, for example, if you are

12   playing football in the front yard and you start to wrestle

13   around and somebody is on the outside looking in, they think

14   that's normal, that's okay.

15        But what we have to understand is for the groomer, for the

16   child sex offender, there is a different motivation in mind.

17   There's a different goal in mind.  That's not just to play with

18   the child or give somebody -- somebody that [verbatim] the

19   child to be with.  That goal is to teach the child that that's

20   what he wants to do is okay.

21   Q.    So would horsing around in a swimming pool with a child

22   and throwing the child in the pool, would that be an example of

23   horseplay or could that be an example of horseplay?

24   A.    Sure, and we've seen examples of horseplay in the pool

25   because, again, if you're watching that, if you're sitting on

1   the side and you're watching that activity occur, you are not

2   going to think there's anything wrong with that.  But we have

3   had groomers that have talked to us and offenders that have

4   talked to us about using the pool, throwing around a child in

5   the pool, throwing the child up as a way to see if I can touch

6   a child and see how the child would react.  And that, again,

7   that all seems very natural and okay to somebody on the

8   outside, but our offender who is engaging in that behavior is

9   doing it for a very specific purpose.  Again, it's part of that

10  constellation of behaviors that constitute grooming.

11  Q.   Does the concept of reciprocity play a role in grooming?

12  A.   It does.

13  Q.   First, before you get to that, can you explain to the jury

14  what that means, reciprocity, what that refers to?

15  A.   Reciprocity is a concept which we in society will use this

16  idea as well.  If somebody does something for us, if somebody

17  gives something to us, we feel obligated to do something back

18  for them.  And that is just a natural tenet that society has.

19       Child sex offenders will use the same principle of

20  reciprocity to, one, not only make the child feel like they

21  have to do something back for the offender, but the parents

22  will feel that as well.  If the offender, the groomer is doing

23  something nice or giving a gift to the family, the family feels

24  okay, this guy must be okay, and we should do something nice

25  for him.  We shouldn't question him because he's nice to us.

1    So this feeling of reciprocity or this kind of an obligation

2    that you might feel is one way that a groomer will use to,

3    again, move along this process, this victimization process.

4    Q.   Why are compliant victims -- why is the goal of grooming

5    compliance; what benefit does that serve to the offender

6    long-term?

7    A.   Long-term, it gives the offender the chance to sexually

8    interact with the victims more than just once.  It's not a

9    situation in which a child is being abducted for a sexual

10   purpose.  The groomer with a compliant victim, he now has the

11   chance to victimize the child over a long period of time,

12   whatever period of time is going to satisfy our offender.

13       But the compliant victim will also not only continue to go

14   back to our offender, but our compliant victim will typically

15   have trouble or delay disclosures, if at all.

16   Q.   Have you interviewed victims who have denied being

17   sexually abused, despite you having concrete evidence that the

18   abuse occurred?

19   A.   I have been a part of those interviews in which victims,

20   yes, would refuse to say that it was them in the photographs,

21   yes.

22   Q.   So for an example you are giving, the child is

23   photographed being sexually abused, they are asked, Did anyone

24   touch you, were you abused, and they deny it?

25   A.   That's correct.

1  Q.   And that is an example of a compliant victim?

2  A.   It is one example of a compliant victim.  And there can be

3  a couple of different reasons why a child would deny it is them

4  in a photograph.  It can be that they don't want to get the

5  offender in trouble.  That's one example of a compliant victim.

6       But there's also that if they may have trouble reconciling

7  the fact that they are now in a depiction, that now they're in

8  a picture and they may not be able to deal with that.  So one

9  of the ways in which a victim may choose to deal with that is

10  to just deny that it occurred.

11  Q.   You said before that sexual abuse is the most

12  underreported crime and sexual abuse with children is the most

13  underreported type of sexual abuse crime?

14  A.   Correct.

15  Q.   Did I say that right?

16  A.   Yes.

17  Q.   Why is that?  Why are children even less likely to

18  disclose sexual abuse than other adults or other people?

19  A.   Sure.  One of the reasons why they may not disclose is

20  because they don't want to get the offender in trouble.

21  Another is they may feel shame.  They may feel responsibility.

22  Good groomers will make the child feel responsible for the

23  sexual contact.  So they may feel guilty and responsible about

24  what's happened.

25       They may feel like they -- the children sometimes may feel

1  like if they disclose, they may not be believed by their family

2  or their community or their environment or their support

3  system.   Some offender -- some victims rather won't disclose

4  because they can't bring themselves to face that victimization.

5  Q.   Can fear of the offender also play a role in a child not

6  wanting to disclose or delaying disclosure?

7  A.   That can be one of the reasons why, fear of the offender.

8  And in some cases with a compliant victim, it can be fear of

9  losing the offender.  So you can be scared of the offender, but

10  you can also -- some child victims are scared that this person

11  is going to be taken away that's given them gifts or giving

12  them attention or giving them affection, that they are going to

13  lose them as well.  So there can be the fear of losing that as

14  well.

15  Q.   And in your experience, do some child sex offenders

16  threaten children not to tell or tell them not to tell anybody

17  what's happening?

18  A.   Yes, that can happen.

19  Q.   And in that sort of situation where a threat has been made

20  to a child, then would it be reasonable in your experience for

21  that child to delay disclosure out of fear?

22  A.   Sure.

23  Q.   Does it make a difference about a child's willingness to

24  disclose sexual abuse if they are the same sex as or gender as

25  the offender?

1   A.   What we typically see with males, male victims are less

2   likely to disclose.  There's sometimes a fear or their fear of

3   the stigma of being labeled homosexual or gay.  They may not

4   even understand that, the sexual identity that they have,

5   because it's been blurred.  It's been messed with by the

6   offender.  So the victim may have that issue of not being

7   able -- the male victim may have that issue of not going able

8   to disclose, one, because of that stigma; and two, because just

9   being the victim of a crime, you know, males are supposed to be

10  strong, we are supposed to be resilient.  And so they may be so

11  confused about that and they're so confused about being a

12  victim that they can't bring themselves to disclose it.

13  Q.   When children do disclose sexual abuse, is it normal, in

14  your experience, for the child to disclose every detail of the

15  sexual abuse all at once the first time they are interviewed by

16  law enforcement?

17  A.   It's been my experience that that's not the case.  It's

18  been my experience that child victims need to feel comfortable

19  in being able to start to make disclosures.  And so what we see

20  is typically a process of that.  It's not -- it's something

21  that once the child starts to begin to feel comfortable that

22  they can start to make disclosures, but in my experience it's

23  been rare for a child to fully disclose in the first contact

24  with either law enforcement or a forensic interviewer.

25  Q.   How long can the process of making full disclosure, how

1    long can that take for a child?

2    A.    It can take years.  And we have -- there's some victims

3    that will never disclose.

4    Q.    Are you familiar with research, social science literature

5    that talks about instances where people have never disclosed to

6    anyone sexual abuse, and it's written about in studies?

7    A.    Yes.

8    Q.    Can you tell us about that?

9    A.    There was a study by David Finkelhor who did a survey and

10    he -- I think the sample size of that survey was like 22,626

11    people that he interviewed in the sample survey.  And he very

12    specifically was looking at disclosures.  And again, looking at

13    who would make disclosures and who would not.  And one of the

14    findings that he had were that males were much less likely to

15    disclose than females of child sexual abuse, and that in that

16    particular sample size, 38 percent told -- said that they would

17    never have disclosed.

18    Q.    So they did disclose, but said that they -- if they hadn't

19    just now been disclosed, they were never gonna tell anyone?

20    A.    Never disclose prior to that call.  And again with that

21    methodology that it is an interview protocol -- excuse me,

22    telephone protocol, so it is done by telephone and there is

23    nobody sitting across from the victim and so there's a, kind of

24    a feeling of anonymity about that disclosure.

25    Q.    So in that Finkelhor study they were calling people on the

1   telephone and asking these questions and some people said,

2   Yeah, I was sexually abused as a child, and by the way, I have

3   never told anyone that?

4   A.   That's correct.

5            MS. KOSTER:  May I have a moment?

6            THE COURT:  Yes.

7   BY MS. KOSTER:

8   Q.   Taking you back to the subject of child pornography.  Is

9   it normal for a person who collects or who has an interest in

10  child pornography to collect boy child pornography and girl

11  child pornography, or what do you see typically?

12  A.   It's been my experience that the collection can have a

13  number of different themes and depict a number of different

14  victims.  You can have a child sex offender who is very

15  specifically interested in a gender, but it's been my

16  experience that in the child pornography collections, it will

17  depict both genders, any number of acts.  And most of the cases

18  that I have been involved with, even those that have a sexual

19  interest in children, will also have adult pornography as well.

20  But what you can start to see from the entire collection, the

21  totality of the collection is some interest in both themes and

22  acts that the offender wants to commit or that is interested in

23  the facts -- excuse me -- the acts the offender is interested

24  in as well as gender.

25  Q.   Okay.  So it sounds like you are saying it is not uncommon

DIRECT EXAMINATION OF WILLIAM DONALDSON

1    for someone who is attracted to boys to also have child

2    pornography featuring girls?

3    A.    That's correct.

4    Q.    Is it uncommon for a sex offender to also have adult

5    sexual relationships?

6    A.    It is not uncommon.  There's -- again, people can be

7    sexually diverse.  You can have a primary sexual interest in

8    children, but that may not necessarily mean that is your only

9    sexual interest.  But we also have offenders who will engage in

10   adult relationships because the object is to gain access to a

11   child.  Maybe that we have an offender that starts dating a

12   woman or marries a woman that has children, because that gives

13   him access to the children.  That's what he's really after and

14   not just the adult relationship.  But we have offenders who

15   have been sexually aroused by both children and adults.

16   Q.    Have you in your interviews of sex offenders had them tell

17   you that they targeted, for example, a single mom who needed

18   financial support who had children?

19   A.    Yes.  That's part of that vulnerability search of a way

20   that the offenders are looking how am I going to gain access,

21   what's going to work here.  If I target a single female that

22   has socioeconomic difficulties, that's a way for me to gain

23   entry into her life, have access to the child and have access

24   to that community and family and environment.

25   Q.    And do some sex offenders also meet women, get married,

 1   have kids?

 2   A.   Yes.

 3   Q.   To gain access ultimately to the children?

 4   A.   Some do it to gain access.  Some have an interest in

 5   having a family.  But we also have offenders that are

 6   interested in doing that so that they have a ready-made victim

 7   that's in their own midst that they already have control and

 8   authority of because they are a parent.

 9            MS. KOSTER:  Nothing further.

10            THE COURT:  You may cross-examine.

11            MR. WIGELL:  May I have a moment, Judge, please?

12            THE COURT:  You may.

13            MR. WIGELL:  Thank you, Judge.  I'm sorry, Judge, I

14   need another minute.  I apologize.  No questions of this

15   witness, Judge.

16            THE COURT:  You may step down, sir.  Thank you.  Next

17   witness.

18            MR. McGRATH:  Government calls Rocco Rigsby.

19            THE COURT:  Come forward, please.  Just kind of stop

20   there.  Face the clerk to my left.  Raise your right hand.  Ed,

21   swear him in, please.

22            THE WITNESS:  I do.

23            THE COURT:  Come be seated right next to me, would

24   you, please.  Again, that chair you are gonna sit in, it

25   doesn't move forward and backward.  You just have to lean

 1    forward, speak directly into that microphone.  All right.

 2                           **DIRECT EXAMINATION**

 3    BY MR. McGRATH:

 4    Q.    Could you state your name and spell your last name for the

 5    jury, please?

 6    A.    Rocco Rigsby, R-I-G-S-B-Y.

 7    Q.    And where do you live?

 8    A.    Walkers, Indiana.

 9    Q.    What's your occupation?

10    A.    Retail manager.

11    Q.    Where?

12    A.    Midwest Gun Exchange and Midwest Gunning Range.

13    Q.    Okay.  And where is that?

14    A.    Mishawaka and Elkhart, Indiana.

15    Q.    Is that a gun store and gun range?

16    A.    That is correct.

17    Q.    Did you provide records to the government in connection

18    with this case?

19    A.    Yes, sir.

20    Q.    I want to show you what has been marked as Exhibit 40.

21              MR. McGRATH:  May I approach, Your Honor?

22              THE COURT:  You can't show it to him on that?

23              MR. McGRATH:  It will be faster if I let him rifle

24    through it quickly, Your Honor.

25    BY MR. McGRATH:

DIRECT EXAMINATION OF ROCCO RIGSBY

1   Q.   Could you just look through those and tell me if they are

2   the records that you gave to us?

3   A.   Yes, sir.

4   Q.   Okay.  Are these records kept by Midwest Gun and Range in

5   the ordinary course of business?

6   A.   Yes, sir.

7   Q.   Were they created around the time of the events depicted

8   herein?

9   A.   The dates on the forms?

10  Q.   Yes.

11  A.   Yes, sir.

12  Q.   And were they created or maintained by someone with

13  knowledge?

14  A.   Yes, sir.

15  Q.   Are these the type of documents that Midwest Range

16  normally keeps in the ordinary course of business?

17  A.   Yes, sir.

18          MR. McGRATH:  Your Honor, at this time we would like

19  to admit Exhibit 40 and publish to the jury.

20          THE COURT:  Any objection?

21          MS. RASHID:  No objections, Your Honor.

22          THE COURT:  It is admitted.  You may publish.

23          MR. McGRATH:  Thank you.

24  BY MR. McGRATH:

25  Q.   Okay.  I'm gonna ask you about this which is page 2 of

DIRECT EXAMINATION OF ROCCO RIGSBY

1    Government's Exhibit 40.  Can you tell me what this document

2    is?

3    A.   That is our waiver of liability for use of our range

4    facility.

5    Q.   Okay.  And who that visits the range signs this?

6    A.   Every person that goes out onto the firing line of the

7    range signs in on this form.

8    Q.   Okay.  And do people who usually who go out onto the

9    range, are they there to shoot weapons?

10   A.   Yes, sir.

11   Q.   Okay.  I want to show you the bottom here and I'll try to

12   zoom in here for you.  Do you see the name highlighted on

13   there?

14   A.   Yes, sir.

15   Q.   Can you -- it is a tough signature.  Can you make out the

16   name?

17   A.   David Resnick.

18   Q.   Do you see a date near that?

19   A.   1/17/08.

20   Q.   Does that indicate to you that Mr. Resnick visited the gun

21   range on January 17, 2008?

22   A.   Yes, sir.

23   Q.   Okay.  Okay.  I want to draw your attention to this

24   document now.  What is this document of here?

25   A.   That is a receipt of sale from our range facility.

1    Q.    Okay.  Now, do you see a date on there?

2    A.    Yes, sir.

3    Q.    Or on this.  Okay.  It says "reprint" before that.  What

4    does reprint mean?

5    A.    Reprint means that it was reprinted after the date of the

6    original transaction.

7    Q.    Okay.  So would the date on here be the original

8    transaction?

9    A.    Yes, sir, the 1/17/08 would be the original transaction

10   date.

11   Q.    Drawing your attention to the right-hand corner, do you

12   see a name and address there?

13   A.    Yes, sir.

14   Q.    What typically goes in that section; whose name?

15   A.    That is the person who has came in and either purchased

16   goods, firearms, or package programs.

17   Q.    Okay.  Let me zoom in a little bit.  Now, that first item

18   description, what does that say?

19   A.    Machine gun cleaning charge.

20   Q.    Now, what is a machine gun cleaning charge for purposes of

21   Midwest Range?

22   A.    That is the rental of a full auto firearm.

23   Q.    Okay.  So even though it says "cleaning," it's actually

24   used for renting?

25   A.    Correct.  The cleaning charge serves as the fee for using

1    the firearm.

2    Q.    Okay.  The second thing there, "range VIP program"; what

3    is that?

4    A.    That is a VIP package for a year-long usage of the range

5    unlimited.

6    Q.    Okay.  And when you purchase a VIP program, is it for the

7    date that you purchased it from and a year forward?

8    A.    Calendar year.

9    Q.    Okay.  So on this one, this would be good until 1/17/09?

10   A.    December 31st of '08.

11   Q.    Okay.  Okay.  I understand.  Now, what is the next line

12   down that was purchased?

13   A.    30P 223 Remington 55 grain, full metal jacket, 50 rounds.

14   That is ammunition of .223 caliber for items such as our

15   full-auto M16's or HKG36's.

16   Q.    Okay.  So would that correlate with a machine gun cleaning

17   charge?

18   A.    That's correct.

19   Q.    Usually someone who went out to fire the machine gun had

20   to buy the bullet to --

21   A.    To use one of our rental items, you have to purchase the

22   firearm, or excuse me, purchase the ammunition from us to use

23   through our own machines.

24   Q.    The next one is premium photo target cardboard back.  What

25   is that?

1    A.    That is an upgraded target, such as pictures of zombies or

2    hostage situations, just more fun than a standard paper target.

3    Q.    And would that usually be used at the range?

4    A.    Yes, sir.

5    Q.    And what is the next one?

6    A.    CCI in the -- looks like Independence 40 Smith and Wesson

7    165 grain full metal jacket.    That is .40 caliber Smith and

8    Wesson handgun ammunition standard full metal jacket range

9    ammo.

10   Q.    Would that work in any .40 caliber gun usually?

11   A.    Yes, sir.

12   Q.    Would it work in a Sig Sauer P229?

13   A.    Yes, sir.

14   Q.    I'm gonna show you the next page, which is page 6 of this.

15   Can you tell me the date there?

16   A.    1/22/08.

17   Q.    Okay.  And the person purchasing?

18   A.    David Resnick.

19   Q.    And what did they purchase on this date?

20   A.    Silhouette MGEB27 blue.   Those are our standard half

21   silhouette targets used on the range.

22   Q.    Okay.  Now, if someone brought their own weapon and their

23   own ammunition, would they be able to shoot at the range?

24   A.    Yes, sir.

25   Q.    Okay.  Could you state the next date; see the next date

1   there?

2   A.    1/31/08.

3   Q.    And this again was David Resnick?

4   A.    Yes, sir.

5   Q.    And he was buying targets again?

6   A.    Yes, sir.

7   Q.    And the date here?

8   A.    2/27/08.

9   Q.    This was again David Resnick?

10  A.    Yes, sir.

11  Q.    And this says "range lane one," but has no price.  What

12  would that possibly mean?

13  A.    Range lane one at no price would signify the usage of some

14  of our equipment such as hearing protection or eyeglasses, or

15  if the VIP range was full, they would spill over into the

16  normal range and we would line up a lane for them that they

17  would be able to use.

18  Q.    So it cost nothing because he got the VIP?

19  A.    Because of the VIP program, yes.

20  Q.    Okay.  Now, turning to the next one, what is the date on

21  this one?

22  A.    1/18/08.

23  Q.    And the name in the corner?

24  A.    Byron James Owen.

25  Q.    And what does the item description signify here?

1  A.   Sig Sauer 226, 40 Smith and Wesson elite platinum two-tone

2  with adjustable night sight.

3  Q.   Okay.  What does two-tone mean?

4  A.   Two-tone means it is two different colors.

5  Q.   Okay.  The gun is two different colors?

6  A.   Correct.

7  Q.   And what usually are the -- what's the usual?

8  A.   Black and silver.

9  Q.   Okay.  What does adjustable night sight mean?

10  A.   The sites would be adjustable for target shooting.

11  Q.   Okay.  And the serial number on this one is what?

12  A.   U768751.

13  Q.   Now, is this a purchase or a rental of a --

14  A.   That is a purchase.

15  Q.   Okay.  And when someone purchases a gun from Midwest

16  Range, they have to fill out specific paperwork?

17  A.   Yes, sir, a 4473 background check form.

18  Q.   This page is -- by the way, it's page 9.  I'm gonna skip

19  page 10 and go to page 11.  Can you tell me what this is that

20  we're looking at here?

21  A.   That is page 1 of a 4473 background check form.

22  Q.   Okay.  And why does this have to be filled out?

23  A.   That is the check form that gets called into the next

24  operation center to research the background of the individual

25  making the purchase.

1    Q.    Okay.  Would a person who has a felony in their background

2    be able to truthfully fill out this form?

3    A.    Truthfully, they could fill it out, but they would not get

4    a sale.

5    Q.    Got you.  So one of the questions on here asks whether

6    they -- well, let's just look at it -- 11-B, is that readable?

7    A.    Yes, sir.

8    Q.    Okay.  Could you read out 11-B?

9    A.    "Are you under Indictment or information in any court for

10   a felony or any other crime for which a judge could imprison

11   you for more than one year?"

12   Q.    And C, please?

13   A.    "Have you ever been convicted in any court of a felony or

14   any other crime for which a judge could imprison you for more

15   than a year, even if you received a shorter sentence including

16   probation?"

17   Q.    Okay.  And this gun, again, on this form was filled out by

18   who?

19   A.    Byron James Owen.

20   Q.    Okay.  I want to turn your attention now to page 10 of the

21   same exhibit.  And what is the date on this one?

22   A.    1/19/08.

23   Q.    And who was the purchaser?

24   A.    Byron James Owen.

25   Q.    What is being purchased?

1   A.   A Sig Sauer 229 40 Smith and Wesson Platinum Elite; a

2   similar firearm to the 226, just a smaller frame.

3   Q.   This also has 2T on it; what does that mean?

4   A.   Two tone.

5   Q.   Again this means?

6   A.   Two different colors.

7   Q.   Two different colors?

8   A.   Correct, sir.

9   Q.   And AS; what does that mean?  Are you aware after the 2T?

10  Is that adjustable sight?

11  A.   Most likely is adjustable sights.

12  Q.   What is the serial number on this one?

13  A.   AM78873.

14  Q.   And the price?

15  A.   949.

16  Q.   And just quickly going back to nine, which was the last

17  page 9 of the exhibit, which was the last one, what was the

18  price on that?

19  A.   949.

20  Q.   Okay.  For this purchase which was on the 19th, would

21  Mr. Owen have to fill out another ATF form?

22  A.   Yes, sir.

23  Q.   Okay.  Turning your page to page 14 of the exhibit, would

24  that be that form?

25  A.   Yes, sir.

1    Q.   Okay.  And it asks the same questions as we asked

2    previously?

3    A.   Yes, sir.

4    Q.   Are you familiar with what a -- of what the 229 Sig Sauer

5    two tone would look like?

6    A.   Yes, sir.

7    Q.   Could you describe it for us?

8    A.   It is a medium-framed semi automatic firearm that has a

9    hammer and a de-cocker lever, a magazine fit.  Silver top slide

10   and black frame.

11   Q.   Is there any way to attach a laser sight to that kind of

12   weapon?

13   A.   Certain models, yes.  I believe from the ones pictured if

14   they were elite they would have a rail on the bottom in front

15   of the trigger guard that would be an attachment for them.

16   Q.   Okay.  So on No. 10 on page 10 of this same exhibit, this

17   was a Platinum Elite?

18   A.   Yes, sir.

19   Q.   Okay.  So it would have that attachment?

20   A.   Yes, sir.

21        MR. McGRATH:  One moment, Your Honor.  One second,

22   Your Honor.

23   BY MR. McGRATH:

24   Q.   I want to show you a picture, 46-B, which has already been

25   admitted into evidence.  Can you tell me what that is a picture

DIRECT EXAMINATION OF ROCCO RIGSBY

1   of; can you tell by the picture what kind of gun it is?

2   A.   That would be a Sig Sauer.

3   Q.   Okay.  This is obviously not a two-tone one, correct?

4   A.   Correct.

5   Q.   Can you see the laser sight on there?

6   A.   Yes, sir.

7   Q.   Is this where the laser sight would be?

8   A.   Yes, sir.

9   Q.   And is that the same type of laser sight that could be put

10  on a 229 Elite?

11  A.   Yes, sir.

12  Q.   Would this be a 229 Elite; could you tell from that

13  picture?

14  A.   Cannot tell completely from the picture, no.

15  Q.   Okay.  I'm also gonna show you Government's Exhibit 46-C,

16  which is already in evidence.

17       MR. McGRATH:  I would like to publish.

18       THE COURT:  Yes.

19       MR. McGRATH:  Okay.

20  BY MR. McGRATH:

21  Q.   Can you tell me what that is a picture of?

22  A.   That is a two-tone Sig Sauer.

23  Q.   Okay.  Does this gun have the ability to have the laser

24  sight on it?

25  A.   Yes, sir, you can see from -- in front of the trigger

DIRECT EXAMINATION OF ROCCO RIGSBY

1   guard on the bottom those three individual grooves, that would

2   be a rail attachment.

3   Q.   Okay.  And if you had a grip, can you get a grip laser

4   sight?

5   A.   Yes, sir.

6   Q.   Now, what would that do?

7   A.   A grip laser, the two screws that you see on the handle of

8   the firearm itself, the silver piece that is dictated on this

9   firearm would come off and a new grip would go on and the laser

10  would be built into that grip.

11  Q.   And could that grip be a different color than the silver?

12  A.   Yes, sir.

13  Q.   Could it be black?

14  A.   Yes, sir.

15       MR. McGRATH:  No more questions.

16       THE COURT:  Cross-exam.

17       MS. RASHID:  Yes, please, Your Honor.

18                        **CROSS-EXAMINATION**

19  BY MS. RASHID:

20  Q.   Now, Mr. Rigsby, you said that you were the retail sales

21  manager at the Midwest Gun Range, correct?

22  A.   Yes, sir -- ma'am.  Sorry.

23  Q.   And how long had you held that position in 2008?

24  A.   I did not work for the company in 2008.

25  Q.   My mistake.  So at the Midwest Gun Range, is it a matter

CROSS-EXAMINATION OF ROCCO RIGSBY

1   of course that if someone just wants to use the range, do you

2   run a background check on that person?

3   A.   No, ma'am.

4   Q.   And why not?

5   A.   For the range facility, the background check is not

6   required; only to purchase a firearm.

7   Q.   Okay.  And that's typical of company policy?

8   A.   Correct.

9   Q.   Thank you.  And so the records that you sent while

10  discussing on direct, those are maintained in the ordinary

11  course of business?

12  A.   Yes.

13  Q.   And the records do show that David Resnick was at Midwest

14  on a number of dates to use the range, correct?

15  A.   Yes.

16  Q.   All right.

17          MS. RASHID:  A moment please, Your Honor.  I have no

18  further questions, Your Honor.  Thank you.

19          THE COURT:  Redirect?

20          MR. McGRATH:  No, Your Honor.

21          THE COURT:  You may step down.  Thank you.  Next

22  witness.

23          MR. McGRATH:  Government calls Byron Owen.

24          THE COURT:  You want to face the clerk to my left.

25  Raise your right hand.  Ed, swear him in.

1          (The oath was administered.)

2               THE WITNESS:  I do.

3               THE COURT:  Come be seated right next to me.  Right

4    over here.  The chair that you are gonna sit in doesn't move

5    forward or backward, and you are gonna have to lean forward and

6    speak directly into that microphone that you see in front of

7    you.  All right?

8                            **DIRECT EXAMINATION**

9    BY MR. McGRATH:

10   Q.   Could you state your name and spell your last name?

11   A.   Byron Owen, O-W-E-N.

12   Q.   And where do you live?

13   A.   5744 Midland Drive, Indianapolis, Indiana.

14   Q.   Are you married?

15   A.   No.

16   Q.   Do you have children?

17   A.   Yes.

18   Q.   How many children?

19   A.   One.

20   Q.   What's your occupation?

21   A.   Transportation.  I'm a logistics specialist.

22   Q.   And who do you do that for?

23   A.   Blue Ribbon Transport.

24   Q.   What was your occupation in 2008?

25   A.   Early 2008 was Pro Motor Engine and Components, and late

DIRECT EXAMINATION OF BYRON OWEN

1   2008 was Nine Transportation.

2   Q.   Do you know the defendant, David Resnick?

3   A.   Yes.

4   Q.   Do you see him in the courtroom today?

5   A.   Yes.

6   Q.   Could you point him out and identify an article of

7   clothing.

8   A.   Right there, black blazer.

9          MR. McGRATH:  I'll let the record reflect that the

10  witness has identified the defendant.

11         THE COURT:  Any objection?

12         MR. WIGELL:  No, Judge.

13         THE COURT:  Yes.

14  BY MR. McGRATH:

15  Q.   How did you meet the defendant?

16  A.   Through business the Pro Motor.

17  Q.   And what were you doing for him at Pro Motor?

18  A.   He brought his truck in for repair and I was a service

19  writer there.

20  Q.   Was there a time when you started spending time with

21  Mr. Resnick outside of work?

22  A.   Yes, we went to dinner and stuff a couple of times; he'd

23  take me out for working on his truck.

24  Q.   Where would you go together?

25  A.   There's Ponderosa down the road, places like that,

 1   restaurants.

 2   Q.   Did you get to be fairly friendly?

 3   A.   Yes.

 4   Q.   Did the defendant end up living with you at some point?

 5   A.   Yes.

 6   Q.   And where were you living at that time?

 7   A.   Elkhart, Indiana.

 8   Q.   Do you know why he was going to be living with you?

 9   A.   To be closer to his work; he was working out of Goshen.

10   Q.   Okay.  He was working where, I'm sorry?

11   A.   In Goshen.

12   Q.   And what's that?

13   A.   Quality Transport, Quality Driveway I think.

14   Q.   Okay.  When did he start living with you?

15   A.   2007.

16   Q.   Okay.  And approximately how long did he live with you?

17   A.   Approximately a year.

18   Q.   While he was living with you, did you know him to have any

19   computers?

20   A.   Yes.

21   Q.   What kind of computers?

22   A.   Laptop and a desktop.

23   Q.   Okay.  I'm gonna hand you what has been marked and put

24   into evidence as Exhibit 1.  Could you take a look at that for

25   me and you can open it up as well?

DIRECT EXAMINATION OF BYRON OWEN        Vol. 2, Page 179

1   A.   (Witness complied.)

2   Q.   Do you recognize Exhibit 1?

3   A.   Yes.

4   Q.   What is it?

5   A.   I think it was his laptop.

6   Q.   How do you recognize it?

7   A.   The silver on here for the keypad; I know it was an HP.

8   Q.   Okay.  Anything about the outside?

9   A.   Not particular, other than it is an HP.

10  Q.   Okay.  Have you seen -- did you see defendant using

11  Exhibit 1?

12  A.   Yes.

13  Q.   And were you ever able to use that computer; did you ever

14  ask to?

15  A.   Uh-uh.

16  Q.   Did he ever allow you to use it?

17          THE COURT:  You have to speak in words.

18          THE WITNESS:  I'm sorry.  No, sir.

19  BY MR. McGRATH:

20  Q.   Okay.  Do you share any other interests with

21  David Resnick?

22  A.   Yes.

23  Q.   What interests do you share with him?

24  A.   We rode motorcycles, shooting.

25  Q.   Okay.  Did you ever go to gun ranges with the defendant?

DIRECT EXAMINATION OF BYRON OWEN

1   A.   Yes.

2   Q.   Where would you go?

3   A.   Midwest Gun Exchange.

4   Q.   I want to show you what has been marked as Government's

5   Exhibit 40, which has already been put into evidence.

6           MR. McGRATH:  I'd like to publish, Your Honor?

7           THE COURT:  Yes.

8   BY MR. McGRATH:

9   Q.   I want to start, and this may be hard to read.  This is

10  page 2.  First of all, do you see what this document is?

11  A.   Yes.

12  Q.   What is it?

13  A.   It's the waiver of liability you sign for before you go

14  into the range.

15  Q.   Okay.  And this what you would sign before going into the

16  range at Midwest?

17  A.   Yes.

18  Q.   I want to draw your attention to just above the yellow

19  highlight there.  Do you see a name and a signature?

20  A.   Yes.

21  Q.   Is that yours?

22  A.   Yes, sir.

23  Q.   Okay.  And do you see the name and signature below?

24  A.   Yes.

25  Q.   Do you know who that is?

DIRECT EXAMINATION OF BYRON OWEN

 1   A.    David's.

 2   Q.    And what was the date on that?

 3   A.    1/17/08.

 4   Q.    I want to show you what is page 3 of Exhibit 40.  Again on

 5   the highlights, I want you to look below the highlight.  Do you

 6   see the name there?

 7   A.    Yes.

 8   Q.    Whose name is that?

 9   A.    Mine.

10   Q.    On what date is that?

11   A.    I can't see, sir.

12   Q.    I'm sorry, that's my fault.

13   A.    1/29/08.

14   Q.    There's a signature above that.  Do you recognize that

15   signature?

16   A.    It looks like David's, yes.

17   Q.    Okay.  Do you remember going at this time to the range

18   with David Resnick?

19   A.    Not that specific time, but we did go multiple times.

20   Q.    Okay.  When you went to the gun range, did Mr. Resnick

21   fire guns?

22   A.    Yes.

23   Q.    Did he fire multiple different guns?

24   A.    Yes.

25   Q.    At the time that you went to the ranges with him, were you

1    aware of his -- did you know he was not allowed to hold guns?

2    A.    He did tell me that, yes.

3    Q.    Okay.  Was there a time when the defendant asked you to

4    buy him a gun?

5    A.    Yes.

6    Q.    What was your response?

7    A.    I told him I'd do it.

8    Q.    Why did you do this?

9    A.    He offered to buy me one in exchange for doing it.

10   Q.    Did you know he was a felon at the time?

11   A.    Yes.

12   Q.    So you said you guys made a deal that you would buy two

13   guns?

14   A.    Correct.

15   Q.    And he would provide the funds for them?

16   A.    Yes.

17   Q.    Approximately how much did the guns cost together?

18   A.    They were approximately thousand dollars a piece, so

19   $2,000.

20   Q.    I'm showing you what has been marked as Government's

21   Exhibit 9.  Is that your name and address in the right-hand

22   corner?

23            THE COURT:  Is 9 in evidence?

24            MR. McGRATH:  Your Honor.  This is Government's

25   Exhibit 40, page 9.  I apologize.

DIRECT EXAMINATION OF BYRON OWEN

1          THE COURT:  Okay.

2    BY MR. McGRATH:

3    Q.   Government's Exhibit 40, page 9, is there a name in the

4    right-hand corner?

5    A.   Yes, that's mine.

6    Q.   That was your address at the time?

7    A.   Yes, sir.

8    Q.   And was this a gun that you purchased?

9    A.   Yes.

10   Q.   And this is a Sig Sauer 226.  Is that the gun that David

11   was gonna take or the gun that you were gonna take?

12   A.   226 was the one that I was going to use.

13   Q.   Okay.  Showing you what has been marked as Government's

14   Exhibit 40, page 10, and was this another purchase of a gun by

15   you?

16   A.   Yes.

17   Q.   This was on January 19, 2008?

18   A.   Okay.

19   Q.   Well, do you see the date there?

20   A.   Yes, I'm sorry.

21   Q.   Okay.  And this is a Sig Sauer 229, correct?

22   A.   Yes, sir.

23   Q.   Can you describe what that gun looked like?

24   A.   It had a black base to it, like the handle, stainless

25   steel slide on it.  So it would be like a silver color.

DIRECT EXAMINATION OF BYRON OWEN

1    Q.    Okay.

2    A.    With the slide.

3    Q.    You said it had a black base.  Did you add anything to the

4    actual gun when you had purchased it, any accessory?

5    A.    After we purchased it, yes, we added a laser sight to it.

6    It had silver grips that it came with and aftermarkets were

7    black with a laser built into them.

8    Q.    Okay.  So let me get this straight.  There was a laser

9    that's attached and where is that attached on the gun?

10   A.    It attaches to the grips.

11   Q.    Okay.  Where does the laser come out of on the weapon?

12   A.    It would be on the side of where your hand is at on the

13   handle.

14   Q.    Okay.  And that color was black?

15   A.    The grips were black, yes.

16   Q.    Grips were black.  Okay.

17         MR. McGRATH:  Your Honor, at this time we'd ask that

18   stipulation four be read to the jury?

19         THE COURT:  Any objection?

20         MR. WIGELL:  No, Judge.

21         THE COURT:  The United States and defendant, David

22   Alan Resnick, stipulate and agree that Sig Sauer handguns

23   including the Sig Sauer P229R Platinum Elite bearing serial No.

24   AM78873 are not manufactured in the State of Indiana.  The

25   parties further stipulate that the possession of any such

DIRECT EXAMINATION OF BYRON OWEN

1   handgun within the State of Indiana affects interstate

2   commerce.

3   BY MR. McGRATH:

4   Q.   Going back to Exhibit 40, No. 10, can you read the serial

5   number on the gun that was purchased?

6   A.   AM78873.

7   Q.   And is that the gun that you purchased for Mr. Resnick?

8   A.   Yes.

9   Q.   Okay.  I want to show you two pictures already admitted

10  into evidence.  The first is Government's Exhibit 46-B.  Does

11  that appear to be -- look like one of the guns that was

12  purchased?

13  A.   No.

14  Q.   Okay.  I'm gonna show you 46-E now.  Does that look like

15  one of the guns purchased?

16  A.   Yes.

17  Q.   Whose gun?

18  A.   If you could zoom in a little bit, I can --

19  Q.   Sure.

20  A.   I can't tell you for sure, but that looks like the short

21  barrel, so I would say the 229.

22  Q.   Okay.  And you had said something about the laser grip

23  would replace the silver backing.  Is that where I am pointing

24  now to the screws on the base of the gun?

25  A.   Yes, that silver area there where --

DIRECT EXAMINATION OF BYRON OWEN

1   Q.   That silver area would be removed and a black --

2   A.   Plastic or rubber --

3   Q.   -- okay, would be replaced on it?

4   A.   Yes.

5   Q.   Okay.  How many times approximately did you go to the gun

6   range with the defendant?

7   A.   Several.  I can't specify how many.

8   Q.   Do you remember around the last time that you went with

9   him?

10  A.   March or April of that -- March or April '08.

11  Q.   Okay.  The last time that you went with him, did he have

12  his Sig Sauer with him?

13  A.   Yes.

14  Q.   Did you ever go on any work trips with the defendant?

15  A.   Yes, we took a trailer to Pennsylvania.

16  Q.   Okay.  About when was that?

17  A.   Fall of '07.

18  Q.   Okay.  Did you ever go on a trip with him where he carried

19  the Sig Sauer?

20  A.   No.

21  Q.   Did you ever see him go out on jobs with the Sig Sauer?

22  A.   Yes.

23  Q.   Okay.  About approximate time frame?  When was that?

24  A.   After we bought it.  I'd seen him put it in the truck.

25  Q.   Okay.  In your experience with him, was he in the habit of

DIRECT EXAMINATION OF BYRON OWEN

1   taking that gun with him when he went off on jobs?

2   A.   Yes.

3   Q.   Did he own any other firearms?

4   A.   He had a shotgun.

5   Q.   Okay.  Can you describe that gun?

6   A.   Wood stock, wood grips, just typical shotgun.  I don't

7   know what gauge it was.

8   Q.   From the time you bought the defendant this, the P229 Sig

9   Sauer, can you tell us how long the defendant kept the gun?

10  A.   To the best of my recollection, probably a year.

11  Q.   Okay.  At some time in 2009 did you ask him to give the

12  gun back?

13  A.   Yes.

14  Q.   Why did you ask him to do that?

15  A.   Because he was in Florida and I wanted the firearm back.

16  Q.   Were you afraid of anything occurring?

17  A.   I didn't know -- I mean, it had my name on it down there.

18  Q.   Now, Mr. Owen, do you remember when the FBI first

19  contacted you about this case?

20  A.   Yes.

21  Q.   Did the FBI call you out of the blue?

22  A.   Yes.

23  Q.   Was it a surprise?

24  A.   Very much.

25  Q.   What were you doing at the time?

DIRECT EXAMINATION OF BYRON OWEN

1    A.    I was on vacation with my family.

2    Q.    Okay.  And who was with you at the time, who in your

3    family?

4    A.    My son, my fiancee, her children, and all of her dad's

5    side.

6    Q.    Okay.  When an FBI agent first asked you about David's

7    ownership of guns, did you say something different than what

8    you testified to today?

9    A.    Regretfully, yes.

10   Q.    And who did you talk to?

11   A.    Matt Chicantek.

12   Q.    Is that the man sitting at the table with us here today?

13   A.    Yes, sir.

14   Q.    He's an FBI agent?

15   A.    Yes.

16   Q.    Okay.  What did you tell Special Agent Chicantek the first

17   time you talked with him?

18   A.    I told him that I didn't buy the firearm and denied

19   everything, and I'm real sorry for doing that.  It is not --

20   I'm here to make things right.

21   Q.    Did you later call Agent Chicantek back?

22   A.    Yes.

23   Q.    Did you tell him you wanted to talk again?

24   A.    Yes.

25   Q.    And then did you tell him the account of how you sold the

DIRECT EXAMINATION OF BYRON OWEN

1    gun to David?

2    A.    I had met with an attorney and he come in and conferenced

3    with us.

4    Q.    Okay.  So eventually you had a conversation with Matt

5    Chicantek and an attorney present about you selling the gun?

6    A.    Correct.

7    Q.    Did Special Agent Chicantek or the government make any

8    promises to you about anything?

9    A.    The proffer letter.

10   Q.    Okay.  We gave you a proffer letter to say that anything

11   that you spoke about wouldn't be used against you, is that

12   correct?

13   A.    Correct.

14   Q.    Okay.  Are you telling the truth today?

15   A.    Yes, sir.

16   Q.    Do you remember the defendant going on a trip with a young

17   boy at any time?

18   A.    He told me he had.

19   Q.    Okay.  Did you ever ask him about it?

20   A.    No.

21   Q.    Soon after he went on the trip, did David Resnick leave

22   the Indiana area?

23   A.    Within a couple months, I believe so.

24   Q.    And where did he go?

25   A.    I thought he went to Florida.

DIRECT EXAMINATION OF BYRON OWEN

1   Q.   Okay.  To your knowledge, did he ever return to the area

2   besides coming here for trial?

3   A.   Uh, not that I know of.

4   Q.   Was there a point where you were asked by him to retrieve

5   a motorcycle kept by someone else in the area?

6   A.   Yes.

7   Q.   And who was that motorcycle being kept by?

8   A.   I believe his name was Tim.

9   Q.   Okay.  Would that be Tim Podgorski?

10  A.   I'm not sure of his last name, but yes.

11  Q.   Do you remember the defendant owning a dog?

12  A.   Yes.

13  Q.   Do you remember what kind of dog it was?

14  A.   It looked like a pit bull, but he said it wasn't a pit

15  bull.  I don't know.

16  Q.   Do you remember around the time he got the dog?

17  A.   It was after he left my house.

18  Q.   Okay.  Was it around the summer of 2008?

19  A.   Yeah.  Yes.

20  Q.   I want to show you what has been marked and admitted as

21  Government's Exhibit 10-A and I'd like to publish, Your Honor?

22          THE COURT:  Yes.

23  BY MR. McGRATH:

24  Q.   Do you recognize the dog?

25  A.   Yes.

DIRECT EXAMINATION OF BYRON OWEN

1    Q.    Is that David's dog?

2    A.    Looks like it, yes.

3    Q.    Okay.

4          MR. McGRATH:  No more questions.

5          THE COURT:  Cross-exam.

6          MR. WIGELL:  Thank you, Judge.

7                      **CROSS-EXAMINATION**

8    BY MR. WIGELL:

9    Q.    Mr. Owen, did Mr. Resnick have more than one computer?

10   A.    He had a laptop and a desktop.

11   Q.    Okay.  And did you ever see him with any other ones?

12   A.    No.

13   Q.    Okay.  And the computer that he had, you know it was an

14   HP, right?

15   A.    Yeah.

16   Q.    Okay.  Do you know the model number?

17   A.    No, I don't.

18   Q.    Okay.  Did he ever let you use it?

19   A.    No.

20   Q.    Now, when the FBI called you, what did you tell them?

21   A.    I told them that I had never -- I didn't purchase the gun

22   for him the first time.

23   Q.    Okay.  Because their question was did you ever purchase or

24   maybe not in these words, but the idea was, and correct me if

25   I'm wrong, "Did you ever purchase a gun for David Resnick"?

1    A.   Correct.

2    Q.   And what was your answer?

3    A.   I said, "No."

4    Q.   Okay.  And after that, did they contact you again?

5    A.   Yes.

6    Q.   And was it the case agent that you spoke of earlier?

7    A.   Matt.

8    Q.   Yeah.

9    A.   Yes.

10   Q.   Okay.  And did you hire an attorney?

11   A.   Yes.

12   Q.   And then did you come and speak to the government?

13   A.   Yes.

14   Q.   Okay.  And a couple moments ago the government attorney

15   asked you whether or not there was any promises, and you said

16   Yes, there was a proffer letter?

17   A.   Yes.

18   Q.   Okay.  And what's your understanding of the proffer

19   letter?

20   A.   That anything I testify today that can't be used against

21   me.

22   Q.   Okay.  Including that you are saying that you bought the

23   guns for Mr. Resnick?

24   A.   Correct.

25   Q.   So you are protected from that?

1    A.    Yes.

2    Q.    And you got the gun back, right?

3    A.    Yes, it was shipped to me.

4    Q.    I'm sorry.  I can't hear you.

5    A.    Yes, it was shipped to me.

6    Q.    Okay.  Shipped to you.  When was that?

7    A.    2009.

8    Q.    Okay.  And you asked him and he gave it back to you,

9    right?

10   A.    I told him I needed it back.

11   Q.    Okay.  And it wasn't a face-to-face meeting that you asked

12   him to give it back to you?

13   A.    No.

14   Q.    Okay.  But he paid for them, right?

15   A.    Correct.

16   Q.    Paid for both of them?

17   A.    Yes.

18   Q.    And your deal was you got one and he got the other one?

19   A.    Correct.

20   Q.    And you asked him for it back and he gave it back to you?

21   A.    Correct.

22   Q.    Sorry?

23   A.    Correct.

24   Q.    Thank you.

25         And you gentlemen went to the range many times, didn't

CROSS-EXAMINATION OF BYRON OWEN

1    you?

2    A.    Yes.

3    Q.    Okay.  And would David pay for you?

4    A.    Sometimes, yes.

5    Q.    Did you ever pay for David?

6    A.    I don't remember.  I don't recall.

7    Q.    Okay.  And you and David lived together for a while,

8    right?

9    A.    Yes.

10   Q.    And when the FBI called you, that scared you, didn't it?

11   A.    Yes.

12   Q.    And you remember when you signed the proffer letter?

13   A.    To the best of my knowledge, last month.

14   Q.    Okay.  So it was certainly in 2013, right?

15   A.    Yes.

16   Q.    And was it in June sometime if you remember?

17   A.    Yes.

18   Q.    Okay.  And Mr. Owen, when you changed -- pardon me one

19   second.

20            MR. WIGELL:  This is previously published 46-C.  May

21   I publish, Judge?

22            THE COURT:  Yes.

23   BY MR. WIGELL:

24   Q.    This is the gun that's kind of like the -- one of the

25   weapons you bought, right, Mr. Owen?

CROSS-EXAMINATION OF BYRON OWEN

1   A.   Correct.

2   Q.   And --

3   A.   Is like.

4   Q.   And you suggested that you changed the grips out when you

5   bought the aftermarket accessory of the laser grip?

6   A.   Correct.

7   Q.   Okay.  This is the grip, right?

8   A.   Correct.

9   Q.   You didn't change this part, did you?

10  A.   No, sir.

11  Q.   Okay.  Cause that's part of the mechanism that makes the

12  gun the gun, right?

13  A.   Firing, yes.

14  Q.   It's not just the frame piece?

15  A.   Correct.

16  Q.   Okay.  So after you did this alteration, the top was still

17  silver?

18  A.   Yes.

19  Q.   But the grips were black with the laser grip on it?

20  A.   Correct.

21  Q.   You got this -- and not this particular gun, because this

22  is just a picture of it -- but you got this Sig Sauer with the

23  laser sight back on it, didn't you?

24  A.   I got it back.

25  Q.   Yes.  And you got the laser sight, too, right?

1   A.   Yes.

2   Q.   Did you give him any money for when he gave it back to

3   you?

4   A.   Not that I recall.

5   Q.   Well, did he ask you for any money?

6   A.   No.  I done some work on a truck for him.

7   Q.   Okay.  But was there an agreement that you do the work on

8   the truck and you get the gun back?

9   A.   Not that I recall, no.

10  Q.   Well, if there was something like that, you would have

11  told the FBI agents, wouldn't you?

12  A.   Correct.

13          MR. WIGELL:  Thank you, Judge.

14          THE COURT:  Redirect.

15                    **REDIRECT EXAMINATION**

16  BY MR. McGRATH:

17  Q.   Now, you were asked a little about the proffer letter,

18  correct?

19  A.   Correct.

20  Q.   And the proffer letter told you anything you said in that

21  proffer wouldn't be used against you, correct?

22  A.   Correct.

23  Q.   If you had never bought a gun for David at all, you never

24  would have been in any trouble, right?

25  A.   Yes, sir.

1  Q.   Can you think of any reason why it would help you to admit

2  to selling a gun to David Resnick when you didn't?

3  A.   No.

4  Q.   So were you telling the truth about that?

5  A.   Yes, sir.

6  Q.   Thank you.

7            MR. McGRATH:  No more questions.

8            THE COURT:  Recross.

9            MR. WIGELL:  If I could have a moment, Judge.

10                      **RECROSS-EXAMINATION**

11  BY MR. WIGELL:

12  Q.   But the sequence of events were you lied to the FBI, then

13  you signed the proffer letter, and then you told the truth,

14  right?

15  A.   Correct.

16            MR. WIGELL:  Nothing further.

17            THE COURT:  Anything else?

18            MR. McGRATH:  No, Your Honor.

19            THE COURT:  You may step down.  Thank you.  Next

20  witness.

21            MS. KOSTER:  Government calls Matt Chicantek.

22            THE COURT:  Okay.  Can you face the clerk where you

23  are, and raise your right hand.  Ed, swear him in, please.

24       *(The oath was administered.)*

25            THE WITNESS:  Yes, I do.

1          THE COURT:  Come be seated next to me.  Do I have to

2   tell you about the chair?

3                      **DIRECT EXAMINATION**

4   BY MS. KOSTER:

5   Q.    Please state your full name and spell your last name.

6   A.    Matthew Chicantek.  It is C-H-I-C-A-N-T-E-K.

7   Q.    Where are you employed?

8   A.    Special agent with the FBI.

9   Q.    How long have you been a special agent with the FBI?

10  A.    Three years.

11  Q.    Prior to that, did you work in law enforcement?

12  A.    Yes, I did.

13  Q.    Describe your experience, please?

14  A.    Prior to the FBI, I was a special agent with the United

15  States Secret Service for approximately four years.  And prior

16  to that, I was a police officer with the Cobb County Police

17  Department in Cobb County, Georgia.

18  Q.    For how long?

19  A.    Approximately seven years.

20  Q.    What's your total length of service in law enforcement?

21  A.    Approximately 15 years.

22  Q.    Directing your attention to the investigation into

23  David Resnick, are you the case agent?

24  A.    Yes, I am.

25  Q.    Did you take over that responsibility from someone else?

DIRECT EXAMINATION OF MATTHEW CHICANTEK

1    A.   Yes, I did.

2    Q.   Who was that?

3    A.   Special Agent Lana Sabata.

4    Q.   And why was that?

5    A.   She was transferred out of the division.

6    Q.   Referring you back to your time in local law enforcement,

7    Secret Service and here with the FBI, have you participated in

8    the investigation of child exploitation offenses?

9    A.   Yes, I have.

10   Q.   How many years have you worked in that area?

11   A.   Approximately eight years now.

12   Q.   Directing your attention to the investigation in this

13   case, are you aware of interviews, recorded interviews of A.M.

14   and K.M., Kyle and Tony?

15   A.   Yes, I am.

16   Q.   And was an interview of Kyle taken that was videotaped?

17   A.   Yes, it was.

18        MS. KOSTER:  Your Honor, the government has marked as

19   Government's Exhibit 48-A the conducted interview of Kyle, and

20   we move to admit that interview into evidence.

21        THE COURT:  Any objection?

22        MR. WIGELL:  Yes, Judge.  We object.

23        MS. KOSTER:  May I be heard at sidebar, Your Honor?

24        THE COURT:  Yes.

25        (Bench conference.)

 1          THE COURT:  You want to step up here, sir.  First of

 2    all, you just can't object.  What's the grounds for the

 3    objection?

 4          MR. WIGELL:   Relevancy.

 5          MS. KOSTER:   Judge, during the cross-examination of

 6    K.M., counsel repeatedly suggested that the government had told

 7    him where or to put a bed in the room, had told him information

 8    that he then recounted for the jury.  This recorded interview,

 9    which was taken in 2008 shortly after his disclosure of law

10    enforcement, it is actually his disclosure to law enforcement,

11    depicts K.M. telling the exact same story he told the jury

12    today about the defendant touching him on the penis, him moving

13    to the chair.  And so his testimony in court it is a prior

14    consistent statement of K.M. and offered to rebut the claim of

15    recent manufacture during meetings with the government that was

16    suggested during cross-examination by counsel.

17          THE COURT:  Any response?

18          MR. WIGELL:  My claim was as to the drawing, not as

19    to the content.  My claim was as to the government's suggested

20    questions as to the producing the drawing, not as to the

21    content.  And because of that, that would be duplicitous and

22    more prejudicial than probative to show it -- to show that

23    video to the jury at some point, Judge.

24          THE COURT:  Anything else?

25          MS. KOSTER:  I disagree with his assertion that his

1    claims were regarding the drawing.  The drawing is not

2    relevant.  What's relevant is what happened in the hotel room,

3    and K.M.'s account of that today in court was exactly the same

4    as the one he gave back in 2008 to law enforcement which was

5    videotaped.

6         THE COURT:  Yeah, the objection's overruled because I

7    do find its probative value outweighs any prejudice -- any

8    undue prejudice to your client, sir.  So you can show it.

9         MR. WIGELL:  Thank you, Judge.

10      (Bench conference concluded.)

11        THE COURT:  So you offer 48-A?

12        MS. KOSTER:  Government moves to admit 48-A.

13        THE COURT:  It is admitted.

14        MS. KOSTER:  We will publish that in just a moment

15   when we get the computer fired up, Your Honor.

16        THE COURT:  Well, while you are firing up the

17   computer, we've been here a little while.  It is almost

18   midafternoon.  Why don't we take our 15-minute recess.  So same

19   instruction I have been giving you applies.

20      (Jury exits.)

21        THE COURT:  Is that the last kind of problem like

22   that that you have?

23        MS. KOSTER:  I hope so, Your Honor.

24        THE COURT:  You don't have any other DVDs.  My brain

25   kind of stopped.

1          MS. KOSTER:  No, I do have a demonstrative, which I'm

2     working on getting copied on downstairs with my next witness,

3     and I will provide a copy of that to defense counsel as soon as

4     I receive it.

5          THE COURT:  What's that demonstrative about?

6          MS. KOSTER:  It is to show the jury how LimeWire

7     works.

8          MR. WIGELL:  I have not seen that, Judge.

9          THE COURT:  She's going to show it to you, aren't

10    you?

11         MS. KOSTER:  As soon as I receive it.

12         THE COURT:  How long will this witness take?

13         MS. KOSTER:  I forget how long the video is, Your

14    Honor.  Twenty-five minutes on the video and then he is going

15    to give a detailed summary of the defendant's statement to law

16    enforcement on the day of the search in Florida.

17         THE COURT:  Okay.

18         MS. KOSTER:  That will take approximately half an

19    hour.

20         THE COURT:  So just on direct there's another hour?

21         MS. KOSTER:  Yes.

22         THE COURT:  How much on cross?

23         MR. WIGELL:  Half hour at the most, Judge.

24         THE COURT:  Hour and a half.  Okay.  And you have one

25    other witness?

```
 1              MS. KOSTER:  One other witness.  I do have a lot of

 2   exhibits with the other witness.

 3              THE COURT:  So he may take the rest of the day?

 4              MS. KOSTER:  Yes, I think that is likely.

 5              THE COURT:  And that will be the end of it for you?

 6              MS. KOSTER:  Correct, that is our plan.

 7              THE COURT:  Does defense have any witnesses?

 8              MR. WIGELL:  We believe, yes, Judge.

 9              THE COURT:  How many?

10              MR. WIGELL:  Two at the most.

11              THE COURT:  Who might they be.

12              MR. WIGELL:  One is Howard Resnick and the reason I

13   hesitate to say maybe yes or maybe no is because he's here, but

14   I haven't had a chance to talk to him today; and the defendant,

15   if he chooses to testify.

16              THE COURT:  Is it likely that he will choose to

17   testify, yes or no?

18              MR. WIGELL:  It is likely at this point that he will

19   choose to testify.

20              THE COURT:  Okay.  And it's probably those two

21   witnesses are gonna take place tomorrow?

22              MR. WIGELL:  I would appreciate that opportunity to

23   do it tomorrow.

24              THE COURT:  Is there any other instructions that

25   counsel for either side intends to at this stage at least to
```

1      tender to the Court.

2              MS. KOSTER:  Jury instructions?

3              THE COURT:  Well, what other would there be?

4              MS. KOSTER:  Your Honor, I do intend to offer one

5      additional jury instruction to what has been given to the

6      Court, and I will get that to Your Honor.

7              THE COURT:  Before the end of the day?

8              MS. KOSTER:  Before the end of the day.

9              THE COURT:  Today?

10             MS. KOSTER:  Yes.

11             THE COURT:  Do you intend to offer any?

12             MR. WIGELL:  No, Judge.

13             THE COURT:  Thanks.

14          (A recess was taken 2:25 p.m.)

15          (The proceedings resumed in open court, reported as

16          follows:)

17             DEPUTY CLERK:  All rise.  Okay.

18             MS. KOSTER:  Judge, may I address the Court briefly?

19      Two things.

20             THE COURT:  Yeah, what's up?

21             MS. KOSTER:  One is I have my proposed jury

22      instruction.  It is not agreed by the parties.

23             THE COURT:  Does he have a copy of it?

24             MS. KOSTER:  He does.

25             THE COURT:  All right.  Did you E-file this?

1          MS. KOSTER:  I did not, but I can.

2          THE COURT:  Yeah, because I have a law clerk in

3    Portland, Oregon that is handling this and he is observing what

4    we are doing here and he's the one that does these.  So if you

5    could E-file it and he can pick it up.

6          MS. KOSTER:  Very well.  The government feels this

7    instruction is important to protect the defendant's right.

8    It's a statement of --

9          THE COURT:  It is not the time to do that.

10         MS. KOSTER:  We'll argue it later.  Fair enough.

11         THE COURT:  There is a settlement conference that

12   comes up.

13         MS. KOSTER:  Very well.

14         THE COURT:  You might not see this in the Court's

15   instructions.

16         MS. KOSTER:  Very well.

17         THE COURT:  Then you can make that argument that you

18   were about to make.  It is just a waste of time.  What else?

19         MS. KOSTER:  Fair enough.  The video we were going to

20   play contains a few minutes approximately where the child makes

21   reference to having touched the other child, which is evidence

22   that the government has excluded.  So we are editing that

23   portion out of the video, and we'll play it when we get the

24   edited video so as not to bring in evidence that the government

25   strongly objects to.

1          THE COURT:  Well, I've already made a ruling on it.

2          MS. KOSTER:  Correct.

3          THE COURT:  So I don't want to waste time here, you

4    know.  I would like to finish -- you indicated you have one

5    witness other than this one and that the procedure I'm trying

6    to follow is to complete the government's evidence today.  Send

7    the jury home, come back tomorrow, take whatever evidence the

8    defense has, settle the instructions tomorrow, but sending the

9    jury home tomorrow early because the last trial I did I was

10   here 'til ten o'clock at night, and I'm 75 years old, too old

11   to do that anymore.  So we'll settle the instructions tomorrow

12   afternoon.  If you get by the motions that I'm anticipating for

13   judgment -- directed verdict that kind of stuff, so that's how

14   I'm gonna do it.  So, you know, can I proceed now?

15         MS. KOSTER:  Absolutely, Your Honor.

16         THE COURT:  When you gonna play this thing, and when

17   it is going to be edited?

18         MS. KOSTER:  It is being edited right now.

19         THE COURT:  How long does it take?

20         MS. KOSTER:  I don't know how long it will take,

21   hopefully not long.  What I propose is call my next witness now

22   and call Special Agent Chicantek after this witness is done

23   testifying and we can use the video through Special Agent

24   Chicantek.

25         THE COURT:  How are you going to work that with the

1    jury?

2              MS. KOSTER:  We can simply explain that we are being

3    allowed to call the witness out of order.  The witness is from

4    out of town; he came in here today from Florida, so --

5              THE COURT:  Well, he's probably happy to be here.

6              MS. KOSTER:  I'm sure he'll be happy to go home

7    quickly, too.

8              THE COURT:  What part of Florida?

9              MS. KOSTER:  Port St. Lucie.  He is a friend of the

10   examiner who examined the --

11             THE COURT:  Maybe he could check on my place down

12   there while he's there.  Does that sound all right with you?

13             MR. WIGELL:  Does, Judge.  And then is it the Court's

14   idea we would argue tomorrow or argue Thursday?

15             THE COURT:  Argue Thursday.

16             MR. WIGELL:  Thursday morning?

17             THE COURT:  Well, no.  Yeah, Thursday morning.  You

18   are gonna present your case, whatever it is gonna be, tomorrow.

19   I'll send the jury home early.  I'll hear whatever motion

20   you've got at the close of all the evidence.  I'd like to get

21   the government done today and then we'll settle the

22   instructions and then Thursday morning they'll come in.  You'll

23   give final arguments.  How long are you gonna take, two minutes

24   per side?

25             MS. KOSTER:  Government asks for one hour.

```
 1              THE COURT:  It is a starting point.

 2              MS. KOSTER:  Starting point?

 3              THE COURT:  The two minutes was a starting point.

 4              MS. KOSTER:  Thank you, Judge.  I was hoping you

 5    weren't serious.  One hour, please.

 6              THE COURT:  I'm never serious.

 7              MS. KOSTER:  You seem serious.

 8              THE COURT:  I do.  Interesting.  Well, take it for

 9    what it is worth.  I'm never serious.  It is all a big joke.

10    If you believe that, I've got five bridges I will sell you very

11    cheaply.  Hour?

12              MS. KOSTER:  One hour.

13              THE COURT:  Both opening and closing?

14              MS. KOSTER:  Yes.

15              THE COURT:  Hour?

16              MR. WIGELL:  Yes, if you are including their rebuttal

17    argument.

18              THE COURT:  What did I just say?  Didn't you hear me?

19              MR. WIGELL:  I did, Judge, but --

20              THE COURT:  Do I speak in tongues or something?

21              MR. WIGELL:  I --

22              THE COURT:  Didn't you hear me?  I said the hour

23    includes opening and closing.  What does that mean to you?

24              MR. WIGELL:  It was unclear, that's why I asked the

25    follow-up question.
```

 1              THE COURT:  What does opening and closing final

 2      argument mean?

 3              MR. WIGELL:  I call it rebuttal.  I apologize.  Now I

 4      understand.  An hour is sufficient.

 5              THE COURT:  Good.

 6              MR. WIGELL:  Thank you, Judge.

 7              THE COURT:  Get the jury in.

 8              MR. McGRATH:  Your Honor, may I grab the agent's

 9      notes from the stand?

10              THE COURT:  Why not.

11              MR. McGRATH:  Thank you, Your Honor.

12          (Jury enters.)

13              THE COURT:  Please be seated.  Ladies and gentlemen,

14      we're having some technical difficulties with Government's

15      Exhibit 48-A.  So instead of having us sit around and wait 'til

16      those are rectified, we're interrupting Agent Chicantek's

17      testimony and we're taking the testimony of another person,

18      okay.  But Agent Chicantek will be back after the conclusion of

19      the next witness.  That's how it's gonna work.  Next witness.

20              MS. KOSTER:  The government calls Brian Broughton.

21              THE COURT:  Face the clerk to my left, this guy right

22      here.  Okay.  Swear him in, Ed.

23          (The oath was administered.)

24              THE WITNESS:  Yes, I do.

25              THE COURT:  Okay.  That chair doesn't move forward or

 1    backward.

 2            THE WITNESS:  Okay.

 3            THE COURT:  If you do or try to do it, you'll break

 4    it.  Just lean forward, speak directly into the microphone.

 5    All right?

 6            MS. KOSTER:  If you need to move that microphone, you

 7    can move it closer to you.

 8            THE COURT:  Well, it does move.

 9                        **DIRECT EXAMINATION**

10    BY MS. KOSTER:

11    Q.    Please state your full name and spell your last name.

12    A.    Brian Broughton, B-R-O-U-G-H-T-O-N.

13    Q.    Where are you employed?

14    A.    I am a detective with the Martin County sheriff's office

15    in Stuart, Florida.

16    Q.    Is Stuart, Florida, near Port St. Lucie, Florida?

17    A.    Yes.

18    Q.    How far apart are the two?

19    A.    Within five to ten miles.  It is the county north of us.

20    Q.    You described yourself as a detective?

21    A.    Yes.

22    Q.    How long have you been a detective?

23    A.    I have been an officer since 1992, and I've been a

24    detective assigned to the crimes against children unit since

25    1997.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    Q.    And in that capacity, do you investigate child pornography

2    offenses, among others?

3    A.    Yes, I do.

4    Q.    How long have you been investigating child pornography

5    offenses?

6    A.    Probably for about 15 years now.

7    Q.    Now, does your investigation involve or include forensic

8    examinations of computers?

9    A.    Yes.

10   Q.    How long have you been conducting computer forensic

11   examinations?

12   A.    Just prior to 2004, the Internet started to become real

13   popular, and I started getting more child pornography and child

14   solicitation cases coming my way.  Kids were being abused via

15   the computer.  So currently, prior to 2004, our forensic exams

16   were done by the Department of Homeland Security.  So I worked

17   hand-in-hand with the agents up there as they would take our

18   computers that were seized in our investigations and process

19   those.

20          Then in 2004, based on some knowledge that I had of

21   computers, my base knowledge of computers and working with the

22   agents up there with some of their forensic software, I was

23   selected to attend a two-month CERT program, which is Computer

24   Evidence Recovery Training program put on by the Treasury

25   Department, and that started my forensic career.

1    Q.    And so you attended that program in 2004?

2    A.    Yes.  One month was up in Washington, D.C., at the IRS

3    training center, and the other month was at FLETC, which is the

4    Federal Law Enforcement Training Center in Glynco, Georgia.

5    Q.    Have you been conducting computer forensic examination

6    since then?

7    A.    Yes.

8    Q.    How many, approximately, computer forensic examinations

9    have you conducted since?

10   A.    When I came back in 2004, we at the sheriff's department,

11   we're really the only ones locally that were doing forensics.

12   Actually, at the time, I was assisting Department of Homeland

13   Security with their forensic investigations, as well as the

14   FBI, the postal service, as well as the local law enforcement

15   agencies, police departments surrounding our county.  So since

16   2004, I could honestly say it's clearly more than 500, you

17   know, cases of computer forensics I've done.  And you look at

18   the computer forensics, I mean nowadays when you serve a search

19   warrant in a house, I mean --

20            MR. WIGELL:  Objection.  No question pending.

21            THE COURT:  You've gone way beyond the question

22   asked.

23            THE WITNESS:  Okay.  I'm sorry.

24            THE COURT:  Ask another question.

25   BY MS. KOSTER:

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    Q.    Do you participate in the execution of search warrants?

2    A.    Yes.

3    Q.    Can you tell -- I think you were gonna talk about that.

4    Can you tell us?

5    A.    Yes.  I've conducted hundreds of search warrants where

6    computers were seized, computers were used in the abuse of a

7    child or the collection of child abuse images, and I've

8    conducted hundreds of search warrants either for our own agency

9    or assisting other agencies.

10   Q.    Are you familiar with the term "on-scene forensics"?

11   A.    Yes.

12   Q.    Do you participate in conducting on-scene computer

13   forensic examinations?

14   A.    I do.

15   Q.    Tell the jury what that means.

16   A.    On-scene is basically a previewing evidence on scene.

17   This helps out a lot when you maybe have a suspect on scene and

18   you have reason to believe possibly the computers that are on

19   scene contain either, in this case, child pornography images or

20   videos.  And so to assist in the interview process of the

21   suspect while on scene, you may want to preview the computers

22   on scene to help you with the interview process, particularly

23   if someone is denying that they are involved or you actually

24   want to find out if there's multiple people in the house who

25   may have had access to this computer.  And if there is multiple

1    computers in the house, you want to limit the computers that

2    may have the evidence on it that you are looking for and

3    exclude the ones that do not.

4    Q.    So on-scene forensics is a way to assist the people

5    interviewing suspects to have some insight into what's going on

6    inside the defendant's computer?

7    A.    Exactly.

8    Q.    All right.  Now, can you explain for the jury when you

9    conduct a computer forensic examination, can you walk us

10   through that process?

11   A.    Sure.  The first thing I do is I identify the particular

12   device, the computer, whether it's a laptop or tower computer.

13   Identify the computer through its model number and serial

14   number, if it has one.

15        And then I remove the hard drive from the computer, and

16   then I connect the hard drive to my workstation, which is my

17   computer back at the office; or if it is like out in the field,

18   it would be my forensic laptop.  I connect that through a

19   write-block device.  A write-block device and the ones I use

20   are called Tableau.

21        But what a write-block device does is when you connect a

22   suspect hard drive to a write-block device, it prevents your

23   computer -- because you're now connecting this hard drive to

24   your computer to examine it -- it prevents your computer from

25   basically deleting or changing any of the files on the suspect

 1   drive.  So basically you are preserving the suspect drive.

 2        And then what I do is I image -- I make a bit-for-bit, an

 3   exact copy of the suspect drive to my forensic workstation to

 4   another hard drive and then through --

 5   Q.   Let me stop you there real quick.

 6   A.   Sure.

 7   Q.   That imaging process.

 8   A.   Yes.

 9   Q.   Is that called or also called creating a mirror image of

10   the hard drive?

11   A.   Yes, an exact copy.

12   Q.   Okay.  So you make that exact copy so you can analyze the

13   copy without changing any data on the copy, is that right?

14   A.   Yes, correct.

15   Q.   Okay.  And then what happens after you make that mirror

16   image copy?

17   A.   And then through a variety of forensic software, we

18   examine the image that we just made, and we look for particular

19   things, depending on the type of case, whether it be child

20   pornography case.  In this instance, we would look for videos

21   and pictures.  We would look for what type of software is

22   installed on the computer, where those images or videos may

23   have come from.  We want to determine if there's any files on

24   the system that would show who used that computer.  And those

25   are some of the things that we start to do in the

 1    computer-analysis process.

 2    Q.    Did you participate in the execution of the search warrant

 3    at the defendant's residence?

 4    A.    I did.

 5    Q.    In Port St. Lucie, Florida?

 6    A.    Yes.

 7    Q.    And did you conduct on-scene forensics of his computers?

 8    A.    I did.

 9    Q.    During that process, did you identify one or more

10    computers containing child pornography?

11    A.    I did.  There was one HP laptop that was found underneath

12    a bed, I believe, in the bedroom that -- the defendant's

13    bedroom.  I did do a preview on-scene of that -- it had two

14    hard drives by the way in that laptop.  I did the one and it

15    did contain child pornography videos.  That was relayed to the

16    agents on scene, and we stopped at that point and then packaged

17    up the rest of the computers in the house.

18    Q.    You confirmed that he -- that child pornography was on the

19    computer, and you found where it was located, conveyed that

20    information.  Were you given authorization -- was the search

21    team given authorization to arrest the defendant?

22    A.    Yes, I believe they did.

23    Q.    Would you like some water?

24    A.    Yes.  Please.  Thank you.  That was noticeable.  Thank

25    you.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    Q.   Okay.  Let me show you what's been marked Government's

2    Exhibit 1.

3             MS. KOSTER:  May I approach?

4             THE COURT:  You may.

5    BY MS. KOSTER:

6    Q.   Do you recognize that, sir?

7    A.   Yes.

8    Q.   What is it?

9    A.   This is a HP Pavilion DV9500 laptop.

10   Q.   And is that the defendant's laptop computer that you

11   examined?

12   A.   Yes.

13   Q.   Is it a Windows NTSB operating system on that computer?

14   A.   I believe it is Windows Vista.

15   Q.   Vista?

16   A.   Yes.

17   Q.   Can you explain to the jury the difference between

18   allocated space and unallocated space in the Windows Vista

19   operating system?

20   A.   Sure.  Allocated space is basically when you turn on your

21   computer and where the files that you see reside, where the

22   programs reside, it's allocated.  It is space on the hard drive

23   where all the files that make up your operating system and your

24   other personal files, your pictures, your videos, all that

25   stuff resides, stuff that you can see.

1      Unallocated space is space on the hard drive that is

2  marked for -- well, it is deleted information and it is marked

3  for -- let me just put it this way.  When a file is --

4  Q.   Let me stop you and maybe we can walk through it.

5  A.   Okay.

6  Q.   When a computer Windows operating system saves a file, a

7  user of a computer, say they get a picture or video they want

8  to save, and they save it to a particular folder?

9  A.   Right.

10  Q.   Is that area then allocated space?

11  A.   Yes.

12  Q.   And that's referring to the computer has allocated

13  particular space on the hard drive where that data now resides?

14  A.   Yes.

15  Q.   Now, if a user wants to delete that file --

16  A.   Yes.

17  Q.   -- does the computer then understand the data saved to

18  that particular part of the hard drive to be unallocated?

19  A.   Yes.

20  Q.   And as a result of that, then, the computer will allow

21  what to happen if additional data is to be saved and that

22  particular space is available; explain?

23  A.   What happens when you delete a file, it physically doesn't

24  get deleted; it is still there.  But what the operating system

25  does, it says this file that you just deleted, let's say the

1    picture file.  That area of the hard drive is now I give you

2    permission to write to that space on the hard drive.  So if you

3    are saving more files and more files and then it is time to

4    save a chunk of this file to that location, the computer has

5    now -- the operating system has now given you permission to

6    write over that.  So it's not deleted.  I mean, you can't see

7    it just looking in the operating system view, but forensically

8    it is still there until it is written over.

9    Q.   Okay.  So are you able to recover data that hasn't been

10   written over from an allocated space during your forensic

11   examinations?

12   A.   As long as it hasn't been written over, there is a very

13   good chance I can recover it.

14   Q.   Okay.  When you are doing a forensic, computer forensic

15   examination, do you first look at what is allocated space

16   versus unallocated space?

17   A.   Yes, it's a lot easier.  It's the files that you have

18   currently on the system right now.

19   Q.   Okay.  And is it fair to say in this particular

20   investigation you were interested, once having identified child

21   pornography, you were interested in examining the allocated

22   space, the child pornography found there?

23   A.   Yes.

24   Q.   Did you find -- and I'm referring you now to Government's

25   Exhibit 1 in the computer, your results based on your

1   examination of that particular computer.  You said it had two

2   hard drives?

3   A.    Yes.

4   Q.    Can you explain to the jury how those two hard drives were

5   formatted to operate the computer?

6   A.    Okay.  One it appears was formatted -- excuse me -- to

7   hold the operating system and the operating system files.  The

8   other hard drive was basically a data drive and it was used to

9   store in this particular case, it was just used to store videos

10  of child pornography.

11  Q.    Okay.

12  A.    And pornography.

13  Q.    One is running and the other one is storing extra data?

14  A.    Yes.

15  Q.    Okay.  Was a program called LimeWire installed on the

16  computer?

17  A.    Yes.

18  Q.    Can you tell the jury just generally what is LimeWire?

19  A.    LimeWire is a third-party software program that you can

20  download.  It doesn't come installed on any Windows computer.

21  You have to go search for it.  It's a file sharing peer-to-peer

22  program that allows you to share files with other users that

23  are currently online when you are online and running the same

24  type of programs, such as LimeWire, it allows you to share

25  files with those individuals.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1  Q.   Okay.  Let's break that down a little.  So it's software

2  that you load on your computer?

3  A.   Yes.

4  Q.   And that software allows you to access files on other

5  people's computers?

6  A.   Yes.

7  Q.   They also have the same software?

8  A.   Yes.

9  Q.   Or a compatible software?

10  A.   Yes.

11  Q.   And is there a network, then, across the Internet that

12  allows these peer-to-peer programs and users to communicate

13  with one another?

14  A.   Yes.  In the LimeWire program, uses the Gnutella network

15  --

16  Q.   Okay.

17  A.   -- the protocol that they use.

18  Q.   So all of the individuals that are using this peer-to-peer

19  software are operating across the Gnutella network that's on

20  the Internet?

21  A.   Yes.

22  Q.   If you and I each had LimeWire and I wanted to get files

23  from you, explain to the jury how I would have to go about

24  searching for and obtaining your files?

25  A.   The first thing generally is you would have to be sharing

1    a file that I'm looking for.

2    Q.    Okay.  How does a user of LimeWire search for files?

3    A.    You search for file by file name.  So if I wanted to

4    search for a Rolling Stones song, I could do a couple different

5    things.  I could type in the name of a song, *Angie* let's say,

6    or I could type in Rolling Stones, or I could type in Rolling

7    Stones songs.  It gives you -- basically it is key words that

8    it will go out and search files on the Internet that are being

9    shared with other individuals like, let's say, that are using

10   LimeWire while you are online.  And if those people are sharing

11   the files that you are searching for by title, it will most

12   likely connect you with that person or at least give you the

13   ability to connect with that person.

14   Q.    We heard during jury selection that many of the jurors use

15   web browsers, for example Google, okay?  Google requires you to

16   type text into a box and then it searches the Internet for

17   information responsive.  Is that how LimeWire works?

18   A.    It's similar to a search term like that, except you're

19   only limited, your search, to other people that are running

20   these file-sharing applications.

21   Q.    Okay.  So it is a text search, they have to type in

22   particular words, and then the program gives responsive

23   results?

24   A.    It is a key word search and then it gives you a list of

25   items related to your key word search, and then you have to

1   select from that list of items that showed up on your -- due to

2   your key list search, and then you have to actively download

3   those files.

4   Q.   And you've used LimeWire before?

5   A.   Yes.

6   Q.   So describe for us what the results in a LimeWire search

7   would look like.

8   A.   Okay.  Well, there's a lot of different versions.  The

9   version that -- the most recent version that was on the

10  computer that I examined, this computer, was version 5.59.

11      When you install LimeWire, that particular version, it

12  puts a couple of different folders on your computer, and those

13  are under the user that is currently logged into the computer.

14  So whether it is administrator or owner, or if you have your

15  kids have a different account on your Windows, it will be under

16  the My Documents in that folder structure.

17      And it installs a couple different folders.  One is called

18  incomplete and one is called saved.  And the incomplete folder

19  basically is a folder that houses files that are currently in

20  the process of being downloaded but haven't fully been

21  downloaded.

22      And then the saved folder is files that are fully

23  downloaded will be moved into a saved folder, and that's the

24  folder structure associated with LimeWire.

25  Q.   So before we get to the downloading, though, the user does

1   this text search?

2   A.   Yes.

3   Q.   Let's say we look for Rolling Stones songs, and what do

4   they see on the screen in response to the search?

5   A.   Okay.  You have a text box that you could type your

6   search.  You type in your search term and you click "search."

7   And then it will give you a list of files, whether they be

8   picture files, audio files, movie files, program files,

9   anything related to your search unless you specifically tell it

10  only show me audio, only show me video, only show me pictures.

11  But it allows you to define your searches that way.  But if you

12  just typed in "Rolling Stones," it would then give you a list

13  related to your search term, in this case Rolling Stones.  So

14  then you would be given a list.

15      Nothing has happened to your computer at this point,

16  except you now have a list of available clients that now have

17  the files that you are looking for or potential files that you

18  are looking for.

19  Q.   And is that similar to when you do a Google search, you

20  get a list of the possible websites you could visit that Google

21  says are responsive to your text search?

22  A.   Yes, you haven't gone to that website yet until you click

23  on it.

24  Q.   Okay.  So this list, is it the names of the files that are

25  available for the sharing by other users?

1    A.    Yes.

2    Q.    And is the full file name able to be read by a user before

3    it is downloaded?

4    A.    Yes.

5    Q.    So if you -- if there was a file title that said "The best

6    songs Rolling Stones have ever recorded," that whole file title

7    would be visible to the user before they click anything to

8    download?

9    A.    Yes.

10   Q.    Tell us what steps a user then has to take to download the

11   file title, "The best songs the Rolling Stones have ever

12   recorded"?

13   A.    Okay.  Once you perform your search term and then you are

14   provided a list of available files to download, you then have

15   to select a file and actively download.  You then double click

16   it, or highlight and then there is a download little button you

17   could download.  That will actively start the download process.

18   So you actually have to look at the file, go through the list,

19   say, That's a file I'm interested in, click on it and actively

20   download it.

21   Q.    And, of course, can you preview a file?  Can you see its

22   contents either while it is being downloaded or before you

23   download it?

24   A.    Yes, there are audio and video players built into the

25   LimeWire software.  And what this allows you to do --

1    particularly with movies, if you are downloading a movie,

2    sometimes it will take -- depending on the size of the movie,

3    it could take some time, as opposed to a picture or small file

4    where you can get it pretty instantaneous.

5         As a file is being downloaded and it is in the incomplete

6    folder you can, if enough of the file is downloaded,

7    particularly a movie file, you can preview what's been

8    downloaded so far in the partially downloaded file in the

9    program itself.

10   Q.   Okay.  So it does allow you to see the contents before you

11   actually download it to your computer?

12   A.   If you chose it, yes.

13   Q.   Does the software make a note of those files that have

14   been previewed?

15   A.   What happens is when files are in the incomplete folder,

16   in the process of being downloaded, the file name has a "T" in

17   front of it.  It is like T dash and then some numbers and then

18   the file name.  But if you preview a file, if a file is being

19   partially downloaded and you say, I want to see what this file

20   is about, and you play it, it puts the word "preview,"

21   physically puts the word "preview" in front of the title of the

22   file name.

23        So if you went back and looked into the incomplete folder,

24   you would see the word "preview" and file name and it means it

25   was previewed as it was being downloaded.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1   Q.   Is it fair to say for a user to obtain a file using

2   LimeWire, one or more files, they have to individually click on

3   and tell the program to download that file?

4   A.   Yes.

5   Q.   In other words, it is not possible to have 202 videos just

6   automatically downloaded by the software without the user

7   selecting them?

8   A.   Correct.

9   Q.   Now, as a law enforcement officer, you said LimeWire was a

10  peer-to-peer program?

11  A.   Yes.

12  Q.   Is there a way for law enforcement to observe trading of

13  child pornography between two LimeWire users if they are not

14  one of those two users?

15  A.   No.

16  Q.   So it's a pretty private way, it sounds like, to trade

17  child pornography?

18  A.   Correct.

19  Q.   How does law enforcement, then, on occasion catch an

20  individual who is receiving or distributing child pornography

21  on LimeWire?

22  A.   There's a couple different ways.  We also will go online

23  and search for child pornography to see who's sharing child

24  pornography and -- like in an undercover capacity.  And so when

25  we find someone who's sharing child pornography and we are able

 1   to download programs from that, we can identify that computer

 2   that is sharing that child pornography.

 3       And then, of course, through the use of subpoenas and

 4   search warrants, we can then try to put somebody behind the

 5   computer or at least a location that that pornography was being

 6   shared from.

 7   Q.   When you say "put somebody behind the computer," you mean

 8   try to figure out who it is that's sitting behind the computer?

 9   A.   Correct.

10   Q.   Now, in this particular case with David Resnick, was law

11   enforcement a participant in a LimeWire exchange of child

12   pornography?

13   A.   Not that I'm aware of.

14   Q.   Okay.  So law enforcement's search warrant was based on

15   other information that it had, is that right?

16   A.   That's what I understand.

17   Q.   And are you familiar with what that other information was?

18   A.   Just a little bit.

19   Q.   Okay.  And that was some disclosures by children about

20   sexual abuse?

21   A.   Yes.

22   Q.   And about being shown child pornography?

23   A.   Yes.

24   Q.   So in this instance, as far as you are aware, law

25   enforcement never caught David Resnick distributing or

DIRECT EXAMINATION OF BRIAN BROUGHTON

1  receiving child pornography via LimeWire?

2  A.   That is correct.

3  Q.   Did you find evidence on the computer that he had, in

4  fact, received child pornography via LimeWire?

5  A.   Someone did, yes, on this computer.

6  Q.   Someone meaning a user of that computer received child

7  pornography?

8  A.   Correct.

9  Q.   Fair enough.  I would like to walk you through that

10 evidence.  You indicated that the defendant had two different

11 hard drives?

12 A.   Yes.

13 Q.   Were the LimeWire files that you found, were they on one

14 of the hard drives -- one or the other or both?

15 A.   What do you mean "LimeWire files"?

16 Q.   Well, Limewire-related files, files that or folders that

17 are specific to LimeWire?

18 A.   The install for the program and the incomplete folder was

19 found on the operating system hard drive, the hard drive that

20 contained the operating system.  There was a folder called

21 "saved", which is indicative of the install that you would have

22 done on LimeWire.  There was over 200 child pornography videos

23 in a saved folder on the other hard drive.

24 Q.   And is that consistent with what you said earlier of using

25 one hard drive as the operating system and one as storage?

1    A.    Yes.

2    Q.    And then would there be a benefit to the computer user of

3    using a hard drive as storage separate from the operating

4    system?

5    A.    Well, in this particular case, videos in and of themselves

6    are large in nature.  And the more videos you have, obviously

7    it takes up space on your hard drive.  And so there would be,

8    obviously, a space saving benefit to storing particularly

9    movies onto another media.

10   Q.    And so if those movies weren't on the same hard drive as

11   the operating system, the operating system would operate

12   faster?

13   A.    Yes.

14   Q.    And everybody loves when the computers are fast, right?

15   A.    Yes.

16   Q.    Okay.  So let me direct your attention to Government's

17   Exhibit 6.

18           MS. KOSTER:  It is not in evidence, Your Honor.

19   BY MS. KOSTER:

20   Q.    Do you recognize this?

21   A.    Yes.

22   Q.    Tell us what it is.

23   A.    These are files that were contained in the -- that I

24   recovered from the incomplete folder.

25   Q.    And this list includes what data with regard to each file?

DIRECT EXAMINATION OF BRIAN BROUGHTON

 1  A.   It lists the file name, it lists when that file was

 2  created, at that particular location, and it gives the full

 3  path where that file currently resides.

 4  Q.   And let me ask you about something you just said.  You

 5  said "when the file was created."  If we are talking about a

 6  movie file, does that mean when the movie was captured, when it

 7  was recorded by a person with a video camera?

 8  A.   No, when that file initiated, when the first bit of

 9  information touched that hard drive, when it was downloaded.

10  Q.   So when the file was downloaded?

11  A.   Yes.

12  Q.   Okay.  And you said that this indicates the full path of

13  the file, or file path; where it resided on the hard drive?

14  A.   Yeah, it would start -- I've put in a couple -- I put in

15  some of the identifying information.  But basically starting at

16  C, users, owner, that is the beginning of the path that is on

17  the C drive, under the folder users, under the folder owner,

18  under the folder documents, then there's a folder called

19  LimeWire, and then in the folder called incomplete is the files

20  that you see here.

21  Q.   Okay.

22       MS. KOSTER:  Your Honor, the government moves to

23  admit Exhibit 6.

24       THE COURT:  Any objection?

25       MR. WIGELL:  No, Judge.

 1            THE COURT:  Exhibit 6 is admitted.

 2            MS. KOSTER:  Permission to publish to the jury.

 3            THE COURT:  Yes.  Hang on just a minute.  Okay.

 4  BY MS. KOSTER:

 5  Q.   All right.  Detective Broughton, this exhibit is nine

 6  pages long.  We see here on the first page 12 different video

 7  files listed.  So fair to say approximately 100, just

 8  approximately 100 videos in this incomplete folder?

 9  A.   I think I counted 89.

10  Q.   Okay.  And you just referenced a document.  Is that your

11  report?

12  A.   Yeah, that was my report second page.

13  Q.   Okay.

14  A.   Excuse me, third page of my report.

15  Q.   Okay.  So 89 different files in the incomplete folder?

16  A.   Yes.

17  Q.   Now, we see some of these files have a preview pre-penned

18  on the file name and some just have the T and numbers as you

19  described?

20  A.   Yes.

21  Q.   Can you remind us the difference between those two?

22  A.   Yes.  Once again "preview" is a file that was being

23  downloaded, and in the process of being downloaded was

24  previewed or basically watched.  And the ones that do not have

25  the word "preview" and just have the T or the simple files that

1   are in the process of being downloaded but have not been

2   previewed.

3   Q.    I'm now going to ask you to read these file titles into

4   the record.  They are quite long, but based on your experience,

5   are the file titles indicative of child pornography?

6   A.    Yes.

7   Q.    And let's go through just a few of the terms that the jury

8   might not be familiar with that are indicative of child

9   pornography.  Have you heard of KDB?

10  A.    Yes.

11  Q.    What is that?

12  A.    I believe that references some Russian videos from -- has

13  to do with young boys.

14  Q.    Okay.  And hussie fan (phonetic) have you heard that term?

15  A.    It is a popular child pornography search term.

16  Q.    Why?

17  A.    I don't know the particular background for that particular

18  search term, but I know that it is.

19  Q.    It is affiliated with child pornography?

20  A.    Yes.

21  Q.    What about PTHC?

22  A.    PTHC is an acronym for preteen hardcore.  It is also a

23  popular search term for child pornography.

24  Q.    Scrolling down we see Yamad, Y-A-M-A-D.  Is that also a

25  term associated with child pornography?

1    A.    I've seen it associated with young boy child pornography,

2    but I don't know what the connotation is.

3    Q.    Okay.  There's a lot of files, directing your attention to

4    the bottom of page 2, seem to be a lot of child pornography

5    files here that include numbers in the file title.  What do

6    those numbers refer to?

7    A.    Like where it says 10YO and things of that nature?

8    Q.    Yes, 10YO, 8YO?

9    A.    Those are usually indicative of the age of the

10   participants in the video.  "YO" stands for years old, and the

11   number before it would be the number of years.  So 14 years

12   old, eight years old, 13 years old, to give the viewer --

13   before they looked at the file -- an idea of what may be

14   contained, depicted in the video.

15   Q.    And are you familiar with the term "bibcam boy in bedroom

16   cam"?

17   A.    Yes.

18   Q.    And what does that refer to?

19   A.    "Bibcam" is also young boys.  It's a popular search term.

20   Once again, it stands for boys in bed or bedroom and cam is for

21   camera and it is a popular search term for young boy child

22   pornography.

23          MS. KOSTER:  Your Honor, permission to show the

24   witness only what has been marked Government's Exhibit 7?

25          THE COURT:  Okay.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    BY MS. KOSTER:

2    Q.   Are you familiar with -- let me zoom out.  I apologize.

3    Detective Broughton, are you familiar with Government's Exhibit

4    7?

5    A.   Yes.

6    Q.   And what is this?

7    A.   That looks like a list of files that were contained in

8    the -- that I recovered from the saved folder on the additional

9    hard drive.

10   Q.   Okay.  And what data is listed here for each file?

11   A.   When that file was created on that particular hard drive,

12   the file name and the path that it resides on that hard drive.

13   Q.   And again, is this list -- are the file titles here

14   indicative of child pornography?

15   A.   Absolutely.

16          MS. KOSTER:  Government moves to admit Government's

17   Exhibit 7?

18          THE COURT:  Any objection?

19          MR. WIGELL:  No, Judge.

20          THE COURT:  Admitted.

21      (Government's Exhibit No. 7, previously marked, was

22      admitted in evidence.)

23          MS. KOSTER:  Permission to publish?

24          THE COURT:  Yes.

25   BY MS. KOSTER:

1   Q.   All right.  Directing your attention, Detective, to this

2   list.  Again, do we see -- can you point out some file terms

3   that we haven't already talked about that are indicative of

4   child pornography?

5   A.   Well, the obvious ones, you have Lolita and Tara, PTHC

6   Tara.  Tara is an actual known victim, an identified young

7   girl, and a lot of her videos have her name in it.

8   Q.   Let me ask you about that.  Some of the victims who appear

9   in these videos have been identified by law enforcement?

10  A.   Yes.

11  Q.   And so law enforcement knows that there are "X" numbers of

12  videos featuring Tara that are circulating the Internet?

13  A.   Yes.

14  Q.   And they've found Tara?

15  A.   Yes.

16  Q.   And she's been taken out of that abusive situation?

17  A.   Yes.

18  Q.   Can law enforcement somehow go onto the Internet and scrub

19  it of those videos of Tara?

20  A.   Unfortunately not.

21  Q.   So they just continue to circulate?

22  A.   Unfortunately, yes.

23  Q.   And are there some series of child pornography that are

24  famous among pedophiles?

25  A.   Yes.

1   Q.   Is Tara one of those series?

2   A.   Tara, Vickie, I mean, there's hundreds of identified

3   victims that unfortunately are circulated every day.

4   Q.   Oftentimes those series names are included in the file

5   title?

6   A.   Yes.

7   Q.   And that's to aid other individuals in obtaining and

8   collecting those videos?

9   A.   Yes.

10   Q.   And are they traded online between individuals who have an

11   interest in a particular victim?

12   A.   It allows individuals who are looking for particular

13   victims to possibly use those search terms when they are

14   looking for these files.

15   Q.   How many files did you find in the saved file folder on

16   the defendant's computer?

17   A.   I don't have the exact number.  I know it was over 200.

18   Q.   And have you confirmed that 202 approximately of those

19   files depict child pornography?

20   A.   Yes.

21   Q.   And have you or other law enforcement officers added up

22   the length of the total quantity of videos found in that

23   folder?

24   A.   Yes.

25   Q.   If you started one video and ran them one after the other

1    after the other, how long would it take to play all of the

2    videos just saved to this particular folder of the defendant's

3    computer?

4    A.   I'd have to refer to the document.

5    Q.   Okay.  If I told you the number, would it ring a bell?

6    A.   I -- okay.  You could try.

7    Q.   Is it 66 hours of video run back-to-back that was found in

8    this folder?

9    A.   That sounds familiar, yes.

10   Q.   And that 66 hours of video, that's a lot of data, I think

11   you indicated before, that would take up a lot of space on a

12   hard drive?

13   A.   Yes.

14   Q.   Now, we've seen two lists, Government's Exhibit 6 which

15   was from the incomplete folder, some of those files had preview

16   prepended to the file title, and Government's Exhibit 7.  Did

17   you check to see or did law enforcement check to see which

18   files were in both folders?

19   A.   Yes, I did and I believe another agent also did.

20   Q.   Okay.  I want to show you Government's Exhibit 8.

21            MS. KOSTER:  It is not yet in evidence, Your Honor.

22            THE COURT:  Yes.

23   BY MS. KOSTER:

24   Q.   Is this a list that shows the files appearing in both

25   folders?

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    A.    Yes.

2    Q.    And, again, these are file titles indicative of child

3    pornography?

4    A.    Yes.

5    Q.    Government moves to admit Exhibit 8.

6            THE COURT:  Any objection?

7            MR. WIGELL:  No objection.

8            THE COURT:  Admitted.

9        (Government's Exhibit No. 8, previously marked, was

10       admitted in evidence.)

11           MS. KOSTER:  Permission to publish?

12           THE COURT:  Yes.

13   BY MS. KOSTER:

14   Q.    Detective Broughton, is it fair to say that there are

15   approximately 44 videos that were found in both the incomplete

16   folder and in the saved folder?

17   A.    Yes.

18   Q.    All of those videos indicate by their file title that they

19   were previewed?

20   A.    Yes.

21   Q.    Now, if someone made a claim that this child pornography

22   -- somebody was searching for one thing, but got something

23   completely different, is this an example of that on the

24   Internet?

25   A.    No.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1   Q.   The files listed in Government's Exhibit 6, 7, and 8, you

2   included their creation dates, you called it, the date they

3   were saved onto the computer, is that right?

4   A.   Yes.

5   Q.   And are those dates -- what's the proximate date range, if

6   you recall, of those files?

7   A.   Do you mind if I look at my --

8   Q.   No, in fact, let me put Government's Exhibit -- maybe I

9   can hand it to him, Your Honor, that might speed things up?

10           THE COURT:   All right.   What are you handing him?

11           MS. KOSTER:   I'm handing him Government's Exhibit 7.

12           MR. WIGELL:   Seven.   Thank you.

13   BY MS. KOSTER:

14   Q.   Going through that list, sir, can you read into the record

15   the different dates that are associated with the files saved

16   there?

17   A.   Most of the files have a creation date of 8/19/2010.   And

18   the time is 6:36.   And then the time changes just by a few

19   seconds on each file.   And then there are -- looks like one --

20   or two files:   One is 12/25/09, and one was created 9/07/09;

21   January 12th, 2010; 6/30/2010, and like I said, a large

22   majority are on 8/19/2010.

23   Q.   Okay.   I just want for the record for you to read in all

24   of the different dates that appear in the list.

25           THE COURT:   Each and every one?

 1          MS. KOSTER:  Well, no, Judge.  Many of them have the

 2    same date as he explained; the other dates that are not

 3    duplicated.

 4          THE WITNESS:  Okay.  So we have 8/19/2010.  We have

 5    1/12/2010.  We have 6/12/2010; 8/17/2010; 6/30/2010; 12/26/09;

 6    12/25/09; 1/4/2010; 8/3/2009; 8/15/2009; 7/18/2009, and I think

 7    that is the majority of them.

 8    Q.   Are there also files from June 30 of 2010 and September 7,

 9    2009?

10    A.   What page?

11    Q.   Page 15 -- 16, excuse me, four, five files down?

12    A.   9/7/2009.

13    Q.   And also January 12, 2010?

14    A.   Yes.  I thought I said that.

15    Q.   Okay.  So multiple different days of a user seeking out

16    and obtaining this material, is that fair to say?

17    A.   Yes.  Yes.

18    Q.   Are you familiar -- not the content of every 66, I mean,

19    all 66 hours -- but are you generally familiar with the content

20    of the files that are depicted, those 202 videos?

21    A.   Yes.

22    Q.   Do they depict boys and girls?

23    A.   Yes.

24    Q.   Is one gender represented more than the other in the

25    material as far as you can recall?

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    A.    I think there was a representation equally of both.

2    Q.    Okay.

3    A.    From what I can recall.

4    Q.    Now, I want to direct your attention to and show you

5    Government's Exhibit 13.

6            MS. KOSTER:  Witness only, Your Honor.  It is not in

7    evidence.

8            THE COURT:  All right.

9    BY MS. KOSTER:

10   Q.    What is Government's Exhibit 13?

11   A.    That is the most recent downloads as depicted in the

12   LimeWire prop file, which is a properties file associated with

13   the LimeWire software.

14   Q.    So this is the list of file titles that were most recently

15   downloaded using LimeWire by the users of the computer.

16   A.    Yes.

17   Q.    And the file path for each of them, is it the same after

18   the information at the top of the page?

19   A.    Yes.

20   Q.    So, in other words, all of these files here are in the

21   saved folder within the LimeWire folder in the documents folder

22   under the owner user?

23   A.    Yes.

24   Q.    Okay.

25           MS. KOSTER:  Government moves to admit Exhibit 13.

 1              THE COURT:  Any objection?

 2              MR. WIGELL:  None, Judge.

 3              THE COURT:  Admitted.

 4         (Government's Exhibit No. 13, previously marked, was

 5         admitted in evidence.)

 6              MS. KOSTER:  Permission to publish?

 7              THE COURT:  Yes.

 8    BY MS. KOSTER:

 9    Q.   Are these file titles, sir, indicative of child

10    pornography?

11    A.   Yes.

12    Q.   Did you find evidence -- did you look for and find

13    evidence of user of the computer?

14    A.   Yes.

15    Q.   Permission to show the witness only what's been marked as

16    Government's Exhibit 9?

17              THE COURT:  Yes.

18    BY MS. KOSTER:

19    Q.   Detective Broughton, what is -- let me show you the

20    Exhibit No.  What is Government's Exhibit 9?

21    A.   That are -- those are actually documents that I recovered

22    that were saved on the computer that when viewed looked like

23    they were printed receipts, and other documents that some

24    contained the name of the defendant, Mr. Resnick.

25    Q.   Okay.  And so this is data that is put together by your

1    forensic software, is that fair to say?

2    A.   Yes.

3    Q.   It shows the name of the file creation date, full file

4    path and then a little sort of large thumbnail image of the

5    actual document?

6    A.   Yes.

7    Q.   Okay.

8             MS. KOSTER:  Government moves to admit Exhibit 9?

9             THE COURT:  Any objection?

10            MR. WIGELL:  Pardon me, Judge.  I thought that was

11   13.  Oh, 9.

12            THE COURT:  Thirteen is in.  This is 9.

13            MR. WIGELL:  I apologize.  No objection.

14            THE COURT:  Admitted.

15        (Government's Exhibit No. 9, previously marked, was

16        admitted in evidence.)

17            THE COURT:  You want it published?

18            MS. KOSTER:  Please.

19   BY MS. KOSTER:

20   Q.   Okay.  So we see at the top of the page it says "my

21   scans."  Were these files all saved into the same folder?

22   A.   Yes.  Under the computer user called "owner" in the

23   documents folder, there was a folder called "my scans."  And

24   within that folder of "my scans," I located these documents.

25   Q.   Now, the creation dates of these files are what?

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    A.    If you could make it a little bigger.

2    Q.    Yes, I apologize.

3    A.    I'm sorry.

4    Q.    No, that's quite all right.

5    A.    Yes.

6    Q.    Just looking at the one at the top of the page.

7    A.    Sure.

8    Q.    What's the creation date of that?

9    A.    6/12/2008.

10   Q.    So that tells you that this document was scanned and saved

11   to the computer on 6/12/2008?

12   A.    Yes.

13   Q.    And that the computer was being used in June of 2008 and

14   somebody used it to scan and save this file?

15   A.    Yes.

16   Q.    Okay.  It is difficult to see the document depicted there,

17   so permission, Your Honor, to show the witness only what has

18   been marked Government's Exhibit 9-A?

19           THE COURT:  All right.

20   BY MS. KOSTER:

21   Q.    Can you tell us, sir, what 9-A is?

22   A.    That's the document that's reflected in the large

23   thumbnail.

24   Q.    Okay.  And 9-A has several pages, looks like a total of

25   seven pages.  Are these all files that were scanned and saved

DIRECT EXAMINATION OF BRIAN BROUGHTON

1  to the computer and are included in the "my scans" summary that

2  you provided in Exhibit 9?

3  A.   Yes, these are the documents that were located in the "my

4  scans" folder.

5          MS. KOSTER:  Government moves to admit Exhibit 9-A?

6          THE COURT:  Any objection?

7          MR. WIGELL:  No, Judge.

8          THE COURT:  Admitted.

9     (Government's Exhibit No. 9-A, previously marked, was

10       admitted in evidence.)

11         MS. KOSTER:  Permission to publish 9-A.

12         THE COURT:  Yes.

13 BY MS. KOSTER:

14 Q.   Okay.  Do we see on the first page of Government's Exhibit

15 9-A, we see a company name Coldiron?

16 A.   Yes.

17 Q.   And a name of an individual, David Resnick; do you see

18 that?

19 A.   There's a spot that says "driver name" and it says

20 David Resnick.

21 Q.   Okay.  And then we have what looks like a Bill of Lading?

22 A.   Yes.

23 Q.   Is that right?

24 A.   That's what it appears to be.

25 Q.   Okay.  Directing your attention to the bottom of the page,

1  do we see a signature here and a date of June 6, 2008?

2  A.   Yes.

3  Q.   Directing your attention to page 2 of the exhibit, is this

4  another Coldiron Bill of Lading with David Resnick listed as

5  the driver?

6  A.   Yes.

7  Q.   And do we see again at the bottom a signature in the

8  bottom dated June 6, 2008?

9  A.   That is correct.

10 Q.   Here we see on page 3, we see the driver listed as Tim

11 Podgorski; do you see that?

12 A.   Yes.

13 Q.   And also this is another Bill of Lading for Coldiron?

14 A.   Yes.

15 Q.   At the bottom we see a signature that does look like the

16 name "Tim Podgorski"; do you see that?

17 A.   Yes.

18 Q.   Fair to say that all seven pages of the exhibit are

19 Coldiron Bill of Lading scans?

20 A.   That's what they appear to be.

21 Q.   Okay.  And I'll just show you the very last page again.

22 We see the driver listed as David Resnick, and we see a

23 signature here at the bottom next to "driver's signature."  You

24 see that?

25 A.   Yes.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    Q.   And this particular one has dates of June 10 and

2    June 11th on it, is that accurate?

3    A.   Yes.

4    Q.   Just for the record, June 10 and June 11th of 2008 is

5    that accurate?

6    A.   I thought it was 2009.  Was it 2008?  May have been.

7    Q.   No, you are right.  One says '09 and one says --

8    A.   I can't make the other one out.  Could be an eight that's

9    not followed all the way through, but I can't tell.

10   Q.   Okay.  And the date at the top actually shows June 10 of

11   '09, you see that?

12   A.   Yes.

13   Q.   Okay.  The file creation dates for each of those scans are

14   included in Government Exhibit nine; do you agree?

15   A.   Yes.

16   Q.   Did you also find photographs saved to the computer --

17            MS. KOSTER:  Permission to publish, Your Honor,

18   Government's Exhibit 10.  It is in evidence.

19            THE COURT:  All right.

20   BY MS. KOSTER:

21   Q.   Is this a photograph that you found saved to the computer?

22   A.   Yes.

23   Q.   And do you remember the title of -- the file title of this

24   photograph?

25   A.   I do not.

1    Q.    Okay.  Did you find a file or did you note in your report

2    a file titled, "Me and Zoe"?

3    A.    Yes.

4    Q.    All right.

5          MS. KOSTER:  Permission to show the witness only

6    Government's Exhibit 52, Your Honor?

7          THE COURT:  All right.

8    BY MS. KOSTER:

9    Q.    Can you tell us what this is?

10   A.    That are -- that is several of the pictures that I

11   recovered in the pictures folder under the Windows user called

12   "owner."

13   Q.    Okay.  And these pictures were all saved to the laptop

14   computer?

15   A.    Yes.

16   Q.    For the record, Government Exhibit 2 [verbatim] is 52

17   pages long.  Does that sound accurate?

18   A.    Yes.

19         THE COURT:  What Exhibit number did you call it, 2?

20         MS. KOSTER:  Fifty-two.  Your Honor, Government moves

21   to admit Exhibit 52.

22         THE COURT:  Any objection?

23         MR. WIGELL:  I want to glance at the other pictures

24   just for a moment.

25        May I have a sidebar, Judge?

 1                    THE COURT:  All right.

 2          (Bench conference.)

 3                    THE COURT:  Yes.

 4                    MR. WIGELL:  Some of the pictures here borderline

 5     child pornography.

 6                    THE COURT:  Well, let me see which ones you are

 7     talking about.  I can't see that.

 8                    MR. WIGELL:  Pardon me?

 9                    MS. KOSTER:  What page are you on?

10                    THE COURT:  They are child pornography.  Is that the

11     only ones?

12                    MR. WIGELL:  No, Judge, I just --

13                    THE COURT:  Is that what you are talking about?

14                    MR. WIGELL:  It is, Judge.

15                    THE COURT:  One guy has his shirt off.  Bra and

16     panties.

17                    MS. KOSTER:  Judge, I'm not intending to offer any

18     pictures in that are even debatably child pornography.

19                    THE COURT:  Take them out.

20                    MS. KOSTER:  If counsel will identify the pages he

21     wants removed, I will be happy to do that.

22                    THE COURT:  Do it.

23          (End of bench conference.)

24                    THE COURT:  How long is this gonna take?

25                    MR. WIGELL:  Couple minutes, Judge.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1          MS. KOSTER:  May I make a record regarding the

2    removed pages?

3          THE COURT:  Yes.

4          MS. KOSTER:  The record will show the government has

5    removed by agreement pages 21, 28, 30, 34 and 35 from the

6    exhibit.

7          THE COURT:  Agreed?

8          MR. WIGELL:  Agreed, Judge.

9          THE COURT:  Any objection now?

10          MR. WIGELL:  No, Judge.

11          THE COURT:  Exhibit 52 is now admitted.

12          MS. KOSTER:  Permission to publish, Your Honor?

13          THE COURT:  Yes.

14    BY MS. KOSTER:

15    Q.   Detectives Broughton, what do we see here?

16    A.   These are photos that I recovered from the HP laptop that

17    were contained in the picture folder.

18    Q.   Okay.  And so then we have the large thumbnail image of

19    the pictures, is that fair to say?

20    A.   Yes.

21    Q.   Okay.  I want to direct your attention to a few of the

22    pictures in particular.  Did you find photographs in the

23    pictures folder that appear to depict David Resnick?

24    A.   Yes.

25    Q.   Directing your attention to the top of the page labeled

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    39, is this an example of one of those pictures?

2    A.    Yes.

3    Q.    And on page 40 in the middle of the page, is that another

4    example of one of those pictures?

5    A.    Yes.

6    Q.    And is the file title of this image, "Me and Zoe" --

7    A.    Yes.

8    Q.    -- .JPEG.  And is that the picture of David Resnick

9    holding a dog that is seen on page 1 of Government's Exhibit

10   10?

11   A.    Appears to be the same image.

12   Q.    That particular image was saved to the computer on what

13   date?

14   A.    8/7/2008.

15   Q.    Another picture we see here at the top is another picture

16   of the same dog, you agree?

17   A.    According to that and also the file name.

18   Q.    Okay.  File name is what?  Can you read that into the

19   record?

20   A.    "Zoe and bear."

21   Q.    And is that the same picture, appear to be the same

22   picture that is Government's Exhibit 10-A?

23   A.    Yes.

24   Q.    That was saved, that picture was saved to the computer on

25   what date?

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    A.   8/7/2008.

2    Q.   The bottom of the page, we see a photograph of the very

3    bottom, the defendant on a motorcycle; is that accurate?

4    A.   Can you zoom in a little bit?

5    Q.   Yes.

6    A.   Yes.

7    Q.   And is that -- can you tell a Harley Davidson motorcycle?

8    A.   Possibly, I --

9    Q.   Okay.  The name of that file is what?

10   A.   Me.

11   Q.   And that was saved to the computer on what date?

12   A.   5-4 -- is it five or six?  6/4/2008, I'm sorry.

13   Q.   That's okay.  June 4 of 2008.

14        Here we see another photo at the top.  Does that appear to

15   be the same dog?

16   A.   It appears to be.

17   Q.   The file title of that image is?

18   A.   "Zoe in car seat."

19   Q.   And is that the same image that is page 3 of Government's

20   Exhibit 10?  Let me zoom out.  Difficult to see this one, but

21   is that the same image?

22   A.   Yes, it appears to be.

23   Q.   What date was that photo taken and saved to the computer?

24   A.   It was created --

25   Q.   Let me rephrase that.  What date was that photo saved to

1    the computer?

2    A.   It was saved to the computer on 9/24/2008.

3    Q.   Directing your attention to the bottom of page 48, what do

4    we see in that photograph?

5    A.   It looks like an orange and black pickup truck, four door.

6    Q.   Okay.  And what's the file title?

7    A.   "HD truck."

8    Q.   And what date was that photo saved to the computer?

9    A.   6/10/2009.

10   Q.   And did you also find, for example, the image at the top

11   of this page, various pictures of semi trucks on the computer?

12   A.   Yes.

13   Q.   Directing your attention to the bottom of page 49, fair to

14   say that that's a picture of a man standing in front of a semi

15   truck?

16   A.   Yes.

17   Q.   And the file title of that file is what?

18   A.   Byron.

19   Q.   And on what date was that saved to the computer?

20   A.   6/16/2009.

21   Q.   When you're conducting your forensic examination, does

22   your forensic software spit out large quantities of data and

23   create a data compilation that you rely on?

24   A.   I don't know about the term "spit out," but obviously it

25   allows me a lot of flexibility on what I want to export from

 1    the computer.

 2    Q.    Okay.  What is a net analysis report?

 3    A.    A net analysis is a software that examines the hard drive.

 4    Basically, the Internet browsing activity and file activity on

 5    the computer.

 6    Q.    Did you print out, when you were conducting your forensic

 7    examination of Government's Exhibit 1, did you print out two

 8    analysis reports extracted from the computer?

 9    A.    Yes.

10    Q.    And showing the witness only, Your Honor, Government's

11    Exhibit 54, can you tell us what this is?

12    A.    Yes.  This is analysis of the index.dat files that are on

13    the computer.

14    Q.    I think -- let me stop you there.  I think you might be

15    confusing Exhibit 54 with 53.  Let me show you 53.

16          What is Exhibit 53.  Do you want to see it in person?

17    A.    No, I understand the question now.

18    Q.    Okay.

19    A.    They're both from the analysis of the index.dat file.

20    Q.    Okay.

21    A.    But the previous exhibit kind of narrows in on file

22    access, which are also reflected in the index.dat file.

23    Q.    Got it.  So 54 is the file access report obtained from the

24    index.dat files saved to the computer?

25    A.    Yes.

1   Q.   And so this is data extracted by your forensic software

2   that shows what files were opened and accessed when on the

3   computer as recorded by what's called an index file?

4   A.   Yes.

5   Q.   Explain to the jury what an index.dat file is?

6   A.   Index.dat file, there are several on the computer; they

7   are associated with Internet Explorer, which is the main

8   browser on Windows machines and operating systems.  And it --

9   basically it's a database.  It collects and stores Internet

10  browsing history, and also when you select programs or select

11  files and view files, whether they are graphic files or video

12  files, and it will show you the path and how many times that

13  file was selected and the date and time in the file access

14  report.  But also in the index.dat file, it shows browsing

15  history, websites that you visited and the times and dates that

16  those visits occurred.

17  Q.   Okay.  For now, just while we're looking at Exhibit 54,

18  let's focus on the file access data that is stored in the

19  index.dat file?

20  A.   Yes.

21  Q.   You said that that is recording of when files are viewed

22  using Internet Explorer on the computer?

23  A.   Yes.

24  Q.   Now, is Internet Explorer the only program that a user can

25  use to view files on the computer?

DIRECT EXAMINATION OF BRIAN BROUGHTON

1  A.   No.

2  Q.   So this isn't every file ever viewed on the computer by a

3  user, is it?

4  A.   No.

5  Q.   This is a list of those files that were viewed using

6  Internet Explorer?

7  A.   Yes.

8  Q.   And is it also possible to -- have you heard of deleting

9  your Internet history on a computer?

10  A.   Yes.

11  Q.   Is it possible to delete the history, the file access

12  history from an index.dat file to scrub that?

13  A.   Yes, the operating system itself, or excuse me, the

14  browsers themselves have the ability to limit and/or delete

15  your history from the browser settings.

16  Q.   So when a user opens up Internet Explorer, they can say

17  how much data they want to be dedicated to Internet history or

18  file access history, they can change that too, right?

19  A.   Correct.

20  Q.   And the computer also has the default setting of how much

21  data can be saved?

22  A.   Yes, there are defaults.

23  Q.   Fair to say when the computer reaches the maximum, it

24  writes over the old data that it has?

25  A.   It has the ability to do that, yes.

1    Q.    Okay.  So what we see here in this file access, exhibit

2    which is 54, is the files that were accessed during a

3    particular time period by a user of the computer using Internet

4    Explorer?

5    A.    Yes.

6              MS. KOSTER:  Government moves to admit Exhibit 54?

7              THE COURT:  Any objection?

8              MR. WIGELL:  No, Judge.

9              THE COURT:  Admitted.

10         (Government's Exhibit No. 54, previously marked, was

11         admitted in evidence.)

12             MS. KOSTER:  Permission to publish to the jury?

13             THE COURT:  Yes.

14   BY MS. KOSTER:

15   Q.    Okay.  So walk us through just what data is included in

16   this printout.

17   A.    The type is, once again, like index.dat.  It's not a

18   website.  It is the file access.  So it will say "file,"

19   meaning the file access.  The last time this file was accessed

20   would be the last visited date and time.  The user associated

21   with the activity -- and I think on this computer there were

22   two active users.  One was Tim and one was owner.

23   Q.    Let me ask you about that before we go on.

24   A.    Okay.

25   Q.    When you install -- when you buy a Windows computer and

1    you open it, turn it on for the first time, you have an

2    opportunity to name the computer, is that right?

3    A.    Name the user, yes and the computer, yes.

4    Q.    Okay.  So you can name the computer whatever you want,

5    call it Jill's computer, and you can name who you are, the

6    user, of a computer?

7    A.    Yes.

8    Q.    And so if there's multiple people using that computer, for

9    example in a family, every member of the family can have their

10   own user account on the computer?

11   A.    Yes.

12   Q.    And that way if little Suzy is using the computer, she

13   can't access the files that dad has saved to the computer?

14   A.    Correct.

15   Q.    And every user can have their own password-protected

16   setting as well?

17   A.    Yes.

18   Q.    So that they definitely can't access one another's files?

19   A.    Correct.

20   Q.    Okay.  Now, there's nothing requiring -- is there anything

21   requiring a user of a computer to identify themselves by name

22   --

23   A.    No.

24   Q.    -- when they fill in that information?

25   A.    No.

1  Q.   And, in fact, if you are using a computer to receive child

2  pornography, it might be smart not to call yourself by name?

3  A.   Might be smart, sure.

4  Q.   Fair enough.  In this instance somebody put in the user

5  name "owner," or is that a default user?

6  A.   I don't know if that's a default for Windows Vista.  I

7  don't know if that is the default owner.

8  Q.   Okay.  So either it is or somebody named themselves owner?

9  A.   Correct.

10  Q.   Okay.  So what we see in this part of the list, you were

11  saying is, these are all files that were accessed by user owner

12  of the computer?

13  A.   Yes.

14  Q.   Okay.  And then it gives the URL of the file that was

15  opened?

16  A.   Yes.

17  Q.   And if the URL -- it includes in there the file path where

18  the file was saved to the computer?

19  A.   Normally that would be like a website, but in this case

20  because it's a particular file, it would give the location of

21  that file.

22  Q.   All right.  So I want to direct your attention to the

23  bottom of the exhibit.  We have some examples down here of file

24  titles that appear to be indicative of child pornography.  Do

25  you agree with that?

1  A.   Yes.

2  Q.   Now, there's a lot of percent signs incorporated into

3  these file titles?

4  A.   Yes.  Percent signs and other spacing or different

5  characters that are not reflected in the report.  So they would

6  be like spaces or other type of characters that aren't

7  reflected in that.  So they are -- most of the time they are

8  gonna be spaces.

9  Q.   All right.  So there aren't actually a bunch of percent

10 signs in these file titles.  It's that the computer has

11 inserted percent signs every place there is a space in the file

12 title?

13 A.   Correct.

14 Q.   And so this shows us the dates and times that particular

15 files were accessed?

16 A.   Yes.

17 Q.   And so in this instance, just at the bottom of the page

18 there are files being accessed between 4:34 a.m. and 4:42 a.m.

19 on the 16th of April, 2011?

20 A.   Correct.

21 Q.   Do you recall what date the search occurred on?

22 A.   I'd have to look in my report.

23 Q.   Was it sometime in April 2011?

24 A.   Can I --

25 Q.   Yes, please, refer to your report.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    A.    It was 4/27/2011.

2    Q.    The 27th of April?

3    A.    Yes.

4    Q.    All right.  I'd like to show the witness only Government

5    Exhibit 53.  Its not in evidence.

6              THE COURT:  All right.

7    BY MS. KOSTER:

8    Q.    We looked at this before briefly.  Detective, can you

9    remind us what Government's Exhibit 53 is.

10   A.    This is an analysis of the web browsing history as

11   contained on the hard drive.

12   Q.    And the report is titled "Net Analysis," but has anyone

13   actually done an analysis of the data?

14   A.    No, that's just the name of the software.

15   Q.    Okay.  So this is data, again, extracted from index.dat

16   files on the computer?

17   A.    Yes.

18   Q.    Okay.  And in this instance it is the Internet browsing

19   history?

20   A.    Yes.

21   Q.    Does it also indicate the name of the user associated with

22   that Internet browsing history?

23   A.    It does and then also the location of the website.

24   Q.    Okay.

25              MS. KOSTER:  Government moves to admit Government's

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    Exhibit 53.

2              THE COURT:  Any objection?

3              MR. WIGELL:  No, Judge.

4              THE COURT:  Admitted.

5         (Government's Exhibit No. 53, previously marked, was

6         admitted in evidence.)

7              THE COURT:  You want to publish it?

8              MS. KOSTER:  Yes, Your Honor, permission to publish.

9              THE COURT:  All right.

10   BY MS. KOSTER:

11   Q.   There's another column here I don't think we saw before

12   titled "hits."  Can you explain what that is?

13   A.   That would be in this case the times or the amount of

14   times a particular location was visited.

15   Q.   Okay.  And in this instance URL actually stands for URL?

16   A.   Yes.

17   Q.   It is the web address of whatever site was visited?

18   A.   Yes.

19   Q.   Now, have you gone through Government's Exhibit 53 and

20   pulled out some website traffic or visits that are indicative

21   of a person having an interest, sexual interest in children?

22   A.   Yes.

23   Q.   I want to ask you about some of those.  Let me zoom in.

24   What is a AnonIB.com; do you know?

25   A.   Yes.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    Q.    What is it?

2    A.    It is an image board.  It stands for anonymous image

3    board.com.  It's a website that has numerous categories where

4    people can post links and pictures of -- majority of it is

5    pornography, and then people can comment on the pictures that

6    people had posted.

7    Q.    Okay.  And for the record we're looking at page 6 of

8    Government's Exhibit 53.

9          Do we also see just above that -- let me zoom out.  I

10   apologize.  Same day of activity on the 30th of 2009 after

11   these visits to the AnonIB.com, do we see a visit to Trukz.com?

12   A.    Yes.

13   Q.    And that's all by user owner of the computer?

14   A.    Yes.

15   Q.    Just turning the page to page 7.  Here we see this is also

16   on the 30th of July, 2009.  We see visits again to that same

17   website?

18   A.    Yes.

19   Q.    Can you read into the record some of the file paths that

20   we see or the URLs?

21   A.    Yes.  The first one is you start with the actual website

22   itself, which is WWW.AnonIB.com forward slash gay no rules.

23   That's a particular category.  And then below that you have

24   AnonIB and then teens no rules, which is another category.

25   Going down a couple more there's AnonIB.com and you have gay

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    and beautiful.

2    Q.    And just continuing on down --

3    A.    Which is another category.

4    Q.    -- the page, do we see other visits to trucks, Trukz.com?

5    A.    Yes.

6    Q.    The next page, page 8, there's a string of visits on the

7    July 9, 2009 to a website titled OOIDA.  Do you know that to

8    be associated with independent truckers?

9    A.    I believe there is some trucking connotation to it.

10   Q.    Okay.  And again we see more visits to trukz.com?

11   A.    Yes.

12   Q.    If we were to walk through every page of this Internet

13   history, would we see on every page or most pages visits to

14   sites that are indicative of a person having an interest in

15   child pornography?

16   A.    Yes.

17   Q.    I want to ask you about a few more of the specific

18   websites that you noted along those lines.

19            MS. KOSTER:  Your Honor, I would like to show the

20   witness only what's been marked Government's Exhibit 14.

21            THE COURT:  All right.

22   BY MS. KOSTER:

23   Q.    Can you tell us what this is, sir?

24   A.    I chose several of the websites that I thought were

25   pertinent to this investigation for the case agent having to do

 1  with young boy and pornography websites as well as banking

 2  websites and trucking websites that were reflected in the

 3  Internet browsing history.

 4  Q.   And those sites in particular note are listed here?

 5  A.   Yes.

 6           DEPUTY CLERK:  Government moves to admit Exhibit 14?

 7           THE COURT:  Any objection?

 8           MR. WIGELL:  No objection.

 9           THE COURT:  Admitted.

10      (Government's Exhibit No. 14, previously marked, was

11      admitted in evidence.)

12           THE COURT:  Publish?

13           MS. KOSTER:  Please.  Okay.

14  BY MS. KOSTER:

15  Q.   Are you familiar with a site titled "18 naked boys"?

16  A.   I have, preparing for trial, researched several of the

17  websites here.  Some of them are no longer active.  But the

18  ones that I did all seem to be kind of similar in nature.  They

19  all had to do with young teenage and/or young males, usually

20  videos or pictures and stories involving young males.  And

21  usually the males are depicted in various stages of undress and

22  nude.

23  Q.   Some of them -- the word "boy" is in a lot of titles?

24  A.   Right.

25  Q.   But some of them don't have the word "boy."  For example,

1   nifty.org.  What is nifty.org.

2   A.   Nifty.org is a collection of text stories, many of which

3   contain content involving incest and child abuse stories.

4   Q.   What about milkboys.org.  Are you familiar with that?

5   A.   Yes.  Once again that is another website that has to do

6   with young boys, young teen boys I should say, in various

7   stages of undress, and people making comments and posting

8   pictures and videos of different pornography involving young

9   boys, young males I should say.

10              MS. KOSTER:  Judge, permission to show the witness

11   only Government's Exhibit 12.  It is not in evidence?

12              THE COURT:  All right.

13   BY MS. KOSTER:

14   Q.   What is Government's Exhibit 12, sir?

15   A.   When someone types in an address such as Yahoo.com in

16   their address bar on their browser, particularly the Internet

17   Explorer browser, the websites that are typed in are recorded

18   in the registry.  This is a list of 23 of the most-recent typed

19   websites into the Internet Explorer browser, so these are

20   physically typed into the address location in your Internet

21   Explorer browser.

22   Q.   So someone has to know exactly the website address they

23   want to visit and type in all of this information in order to

24   get to that site?

25   A.   Yes.

1          MS. KOSTER:  Government moves to admit Exhibit 12?

2          THE COURT:  Any objection?

3          MR. WIGELL:  No objection.

4          THE COURT:  Admitted.

5     (Government's Exhibit No. 12, previously marked, was

6     admitted in evidence.)

7          MS. KOSTER:  Permission to publish, Your Honor?

8          THE COURT:  Yes.

9  BY MS. KOSTER:

10 Q.   Detective Broughton, in this list, are there websites that

11 contained child pornography or text stories that would be of

12 interest of someone who has a sexual interest in children?

13 A.   Yes.

14 Q.   Can you give us some examples?

15 A.   Once again, milk boys is there.  Twelvechan.org (phonetic)

16 is another image board where child pornography has been seen.

17 Let's see what else.

18 Q.   What about cherryblossoms.com?

19 A.   I'm not familiar with that particular website.

20 Q.   Okay.  What about pumpkin driver; are you familiar with

21 that?

22 A.   I'm not familiar with that one either.

23 Q.   Okay.  Some odd file names.  We see some reference to

24 Zshare.net.  Do you know what that is?

25 A.   Zshare is -- you can share a file and kind of put it in

 1  cloud storage and then send out links so other people can

 2  download a particular file.  These services such as Zshare,

 3  RapidShare -- there's numerous web sites that do this.  And

 4  Zshare just happens to be one of them.  It is basically a host

 5  for files that people are sharing, and it gives out a link to a

 6  file where you can put that link in and then download that file

 7  to your computer.

 8  Q.   So if you copied and pasted an Internet URL from a website

 9  or from an e-mail someone sent to you and pasted it into your

10  browser, would it be saved with these recently-typed URLs?

11  A.   Yes, that would be indicative of you typing it and pasting

12  it in there also.

13  Q.   So the person who did this obviously probably didn't

14  memorize these long file names, probably cut and pasted them

15  into the URL?

16  A.   Most likely with the long numbers and stuff, I would

17  imagine it looks like a cut and paste would be my guess.

18          MS. KOSTER:  Your Honor, permission to show the

19  witness only what's been marked as Government's Exhibit 11?

20          THE COURT:  All right.

21  BY MS. KOSTER:

22  Q.   What is Government's Exhibit 11, Detective Broughton?

23  A.   These are searches that were also in the Internet history

24  that were done in Google.  And these are the search terms that,

25  as we talked about before, when you go to the Google website

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    and then type in these search terms, this is a collection of

2    that.

3              MS. KOSTER:  Government moves to admit Exhibit 11?

4              THE COURT:  Any objection?

5              MR. WIGELL:  No objection.

6              THE COURT:  Admitted.

7         (Government's Exhibit No. 11, previously marked, was

8         admitted in evidence.)

9              MS. KOSTER:  Permission to publish to the jury?

10             THE COURT:  Yes.

11   BY MS. KOSTER:

12   Q.   So these are Google searches conducted by users of the

13   laptop computer?

14   A.   Yes.

15   Q.   And can you identify Google searches that are indicative

16   of someone seeking out child pornography or material discussing

17   or depicting children being sexually abused?

18   A.   There is a search for milk boys.  And then I didn't know

19   what this was, but become a rent boy, that -- when I did this

20   type of search, searches there were young male

21   pornography-related sites associated with that search term.

22   And then there is nifty and nifty stories, once again, it's a

23   website that houses content and text stories relating to incest

24   and child abuse.

25   Q.   And does the user of this computer appear to have an

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    interest in trucks?

2    A.   Yes.

3    Q.   Did your software also print out a file titled info or a

4    data printout?  Referring you to --

5            MS. KOSTER:  Oh, may I show the witness only, Your

6    Honor, Government's Exhibit 51; it is not in evidence?

7            THE COURT:  Yes.

8    BY MS. KOSTER:

9    Q.   Are you familiar with this printout?

10   A.   Yes.

11   Q.   What is it?

12   A.   It is a document that was created with the -- it is called

13   ADF, which is Advanced Digital Forensics.  It is usually used

14   as a preview tool, but it collects applications that are stored

15   on the computer and some other information that some of the

16   other software also collects, but it just puts it out in a

17   different format.

18   Q.   And is this document, is it a printout of data from

19   Government's Exhibit 1, the laptop computer that you examined?

20   A.   Yes.

21           MS. KOSTER:  Government moves to admit Exhibit 51.

22           THE COURT:  Any objection?

23           MR. WIGELL:  No, Judge.

24           THE COURT:  Admitted.

25       (Government's Exhibit No. 51, previously marked, was

DIRECT EXAMINATION OF BRIAN BROUGHTON

 1          admitted in evidence.)

 2              THE COURT:  Publish?

 3              MS. KOSTER:  Yes.  I'm gonna try to refer to a

 4    specific page.

 5    BY MS. KOSTER:

 6    Q.   Does the web browsing history in this record include web

 7    browsing on -- using browser [verbatim] other than Internet

 8    Explorer?

 9    A.   Yes.

10    Q.   And so it could include web browsing activity that we did

11    not see in the net analysis report, which is Government's

12    Exhibit 53?

13    A.   Yes, it looks like there was Google Chrome, which was

14    another browser that was utilized.

15    Q.   Okay.  I want to direct your attention to page 18 of

16    Government's Exhibit 51.  Do we see a search conducted -- let

17    me go over to the end here.  On Google Chrome on October.  It

18    looks like October 24 of 2009, and the search was, "what

19    countries do not have extradition treaties with the United

20    States"?

21    A.   Yes.

22    Q.   And is there again using Google Chrome is a user -- sorry.

23    This document is awkward, but using Google Chrome in

24    approximately April of 2011, April 15th, we see visits again

25    to nifty?

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    A.    Yes.

2    Q.    And was that a site, I think you said, contains text

3    stories about children being abused?

4    A.    Yes.

5    Q.    One last file I want to show you regarding Government's

6    Exhibit one.

7              MS. KOSTER:  Your Honor, may I show the witness only

8    Government's Exhibit 47?

9              THE COURT:  Yes.

10   BY MS. KOSTER:

11   Q.    Are you familiar with this document?

12   A.    Yes.

13   Q.    What is it?

14   A.    These are also images that were saved on the computer.

15   These were actually on the desktop of the computer user owner,

16   and I thought that they were important in identifying users on

17   the computer.

18   Q.    Okay.

19             MS. KOSTER:  Government moves to admit Exhibit 47.

20             THE COURT:  Any objection?

21             MR. WIGELL:  I'm still looking, Judge.  Give me a

22   moment.  I'm sorry.

23        No objection, Judge.

24             THE COURT:  Admitted.

25        (Government's Exhibit No. 47, previously marked, was

 1          admitted in evidence.)

 2              THE COURT:  Publish?

 3              MS. KOSTER:  Yes, please.

 4    BY MS. KOSTER:

 5    Q.   Detective Broughton, the first picture on the page looks

 6    like a photograph of an ID.  Do you see that?

 7    A.   Yes.

 8    Q.   What is the file title; we won't read it.  It is pretty

 9    long.  You said it is saved to the desktop of the computer?

10    A.   It is on the desktop in a folder called ID docks for

11    sports books.

12    Q.   Okay.  And let me show you the second photo there on the

13    page.  Is that a photograph of a credit card?

14    A.   Yes.

15    Q.   Can you make out the name of the individual on the photo

16    card?

17    A.   It is a Visa credit card in the name of David Resnick.

18    Q.   I said photo card, but I meant credit card.  Thank you,

19    sir.  And then down below we have the photograph, looks like of

20    the back of a credit card?

21    A.   It appears to be.

22    Q.   And on the second page we have a photograph of a voided

23    check, do you see that?

24    A.   Yes.

25    Q.   And can you read the name of the person whose check that

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    would be?

2    A.   It's a Wachovia check, bank is Wachovia, and the person on

3    the check is David Resnick.

4    Q.   And just referring back to some of the other exhibits, did

5    you see in the web browsing -- and I think we've had it up on

6    the screen today -- visits to Wachovia --

7    A.   I believe that was one of the banking sites --

8    Q.   -- .com?

9    A.   -- that I --

10   Q.   Showing you Government's Exhibit 14, which is in evidence,

11   is Wachovia listed, Wachovia.com listed as one of the sites

12   visited by a user of Government's Exhibit 1?

13   A.   Yes.

14   Q.   Okay.  So we have this voided check with the defendant's

15   name on it.  And can you tell us when that file was saved to

16   the computer?

17   A.   It is on the previous page.

18   Q.   It might be on the prior page.  Is that it at the bottom?

19   A.   Yes, 7/16/2010.

20   Q.   And finally we have a photograph of a driver's license, is

21   that right?

22   A.   Yes.

23   Q.   And does that photograph appear to depict David Resnick?

24   A.   Yes.

25   Q.   And is David Resnick the name listed on the driver's

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    license?

2    A.    Yes.

3    Q.    When was that file saved to the computer?

4    A.    7/13/2010.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DIRECT EXAMINATION OF BRIAN BROUGHTON

1   Q.   Did you also examine Government's Exhibit two, a desktop

2   HP computer?

3   A.   Yes.

4   Q.   Let me have you identify this, please.  Is that the

5   desktop computer that you examined?

6   A.   Yes.

7   Q.   And that's marked Government Exhibit 2?

8   A.   Yes.

9        THE COURT:  How much more time do you need with this

10  witness?

11       MS. KOSTER:  I am wrapping it up, but I think there

12  is a matter we will need to address at sidebar.

13       THE COURT:  Okay.

14       MS. KOSTER:  You want to do that now?

15     (Bench conference.)

16       MS. KOSTER:  We're getting to the end of his

17  testimony regarding his forensic findings, Your Honor.  This is

18  where the government would seek to publish to the jury the

19  six-minute sample of child pornography videos that we have put

20  together from videos found in that LimeWire saved folder on the

21  computer.

22       THE COURT:  Denied.  What else?

23       MS. KOSTER:  That's it.

24       THE COURT:  Thank you.

25       MS. KOSTER:  Thank you.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1              THE COURT:  Okay.

2        (End of bench conference.)

3              THE COURT:  How much more time do you need, ma'am;

4    that's the question?

5              MS. KOSTER:  Just a few minutes, Your Honor.

6              THE COURT:  Do it.

7    BY MS. KOSTER:

8    Q.   Detective, as you were testifying, I showed you

9    Government's Exhibit 14?

10             MS. KOSTER:  That is in evidence, Your Honor?

11             THE COURT:  You are asking me?

12             MS. KOSTER:  I am.

13             THE COURT:  Yes, it is.

14             MS. KOSTER:  May I publish it?

15             THE COURT:  Yes.

16   BY MS. KOSTER:

17   Q.   We went through it so quickly, sir, that we neglected to

18   note that this Internet history in particular came from the HP

19   desktop; is that accurate?

20   A.   Correct.

21   Q.   And so these are -- this is Internet browsing done on the

22   desktop computer you have, which is Exhibit 2?

23   A.   Yes.

24   Q.   And did you also print out or have the computer collect

25   data in an info report for that desktop computer?

1  A.   Yes.

2        MS. KOSTER:   Permission to show the witness only

3  Government's Exhibit 56?

4        THE COURT:   All right.

5  BY MS. KOSTER:

6  Q.   Detective, is this that info printout?

7  A.   Yes.

8  Q.   And does this file provide information, some file access

9  and Internet browsing history for the desktop computer?

10 A.   Yes.

11 Q.   And did you find Internet activity indicating a user of

12 this computer has a sexual interest in children and a desire to

13 seek out that type of content?

14 A.   I'd have to look.  Hold on.

15 Q.   Okay.  If I direct your attention to the exhibit, for

16 example, we see Internet browsing activity from 2010 in

17 December that shows visits to, for example, milkboys.org?

18 A.   Yes.

19 Q.   We see some online banking at Wachovia same day,

20 panda.milkboys.org?

21 A.   Yes.

22 Q.   Plentyboys.com?

23 A.   Yes.

24 Q.   So there is some activity on this computer that is

25 associated with someone having a sexual interest in children?

DIRECT EXAMINATION OF BRIAN BROUGHTON

1   A.   Yes.

2   Q.   I want to show you some photographs saved to the computer.

3        MS. KOSTER:   Did I move to admit Exhibit 56, Your

4   Honor?

5        THE COURT:   You did not.

6        MS. KOSTER:   I do now.

7        THE COURT:   Any objection?

8        MR. WIGELL:   No, Judge.

9        THE COURT:   Admitted.

10       (Government's Exhibit No. 56, previously marked, was

11       admitted in evidence.)

12       MS. KOSTER:   Government's Exhibit 55, not in

13   evidence, may I show it to the witness?

14       THE COURT:   Yes.

15   BY MS. KOSTER:

16   Q.   Did you find on Government's Exhibit 2, the desktop

17   computer, some photographs of guns?

18   A.   Yes.

19   Q.   And is Government's Exhibit 55 a compilation of those

20   photographs; would you like to look at it?

21   A.   Yes.

22   Q.   Okay.   I'll flip through the pages.

23   A.   They appear to be.

24   Q.   I'm sorry?

25   A.   They appear to be.

1   Q.   Okay.  These are all photographs that were saved to the

2   desktop computer?

3   A.   Yes.

4   Q.   And in each of the photographs there's at least one gun?

5   A.   Yes.

6        MS. KOSTER:  Government moves to admit Government's

7   Exhibit 55.

8        THE COURT:  Any objection?

9        MR. WIGELL:  Objection.  Relevance, Judge.

10       THE COURT:  Overruled.  Admitted.

11   (Government's Exhibit No. 55, previously marked, was

12       admitted in evidence.)

13       MS. KOSTER:  Permission to publish?

14       THE COURT:  Yes.

15   BY MS. KOSTER:

16   Q.   Okay.  What do we see in page 1 of Government's Exhibit

17   55?

18   A.   Automatic handgun.

19   Q.   Okay.  And it looks like it is in a case of some kind?

20   A.   Yes.

21   Q.   Page 2?

22   A.   Appears to be several pictures of revolvers.

23   Q.   Okay.  And fair to say these revolvers are all in a glass

24   case or a case with a glass top?

25   A.   It appears to be.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1    Q.    Do the guns look old?

2    A.    Yes.

3    Q.    Page 3; what do we see here?

4    A.    Individual wearing a Fort Pierce T-shirt holding, it looks

5    like an automatic machine gun.

6    Q.    And Fort Pierce, is that a city in Florida?

7    A.    Yes, it's adjacent to Port St. Lucie.

8    Q.    Page 4?

9    A.    Another handgun.  Looks like on top of some money in a

10   bag.

11   Q.    Page 5?

12   A.    A rifle.

13   Q.    Page 6?

14   A.    A close-up of the rifle.

15   Q.    Page 7?

16   A.    Another individual holding what looks like an automatic

17   machine gun.

18   Q.    Now, you don't know who the individuals are that are

19   depicted in these images?

20   A.    No.

21   Q.    And you don't know who took the pictures, right?

22   A.    No.

23   Q.    They were just saved to Government's Exhibit 2, the

24   desktop computer?

25   A.    Yes.

DIRECT EXAMINATION OF BRIAN BROUGHTON

1          MS. KOSTER:  Nothing further.

2          THE COURT:  Cross-exam.

3          MR. WIGELL:  Thank you, Judge.

4                    **CROSS-EXAMINATION**

5  BY MR. WIGELL:

6  Q.    You are from Florida, right?

7  A.    Yes, sir.

8  Q.    We're in Indiana now, right?

9  A.    Yes, sir.

10 Q.    Now, as part of your preparing reports, did you prepare a

11 report dated 6-7-11 that you referred to earlier in your direct

12 examination?

13 A.    Can you show me and refresh my memory?

14 Q.    Of course.

15         MR. WIGELL:  Ask permission to show the face page to

16 the witness?

17         THE COURT:  Do it.

18         MR. WIGELL:  Yes, sir.

19 BY MR. WIGELL:

20 Q.    Okay.  I'm gonna ask that this be marked as Defendant's

21 Exhibit No. 16.  Do you have a copy of that report, Detective?

22 A.    I do, sir.

23 Q.    And would it be correct to say that this report is 72

24 pages in length?

25 A.    Yes, sir.

1   Q.   Okay.  And so if I refer to pages in that report, you

2   haven't been shown this report so far by the government, have

3   you?

4   A.   No, sir.

5   Q.   Okay.  But a lot of the data is duplicative of what has

6   been previously shown to you, right?

7   A.   Yes, sir.

8   Q.   Okay.  I'm sorry, when you find it, please tell me.

9   A.   For trial purposes I reprinted it out; and my page, even

10  though there's no additional content, it is 77 pages just

11  because the formatting was a little off.

12  Q.   Okay.  But when you're --

13  A.   If you refer to a page, it might be off.

14  Q.   We'll try to work around that, but I appreciate your help

15  with that.  And when you referred to page 3 previously, the

16  LimeWire incomplete folder where you got the No. 89 from?

17  A.   Yes, sir.

18  Q.   Okay.  And then after that, there's a listing of all the

19  LimeWire incomplete reports, is there not?

20  A.   Yes.

21  Q.   Okay.  And later on in the report on my page 25 --

22  A.   Okay.

23  Q.   -- you can get to that.  This is all your report, right?

24  A.   Yes, sir.

25  Q.   I should have done this before.  On my page 72, there's a

 1   signature line that appears to be a printed signature with your

 2   name and the date of 18 day of May, 2011?

 3   A.    Yes, that's my page 77.

 4   Q.    Okay.  Okay.  But going back to 25, that's the saved file

 5   list, right?

 6   A.    Yes, same page I have.

 7   Q.    And throughout this report what you -- and tell me if I'm

 8   wrong here.  You were attempting to show all the places where

 9   the child porn was on the laptop computer, right?

10   A.    Yes.

11   Q.    Okay.  And you wanted to do a synopsis of all the places

12   on the computer that -- that child porn would be, right?

13   A.    Yes.

14   Q.    Okay.  And you didn't do that, EnCase did that, right?

15   A.    I located it and then I documented the locations.

16   Q.    But that -- but you used the EnCase software as one of the

17   methods to get that data?

18   A.    Yes.

19   Q.    Okay.  And that's the purity of the search that you talked

20   about earlier in your testimony, right, cause you don't

21   manipulate the data at all; it's what [verbatim] EnCase shows

22   you the data and then you get the raw data and then you have a

23   chance to interpret it, right?

24   A.    Okay.

25   Q.    Okay.  Well -- and we talked about the file created date?

CROSS-EXAMINATION OF BRIAN BROUGHTON

1    A.    Yes.

2    Q.    Okay.  And drawing your attention to page 2 of the report.

3            MS. KOSTER:  Judge, we object to reference to the

4    document that's not in evidence.

5            THE COURT:  It's not even in evidence.

6            MR. WIGELL:  I ask it be allowed in evidence.

7            THE COURT:  Any objection?

8            MS. KOSTER:  No, Your Honor.

9            THE COURT:  It is admitted.

10           MR. WIGELL:  Thank you, Judge.

11   BY MR. WIGELL:

12   Q.    Drawing your attention to page 2 of the report then?

13   A.    Okay.

14   Q.    It has LimeWire info and it has two LimeWire entries,

15   right?

16   A.    Yes.

17   Q.    And the first one is a version that I believe is marked as

18   4/18/08?

19   A.    Yes, sir.

20   Q.    Can you tell what date that LimeWire version was created

21   on?

22   A.    Yes, that actually is a shortcut to the actual program.

23   It was a link file and it was created on 10/6 of 2008.

24   Q.    October 6 of 2008?

25   A.    That's correct.

1    Q.    And the other version of LimeWire, the one that you

2    referenced on direct examination, the 5.5.9, when was that

3    created?

4    A.    That was the most recent version installed on the

5    computer, and that was created on 6/12 of 2010.

6    Q.    Okay.  And all of the data that is in this report is data

7    that was previously referenced in some of the other reports

8    regarding the laptop?

9    A.    Yes.

10   Q.    Okay.  And one of the things that you did on direct

11   examination was talk about a range of dates of the file

12   created, right?

13   A.    Yes.

14   Q.    Okay.  And you remember doing that and you listed a bunch

15   of dates?

16   A.    Yes.

17   Q.    Okay.  And then counsel thought that you might have missed

18   one or two and added them and you said, "Oh yeah, those two"?

19   A.    Yes.

20   Q.    Okay.  Remember that?

21        And on direct examination, you said file create date, the

22   file created date is the date that the first bit of information

23   comes to that computer hard drive.  Do you remember saying

24   that?

25   A.    Comes -- well -- when it is downloaded or copied to a

 1    particular media; in this case it was a hard drive, yes.

 2    Q.    Okay.  All right.  It means it's the first time it's on

 3    that computer, right?

 4    A.    On that particular media, that particular hard drive, yes.

 5    Q.    But if it was in a different media in that computer, then

 6    we'd have a different file created date, wouldn't we?

 7    A.    If you copied it from -- if there is two hard drives that

 8    are independent of each other, if you copied one file, which

 9    was created on a particular date, and you move that file to the

10    other hard drive, the creation date on the new hard drive would

11    be the day that you copied it over.

12    Q.    Okay.  And would you have a record or your forensic

13    analysis have a record of the date, the previous date, the date

14    prior to the copying?

15    A.    Windows and my forensic software interprets the dates from

16    Windows.  There are a couple of different dates associated with

17    files.  One is a creation date.  One is also a modified date if

18    you modified that file, particularly like a Word document, if

19    you added something to it and re-saved it.  Then there are also

20    last accessed dates.  But I believe Vista and beyond, Vista, 7

21    and 8 do not use the last access.  It is more XP and below.

22    But that would be a time --

23    Q.    This isn't Vista 7 or 8, is it?

24    A.    It is Vista.

25    Q.    Okay.  But is it the version you are talking about?

1    A.    Yes, this is Vista.

2    Q.    Okay.  I'm sorry to interrupt you.

3    A.    No, by default the last access is turned off.  So usually

4    if you are looking at an XP machine, if you played a file, the

5    date you played the file would be the last time it was accessed

6    and that would be a last access date.  So there is a couple

7    different dates associated with a file.

8    Q.    But created is the date that's in your report, right.

9    A.    Correct.

10   Q.    And when you listed all the dates, would it be correct or

11   incorrect -- and you can take a moment to look at your

12   report -- that the earliest date in your report as far as the

13   date created is July 18 of 2009?

14   A.    Can you give me just a second?

15   Q.    Of course.

16   A.    That seems about right without going through all 300 note

17   files.

18   Q.    Okay.  But you had an opportunity now and before to look

19   at your report to get the range of dates, is that correct,

20   Detective?

21   A.    Yes.

22   Q.    Okay.  Let me ask you this:  Do you see any 2008's in your

23   report?

24   A.    I see no child porn that was created in 2008, no, sir.

25   Q.    Okay.  And on the first page of your report, you have a

 1    line that's called "victim information" and you put "victim,
 2    state of Florida."  Can you explain what you mean by that?
 3    A.    In a child pornography investigation, which was my -- the
 4    investigation that I supported in Florida, the victim -- and
 5    I'm just going on state cases.  Instead of having a specific
 6    victim, because obviously in these cases there's numerous
 7    victims, the state of Florida becomes the victim.
 8    Q.    Thank you, Detective.
 9              MR. WIGELL:  I'm gonna show you and ask to publish
10    what's been previously marked as Government's Exhibit No. 12
11    and I believe it's in evidence.  May I, Judge?
12              THE COURT:  All right.
13    BY MR. WIGELL:
14    Q.    Remember this one, Detective?
15    A.    Yes, sir.
16    Q.    It's 12.  And at the top, you create this format, right?
17    A.    Yes.
18    Q.    Okay.  And obviously the HP laptop is the one that we've
19    been referring to all afternoon, right?
20    A.    Yes, sir.
21    Q.    Okay.  And you created the phrase "recently typed URLs"?
22    A.    Well, that's actually how it's labeled in the registry.
23    Q.    Okay.  All right.  What does "recently" mean?
24    A.    "Recently" means the most recent.
25    Q.    Okay.

CROSS-EXAMINATION OF BRIAN BROUGHTON

1   A.    There's no dates on -- let me rephrase.  There's no dates

2   associated with the particular typed websites.  It's just the

3   most recently typed.  So if I type something right now, it

4   would be in that.  So most recent.  There's no dates associated

5   with it.

6   Q.    I'm sorry to interrupt you, sir.

7   A.    No problem.

8   Q.    Continue.  When you say no dates, it means there's no

9   dates in the data?

10  A.    No dates in the registry that reflect when those URL's or

11  websites were typed into the web browser.

12  Q.    And would the same be true of -- now I'm gonna show you

13  what's been marked as Government's Exhibit No. 14 that's

14  previously admitted.  When you say "Internet history," there's

15  no dates there, is there, Detective?

16  A.    On this particular document there are no dates associated

17  with that.  But in the net analysis and the ADF file, there are

18  some dates and times associated with those websites.  Just in

19  this particular one, I was highlighting websites of interest as

20  it relates to this case.

21  Q.    Okay.  And that was your editorial decision to show which

22  ones you would put up there, right?

23  A.    Yes.

24  Q.    Okay.  So there could be all sorts of other Internet

25  history there that you did not think was pertinent to the case?

CROSS-EXAMINATION OF BRIAN BROUGHTON

1  A.    There is other information that I did not include in that

2  list.

3  Q.    Okay.  And do you have that in your report?

4  A.    It's in the -- the entire Internet history was included

5  with my reports on the supplemental DVDs.

6  Q.    All of the non-child pornography searches?

7  A.    Yes, and there were non-child pornography terms in that

8  list too; there were banking and trucking sites.

9  Q.    I stand corrected.  You are correct, Detective.

10       Just a little clarity.  When you say "default" and

11  "reference to owner" and you said you didn't know if it was a

12  default, that would mean if you don't put something in that

13  space that it would say owner, right?

14  A.    Correct.

15  Q.    Okay.  And you are not sure if owner was typed in or it

16  was the default?

17  A.    Correct.

18  Q.    And even though there's all sorts of evidence that would

19  suggest that this was David Resnick's computer, you didn't see

20  him do any of these things, did you?

21  A.    I was not there when the computer was accessed, correct.

22  Q.    Okay.  And so it's by inference that he did the searches?

23  A.    Yes.

24  Q.    And that the documents were placed there by him?

25  A.    Yes.

1    Q.   And by "the documents," I mean the documents that you

2    scanned -- that were apparently scanned in and you had some

3    other dates in there?

4    A.   The pictures of him and his family and friends, the

5    documents that had his names on them.  There was some websites

6    that actually had his user name.  Some of the trucking websites

7    showed up in the Internet history of David Resnick as a log-in

8    user ID.

9    Q.   Okay.

10   A.   Those were some of the things that would tend to associate

11   him with using the computer.

12   Q.   And one last time, Detective, did I give you enough time

13   to see if there were any dates in 2008?

14   A.   I did.  I can go back again, but from my memory I believe

15   there was no files created in 2008.

16   Q.   Thank you, Detective.

17        Okay.

18             MR. WIGELL:  No further questions.

19             THE COURT:  Redirect.

20                    **REDIRECT EXAMINATION**

21   BY MS. KOSTER:

22   Q.   When you talk about no files created in 2008, you are

23   referring specifically to child pornography?

24   A.   Specifically.  There were pictures and scanned documents

25   that were created in that time, and some websites that were

1   visited in 2008.  But the child pornography files that were

2   saved to the computer were not -- had creation dates of 2008.

3   Q.    We started to talk about this during your direct

4   examination, but let's go back to it.  You were focused on

5   allocated space of the computer, is that right?

6   A.    Yes.

7   Q.    You did not conduct a thorough examination of unallocated

8   space?

9   A.    Correct.

10  Q.    So if the users of the computer got wind that law

11  enforcement was investigating them, they could delete the

12  material from the computer and those files would be relegated

13  to unallocated space, correct?

14  A.    Correct.

15  Q.    That wouldn't have come up in the information that you've

16  summarized here today?

17  A.    I did recover unallocated files, but they were on the

18  tower computer.

19  Q.    Okay.  But my question for you is:  Did you conduct a

20  thorough examination of the unallocated space of the computer

21  on the laptop to determine if a user prior to the dates

22  reflected in the reports that we have had used the computer to

23  access child pornography sites?

24  A.    I did not.

25  Q.    And so it's quite possible that a user of the computer

 1  deleted the Internet history after learning he is being

 2  investigated by law enforcement and that data would be lost?

 3  A.    Yes, it is possible.

 4  Q.    For example, that data would not be included in your net

 5  analysis web browsing report?

 6  A.    If that information was deleted and overwritten, it would

 7  not be recoverable.

 8  Q.    Okay.  So those index.dat files would be gone?

 9  A.    Correct.

10  Q.    Now, those dates that you have associated in your report,

11  page 2, with the LimeWire versions?

12  A.    Yes.

13  Q.    Do you recall that?

14        You described those LimeWire files as link files?

15  A.    Yes.

16  Q.    What is a link file?

17  A.    When you create the software, it will -- it gives you an

18  option, but it will put an icon, which is a link file, or

19  basically a shortcut to the actual program itself on your

20  desktop.  It will also put one in the start menu.  If you press

21  start and you see some applications that you can quickly

22  reference, it will give you an option to put an icon or a

23  linked file in that location also.

24        These particular link files were on the desktop.  The

25  earlier version, the 4.18.8 shortcut was on the desktop but in

1    a folder called "other."

2         The other version, the 5.5.9, the newer version, was

3    actually just sitting right on the desktop of owner and you

4    would see it as a green lime icon, and you'd click on that and

5    that would activate the program.

6    Q.   For the record, I'm showing you page 2 of Defendant's

7    Exhibit 16, which is in evidence?

8    A.   Yes.

9    Q.   Okay.  So these are -- these file created dates, is that

10   the file that the link file was created?

11   A.   Yes.

12   Q.   Or I'm sorry the date that the link file was created?

13   A.   Yes.

14   Q.   Okay.  And so we understand, that's a day that a user

15   decided to make it more convenient to open LimeWire by saving

16   the link file on the desktop?

17   A.    Not necessarily because I've installed this particular

18   version of LimeWire and when you install this version of

19   LimeWire, it actually will put the link on your desktop.  So it

20   is indicative of the time and date that the install of that

21   version of LimeWire was probably installed on the computer.

22   Q.    Well, is it possible that LimeWire was previously

23   installed on the computer and then deleted by a user and

24   relegated to unallocated space?

25   A.    It could have been.

REDIRECT EXAMINATION OF BRIAN BROUGHTON     Vol. 2, Page 297

1   Q.   So we're clear, although you created these summary

2   exhibits, for example, Government's Exhibit 11, which is in

3   evidence, Government's Exhibit 14, which is in evidence,

4   Government's Exhibit 13, which is in evidence, all of the data

5   that is summarized in those exhibits is also admitted into

6   evidence in these lengthy data printouts that are, for example,

7   Government's Exhibit 53, the Internet history report from the

8   desktop computer, Internet Explorer activity?

9   A.   That except for the recent downloads which is in the

10  LimeWire.props file.

11  Q.   Okay.  But all of that data was provided and is now in

12  evidence?

13  A.   Yes.

14  Q.   So if the jury wanted to see all of the different websites

15  visited by a user of the computer, they have all of that

16  information?

17  A.   Yes.

18  Q.   Which was saved and recorded, which you were able to

19  recover at least in these exhibits?

20  A.   Yes.

21  Q.   You are not hiding anything from them?

22  A.   No.

23        MS. KOSTER:  That's all, Your Honor.  Thank you.

24        THE COURT:  Recross.

25        MR. WIGELL:  Thank you, Judge.

1                        **RECROSS-EXAMINATION**

2    BY MR. WIGELL:

3    Q.    Counsel asked you a hypothetical that if you thought the

4    police were coming, you'd wipe it out of unallocated, right?

5              MS. KOSTER:  Objection.  Misstates the question.

6              THE COURT:  Do you understand the question?

7              THE WITNESS:  Can you rephrase it, please?

8              MR. WIGELL:  Of course.

9    BY MR. WIGELL:

10   Q.    If I thought --

11             THE COURT:  Do it accurately, sir.

12             MR. WIGELL:  Pardon me?

13             THE COURT:  Do it accurately.

14             MR. WIGELL:  I'll attempt to do it as best I can,

15   Judge.  Thank you.

16   BY MR. WIGELL:

17   Q.    Do you remember the hypothetical that the government asked

18   you?

19   A.    Yes.

20   Q.    And did it have to do with unallocated files?

21   A.    If -- to paraphrase, if the cops were onto me and I knew

22   they were coming, I would delete a file, and those files would

23   then not be in allocated space, it would be in unallocated

24   space at this point because they were deleted.

25   Q.    Wouldn't that person delete all the allocated ones, too?

1   A.   If they were contraband, I would, you know, possibly.

2   Q.   Okay.  Because allocated is like -- if we see a picture

3   and we like it and we want to save it in a file like my name is

4   Raymond, Raymond's favorite pics of boats, right, then I put it

5   saved; that's allocated, right?

6   A.   Anything you see on the computer is allocated.

7   Q.   Okay.  And but if I'm just looking at boats and I don't

8   want to save it, that would go to unallocated, right?  If I

9   just search for something and I see a picture --

10  A.   Well, it -- you know, you touch on a different subject,

11  but if you view a picture, obviously, it's saved many times in

12  the Internet cache file, so there is some evidence of that.

13  Q.   Okay.

14  A.   But if you didn't physically save a file -- unallocated

15  most likely is when you delete a file.  And so just because you

16  viewed a file and didn't save it doesn't make it unallocated,

17  because like I said, it is saved in different locations, just

18  might not be readily available to you in a particular folder.

19  Q.   There is 66 hours of videos that were allocated on the

20  laptop, is there not?

21  A.   Yes.

22  Q.   Okay.  And that's -- the victim is the state of Florida in

23  your report?

24  A.   Yes.

25        MR. WIGELL:   Thank you, Judge.

 1          THE COURT:  Redirect.

 2                  **REDIRECT EXAMINATION**

 3   BY MS. KOSTER:

 4   Q.   Can a user of a computer that doesn't have forensic

 5   software go into unallocated space and delete files?

 6   A.   Unallocated is already deleted.  You can't see it.

 7   Q.   But once you hit delete, you can't go in and --

 8   A.   How it goes, you delete, which basically moves the file

 9   into the recycle bin.  And once you move it from the recycle

10   bin, then it's inaccessible unless you have certain software.

11   Q.   Right.  But once you have deleted it --

12   A.   Right.

13   Q.   -- you can't see it any longer on the computer?

14   A.   Correct.

15   Q.   Okay.  Thank you.

16          THE COURT:  Anything else?

17          MR. WIGELL:  No, Judge.

18          THE COURT:  You may step down.  Thank you.  All

19   right.  Ladies and gentlemen, we're gonna recess for the

20   evening.  I ask that you remember and abide by the admonition

21   that I have previously given you yesterday and not to discuss

22   the case, okay?  And all the other things that goes with that

23   that I said yesterday.  Nine o'clock tomorrow morning.

24       (Jury exits.)

25          THE COURT:  Did they get the DVD fixed ready to go

1    first thing?  How long is it gonna take to direct the agent?

2              MS. KOSTER:  About an hour, Your Honor.  We have the

3    DVD to play, and we have a very detailed summary of the

4    defendant's statement to law enforcement.

5              THE COURT:  How long will it takes to cross-examine

6    the agent?

7              MR. WIGELL:  About a half hour.

8              THE COURT:  An hour and a half, that's 10:30 or so.

9    How long will your direct of the defendant's father take?

10             MR. WIGELL:  Fifteen minutes.

11             THE COURT:  Probably not much more than that on

12   cross, right?

13             MS. KOSTER:  Yes.

14             THE COURT:  And if the defendant does testify, how

15   long will his direct be?

16             MR. WIGELL:  At the most 45 minutes to an hour,

17   Judge.

18             THE COURT:  And how much time will you need to cross

19   him?

20             MS. KOSTER:  Three hours.

21             THE COURT:  Okay.  So then I won't send the jury home

22   at noon, will I?  Interesting.  Nine o'clock.

23        (A recess was taken for the day at 4:59 p.m.)

24

25

1                          CERTIFICATE

2        I certify that the foregoing is a correct transcript from

3   the record of proceedings in the above matter.

4

5   Date:  November 5, 2013

6                                   S/Stacy L. Drohosky
                                    S/STACY L. DROHOSKY
7                                   Court Reporter
                                    U.S. District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                    INDEX

2       WITNESSES FOR THE GOVERNMENT:

3           **OFFICER LACE KOLER -**
                  Direct Examination...................... Page     5
4                 Cross Examination....................... Page    16
                  Redirect Examination.................... Page    25
5                 Recross-Examination..................... Page    26

6           **TIMOTHY PODGORSKI -**
                  Direct Examination...................... Page    28
7                 Cross-Examination....................... Page    45
                  Redirect Examination.................... Page    49
8                 Recross-Examination..................... Page    49

9           **VICTOR JOHN SAVIA, JR. -**
                  Direct Examination...................... Page    50
10                Cross-Examination....................... Page    61
                  Redirect Examination.................... Page    66
11
            **K.M. -**
12                Direct Examination...................... Page    67
                  Cross Examination....................... Page    88
13                Redirect Examination.................... Page    97
                  Recross-Examination..................... Page    99
14
            **S. PAL SINGH -**
15                Direct Examination...................... Page   100
                  Cross-Examination....................... Page   112
16
            **DUSTY M. -**
17                Direct Examination...................... Page   114
                  Cross Examination....................... Page   121
18
            **WILLIAM DONALDSON -**
19                Direct Examination...................... Page   131

20          **ROCCO RIGSBY -**
                  Direct Examination...................... Page   162
21                Cross-Examination....................... Page   174

22          **BYRON OWEN -**
                  Direct Examination...................... Page   176
23                Cross-Examination....................... Page   191
                  Redirect Examination.................... Page   196
24                Recross-Examination..................... Page   197

25

1                        INDEX (Continued)

2    WITNESSES FOR THE GOVERNMENT:

3         MATTHEW CHICANTEK -
              Direct Examination...................... Page   198
4
          BRIAN BROUGHTON -
5             Direct Examination...................... Page   210
              Cross-Examination....................... Page   283
6             Redirect Examination.................... Page   293
              Recross-Examination..................... Page   298
7             Redirect Examination.................... Page   300

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$2,000 [1] 182/19

'07 [2] 117/13 186/17
'08 [2] 166/10 186/10
'09 [2] 248/7 248/11
'98 [1] 52/16
'til [3] 126/17 206/10 209/15

**.**

.22 [1] 56/20
.22 caliber [1] 56/20
.223 [1] 166/14
.223 caliber [1] 166/14
.40 [9] 18/19 18/23 53/25 56/14 64/8 64/8 64/16 167/7 167/10
.com [1] 275/8
.JPEG [1] 252/8

**0**

08 [9] 164/19 167/16 168/2 168/8 168/22 170/22 181/3 181/13 286/18
09 [5] 166/9 240/20 240/20 241/5 241/6

**1**

1/12/2010 [1] 241/5
1/17/08 [2] 164/19 181/3
1/17/08 would [1] 165/9
1/17/09 [1] 166/9
1/18/08 [1] 168/22
1/19/08 [1] 170/22
1/22/08 [1] 167/16
1/29/08 [1] 181/13
1/31/08 [1] 168/2
1/4/2010 [1] 241/6
10 [13] 107/14 169/19 170/20 172/16 172/16 183/14 185/4 248/1 248/4 248/10 248/18 252/10 253/20
10-A [2] 190/21 252/22
10/6 [1] 286/23
100 [3] 232/7 232/8 303/15
106 [20] 105/11 106/17 106/21 107/4 107/5 107/13 109/1 109/9 109/20 109/22 109/23 110/9 110/19 110/20 110/24 111/3 111/4 111/11 111/14 112/6
10:15 [1] 66/14
10:30 [1] 301/8
10:48 [2] 22/11 22/21
10YO [2] 234/7 234/8
11 [10] 16/19 17/18 48/21 169/19 269/19 269/22 270/3 270/7 283/11 297/2
11-B [2] 170/6 170/8
112 [1] 303/15
114 [1] 303/17
116 [1] 111/20
118 [1] 111/20
11:41 [1] 130/3
11th [4] 107/16 107/20 248/2 248/4
12 [14] 44/15 48/21 106/24 141/16 150/12 232/6 241/13 267/11 267/14 268/1 268/5 287/5 290/10 290/16
12/25/09 [2] 240/20 241/6
12/26/09 [1] 241/5
121 [1] 303/17
12th [4] 107/22 108/1 108/4 240/21
13 [8] 150/12 234/12 242/5 242/10 242/25 243/4 244/11 297/4
1304 [1] 28/18
131 [1] 303/19
13th [3] 108/6 108/16 108/17
14 [10] 51/9 171/23 234/11 265/20 266/6 266/10 275/10 278/9 291/13 297/3

14-year-old [1] 150/12
14th [2] 108/14 108/21
15 [6] 31/6 66/11 127/25 198/21 211/6
15-minute [1] 201/18
1500 [1] 1/15
15th [4] 5/23 7/13 108/24 272/24
16 [11] 56/19 56/25 57/1 62/18 62/19 107/9 109/6 241/11 283/21 296/7 303/4
16,000 [1] 6/9
162 [1] 303/20
165 [1] 167/7
16th [7] 108/25 109/7 109/14 109/15 109/18 109/19 261/19
17 [8] 102/5 102/23 103/4 103/8 103/25 104/9 104/13 164/21
174 [1] 303/21
176 [1] 303/22
18 [5] 107/13 266/15 272/15 285/2 289/13
19 [1] 183/17
191 [1] 303/23
196 [1] 303/23
197 [1] 303/24
198 [1] 304/3
1992 [1] 210/23
1997 [1] 210/25
1998 [1] 112/20
19th [1] 171/20

**2**

2/27/08 [1] 168/8
20 [4] 42/23 107/19 128/19 128/20
200 [2] 229/22 237/17
2000 [2] 9/20 9/25
2004 [7] 112/17 211/12 211/15 211/20 212/1 212/10 212/16
2007 [6] 52/18 53/2 58/1 65/23 65/23 178/15
2008 [56] 5/21 5/23 19/7 31/8 37/3 37/8 41/17 41/25 43/16 44/23 47/22 52/18 53/2 58/2 68/7 69/17 105/3 105/5 105/13 112/2 112/16 112/18 114/10 116/5 120/14 125/2 164/21 174/23 174/24 176/24 176/25 177/1 183/17 190/18 200/9 201/4 245/9 245/11 245/13 247/1 247/8 248/4 248/6 252/14 253/1 253/12 253/13 254/2 286/23 286/24 289/24 293/13 293/15 293/22 294/1 294/2
2008's [1] 289/22
2009 [19] 44/25 62/10 62/12 62/12 187/11 193/7 241/6 241/6 241/6 241/9 241/12 248/6 254/9 254/20 264/10 264/16 265/7 272/18 289/13
2010 [17] 62/10 240/17 240/21 240/21 240/22 241/4 241/5 241/5 241/5 241/6 241/8 241/13 275/19 276/4 279/16 287/5
2011 [5] 261/19 261/23 262/1 272/24 285/2
2013 [5] 1/9 78/16 82/7 194/14 302/5
202 [3] 227/5 237/18 241/20
20280 [1] 1/18
21 [1] 251/5
210 [1] 304/5
219 [1] 1/23
22 [1] 108/3
22,626 [1] 158/10
2200 [1] 11/3
223 [1] 166/13
226 [4] 169/1 171/2 183/10 183/12
229 [6] 171/1 172/4 173/10 173/12 183/21 185/21

23 [4] 67/24 108/5 115/22 267/18
24 [5] 7/4 14/4 21/21 21/22 272/18
24-hour [1] 6/3
25 [4] 108/23 184/21 289/4 303/24
26 [1] 303/5
27th [1] 262/2
28 [3] 108/17 251/5 303/6
283 [1] 304/5
293 [2] 11/22 304/6
298 [1] 304/6
299 [2] 11/23 13/10
2:11-CR-68 [1] 1/4
2:25 [1] 204/14
2T [2] 171/3 171/9

**3**

30 [3] 1/9 241/8 251/5
30 miles [1] 5/11
300 [2] 289/16 304/7
302 [1] 1/18
30P [1] 166/13
30th [2] 264/10 264/16
31 [1] 108/23
31st [1] 166/10
34 [1] 251/5
3462 [1] 1/23
35 [1] 251/5
36 [2] 77/16 109/3
37 [6] 81/25 82/14 82/18 91/23 109/11 110/12
38 [5] 70/19 71/15 75/2 101/8 101/21
38 percent [1] 158/16
38-A [1] 111/6
39 [1] 252/1
3:30 [1] 126/19

**4**

4.18.8 [1] 295/25
4/18/08 [1] 286/18
4/27/2011 [1] 262/1
40 [13] 162/20 163/19 164/1 167/6 169/1 171/1 180/5 181/4 182/25 183/3 183/14 185/4 252/3
4005 [1] 1/22
404 [2] 2/5 2/8
43 [1] 12/12
44 [1] 239/15
4473 [2] 169/17 169/21
45 [2] 301/16 303/7
46 [6] 32/24 33/7 34/1 34/10 35/23 54/16
46-A [4] 34/2 34/3 79/20 80/5
46-B [7] 36/1 54/2 79/20 80/5 80/23 172/24 185/10
46-C [7] 54/19 54/21 54/25 79/20 80/13 173/15 194/20
46-E [1] 185/14
46230 [1] 1/23
46320 [1] 1/15
47 [3] 273/8 273/19 273/25
48 [1] 254/3
48-A [4] 199/19 201/11 201/12 209/15
49 [3] 254/13 303/7 303/8
4:34 a.m [1] 261/18
4:42 a.m [1] 261/18
4:59 [1] 301/23

**5**

5-4 [1] 253/12
5.5.9 [2] 287/2 296/2
5.59 [1] 223/10
50 [2] 166/13 303/9
500 [1] 212/16
51 [4] 271/6 271/21 271/25 272/16
52 [4] 249/6 249/16 249/21 251/11

**5**
53 [11] 255/15 255/15 255/16 262/5
262/9 263/1 263/5 263/11 264/6 272/3
297/7
54 [7] 255/11 255/15 255/23 256/17
258/2 258/6 258/10
5400 [2] 1/15 1/22
55 [6] 166/13 280/12 280/19 281/7
281/11 281/17
56 [3] 279/3 280/3 280/10
57 [2] 2/19 21/19
5744 [1] 176/13

**6**
6-7-11 [1] 283/11
6/10/2009 [1] 254/9
6/12 [1] 287/5
6/12/2008 [2] 245/9 245/11
6/12/2010 [1] 241/5
6/16/2009 [1] 254/20
6/30/2010 [2] 240/21 241/5
6/4/2008 [1] 253/12
60461 [1] 1/18
61 [1] 303/10
66 [6] 238/7 238/10 241/18 241/19
299/19 303/10
67 [1] 303/12
68 [1] 1/4
6:36 [1] 240/18

**7**
7/13/2010 [1] 276/4
7/16/2010 [1] 275/19
7/18/2009 [1] 241/6
72 [2] 283/23 284/25
75 [1] 206/10
77 [2] 284/10 285/3
7th [4] 78/16 92/9 106/12 106/14

**8**
8/15/2009 [1] 241/6
8/17/2010 [1] 241/5
8/19/2010 [3] 240/17 240/22 241/4
8/3/2009 [1] 241/6
8/7/2008 [2] 252/14 253/1
85 percent [2] 141/6 141/11
852-3462 [1] 1/23
88 [1] 303/12
89 [3] 232/9 232/15 284/16
8th [2] 106/18 106/19
8YO [1] 234/8

**9**
9-A [6] 245/18 245/21 245/24 246/9
246/11 246/15
9/07/09 [1] 240/20
9/24/2008 [1] 254/2
9/7/2009 [1] 241/12
90 [1] 13/11
949 [2] 171/15 171/19
97 [1] 303/13
99 [1] 303/13
9th [3] 107/3 107/10 107/11

**A**
a.m [4] 66/14 199/13 261/18 261/18
abducted [1] 154/9
abduction [2] 134/14 134/15
abide [1] 300/20
ability [5] 149/5 173/23 222/13 257/14
257/25
able [22] 8/21 53/4 135/1 136/5 137/18
141/6 146/1 149/12 150/7 151/11 155/8

157/7 157/7 157/19 167/23 168/17 170/2
179/13 219/9 225/2 227/25 297/18
about [169] 5/11 7/17 9/19 19/18 21/10
22/9 24/4 25/1 27/8 27/12 32/8 33/17
36/9 37/12 37/17 37/19 38/10 38/13
38/16 39/2 39/17 39/18 40/21 41/9 42/10
42/19 43/2 45/23 47/11 49/6 55/5 56/3
58/14 59/10 60/22 63/6 65/5 66/11 68/5
68/18 68/23 69/9 77/22 80/8 80/10 80/15
81/18 81/22 83/22 84/18 86/21 87/1 87/1
87/4 88/23 90/17 93/12 95/12 95/18
96/12 96/24 97/22 98/17 101/20 103/5
110/22 110/22 113/18 117/17 117/24
118/9 118/11 120/15 120/20 122/9 123/9
123/24 124/17 125/1 125/6 126/1 126/4
127/23 128/2 128/25 133/13 133/14
133/15 134/12 135/12 136/3 137/16
138/9 139/2 140/19 142/10 142/15
142/16 143/3 143/6 143/10 145/20 147/9
147/22 148/1 148/21 149/15 149/21
150/17 151/6 151/14 152/1 153/4 155/23
156/23 157/11 157/11 158/5 158/6 158/8
158/24 163/25 179/8 185/22 186/16
186/23 187/19 188/6 189/5 189/8 189/11
189/19 196/17 197/4 198/2 200/12 202/5
205/18 211/6 213/3 221/23 226/20
228/19 228/22 231/4 231/5 233/21 236/3
236/8 250/7 250/13 254/24 258/23
263/23 265/17 267/4 268/18 268/20
269/25 273/3 285/20 285/25 287/11
288/25 289/16 293/22 294/3 301/2 301/7
above [6] 83/3 141/8 180/18 181/14
264/9 302/3
absolute [1] 98/23
Absolutely [2] 206/15 235/15
abuse [17] 120/25 146/24 154/18 155/11
155/12 155/13 155/18 156/24 157/13
157/15 158/6 158/15 213/6 213/7 228/20
267/3 270/24
abused [10] 141/12 142/14 146/23
154/17 154/23 154/24 159/2 211/14
270/17 273/3
abusing [1] 140/16
abusive [1] 236/16
academy [1] 132/16
access [34] 139/6 143/9 143/12 143/16
143/19 145/25 148/3 148/4 148/22
160/10 160/13 160/20 160/23 160/23
161/3 161/4 213/25 221/4 255/22 255/23
256/13 256/18 257/11 257/18 258/1
258/18 258/19 259/13 259/18 279/8
288/21 289/3 289/6 294/23
accessed [9] 256/2 258/2 258/19 260/11
261/15 261/18 288/20 289/5 292/21
accessories [1] 32/21
accessory [2] 184/4 195/5
According [2] 233/19
account [5] 104/23 188/25 201/3 223/15
259/10
accurate [7] 14/16 20/4 248/2 248/5
249/17 253/3 278/19
accurately [2] 298/11 298/13
accused [1] 140/16
acknowledge [2] 2/21 2/23
acquaintance [2] 52/19 52/19
acronym [1] 233/22
across [4] 121/24 158/23 221/11 221/19
act [2] 137/19 147/2
action [1] 26/21
activate [1] 296/5
active [2] 258/22 266/17
actively [4] 223/2 225/15 225/17 225/19
activity [19] 135/15 136/24 137/1 139/11

139/14 139/18 140/12 148/11 151/8
153/1 255/4 255/4 258/21 264/10 272/10
279/11 279/16 279/24 297/8
acts [7] 137/13 147/18 148/9 148/9
159/17 159/22 159/23
actual [9] 9/2 15/9 141/7 184/4 236/6
244/5 264/21 286/22 295/19
actually [7] 7/10 9/4 13/2 13/10 22/15
31/13 35/17 45/5 58/15 143/15 165/23
200/10 212/12 213/23 225/18 226/11
243/21 248/10 261/9 262/13 263/15
273/15 286/22 290/22 293/6 296/3
296/19
add [1] 184/3
added [4] 184/5 237/21 287/18 288/19
addition [1] 10/13
additional [4] 204/5 218/21 235/8 284/10
address [10] 165/12 182/21 183/6 204/18
263/17 267/15 267/16 267/20 267/22
277/12
adept [1] 146/1
ADF [2] 271/13 291/17
adjacent [1] 282/7
adjustable [5] 169/2 169/9 169/10 171/10
171/11
administered [10] 4/20 28/6 50/8 67/7
100/7 114/25 131/3 176/1 197/24 209/23
administrator [1] 223/14
admit [27] 34/2 54/18 71/14 78/4 82/13
103/25 144/20 163/19 197/1 199/20
201/12 231/23 235/16 239/5 242/25
244/8 246/5 249/21 258/6 262/25 266/6
268/1 270/3 271/21 273/19 280/3 296/9
admitted [58] 7/4 12/12 14/4 34/17 36/4
40/19 54/24 55/1 67/23 71/22 75/2 78/19
79/16 82/17 82/19 104/4 104/8 104/10
115/22 141/11 163/22 172/25 185/9
190/20 201/13 232/1 235/20 235/22
239/8 239/10 243/3 243/5 244/14 244/16
246/8 246/10 251/11 258/9 258/11 263/4
263/6 266/9 266/11 268/4 268/6 270/6
270/8 271/24 272/1 273/24 274/1 280/9
280/11 281/10 281/12 286/9 291/14
297/5
admonition [1] 300/20
adolescent [1] 150/3
adult [10] 147/15 147/15 149/11 149/9
151/10 152/1 159/19 160/4 160/10
160/14
adults [9] 63/8 63/11 63/14 63/14 127/19
147/12 149/12 155/18 160/15
advance [1] 2/10
Advanced [1] 271/13
affect [1] 138/16
affection [3] 147/3 147/15 156/12
affects [1] 185/1
affiliated [1] 233/19
affluent [1] 146/17
afraid [1] 187/16
after [53] 11/10 13/20 14/22 22/17 25/10
41/18 43/3 44/6 46/4 53/15 73/21 73/22
75/23 76/7 81/4 81/15 81/15 86/3 87/16
94/1 94/6 95/2 95/16 95/19 117/20
117/23 118/25 120/10 120/25 121/3
124/17 125/2 129/7 138/17 160/13 165/5
171/9 184/5 186/24 189/21 190/17 192/4
195/16 200/9 206/22 209/18 215/15
237/25 238/1 242/17 264/10 284/18
295/1
aftermarket [1] 195/5
aftermarkets [1] 184/6
afternoon [5] 73/7 126/20 131/12 206/12
290/19

**A**

again [77] 2/25 7/18 11/6 11/17 12/2
12/10 20/19 23/25 24/14 25/17 27/8 63/8
65/1 71/18 72/4 74/4 76/4 76/5 86/11
87/17 90/22 97/14 98/6 98/13 108/7
108/10 108/19 114/8 121/1 129/9 135/22
136/24 140/23 141/17 142/7 143/17
143/10 145/17 148/2 149/13 150/15
151/9 151/22 152/8 152/25 153/6 153/9
154/3 158/12 158/20 160/6 161/24 168/3
168/5 168/9 170/17 171/5 181/4 188/23
192/4 232/22 234/20 235/13 236/2 239/2
247/7 247/21 258/17 262/15 264/16
265/10 267/5 268/15 270/22 272/22
272/24 293/14
against [10] 141/22 142/5 145/1 145/9
145/12 148/15 189/11 192/20 196/21
210/24
age [6] 137/6 137/12 149/25 150/10
150/15 234/9
agencies [2] 212/15 213/9
agency [2] 133/3 213/8
agent [25] 3/2 131/19 131/20 132/3
132/4 133/2 188/6 188/14 188/16 188/21
189/7 192/6 198/8 198/9 198/14 198/23
199/3 206/22 206/23 209/16 209/18
238/19 265/25 301/1 301/6
agent's [1] 209/8
agents [9] 125/7 125/8 125/15 131/24
132/1 196/11 211/17 211/22 216/16
aggressive [1] 26/21
ago [5] 19/25 24/8 78/13 121/12 192/14
agree [6] 53/11 77/23 184/22 248/14
252/16 260/25
agreed [4] 130/11 204/22 251/7 251/8
agreement [2] 196/7 251/5
aid [1] 237/7
Aided [1] 1/25
aiming [1] 139/5
ain't [2] 53/14 60/16
air [1] 73/3
ALAN [2] 1/6 184/22
Alan Resnick [1] 184/22
albeit [1] 101/18
alienated [3] 146/12 146/21 150/23
all [152] 2/3 3/9 4/16 4/25 4/25 6/3 7/7
8/11 10/1 12/24 13/13 13/22 18/4 28/10
28/11 29/4 33/10 33/14 36/16 44/9 44/9
44/11 44/16 44/17 48/2 48/25 49/12
49/15 50/12 54/13 59/15 60/17 61/2
62/22 62/23 65/19 66/17 67/11 67/12
68/1 68/19 79/21 79/22 79/23 88/15
89/18 91/17 99/8 102/7 103/3 105/7
106/23 107/8 108/13 109/3 111/5 119/8
122/6 123/12 124/7 125/12 125/13 130/6
130/15 130/19 130/25 131/9 132/7 139/2
144/14 144/19 144/21 149/16 153/7
154/15 157/15 162/1 175/16 176/7
180/10 188/4 196/23 200/2 204/17
204/25 207/12 207/20 208/9 210/5 214/8
217/23 217/24 221/18 232/25 236/1 238/1
239/18 240/10 240/23 241/19 242/8
242/20 244/21 245/4 245/19 245/25
247/18 248/9 248/19 249/4 249/7 249/13
250/1 260/11 260/22 261/9 262/4 262/6
263/9 264/13 265/21 266/18 266/19
267/12 267/23 269/20 279/4 281/1
281/23 284/18 284/23 285/8 285/11
285/21 287/6 288/2 289/10 289/16
290/12 290/19 290/23 291/24 292/6
292/18 297/4 297/11 297/14 297/15
297/23 298/25 300/18 300/22

allegation [1] 134/14
allocated [15] 217/18 217/20 217/22
218/10 218/12 219/10 219/15 219/21
219/25 220/23 220/25 221/2 293/9 299/8
299/19
allow [5] 57/21 60/2 179/16 218/20
226/10
allowed [4] 39/25 40/4 120/6 182/1 207/3
286/6
allows [8] 220/22 220/24 221/4 221/12
224/11 225/25 237/12 254/25
almost [3] 16/19 17/18 201/17
alone [6] 42/20 90/11 94/16 120/4 120/11
146/15
along [3] 12/24 154/3 265/18
already [26] 12/12 14/4 40/19 53/8 67/23
75/1 79/15 88/21 109/13 115/21 130/11
143/22 145/9 145/16 146/12 146/13
146/14 147/2 161/7 172/24 173/16 180/5
185/9 206/1 236/3 300/6
also [72] 1/20 2/17 10/13 19/10 21/2
21/21 21/22 30/2 33/23 43/16 46/23 56/9
79/9 96/6 101/17 102/1 120/24 137/25
140/2 140/6 142/22 143/13 143/20 147/1
150/20 151/10 154/13 155/6 156/5
156/10 159/19 160/1 160/4 160/9 160/25
161/5 171/3 173/15 215/9 221/7 227/22
233/22 233/24 234/19 238/19 241/8
241/13 247/13 248/16 252/17 254/10
255/22 256/10 256/14 257/8 257/20
262/21 262/23 264/9 264/15 269/12
269/23 271/3 271/16 273/14 277/1
278/24 288/17 288/19 295/20 295/23
297/5
alteration [1] 195/16
altercation [1] 44/1
although [1] 297/1
am [11] 61/11 100/25 110/2 131/21
160/20 185/23 198/24 199/15 210/14
277/11 278/12
AM78873 [3] 171/13 184/24 185/6
AMERICA [1] 1/3
ammo [1] 167/9
ammunition [4] 166/14 166/22 167/8
167/23
among [2] 211/2 236/24
amount [3] 135/25 136/4 263/13
Amy [1] 51/5
analysis [21] 131/22 132/6 132/7 132/8
132/10 133/17 133/21 133/25 216/1
255/2 255/3 255/8 255/12 255/19 262/10
262/12 262/13 272/11 288/13 291/17
295/5
analyze [1] 215/12
and/or [2] 157/14 266/19
Angie [1] 222/5
animal [1] 147/6
anniversary [2] 122/21 124/10
AnonIB [1] 264/24
AnonIB.com [3] 263/24 264/11 264/25
anonymity [1] 158/24
anonymous [1] 264/2
another [40] 68/9 70/12 107/2 107/12
107/16 107/22 108/6 108/24 128/12
128/15 130/7 142/20 147/9 147/15 150/9
155/21 161/14 171/21 183/14 202/20
209/17 212/24 215/4 221/13 230/9
238/19 247/4 247/13 252/3 252/15
252/15 253/14 263/11 264/24 265/3
267/5 268/16 272/14 282/9 282/16
another's [1] 259/18
answer [7] 32/16 38/4 64/20 74/19 113/7
135/18 192/2

answered [1] 102/18
answering [2] 25/11 64/4
anticipate.[1] 25/24
anticipating[1] 206/2
antique [1] 46/20
any [121] 6/7 6/9 14/18 15/8 16/24 24/3
26/4 26/5 27/18 29/14 32/21 32/25 33/14
33/16 33/22 34/3 34/15 36/2 39/4 39/9
40/15 43/2 44/4 51/6 52/6 54/20 62/16
64/2 64/10 69/13 69/22 71/16 71/20
73/15 78/6 78/17 79/5 79/17 82/15 87/7
89/8 91/20 93/12 97/9 97/24 98/1 104/2
113/2 113/5 113/15 115/15 116/17 120/3
123/24 124/24 125/8 134/9 136/11
136/17 138/24 141/4 149/19 159/17
163/20 167/10 170/9 170/10 170/13
170/14 172/11 177/11 178/18 179/20
184/4 184/19 184/25 186/14 187/3 189/7
189/17 191/11 192/15 196/2 196/5
196/24 197/1 199/21 200/17 201/7 201/7
201/24 203/7 203/24 204/11 214/25
215/13 215/23 220/20 231/24 235/18
239/6 243/1 244/9 246/6 249/22 250/17
251/9 258/7 263/2 266/7 268/2 270/4
271/22 273/20 280/7 281/8 286/7 289/22
292/20 293/13 300/13
anybody [6] 65/13 92/19 93/1 95/2
125/23 156/16
anymore [2] 109/22 206/11
anyone [18] 12/9 38/16 42/14 42/24
48/15 65/16 72/18 72/20 97/23 98/6
98/16 119/14 125/1 154/23 158/6 158/19
159/3 262/12
anyplace [1] 83/24
anything [59] 3/5 14/22 19/18 24/14
25/12 27/17 27/20 32/18 32/19 37/12
37/22 39/5 39/8 39/13 40/21 40/24 41/9
42/19 43/24 49/6 49/25 58/13 66/8 69/9
70/6 74/16 78/23 79/13 80/10 80/15 85/8
86/3 86/7 86/21 87/1 87/4 97/19 98/20
99/23 120/14 120/20 144/3 151/14 153/2
179/8 184/3 187/16 189/8 189/10 192/20
196/20 197/17 200/24 224/9 225/7
259/20 297/21 299/6 300/16
apart [1] 210/18
apologies [1] 30/9
apologize [10] 77/25 104/6 116/20
161/14 182/25 209/3 235/2 244/13 245/2
264/10
apparent [1] 139/15
apparently [1] 293/2
appear [13] 148/13 185/11 236/8 240/24
247/20 251/23 252/21 253/14 260/24
270/25 275/23 280/23 280/25
appearance [1] 144/16
appearing [1] 238/24
appears [10] 6/20 220/6 246/24 252/11
253/16 253/22 274/21 281/22 281/25
285/1
applications [3] 222/20 271/14 295/21
applies [3] 66/12 128/21 201/19
apply [1] 135/6
appreciate [2] 203/22 284/14
approach [7] 8/8 21/6 23/3 54/12 59/3
162/21 217/3
approaching [1] 26/24
appropriate [2] 77/24 120/18
approximate [1] 186/23
approximately [24] 57/25 58/5 126/18
133/4 133/8 134/19 141/6 178/16 178/17
182/17 182/18 186/5 198/15 198/19
198/21 199/11 202/18 205/20 212/8
232/7 232/8 237/18 239/15 272/24

**A**

April [7] 186/10 186/10 261/19 261/23
262/1 272/20 272/25
April 15th [1] 272/24
April 2011 [1] 261/23
are [351]
area [13] 13/18 110/5 120/18 135/16
141/25 185/25 186/1 189/22 190/1 190/5
199/10 218/10 219/1
aren't [8] 9/2 18/14 140/7 146/18 149/4
202/9 261/6 261/9
argue [4] 205/10 207/14 207/14 207/15
argument [3] 205/17 208/17 209/2
arguments [1] 207/23
arm [2] 18/16 18/18
around [27] 11/19 11/22 13/18 23/12
32/13 37/7 51/23 59/12 69/3 84/19
100/25 111/12 116/11 120/20 126/17
126/18 147/23 152/5 152/13 152/21
153/4 163/7 186/8 190/16 190/18 209/15
284/14
aroused [1] 160/15
arrange [2] 123/16 123/17
arrest [1] 216/21
arrive [1] 31/16
arrived [2] 42/7 43/3
article [3] 29/10 69/6 177/6
as [174] 2/1 3/11 7/4 7/22 7/22 10/14
12/12 16/24 18/7 20/1 20/20 21/18 22/1
22/1 22/1 22/20 23/1 23/19 24/21 24/22
25/15 25/15 26/15 26/23 31/14 32/23
33/6 34/10 34/12 35/11 35/25 40/20
45/15 54/19 62/18 66/15 67/23 70/18
71/22 72/5 72/12 77/5 72/16 78/7 80/12
81/24 83/6 91/22 103/5 104/5 111/2
111/14 112/6 115/22 123/12 123/12
129/15 130/4 132/1 132/3 132/21 133/13
133/16 133/21 135/4 136/5 137/21
137/25 138/8 138/10 139/13 139/13
140/14 141/1 143/23 144/4 148/12
148/21 149/21 150/4 150/5 150/16
151/10 153/5 153/16 153/22 156/13
156/13 156/24 156/24 159/2 159/19
159/24 159/24 162/20 165/25 166/14
167/1 168/14 171/9 172/1 178/24 178/25
180/4 182/20 183/13 190/20 199/18
200/18 200/18 200/19 200/20 200/20
201/4 202/3 202/3 202/11 202/11 204/15
205/24 210/20 211/17 212/13 212/13
212/14 212/14 218/20 219/12 219/12
220/24 226/3 226/5 226/25 227/9 228/24
228/24 229/25 229/25 230/3 230/10
232/18 241/2 241/25 241/25 242/11
243/15 247/4 247/10 247/22 256/3
259/16 262/10 266/1 266/1 267/15 269/2
269/19 269/25 271/14 275/11 278/8
283/10 283/20 285/16 286/17 289/12
289/12 290/10 291/13 291/19 293/7
295/14 296/4 298/14
Ashley [1] 115/20
aside [1] 20/22
ask [58] 7/5 8/3 9/18 9/23 11/14 11/16
11/18 11/25 16/16 23/5 27/3 27/6 37/22
41/13 47/11 52/20 53/21 71/18 76/1
77/12 78/9 83/24 86/19 92/1 93/12 96/25
97/24 98/13 103/4 104/14 112/22 114/8
127/6 127/8 130/13 132/12 135/12 138/9
163/25 179/14 184/17 187/11 187/14
189/19 196/5 212/24 231/4 233/3 236/8
258/23 263/23 265/17 283/15 283/20
286/6 289/22 290/9 300/20
asked [26] 48/25 49/11 52/25 76/4 83/25

86/3 93/3 94/1 126/1 127/10 127/13
133/9 154/23 172/1 182/3 188/6 190/4
192/15 193/8 193/11 193/20 196/17
206/22 251/22 298/9 298/11
asking [6] 22/1 25/10 34/21 71/18 159/1
278/11
asks [3] 170/5 172/1 207/25
asleep [2] 85/18 86/13
Asp [1] 18/24
aspects [1] 146/7
assault [4] 57/2 62/21 63/15
assault-type [1] 63/15
assertion [1] 200/25
assess [1] 149/24
assigned [7] 131/21 132/9 132/13 132/14
133/2 133/17 210/24
assist [3] 149/13 213/20 214/4
assisting [2] 212/12 213/9
associate [2] 150/6 293/10
associated [19] 105/10 223/24 233/25
234/1 240/15 242/12 256/7 258/20
262/21 265/8 270/21 279/25 288/16
289/7 291/2 291/4 291/16 291/18 295/10
ATF [1] 171/21
Atlanta [2] 133/6 134/8
attach [1] 172/11
attached [6] 8/16 9/3 10/1 55/17 184/9
184/9
attaches [1] 19/12 184/10
attachment [3] 172/15 172/19 174/2
attempt [1] 298/14
attempting [2] 138/7 285/8
attend [1] 211/23
attended [1] 212/1
attention [38] 2/6 2/10 19/7 22/8 27/6
58/1 64/21 101/7 104/12 105/7 106/7
106/23 108/2 109/3 135/11 147/4 156/12
164/23 165/11 170/20 180/18 198/22
199/12 230/16 234/3 236/1 242/4 246/25
247/3 251/21 251/25 254/3 254/13
260/22 272/15 279/15 286/2 286/12
attorney [5] 1/13 189/2 189/5 192/10
192/14
attracted [1] 160/1
audible [4] 59/2 74/11 88/17 92/25
audio [3] 224/8 224/10 225/24
August [19] 105/3 105/5 105/13 106/10
106/13 106/14 106/19 106/25 107/10
107/11 107/14 107/20 108/1 108/4
108/16 108/17 108/21 114/6 114/10
August 10 [1] 107/14
August 11th [1] 107/20
August 12th [2] 108/1 108/4
August 13th [2] 108/16 108/17
August 14th [1] 108/21
August 6 [2] 105/3 105/5
August 7 [1] 105/13
August 7th [1] 106/14
August 8 [2] 106/10 106/25
August 9th [1] 107/10
authority [6] 149/8 149/10 149/13 150/22
151/2 161/8
authorization [2] 216/20 216/21
auto [2] 165/22 166/15
automatic [6] 56/19 56/25 172/8 281/18
282/5 282/16
automatically [1] 227/6
available [7] 137/7 148/12 218/22 224/16
224/25 225/14 299/18
average [2] 137/6 141/14
aware [9] 37/9 38/7 135/25 137/8 171/9
182/1 199/13 228/13 228/24
away [5] 144/24 145/6 145/18 145/19

156/11
awkward [1] 272/23
axles [1] 10/10

**B**

B-R-O-U-G-H-T-O-N [1] 210/12
back [76] 9/4 9/18 10/10 10/22 11/10
11/23 12/4 12/6 13/3 13/16 13/18 13/18
13/19 14/3 14/21 15/21 15/24 20/10
20/23 23/14 23/24 23/24 25/14 44/6
44/20 45/4 73/22 75/25 76/3 76/25 84/6
86/13 90/19 96/8 107/25 113/20 120/8
128/21 132/23 142/25 148/2 151/15
153/17 153/21 154/14 159/8 166/24
171/16 185/4 187/12 187/15 188/21
193/2 193/8 193/10 193/12 193/20
193/20 195/23 195/24 196/2 196/8 199/6
201/4 206/7 209/18 212/10 214/17
226/23 238/7 238/7 274/20 275/4 285/4
293/14 294/4
back-to-back [1] 238/7
background [9] 13/1 134/3 169/17 169/21
169/24 170/1 175/2 175/5 233/17
backing [1] 185/23
backward [4] 100/10 161/25 176/5 210/1
backwards [2] 115/3 131/6
bag [1] 282/10
Ball [1] 134/5
bank [1] 275/2
banking [4] 266/1 275/7 279/19 292/8
bar [2] 9/15 267/16
barrel [2] 46/14 185/21
base [4] 183/24 184/3 185/24 211/21
baseball [1] 19/4 68/21
based [5] 10/12 211/20 219/25 228/14
233/4
basically [20] 7/21 10/4 10/7 14/10 14/16
139/21 213/16 214/25 215/1 217/20
220/8 222/7 223/19 231/15 232/24 255/4
256/9 269/4 295/19 300/8
basketball [1] 68/21
bathroom [3] 83/5 88/22 110/25
baton [1] 18/24
battle [1] 19/1
BAU [14] 131/25 132/4 132/5 132/6
132/12 132/15 132/16 132/25 133/2
133/14 133/16 134/9 134/13 149/18
BAU's [2] 133/25 149/17
BAU3 [1] 132/10
BDU [1] 19/1
be [226] 2/4 2/7 4/12 4/22 6/7 6/24 8/11
8/13 11/24 12/16 12/17 13/4 14/13 15/7
15/11 17/3 17/5 18/2 18/4 22/20 25/24
26/21 26/23 26/25 27/2 28/8 34/20 34/24
35/13 35/14 37/8 38/14 39/3 41/3 42/3
46/24 47/5 50/10 59/17 62/3 66/18 67/1
67/9 70/5 76/18 84/1 85/17 95/18 100/9
109/18 111/18 111/19 115/2 118/15
118/18 119/9 119/12 119/20 127/18
129/22 129/24 130/7 130/12 130/22
131/5 131/23 132/3 132/4 132/4 136/23
136/23 136/24 138/1 139/25 145/13
146/4 146/22 146/25 146/25 147/11
148/13 149/7 149/10 149/18 151/6
151/11 152/19 152/22 152/23 153/24
155/2 155/4 155/8 156/1 156/7 156/8
156/9 156/11 156/13 156/20 157/9
157/10 157/10 160/6 161/23 162/23
165/7 165/9 166/9 167/3 167/23 168/17
169/10 169/22 170/2 171/24 172/15
173/2 173/7 173/9 173/12 174/2 174/10
174/11 174/13 176/3 178/2 178/8 178/9
180/9 183/25 184/12 184/18 185/11

**B**

be... [92] 186/1 186/3 189/11 190/9
192/20 199/2 199/23 200/24 201/5
203/5 203/11 204/3 206/17 207/5 207/6
207/18 209/13 209/18 214/18 215/19
218/18 218/21 221/25 223/15 223/23
224/7 224/14 225/2 225/7 230/2 230/7
233/8 234/4 234/11 234/13 246/24
247/20 248/8 250/21 252/11 252/21
253/15 253/16 253/22 255/14 257/17
257/21 258/20 260/2 260/3 260/19
260/24 261/6 261/8 263/13 265/8 266/18
268/11 269/4 269/10 269/11 269/17
274/21 275/1 275/18 280/23 280/25
281/22 281/25 283/20 283/23 284/13
285/1 285/12 286/6 288/11 288/22 289/5
289/6 289/10 291/4 291/12 291/24
294/12 295/2 295/4 295/7 295/8 298/23
298/23 299/18 301/15
bear [1] 252/20
bearing [1] 184/23
beautiful [1] 265/1
because [53] 20/8 23/19 32/10 37/16
38/6 47/13 47/20 59/22 62/3 96/4 109/24
136/5 138/2 138/22 139/25 140/24 142/2
143/7 143/14 145/17 148/14 148/17
150/23 151/22 152/25 153/25 155/20
156/4 157/5 157/8 157/8 160/10 160/12
161/8 168/18 168/19 187/15 191/23
195/21 200/21 201/6 203/13 205/2 206/9
214/23 260/20 284/11 290/6 296/17
298/24 299/2 299/15 299/17
become [3] 133/24 211/12 270/19
becomes [1] 290/7
becoming [1] 137/2
bed [23] 81/17 81/19 83/9 83/20 84/3
84/5 84/7 84/9 84/15 93/15 97/1 97/3
97/6 99/7 99/8 99/10 105/18 110/25
112/1 112/5 200/7 216/12 234/20
bedroom [5] 82/3 216/12 216/13 234/15
234/20
beds [1] 75/8
been [97] 7/3 8/6 9/9 9/12 9/13 9/25
12/11 14/4 16/19 18/25 20/25 22/21 25/1
25/5 32/23 33/6 40/19 57/1 62/10 62/19
66/11 67/23 68/22 70/18 75/1 77/16
79/16 80/12 81/24 89/14 91/22 102/5
115/21 118/16 128/20 130/8 132/12
132/13 134/19 140/16 141/8 142/9 145/7
154/19 156/19 157/5 157/5 157/17
159/18 160/15 162/20 170/13 172/24
178/23 180/4 180/5 182/20 183/13
190/20 196/24 198/9 201/17 201/19
204/5 210/22 210/23 210/23 211/4
211/10 212/5 217/1 219/9 219/12 223/20
226/7 226/14 233/1 234/24 236/9 236/16
243/15 245/18 248/6 265/20 268/16
269/19 284/2 284/6 290/10 290/19
291/13 296/25
before [50] 1/9 18/11 26/3 32/24 34/21
41/16 44/21 44/24 46/1 46/7 60/13 65/5
69/22 69/23 70/3 83/21 86/21 89/5 96/12
98/1 117/17 119/6 119/8 122/14 125/2
133/12 138/9 151/6 153/13 155/11 165/3
180/13 180/15 204/7 204/8 223/4 223/25
225/2 225/7 225/22 226/10 234/11
234/13 238/11 258/23 262/8 263/11
269/25 284/25 289/18
begin [1] 157/21
beginning [1] 231/16
behavior [8] 60/4 133/23 138/14 138/16

142/17 151/16 152/7 153/8
behavioral [6] 131/22 132/6 132/7 132/10
132/10 133/17
behaviors [5] 136/4 136/15 136/19
136/21 136/21 139/5 147/12 153/10
behind [9] 10/3 10/8 12/23 20/17 20/18
92/13 228/4 228/7 228/8
being [48] 22/9 35/18 58/13 106/3 134/13
135/21 135/22 137/4 137/11 137/17
139/16 142/10 142/14 143/23 146/1
146/22 147/1 149/12 154/9 154/16
154/23 157/3 157/6 157/9 157/11 157/19
170/25 190/7 206/18 207/2 211/14 222/8
223/20 225/22 226/5 226/16 226/18
226/25 228/5 228/22 232/22 232/23
233/1 245/13 261/18 270/17 273/3 295/1
believe [55] 30/1 34/5 48/18 69/24 71/6
73/5 73/16 73/20 74/2 74/7 76/2 76/4
76/13 76/22 76/24 79/14 81/17 83/11
83/18 84/13 85/19 86/14 88/8 88/14
88/24 89/15 90/2 91/23 92/20 93/2 93/14
95/3 95/15 117/19 123/3 143/25 148/16
148/20 172/13 189/23 190/8 203/8
208/10 213/18 216/12 216/22 217/14
233/12 238/19 265/9 275/7 286/17
288/20 290/11 293/14
believed [3] 143/22 147/1 156/1
bell [1] 238/5
below [5] 180/23 181/5 264/23 274/19
288/21
belt [1] 19/12
bench [6] 199/25 201/10 250/2 250/23
277/15 278/2
beneficial [1] 135/4
benefit [3] 154/5 230/2 230/8
berths [1] 16/5
besides [5] 42/3 42/14 72/20 125/22
190/2
best [7] 143/8 146/2 187/10 194/13 225/5
225/11 298/14
bet [1] 17/18
better [5] 10/17 72/11 134/24 135/1
140/10
between [12] 43/2 95/21 96/15 98/18
120/15 120/21 140/19 217/17 227/13
232/21 237/10 261/18
beyond [4] 141/8 152/2 212/21 288/20
bibcam [2] 234/15 234/19
big [2] 8/20 208/9
bigger [2] 109/25 245/1
bill [7] 9/19 9/23 39/19 246/21 247/4
247/13 247/19
bin [2] 300/9 300/10
bit [17] 8/7 22/2 31/20 39/21 81/18 89/24
102/14 147/22 151/18 165/17 185/18
215/2 215/2 228/18 231/8 253/4 287/22
bit-for-bit [1] 215/2
black [33] 12/21 19/1 19/3 32/8 32/11
32/17 33/23 36/10 55/23 55/23 58/9 58/9
58/13 76/22 79/4 79/5 80/18 80/19 80/22
91/17 169/8 172/10 174/13 177/8 183/24
184/3 184/7 184/14 184/15 184/16 186/1
195/19 254/5
blazer [1] 177/8
block [4] 214/19 214/19 214/21 214/22
bloused [1] 19/2
blue [6] 29/11 29/11 52/3 167/20 176/23
187/21
blurred [1] 157/5
blurs [1] 140/4
Blythe's [3] 39/7
board [4] 8/14 8/19 264/2 268/16
board.com [1] 264/3

boards [2] 8/4 8/16
boats [2] 299/4 299/7
body [1] 136/23
Bohner [2] 3/10 308/4
book [6] 11/16 11/18 14/12 14/15 15/7
15/9
books [1] 274/11
boom [1] 18/4
boots [2] 19/2 19/3
borderline [1] 250/4
born [1] 41/16
both [17] 25/4 25/5 73/17 86/17 92/16
148/7 159/17 159/21 160/15 193/16
208/13 229/14 238/18 238/24 239/15
242/1 255/19
bottle [3] 41/6 41/7 41/8
bottom [18] 7/15 82/25 164/11 172/14
174/1 234/4 246/25 247/7 247/8 247/15
247/23 253/2 253/3 254/3 254/13 260/23
261/17 275/18
bought [7] 61/1 186/24 187/8 192/22
194/25 195/5 196/23
boundary [1] 140/4
box [5] 12/5 18/5 75/15 75/16 222/16
224/5
boxes [1] 12/21
boy [22] 3/11 30/5 42/15 42/17 42/20
42/25 44/1 47/23 68/9 70/12 116/25
129/15 149/16 159/10 189/17 234/1
234/15 234/21 266/1 266/23 266/25
270/19
boys [24] 44/16 44/17 44/20 48/15 49/13
49/14 49/15 87/4 87/7 123/17 124/17
127/8 150/3 160/1 233/13 234/19 234/20
241/22 266/15 267/6 267/6 267/9 268/15
270/18
Bra [1] 250/15
brain [1] 201/24
Brandon [1] 118/17
break [5] 98/14 109/24 128/18 210/3
221/1
breakfast [3] 109/24 110/6 110/7
Brian [5] 129/8 129/12 209/20 210/12
304/4
bridges [1] 208/10
briefly [2] 204/18 262/8
bring [13] 2/6 2/10 11/10 13/16 13/22
20/9 49/12 64/4 119/25 123/7 156/4
157/12 205/24
bringing [1] 123/9
brother [1] 69/24
brought [7] 20/22 25/14 74/6 74/7 88/24
167/22 177/18
Broughton [13] 129/8 129/12 209/20
210/12 232/5 235/3 239/14 243/19
251/15 268/10 269/22 274/5 304/4
browser [10] 256/8 257/15 267/16 267/17
267/19 267/21 269/10 272/7 272/14
291/11
browsers [2] 222/15 257/14
browsing [15] 255/4 256/10 256/14
262/10 262/18 262/22 266/3 272/6 272/7
272/10 275/5 278/21 279/9 279/16 295/5
building [5] 13/12 13/23 13/25 14/2 77/10
101/14
built [3] 174/10 184/7 225/24
bull [3] 89/17 190/14 190/15
bullet [2] 79/11 166/20
bulletproof [2] 18/20 18/25
bullets [1] 57/6
bunch [4] 57/6 93/3 261/9 287/14
Bureau [1] 131/17
business [9] 103/9 103/15 113/24 114/2

**B**

business... [5] 114/3 163/5 163/16
175/11 177/12
businesspeople [1] 105/23
Butner [3] 141/2 141/2 141/5
button [1] 225/16
buy [15] 52/20 52/23 53/1 53/3 53/11
60/19 65/22 66/3 66/5 166/20 182/4
182/9 182/12 188/18 258/25
buying [3] 53/14 60/22 168/5
Byron [14] 45/5 53/19 53/20 53/20 56/1
56/7 63/22 168/24 170/19 170/24 175/23
176/11 254/18 303/22
Byron's [1] 55/24

**C**

C-H [1] 129/10
C-H-I-C-A-N-T-E-K [1] 198/6
cab [3] 15/19 15/25 18/6
cabs [2] 17/25 26/15
cache [1] 299/12
Caitlyn [1] 118/17
Calendar [1] 166/8
caliber [15] 18/19 18/23 32/8 32/11 32/17
36/10 53/25 56/14 56/20 64/8 64/9 64/16
166/14 167/7 167/10
call [18] 3/13 3/25 4/14 27/2 66/19 88/3
114/21 150/4 158/20 187/21 188/21
206/21 206/22 207/3 209/3 249/19 259/5
260/2
called [28] 19/1 87/14 96/13 105/21
126/22 126/23 127/1 169/23 191/20
194/10 214/20 215/9 215/9 220/15
223/17 223/18 229/20 231/18 231/19
240/2 244/22 244/23 249/11 256/3
271/12 274/10 290/1 296/1
calling [2] 3/20 158/25
calls [11] 4/15 28/2 50/4 67/3 100/2
114/22 130/23 161/18 175/23 197/21
209/20
cam [2] 234/16 234/20
came [21] 45/5 70/14 73/11 75/20 77/9
78/11 78/16 88/8 88/20 88/25 93/19 99/9
118/12 123/5 127/10 127/13 165/15
184/6 207/4 212/10 278/18
camera [4] 40/25 59/12 231/7 234/21
campfires [1] 43/23
camping [7] 43/10 43/11 43/23 44/7
48/15 48/15 49/21
can [215] 3/5 3/6 3/8 4/25 7/9 7/22 8/22
9/4 9/7 9/8 12/12 14/24 17/16 21/10
21/22 23/13 24/9 24/12 24/12 28/10 32/7
32/25 33/13 35/5 35/5 38/4 41/7 42/12
50/12 50/13 50/15 51/23 52/1 53/24
55/20 59/9 59/13 59/17 59/18 62/3 65/18
67/11 69/4 76/17 76/21 77/19 79/17 93/5
95/13 95/18 100/16 100/19 101/13 102/9
102/15 102/20 103/1 103/3 103/12
104/18 106/2 106/11 116/11 121/20
128/16 129/2 130/25 132/25 133/15
134/3 134/12 135/2 135/13 136/3 136/19
136/23 136/23 136/24 137/16 139/13
139/23 140/11 140/12 142/8 143/6
145/23 145/24 146/16 147/2 148/1 149/7
149/10 149/23 149/25 150/1 150/6 150/6
150/8 151/17 152/3 152/10 153/5 153/13
155/2 155/4 156/5 156/7 156/8 156/9
156/10 156/13 156/18 157/22 157/25
158/1 158/2 158/8 159/12 159/14 159/20
160/6 160/7 164/1 164/15 164/15 167/15
169/19 172/25 173/1 173/5 173/21
173/25 174/3 178/25 183/23 185/4
185/18 187/5 187/9 197/1 197/22 201/8

**C** *(continued)*

205/1 205/5 205/17 206/14 206/23 207/2
210/7 213/3 213/4 214/8 214/9 215/12
217/17 217/25 218/4 219/13 220/4
220/18 220/19 220/25 221/22
226/6 226/7 228/1 228/4 232/21 236/2
236/18 240/9 244/10 241/25 242/3
245/21 249/9 252/18 253/4 253/7 255/11
256/24 257/16 257/18 257/21 259/4
259/5 259/9 259/15 261/24 262/8 263/12
264/4 264/5 264/19 265/23 268/14
268/25 269/1 269/6 270/15 274/15
274/25 275/15 283/13 284/23 286/20
289/11 289/14 290/2 293/14 295/21
298/7 298/14 300/4
can't [32] 9/13 9/16 13/15 23/8 24/7
24/19 24/22 25/2 32/9 32/10 122/23
124/5 124/14 138/1 156/4 157/12 162/22
181/11 185/20 186/7 192/20 193/4 200/2
219/6 248/8 248/9 250/7 259/13 259/18
300/6 300/7 300/13
cannot [2] 15/12 173/14
canoeing [1] 43/23
cap [1] 19/4
capable [1] 148/16
capacity [3] 134/20 211/1 227/24
CAPP [1] 1/13
captured [1] 231/6
car [6] 9/12 12/9 23/24 26/4 94/15
253/18
card [10] 14/11 105/22 105/24 106/1
274/13 274/16 274/17 274/18 274/18
274/20
cardboard [1] 166/24
care [1] 147/17
career [5] 135/24 136/12 137/7 137/9
211/25
careful [1] 38/14 39/3
carefully [1] 146/20
caretaker [1] 150/24
cargo [3] 9/20 9/24 19/2
carried [2] 61/24 186/18
carrier [1] 38/6
carry [3] 36/15 37/15 57/17
carrying [4] 10/13 10/14 36/17 57/19
case [38] 2/9 2/10 10/5 25/13 79/14 91/5
91/6 91/9 91/11 91/12 91/13 91/15
129/23 129/25 157/17 162/18 187/19
192/6 198/23 199/13 207/18 213/19
215/19 215/20 220/9 224/13 228/10
230/5 260/19 263/13 265/25 281/19
281/24 281/24 288/1 291/20 291/25
300/22
cases [6] 156/8 159/17 211/14 212/17
290/5 290/6
catch [2] 8/25 227/19
categories [1] 264/3
categorized [1] 136/22
category [3] 264/23 264/24 265/3
caught [2] 142/9 228/25
cause [7] 40/22 43/16 57/11 89/20 129/6
195/11 285/20
caused [1] 39/13
CB's [1] 18/2
CCI [1] 167/6
cell [1] 128/7
center [4] 132/8 169/24 212/3 212/4
CERT [1] 211/23
certain [9] 102/25 140/12 143/9 143/11
144/15 144/16 146/4 172/13 300/10
certainly [1] 194/14
certificate [2] 15/3 302/1
certified [1] 133/24
certify [1] 302/2

chair [24] 4/23 28/9 50/10 81/21 83/16
83/17 83/25 86/5 86/6 86/15 93/22 96/11
96/12 96/15 96/20 99/14 100/10 115/3
134/5 161/3 m 88/2 200/14 209/25
chairs [2] 20/19 81/19
chance [12] 21/25 25/7 133/25 134/23
136/8 143/20 148/15 154/7 154/11
203/14 219/13 285/23
change [4] 48/6 88/20 195/9 257/18
changed [4] 88/22 137/7 194/18 195/4
changes [2] 136/11 240/18
changing [3] 137/8 214/25 215/13
characteristics [2] 146/9 146/16
characters [2] 261/5 261/6
charge [4] 165/19 165/20 165/25 166/17
charged [2] 2/12 106/5
charges [2] 2/9 37/16
cheaply [1] 208/11
check [31] 14/10 14/12 14/14 14/17
104/23 108/6 108/7 108/7 108/9 108/9
108/24 109/6 109/7 109/8 109/9 109/11
109/13 109/16 169/17 169/21 169/23
175/2 175/5 207/11 238/17 238/17
274/23 274/25 275/2 275/3 275/14
check-in [1] 104/23
checked [4] 105/4 107/22 109/15 109/19
checking [4] 14/18 14/19 107/16 108/1
checkout [2] 107/2 109/16
cherryblossoms.com [1] 268/18
Chesterton [1] 45/1
Chicantek [15] 97/23 98/6 129/8 129/10
188/11 188/16 188/21 189/5 189/7
197/21 198/6 206/22 206/24 209/18
304/3
Chicantek's [1] 209/16
chief [2] 129/23 129/25
child [239] 132/11 134/14 134/15 134/16
134/17 135/6 135/12 135/13 135/14
135/17 135/19 135/21 135/25 136/4
136/6 136/9 136/10 136/11 136/14
136/18 137/1 137/5 137/6 137/6 137/10
137/11 137/12 137/14 137/17 137/24
137/25 138/6 138/7 138/8 138/18 138/25
138/25 139/4 139/7 139/8 139/9 139/9
139/10 139/11 139/12 139/16 139/20
139/20 139/21 139/24 139/24 140/1
140/2 140/3 140/4 140/10 140/11 140/13
140/15 140/21 140/21 140/23 140/24
141/3 141/9 141/10 141/12 141/19
142/10 142/12 142/16 142/18 142/23
142/24 143/4 143/9 143/10 143/12
143/13 143/16 143/18 143/21 143/21
143/25 144/4 144/9 144/19 144/20 145/9
145/21 145/25 146/3 146/4 146/7 146/9
146/14 146/21 146/22 147/7 147/3
147/21 147/23 147/24 147/24 148/3
148/6 148/8 148/16 148/20 149/9 149/20
149/23 150/6 150/11 150/12 150/15
150/18 150/20 150/22 150/23 150/24
151/3 151/7 151/8 151/9 151/11 151/12
151/14 151/15 151/20 151/24 152/2
152/3 152/10 152/16 152/19 152/19
152/19 152/21 152/22 153/4 153/5 153/6
153/6 153/19 153/20 154/9 154/11
154/22 155/3 155/22 156/5 156/10
156/15 156/20 156/21 157/14 157/18
157/21 157/23 158/1 158/15 159/2 159/8
159/10 159/10 159/11 159/14 159/16
160/1 160/11 160/23 199/8 205/20
205/21 211/1 211/4 211/13 211/13 213/7
213/7 213/19 215/19 216/10 216/15
216/18 219/20 219/22 220/10 227/13
227/17 227/20 227/23 227/23 227/25

# C

child ... [44] 228/2 228/11 228/22 229/1
229/4 229/9 229/25 230/4 230/9 230/16
233/19 233/23 233/25 234/1 234/4
234/21 235/14 236/4 236/23 237/19
239/2 239/21 243/9 250/5 250/10 250/18
260/1 260/24 265/15 267/3 268/11
268/16 270/16 270/24 277/19 285/9
285/12 289/24 290/3 292/6 292/7 293/23
294/1 294/23
child's [4] 149/25 150/1 150/15 156/23
children [73] 29/1 43/14 43/25 44/5 44/8
44/9 44/11 48/17 48/18 48/22 48/25
49/12 49/21 51/6 60/13 60/15 65/8 65/22
115/15 121/25 122/2 122/25 127/19
138/13 139/14 139/17 140/6 140/25
141/22 142/5 142/13 143/7 145/1 145/4
145/4 145/12 145/18 145/19 145/22
146/2 146/12 146/17 148/24 149/4 149/6
149/11 149/11 149/22 150/17 152/1
155/12 155/17 155/25 156/16 157/13
159/19 160/8 160/12 160/13 160/15
160/18 161/3 176/16 176/18 188/4
210/24 228/19 263/21 268/12 270/17
273/3 279/12 279/25
choose [3] 155/9 203/16 203/19
chooses [1] 203/15
chose [2] 226/12 265/24
Chris [5] 29/22 30/3 30/6 60/18 65/11
Christian [3] 3/10 3/13 3/13
Christmas [3] 65/22 65/23 65/23
Chrome [4] 272/13 272/17 272/22 272/23
chunk [1] 219/4
circulate [1] 236/21
circulated [1] 237/3
circulating [1] 236/12
circulation [1] 136/1
citation [2] 15/1 25/16
city [2] 133/6 282/6
claim [4] 200/14 200/18 200/19 239/21
claims [1] 201/1
clarity [2] 47/20 292/10
classification [1] 131/22
classroom [1] 133/19
CLC [2] 105/20 105/21
clean [1] 109/16
cleaned [2] 109/14 109/18
cleaning [5] 165/19 165/20 165/23
165/25 166/16
clear [7] 6/7 6/24 41/8 91/13 95/18 114/7
297/1
clearly [2] 18/14 212/16
clerk [12] 4/18 28/4 50/6 67/5 100/4
114/23 131/1 161/20 175/24 197/22
205/2 209/21
click [7] 224/6 224/22 225/7 225/15
225/19 227/2 296/4
client [1] 201/8
clients [1] 224/16
clip [2] 77/4 77/5
clock [2] 20/20 20/21
close [14] 4/24 7/22 19/13 23/24 59/18
95/10 95/12 95/14 96/3 96/4 96/19 103/1
207/20 282/14
close-up [1] 282/14
closed [1] 85/17
closer [3] 50/13 178/9 210/7
closing [3] 208/13 208/23 209/1
clothing [4] 29/10 52/1 69/6 177/7
cloud [1] 269/1
co [1] 142/25
co-opted [1] 142/25

coach [1] 149/7
coaches [1] 149/15
Cobb [2] 198/16 198/17
Cocker [1] 72/9
Coldiron [9] 30/19 30/20 30/23 46/7
46/10 246/15 247/4 247/13 247/19
collect [4] 33/3 138/25 159/10 278/24
collecting [2] 140/24 237/8
collection [6] 159/12 159/20 159/21
213/7 267/2 270/1
collections [1] 159/16
collector [1] 46/20
collectors [2] 141/3 141/4
collects [4] 159/9 256/9 271/14 271/16
color [15] 2/18 12/20 13/4 55/22 58/9
79/3 79/6 79/7 80/11 80/16 80/17 80/21
174/11 183/25 184/14
colors [4] 169/4 169/5 171/6 171/7
column [1] 263/11
come [45] 4/17 4/22 12/3 13/11 13/14
23/12 28/3 28/8 45/4 50/10 57/7 67/9
78/15 88/6 94/13 100/3 100/9 115/2
117/14 118/11 123/2 123/3 123/3 131/5
133/9 134/1 142/25 146/17 147/2 150/7
150/7 150/8 161/19 161/23 174/9 176/3
184/11 189/2 192/12 198/1 206/7 207/22
215/23 220/20 294/15
comes [5] 145/5 145/21 205/12 287/23
287/25
Comfort [17] 101/2 101/2 101/3 101/3
101/5 101/14 101/15 101/17 101/22
102/2 103/10 103/15 109/20 112/15
112/18 113/13 127/23
comfortable [2] 157/18 157/21
coming [6] 6/7 60/24 133/2 146/9 190/2
211/14 298/4 298/22
comment [1] 264/5
comments [2] 112/23 267/7
commerce [1] 185/2
commercial [10] 5/13 5/19 6/4 6/7 6/9
14/9 15/5 15/12 15/16 17/16
commercially [1] 132/23
commit [2] 135/1 159/22
committed [2] 141/22 145/1
common [1] 140/14
communicate [1] 221/12
community [13] 40/18 143/14 143/22
143/24 145/11 146/13 147/23 148/8
148/12 148/14 148/23 156/2 160/24
company [4] 283/3 174/24 175/7 246/15
compartment [3] 9/3 9/4 36/23
compatible [1] 221/9
compilation [3] 139/5 254/23 280/19
complete [2] 103/11 206/6
completed [1] 22/20
completely [2] 173/14 239/23
compliance [2] 14/14 154/5
compliant [9] 142/19 154/4 154/10
154/13 154/14 155/1 155/2 155/5 156/8
complied [2] 103/7 179/1
components [2] 18/22 176/25
comport [1] 142/13
Compound [1] 98/9
computer [17] 1/25 22/14 22/15 39/23
40/9 40/13 47/16 58/6 58/8 58/10 58/11
58/20 58/21 60/2 60/4 144/11 144/12
179/13 191/9 191/13 201/15 201/17
211/10 211/15 211/23 212/5 212/8
212/17 212/18 213/12 213/25 214/6
214/9 214/12 214/12 214/13 214/15
214/17 214/23 214/24 214/24 215/22
215/24 216/1 216/19 217/10 217/13
217/21 218/6 218/7 218/12 218/17

218/20 219/14 219/19 219/25 220/1 220/5
220/16 220/20 221/2 223/10 223/10
223/12 223/13 224/25 226/11 228/1
228/5 228/7 228/20 229/13 229/5 229/6
230/2 237/16 238/3 240/3 242/15 243/13
243/22 244/22 245/11 245/13 246/1
248/16 248/21 249/14 252/12 252/24
253/11 253/23 254/1 254/2 254/8 254/11
254/19 255/1 255/5 255/8 255/13 255/24
256/3 256/6 256/22 256/25 257/2 257/9
257/20 257/23 258/3 258/21 258/25
259/2 259/3 259/4 259/5 259/6 259/8
259/10 259/12 259/13 259/21 260/1
260/12 260/18 261/10 262/16 264/13
269/7 270/13 270/25 271/15 271/19
273/14 273/15 273/17 274/9 275/16
276/3 277/2 277/5 277/21 278/22 278/24
278/25 279/9 279/12 279/24 280/2
280/17 281/2 282/24 285/9 285/12 287/5
287/23 288/3 288/5 292/19 292/21
293/11 294/2 294/5 294/10 294/12
294/18 294/20 294/22 294/25 296/21
296/23 297/8 297/15 299/6 300/4 300/13
Computer-Aided [1] 1/25
computer-analysis [1] 216/1
computers [18] 47/15 178/19 178/21
211/8 211/18 211/21 211/21 213/6 213/6
213/18 213/21 214/1 214/1 216/7 216/10
216/17 221/5 230/14
concept [2] 153/11 153/15
concern [1] 123/24
concerned [1] 24/22
concluded [1] 201/10
conclusion [1] 209/18
concrete [1] 154/17
conduct [5] 20/23 214/9 216/7 294/7
294/19
conducted [7] 6/23 199/19 212/9 213/5
213/8 270/12 272/16
conducting [5] 211/10 212/5 213/12
254/21 255/6
conference [7] 199/25 201/10 205/11
250/2 250/23 277/15 278/2
conferenced [1] 189/2
confess [1] 144/10
configured [2] 111/2 111/3
confirm [1] 109/7
confirmed [2] 216/18 237/18
confirms [1] 109/15
confronted [1] 144/19
confused [2] 157/11 157/11
confusing [1] 255/15
connect [6] 74/8 214/16 214/18 214/21
222/12 222/13
connecting [1] 214/23
connection [1] 162/17
connotation [2] 234/2 265/9
consequences [1] 15/8
considered [1] 131/23
consistent [2] 200/14 229/24
consists [1] 14/10
console [1] 39/11
constantly [2] 135/21 135/22
constellation [1] 153/10
constitute [1] 153/10
contact [14] 6/17 8/1 8/4 11/13 121/4
141/5 141/8 142/21 149/14 151/8 151/23
155/23 157/23 192/4
contacted [2] 119/20 187/19
contacting [1] 7/25
contain [3] 213/19 216/15 267/3
contained [8] 229/20 230/23 234/14
235/7 243/24 251/17 262/11 268/11

**C**

containing [1] 216/10
contains [1] 206/20 213/1
content [9] 136/11 200/19 200/21 241/18
 241/19 267/3 270/23 279/13 284/10
contents [2] 225/22 226/10
context [4] 121/20 147/22 149/6 149/7
contexts [1] 152/11
continue [5] 142/24 151/19 154/13
 236/21 291/8
Continued [1] 304/1
continuing [1] 265/2
contraband [1] 299/1
contractor [1] 30/23
control [5] 123/13 149/12 150/22 151/2
 161/7
convenient [1] 296/15
conversation [7] 22/13 23/15 23/22 38/19
 38/24 39/1 189/4
converse [1] 8/7
conveyed [1] 216/19
convicted [1] 170/13
convictions [1] 53/6
convincingly [1] 114/5
cooler [1] 44/2
cooling [1] 51/13
cooperating [2] 144/17 144/18
copied [6] 202/2 269/8 287/25 288/7
 288/8 288/11
cops [1] 298/21
copy [15] 2/19 7/9 7/10 102/20 102/23
 103/1 202/3 204/23 215/3 215/11 215/12
 215/13 215/13 215/16 283/21
copying [1] 288/14
corner [11] 11/1 22/3 47/12 81/21 83/9
 83/14 104/18 165/11 168/23 182/22
 183/4
corporate [5] 105/21 105/22 105/24
 106/3 106/5
correct [108] 3/12 14/2 14/15 16/13
 21/17 34/14 35/21 35/22 35/23 38/23
 46/25 47/5 47/6 47/21 49/1 49/13 66/22
 70/22 70/23 78/2 79/21 103/22 106/13
 107/6 107/23 112/16 112/19 113/7
 113/13 113/24 114/2 114/6 114/10 129/7
 129/16 129/21 130/8 132/1 141/13
 141/20 154/25 155/14 159/4 160/3
 162/16 165/25 166/18 169/6 171/8 173/3
 173/4 174/21 175/8 175/14 182/14
 183/21 189/6 189/12 189/13 191/24
 192/1 192/24 193/15 193/19 193/21
 193/23 195/1 195/6 195/8 195/15 195/20
 196/12 196/18 196/19 196/21 196/22
 197/15 203/6 206/2 215/14 227/8 227/18
 228/9 229/2 229/8 247/9 257/19 259/14
 259/19 260/9 261/13 261/20 278/20
 283/23 286/25 289/9 289/10 289/19
 292/9 292/14 292/17 292/21 294/9
 294/13 294/14 295/9 300/14 302/2
corrected [1] 292/9
correctly [1] 61/11
correlate [1] 166/16
correlation [1] 140/19
cost [2] 168/18 182/17
could [66] 5/5 15/18 15/19 15/19 15/21
 20/19 27/4 28/14 29/9 32/16 40/20 45/13
 67/15 69/3 69/6 71/18 74/4 76/4 82/1
 83/25 87/23 89/14 91/15 114/23 115/7
 115/19 116/11 127/14 150/3 150/5
 152/23 162/4 163/1 167/25 170/3 170/8
 170/10 170/14 172/7 173/9 173/12
 174/11 174/13 176/10 177/6 178/24

**C**

185/18 197/9 205/5 207/11 212/16 222/4
 222/5 222/6 222/6 224/5 224/20 225/17
 226/3 238/6 242/1 248/8 272/19 291/24
 294/7 296/25
couldn't [5] 15/14 40/7 61/24 64/20
 122/24
counsel [10] 2/20 34/5 112/22 200/6
 200/16 202/3 203/25 250/20 287/17
 298/3
counted [1] 232/9
counter [1] 20/18
countries [1] 272/19
county [5] 198/16 198/17 210/14 210/19
 212/15
couple [24] 30/2 56/14 68/23 71/2 85/21
 89/7 95/15 95/16 139/9 151/11 152/4
 155/3 177/22 189/23 192/14 222/4
 223/12 223/17 227/22 231/14 250/25
 264/25 288/16 289/6
couples [4] 43/14 48/16 48/19 48/20
course [16] 103/9 103/14 113/23 114/2
 136/12 137/7 137/9 163/5 163/16 175/1
 175/11 225/21 228/3 283/14 289/15
 298/8
court [27] 1/1 1/10 1/21 1/21 1/22 2/1 2/3
 2/18 5/6 28/15 66/15 100/19 115/7 130/4
 130/6 135/9 147/12 170/9 170/13 200/13
 201/3 204/1 204/6 204/15 204/18 302/7
 302/7
Court's [2] 205/14 207/13
courtroom [3] 29/7 51/23 177/4
Courtyard [1] 42/2
cousin [2] 52/13 62/7
cover [2] 40/22 49/9
coworkers [2] 29/19 30/17
CR [1] 1/4
crazy [1] 129/18
cream [5] 60/20 60/21 60/23 60/24 61/1
create [7] 136/9 138/25 143/20 254/23
 287/21 290/16 295/17
created [29] 135/21 163/7 163/12 231/2
 231/5 235/11 240/20 253/24 271/12
 285/25 286/20 286/23 287/3 287/5
 287/12 287/22 288/6 288/9 288/9 289/13
 289/24 290/21 293/15 293/22 293/25
 296/9 296/10 296/12 297/1
creating [1] 215/9
creation [9] 240/2 240/17 244/3 244/25
 245/8 248/13 288/10 288/17 294/2
credit [4] 274/13 274/17 274/18 274/20
crime [11] 132/9 132/22 133/22 141/24
 141/25 142/4 155/12 155/13 157/9
 170/10 170/14
crimes [8] 132/11 135/1 135/4 135/6
 142/4 142/5 142/5 210/24
criminal [5] 53/9 132/17 132/19 133/21
 133/24
criteria [1] 22/13
crop [1] 40/23
cross [36] 13/14 16/9 16/11 45/19 45/21
 49/11 61/7 61/9 87/22 88/1 112/9 112/11
 121/8 121/10 161/10 174/16 174/18
 191/5 191/7 200/5 200/16 202/22 283/2
 283/4 301/5 301/12 301/18 303/4 303/7
 303/10 303/12 303/15 303/17 303/21
 303/23 304/5
Cross-exam [9] 16/9 45/19 61/7 87/22
 112/9 121/8 174/16 191/5 283/2
cross-examination [16] 16/11 45/21 88/1
 112/11 121/10 174/18 191/7 200/5
 200/16 283/4 303/7 303/10 303/15
 303/21 303/23 304/5
cross-examine [2] 161/10 301/5

**C**

Crown [1] 100/23
CRR [1] 1/21
CRST [1] 28/20
crying [2] 189/16 189/16
current [1] 131/18
currently [7] 50/23 211/15 219/18 220/23
 223/13 223/19 231/3
curtain [1] 9/6 9/7
curtains [2] 8/23 8/24
cut [2] 269/14 269/17

**D**

D-O-N-A-L-D-S-O-N [1] 131/15
D.C [1] 212/2
D.O.T [1] 15/4
dad [1] 259/13
dad's [1] 188/4
Dairy [1] 69/25
danger [2] 144/22 145/3
dark [1] 42/13
dash [1] 226/17
data [37] 215/13 218/13 218/17 218/21
 219/9 220/8 220/13 230/25 235/10
 238/10 243/25 254/22 254/23 256/1
 256/18 257/17 257/21 257/24 258/15
 262/13 262/15 271/4 271/18 278/25
 284/5 285/17 285/21 285/22 285/22
 287/6 287/6 291/9 295/2 295/4 297/4
 297/6 297/11
database [1] 256/9
date [70] 22/16 82/8 104/18 104/21
 104/23 104/24 104/25 105/2 105/2
 105/13 106/12 106/24 107/13 108/15
 164/18 165/1 165/5 165/7 165/10 166/7
 167/15 167/19 167/25 167/25 168/7
 168/20 170/21 181/2 181/10 183/19
 240/2 240/5 240/17 241/2 244/3 245/8
 247/1 248/10 252/13 252/25 253/11
 253/23 253/25 254/8 254/19 256/13
 258/20 261/21 285/2 285/25 286/20
 287/21 287/22 287/22 288/6 288/9
 288/10 288/13 288/13 288/13 288/17
 288/17 289/5 289/6 289/8 289/12 289/13
 296/12 296/20 302/5
dated [3] 107/19 247/8 283/11
dates [39] 112/21 113/1 113/4 114/6
 163/9 175/14 240/2 240/5 240/15 240/24
 241/2 244/25 248/1 248/13 256/15
 261/14 287/11 287/15 288/15 288/16
 288/20 289/7 289/10 289/19 291/1 291/1
 291/4 291/8 291/9 291/10 291/15 291/16
 291/18 293/3 293/13 294/2 294/21
 295/10 296/9
dating [1] 160/11
daughter [1] 41/16
Dave [4] 30/1 38/20 39/2 42/8
Dave's [1] 35/14
DAVID [121] 1/6 1/13 6/18 6/25 29/5
 30/16 37/17 41/1 41/5 42/14 43/6 43/9
 43/10 43/18 43/24 44/3 45/12 47/9 47/22
 48/14 48/24 49/11 49/12 51/21 51/24
 52/5 52/10 52/14 52/18 52/20 53/11 56/4
 56/17 63/12 63/19 64/8 65/5 68/24 69/12
 69/18 69/23 72/15 72/16 72/16 72/22
 72/25 73/15 74/3 74/5 75/23 76/24 83/22
 84/4 84/10 84/12 84/14 84/24 85/1 85/23
 86/6 87/9 87/17 88/6 88/8 88/15 90/5
 90/19 90/24 90/25 94/8 97/1 97/6 98/18
 98/25 105/8 105/11 116/7 118/6 118/7
 119/15 119/23 120/15 120/21 121/1
 121/12 122/10 123/7 158/9 164/17
 167/18 168/3 168/9 175/13 177/2 179/21
 181/18 183/10 184/21 189/1 189/21

**D**

DAVID ... [21] 191/25 194/3 194/5 194/7
196/25 197/2 198/23 210/16 210/20
246/17 246/20 247/4 247/22 251/23
252/8 274/17 275/3 275/23 275/25
292/19 293/7
David Resnick [63]  6/18 6/25 29/5 30/16
37/17 41/1 43/6 43/9 43/18 43/24 44/3
45/12 51/21 51/24 52/5 52/10 52/14
52/18 52/20 53/11 63/12 68/24 69/12
69/18 69/23 72/16 72/25 74/3 74/5 75/23
87/9 87/17 105/8 105/11 116/7 120/15
120/21 121/1 121/12 122/10 167/18
168/3 168/9 175/13 179/21 181/18
189/21 191/25 197/2 198/23 228/10
228/25 246/17 246/20 247/4 247/22
251/23 252/8 274/17 275/3 275/23
275/25 293/7
David Resnick's [2]  41/5 292/19
David's [9]  62/7 64/17 89/11 89/12 89/12
181/1 181/16 188/6 191/1
Davidson [1]  253/7
day [32]  1/6 12/19 28/23 43/5 43/8 64/7
65/16 91/17 94/21 95/13 96/2 98/16
107/1 109/10 113/21 118/22 118/24
118/24 124/2 124/7 126/13 202/16 203/3
204/7 204/8 237/3 264/10 279/19 285/2
288/11 296/14 301/23
days [1]  241/15
de [1]  172/9
de-cocker [1]  172/9
deal [4]  155/8 155/9 182/12 193/18
decals [2]  9/15 9/17
December [2]  166/10 279/17
December 31st [1]  166/10
decided [1]  296/15
decision [1]  291/21
deck [1]  42/8
dedicated [1]  257/17
default [8]  257/20 260/5 260/6 260/7
289/3 292/10 292/12 292/16
defaults [1]  252/22
defendant [69]  1/7 1/17 1/20 2/11 6/18
12/9 29/13 29/18 29/25 30/15 31/14
31/20 31/22 33/25 34/5 36/20 37/9 38/7
39/6 39/22 40/9 41/15 42/19 44/21 52/5
53/16 54/6 56/7 56/13 57/9 57/12 57/21
58/5 60/2 60/6 60/19 61/3 69/12 87/16
116/7 116/16 116/16 116/19 117/15
119/25 120/3 120/10 121/1 177/2 177/10
177/15 178/4 179/10 179/25 182/3
184/21 186/6 186/14 187/8 187/9 189/16
190/11 200/12 203/14 216/21 229/10
243/24 253/3 301/14
defendant's [16]  37/25 55/7 55/14 202/15
205/7 214/6 216/3 216/12 217/10 237/16
238/2 275/14 283/20 296/6 301/4 301/9
defense [8]  2/20 3/13 3/20 3/25 66/21
202/3 203/7 206/8
define [1]  224/11
definitely [2]  150/12 259/18
degree [1]  134/6
delay [3]  144/3 154/15 156/21
delaying [1]  156/6
delete [11]  218/15 218/23 257/11 257/14
294/11 298/22 298/25 299/15 300/5
300/7 300/8
deleted [10]  218/2 218/24 218/25 219/6
295/1 295/6 296/23 298/24 300/6 300/11
deleting [2]  214/25 257/8
deliberations [1]  59/21

deliver [1]  15/22
delivered [1]  15/22
delivery [1]  28/22
demonstrative [2]  202/7 202/5
denied [3]  154/16 188/18 277/22
deny [3]  154/24 155/3 155/10
denying [1]  213/23
department [5]  198/17 211/16 211/25
212/10 212/12
departments [1]  212/15
departure [2]  104/24 105/13
depend [2]  149/25 150/1
depending [5]  17/13 17/15 150/15 215/19
226/2
depends [2]  27/13 149/23
depict [7]  139/21 159/13 159/17 237/19
241/22 251/23 275/23
depicted [12]  103/18 136/14 137/1 137/6
139/16 163/7 234/14 241/20 242/11
245/16 266/21 282/19
depicting [1]  270/17
depiction [2]  135/14 155/7
depicts [1]  200/11
deposit [1]  109/5
deprived [1]  146/10
describe [16]  32/7 32/25 41/7 42/12
52/17 53/24 55/5 59/13 60/4 76/21 97/24
172/7 183/23 187/5 198/13 223/6
described [8]  20/1 57/13 59/22 62/18
133/15 210/20 232/19 295/14
description [2]  165/18 168/25
desensitize [3]  151/11 151/12 152/10
desensitizes [1]  139/24
desensitizing [2]  151/8 152/2
desire [2]  138/13 279/12
desk [1]  92/14
desktop [21]  178/22 191/10 273/15 274/9
274/10 277/1 277/5 278/19 278/22
278/25 279/9 280/16 281/2 282/24
295/20 295/24 295/25 296/3 296/16
296/19 297/8
despite [1]  154/17
detail [1]  157/14
detailed [2]  257/25 301/3
detective [23]  210/14 210/20 210/22
210/24 232/5 235/3 236/1 239/14 243/19
262/8 268/10 269/22 274/5 278/8 279/6
283/21 289/20 290/8 290/14 291/15
292/9 293/12 293/16
Detectives [2]  125/19 251/15
determine [6]  39/1 135/20 141/3 141/6
215/23 294/21
device [5]  214/12 214/19 214/19 214/21
214/22
diamonds [1]  69/10
dictated [1]  174/8
did [429]
didn't [54]  6/13 6/13 8/25 16/2 20/2 25/8
41/5 46/10 47/16 47/20 48/24 48/25 53/8
53/12 53/21 62/14 64/20 65/6 74/19
89/18 91/8 91/20 94/21 96/13 99/7
103/13 113/3 113/7 120/9 121/12 122/10
123/3 123/3 124/15 125/23 126/17 128/6
187/17 188/18 191/21 193/25 194/10
195/9 195/23 197/2 208/18 208/22
269/13 270/18 285/14 292/11 292/19
299/14 299/16
difference [5]  96/15 149/22 156/23
217/17 232/21
different [54]  32/2 32/5 112/5 112/5
135/19 135/23 136/16 136/15 136/17
138/2 139/10 140/20 144/14 147/10
149/16 152/4 152/9 152/9 152/11 152/16

152/17 155/3 159/13 159/13 169/4 169/5
171/6 171/7 174/11 181/23 188/7 222/4
223/8 223/12 223/15 223/17 227/22
228/16 232/6 233/9 234/23 240/9
240/24 241/15 261/4 267/8 271/17 288/5
288/6 288/16 289/7 297/14 299/10
299/17
difficult [6]  59/18 102/20 110/1 141/24
245/16 253/20
difficulties [2]  160/22 209/14
Digital [1]  271/13
diminish [1]  139/1
dinner [2]  148/10 177/22
direct [51]  5/1 11/19 28/12 47/4 50/17
67/13 100/14 101/7 104/12 105/7 106/7
109/3 113/10 113/23 114/1 114/9 115/5
127/3 131/10 135/11 162/2 175/10 176/8
198/3 202/20 210/9 230/16 242/4 251/21
260/22 272/15 279/15 283/11 287/2
287/10 287/21 294/3 301/1 301/9 301/15
303/3 303/6 303/9 303/12 303/15 303/17
303/19 303/20 303/22 304/3 304/5
directed [2]  23/17 206/13
directing [12]  58/1 106/23 108/2 198/22
199/12 234/3 236/1 246/25 247/3 251/25
254/3 254/13
direction [1]  23/23
directly [10]  28/10 50/11 67/10 100/11
100/13 115/4 131/7 162/1 176/6 210/4
dirty [1]  150/4
disagree [1]  200/25
disclose [21]  142/19 142/20 142/24
143/21 144/10 155/18 155/19 156/1
156/3 156/6 156/24 157/2 157/8 157/12
157/13 157/14 157/23 158/3 158/15
158/18 158/20
disclosed [4]  141/11 158/5 158/17
158/19
disclosure [8]  148/19 148/19 156/6
156/21 157/25 158/24 200/9 200/10
disclosures [9]  144/5 144/7 144/8 154/15
157/19 157/22 158/12 158/13 228/19
discount [2]  106/2 106/3
discuss [2]  118/13 300/21
discussed [3]  113/10 113/22 114/1
discussing [3]  114/9 175/10 270/16
disengage [1]  23/16
dissimilar [1]  139/13
distance [1]  15/21
distinct [1]  49/9
distress [1]  139/16
distributing [2]  227/20 228/25
DISTRICT [5]  1/1 1/1 1/10 1/22 302/7
diverse [1]  160/7
division [2]  1/2 199/5
divorced [1]  62/7
do [336]
docks [1]  274/10
document [18]  14/3 164/1 164/24 164/24
180/10 232/10 238/4 244/5 245/10
245/16 245/22 271/12 271/18 272/23
273/11 286/4 288/18 291/16
documented [1]  285/15
documents [14]  163/15 223/16 231/18
242/21 243/21 243/23 244/23 244/24
246/3 292/24 293/1 293/1 293/5 293/23
does [81]  8/15 10/16 11/4 15/11 22/18
54/6 62/1 63/11 80/3 80/5 80/13 105/17
105/20 107/15 107/21 109/7 109/20
122/4 132/7 137/14 138/16 140/18
142/13 142/15 143/21 148/4 148/5
148/15 149/22 152/1 153/11 153/12
153/16 154/5 156/23 164/20 165/4

**D**

does... [44] 165/18 168/25 169/3 169/9
169/23 171/6 173/2 173/16 177/25 182/2
185/10 185/14 203/7 204/23 204/24
205/4 206/19 207/12 207/13 208/23
209/1 210/8 211/7 214/21 218/17 218/25
222/2 223/25 226/10 226/13 227/19
231/6 234/18 247/15 249/17 253/14
254/21 262/21 262/23 270/25 272/6
275/23 279/8 290/23 301/14
doesn't [20] 4/23 6/12 15/2 24/3 24/10
28/9 50/10 62/1 100/10 115/3 131/6
144/2 152/1 161/25 176/4 209/25 218/23
220/20 299/16 300/4
dog [14] 89/10 89/11 89/12 89/16 90/17
147/6 190/11 190/13 190/16 190/24
191/1 252/9 252/16 253/15
dog's [1] 89/12
dogs [1] 89/8
doing [28] 16/19 24/12 24/13 27/6 39/17
39/20 40/10 43/22 85/6 85/8 85/22 85/22
86/1 128/1 138/13 148/17 151/23 153/9
153/22 161/6 177/17 182/9 187/25
188/19 205/4 212/11 219/14 287/14
dollars [1] 182/18
Domino's [1] 15/22
don't [74] 3/4 4/7 7/18 8/11 10/19 11/17
15/23 16/17 17/9 19/19 19/19 19/20
19/20 20/10 23/8 23/25 24/19 24/20
26/15 26/15 27/2 32/13 33/18 35/17
38/22 48/1 55/25 56/12 60/18 61/23 66/4
66/4 73/20 76/2 81/23 84/19 90/18 91/14
94/11 124/9 124/12 128/18 132/24
141/23 142/6 144/4 144/4 144/7 146/14
148/25 155/4 155/20 187/6 190/15
191/17 194/6 194/6 201/18 201/24 206/3
206/20 233/17 234/2 237/17 254/24
260/6 260/7 263/11 266/25 282/18
282/21 285/20 292/12 299/7
Donaldson [5] 128/24 130/18 130/24
131/15 303/18
done [24] 5/15 9/22 22/17 22/21 25/17
81/15 86/22 129/3 129/22 129/24 133/15
144/6 150/2 158/22 196/6 206/22 207/21
211/16 212/17 229/22 262/13 269/24
278/21 284/25
door [15] 8/2 8/3 8/17 23/16 24/9 27/9
36/23 83/2 83/6 93/19 94/13 94/15
110/24 121/24 254/5
doors [2] 9/16 9/17
dots [1] 69/10
double [1] 225/15
down [43] 6/16 6/17 8/3 10/22 13/15
20/12 20/21 22/2 27/4 27/25 43/18 43/20
45/16 48/11 50/2 60/24 66/10 73/3 73/11
76/25 94/11 98/14 99/25 106/11 114/17
118/12 128/12 138/22 161/16 166/12
175/21 177/25 187/17 197/19 207/11
221/1 233/24 241/11 260/23 264/25
265/2 274/19 300/18
download [16] 220/20 223/2 225/8
225/10 225/14 225/15 225/16 225/17
225/17 225/20 225/23 226/11 227/23
228/1 269/2 269/6
downloaded [20] 223/20 223/21 223/23
225/3 225/22 226/5 226/6 226/8 226/8
226/16 226/19 226/25 227/6 231/9
231/10 232/23 232/23 233/1 242/15
287/25
downloading [2] 223/25 226/1
downloads [2] 242/11 297/9
downstairs [1] 202/2

draw [11] 77/12 78/11 78/25 82/6 82/11
93/5 93/13 94/4 97/24 164/23 180/18
drawback [1] 145/3
drawer [14] 51/3 91/3 91/9 91/16
drawing [14] 19/7 22/8 92/7 96/8 110/16
110/23 111/2 165/11 200/18 200/20
201/1 201/1 286/2 286/12
drawn [1] 18/11
dressed [1] 18/11
dresser [2] 76/13 76/15
drew [14] 77/17 78/2 79/9 82/4 82/12
82/23 92/9 92/12 92/15 94/1 96/9 96/23
97/13 98/1
drive [49] 10/9 15/5 15/12 31/17 86/24
88/6 90/5 90/13 144/13 150/7 176/13
214/15 214/16 214/22 214/23 215/1
215/1 215/3 215/4 215/10 217/22 218/1
218/13 218/18 219/1 219/2 220/8 220/8
229/19 229/19 229/23 229/25 230/3
230/7 230/10 231/9 231/13 231/17 235/9
235/11 235/12 238/12 255/3 262/11
287/23 288/1 288/4 288/10 288/10
driver [19] 8/4 8/7 9/4 11/12 12/17 13/20
17/15 22/22 22/3 23/25 24/9 25/24 26/3
26/23 246/19 247/5 247/10 247/22
268/20
driver's [14] 8/22 9/4 11/15 11/18 11/25
12/3 14/11 15/6 23/2 23/7 23/15 247/23
275/20 275/25
drivers [7] 15/25 16/3 16/4 17/21 17/23
17/25 23/20
drives [6] 216/14 220/2 220/4 229/11
229/14 288/7
Driveway [1] 178/13
driving [6] 9/12 10/2 10/5 28/23 45/16
150/5
DROHOSKY [3] 1/21 302/6 302/6
dropped [1] 44/25
drove [4] 43/19 43/21 90/9 94/8
drugs [1] 17/23
drunk [1] 17/21
dual [1] 10/9
due [1] 223/1
duplicated [1] 241/3
duplicative [1] 284/5
duplicitous [1] 288/1
during [27] 3/2 12/8 12/19 31/7 31/19
68/9 84/16 112/21 113/1 113/4 113/15
113/16 119/5 119/19 124/2 126/13
126/16 130/12 135/24 200/5 200/15
200/16 216/9 219/10 222/14 258/2 294/3
Dusty [5] 60/17 65/11 114/22 115/8
303/16
duties [3] 5/17 5/21 6/1
duty [1] 15/6
DV9500 [1] 217/9
DVD [2] 300/25 301/3
DVDs [2] 201/24 292/5

**E**

E-file [2] 204/25 205/5
e-mail [1] 269/9
each [14] 34/24 66/5 66/6 121/24 141/22
221/22 230/25 235/10 240/19 240/25
242/17 248/13 281/4 288/8
earlier [7] 96/24 113/10 192/6 229/24
283/11 285/20 295/25
earliest [1] 289/12
early [7] 52/18 53/2 58/2 84/21 176/25
206/9 207/19
easier [2] 26/1 219/17
eat [3] 15/18 74/16 122/24
eating [1] 110/5

eaves [1] 12/24
economically [1] 146/10
Ed [10] 4/19 28/5 50/6 67/5 114/24 131/1
161/24 175/25 192/23 209/21
edited [3] 205/24 206/17 206/18
editing [1] 205/22
editorial [1] 291/21
education [1] 151/18
educational [1] 134/3
eight [12] 42/11 68/6 68/7 71/23 71/24
100/25 116/4 116/5 128/2 199/11 234/12
248/8
either [16] 8/1 13/15 24/24 25/1 31/17
126/1 138/25 146/12 157/24 165/15
203/25 213/8 213/19 225/22 260/8
268/22
eliciting [1] 2/7
elite [7] 169/1 171/1 172/14 172/17
173/10 173/12 184/23
Elkhart [4] 56/12 65/2 162/14 178/7
ELMO [2] 21/13 21/14
else [40] 3/23 26/22 27/24 38/16 38/20
42/14 42/24 43/13 48/15 49/25 60/18
65/10 65/13 65/16 66/8 70/6 70/10 70/11
72/18 72/20 72/21 80/10 81/22 92/19
93/1 95/2 99/23 118/23 119/14 126/9
129/11 129/17 190/5 197/17 198/25
200/24 205/18 268/17 277/22 300/16
empathy [1] 146/23
employ [1] 147/15
employed [6] 51/10 131/16 131/17
131/24 198/7 210/13
employees [1] 25/6
EnCase [3] 285/14 285/16 285/21
end [22] 21/2 21/3 22/11 22/13 22/16
48/5 69/17 75/18 76/15 76/16 83/11 84/2
84/4 86/13 178/4 203/5 204/7 204/8
250/23 272/17 277/16 278/2
ended [1] 120/10
ends [1] 26/16
enforce [1] 5/18
enforcement [28] 5/13 133/1 133/5 133/5
157/16 157/24 198/11 198/20 199/6
200/10 200/10 201/4 202/16 212/4
212/14 227/9 227/12 227/19 228/11
228/25 236/9 236/11 236/18 237/21
238/17 294/11 295/2 301/4
enforcement's [2] 145/7 228/14
engage [3] 140/6 147/12 160/9
engaging [3] 135/15 139/14 153/8
Engine [1] 176/25
English [1] 134/6
enjoyable [1] 139/19
enjoying [1] 139/17
enjoys [1] 138/2
enough [6] 205/10 205/19 226/6 229/9
260/4 293/12
entail [1] 11/4
entails [1] 133/19
entering [1] 6/4
enters [4] 4/11 66/25 130/21 209/12
entertainment [1] 76/14
entire [3] 19/19 159/20 292/4
entries [1] 286/14
entry [7] 5/24 8/6 11/20 12/14 15/20
15/23 160/23
environment [1] 145/11 156/2 160/24
equally [1] 242/1
equipment [2] 26/16 168/14
equipment-wise [1] 26/16
equipped [4] 8/23 9/1 9/15 16/4
Erika [9] 29/22 29/23 29/24 30/1 51/16
51/18 51/20 52/10 119/15

**E**

especially [2] 142/15 144/9
essential [1] 7/1
estimate [1] 16/24
even [10] 15/14 155/17 157/4 159/18
165/23 170/15 250/18 284/9 286/5
292/18
evening [8] 94/6 123/24 126/14 126/15
126/23 129/1 129/6 300/20
events [4] 103/17 103/21 163/7 197/12
eventually [1] 37/12 143/19 189/4
ever [60] 31/22 35/15 36/14 36/20 37/1
37/17 37/23 38/5 38/10 38/16 39/13
39/13 39/16 40/4 40/9 40/13 41/18 43/5
43/8 44/24 45/4 48/6 48/8 52/20 57/21
58/6 60/6 60/19 65/22 86/9 87/16 95/6
97/19 119/20 119/20 119/25 120/10
121/1 124/24 125/6 126/1 144/2 170/13
179/13 179/13 179/16 179/25 186/14
186/18 186/21 189/19 190/1 191/11
191/18 191/23 191/25 194/5 225/6
225/11 257/2
every [17] 17/8 57/17 60/16 96/2 113/21
137/11 157/14 164/6 237/3 240/25
241/18 257/2 259/9 259/15 261/11
265/12 265/13
everybody [5] 4/3 6/15 148/10 148/10
230/14
everyone [1] 147/10
everything [2] 19/1 188/19
evidence [79] 21/16 21/18 33/8 34/1 35/5
36/1 54/1 55/1 59/7 70/22 77/21 78/5
79/16 79/21 79/22 81/25 82/19 91/23
101/9 102/6 104/10 110/13 111/5 154/17
172/25 173/16 178/24 180/5 182/23
185/10 199/20 205/21 205/24 206/6
206/7 207/20 211/24 213/16 214/2 229/3
229/10 230/18 235/22 238/21 239/10
242/7 243/5 243/12 243/13 244/16
246/10 248/18 258/11 262/5 263/6
266/11 267/11 268/6 270/8 271/6 272/1
274/1 275/10 278/10 280/11 280/13
281/12 286/4 286/5 286/6 290/11 292/18
296/7 297/3 297/3 297/4 297/6 297/12
299/12
exact [21] 11/17 20/10 23/8 54/9 55/12
58/21 58/22 61/19 61/20 61/21 61/23
61/25 64/18 112/1 141/21 147/19 200/11
215/3 215/11 215/12 237/17
exactly [8] 9/14 24/19 60/16 66/4 122/23
201/3 214/7 267/22
exam [9] 16/9 45/19 61/7 87/22 112/9
121/8 174/16 191/5 283/2
examination [81] 5/1 16/11 25/22 26/9
28/12 45/21 47/4 49/4 49/19 50/17 61/9
66/1 67/13 88/1 97/11 99/4 100/14
112/11 115/5 121/10 127/3 131/10 162/2
174/18 176/8 191/7 196/15 197/10 198/3
200/5 200/16 210/9 212/5 214/9 219/15
220/1 254/21 255/7 283/4 283/12 287/2
287/11 287/21 293/20 294/4 294/7
294/20 298/1 300/2 303/3 303/4 303/4
303/5 303/6 303/7 303/7 303/8 303/9
303/10 303/10 303/12 303/12 303/13
303/13 303/15 303/15 303/17 303/17
303/19 303/20 303/21 303/22 303/23
303/23 303/24 304/3 304/5 304/5 304/6
304/6 304/7
examinations [5] 211/8 211/11 212/8
213/13 219/11
examine [6] 142/8 161/10 214/24 215/18
277/1 301/5

examined [5] 207/10 217/11 223/10
271/19 277/5
examiner [2] 144/14 207/10
examines [1] 255/5
examining [1] 219/21
example [27] 26/23 105/13 141/1 146/22
148/9 151/13 152/3 152/11 152/22
152/23 154/22 155/1 155/2 155/5 160/17
222/15 239/23 252/1 252/4 254/10 259/9
266/25 279/16 279/17 295/4 297/2 297/6
examples [5] 137/11 149/2 152/24
260/23 268/14
exams [1] 211/15
except [4] 42/24 222/18 224/16 297/9
exchange [1] 162/12 180/3 182/9 228/11
exclude [2] 63/12 214/3
excluded [1] 205/22
excuse [9] 9/8 21/5 158/21 159/23
166/22 220/6 232/14 241/11 257/13
execution [2] 213/1 216/2
exert [2] 152/22 151/2
exhibit [186] 2/19 2/23 7/4 12/12 14/4
19/24 21/19 21/21 32/24 33/7 34/1 34/2
34/13 35/23 36/1 36/4 40/20 54/1 54/16
54/25 58/17 58/17 59/4 59/6 59/17 67/24
70/19 71/15 71/22 75/2 77/16 77/22
80/13 81/25 82/14 82/18 91/23 101/8
101/21 102/5 102/23 103/4 103/8 103/25
104/7 104/9 104/13 105/8 106/8 106/24
107/19 108/13 109/4 109/12 110/12
111/6 115/22 162/20 163/19 164/1
170/21 171/17 171/23 172/16 173/15
178/24 179/2 179/11 180/5 181/4 182/21
182/25 183/3 183/14 185/4 185/10
190/21 199/19 209/15 217/2 219/25
230/17 231/23 232/1 232/5 234/24 235/3
235/17 235/21 238/14 238/16 238/20
239/5 239/9 240/1 240/8 240/11 242/5
242/10 242/25 243/4 243/16 243/20
243/20 244/8 244/15 245/18 246/2 246/5
246/9 246/14 247/3 247/18 248/14
248/18 249/6 249/16 249/19 249/21
251/6 251/11 252/9 252/22 253/20 255/7
255/11 255/15 255/16 255/21 256/17
258/1 258/6 258/10 260/23 262/5 262/9
263/1 263/5 263/19 264/8 265/20 266/6
266/10 267/11 267/14 268/1 268/5
269/19 269/22 270/3 270/7 271/6 271/19
271/21 271/25 272/12 272/16 273/6
273/8 273/19 273/25 275/10 275/12
277/1 277/7 278/9 278/22 279/3 279/15
280/3 280/10 280/12 280/16 280/19
281/7 281/11 281/16 282/23 283/21
290/10 291/13 296/7 297/2 297/3 297/4
297/7
Exhibit 1 [4] 59/6 59/17 178/24 179/11
Exhibit 11 [1] 270/3
Exhibit 12 [1] 268/1
Exhibit 13 [1] 242/25
Exhibit 14 [1] 266/6
Exhibit 2 [1] 278/22
Exhibit 24 [1] 21/21
Exhibit 37 [1] 110/12
Exhibit 40 [4] 162/20 163/19 181/4 185/4
Exhibit 46 [2] 34/1 35/23
Exhibit 46-A [1] 34/13
Exhibit 46-B [1] 36/4
Exhibit 47 [1] 273/19
Exhibit 51 [1] 271/21
Exhibit 52 [1] 251/11
Exhibit 53 [1] 255/16
Exhibit 54 [3] 255/15 256/17 258/6
Exhibit 56 [1] 280/3

Exhibit 6 [1] 232/1
Exhibit 8 [1] 239/5
Exhibit 9 [1] 246/2
Exhibit A [1] 240/8
exhibition [1] 135/16
exhibits [6] 34/20 203/2 275/4 297/2
297/5 297/19
exist [1] 109/21
exists [2] 135/17 135/21
exit [10] 6/13 11/19 11/22 11/23 13/1
13/2 13/10 13/12 13/13 127/24
exits [4] 66/13 128/22 201/20 300/24
expanded [1] 110/5
expect [1] 119/12
expecting [1] 76/8
experience [24] 18/8 133/1 133/14
133/19 135/2 137/2 140/14 142/13 144/2
144/3 144/18 145/7 149/1 156/15 156/20
157/14 157/17 157/18 157/22 159/12
159/16 186/25 198/13 233/4
experienced [1] 147/10
expert [4] 133/9 133/12 133/14 135/8
explain [11] 136/20 153/13 207/2 214/8
217/17 218/22 220/4 221/23 256/5
263/12 290/2
explained [4] 22/21 137/13 139/13 241/2
explicit [1] 136/8 151/18
exploit [1] 145/24
exploitation [1] 199/8
Explorer [11] 256/7 256/22 256/24 257/6
257/16 258/4 267/17 267/19 267/21
272/8 297/8
export [1] 254/25
extend [12] 106/9 106/18 107/1 107/2
107/12 107/16 107/22 108/6 108/14
108/19 108/24 110/6
extended [2] 106/15 106/19
extent [1] 14/16
extra [1] 220/13
extracted [3] 255/8 256/1 262/15
extradition [1] 272/19
eye [2] 89/22 90/1
eyeglasses [1] 168/14
eyes [3] 85/10 85/17 86/9

**F**

face [18] 4/18 19/13 28/4 32/10 32/13
50/5 67/4 100/4 114/23 130/25 156/4
161/20 175/24 193/11 193/11 197/22
209/21 283/15
face-to-face [1] 193/11
facility [5] 6/3 16/6 164/4 164/25 175/5
fact [4] 155/7 229/4 240/8 260/1
facts [1] 159/23
fair [16] 31/19 205/10 205/19 219/19
227/1 229/9 232/7 239/14 241/16 244/1
247/18 251/19 254/13 257/23 260/4
281/23
fairly [1] 178/2
Fall [1] 186/17
falling [1] 86/13
false [1] 134/14
familiar [26] 26/17 33/23 40/24 47/13
53/9 55/10 57/3 140/7 158/4 172/4
213/10 228/17 233/8 234/15 235/2 235/3
238/9 241/18 241/19 266/15 267/4
268/19 268/20 268/22 271/9 273/11
familiarize [1] 103/6
families [2] 146/2 146/18
family [23] 60/6 60/19 145/10 145/19
145/23 146/7 146/13 146/21 146/23
147/1 147/24 148/9 150/20 153/23
153/23 156/1 160/24 161/5 188/1 188/3

F

fan [1] 233/14
fantasies [2] 137/19 137/23
fantasy [1] 137/21
far [12] 2/1 24/21 25/15 73/13 123/12
 127/23 210/18 226/8 228/24 241/25
 284/2 289/12
fast [1] 230/14
faster [2] 162/23 230/12
father [2] 46/19 301/9
father's [4] 35/14 35/18 46/17 46/18
fault [2] 113/9 181/12
favorite [1] 299/4
FBI [19] 92/13 95/9 125/7 125/8 125/15
 132/16 187/18 187/21 188/6 188/14
 191/20 194/10 196/11 197/12 198/8
 198/9 198/14 199/7 212/14
FCRR [1] 1/21
fear [7] 156/5 156/7 156/8 156/13 156/21
 157/2 157/2
featuring [2] 160/2 236/12
federal [5] 1/15 1/22 5/18 131/17 212/4
fee [1] 165/25
feel [15] 39/9 39/20 146/12 153/17
 153/20 153/22 154/2 155/21 155/21
 155/22 155/23 155/25 155/25 157/18
 157/21
feeling [7] 85/12 86/1 86/2 146/15 146/21
 154/1 158/24
feels [3] 150/22 153/23 205/6
felon [2] 53/14 182/10
felony [4] 53/6 170/1 170/10 170/13
female [1] 160/21
females [1] 158/15
few [9] 19/25 79/15 87/9 205/20 233/7
 240/18 251/21 265/17 278/5
fiancee [3] 43/14 48/14 188/4
fiancee's [1] 43/25
field [4] 133/3 133/20 134/1 214/17
Fields [1] 1/18
Fifteen [4] 42/23 66/12 114/20 301/10
fifth [2] 10/7 10/18
Fifty [1] 249/20
Fifty-two [1] 249/20
fight [2] 75/20 89/20
figure [2] 143/8 228/8
file [160] 40/15 40/18 204/25 205/5 218/3
 218/6 218/15 218/23 218/25 219/1 219/4
 220/21 222/1 222/3 222/3 222/20 225/2
 225/5 225/6 225/11 225/15 225/18
 225/19 225/21 226/3 226/5 226/6 226/7
 226/8 226/16 226/18 226/18 226/18
 226/19 226/22 226/24 227/1 227/3
 230/25 231/1 231/1 231/3 231/5 231/6
 231/8 231/10 231/13 231/13 232/18
 232/22 233/3 233/5 234/5 234/13 235/10
 235/11 235/12 235/13 236/2 237/4
 242/12 242/12 242/14 242/17 243/9
 244/3 244/3 245/14 248/13 248/23 249/1
 249/2 252/6 252/17 252/18 253/9 253/17
 254/6 254/17 254/17 255/4 255/19
 255/21 255/22 255/23 256/3 256/5 256/6
 256/13 256/13 256/14 256/18 256/19
 257/2 257/11 257/12 257/18 258/1
 258/18 258/18 258/19 258/19 260/14
 260/17 260/18 260/20 260/21 260/23
 261/3 261/10 261/11 264/19 268/23
 268/25 269/2 269/6 269/14 269/14 271/3
 273/5 274/8 275/15 276/3 279/8 279/8
285/4 285/25 286/23 287/11 287/21
 287/22 288/6 288/8 288/9 288/18 289/4
 289/5 289/7 291/17 295/16 295/18
 295/23 295/9 295/10 296/4 296/5 296/6
 296/16 297/10 298/22 299/3 299/12
 299/14 299/15 299/16 300/8
file-sharing [1] 222/20
files [96] 144/16 214/25 215/23 217/21
 217/23 217/24 219/3 219/3 219/17 220/7
 220/22 220/25 221/4 221/22 221/24
 222/2 222/8 222/11 223/3 223/19 223/22
 224/7 224/8 224/8 224/8 224/8 224/17
 224/17 224/24 225/14 226/13 226/15
 227/2 229/13 229/15 229/16 229/16
 230/23 231/19 231/22 232/15 232/17
 232/25 234/3 234/5 235/7 237/14 237/15
 237/19 238/15 238/18 238/24 240/1
 240/6 240/15 240/17 240/20 241/8
 241/11 241/20 242/20 244/21 244/25
 245/25 255/12 255/24 256/2 256/11
 256/11 256/11 256/12 256/21 256/25
 257/5 258/2 259/13 259/18 260/11
 261/15 261/18 262/16 269/5 288/17
 289/17 293/15 293/22 294/1 294/12
 294/17 295/8 295/14 295/14 295/24
 298/20 298/22 300/5
fill [5] 169/16 170/2 170/3 171/21 259/24
filled [2] 169/22 170/17
final [3] 62/10 207/23 209/1
finally [2] 148/15 275/20
financial [1] 160/18
financially [1] 148/9
find [25] 69/4 76/7 76/12 135/4 138/2
 140/15 144/11 144/15 144/17 147/13
 201/7 213/24 219/24 227/25 229/3
 237/15 243/12 243/12 248/16 249/1
 251/22 254/10 279/11 280/16 284/8
finding [1] 138/22
findings [2] 158/14 277/17
fine [3] 33/9 36/7 102/21
finish [5] 17/14 63/3 65/15 123/16 206/4
Finkelhor [2] 158/9 158/25
fire [3] 166/19 181/21 181/23
firearm [20] 31/23 32/2 32/2 32/4 33/2
 36/15 37/10 37/16 38/6 38/14 165/22
 166/1 166/22 171/2 172/8 174/8 174/9
 175/6 187/15 188/18
firearms [6] 32/5 32/6 32/25 33/1 165/16
 187/3
fired [1] 201/15
firing [4] 37/5 164/6 195/13 201/16
first [54] 4/8 4/9 8/11 23/3 23/22 24/11
 30/2 30/11 37/11 52/14 56/4 67/15 71/3
 72/4 74/1 74/2 84/11 84/12 84/13 89/2
 89/3 104/12 115/7 115/19 117/4 117/11
 117/12 129/13 135/12 153/13 157/15
 157/23 165/17 180/10 185/10 187/18
 188/6 188/16 191/22 200/1 214/11
 219/15 221/25 231/8 232/6 246/14 259/1
 264/21 274/5 286/17 287/22 288/2
 289/25 301/1
fishing [1] 18/5
fit [1] 172/9
five [10] 29/4 113/20 125/24 127/25
 150/11 202/14 208/10 210/19 241/11
 253/12
five-year-old [1] 150/11
fixed [2] 106/5 300/25
flat [1] 75/15
FLETC [1] 212/3
flexibility [1] 254/25
flip [4] 102/19 103/3 103/6 280/22
flood [4] 12/21 12/22 12/23 13/5
Florida [15] 187/15 189/25 202/16 207/4
 207/8 210/15 210/16 210/16 216/5 282/6
 289/20 290/2 290/4 290/7 299/22
fluorescent [1] 162/12
focus [1] 256/18
focused [1] 294/4
folder [45] 218/6 223/16 223/18 223/19
 223/22 223/23 223/24 226/6 226/15
 226/23 229/18 229/20 229/23 230/24
 231/17 231/17 231/18 231/18 231/19
 232/8 232/15 235/8 237/15 237/23 238/2
 238/8 238/15 239/16 239/16 242/21
 242/21 242/21 244/21 244/23 244/23
 244/24 246/4 249/11 251/17 251/23
 274/10 277/20 284/16 296/1 299/18
folders [5] 223/12 223/17 229/16 238/18
 238/25
follow [2] 206/6 208/25
follow-up [1] 208/25
followed [1] 248/9
follows [4] 2/2 66/16 130/5 204/16
food [1] 60/20
football [2] 68/21 152/12
foregoing [1] 302/2
forensic [27] 144/14 157/24 211/7 211/10
 211/15 211/22 211/25 212/5 212/8
 212/13 213/13 214/9 214/18 215/3
 215/17 219/10 219/14 219/14 244/1
 254/21 254/22 255/6 256/1 277/17
 288/12 288/15 300/7
forensically [1] 219/7
forensics [8] 144/12 212/11 212/17
 212/18 213/10 214/4 216/7 271/13
forget [1] 202/13
form [10] 7/11 14/18 164/7 169/17
 169/21 169/23 170/2 170/17 171/21
 171/24
format [2] 271/17 290/16
formation [1] 149/10
formations [1] 40/23
formatted [2] 220/5 220/6
formatting [1] 284/11
former [1] 12/14
forms [2] 9/22 163/9
Fort [2] 282/4 282/6
forth [1] 22/14
forward [19] 4/24 28/9 50/11 50/11 67/10
 100/10 100/11 115/4 131/7 138/16
 161/19 161/25 162/1 166/7 176/5 176/5
 209/25 210/4 264/22
forwards [1] 115/3
found [15] 25/14 41/4 90/24 136/24
 216/11 216/19 219/22 229/13 229/19
 236/14 237/22 238/7 239/15 248/21
 277/20
Foundation [1] 78/7
four [15] 31/12 45/24 48/20 63/8 63/11
 63/14 113/20 125/12 125/13 125/23
 126/19 184/18 198/15 241/11 254/5
Fourteenth [1] 108/22
fourth [1] 71/9
frame [9] 10/19 31/7 52/25 58/2 58/2
 171/2 172/10 186/23 195/14
framed [1] 172/8
frames [1] 10/20
Freightliner [2] 9/20 9/25
frequent [1] 106/1
friend [7] 29/21 45/5 68/13 68/16 73/6
 117/7 207/9
friendly [2] 148/17 178/2
friends [4] 29/19 29/20 117/8 293/4
front [19] 4/17 10/9 12/22 20/11 24/9
 28/3 49/6 58/16 71/6 100/3 100/12 110/4

**F**

front... [7] 152/12 172/14 173/25 176/6
182/9 204/20 254/14
frontward [1] 131/6
fuel [2] 8/17 137/18
full [18] 50/19 100/16 131/14 144/5 144/7
157/25 165/22 166/13 166/15 167/7
167/8 168/15 198/5 210/11 225/2 231/2
231/12 244/3
full-auto [1] 166/15
fully [7] 9/15 26/14 56/19 56/25 157/23
223/20 223/22
fun [2] 123/23 167/2
funds [1] 182/15
further [17] 25/20 49/2 61/6 65/24 66/7
97/8 99/22 107/1 112/8 114/14 128/9
161/9 175/18 184/25 197/16 283/1
293/18
furtive [3] 26/17 26/25 27/18

**G**

gain [9] 139/6 143/9 143/12 145/24
160/10 160/20 160/22 161/3 161/4
gained [1] 139/5
game [4] 74/2 74/3 74/5 74/10
games [2] 68/15 75/14
gather [1] 13/22
gauge [1] 187/7
gave [8] 93/8 127/14 163/2 189/10 193/8
193/20 196/2 201/4
gay [3] 157/3 264/22 264/25
gender [6] 150/1 150/16 156/24 159/15
159/24 241/24
genders [1] 159/17
generally [5] 57/17 133/15 220/18 221/25
241/19
genitalia [1] 135/16
gentleman [2] 53/19 64/12
gentlemen [6] 23/13 62/24 63/4 193/25
209/13 300/19
Georgia [5] 133/6 134/7 134/8 198/17
212/4
get [59] 4/7 6/14 7/21 7/22 8/17 10/19
12/1 12/6 15/19 16/2 23/5 23/19 31/15
32/24 37/23 38/5 43/18 43/20 73/6 74/16
105/23 106/2 113/7 122/16 123/17
126/17 126/24 130/19 133/12 134/23
138/9 148/15 153/13 155/4 155/20
160/25 170/3 174/3 178/2 184/8 196/8
201/15 204/6 205/23 206/12 207/20
209/7 218/7 218/24 221/22 223/25
224/20 226/4 267/24 284/23 285/17
285/22 289/19 300/25
gets [1] 169/23
getting [8] 44/1 94/24 114/7 148/22
149/14 202/2 211/13 277/16
gift [4] 66/5 146/10 148/11 153/23
gifts [2] 147/16 156/11
girl [2] 159/10 236/7
girlfriend [2] 43/16 44/19
girls [2] 160/2 241/22
give [32] 12/6 23/23 44/6 93/10 96/1
133/9 134/2 143/19 143/20 144/7 144/16
144/18 147/16 149/2 152/3 152/18
187/11 193/12 196/2 202/15 207/23
219/1 222/12 224/7 224/12 234/12
260/20 268/14 273/21 289/14 293/12
295/22
given [8] 145/4 156/11 204/5 216/20
216/21 219/5 224/14 300/21
gives [12] 136/8 143/18 153/17 154/7
160/12 222/7 222/22 222/24 231/2
260/14 269/5 295/17

giving [9] 66/11 128/20 146/10 149/21
153/23 154/22 156/11 156/12 201/19
glance [1] 249/23
glass [2] 261/23 261/24
glasses [1] 116/13
Glynco [1] 212/4
Gnutella [2] 221/14 221/19
go [89] 6/16 9/4 10/22 11/6 11/9 11/23
11/10 13/10 13/17 15/14 15/18 23/23
25/25 30/25 31/5 31/11 37/1 39/5 42/5
43/5 43/8 43/11 48/2 48/8 48/15 61/4
64/22 66/24 70/8 72/14 73/13 73/19 76/1
76/4 76/5 84/11 84/12 85/20 86/19 89/2
90/17 94/11 96/8 107/25 118/12 118/25
122/22 122/25 123/23 124/2 127/4 127/8
127/11 127/14 127/15 127/17 142/3
152/1 154/13 164/8 169/19 174/9 177/24
179/25 180/2 180/13 181/19 186/5
186/14 186/18 186/21 189/24 207/6
220/21 221/23 222/8 225/18 227/22
233/7 236/18 258/23 269/25 272/17
293/14 294/4 299/8 300/5 300/7 300/25
goal [11] 139/6 139/6 142/20 142/21
142/22 149/14 151/6 151/22 152/17
152/19 154/4
goals [2] 142/18 148/19
goes [8] 13/3 20/7 133/18 148/2 164/6
165/14 300/8 300/22
going [67] 7/3 8/6 8/13 14/11 20/11 20/19
28/22 33/6 34/14 39/18 49/12 60/9 69/17
84/6 110/2 113/21 119/9 123/7 127/18
129/24 135/9 138/16 142/19 143/8
143/11 143/24 144/11 144/12 144/13
144/13 144/15 144/17 145/9 145/13
147/4 148/5 148/16 148/20 149/13
150/11 151/12 153/2 154/12 156/11
156/12 157/7 160/20 160/21 171/16
178/8 180/15 181/17 183/12 185/4
189/16 202/9 202/14 205/19 206/17
206/25 214/5 233/3 240/14 264/25 285/4
289/16 290/5
gone [6] 14/21 212/21 224/22 263/19
295/8
gonna [71] 3/13 3/25 7/21 7/23 11/6 11/6
14/10 14/12 14/14 14/16 16/16 20/9 21/9
25/25 26/14 27/5 27/8 42/3 54/1 59/20
67/10 67/23 70/4 70/5 71/2 77/15 77/21
79/16 79/19 80/12 83/22 91/22 100/10
102/19 102/25 103/4 115/21 118/1
127/17 130/13 147/3 147/3 148/14
158/19 161/24 163/25 167/14 169/18
173/15 176/4 176/5 178/23 183/11
183/11 185/14 203/21 206/14 206/16
207/18 207/18 207/23 209/19 213/3
250/24 261/8 272/3 283/20 290/9 291/12
300/19 301/1
good [17] 4/12 4/13 5/3 5/4 17/7 68/16
100/16 101/18 117/8 131/12 142/6
143/23 145/25 155/22 166/9 209/5
219/13
goodbye [1] 44/24
goods [1] 165/16
gooey [1] 41/10
Google [12] 222/15 222/15 224/19
224/20 269/24 269/25 270/12 270/15
272/13 272/17 272/22 272/23
Goshen [2] 178/9 178/11
got [39] 3/4 15/4 20/5 44/1 53/18 53/20
70/8 70/10 73/19 75/19 76/3 86/5 86/6
88/13 94/15 106/3 109/17 109/20 118/12
118/16 119/15 120/8 129/1 168/18 170/5
190/16 193/2 193/18 193/18 195/21
195/22 195/24 195/25 207/20 208/10

239/22 255/23 284/16 294/10
Gotcha [1] 119/9
government [63] 1/13 2/7 2/17 4/14 4/15
35/1 126/23 34/10 36/4 64/14 66/19
67/3 82/13 97/19 97/22 97/23 100/2
103/25 114/22 130/23 161/18 162/17
175/23 189/7 192/12 192/14 197/21
199/18 200/6 200/15 201/12 205/6
205/22 205/24 207/21 207/25 209/20
231/22 235/16 239/5 242/25 244/8 246/5
248/14 249/16 249/20 251/4 258/6 262/4
262/25 266/6 268/1 270/3 271/21 273/19
277/7 277/18 281/6 284/2 298/17 303/2
304/2
government's [119] 2/19 7/4 12/12 14/4
21/19 32/24 33/7 34/2 36/1 40/20 54/1
54/16 54/25 67/24 70/18 71/15 71/22
75/2 77/16 79/19 80/13 81/25 82/14
82/18 91/23 101/7 101/21 102/5 102/23
103/4 103/8 104/9 104/13 111/6 115/22
164/1 173/15 180/4 182/20 182/24 183/3
183/13 185/10 190/21 199/19 200/19
206/6 209/14 217/1 219/24 230/16
234/24 235/3 235/16 235/21 238/14
238/16 238/20 239/9 240/1 240/8 240/11
242/5 242/10 243/4 243/16 243/20
244/15 245/18 246/9 246/14 248/18
249/6 252/9 252/22 253/19 255/7 255/10
258/10 262/9 262/25 263/5 263/19 264/8
265/20 266/10 267/11 267/14 268/5
269/19 269/22 270/7 271/6 271/19
271/25 272/11 272/16 273/5 273/8
273/25 275/10 275/12 277/1 278/9 279/3
280/10 280/12 280/16 280/19 281/6
281/11 281/16 282/23 290/10 291/13
297/2 297/3 297/4 297/7
Governors [1] 1/18
grab [2] 27/5 209/8
grain [2] 166/13 167/7
grandma [1] 123/1
graphic [2] 137/2 256/11
gratification [1] 139/7
great [1] 3/7
green [1] 296/4
grew [1] 29/24
grip [16] 55/16 55/17 55/19 55/19 55/20
55/22 174/3 174/3 174/7 174/9 174/10
174/11 185/22 195/5 195/7 195/19
grips [7] 184/6 184/10 184/15 184/16
187/6 195/4 195/19
groom [4] 138/7 143/13 143/13 149/21
groomer [24] 139/16 140/2 140/9 142/18
146/16 146/25 147/20 148/2 148/4 148/6
149/13 149/24 150/13 150/21 150/25
151/1 151/13 151/17 151/23 152/9
152/15 153/22 154/2 154/10
groomer's [1] 148/19
groomers [14] 139/15 142/16 142/22
143/11 145/22 145/25 146/18 146/19
148/18 149/5 149/7 151/10 153/3 155/22
grooming [20] 139/2 139/3 139/4 139/10
142/11 143/18 145/17 147/5 147/6 147/8
147/9 147/22 147/23 147/23 148/22
148/22 150/4 153/10 153/11 154/4
grooves [1] 174/1
gross [1] 6/9
ground [3] 10/6 10/9 24/10
grounds [1] 200/2
group [7] 48/21 63/1 63/4 63/7 127/18
137/12 150/10
guard [2] 172/15 174/1
guess [2] 57/11 269/17
guesstimate [1] 16/24

## G

guest [4]  104/22 104/23 105/10 105/21
guilty [1]  135/25
gun [140]  2/9 32/18 32/21 33/14 34/10
35/11 35/12 35/15 35/18 36/9 36/20
37/17 37/19 37/22 38/7 38/10 38/17 39/3
39/8 45/12 45/14 46/12 46/12 46/18
46/24 53/11 53/14 53/16 53/20 53/22
54/6 55/6 55/7 55/8 55/10 55/14 56/6
56/9 56/11 56/13 56/15 56/21 56/25 57/4
57/10 57/12 57/13 57/19 61/16 61/19
61/23 62/4 63/7 76/11 76/12 76/13 76/21
76/25 77/3 77/12 77/19 78/23 79/3 79/5
79/12 79/13 79/14 79/17 80/3 80/6 80/8
80/8 80/13 80/15 80/19 80/21 81/4 81/8
81/16 83/11 83/12 90/24 91/3 91/9 91/11
91/12 91/15 91/17 162/12 162/15 162/15
163/4 164/20 165/19 165/20 166/16
166/19 167/10 169/5 169/15 170/17
173/1 173/23 174/21 174/25 179/25
180/3 181/20 182/4 183/8 183/10 183/11
183/14 183/23 184/4 184/9 185/5 185/7
185/17 185/24 186/5 187/1 187/5 187/9
187/12 189/1 189/5 191/21 191/25 193/2
194/24 195/12 195/12 195/21 196/8
196/23 197/2 281/4 282/5 282/17
Gunning [1]  162/12
guns [24]  26/5 33/15 35/13 35/20 36/11
37/5 56/13 56/14 56/16 56/18 56/21
56/23 57/3 181/21 181/23 182/1 182/13
182/17 185/11 185/15 188/7 192/23
280/17 282/1
guy [9]  143/23 143/23 148/17 148/18
148/18 148/24 153/24 209/21 250/15
guys [5]  68/14 74/16 81/15 132/19
182/12

## H

habit [3]  36/17 57/19 186/25
had [106]  5/21 6/5 6/7 6/10 6/15 6/20
6/20 9/17 15/6 18/23 18/24 19/2 19/3
19/7 23/22 25/7 25/15 25/16 27/14 32/7
37/15 38/14 39/13 39/16 41/1 44/1 44/5
44/19 44/25 45/12 47/15 49/7 54/9 55/12
55/14 55/16 58/15 58/22 61/17 64/8 64/9
69/22 69/22 74/3 74/5 74/7 76/22 86/22
89/20 105/22 109/18 109/22 112/1 119/5
120/6 123/12 123/23 123/24 130/3
133/16 133/25 135/18 141/7 141/8 153/3
158/14 160/16 160/18 166/19 174/3
174/23 183/24 184/3 184/4 184/6 185/22
187/4 187/17 189/2 189/4 189/18 191/10
191/13 191/21 196/23 200/6 200/7
203/14 211/20 213/25 216/13 220/1
221/22 228/15 229/3 229/10 238/15
264/6 266/19 275/5 289/18 293/2 293/5
293/6 294/2 294/22
hadn't [1]  158/18
hair [1]  42/13
half [14]  45/5 45/7 109/24 109/25 110/3
110/4 110/5 110/10 167/20 202/18
202/23 202/24 301/7 301/8
hallmarks [1]  149/5
hammer [1]  172/9
HAMMOND [3]  1/2 1/15 1/23
hand [35]  4/18 9/19 11/1 22/3 27/9 28/4
32/23 33/6 45/14 45/15 50/6 50/6 67/5 82/25
83/9 83/14 84/7 84/9 85/15 100/5 102/15
102/20 111/1 114/24 131/1 161/20
165/11 175/25 178/23 182/21 183/4
184/12 197/23 211/17 211/17 240/9
hand-in-hand [1]  211/17
handcuffs [1]  18/24

handed [1]  130/8
handgun [16]  18/23 32/8 32/11 32/17
33/23 36/18 45/18 53/1 53/3 55/20 56/20
64/9 167/3 185/1 281/11 282/22
handguns [2]  55/11 184/22
handing [4]  54/15 102/23 240/10 240/11
handle [4]  56/21 174/7 183/24 184/13
handling [1]  205/3
hands [5]  24/12 120/25 141/4 141/18
141/21
hands-on [3]  141/4 141/18 141/21
hang [2]  41/19 232/3
happen [7]  13/9 43/24 70/4 73/4 148/14
156/18 218/21
happened [21]  43/2 69/22 72/25 73/2
76/23 87/2 88/5 94/18 98/7 98/8 98/17
98/20 108/18 109/23 118/20 120/15
120/21 126/4 155/24 201/2 224/15
happening [1]  156/17
happens [8]  6/12 15/17 129/18 144/3
215/15 218/23 226/15 269/4
happy [3]  207/5 207/6 250/21
hard [42]  113/20 144/13 180/9 214/15
214/16 214/22 214/23 215/4 215/10
216/14 217/22 218/1 218/13 218/18
219/1 219/2 220/2 220/4 220/8 229/11
229/14 229/19 229/19 229/23 229/25
230/3 230/7 230/10 231/9 231/13 235/9
235/11 235/12 238/12 255/3 262/11
287/23 288/1 288/4 288/7 288/10 288/10
hardcore [1]  233/22
Harley [1]  253/7
has [81]  7/3 12/11 14/4 29/12 32/23 33/6
33/25 34/9 40/19 52/5 67/23 68/22 69/10
69/11 77/5 80/12 81/24 102/5 115/21
125/7 137/6 137/7 140/22 142/18 147/10
148/3 148/4 150/15 153/18 154/10
156/19 159/9 160/12 160/22 162/20
165/15 168/11 170/1 171/3 172/8 172/24
177/10 178/23 180/4 180/5 182/20
183/13 190/20 199/18 204/5 205/22
206/8 214/14 218/12 219/4 219/5 224/15
225/10 226/16 233/12 234/24 245/17
245/24 248/1 250/15 251/4 257/20
257/24 257/25 259/13 261/10 262/12
264/3 267/5 267/22 268/12 268/16
279/12 284/5 286/14 286/14
hasn't [2]  219/9 219/12
hat [3]  19/3 39/12 39/19
have [367]
haven't [5]  17/19 25/18 49/9 145/19
203/14 223/20 224/22 236/3 284/2
having [21]  35/17 39/3 59/1 135/2 136/7
136/22 138/17 141/12 143/3 150/20
154/17 161/5 205/21 209/14 209/15
219/20 263/21 265/14 265/25 279/25
290/5
HD [1]  254/7
he [297]  6/20 10/5 11/7 13/20 13/22
14/13 14/14 15/1 15/2 15/2 15/6 22/23
22/24 24/3 25/13 25/16 29/19 32/7 34/6
34/10 36/15 36/16 38/17 37/15 37/19
37/22 37/23 38/10 38/13 38/14 39/2 39/9
39/11 39/11 39/16 39/18 39/20 40/4 40/4
40/7 40/10 41/13 41/18 41/21 42/3 42/13
42/19 42/21 43/19 44/5 44/8 44/18 44/24
44/24 44/25 45/4 45/7 45/14 45/15 46/10
46/10 46/20 47/2 47/2 47/3 47/24 47/25
48/1 48/25 48/25 49/7 49/12 52/22 52/23
52/25 53/3 53/4 53/7 53/8 53/18 53/18
53/20 55/12 55/15 56/5 57/11 57/17
57/19 58/2 58/22 60/8 60/15 60/17 61/24
64/12 64/14 65/6 65/10 65/13 65/16 66/3

66/5 68/16 68/19 68/19 69/24 70/14 73/3
73/16 73/19 74/7 74/7 74/21 76/1 76/24
77/1 77/4 77/7 81/8 83/25 85/1 85/3 85/4
85/6 85/13 85/15 85/16 85/18 85/19
85/17 85/22 85/24 85/24 86/1 86/9 86/11
86/16 86/21 86/22 86/24 87/1 87/4 87/6
87/7 88/11 88/24 88/25 89/18 89/20
89/22 90/1 90/9 91/1 92/24 94/13 94/13
94/15 105/22 106/9 106/9 106/15 106/17
106/18 106/19 106/21 107/1 107/2 107/4
107/12 107/16 107/22 108/6 108/7 108/7
108/9 108/14 108/19 108/24 109/7 109/8
109/9 109/9 109/11 109/13 109/15
109/16 109/19 116/3 116/5 117/22
118/22 118/24 118/25 119/2 119/4 119/5
119/5 120/11 120/16 120/17 120/18
120/18 120/23 120/24 123/23 123/23
123/24 124/2 124/2 124/4 124/6 126/12
128/2 128/5 128/6 128/7 140/3 140/11
140/12 140/12 148/4 148/5 148/9 148/11
148/12 148/15 151/24 152/20 154/10
158/10 158/11 158/11 158/14 168/5
168/18 177/18 178/8 178/9 178/10
178/14 178/16 178/18 179/16 181/23
182/1 182/2 182/9 182/10 182/15 186/11
186/18 186/25 187/1 187/3 187/4 187/15
189/2 189/18 189/18 189/21 189/24
189/25 190/1 190/14 190/16 190/17
191/10 191/13 191/18 193/8 193/14
193/18 193/20 196/2 196/5 200/8 200/11
201/4 202/14 203/3 203/15 203/16
203/18 204/23 204/24 205/3 205/5 207/4
207/9 207/11 216/18 229/3 241/2 250/20
292/22 295/1
he'd [1]  177/22
he'll [2]  100/5 207/6
he's [29]  10/2 10/4 51/25 52/1 69/4 69/5
69/6 102/18 109/5 116/4 148/8 148/14
148/16 148/17 151/14 153/25 160/13
188/14 203/13 205/4 207/5 207/12
head [4]  39/12 39/14 45/13 151/15
hear [17]  4/25 28/11 30/12 32/9 38/16
38/24 50/12 67/11 74/19 91/8 103/13
113/3 124/5 193/4 207/19 208/18 208/22
heard [10]  37/15 126/18 132/17 144/22
151/19 199/23 222/14 233/9 233/14
257/8
hearing [2]  113/7 168/14
Hearsay [1]  37/24
Heating [1]  51/13
Hebron [1]  46/22
held [2]  1/9 174/23
Hello [1]  131/13
help [7]  8/17 94/4 135/8 143/24 197/1
213/22 284/14
helped [1]  56/4
helpful [1]  148/18
helps [2]  145/17 213/17
her [14]  3/2 52/13 62/11 94/20 94/21
114/24 117/11 117/12 119/8 160/23
188/4 188/4 236/7 236/7
here [79]  4/18 9/19 13/14 13/15 13/23
20/11 27/6 33/21 40/25 50/6 69/3 69/4
71/2 77/20 79/1 79/10 82/12 82/25 83/1
96/9 96/9 98/17 100/4 100/5 100/25
105/2 105/21 108/18 108/23 109/4 133/9
139/14 160/21 164/11 164/12 164/24
165/7 168/7 168/25 169/20 170/5 176/4
179/7 188/12 188/20 190/2 199/7 200/1
201/17 203/13 205/4 206/3 206/10 207/4
207/5 209/22 231/20 232/6 234/5 235/10
235/13 242/20 247/1 247/10 247/23
250/4 251/15 252/15 253/14 258/1

**H**

here... [9]  260/23 263/11 264/15 266/4
266/17 272/7 282/9 286/8 294/10
herein [1]  163/8
hero [1]  147/2
hesitate [1]  203/13
hey [2]  12/1 27/6
hi [2]  112/14 123/23
hiding [1]  297/21
high [2]  17/23 111/19
highlight [3]  180/19 181/5 225/16
highlighted [1]  164/12
highlighting [1]  291/19
highlights [1]  181/5
highway [2]  1/18 10/23
him [147]  11/9 11/10 11/10 15/9 22/23
23/18 25/14 25/15 26/24 28/5 29/7 29/9
29/9 30/25 31/1 31/5 32/4 32/25 33/1
33/4 33/9 35/17 35/17 36/16 37/1 37/5
37/20 38/16 39/3 39/13 39/23 41/1 41/18
42/3 42/12 44/6 44/18 44/19 45/13 50/7
52/21 56/4 56/5 56/9 56/18 56/21 56/23
57/13 57/17 57/17 58/6 58/20 59/1 60/22
63/12 63/13 67/5 68/18 69/1 69/4 74/7
76/4 77/22 78/9 83/24 86/3 90/12 90/13
95/4 96/2 102/15 102/20 113/2 113/5
113/16 114/21 116/9 116/11 120/15
120/21 121/16 121/20 121/22 122/11
122/12 122/12 123/19 123/22 123/23
126/7 131/1 143/25 148/13 153/25
153/25 160/13 161/21 162/22 162/23
175/25 177/4 177/6 177/17 178/18
179/23 181/25 182/4 182/7 186/9 186/11
186/12 186/18 186/21 186/24 186/25
187/1 187/11 187/14 188/17 188/18
188/23 188/25 189/19 190/4 191/11
191/22 193/8 193/10 193/12 193/20
196/2 196/6 197/23 200/7 200/7 200/12
200/12 203/14 209/22 240/9 240/10
240/11 292/20 292/24 293/4 293/11
301/19
himself [1]  148/11
hire [1]  192/10
his [73]  13/22 14/11 14/12 14/12 14/15
14/15 15/7 22/24 22/24 31/15 32/10
32/13 35/18 36/18 36/23 36/23 36/24
39/11 39/12 39/12 39/24 39/19 40/5
43/19 44/2 44/25 45/2 45/5 45/13 46/13
46/17 46/18 46/19 53/9 58/22 60/2 60/4
64/13 78/15 78/16 85/10 85/15 85/17
86/9 88/24 88/25 90/15 107/1 108/11
113/15 117/2 117/4 177/18 177/23 178/9
179/5 182/1 186/12 190/8 190/10 200/9
200/10 200/13 200/25 200/25 216/7
250/15 277/16 277/17 293/4 293/5 293/6
301/15
history [24]  53/9 256/10 256/15 257/9
257/11 257/12 257/15 257/17 257/18
262/10 262/19 262/22 265/13 266/3
269/23 272/6 278/18 279/9 291/14
291/25 292/4 293/7 295/1 297/7
hit [3]  89/22 90/1 300/7
hits [1]  263/12
HK [1]  18/23
HKG36's [1]  166/15
Hobart [10]  50/24 101/3 101/5 101/15
101/17 102/2 103/10 103/15 109/20
127/23
hold [5]  12/1 77/1 182/1 220/7 279/14
holding [3]  252/9 282/4 282/16
holster [1]  32/22
home [43]  27/7 39/18 44/5 48/25 48/25

49/12 75/21 75/23 75/24 76/1 86/18
86/19 86/24 87/1 90/3 90/5 90/6 90/8
90/9 90/13 94/6 94/8 118/22 123/8
123/10 123/17 126/6 126/9 126/11
126/24 127/23 150/8 206/7 206/9 207/6
207/19 301/21
Homeland [2]  211/16 212/12
homes [1]  27/4
homosexual [1]  157/3
honestly [1]  27/7 212/16
Honor [108]  2/7 3/6 4/6 7/6 21/21 27/24
30/8 30/9 30/13 33/8 33/25 34/9 34/19
34/22 35/1 35/3 35/6 35/8 35/25 36/5
36/6 38/1 45/9 45/18 50/1 52/4 54/3
54/12 54/19 55/2 59/3 59/23 66/19 67/25
70/21 71/14 73/9 75/3 77/23 79/25 81/2
87/20 97/10 99/24 101/9 102/16 104/1
104/15 111/7 112/8 112/10 112/24
114/13 114/14 114/16 114/20 130/10
130/14 162/21 162/24 163/18 163/21
172/21 172/22 174/17 175/17 175/18
175/20 180/6 182/24 184/17 190/21
197/18 199/18 199/23 201/15 201/23
202/14 204/4 204/6 206/15 209/8 209/11
230/18 231/22 234/23 238/21 240/9
242/6 245/17 248/17 249/6 249/20
251/12 255/10 263/8 265/19 268/7
269/18 271/6 273/7 277/17 278/5 278/10
280/4 286/8 297/23 301/2
HONORABLE [1]  1/10
hope [2]  142/24 201/23
hopefully [1]  206/21
hoping [1]  208/4
horseplay [5]  152/5 152/8 152/23 152/23
152/24
horsing [1]  152/21
host [1]  269/4
hostage [1]  167/2
hotel [49]  16/2 48/10 48/11 60/7 60/9
61/3 69/2 69/21 70/8 70/9 71/4 71/6 72/5
72/5 73/22 73/23 74/1 74/3 74/5
75/7 75/8 75/12 75/25 76/3 81/18 86/21
88/6 88/21 90/11 90/19 93/5 94/19 95/19
95/22 105/5 109/21 110/5 112/15 113/2
113/5 114/3 114/10 118/2 118/3 120/4
122/16 126/5 201/2
hotels [1]  101/2
hour [17]  6/3 128/19 202/19 202/20
202/23 202/24 207/25 208/5 208/11
208/12 208/15 208/22 209/4 301/2 301/7
301/8 301/16
hours [12]  11/3 14/14 14/15 15/10 15/13
22/22 22/24 238/7 238/10 241/19 299/19
301/20
house [18]  44/6 45/1 56/5 57/22 58/3
58/6 94/13 102/1 119/1 119/2 119/8
121/22 121/23 190/17 212/19 213/24
214/1 216/17
houses [1]  223/19 270/23
how [133]  5/15 8/20 10/10 10/16 10/19
16/24 26/22 29/3 29/18 29/25 31/5 31/11
35/11 37/14 42/10 42/22 43/18 43/20
44/14 48/17 48/19 50/21 50/25 51/8
51/18 52/12 52/17 53/20 57/15 57/24
58/20 60/4 62/24 63/6 63/9 63/14 67/17
68/5 68/22 69/1 72/5 73/13 75/8 85/1
85/20 86/1 89/5 95/13 95/24 97/17 98/4
100/24 115/17 116/3 116/9 118/11 120/8
121/15 122/16 123/23 127/23 128/25
129/5 132/12 133/7 134/17 134/24
134/25 134/25 135/3 135/17 135/20
138/16 139/8 140/6 142/2 142/13 146/2

149/3 152/1 153/6 157/25 157/25 160/20
174/23 176/18 177/15 178/16 179/6
182/17 186/5 186/7 187/9 188/25 198/9
198/13 199/10 202/8 202/20 210/20
202/22 203/9 206/13 206/19 206/20
206/25 207/23 209/19 210/18 210/22
211/4 211/10 212/8 220/4 221/23 222/2
222/17 227/19 237/15 238/1 250/24
256/12 257/17 257/20 277/9 278/3
290/22 300/8 301/1 301/5 301/9 301/14
301/18
Howard [1]  212/9
however [1]  132/21
HP [9]  179/7 179/9 191/14 216/11 217/9
251/16 277/2 278/18 290/18
huh [9]  58/12 81/9 105/16 107/24 110/19
112/7 122/3 125/14 127/7
HUMA [1]  1/17
hundred [2]  47/8 122/18
hundreds [6]  17/3 17/5 25/17 213/5
213/8 237/2
hung [1]  96/6
husband [5]  122/21 126/11 126/16
126/17 126/24
hussie [1]  233/14
hypothetical [2]  298/3 298/17

**I**

I'd [18]  11/16 33/8 34/2 34/18 35/25
67/25 75/3 79/24 133/12 180/6 182/7
186/24 190/21 207/20 238/4 261/22
262/4 279/14
I'll [16]  8/3 8/4 16/17 23/16 75/11 98/13
102/11 114/8 150/7 164/11 177/9 207/19
207/19 247/21 280/22 298/14
I'm [119]  2/22 2/25 5/13 7/3 8/25 11/6
11/6 16/16 17/14 18/8 20/11 21/9 28/16
28/20 32/3 32/9 33/6 38/9 41/11 43/7
44/10 44/25 47/8 54/16 55/9 55/10
63/3 64/4 65/15 67/23 71/2 74/19 77/15
79/16 79/19 80/12 89/24 91/8 91/22
98/13 101/20 102/19 102/23 102/25
103/4 103/12 112/17 112/20 113/21
114/7 115/21 122/18 129/2 129/4 131/17
131/19 132/9 134/13 138/22 139/25
143/8 144/16 147/3 147/3 147/4 161/13
163/25 167/14 169/18 173/15 176/21
178/10 178/23 179/18 181/12 182/20
183/20 185/14 188/19 188/20 190/10
191/25 193/4 202/1 206/5 206/10 206/12
206/14 207/6 208/6 208/9 212/23 219/24
222/1 225/19 228/13 233/3 240/11 245/3
250/17 253/12 268/19 268/22 272/23
273/21 273/22 280/24 283/20 284/8
285/7 289/2 290/5 290/9 291/6 291/12
296/6 296/12 299/7
I've [12]  20/5 132/13 134/19 206/1
208/10 210/23 212/17 213/5 213/7
231/14 234/1 296/17
ice [5]  60/20 60/21 60/22 60/24 61/1
icon [5]  47/12 47/20 295/18 295/22 296/4
ID [3]  274/6 274/10 293/8
Idaho [1]  15/21
idea [7]  96/1 120/13 137/19 153/16 191/24
207/14 234/13
identification [1]  11/15
identified [10]  29/13 34/1 34/10 52/5
69/12 177/10 219/20 236/6 236/9 237/2
identify [11]  29/9 52/1 177/6 214/11
214/13 216/9 228/1 250/20 259/21
270/15 277/4
identifying [2]  231/15 273/16
identity [1]  157/4

**I**

II [1]  1/7
ill [1]  1/7
image [16]  215/2 215/9 215/16 215/18
 244/4 251/18 252/6 252/11 252/12
 253/17 253/19 253/21 254/10 264/2
 264/2 268/16
images [11]  137/22 137/22 138/12
 139/15 140/1 144/15 213/7 213/19
 215/22 273/14 282/19
imagine [1]  269/17
imaging [1]  215/7
immediate [1]  15/8
impact [1]  146/11
importance [1]  140/21
important [3]  23/2 205/7 273/16
imprison [2]  170/10 170/14
improves [1]  136/5
in the [1]  292/4
inaccessible [1]  300/10
incarcerated [1]  141/9
incest [2]  267/3 270/23
include [9]  63/11 134/14 137/3 137/3
 211/7 234/5 272/6 272/10 292/1
included [7]  237/4 240/2 246/1 248/14
 258/15 292/4 295/4
includes [4]  63/13 208/23 230/25 260/17
including [4]  170/15 184/23 192/22
 208/16
incomplete [14]  223/18 223/18 226/5
 226/15 226/23 229/18 230/24 231/19
 232/8 232/15 238/15 239/15 284/16
 284/19
incorporated [1]  261/2
incorrect [1]  289/11
increase [3]  135/25 136/4 136/13
incredibly [1]  135/4
Independence [1]  167/6
independent [3]  30/23 265/8 288/8
index [3]  256/3 303/1 304/1
index.dat [12]  255/12 255/19 255/22
 255/24 256/5 256/6 256/14 256/19
 257/12 258/17 262/15 295/8
INDIANA [32]  1/1 1/15 1/23 28/18 46/22
 50/24 50/25 65/3 67/22 100/23 100/24
 100/25 101/3 101/15 102/2 103/10
 103/15 112/17 112/17 113/13 115/13
 124/22 125/22 134/6 162/8 162/14
 176/13 178/7 184/24 185/1 189/22 283/8
Indianapolis [2]  133/3 176/13
indicate [3]  164/20 239/18 262/21
indicated [5]  46/23 47/4 206/4 229/10
 238/11
indicates [1]  231/12
indicating [4]  10/7 13/18 45/15 279/11
indicative [15]  135/19 229/21 233/5
 233/8 234/9 235/14 236/3 239/2 243/9
 260/24 263/20 265/14 269/11 270/15
 296/20
Indictment [2]  2/13 170/9
individual [8]  142/12 169/24 174/1
 227/20 246/17 274/15 282/4 282/16
individually [1]  227/2
individuals [8]  140/15 220/25 221/18
 222/9 237/7 237/10 237/12 282/18
Industries [1]  30/19
inference [1]  292/22
info [4]  271/3 278/25 279/6 286/14
information [23]  43/2 103/22 105/12
 170/9 200/7 216/20 218/2 222/17 228/15
 228/17 231/9 231/15 242/18 259/24
 267/23 271/15 279/8 287/22 290/1 292/1

 294/15 295/6 297/16
informed [2]  37/23 44/19
Inn [1]  7/10
infractions [2]  77/14 84/1
inhibition [1]  138/24
inhibitions [2]  139/1 140/4
initial [2]  12/8 115/9
initials [1]  67/19
initiated [1]  231/8
injured [1]  123/19
Inn [16]  101/2 101/3 101/3 101/5 101/14
 101/15 101/17 101/22 102/2 103/10
 103/15 109/20 112/15 112/19 113/13
 127/23
innocuous [1]  152/5
inquired [1]  123/11
inserted [1]  261/11
inside [11]  13/23 13/23 14/2 26/5 27/8
 40/24 91/7 91/9 91/10 110/25 214/6
insight [1]  214/5
inspect [4]  14/22 26/3 26/4 261/17
inspection [14]  6/5 6/11 9/22 10/25 11/20
 11/24 13/16 13/23 13/25 14/5 14/8 14/10
 20/9 20/23
install [6]  223/11 229/18 229/21 258/25
 296/18 296/20
installed [7]  215/22 220/15 220/20 287/4
 296/17 296/21 296/23
installs [2]  51/15 223/17
instance [6]  215/20 228/24 260/4 261/17
 262/18 263/15
instances [2]  136/9 158/5
instantaneous [1]  226/4
instead [3]  140/10 209/15 290/5
Institute [1]  28/18
instruct [1]  139/21
instruction [7]  66/11 128/20 134/2 201/19
 204/5 204/22 205/7
instructions [6]  203/24 204/2 205/15
 206/8 206/11 207/22
intend [2]  204/4 204/11
intended [2]  139/10 147/21
intending [1]  250/17
intends [1]  203/25
interact [3]  134/1 142/25 154/8
interest [21]  136/22 140/22 140/25 143/7
 150/11 159/9 159/19 159/21 160/7 160/9
 161/4 237/11 263/21 263/21 265/14
 268/12 268/12 271/1 279/12 279/25
 291/19
interested [9]  136/16 147/18 159/15
 159/22 159/23 161/6 219/20 219/21
 225/19
interesting [3]  147/14 208/8 301/22
interests [3]  138/23 179/20 179/23
interior [1]  8/20
Internet [44]  136/7 137/20 138/3 211/12
 221/11 221/20 222/8 222/16 236/12
 236/18 239/24 255/4 256/7 256/9 256/22
 256/24 257/6 257/9 257/16 257/17 258/3
 262/18 262/22 265/12 266/3 267/16
 267/19 267/20 269/8 269/23 272/7
 278/18 278/21 279/9 279/11 279/16
 291/14 291/24 292/4 293/7 295/1 297/7
 297/8 299/12
interpret [1]  285/23
interprets [1]  288/15
interrupt [2]  289/2 291/6
interrupting [1]  209/16
interstate [2]  8/12 185/1
interview [7]  158/21 199/16 199/19
 199/20 200/8 213/20 213/22
interviewed [3]  154/16 157/15 158/11

interviewer [2]  134/19 157/24
interviewing [3]  134/16 135/6 214/5
interviews [10]  134/17 134/21 137/13
 143/2 143/2 157/25 158/4 159/1 159/13
 199/13
intimidation [1]  39/21
investigate [1]  211/1
investigated [1]  295/2
investigating [3]  140/15 211/4 294/11
investigation [9]  131/17 198/22 199/8
 199/12 211/7 219/20 265/25 290/3 290/4
investigations [2]  211/18 212/13
investigative [2]  133/21 133/24
investigator [1]  140/14
invite [5]  41/19 60/6 60/15 65/10 118/12
invited [8]  41/21 60/17 61/3 65/6 65/13
 65/16 118/12 127/3
involve [2]  132/11 211/7
involved [3]  134/13 159/18 213/23
involving [3]  266/20 267/3 267/8
IRS [1]  212/2
is [806]
isn't [2]  257/2 288/23
isolating [2]  150/17 150/18
isolation [3]  150/19 150/19 151/1
issue [3]  2/5 157/6 157/7
issued [2]  9/13 19/3
issues [2]  146/1 146/16
issuing [1]  25/16
it [773]
it's [92]  2/8 5/11 10/17 14/9 14/9 20/6
 21/20 22/2 23/19 26/1 28/22 34/17 36/10
 54/7 54/9 58/15 58/21 58/22 61/23 62/4
 71/4 75/7 80/18 83/5 83/11 83/16 91/23
 96/11 99/6 101/9 102/1 102/20 113/20
 133/24 135/18 139/18 140/5 140/23
 145/7 151/24 151/25 153/9 154/8 157/5
 157/5 157/17 157/17 157/20 157/20
 157/22 158/6 159/12 159/15 165/23
 169/18 180/13 195/14 203/20 205/8
 209/19 212/16 214/12 217/22 219/6
 219/17 219/17 220/21 221/1 222/18
 227/16 234/19 256/9 258/17 260/20
 261/10 264/3 270/22 275/2 282/7 285/21
 286/5 288/2 288/2 290/11 290/16 290/22
 291/2 292/4 292/22 294/25 299/11
 300/10
item [5]  21/16 52/1 96/9 165/17 168/25
items [4]  166/14 166/21 222/25 223/1
its [5]  4/14 201/7 214/13 225/21 262/5
itself [7]  55/8 55/10 174/8 226/9 257/13
 264/22 295/19
IV [1]  1/7

**J**

jacket [3]  166/13 167/7 167/8
jail [1]  141/10
JAMES [4]  1/10 168/24 170/19 170/24
January [4]  164/21 183/17 240/21 241/13
January 12 [1]  241/13
January 17 [1]  164/21
January 19 [1]  183/17
Jeremiah [2]  115/20 126/10
jet [3]  132/19 132/20 132/21
JILL [3]  1/14 97/23 98/6
Jill's [1]  259/5
job [3]  5/18 22/18 131/23
jobs [2]  186/21 187/1
John [8]  29/22 29/23 29/24 29/24 50/4
 50/20 119/15 303/9
joining [2]  132/25 134/9
joke [3]  151/19 151/19 208/9
Jr [2]  50/20 303/9

**J**

judge [114] 1/10 2/15 2/24 3/15 3/22 4/2 18/10 20/12 22/6 23/21 24/20 25/5 25/20 27/22 29/15 32/10 34/4 34/16 36/3 45/20 49/2 49/24 52/7 54/21 54/23 59/6 59/17 61/8 65/18 65/24 66/9 69/14 71/17 71/21 74/20 78/8 78/18 79/19 82/16 87/23 87/24 91/23 92/2 92/5 97/8 102/4 104/3 104/5 116/18 116/22 121/9 127/21 128/9 128/16 129/19 130/1 130/16 130/23 161/11 161/13 161/13 161/15 170/10 170/14 177/12 184/20 191/6 194/21 196/13 197/9 199/22 200/5 200/23 201/9 202/8 202/23 203/8 204/12 204/18 207/13 208/4 208/19 209/6 231/25 235/19 241/1 243/2 244/10 246/7 249/25 250/12 250/14 250/17 250/25 251/8 251/10 258/8 263/3 267/10 271/23 273/21 273/23 280/8 281/9 283/3 286/3 286/10 290/11 297/25 298/15 299/25 300/17 301/17

judgment [1] 206/13

July [8] 1/9 5/23 41/16 41/25 43/16 264/16 265/7 289/13

July 15th [1] 5/23

July 18 [1] 289/13

July 2008 [1] 43/16

July 9 [1] 265/7

June [51] 41/16 41/17 78/16 82/7 82/7 92/9 92/9 194/16 241/8 245/13 247/1 247/8 248/1 248/2 248/4 248/4 248/10 253/13

June 10 [3] 248/1 248/4 248/10

June 11th [2] 248/2 248/4

June 2008 [1] 41/17

June 30 [1] 241/8

June 4 [1] 253/13

June 6 [2] 247/1 247/8

June 7 [1] 82/7

June 7th [1] 78/16

June/July [1] 41/16

jurors [1] 222/14

jury [51] 4/7 4/11 21/22 33/18 45/13 59/18 66/13 66/25 78/5 106/11 128/22 130/19 130/21 132/5 133/10 134/4 135/13 153/13 162/5 163/19 184/18 200/8 200/11 200/23 201/20 202/6 204/2 204/5 204/21 206/7 206/9 207/1 207/19 209/7 209/12 213/15 214/8 217/17 220/4 220/18 221/23 222/14 232/2 233/7 256/5 258/12 270/9 277/18 297/14 300/24 301/21

just [136] 2/6 2/10 18/1 18/8 20/11 20/25 23/16 23/22 25/13 26/16 30/11 32/4 33/15 34/8 37/15 38/14 40/25 44/19 45/14 45/15 47/12 47/19 47/19 48/18 49/13 49/14 50/11 52/19 59/7 59/15 60/16 60/24 64/24 68/19 70/11 70/20 79/12 87/23 92/1 94/13 94/15 97/10 103/6 106/11 112/22 119/5 121/22 122/11 123/23 123/25 130/11 131/6 132/24 132/24 141/9 141/18 147/20 147/23 149/10 151/9 151/10 152/2 152/17 153/18 154/8 155/10 157/8 158/19 160/14 161/19 161/25 163/1 167/2 170/6 171/2 171/16 175/1 180/18 187/6 195/14 195/22 200/2 201/14 202/20 205/18 208/18 210/4 211/12 215/18 218/3 218/25 219/7 220/9 220/18 224/12 227/5 228/18 231/4 232/3 232/7 232/10 232/18 232/25 233/7 236/21 238/2 240/18 240/23 245/6 247/21 248/4

**K**

K-O-L-E-R [1] 5/7

K.A.M [1] 67/20

K.M [8] 4/8 66/19 67/3 199/14 200/6 200/11 200/14 303/11

K.M.'s [1] 201/3

KDB [1] 233/9

keep [2] 11/25 103/23

keeping [2] 45/2 103/21

keeps [1] 163/16

kept [7] 38/7 103/9 103/14 163/4 187/9 190/5 190/7

key [4] 222/7 222/24 222/25 223/2

keypad [1] 179/7

kid [2] 66/5 151/4

kids [21] 60/16 60/17 60/19 61/2 63/8 65/11 65/12 66/6 70/5 118/16 118/18 119/16 144/24 145/15 146/4 148/21 148/22 149/1 161/1 211/14 223/15

kind [41] 9/12 18/18 26/14 39/21 46/1 46/4 46/19 64/15 68/14 72/24 83/17 89/16 93/13 112/5 112/5 131/6 138/3 138/4 138/20 138/23 138/24 140/4 147/12 150/13 151/16 151/20 154/1 158/23 161/19 172/11 173/1 178/21 190/13 194/24 201/21 201/25 206/13 255/21 266/18 268/25 281/19

king [4] 105/18 105/18 107/6 111/19

knees [1] 73/14

knew [10] 29/25 47/17 47/18 53/8 122/9 122/11 123/12 150/3 150/5 298/21

knock [1] 8/2

know [112] 7/21 8/5 8/5 9/20 10/19 11/14 11/22 12/1 12/2 12/6 15/23 19/21 23/23 27/2 29/5 29/25 30/2 33/16 38/22 40/17 42/17 47/19 53/3 55/24 57/1 57/9 58/20 58/21 60/17 60/18 61/23 65/10 65/13 65/14 65/15 68/5 68/9 68/24 69/1 69/20 77/3 81/23 84/18 84/19 103/22 111/16 116/7 116/9 116/25 117/2 117/10 117/17 117/20 120/2 121/12 124/12 125/17 128/5 140/20 141/21 144/5 144/10 144/10 144/11 144/11 144/12 144/15 144/17 145/5 145/10 145/13 145/16 145/19 147/9 150/6 152/2 152/7 157/9 177/2 178/8 178/18 179/7 180/25 182/1 182/10 187/7 187/17 190/3 190/15 191/13 191/16 206/4 206/14 206/20 212/17 233/17 233/18 234/2 237/17 254/24 260/6 260/7 263/24 265/7 267/22 268/24 270/18 282/18 282/21 292/11 299/1 299/10

knowingly [1] 2/11

knowledge [7] 103/20 135/5 163/13 190/1 194/13 211/20 211/21

known [2] 120/6 236/6

knows [1] 236/11

Koler [5] 4/10 4/15 5/7 16/13 303/3

KOSTER [3] 1/14 97/23 98/7

Kyle [35] 3/24 3/25 3/25 60/17 65/11 67/16 67/17 68/3 71/2 88/3 97/13 115/20 116/2 118/12 118/17 118/22 119/17 119/18 120/1 120/8 120/14 121/3 122/16 123/5 123/8 125/1 126/4 127/3 127/10 127/13 127/16 128/2 199/14 199/16 199/19

**L**

labeled [3] 157/3 251/25 290/22

Lace [4] 14/13 35/17 35/17 35/17

lack [1] 10/17

ladies [5] 62/24 63/4 63/9 209/13 300/19

lading [6] 9/20 9/23 246/21 247/4 247/13 247/19

lady [1] 92/20

laid [1] 111/10

Lake [6] 5/9 115/12 124/21 124/22 125/22 127/1

lamps [3] 12/21 12/22 12/23

Lana [1] 199/3

lane [3] 168/11 168/13 168/16

laptop [25] 39/22 39/25 40/22 41/1 41/3 47/4 49/6 178/22 179/5 191/10 214/12 214/18 216/11 216/14 217/9 217/10 249/13 251/16 270/13 271/19 285/9 287/8 290/18 294/21 299/20

laptops [1] 49/10

large [9] 18/4 36/10 148/8 230/6 240/21 244/4 245/22 251/18 254/22

larger [1] 32/8 32/11 32/17

lascivious [1] 135/15

laser [31] 55/14 55/16 55/19 55/20 62/1 62/5 64/19 76/22 78/25 79/6 79/7 80/9 81/5 81/6 172/11 173/5 173/7 173/9 173/23 174/3 174/7 174/9 184/5 184/7 184/8 184/11 185/22 195/5 195/19 195/23 195/25

last [36] 5/5 28/14 30/9 32/16 44/21 50/19 55/24 100/19 109/12 115/9 129/1 129/5 129/19 131/14 162/4 171/16 171/17 176/10 186/8 186/11 190/10 194/13 198/5 201/21 206/9 210/11 247/21 258/19 258/20 273/5 288/20 288/21 289/3 289/5 289/6 293/12

late [5] 52/18 52/18 58/1 126/20 176/25

later [11] 20/24 45/6 70/14 73/7 87/9 94/20 95/11 126/23 188/21 205/10 284/21

laughing [1] 73/16

law [31] 18/14 133/1 133/5 133/5 145/7 157/16 157/24 198/11 198/20 199/6 200/9 200/10 201/4 202/15 205/2 212/4 212/14 227/9 227/12 227/19 228/10 228/14 228/24 236/9 236/11 236/18 237/21 238/17 294/10 295/2 301/4

laws [1] 5/18

lay [1] 111/12

layout [6] 110/20 111/13 111/14 111/15 112/6 112/7

lead [1] 134/19

leaders [1] 149/16

leading [2] 133/19 134/1

leads [1] 150/19

lean [10] 4/24 28/9 50/11 67/10 100/11 115/4 131/7 161/25 176/5 210/4

learn [5] 37/12 37/14 117/23 118/9 135/5

learned [2] 46/23 117/14

learning [4] 135/1 151/21 151/21 295/1

least [8] 122/12 141/12 142/11 203/25 222/12 228/5 281/4 297/19

leave [3] 39/11 44/3 189/21

leery [1] 149/19

left [19] 13/11 42/24 44/24 45/7 81/21 83/6 83/14 84/7 86/21 104/18 111/1 114/24 117/17 119/8 131/1 161/20 175/24 190/17 209/21

left-hand [3] 83/14 84/7 111/1

length [3] 198/20 237/22 283/24

lengthy [1] 297/6

**L**

less [4] 57/3 155/17 157/1 158/14
159/[46] 159/25 160/20 160/24
47/11 52/4 63/3 65/15 69/11 81/8 94/14
102/15 106/11 107/25 108/17 109/3
116/15 123/16 150/7 162/23 165/17
177/9 184/8 191/18 215/5 217/1 218/3
218/4 230/16 231/4 235/2 236/8 240/8
243/19 250/6 253/20 253/25 255/14
255/15 258/23 263/23 264/9 272/16
274/12 277/4 289/22 291/1
let's [12] 66/24 96/8 170/6 218/25 221/1
222/5 222/9 224/3 233/7 256/18 268/17
294/4
letter [9] 129/13 189/9 189/10 192/16
192/19 194/12 196/17 196/20 197/13
level [6] 14/5 14/8 14/9 22/20 23/19
25/14
level-three [1] 14/8
levels [1] 137/11
lever [1] 172/9
liability [2] 164/3 180/13
license [7] 11/16 11/18 11/25 12/3 14/19
275/20 276/1
licensed [2] 14/13 38/6
licenses [1] 14/11
lied [1] 197/12
life [2] 51/1 160/23
light [1] 9/15
lighting [1] 13/2
lights [5] 12/20 12/24 13/1 13/4 13/5
like [160] 7/11 7/18 9/25 10/5 10/7 10/7
12/20 13/5 13/6 13/7 13/10 15/1 15/2
15/5 18/2 18/5 18/9 20/10 25/2 25/13
26/21 30/9 31/6 33/2 33/2 33/2 33/9
33/14 34/2 34/11 34/18 35/20 35/25 36/5
41/8 43/8 48/20 54/6 55/12 55/19 56/19
58/8 58/15 58/23 61/16 67/25 68/15
68/18 68/19 68/20 69/10 71/14 75/3
75/19 76/13 76/21 77/19 78/4 79/11
79/17 79/24 80/3 80/6 80/8 80/13 80/15
80/24 82/13 85/12 94/20 97/14 98/2
100/25 104/23 106/1 110/25 111/20
114/7 115/23 119/15 128/17 132/24
133/12 136/7 137/4 138/1 138/3 138/3
138/4 138/20 139/22 140/3 146/11 147/2
147/6 153/20 155/25 156/1 158/10
159/25 163/18 167/6 172/5 173/17
177/25 180/6 181/16 183/23 183/24
183/25 185/11 185/14 185/20 190/14
190/21 191/2 194/24 195/3 196/10
201/21 206/4 207/20 214/17 216/23
222/9 222/18 223/7 226/17 227/16
227/24 229/9 234/7 235/7 240/19 240/21
243/22 245/24 246/21 247/15 254/5
258/17 260/19 261/6 262/4 265/19
269/17 272/13 272/18 274/6 274/19
280/20 281/19 282/5 282/9 282/16
288/18 299/2 299/3 299/3 299/17
likely [16] 11/6 11/15 18/25 24/16 145/8
146/4 155/17 157/2 158/14 171/11 203/4
203/16 203/18 222/12 269/16 299/15
lime [1] 296/4
LimeWire [52] 40/16 40/17 47/10 47/11
47/13 47/18 202/6 220/15 220/18 220/19
220/24 221/14 221/22 222/2 222/10
222/17 223/4 223/6 223/11 223/24
225/25 227/2 227/9 227/13 227/21
228/11 229/1 229/4 229/13 229/15
229/16 229/17 229/22 231/19 242/12
242/13 242/15 242/21 277/20 284/16
284/19 286/14 286/14 286/20 287/1

295/11 295/14 296/15 296/18 296/19
296/21 296/22
Limewire-related [1] 229/16
Limewire.props [1] 229/17
limine [1] 66/21
limit [3] 128/1 214/1 257/14
limited [1] 222/19
line [8] 5/25 14/9 51/12 164/6 166/11
168/16 285/1 290/1
linen [3] 111/23 111/24 111/25
lines [2] 59/15 265/18
link [11] 269/5 269/6 286/23 295/14
295/16 295/18 295/24 296/10 296/12
296/16 296/19
linked [1] 295/23
links [2] 264/4 269/1
list [27] 109/5 222/24 223/1 223/2 224/7
224/12 224/14 224/16 224/20 224/24
225/14 225/18 230/25 235/7 235/13
236/2 238/24 240/14 240/24 242/14
257/5 260/10 267/18 268/10 285/5 292/2
292/8
listed [14] 7/11 129/5 232/7 235/10 240/1
247/4 247/10 247/22 266/4 275/11
275/11 275/25 287/14 289/10
listening [3] 150/23 150/24 150/25
listing [1] 284/18
lists [3] 231/1 231/1 238/14
lit [1] 12/25
literature [2] 140/18 158/4
little [27] 22/2 47/12 47/20 58/15 70/14
78/13 80/7 81/18 89/24 92/9 94/10
102/14 147/22 151/18 165/17 185/18
196/17 201/17 221/1 225/16 228/18
244/4 245/1 253/4 259/12 284/11 292/10
live [11] 5/8 28/17 48/12 67/21 100/22
100/23 115/11 121/24 162/7 176/12
178/16
lived [6] 48/11 50/25 56/7 96/4 100/24
194/7
living [9] 56/5 66/21 101/1 112/17 178/4
178/6 178/8 178/14 178/18
load [2] 28/20 221/2
loaded [3] 38/7 38/15 77/3
loads [1] 28/22
local [3] 28/22 199/6 212/14
locally [1] 212/11
located [7] 15/20 31/16 132/15 216/19
244/24 246/3 285/15
location [12] 7/23 17/13 17/15 31/16
219/4 228/5 231/2 260/20 262/23 263/14
267/20 295/23
locations [2] 285/15 299/17
lodging [5] 105/21 105/22 105/24 106/3
106/5
log [7] 11/16 11/18 14/12 14/15 15/7 15/9
293/7
log-in [1] 293/7
logged [1] 223/13
logistics [1] 176/21
Lolita [1] 236/5
long [49] 5/15 16/19 24/8 31/11 42/22
46/14 50/25 51/18 68/22 85/20 89/5
100/24 117/20 117/23 132/12 133/7
154/6 154/7 154/11 157/25 158/1 166/4
174/23 178/16 187/9 198/9 198/18
202/12 202/13 206/19 206/20 206/21
207/23 210/22 211/4 211/10 219/12
232/6 233/4 238/1 249/17 250/24 269/14
269/16 274/9 301/1 301/5 301/9 301/15
long-term [2] 154/6 154/7
longer [6] 106/15 108/11 110/9 119/21
266/17 300/13

look [55] 14/11 15/2 19/21 21/25 25/8
33/9 33/13 33/14 40/20 51/23 54/6 69/3
79/17 80/3 80/5 80/13 82/1 103/1 116/11
132/16 133/7 133/10 136/3 138/20 139/2
142/8 144/13 144/13 144/14 146/16
147/11 150/13 163/1 170/6 172/5 178/24
181/5 185/11 185/14 212/17 215/18
215/20 215/21 219/15 223/7 224/3
225/18 240/7 243/12 247/15 261/22
279/14 280/20 282/1 289/11 289/18
looked [15] 20/21 35/19 58/8 58/23 76/21
77/19 79/11 80/23 98/2 183/23 190/14
226/23 234/13 243/22 262/8
looking [41] 6/2 14/17 46/12 58/18 68/3
72/4 76/17 97/17 133/20 133/22 133/22
133/23 133/23 138/7 141/2 141/7 142/7
145/22 145/23 145/24 146/20 146/25
152/6 152/13 158/12 158/12 160/20
169/20 214/2 219/7 222/1 224/17 224/18
237/12 237/14 245/6 256/17 264/7
273/21 289/4 299/7
looks [27] 7/11 9/25 15/1 15/5 25/13
55/12 61/16 80/15 132/24 167/6 181/16
185/20 191/2 235/7 240/19 245/24
246/21 254/5 269/17 272/13 272/18
274/5 274/19 281/19 282/4 282/9 282/16
Loon [1] 5/9
lose [1] 156/13
losing [2] 156/9 156/13
lost [1] 295/2
lot [35] 8/2 9/2 9/7 10/17 11/16 12/25
13/3 13/19 13/21 16/22 17/1 17/18 24/21
34/21 70/5 72/6 95/25 96/1 96/6 135/23
136/9 149/6 203/1 213/17 219/17 223/8
234/3 234/4 236/7 238/10 238/11 254/25
261/2 266/23 284/5
loud [1] 88/18
louder [2] 89/24 94/10
love [5] 83/18 96/13 96/15 96/20 147/16
loves [1] 230/14
low [1] 111/18
lower [1] 140/3
lowers [1] 138/24
lubricant [1] 41/6
Lucie [4] 207/9 210/16 216/5 282/7
Luger [1] 46/12
Luger-looking [1] 46/12
lunch [3] 128/19 128/21 130/3

**M**

M-16 [5] 56/19 56/25 57/1 62/18 62/19
M16's [1] 166/15
ma'am [5] 122/4 122/5 174/22 175/3
278/3
machine [9] 57/4 57/9 165/19 165/20
166/16 166/19 282/5 282/17 289/4
machines [2] 166/23 256/8
made [14] 39/9 44/18 103/9 103/14
108/20 109/25 110/3 148/20 156/19
161/6 182/12 206/1 215/18 239/21
magazine [1] 172/9
mail [1] 269/9
main [2] 142/20 256/7
maintain [1] 142/23
maintained [4] 113/23 114/2 163/12
175/10
majority [4] 62/23 240/22 241/7 264/4
make [45] 6/16 7/23 11/10 11/11 12/3
14/12 14/14 14/15 14/19 20/9 24/2 44/4
58/24 86/3 98/2 109/24 110/1 110/2
146/7 148/4 148/11 148/13 149/22
153/20 155/22 156/23 157/19 157/22
158/13 164/15 188/20 189/7 205/17

US2ID9308 Case 248P-2517-DDos-Jucament-153 filed 07/26/10-58 Page 323 of 340

# M

make... [12] 205/18 215/2 215/12 215/15
217/23 220/3 245/7 248/8 251/9 294/6
296/15 299/16
makes [4] 49/7 80/8 195/11 205/20
making [3] 157/25 169/25 267/7
male [3] 157/1 157/7 270/20
males [7] 157/1 157/9 158/14 266/19
266/20 266/21 267/9
man [8] 24/17 29/5 42/8 42/10 68/24
92/17 188/12 254/14
manage [2] 101/2 101/5
manager [5] 112/15 112/18 112/20
162/10 174/21
manipulate [1] 285/21
manned [1] 6/3
manufacture [1] 200/15
manufactured [1] 184/24
many [34] 16/24 29/3 31/5 48/17 48/19
49/9 57/15 57/24 62/24 63/6 63/9 63/14
75/8 95/24 115/17 121/15 128/25 129/5
134/17 135/19 138/2 176/18 186/5 186/7
193/25 199/10 203/9 212/8 222/14
237/15 241/1 256/12 267/2 299/11
map [1] 3/2
March [2] 186/10 186/10
mark [1] 34/20
marked [51] 2/19 7/3 12/11 32/23 33/6
54/15 54/25 70/18 75/1 77/16 80/12
81/24 82/18 91/22 102/5 104/9 115/21
162/20 178/23 180/4 182/20 183/13
190/20 199/18 217/1 218/2 218/2 234/24
235/21 239/9 243/4 243/15 244/15
245/18 246/9 258/10 263/5 265/20
266/10 268/5 269/19 270/7 271/25
273/25 277/7 280/10 281/11 283/20
286/17 290/10 291/13
married [6] 28/24 51/2 51/16 51/18
160/25 176/14
marries [1] 160/12
Marriott [1] 42/2
Martin [1] 210/14
Master's [1] 134/5
masturbatory [1] 137/23
match [1] 150/14
material [6] 136/8 138/17 241/16 241/25
270/16 294/12
Matt [8] 97/23 98/6 129/7 129/9 188/11
189/4 192/7 197/21
matter [4] 24/10 174/25 277/12 302/3
Matthew [2] 198/6 304/3
maximum [1] 257/23
may [76] 4/14 8/6 21/6 21/23 27/25 29/12
35/8 35/9 50/2 54/12 59/3 59/5 66/10
92/2 99/25 114/17 128/12 138/22 139/24
140/10 142/20 146/12 147/11 147/11
148/9 148/9 148/10 148/12 152/5 155/6
155/8 155/9 155/19 155/21 155/21
155/23 155/25 155/25 156/1 157/3 157/6
157/7 157/10 159/5 160/8 161/10 161/11
161/12 161/16 162/21 163/22 175/21
180/9 194/20 197/19 199/23 203/3
204/18 209/8 213/21 213/25 214/2
215/22 217/3 217/4 234/13 248/6 249/25
251/1 271/5 273/7 278/14 280/13 285/2
290/11 300/18
maybe [17] 60/21 62/23 113/7 113/8
117/13 121/17 126/18 147/10 151/17
160/11 191/24 203/13 203/13 207/11
213/17 218/4 240/8
McDonald's [2] 74/17 74/21
McGRATH [1] 1/14

me [148] 4/22 9/8 12/11 12/12 14/24
16/17 20/11 21/5 25/10 25/11 28/8 30/12
33/13 33/14 33/16 37/23 38/14 38/20
40/17 40/22 44/9 47/17 50/10 55/11 56/8
61/15 61/21 63/3 65/15 67/9 68/4 68/19
69/24 71/17 71/18 73/3 76/24 79/17 84/8
84/25 85/3 86/16 88/10 90/6 90/7 90/8
90/25 95/13 96/1 96/24 99/8 100/9
102/15 104/5 106/11 107/25 108/17
109/3 115/2 115/19 116/1 120/18 120/24
122/21 123/16 123/16 125/20 127/10
127/10 127/12 127/13 127/24 130/13
131/5 131/21 138/22 139/25 150/8
158/21 159/23 160/22 161/23 163/1
164/1 165/17 166/22 167/15 169/19
172/25 173/21 176/3 177/23 178/25
182/2 182/9 184/8 189/18 191/24 192/21
193/3 193/5 194/18 198/1 208/18 208/22
215/5 217/1 218/3 218/4 220/6 224/10
224/10 224/10 230/16 231/4 232/14
235/2 236/8 240/8 241/11 243/19 244/10
249/2 250/6 250/8 252/6 253/10 253/20
253/25 254/25 255/14 255/15 257/13
258/23 263/23 266/24 272/17 273/21
274/12 277/4 278/11 283/13 284/8 285/7
289/14 289/22 291/1 298/12 298/21
mean [54] 8/15 10/2 15/11 19/20 22/18
24/7 24/8 27/4 27/7 27/7 27/13 34/24
53/8 55/10 57/11 58/9 58/21 60/16 61/24
72/16 88/9 105/20 106/9 107/2 107/16
107/22 108/7 108/9 109/19 118/7 122/4
122/5 160/8 165/4 168/12 169/3 169/9
171/3 171/9 187/17 208/23 209/2 212/18
212/19 219/6 228/7 229/15 231/6 237/2
241/18 290/2 290/23 292/12 293/1
meaning [2] 229/6 258/19
means [15] 9/21 15/12 96/1 105/22
109/13 109/16 153/14 165/5 169/4 171/5
213/15 226/24 288/2 290/24 291/8
meant [1] 274/18
mechanism [1] 195/11
media [4] 230/9 288/1 288/4 288/5
medical [2] 14/11 15/3
medically [1] 172/8
medium [1] 172/8
medium-framed [1] 172/8
meet [6] 37/18 51/20 56/1 117/12 160/25
177/15
meeting [1] 193/11
meetings [1] 200/15
member [2] 133/16 259/9
members [4] 62/22 62/23 134/1 145/20
memorize [1] 269/14
memory [4] 18/7 99/9 283/13 293/14
mentioned [3] 30/10 146/21 151/4
menu [1] 295/20
Merrillville [1] 101/4
messed [1] 157/5
met [5] 52/14 56/4 117/11 119/8 189/2
metal [4] 91/20 166/13 167/7 167/8
methodology [1] 158/21
methods [2] 152/9 285/17
MGEB27 [1] 167/20
mic [2] 19/13 115/4
microphone [14] 4/25 28/10 50/12 50/13
67/11 94/11 100/11 100/12 100/13 131/7
162/1 176/6 210/4 210/6
midafternoon [1] 201/18
middle [3] 83/19 83/19 252/3
Midland [1] 176/13
midst [1] 161/7
Midwest [11] 162/12 162/12 163/4
163/15 165/21 169/15 174/21 174/25

175/13 180/3 180/16
might [21] 23/21 23/21 57/1 62/3 62/19
111/18 111/19 147/5 151/6 154/2 203/11
205/14 233/8 240/9 258/13 260/2 260/3
275/18 284/13 287/17 299/18
miles [2] 5/11 210/19
milk [2] 268/15 270/18
milkboys.org [2] 267/4 279/17
mind [3] 152/16 152/17 240/7
Minds [2] 132/17 132/19
mindset [1] 143/3
mine [2] 181/9 183/5
minimal [1] 8/24
minor [3] 134/7 135/15 135/16
minors [1] 140/16
minute [5] 66/11 161/14 201/18 232/3
277/19
minutes [20] 19/25 42/23 66/12 85/21
89/7 114/20 127/25 127/25 127/25 128/1
128/19 128/20 202/14 205/20 207/23
208/3 250/25 278/5 301/10 301/16
mirror [3] 136/15 215/9 215/15
Mishawaka [1] 162/14
missed [5] 8/6 12/2 25/13 34/7 287/17
misspoke [1] 34/5
Misstates [1] 298/5
mistake [1] 174/25
mistaking [1] 19/5
model [10] 55/12 58/24 61/18 61/20
61/22 61/23 61/25 64/18 191/16 214/13
models [1] 172/13
modified [2] 288/17 288/18
molded [1] 55/19
mom [10] 87/13 94/18 94/25 95/2 95/11
95/16 95/18 95/22 118/13 160/17
moment [19] 30/8 45/9 51/23 65/18 81/2
87/20 87/24 97/10 114/13 121/12 159/5
161/11 172/21 175/17 197/9 201/14
249/24 273/22 289/11
moments [1] 192/14
money [3] 196/2 196/5 282/9
month [7] 41/16 94/20 95/18 194/13
211/23 212/2 212/3
months [7] 5/16 31/12 31/19 43/17 45/24
87/9 189/23
MOODY [1] 1/10
Moore [3] 3/24 3/25 4/1
more [56] 4/5 16/8 17/5 22/2 24/20 24/25
25/3 26/7 45/18 49/17 57/13 57/16 64/22
73/4 81/18 87/20 99/2 102/14 103/13
113/25 121/7 128/25 129/5 133/13 137/2
146/4 149/19 150/22 151/2 151/18 154/8
167/2 170/11 170/14 174/15 191/4 191/9
197/7 200/22 211/13 212/16 216/9 219/3
219/3 227/2 230/6 241/24 264/25 265/10
265/17 277/9 278/3 288/21 296/15
301/11
morning [19] 4/12 4/13 5/3 5/4 84/20
84/21 86/17 94/6 100/16 118/24 123/4
123/5 123/8 123/20 123/22 207/16
207/17 207/22 300/23
most [38] 6/13 11/6 11/15 16/4 17/10
17/16 18/25 23/11 23/12 23/14 24/16
80/23 142/3 142/4 142/10 145/1 145/8
155/11 155/12 159/17 171/11 202/23
203/10 222/11 223/9 240/17 242/11
242/14 261/7 265/13 267/18 269/16
287/4 290/24 291/3 291/4 299/15 301/16
most-recent [1] 267/18
mostly [1] 75/19
motel [1] 48/12
mother [2] 117/2 117/4
motion [3] 26/21 66/21 207/19

# M

motions [1] 206/12
motivation [1] 182/6
motor [9] 5/19 6/4 6/9 15/5 15/12 15/16
176/25 177/16 177/17
motorcycle [7] 45/1 45/2 45/6 190/5
190/7 253/3 253/7
motorcycles [1] 179/24
mounds [1] 10/18
mount [1] 10/21
mounted [1] 10/6
move [23] 4/23 25/25 28/9 32/13 35/25
50/11 50/13 56/4 100/10 115/3 131/6
151/17 154/3 161/25 176/4 199/20
209/25 210/6 210/7 210/8 280/3 288/9
300/9
moved [2] 26/24 223/23
movement [3] 26/18 27/1 27/3
movements [2] 27/18
moves [19] 54/18 103/25 201/12 231/22
235/16 239/5 242/25 244/8 246/5 249/20
258/6 262/25 266/6 268/1 270/3 271/21
273/19 281/6 300/8
movie [6] 224/8 226/1 226/2 226/7 231/6
231/6
movies [4] 122/24 226/1 230/9 230/10
moving [3] 32/12 85/15 200/12
Mr [2] 104/12 112/13
Mr. [46] 27/18 33/15 35/15 35/20 36/11
36/15 38/21 38/24 39/4 39/8 42/25 45/23
45/23 46/2 46/5 46/8 46/24 47/10 55/5
61/11 61/17 62/13 65/22 71/17 100/16
102/9 113/1 113/4 113/12 113/15 114/5
114/9 118/7 164/20 171/21 174/20
177/21 181/20 185/7 187/18 191/9 191/9
192/23 194/18 194/25 243/24
Mr. Owen [5] 171/21 187/18 191/9
194/18 194/25
Mr. Podgorski [1] 45/23
Mr. Resnick [34] 27/18 33/15 35/15
35/20 36/11 36/15 38/21 39/4 39/8 42/25
45/23 46/2 46/5 46/8 46/24 47/10 61/17
62/13 65/22 71/17 113/1 113/4 113/12
113/15 114/5 114/9 118/7 164/20 177/21
181/20 185/7 191/9 192/23 243/24
Mr. Resnick's [1] 38/24
Mr. Rigsby [1] 174/20
Mr. Savia [2] 55/5 61/11
Mr. Singh [2] 100/16 102/9
Ms [2] 98/6 104/6
much [16] 8/20 14/17 14/20 31/13 135/17
135/21 158/14 182/17 187/24 202/22
257/17 257/20 277/9 278/3 301/1
301/18
multiple [16] 7/11 31/25 32/1 32/4 32/6
32/25 33/15 43/14 48/16 102/19 181/19
181/23 213/24 213/25 241/15 259/8
Muncie [2] 133/3 134/6
must [1] 153/24
mutual [2] 29/20 29/21
my [100] 5/18 7/2 7/25 17/10 17/16 18/7
30/9 41/16 43/14 43/16 43/21 44/19 45/1
51/1 60/16 60/17 63/8 66/6 66/21 68/13
69/24 73/3 73/14 76/24 85/3 85/3 87/13
100/18 104/5 110/6 110/24 111/19 113/7
113/9 114/23 116/2 117/7 122/21 123/16
126/10 126/17 131/1 132/9 137/9 144/2
144/2 149/17 157/17 157/18 157/22
159/12 159/15 161/20 174/25 175/24
181/12 187/10 187/17 188/1 188/4 188/4
190/17 194/13 200/18 200/19 201/24
202/2 204/21 206/21 207/11 209/21

211/14 211/21 211/25 214/16 214/16
214/18 215/3 223/16 232/12 232/14
240/7 240/23 244/23 244/24 246/1 246/3
246/22 260/16 280/5 284/11 284/21
284/25 285/3 288/15 290/3 292/5 293/14
294/19 299/3
My king [1] 111/19

# N

naked [1] 266/15
name [85] 5/5 5/5 16/14 28/14 28/14
50/19 50/19 51/4 51/20 55/24 56/12
61/11 67/15 89/12 100/16 100/18 100/19
104/22 105/8 115/7 117/2 117/4 117/4
118/3 131/14 131/14 162/4 162/4 164/12
164/16 165/12 165/14 168/23 176/10
176/10 180/19 180/23 181/6 181/8
182/21 183/3 187/17 190/8 190/10 198/5
198/5 210/11 210/11 222/3 222/5 225/2
226/16 226/18 226/22 226/24 231/1
232/18 235/12 236/7 243/24 244/3
246/15 246/17 246/19 247/16 252/17
252/18 253/9 259/2 259/3 259/4 259/5
259/21 260/2 260/5 262/14 262/21
274/15 274/17 274/25 275/15 275/25
285/2 293/6 299/3
named [9] 29/5 30/5 51/16 53/19 68/9
68/24 70/12 116/25 260/8
names [10] 30/2 30/10 30/12 44/12
115/19 224/24 237/4 268/23 269/14
293/5
narrative [1] 14/6
narrows [1] 255/21
National [1] 132/8
natural [3] 139/19 153/7 153/18
nature [4] 26/13 230/6 234/7 266/18
near [5] 5/10 83/9 103/17 164/18 210/16
necessarily [2] 160/8 296/17
need [14] 3/4 4/5 28/3 67/4 100/3 103/1
148/2 157/18 161/14 210/6 277/9 277/12
278/3 301/18
needed [4] 23/23 150/14 160/17 193/10
neglected [1] 278/17
neon [1] 13/7
net [6] 255/2 255/3 262/12 272/11
291/17 295/4
network [4] 150/21 221/11 221/14 221/19
never [18] 14/21 46/13 47/2 99/8 123/9
123/11 158/3 158/5 158/17 158/19
158/20 159/3 191/21 196/23 196/23
208/6 208/9 228/25
new [7] 111/19 111/21 111/23 111/24
111/25 174/9 288/10
newborns [1] 137/10
newer [1] 296/2
news [1] 126/18
next [51] 4/14 4/22 11/19 13/9 27/25 28/8
28/23 50/3 50/10 66/18 67/2 67/9 73/21
79/9 86/17 92/20 99/25 100/9 115/2
121/24 123/4 123/5 123/8 123/19 123/22
128/14 128/16 128/23 130/17 130/22
131/5 161/16 161/23 166/11 166/24
167/5 167/14 167/25 167/25 168/20
169/23 175/21 176/3 197/19 198/1 202/2
206/21 209/19 209/19 247/23 265/6
nice [7] 34/20 128/21 143/23 148/17
153/23 153/24 153/25
Nicole [15] 30/3 30/6 60/18 65/11 117/5
117/10 119/4 123/12 123/14 123/17
127/6 127/8 127/13 127/13 127/17
Nicole's [6] 117/15 119/1 119/2 121/22
121/23 121/25
nifty [3] 270/22 270/22 272/25

nifty.org [3] 267/1 267/1 267/2
night [32] 5/23 6/1 6/19 7/12 11/17 12/19
24/18 24/18 80/19 83/11 83/17 100/9
107/2 107/12 107/16 107/22 108/6
108/19 108/24 119/19 120/4 120/11
123/2 169/2 169/9 206/10
nights [1] 126/16
nighttime [1] 73/7
nine [11] 5/16 42/11 43/17 44/15 133/4
171/16 177/1 232/5 248/14 300/23
301/22
Nine o'clock [2] 300/23 301/22
NK [1] 105/17
no [282] 3/15 3/22 4/2 4/6 4/9 10/1 14/23
15/6 16/8 17/1 17/1 17/4 18/7 18/8 18/10
19/5 19/6 23/6 23/14 25/13 25/20 26/2
26/6 26/7 27/11 27/19 27/21 28/25 29/15
34/16 36/3 37/11 38/9 38/9 39/14 40/1
40/6 40/8 40/11 41/14 42/4 42/16 42/18
42/21 43/1 43/4 45/5 45/18 46/9 46/16
47/3 47/8 47/24 48/5 48/7 48/9 48/11
49/2 49/17 50/1 52/7 53/12 53/21 54/23
54/25 55/25 57/11 59/2 59/24 60/3 61/5
61/24 62/5 62/6 62/6 63/24 64/11 64/23
65/17 65/24 66/4 66/9 69/14 70/7 70/11
71/21 72/19 72/21 74/11 75/15 75/19
75/25 77/4 78/18 78/24 80/4 80/14 80/20
81/10 82/16 82/18 85/9 85/11 85/25 86/8
86/10 86/12 86/23 87/3 87/20 88/17
89/13 89/19 90/12 91/16 91/21 92/25
93/2 93/14 94/5 96/17 97/8 97/21 97/25
98/3 98/12 98/21 99/2 99/22 99/24 102/1
102/10 104/3 104/7 104/9 106/2 108/6
110/9 111/12 112/3 113/18 116/21 118/4
118/21 119/20 119/22 119/24 120/5
120/7 120/9 120/13 121/2 121/7 123/12
123/12 123/21 124/1 124/9 124/16
124/25 125/3 125/5 125/6 125/25 126/1
126/3 126/12 126/17 128/6 128/8 128/9
128/11 128/16 128/18 135/20 139/15
144/21 145/3 148/24 161/14 163/21
168/11 168/13 173/14 174/15 175/3
175/17 175/20 176/15 177/12 179/18
184/20 184/23 185/13 186/20 189/20
191/4 191/17 191/17 191/19 192/3
193/13 195/10 196/6 196/9 197/3 197/7
197/18 202/1 203/13 203/17 204/12
207/17 212/20 227/15 231/8 231/25
235/19 235/21 239/7 239/9 239/25 240/8
241/1 243/4 243/20 244/13 244/15 245/4
246/7 246/9 248/7 250/12 251/10 255/17
257/1 257/4 258/8 258/10 259/23 259/25
262/14 263/3 263/5 264/22 264/24 266/8
266/10 266/17 268/3 268/5 270/5 270/7
271/23 271/25 273/23 273/25 280/8
280/10 281/11 282/20 282/22 284/4
284/10 286/8 289/3 289/24 289/24 291/1
291/1 291/4 291/7 291/8 291/8 291/10
291/15 291/16 293/15 293/18 293/22
297/22 300/17
No. [16] 8/12 21/19 35/23 105/11 109/9
109/22 110/19 110/24 111/18 130/9
172/16 185/4 283/21 284/16 290/10
291/13
No. 1 [2] 8/12 111/18
No. 10 [2] 172/16 185/4
No. 106 [5] 105/11 109/9 109/22 110/19
110/24
No. 12 [1] 290/10
No. 14 [1] 291/13
No. 16 [1] 283/21
No. 4 [1] 130/9

**N**

No. 57 [1] 21/19
No. 6 [1] 33/23
No. 89 [1] 284/16
nobody [4] 148/5 148/16 148/20 158/23
non [2] 292/6 292/7
non-child [2] 292/6 292/7
None [4] 116/18 116/22 125/6 243/2
nonsmoking [2] 105/18 107/6
noon [2] 128/19 301/22
norm [2] 136/22 136/25
normal [5] 151/25 152/14 157/13 159/9
  168/16
normalize [1] 149/3
normalizes [1] 151/16
normally [4] 113/23 114/2 163/16 260/19
north [2] 5/11 210/19
NORTHERN [1] 1/1
Northwest [1] 50/25
not [194] 2/15 9/16 9/17 10/12 12/10
  14/1 14/15 14/17 15/1 15/2 15/16 18/7
  20/6 21/4 21/16 23/21 27/11 32/12 32/20
  33/8 34/1 34/4 35/4 36/15 38/8 38/9 40/4
  42/18 42/21 44/25 46/16 47/3 47/7 47/8
  47/24 48/5 49/7 53/5 53/13 57/1 57/11
  62/3 62/23 63/23 64/11 65/14 70/2 70/22
  75/15 76/18 76/20 77/21 77/24 81/25
  86/14 87/18 90/6 90/8 93/2 101/18 102/5
  104/5 109/22 111/23 112/1 112/3 114/7
  116/10 117/11 117/20 117/23 118/4
  120/2 122/18 128/14 132/22 137/23
  139/13 139/18 142/15 142/19 142/22
  143/13 143/21 144/21 145/20 146/18
  146/23 147/1 147/23 148/13 150/7
  150/11 150/23 151/1 152/17 153/1
  153/20 154/8 154/13 155/8 155/19 156/1
  156/5 156/16 156/16 157/3 157/6 157/7
  157/17 157/20 158/13 159/25 160/6
  160/8 160/14 170/3 173/3 174/24 175/4
  175/5 179/9 181/19 182/1 184/24 188/19
  190/3 190/10 191/24 192/15 195/14
  195/21 196/4 196/9 200/18 200/20 201/1
  202/8 204/22 205/1 205/9 205/14 205/24
  206/21 209/10 214/3 219/6 227/5 227/13
  228/13 230/18 232/24 233/1 233/8
  236/20 238/21 241/2 241/18 242/6 248/9
  248/25 250/17 258/17 260/2 261/5 262/5
  267/11 268/19 268/22 271/6 272/11
  272/19 280/5 280/12 284/19 286/4 286/5
  288/21 291/25 292/1 292/15 292/21
  294/2 294/7 294/24 295/4 295/7 296/17
  297/21 298/23 299/18 299/20 300/21
  301/11
note [6] 147/16 226/13 249/1 266/4
  278/18 289/16
noted [2] 24/15 265/18
notepad [1] 20/21
notes [5] 6/20 6/25 7/2 20/24 209/9
nothing [14] 4/5 27/24 32/20 61/6 66/7
  112/8 114/13 114/16 161/9 168/18
  197/16 224/15 259/20 283/1
notice [1] 2/8
noticeable [1] 216/24
noticed [3] 2/8 135/24 136/11
November [3] 62/12 120/14 302/5
now [117] 4/22 8/14 9/9 12/19 14/3 16/2
  18/11 21/9 22/6 23/1 24/17 25/10 34/22
  35/19 47/4 56/25 58/5 59/21 73/6 74/24
  77/9 81/19 83/21 90/24 94/6 96/8 98/23
  101/20 103/3 105/7 105/12 106/7 106/12
  106/23 107/19 108/2 108/13 109/20
  111/5 115/2 119/19 124/17 125/9 126/4

133/9 135/5 135/11 144/19 146/17
149/15 150/21 151/2 151/20 154/10
155/7 155/7 158/19 164/24 165/1 165/17
165/20 165/11 167/22 168/20 169/11
170/20 174/6 174/20 185/14 185/24
187/18 191/20 196/17 199/11 206/14
206/18 206/21 209/3 211/6 211/7 214/8
214/23 218/13 218/15 219/1 219/5 219/5
219/18 219/24 224/16 224/16 227/9
228/10 232/17 233/3 238/14 239/21
242/4 244/25 251/9 251/11 255/17
256/17 256/24 259/20 261/2 263/19
277/14 280/6 282/18 283/8 283/10
289/18 291/3 291/12 295/10 297/11
nowadays [1] 212/18
NTSB [1] 217/13
nude [1] 266/22
number [36] 58/17 104/22 104/23 105/10
  108/1 108/19 109/2 110/10 111/16 128/5
  134/13 134/20 136/6 136/17 138/23
  140/20 141/14 141/21 142/6 142/7
  152/11 159/13 159/13 159/17 169/11
  171/12 175/14 185/5 191/16 214/13
  214/14 234/11 234/11 237/17 238/5
  249/19
numbers [7] 17/1 226/17 232/18 234/5
  234/6 236/11 269/16
Numbers-wise [1] 17/1
numerous [3] 264/3 269/3 290/6

**O**

o'clock [4] 126/18 206/10 300/23 301/22
O-W-E-N [1] 176/11
oath [4] 4/19 4/20 28/5 28/6 50/6 50/8
  67/5 67/7 100/5 100/7 114/25 131/3
  176/1 197/24 209/23
obey [1] 149/12
object [5] 136/23 160/10 199/22 200/2
  286/3
objection [52] 29/14 34/3 34/4 34/15 36/2
  37/24 52/6 54/20 54/23 69/13 71/16
  71/20 78/6 78/17 82/15 98/9 104/2 104/7
  116/17 116/21 163/20 177/11 184/19
  199/21 200/3 212/20 231/24 235/18
  239/6 239/7 243/1 244/9 244/13 246/6
  249/22 251/9 258/7 263/2 266/7 266/8
  268/2 268/3 270/4 270/5 271/22 273/20
  273/23 280/7 281/8 281/9 286/7 298/5
objection's [1] 201/6
objections [1] 163/21
objects [1] 205/25
obligated [1] 153/17
obligation [1] 154/1
observe [3] 23/2 23/25 227/12
observed [2] 11/9 135/24
observing [1] 205/3
obtain [1] 247/1
obtained [2] 2/11 255/23
obtaining [3] 221/24 237/7 241/16
obvious [1] 236/5
obviously [9] 142/21 173/3 230/6 230/8
  254/24 265/13 290/6 290/18 299/2
occasion [4] 14/25 24/6 64/22 227/19
occasions [1] 121/15
occupation [5] 5/12 28/19 162/9 176/20
  176/24
occur [2] 144/2 153/1
occurred [4] 154/18 155/10 256/16
  261/21
occurring [3] 135/5 135/7 187/16
October [3] 272/17 272/18 286/24
October 24 [1] 272/18
October 6 [1] 286/24

odd [1] 268/23
odds [1] 26/16
off [15] 13/14 35/4 44/24 45/1 55/20
  111/4 122/21 126/7 129/4 173/4 187/1
  250/15 284/11 284/13 289/3
offend [3] 145/9 145/12 148/15
offender [39] 135/2 139/7 139/17 141/14
  141/16 142/25 143/14 143/15 143/23
  146/8 146/13 148/3 148/6 149/1 150/18
  151/22 151/22 152/16 153/8 153/21
  153/22 154/5 154/7 154/12 154/14 155/5
  155/20 156/3 156/5 156/7 156/9 156/9
  156/25 157/6 159/14 159/22 159/23
  160/4 160/11
offenders [45] 133/23 134/16 134/17
  134/23 134/24 134/25 134/25 135/6
  135/20 135/22 136/8 136/16 137/13
  137/17 137/24 137/24 138/6 138/18
  139/9 139/20 140/22 142/7 142/16 143/2
  143/10 143/18 144/1 144/4 144/9 145/8
  145/15 146/5 146/11 149/12 149/9 150/2
  153/3 153/19 156/15 160/9 160/14
  160/16 160/20 160/25 161/5
offending [2] 141/5 141/5
offense [1] 141/18
offenses [6] 141/8 141/21 145/1 199/8
  211/2 211/5
offer [6] 135/9 144/7 201/11 204/4
  204/11 250/17
offered [6] 44/5 44/5 44/6 119/25 182/9
  200/14
offering [3] 34/12 44/8 144/5
offhand [1] 118/4
office [7] 77/10 78/11 78/15 78/16 133/3
  210/14 214/17
officer [22] 4/9 4/15 5/13 6/14 8/11 8/13
  16/13 18/14 19/5 21/25 23/1 24/2 24/14
  25/8 25/24 26/17 133/5 133/5 198/16
  210/23 227/9 303/3
officers [2] 25/4 237/21
Official [1] 1/21
Oftentimes [1] 237/4
Oh [16] 3/7 21/12 23/4 55/13 90/13 105/3
  109/24 112/21 122/22 125/7 125/17
  125/22 129/4 244/11 271/5 287/18
okay [650]
old [21] 13/12 42/10 44/14 50/21 51/8
  67/17 68/5 116/3 116/4 116/5 128/3
  150/11 150/12 206/10 206/10 234/10
  234/12 234/12 234/12 257/24 282/1
older [2] 13/6 33/2
Olympia [1] 1/18
on-ramp [1] 13/12
on-scene [6] 213/10 213/12 213/16 214/4
  216/7 216/13
once [21] 11/11 13/8 31/16 31/25 57/13
  73/4 150/6 154/8 157/15 157/21 219/20
  225/13 232/22 234/20 258/17 267/5
  268/15 270/22 300/7 300/9 300/11
one [221] 6/14 7/11 9/15 9/16 10/13
  10/24 13/13 19/12 24/20 24/23 24/24
  25/1 25/3 29/19 30/8 31/18 32/4 32/7
  33/21 33/23 35/13 35/19 35/20 36/1
  36/11 43/24 45/9 45/15 46/12 47/5 47/7
  48/24 49/7 53/4 54/9 54/9 56/19 58/19
  58/22 61/24 62/1 62/4 63/10 63/17 64/22
  64/23 64/24 64/25 65/23 66/6 70/11
  72/11 72/21 73/9 74/6 75/10 76/15 76/18
  76/18 80/23 81/2 81/19 81/21 87/20
  87/23 92/20 97/10 101/3 103/13 105/18
  108/7 109/22 111/12 111/19 111/21
  113/25 125/8 126/1 127/21 127/24
  128/15 128/20 129/6 129/9 130/11

**O**

one... [136] 130/12 134/15 136/8 137/17
138/13 138/15 138/18 139/8 141/21 141/22
142/1 142/17 142/17 143/12 143/14
145/3 146/14 147/2 148/18 149/5 149/10
149/16 149/23 149/25 150/23 151/10
151/24 152/1 152/4 153/20 154/2 155/2
155/5 155/8 155/19 156/7 157/8 158/13
166/9 166/21 166/24 167/5 168/11
168/13 168/20 168/21 169/11 170/5
170/11 170/21 171/12 171/17 172/21
172/21 173/3 176/19 182/9 183/12
194/18 194/24 201/4 202/24 203/1
203/12 204/4 204/21 205/4 206/4 206/5
207/25 208/5 208/12 212/2 214/14 216/9
216/11 216/14 220/6 220/13 220/13
221/13 223/17 223/18 227/2 227/14
229/13 229/14 229/25 229/25 237/1
237/25 237/25 239/22 240/19 240/20
240/20 240/25 241/24 245/6 248/1 248/7
248/7 248/8 250/15 252/1 252/4 253/20
258/22 258/22 259/18 264/21 268/22
269/4 273/5 273/6 275/7 275/11 281/4
285/16 286/17 287/1 287/10 287/18
288/8 288/17 288/17 290/14 290/18
291/19 293/12 295/20
one Comfort [1] 101/3
ones [14] 33/20 132/22 172/13 191/11
212/11 214/3 214/19 232/24 236/5 250/6
250/11 266/18 291/22 298/25
online [6] 220/23 220/23 222/10 227/22
237/10 279/19
only [41] 10/8 20/25 49/21 62/4 76/17
77/15 102/5 110/10 111/18 129/6 131/24
137/23 138/1 142/8 142/22 143/13 151/2
153/20 154/13 160/8 175/6 212/11
222/19 224/10 224/25 224/10 234/24
242/6 243/15 245/17 249/5 250/11
255/10 256/24 262/4 265/20 267/11
269/19 271/5 273/7 279/2
onus [1] 138/21
OOIDA [1] 265/7
open [15] 2/1 8/3 8/23 8/24 24/9 27/9
66/15 85/10 86/9 94/13 130/4 178/25
204/15 259/1 296/15
opened [6] 91/3 91/6 91/9 94/15 256/2
260/15
opening [3] 208/13 208/23 209/1
opens [1] 257/16
operate [2] 220/5 230/11
operating [18] 217/13 217/19 217/23
218/6 218/24 219/5 219/7 220/7 220/7
221/19 229/19 229/20 229/25 230/3
230/11 230/11 256/8 257/13
operation [1] 169/24
operations [5] 6/6 6/11 11/21 11/24 13/17
opportunity [4] 27/14 203/22 259/2
289/18
opposed [1] 226/3
opted [1] 142/25
option [2] 295/18 295/22
orange [1] 254/5
order [5] 66/21 131/22 143/12 207/3
267/23
ordered [1] 30/11
ordinary [3] 163/5 163/16 175/10
Oregon [1] 205/3
original [3] 165/6 165/7 165/9
originally [1] 54/15
other [99] 10/6 10/24 12/9 18/22 24/17
33/1 38/22 43/14 48/17 48/19 48/20 54/9
56/19 58/13 60/20 62/3 63/21 64/2 64/7
64/10 64/12 70/1 75/12 87/4 92/20
103/21 105/12 110/5 118/16 118/17
118/24 125/24 125/25 125/25 126/17 138/23
138/19 139/14 149/10 151/7 155/18
155/18 170/10 170/14 179/9 179/20
187/3 191/11 193/18 201/24 202/25
203/1 203/2 203/24 204/3 205/21 206/5
212/3 213/9 217/24 220/8 220/13 220/22
221/4 222/9 222/19 224/25 227/5 228/15
228/17 229/14 229/23 237/7 237/21
237/25 238/1 241/2 241/24 242/20
243/23 248/8 249/23 261/4 261/6 265/4
269/1 271/15 271/16 272/7 275/4 287/1
287/7 288/8 288/10 291/24 292/1 293/3
296/1 296/2 300/22
others [4] 33/22 35/5 134/20 211/2
otherwise [1] 140/7
our [43] 2/8 4/9 6/14 6/14 8/12 23/15
23/22 33/5 43/14 44/1 44/5 48/18 49/14
77/9 78/11 102/12 102/17 103/2 103/7
122/21 129/19 129/19 149/11 149/11
153/8 154/12 154/14 154/14 164/3 164/3
164/25 166/14 166/21 166/23 167/20
168/14 201/18 203/6 211/15 211/17
211/18 212/15 213/8
out [111] 10/24 14/19 15/9 15/11 15/18
15/22 22/16 22/22 22/23 22/25 23/5
25/15 28/22 32/19 35/19 41/19 48/24
57/7 61/2 69/6 77/4 77/7 79/12 88/18
94/14 94/15 96/6 107/16 107/22 108/1
108/6 108/7 108/9 108/24 109/6 109/7
109/8 109/9 109/11 109/13 109/15
109/16 109/19 110/1 111/10 120/11
122/23 133/3 133/20 138/2 138/20
139/11 139/12 140/20 141/3 143/8
143/24 146/11 148/10 148/10 156/21
164/6 164/8 164/15 166/19 169/16
169/22 170/2 170/3 170/8 170/17 171/21
177/6 177/23 178/9 184/11 186/21
187/21 195/4 199/5 205/23 207/3 207/4
213/17 213/24 214/17 222/8 228/8 235/2
236/2 236/16 241/15 248/8 250/19
253/20 254/22 254/24 255/6 255/7
263/20 264/9 269/1 269/5 270/16 271/3
271/16 274/15 278/24 279/13 284/9
298/4
out-of-service [1] 22/25
outside [9] 35/15 36/20 136/21 136/25
152/6 152/13 153/8 177/21 179/8
outweighs [1] 201/7
over [44] 4/18 6/9 6/25 7/18 7/20 9/9
11/5 13/18 14/15 19/3 22/19 25/8 25/25
37/23 38/5 44/1 50/6 59/15 69/5 82/25
83/14 96/9 100/4 108/17 136/12 137/2
137/7 137/8 143/25 150/22 151/2 154/11
168/15 176/4 198/25 219/6 219/8 219/10
219/12 229/22 237/17 257/24 272/17
288/11
overhead [1] 59/7 59/19 102/25
overnight [3] 57/21 119/10 119/12
overruled [4] 38/2 98/10 201/6 281/10
overwhelmingly [2] 145/8 145/12
overwritten [1] 295/6
Owen [11] 168/24 170/19 170/24 171/21
175/23 176/11 187/18 191/9 194/18
194/25 303/22
own [11] 47/16 64/13 149/4 161/7 166/23
167/22 167/23 187/3 213/8 259/10
259/15
owner [17] 223/14 231/16 231/17 242/22
244/22 249/12 258/22 260/5 260/7 260/8
260/11 264/13 273/15 292/11 292/13

292/15 296/3
ownership [1] 188/7
owning [1] 190/11

**P**

P-O-D-G-O-R-S-K-I [1] 28/16
p.m [5] 11/3 22/9 130/3 204/14 301/23
P229 [2] 167/12 187/8
P229R [1] 184/23
package [2] 165/16 166/4
packaged [1] 216/16
page [141] 34/1 34/10 34/12 34/24 54/16
72/4 75/11 101/20 101/23 104/13 105/7
105/8 105/12 106/7 106/12 106/24 107/8
107/9 107/13 107/19 107/21 108/3 108/5
108/13 108/15 108/17 108/23 109/3
109/11 109/12 130/11 163/25 167/14
167/14 169/18 169/18 169/19 169/19
169/21 170/20 171/17 171/23 171/23
172/16 180/10 181/4 182/25 183/3
183/14 232/6 232/12 232/14 234/4
241/10 241/11 242/18 244/20 245/6
246/14 246/25 247/3 247/10 247/21
250/9 251/25 252/3 252/3 252/9 253/2
253/19 254/3 254/11 254/13 261/17
264/7 264/15 264/15 264/25 264/25 265/6
265/12 265/13 272/4 272/15 274/5
274/13 274/22 275/17 275/18 281/16
281/21 282/3 282/8 282/11 282/13
282/15 283/15 284/9 284/13 284/15
284/21 284/25 285/3 285/6 286/2 286/12
289/25 295/11 296/6 303/3 303/4 303/4
303/5 303/6 303/7 303/7 303/8 303/9
303/10 303/10 303/12 303/12 303/13
303/13 303/15 303/15 303/17 303/17
303/19 303/20 303/21 303/22 303/23
303/23 303/24 304/3 304/5 304/5 304/6
304/6 304/7
page 1 [3] 169/21 252/9 281/16
page 10 [4] 169/19 170/20 172/16
183/14
page 11 [1] 169/19
page 12 [1] 106/24
page 14 [1] 171/23
Page 15 [1] 241/11
page 16 [1] 107/9
page 18 [1] 272/15
page 2 [9] 163/25 180/10 234/4 247/3
281/21 286/2 286/12 295/11 296/6
page 20 [1] 107/19
page 22 [1] 108/3
page 23 [1] 108/5
page 25 [2] 108/13 284/21
page 3 [7] 101/20 105/7 105/8 181/4
247/10 253/19 282/3
Page 31 [1] 108/23
page 36 [1] 109/3
page 37 [1] 109/11
page 4 [4] 34/1 34/10 101/23 282/8
page 40 [1] 252/3
page 48 [1] 254/3
page 49 [1] 254/13
Page 5 [1] 282/11
page 6 [2] 167/14 282/13
page 7 [2] 264/15 282/15
page 72 [1] 284/25
page 77 [1] 285/3
page 8 [2] 106/7 265/6
page 9 [3] 54/16 171/17 182/25
pages [18] 21/20 34/2 102/19 102/25
103/3 232/6 245/24 245/25 247/18
249/17 250/20 251/2 251/5 265/13
280/22 283/24 284/1 284/10

USBC_IN_NP_Case 2:11-cr-00068-JTM-KPE_Document 122   filed 01/13/14   page 327 of 340

pages 21 [1]  251/5
pages [6] 4/21 5/22 64/2
paid [3]  108/11 193/14 193/16
Pal [3]  100/2 100/18 303/14
panda.milkboys.org [1]  279/20
panties [1]  250/16
pantry [3]  109/25 110/3 110/4
paper [2]  93/8 167/2
papers [1]  13/16
paperwork [6]  13/22 14/17 14/19 25/8
27/14 169/16
paraphilic [4]  136/13 136/15 136/19
136/21
paraphrase [1]  298/21
parcel [1]  2/9
pardon [13]  25/10 61/15 61/21 71/17
90/7 104/5 123/16 125/20 127/12 194/18
244/10 250/8 298/12
parent [3]  146/24 150/23 161/8
parents [7]  30/10 88/6 143/13 147/24
148/7 148/23 153/21
park [6]  13/16 13/17 13/18 43/12 43/18
43/20
parking [5]  12/25 13/3 13/19 13/21 72/6
parks [1]  13/20
part [27]  2/9 8/25 17/10 17/17 18/22 20/4
21/18 21/19 23/1 75/12 79/5 96/9 106/3
118/24 136/23 139/4 145/15 148/21
153/9 154/19 160/19 195/9 195/11 207/8
218/18 260/10 283/10
partial [1]  144/8
partially [2]  226/8 226/19
participant [1]  228/11
participants [1]  234/10
participate [3]  213/1 213/12 216/2
participated [4]  134/9 134/18 134/20
199/7
particular [54]  21/3 22/19 55/6 69/9 83/24
111/17 132/9 140/7 143/23 158/16 179/9
195/21 214/11 215/18 218/8 218/13
218/18 218/22 219/19 220/1 220/9
222/22 223/11 228/10 230/5 231/2
233/17 233/17 235/11 237/11 237/12
238/2 248/1 251/22 252/12 258/3 260/20
261/14 263/14 264/23 266/4 268/19
269/2 278/18 288/1 288/4 288/4 288/9
291/2 291/16 291/19 295/24 296/17
299/18
particularly [6]  213/22 226/1 226/7 230/8
267/16 288/18
parties [2]  184/25 204/22
party [34]  41/22 42/5 47/22 60/10 60/11
60/15 61/3 62/22 65/5 69/18 70/4 72/20
88/5 117/24 118/1 118/5 118/9 118/13
118/15 118/19 119/2 119/10 119/19
120/8 120/10 121/15 122/9 122/17 127/4
127/9 127/11 127/14 127/17 220/19
pass [1]  6/18
passed [4]  11/7 20/1 59/17 123/25
passenger [4]  8/9 8/17 8/22 25/25
passenger's [1]  23/13
passes [1]  7/19
password [1]  259/15
password-protected [1]  259/15
past [5]  6/17 6/20 10/15 11/9 20/7
paste [1]  269/17
pasted [3]  269/8 269/9 269/14
pasting [1]  269/11
path [9]  231/3 231/12 231/13 231/16
235/12 242/17 244/4 256/12 260/17
paths [1]  264/19

patrol [5]  5/14 6/15 9/13 19/4 25/5
patting [3]  151/15 151/20 152/2
Pavilion [1]  217/9
pay [7]  27/5 64/20 104/5 194/4
pedophiles [1]  236/24
peer [8]  220/21 220/12 221/12 221/12
221/18 221/18 227/10 227/10
peer-to-peer [4]  220/21 221/12 221/18
227/10
pen [2]  93/10 93/11
pencil [1]  93/10
pending [1]  212/20
penis [3]  85/3 85/4 200/12
penned [1]  232/17
Pennsylvania [1]  186/15
people [40]  48/21 60/2 63/6 92/13 92/14
96/24 118/17 125/6 125/23 127/18 136/5
138/2 138/12 138/20 138/23 141/10
141/17 142/10 144/24 145/15 147/5
149/15 155/18 158/5 158/11 158/25
159/1 160/6 164/8 213/24 214/4 222/10
222/19 259/8 264/4 264/5 264/6 267/7
269/1 269/5
people's [1]  221/5
pepper [1]  18/24
per [3]  141/14 141/16 207/24
percent [9]  47/8 122/18 141/6 141/11
158/16 261/2 261/4 261/9 261/11
perform [1]  225/13
perhaps [2]  149/2 149/7
period [6]  2/12 126/16 129/20 154/11
154/12 258/3
permission [32]  54/3 55/2 59/6 72/1
101/10 102/4 104/14 110/12 111/7
127/15 219/2 219/5 232/2 234/23 235/23
239/11 243/6 243/15 245/17 246/11
248/17 249/5 251/12 258/12 263/8
267/10 268/7 269/18 270/9 279/2 281/13
283/15
person [32]  1/20 12/17 13/8 38/22 51/20
92/22 95/4 95/5 95/9 103/20 103/21
139/25 145/8 147/18 156/10 159/9 164/6
165/15 167/17 170/1 175/2 209/17
222/12 222/13 231/7 255/16 263/21
265/14 269/13 274/25 275/2 298/25
personal [8]  7/25 10/14 10/16 10/20
31/15 36/24 64/13 217/24
personnel [1]  24/17
perspective [1]  134/22
pertains [1]  131/21
pertinent [2]  265/25 291/25
phase [1]  133/18
phone [4]  38/20 95/4 128/5 128/7
phonetic [2]  233/14 268/15
photo [8]  166/24 253/14 253/23 253/25
254/8 274/12 274/15 274/18
photograph [13]  55/6 101/17 155/4
248/21 248/24 253/2 254/4 274/6 274/11
274/19 274/22 275/20 275/23
photographed [1]  154/23
photographs [9]  111/10 154/20 248/16
251/22 280/2 280/17 280/20 281/1 281/4
photos [1]  251/16
phrase [3]  26/20 26/22 290/21
physical [3]  15/4 146/24 152/8
physically [6]  132/14 146/22 218/23
226/21 267/20 299/14
pick [9]  30/21 30/21 45/4 45/6 88/7 88/8
124/15 146/1 205/5
picked [1]  88/11
pickup [2]  90/15 254/5
pics [1]  299/4
picture [60]  12/13 12/19 36/1 62/5 68/3

68/5 71/3 71/5 71/7 71/9 72/9 75/6 76/17
76/18 76/19 76/20 77/12 77/16 78/2 78/4
78/11 79/9 82/4 82/21 82/23 84/6 92/7
93/5 93/13 94/2 96/23 97/1 97/20
101/18 116/3 142/11 155/8 172/24
172/25 173/1 173/13 173/14 173/21
195/22 218/7 219/1 224/8 226/3 251/17
252/8 252/15 252/15 252/21 252/22
252/24 254/14 274/5 299/2 299/9 299/11
pictured [1]  172/13
pictures [35]  33/13 33/16 71/2 79/15
80/23 98/1 111/17 140/1 144/16 150/4
167/1 185/9 215/21 217/24 224/10
249/10 249/11 249/13 249/23 250/4
250/18 251/19 251/22 251/23 252/1
252/4 254/11 264/4 264/5 266/20 267/8
281/22 282/21 293/4 293/24
piece [5]  11/15 93/8 174/8 182/18 195/14
Pierce [2]  282/4 282/6
piggyback [1]  31/17
pillow [2]  111/18 111/19
pit [3]  89/17 190/14 190/14
pizza [1]  15/22
place [6]  13/25 118/1 149/5 203/21
207/11 261/11
placed [2]  15/9 292/24
places [3]  177/25 285/8 285/11
placing [1]  25/15
Plaintiff [1]  1/3
plan [4]  28/22 74/24 109/9 203/6
plane [2]  132/23 132/24
planned [2]  109/11 117/19
planner [1]  28/20
plastic [2]  91/13 186/2
platinum [4]  169/1 171/1 172/17 184/23
play [11]  68/15 68/20 152/17 153/11
156/5 205/20 205/23 206/16 226/20
238/1 301/3
played [3]  68/19 289/4 289/5
players [1]  225/24
playing [4]  74/2 75/14 124/6 152/12
Plaza [2]  1/15 1/22
please [59]  4/7 4/12 4/17 4/22 5/6 16/17
21/23 28/5 28/8 28/15 45/20 50/7 50/19
52/2 59/13 65/18 66/18 67/1 67/6 67/9
71/19 88/18 91/11 100/3 100/17 100/20
103/3 103/5 114/13 115/2 127/21 130/7
130/20 130/22 130/22 131/2 131/14
161/11 161/19 161/21 161/24 162/5
170/12 174/17 175/17 197/23 198/5
198/13 208/5 209/13 210/11 216/23
244/18 261/25 266/13 274/3 277/4 284/8
298/7
pleasure [1]  43/5
Plentyboys.com [1]  279/22
plugs [1]  22/15
plus [1]  48/21
pockets [1]  19/2
Podgorski [7]  28/2 28/16 45/23 190/9
247/11 247/16 303/6
point [25]  10/24 22/20 29/9 53/15 69/6
72/24 73/6 75/21 81/8 84/16 87/14
100/23 142/20 177/6 178/4 190/4 200/23
203/18 208/1 208/2 208/3 216/16 224/15
236/2 298/24
pointed [3]  35/19 116/16 116/19
pointing [1]  185/23
points [1]  12/22
police [16]  87/14 95/6 95/8 121/4 124/18
124/20 124/22 124/24 125/23 126/22
126/23 127/1 198/16 198/16 212/15
298/4
policy [2]  26/15 175/7

# P

Ponderosa [1] 177/25
pool [4] 46/22 48/4 57/6 60/6
60/10 60/11 60/15 61/3 65/5 69/17 71/8
71/12 72/9 72/11 72/18 72/22 72/25
73/11 88/5 89/2 89/6 101/22 102/1 102/1
102/2 117/24 118/1 118/19 119/19 120/8
120/10 121/15 122/9 122/17 127/4 127/9
127/11 127/14 127/17 141/4 152/21
152/22 152/24 153/4 153/5
popular [5] 211/13 233/15 233/23 234/19
234/21
population [1] 141/7
porn [3] 285/9 285/12 289/24
pornographers [1] 144/19
pornography [116] 135/13 135/13 135/14
135/17 135/19 135/21 135/25 136/5
136/6 136/9 136/10 136/12 136/14
136/18 137/1 137/5 137/7 137/10 137/12
137/14 137/17 137/24 137/25 138/6
138/8 138/25 139/1 139/8 139/9 139/20
140/2 140/13 140/15 140/21 140/22
140/24 141/3 141/9 141/11 141/19 144/9
144/20 150/4 151/4 151/7 151/9 151/10
159/8 159/10 159/10 159/11 159/16
159/19 160/2 211/1 211/4 211/13 213/19
215/20 216/10 216/15 216/22 219/21
219/22 220/10 220/12 227/13 227/17
227/20 227/23 227/24 227/25 228/2
228/5 228/12 228/22 229/1 229/4 229/7
229/22 233/5 233/9 233/15 233/19
233/23 233/25 234/1 234/4 234/22
235/14 236/4 236/23 237/19 239/3
239/21 243/10 250/5 250/10 250/18
260/2 260/24 264/5 265/15 266/1 267/8
268/11 268/16 270/16 270/21 277/19
290/3 292/6 292/7 293/23 294/1 294/23
pornography-related [1] 270/21
port [11] 5/24 8/6 11/20 12/14 15/10
15/20 15/23 207/9 210/16 216/5 282/7
portion [2] 79/1 205/23
Portland [1] 205/3
ports [1] 30/22
position [4] 149/8 149/10 150/21 174/23
possess [1] 37/10
possessed [1] 2/12
possessing [2] 141/10 141/18
possession [8] 15/3 38/5 39/3 46/13
46/24 141/9 144/20 184/25
Possessive [1] 60/5
possible [7] 224/20 227/5 257/8 257/11
294/25 295/3 296/22
possibly [5] 168/12 213/18 237/13 253/8
299/1
post [1] 264/4
postal [1] 212/14
posted [1] 264/6
posting [1] 267/7
potential [2] 139/21 224/17
Potentially [1] 27/13
PowerPoint [2] 2/18 3/1
practice [3] 7/19 8/1 24/8
pre [1] 232/17
pre-penned [1] 232/17
precaution [1] 26/14
precautions [1] 26/12
pregnant [1] 43/17
prejudice [2] 201/7 201/8
prejudicial [1] 200/22
premium [1] 166/24
preparation [1] 25/7
prepare [2] 135/8 283/10

preparing [2] 266/16 283/10
prepended [1] 238/16
presence [2] 40/5
present [6] 1/20 92/14 92/14 124/25
122/2 149/22 189/5 207/18
presents [3] 60/20 65/22 149/21
preserving [1] 215/1
press [1] 295/20
presume [1] 53/6
preteen [1] 233/22
pretending [1] 85/17
pretty [7] 14/17 14/20 49/9 55/10 226/4
227/16 274/8
prevent [1] 148/19
prevents [3] 150/20 214/22 214/24
preview [13] 213/21 216/13 225/21 226/7
226/18 226/20 226/21 226/24 232/17
232/22 232/25 238/15 271/14
previewed [5] 226/14 226/25 232/24
233/2 239/19
previewing [1] 213/6
previous [4] 37/16 255/21 275/17 288/13
previously [30] 22/8 51/16 54/25 62/18
82/18 91/22 104/9 172/2 194/20 235/21
239/9 243/4 244/15 246/9 258/10 263/5
266/10 268/5 270/7 271/25 273/25
280/10 281/11 284/6 284/15 287/7
290/10 291/14 296/22 300/21
price [4] 168/11 168/13 171/14 171/18
primarily [2] 8/12 8/22
primary [2] 143/7 160/7
principle [1] 153/19
print [6] 22/15 109/9 255/6 255/7 271/3
278/24
printed [3] 109/17 243/23 285/1
printout [5] 258/16 271/4 271/9 271/18
279/6
printouts [2] 2/18 297/6
prints [1] 22/16
prior [17] 2/12 27/15 121/15 132/25
133/2 133/4 141/12 158/20 198/11
198/14 198/15 200/13 211/12 211/15
275/18 288/14 294/21
privacy [7] 9/8 143/17 143/19 148/3
148/5 150/19 151/2
private [4] 132/19 132/20 132/21 227/16
privilege [1] 150/5
Pro [3] 176/25 177/16 177/17
probably [14] 19/3 52/16 65/23 68/6 73/7
73/14 187/10 203/20 207/5 211/6 269/13
269/14 296/21 301/11
probation [1] 170/16
probative [2] 200/22 201/7
problem [3] 142/2 201/21 291/7
procedure [1] 206/5
proceed [1] 206/14
proceeded [1] 22/24
proceedings [8] 1/6 1/9 1/25 2/1 66/15
130/4 204/15 302/3
process [24] 13/24 13/25 133/21 138/5
139/5 139/8 143/17 145/17 154/3 154/3
157/20 157/25 211/18 213/20 213/22
214/10 215/7 216/1 216/9 223/20 225/17
226/16 232/23 233/1
produced [1] 1/25
producing [1] 200/20
product [1] 9/24
professional [1] 132/3
professionals [1] 133/19
proffer [9] 189/9 189/10 192/16 192/18
194/12 196/17 196/20 196/21 197/13
program [23] 22/15 106/4 133/18 166/2
166/6 168/19 211/23 211/24 212/1

220/15 220/19 220/22 221/14 222/22
224/8 226/9 227/3 227/10 229/18 256/24
286/22 295/19 296/5
programs [6] 185/6 277/22 226/24
221/12 228/1 256/10
project [1] 134/15
projects [2] 134/10 134/14
promises [2] 189/8 192/15
pronouncing [1] 61/11
pronunciation [1] 16/13
prop [1] 242/12
proper [2] 26/11 26/14
properties [1] 242/12
propose [1] 206/21
proposed [1] 204/21
prosecuted [2] 141/17 141/18
Prosecutors [1] 125/21
protect [1] 205/7
protected [2] 192/25 259/15
protection [1] 168/14
protective [1] 213/6
protocol [7] 17/8 17/11 17/17 23/1 158/21
158/22 221/17
provide [4] 162/17 182/15 202/3 279/8
provided [6] 2/18 2/20 105/12 225/14
246/2 297/11
proximate [1] 240/5
psychiatrists [1] 133/20
psychologists [1] 133/20
psychology [2] 134/5 142/8
PTHC [3] 233/21 233/22 236/5
pubic [1] 135/16
publish [46] 7/5 34/18 35/8 36/6 54/3
55/2 59/6 67/25 71/15 72/1 75/3 78/5
79/24 82/14 97/14 101/10 104/14 110/12
111/7 115/23 163/19 163/22 173/17
180/6 190/21 194/21 201/14 232/2
235/23 239/11 243/6 246/11 248/17
251/12 258/12 263/7 263/8 266/12 268/7
270/9 272/2 274/2 277/18 278/14 281/13
290/9
published [8] 35/2 71/25 78/21 82/17
91/24 92/3 194/20 244/17
pull [6] 7/17 7/20 9/8 11/4 57/6 94/11
pulled [4] 9/9 37/23 38/5 263/20
pulling [1] 6/25
pumpkin [1] 268/20
purchase [14] 53/4 166/6 166/21 166/22
167/19 169/13 169/14 169/25 171/20
175/6 183/14 191/21 191/23 191/25
purchased [11] 165/15 166/7 166/12
170/25 183/8 184/4 184/5 185/5 185/7
185/12 185/15
purchaser [1] 170/23
purchases [1] 169/15
purchasing [1] 167/17
purity [1] 285/19
purpose [9] 21/13 60/9 134/21 138/8
139/7 143/9 150/17 153/9 154/10
purposeful [1] 145/14
purposes [3] 9/8 165/20 284/9
push [2] 13/17 22/14
put [32] 10/20 26/24 55/20 59/7 76/25
97/19 130/11 173/9 178/23 180/5 186/24
200/7 211/24 218/3 228/4 228/7 231/14
231/14 240/8 243/25 260/4 268/25 269/6
277/19 290/1 291/22 292/12 295/18
295/20 295/22 296/19 299/4
puts [4] 223/12 226/20 226/25 271/16
PY [1] 3/19
Pycraft [3] 3/17 3/20 3/21

# Q

qualified [1] 15/4

## Q

qualifies [1] 133/13
quality [2] 178/13 178/13
Quantico [2] 132/16 134/2
quantities [1] 254/22
quantity [1] 237/22
Queen [1] 69/25
question [26] 16/17 34/8 63/3 64/20
65/15 71/18 71/18 96/25 98/9 98/11
102/18 113/18 123/16 135/18 148/5
153/25 191/23 208/25 212/20 212/21
212/24 255/17 278/4 294/19 298/5 298/6
questions [34] 16/8 16/16 25/10 25/11
25/20 26/7 34/21 45/18 49/2 49/17 65/24
87/21 93/3 93/12 94/1 97/8 97/9 99/2
99/22 103/5 112/22 121/7 128/9 133/13
159/1 161/14 170/5 172/1 174/15 175/18
191/4 197/7 200/20 293/18
quick [1] 215/5
quickly [5] 162/24 171/16 207/7 278/17
295/21
quite [5] 31/20 114/8 233/4 245/4 294/25
quote [1] 148/17

## R

R-I-G-S-B-Y [1] 162/6
rack [1] 10/18
radio [3] 19/10 19/12 19/15
rail [2] 172/14 174/2
raise [10] 4/18 28/4 50/6 67/5 100/5
114/24 131/1 161/20 175/25 197/23
ramp [3] 13/2 13/11 13/12
ran [1] 237/25
range [48] 37/1 37/5 56/6 56/9 56/11
56/13 56/15 56/21 62/13 63/7 64/22
137/10 162/12 162/15 163/4 163/15
164/3 164/5 164/7 164/9 164/21 164/25
165/21 166/2 166/4 167/3 167/8 167/21
167/23 168/11 168/13 168/15 168/16
169/16 174/21 174/25 175/1 175/5
175/14 180/14 180/16 181/17 181/20
186/6 193/25 240/5 287/11 289/19
ranges [3] 39/5 179/25 181/25
RapidShare [1] 269/3
rare [1] 157/23
RASHID [2] 1/17 104/6
rate [1] 106/5
rather [1] 156/3
rating [1] 6/10
raw [1] 285/22
RAYMOND [2] 1/17 299/4
Raymond's [1] 299/4
re [1] 288/19
re-saved [1] 288/19
reach [2] 27/4 120/10
reaches [1] 257/23
react [3] 73/15 142/14 153/6
reacted [1] 73/16
reaction [1] 39/16
read [15] 104/18 130/12 130/13 170/8
180/9 184/18 185/4 225/2 233/3 240/14
240/23 252/18 264/19 274/8 274/25
readable [1] 170/6
readily [1] 299/18
ready [4] 4/3 44/3 161/6 300/25
ready-made [1] 161/6
real [4] 135/20 188/19 211/12 215/5
realize [1] 76/17
really [12] 19/19 57/11 64/20 70/2 81/23
122/23 122/24 123/9 139/15 149/23
160/13 212/11
reason [8] 8/5 8/12 11/14 137/23 140/23
197/1 203/12 213/18

reasonable [1] 156/20
reasons [5] 135/23 142/1 155/3 155/19
156/7
rebut [1] 200/14
rebuttal [2] 208/16 209/3
recall [27] 7/18 10/12 19/19 19/19 19/20
21/3 23/8 24/19 32/20 35/17 36/14 48/1
56/18 58/8 59/1 113/2 113/6 122/23
124/14 194/6 196/4 196/9 240/6 241/25
242/3 261/21 295/13
receipt [2] 2/21 2/23 164/25
receipts [1] 243/23
receive [3] 202/4 202/11 260/1
received [4] 15/1 170/15 229/4 229/6
receiving [3] 146/23 227/20 229/1
recent [8] 200/15 223/9 242/11 267/18
287/4 290/24 291/4 297/9
recently [6] 242/14 269/10 290/21 290/23
290/24 291/3
recently-typed [1] 269/10
recess [9] 66/11 66/14 128/19 128/21
130/3 201/18 204/14 300/19 301/23
recesses [1] 66/12
reciprocity [5] 153/11 153/14 153/15
153/20 154/1
recognize [28] 33/15 33/17 33/20 33/21
35/11 35/11 35/13 35/17 36/9 40/21
40/22 40/25 46/18 51/24 71/3 71/5 71/7
71/9 72/5 75/6 102/13 113/20 179/2
179/6 181/14 190/24 217/6 230/20
recognized [1] 47/20
recognizes [1] 34/10
recollection [2] 6/24 187/10
reconciling [1] 155/6
record [32] 2/17 15/6 15/6 29/12 52/4
59/13 69/11 80/5 102/12 102/17 103/2
103/7 104/19 107/15 108/20 116/15
177/9 233/4 240/14 240/23 248/4 249/16
251/1 251/4 252/19 264/7 264/19 272/6
288/12 288/13 296/6 302/3
recorded [10] 103/17 103/20 199/13
200/8 225/6 225/12 231/7 256/3 267/17
297/18
recording [1] 256/21
records [25] 19/21 102/9 102/11 102/13
103/5 103/6 103/8 103/14 103/18 103/21
103/23 105/4 113/1 113/4 113/9 113/12
113/22 114/1 114/5 114/8 162/17 163/2
163/4 175/9 175/13
recounted [1] 200/8
recover [4] 219/9 219/13 294/17 297/19
recoverable [1] 295/7
recovered [5] 230/24 235/8 243/21
249/11 251/16
Recovery [1] 211/24
Recross [15] 26/8 26/9 49/18 49/19 99/3
99/4 197/8 197/10 297/24 298/1 303/5
303/8 303/13 303/24 304/6
RECROSS-EXAMINATION [10] 26/9
49/19 99/4 197/10 298/1 303/5 303/8
303/13 303/24 304/6
rectified [1] 209/16
recycle [2] 300/9 300/9
Red [1] 79/8
redirect [27] 25/21 25/22 27/23 49/3 49/4
65/25 66/1 97/9 97/11 114/15 114/15
128/10 128/11 175/19 196/14 196/15
293/19 293/20 300/1 300/2 303/4 303/7
303/10 303/13 303/23 304/6 304/7
refer [9] 102/25 133/21 234/6 234/18
238/4 261/25 272/3 284/1 284/13
reference [6] 104/22 205/21 268/23
286/3 292/11 295/22

referenced [3] 232/10 287/2 287/7
references [1] 233/12
referred [5] 46/10 141/1 141/15 283/11
284/15
referring [8] 111/12 199/6 218/12 219/24
271/4 275/4 290/19 293/23
refers [1] 153/14
reflect [6] 29/12 52/4 69/11 116/15 177/9
291/10
reflected [6] 245/22 255/22 261/5 261/7
266/2 294/22
reflecting [1] 140/24
refresh [1] 283/13
refuse [1] 154/20
regard [1] 230/25
regarding [6] 146/24 201/1 251/1 273/5
277/17 287/8
registration [1] 14/12
registry [3] 267/18 290/22 291/10
Regretfully [1] 188/9
regular [3] 8/20 103/9 103/14
regulations [1] 5/19
related [7] 30/1 52/10 222/25 224/9
224/13 229/16 270/21
relates [1] 291/20
relating [1] 270/23
relationship [7] 30/7 30/15 52/17 142/23
143/1 143/3 160/14
relationships [2] 160/5 160/10
relayed [1] 216/15
relegated [2] 294/12 296/24
Relevance [1] 281/9
Relevancy [1] 200/4
relevant [2] 201/2 201/2
rely [1] 254/23
relying [1] 6/25
remain [1] 23/7
remember [60] 9/16 11/17 12/9 19/16
19/24 20/10 24/20 24/22 25/2 40/12
40/15 41/21 52/14 52/25 55/6 55/22
56/11 56/12 58/9 58/11 58/13 60/22 63/6
66/4 66/4 75/8 77/9 79/18 81/22 89/12
89/16 90/18 91/14 92/7 98/4 110/23
110/24 118/3 118/19 120/8 121/13
122/24 124/7 181/17 186/8 187/18
189/16 190/11 190/13 190/16 194/6
194/12 194/16 248/23 287/14 287/20
287/23 290/14 298/17 300/20
remembered [1] 97/17
remembering [1] 18/7
remind [2] 232/21 262/9
reminds [1] 40/22
Remington [1] 166/13
remove [2] 35/5 214/15
removed [4] 186/1 250/21 251/2 251/5
rent [2] 109/21 270/19
rental [3] 165/22 166/21 169/13
rented [3] 56/14 56/16 110/9
renting [2] 56/18 165/24
repair [1] 177/18
repairman [1] 51/14
repeat [6] 32/3 32/16 38/4 74/4 110/2
129/2
repeatedly [1] 200/6
rephrase [6] 16/18 34/8 113/9 253/25
291/1 298/7
replace [1] 185/23
replaced [1] 186/3
report [44] 6/5 6/10 9/18 10/24 11/23
20/24 21/2 24/15 27/17 232/11 232/12
232/14 249/1 255/2 255/23 256/14 261/5
261/22 261/25 262/12 272/11 278/25
283/11 283/21 283/23 284/1 284/2

**R**

report.. [17] 284/21 284/23 285/7 286/2
286/12 286/25 287/2 287/13 287/17 288/2
289/19 289/23 289/25 292/3 295/5
295/10 297/7 299/23
reported [5] 1/25 2/1 66/15 130/4 204/15
reporter [5] 1/21 1/21 1/22 100/19 302/7
reports [8] 7/1 7/2 255/8 283/10 284/19
287/7 292/5 294/22
Repossess [1] 30/21
representation [1] 242/1
represented [4] 136/17 137/5 137/12
241/24
reprint [3] 165/3 165/4 165/5
reprinted [2] 165/5 284/9
request [1] 44/18
requests [1] 44/4
required [1] 175/6
requires [2] 24/2 222/15
requiring [2] 259/20 259/21
research [5] 134/10 134/13 134/15 158/4
169/24
researched [1] 266/16
reside [3] 50/23 217/21 217/22
resided [1] 231/13
residence [3] 48/12 48/13 216/3
resident [1] 133/3
resides [4] 217/25 218/13 231/3 235/12
resilient [1] 157/10
RESNICK [103] 1/6 6/18 6/25 27/18 29/5
30/16 33/15 35/15 35/20 36/11 36/15
37/17 38/21 39/4 39/8 41/1 41/13 42/25
43/6 43/9 43/18 43/24 44/3 45/12 45/23
46/2 46/5 46/8 46/24 47/10 51/21 51/24
52/5 52/10 52/14 52/18 52/20 53/11
61/17 62/13 63/12 65/22 68/24 69/12
69/18 69/23 71/17 72/16 72/25 74/3 74/5
75/23 87/9 87/17 105/8 105/11 113/1
113/4 113/12 113/15 114/5 114/9 116/7
118/7 120/15 120/21 121/1 121/12
122/10 164/17 164/20 167/18 168/3
168/9 175/13 177/2 177/21 179/21
181/18 181/20 184/22 185/7 189/21
191/9 191/25 192/23 197/2 198/23
203/12 228/10 228/25 243/24 246/17
246/20 247/4 247/22 251/23 252/8
274/17 275/3 275/23 275/25 293/7
Resnick's [3] 38/24 41/5 292/19
respond [2] 2/14 85/24
response [6] 59/2 74/11 88/17 92/25
102/10 182/6 200/17 224/4
responsibility [2] 155/21 198/25
responsible [2] 155/22 155/23
responsive [3] 222/17 222/22 224/21
rest [3] 35/4 203/3 216/17
restaurant [2] 15/14 15/21
restaurants [1] 178/1
result [1] 218/20
results [3] 219/25 222/23 223/6
resumed [4] 2/1 66/15 130/4 204/15
retail [2] 162/10 174/20
retelling [1] 20/4
retrieve [2] 59/4 190/4
return [3] 11/20 14/3 190/1
returned [2] 12/17 117/23
returns [1] 13/8
revealed [1] 120/25
review [1] 27/14
revolvers [2] 281/22 281/23
Ribbon [1] 176/23
ride [2] 31/18 44/6
rifle [5] 57/2 62/21 162/23 282/12 282/14

rig [1] 8/20
right [184] 3/9 4/16 4/18 4/25 5/24 7/7
7/14 9/19 11/1 12/5 12/22 13/4 14/2
16/20 16/24 20/20 20/22 21/22 22/5
22/9 22/10 23/15 23/21 24/1 24/5 24/7
24/9 24/11 27/15 28/4 28/11 33/10 46/15
47/1 48/2 49/22 50/6 51/25 54/13 58/16
65/19 67/5 67/9 67/12 68/1 69/5 76/13
79/9 79/23 82/25 83/3 83/3 83/9 84/9
90/3 90/20 92/10 92/13 93/3 94/2 100/5
100/5 100/9 102/7 105/7 106/23 107/8
108/13 109/3 111/5 114/24 118/4 121/24
122/6 124/7 124/18 126/2 130/15 130/19
130/25 131/1 131/9 132/7 139/2 155/15
161/20 161/23 162/1 165/11 175/16
175/25 176/3 176/3 176/7 177/8 182/21
183/4 188/20 191/14 193/2 193/9 193/14
194/8 194/14 194/25 195/7 195/12
195/25 196/24 197/14 197/23 204/25
205/7 206/18 207/12 209/21 210/5 214/8
215/13 218/9 219/18 228/15 230/14
232/5 236/1 240/3 240/10 242/8 245/4
245/19 246/23 248/7 248/19 249/4 249/7
250/1 257/18 259/2 260/22 261/9 262/4
262/6 263/9 265/21 266/24 267/12
269/20 275/21 279/4 282/21 283/6 283/8
284/6 284/23 285/5 285/9 285/12 285/14
285/20 285/23 286/15 287/12 288/2
288/3 289/8 289/16 290/12 290/16
290/19 290/23 291/3 291/22 292/13
294/5 296/3 298/4 299/4 299/5 299/8
300/11 300/12 300/19 301/12
right-hand [6] 9/19 82/25 84/9 165/11
182/21 183/4
Rigsby [4] 161/18 162/6 174/20 303/20
ring [1] 238/5
rise [2] 2/3 66/17 130/6 204/17
road [3] 12/8 60/24 177/25
Rocco [3] 161/18 162/6 303/20
ROCHELLE [1] 1/14
rod [1] 18/5
rode [1] 179/24
role [2] 153/11 156/5
rolled [1] 8/2
Rolling [8] 222/4 222/6 222/6 224/3
224/12 224/13 225/6 225/11
room [91] 48/8 69/3 73/23 73/24 74/1
75/7 75/9 75/12 76/7 81/19 82/21
88/20 89/2 89/4 89/5 90/19 90/24 91/1
93/1 93/6 97/17 97/24 97/24 98/1 98/2
98/4 98/6 98/7 98/8 98/16 98/18 98/25
99/7 99/8 104/22 105/10 105/11 105/18
105/19 106/17 106/21 106/22 106/23
107/4 107/6 107/7 107/8 107/12 107/13
107/18 107/23 107/25 108/1 108/9
108/19 109/1 109/2 109/9 109/14 109/16
109/18 109/19 109/20 109/21 109/23
109/24 109/25 110/3 110/6 110/7 110/9
110/10 110/10 110/19 110/20 110/24
111/2 111/2 111/10 111/11 111/14
111/16 111/18 112/6 116/11 116/12
120/4 125/9 200/7 201/2
rounds [1] 166/13
RPR [1] 1/21
rubber [1] 186/2
rubbing [1] 85/7
rules [2] 264/22 264/24
ruling [1] 206/1
rumors [3] 37/15 46/23 47/1
run [6] 43/12 145/6 145/18 145/19 175/2
238/7
running [4] 142/12 220/13 220/23 222/19
Russian [1] 233/12

**S**

S-A-V-I-A [1] 50/20
S-I-V-I-A [1] 50/21
S/Stacy [2] 302/6 302/6
Sabata [2] 3/2 199/3
sadomasochism [1] 137/4
safe [2] 7/23 36/17
safety [8] 8/11 8/13 14/9 17/15 17/16
23/2 23/22 24/2
said [75] 8/14 8/25 18/11 19/4 19/25
20/10 25/2 32/24 34/6 35/19 47/19 49/11
49/12 56/9 60/13 62/19 72/5 72/7 73/11
74/21 77/1 77/2 81/19 83/25 85/1 85/17
85/24 87/7 91/5 93/5 93/17 93/22 97/3 99/10
105/24 111/21 112/15 121/12 123/23
123/23 124/17 127/3 132/14 138/10
138/10 155/11 158/16 158/18 159/1
174/20 182/12 184/3 185/22 190/14
192/3 192/15 196/20 208/22 220/1 225/5
227/9 229/24 231/4 231/5 231/12 240/21
241/14 256/21 273/2 274/9 274/18
287/18 287/21 292/11 299/17 300/23
sake [1] 47/19
sale [2] 164/25 170/4
sales [1] 174/20
same [81] 5/21 13/13 17/17 18/1 18/1
23/19 31/14 47/5 47/7 48/10 54/9 58/21
58/22 61/18 61/19 61/20 61/21 61/23
61/25 64/18 66/11 87/7 88/11 88/13
96/18 96/20 96/22 106/22 106/23 107/7
107/8 107/12 107/18 107/23 107/25
108/1 108/9 108/19 109/2 111/2 111/12
111/12 111/14 111/15 112/6 112/7
120/20 128/20 138/3 138/4 138/23
147/11 147/19 148/7 153/19 156/24
170/21 172/1 172/16 173/9 200/11 201/3
201/18 220/23 221/7 230/10 241/2
242/17 244/21 252/11 252/16 252/21
252/21 253/15 253/19 253/21 264/10
264/16 279/19 285/6 291/12
sample [5] 14/7 158/10 158/11 158/16
277/19
Sarah [1] 44/19
satisfy [1] 154/12
Sauer [19] 33/25 56/14 64/8 64/16
167/12 169/1 171/1 172/4 173/2 173/22
183/10 183/21 184/22 184/23 186/12
186/19 186/21 187/9 195/22
save [5] 21/14 218/8 218/8 219/4 245/14
299/3 299/8 299/14 299/16
saved [50] 218/17 218/21 223/18 223/22
223/23 229/21 229/23 235/8 237/15
238/2 239/16 240/3 240/15 242/21
243/22 244/21 245/10 245/25 248/16
248/21 249/13 252/12 252/24 252/24
253/11 253/23 253/25 254/2 254/8
254/19 255/24 257/21 259/13 260/18
269/10 273/14 274/9 275/15 276/3
277/20 280/2 281/1 282/23 285/4 288/19
294/2 297/18 299/5 299/11 299/17
saves [2] 34/21 218/6
Savia [10] 29/22 29/22 29/23 50/4 50/20
55/5 61/11 61/12 61/13 303/9
Savia's [1] 29/24
saving [3] 219/3 230/8 296/15
saw [33] 26/11 26/24 27/12 32/25 33/1
33/14 35/20 36/11 40/12 44/21 46/13
47/10 53/24 54/6 56/9 57/12 57/17 58/20
62/13 76/23 76/24 77/13 80/3 80/6 80/8
80/19 80/21 91/12 91/17 121/20 122/12
123/19 263/11
say [84] 8/4 9/6 11/6 13/15 15/14 20/5

S

say... [78] 28/11 31/19 36/17 40/7 42/10
42/19 44/14 44/15 45/2 45/17 47/5 70/6
72/16 85/4 85/8 86/6 86/21 87/1 87/4
87/6 88/9 88/11 88/18 93/15 93/17 93/19
93/22 93/24 96/22 96/24 99/14 99/18
103/13 113/3 113/25 129/9 138/1 144/7
146/17 146/18 148/24 150/6 154/20
155/15 165/18 185/21 188/7 189/10
203/13 208/18 212/16 218/7 218/25
219/19 222/5 222/9 224/3 225/19 226/19
227/1 228/7 232/7 239/14 241/16 244/1
247/18 251/19 254/14 257/16 257/23
258/18 267/6 267/9 281/23 283/23 291/8
291/14 292/10 292/13
saying [9] 18/8 85/23 110/2 121/13
138/12 159/25 192/22 260/11 287/23
says [16] 9/19 14/3 14/6 15/4 22/23
165/3 165/23 168/11 218/25 224/21
234/7 244/20 246/19 246/19 248/7 248/7
scale [16] 6/5 6/10 6/13 6/17 6/18 6/21
11/7 11/9 11/23 12/2 13/13 13/14 15/2
23/24 23/24 25/13
scan [1] 245/14
scanned [5] 245/10 245/25 293/2 293/2
293/24
scans [7] 244/21 244/23 244/24 246/1
246/4 247/19 248/13
scared [4] 94/22 156/9 156/10 194/10
scenario [1] 147/20
scene [13] 133/22 213/10 213/12 213/16
213/16 213/17 213/19 213/21 213/22
214/4 216/7 216/13 216/16
science [1] 158/4
scientific [1] 140/18
Scott [1] 28/16
Scout [1] 149/16
screaming [1] 142/12
screen [9] 32/10 32/12 40/12 47/10 75/15
82/2 102/9 224/4 275/6
screws [2] 174/7 185/24
scroll [3] 22/2 106/11 108/17
Scrolling [1] 233/24
scrub [2] 236/18 257/12
search [49] 160/19 202/16 212/18 213/1
213/5 213/8 216/2 216/20 220/21 222/2
222/3 222/4 222/8 222/18 222/19 222/21
222/24 222/25 223/2 223/6 224/1 224/4
224/6 224/6 224/9 224/9 224/13 224/19
224/21 225/13 227/23 228/4 228/14
233/15 233/18 233/23 234/19 234/21
237/13 261/21 269/24 270/1 270/18
270/20 270/21 272/16 272/18 285/19
299/9
searches [8] 222/16 224/11 269/23
270/12 270/15 270/20 292/6 292/22
searching [3] 221/24 222/11 239/22
seat [8] 23/7 23/15 26/25 83/18 96/13
96/16 96/21 253/18
seated [18] 2/4 4/12 4/22 4/23 28/8 50/10
66/18 67/1 67/9 100/9 115/2 130/7
130/22 131/5 161/23 176/3 198/1 209/13
seats [1] 8/23
second [16] 23/21 24/11 35/19 56/5 71/5
73/9 75/11 96/8 127/21 166/2 172/21
194/19 232/12 274/12 274/22 289/14
seconds [2] 22/17 240/19
Secret [2] 198/15 199/7
section [2] 9/19 165/14
secure [1] 10/21
Security [2] 211/16 212/13
seducing [1] 147/11

see [195] 8/21 8/22 10/3 10/4 10/25
13/15 14/5 18/1 22/6 24/9 24/12 24/12
26/4 26/5 26/13 26/15 29/7 31/22 31/25
32/3 32/10 32/19 35/15 36/20 37/6
40/9 46/17 47/11 51/23 53/15 53/22
55/14 56/13 56/21 56/23 57/13 58/6 59/9
59/9 59/12 59/12 59/18 62/3 69/3 69/4
76/18 78/25 87/7 87/16 91/11 91/15
91/15 95/21 96/1 96/9 100/12 102/9
102/11 105/8 105/15 105/20 106/11
108/5 108/17 108/18 108/23 109/4
110/16 113/2 113/5 113/15 113/16
116/11 116/11 121/1 121/15 128/21
129/6 132/25 134/24 134/25 136/4
136/13 136/15 138/19 139/13 144/4
144/4 146/9 146/11 149/7 150/13 152/6
153/5 153/6 157/1 157/19 159/11 159/20
164/12 164/18 165/1 165/12 167/25
173/5 173/25 174/7 176/6 177/4 179/10
180/10 180/19 180/23 181/6 181/11
183/19 186/21 191/11 205/14 217/21
217/25 219/6 224/4 225/21 226/10
226/19 226/24 227/23 231/20 232/6
232/17 233/24 236/2 238/17 238/17
244/20 245/16 246/14 246/15 246/17
247/1 247/7 247/10 247/10 247/11
247/15 247/16 247/22 247/22 247/24
248/11 250/6 250/7 251/15 252/15 253/2
253/14 253/20 254/4 255/16 258/1
260/10 264/9 264/11 264/15 264/16
264/20 265/4 265/10 265/13 268/17
268/23 272/11 272/16 272/24 274/6
274/23 275/5 279/16 279/19 281/16
282/3 289/22 289/24 292/19 293/13
295/21 296/4 297/14 299/2 299/6 299/9
300/6 300/13
seeing [28] 12/9 40/15 55/6 137/3 137/4
138/12 143/22
seek [2] 277/18 279/13
seeking [2] 241/15 270/16
seem [6] 80/8 148/25 152/5 208/7 234/4
266/18
seemed [2] 36/16 47/5
seems [6] 33/23 35/13 41/3 130/1 153/7
289/16
seen [22] 10/12 10/15 17/18 17/21 17/23
17/25 18/9 33/2 49/9 68/22 137/9 137/10
137/11 138/17 152/24 179/10 186/24
202/8 234/1 238/14 252/9 268/16
seized [2] 211/18 213/6
select [5] 139/15 223/1 225/15 256/10
256/10
selected [2] 211/23 256/13
selecting [1] 227/7
selection [1] 222/14
sell [1] 208/10
selling [2] 189/5 197/2
semi [7] 10/13 15/15 31/17 31/18 172/8
254/11 254/14
semis [3] 30/21 30/21 31/17
send [4] 206/6 207/19 269/1 301/21
sending [1] 206/8
sensation [1] 85/13
sent [5] 75/21 75/23 135/22 175/9 269/9
sentence [1] 170/15
separate [3] 21/20 62/11 230/3
separately [1] 31/17
September [1] 241/8
September 7 [1] 241/8
sequence [1] 197/12
serial [5] 169/11 171/12 184/23 185/4
214/13
series [5] 16/16 79/16 236/23 237/1

237/4
serious [4] 208/5 208/6 208/7 208/9
serve [2] 154/5 212/18
serves [11] 165/25
service [13] 14/14 15/10 15/11 22/22
22/23 22/25 25/16 51/15 177/18 198/15
198/20 199/7 212/14
services [1] 269/2
session [2] 2/3 130/6
set [2] 20/21 22/14
Seth [1] 44/13
setting [2] 257/20 259/16
settings [1] 257/15
settle [3] 206/8 206/11 207/21
settlement [1] 205/11
seven [7] 42/11 100/25 132/13 198/19
240/12 245/25 247/18
several [8] 59/22 186/7 245/24 249/10
256/6 265/24 266/16 281/22
sewn [1] 19/2
sex [34] 134/16 134/17 135/6 137/13
138/18 139/9 139/17 139/20 141/21
142/4 142/5 142/5 142/16 143/2 143/10
143/18 144/1 144/4 145/1 145/15 148/3
148/6 149/1 149/2 149/9 150/18 152/16
153/19 156/15 156/24 159/14 160/4
160/16 160/25
sexual [41] 135/15 136/21 136/22 136/24
137/1 139/4 139/7 140/7 140/22 140/25
142/11 142/21 143/7 143/9 145/21
149/14 151/8 151/18 151/19 151/23
154/9 155/11 155/12 155/13 155/18
155/23 156/24 157/4 157/13 157/15
158/6 158/15 159/18 160/5 160/7 160/9
228/20 263/21 268/12 279/12 279/25
sexually [13] 140/16 141/12 142/14 146/3
148/15 151/18 154/7 154/17 154/23
159/2 160/7 160/15 270/17
sexually-explicit [1] 151/18
shadow [1] 59/12
shame [1] 155/21
shape [1] 14/18
shapes [1] 59/13
share [7] 136/8 136/9 179/20 179/23
220/22 220/24 268/25
shared [3] 13/13 222/9 228/6
sharing [11] 40/15 40/18 220/21 221/25
222/10 222/20 224/25 227/23 227/25
228/2 269/5
Shawn [1] 44/13
she [4] 43/17 90/17 199/5 259/12
she's [2] 202/9 236/16
sheriff's [2] 210/14 212/10
shift [2] 24/21 24/21
shipped [3] 193/3 193/6 193/6
shirt [2] 250/15 282/4
shoot [10] 56/23 57/9 62/16 62/18 62/19
62/22 64/2 64/7 164/9 167/23
shooting [5] 37/1 37/5 39/5 169/10
179/24
shop [5] 35/14 35/16 35/18 46/18 46/19
short [5] 114/19 128/13 128/14 128/15
185/20
shortcut [3] 286/22 295/19 295/25
shorter [1] 170/15
shortly [1] 200/9
shorts [2] 73/3 73/11
shot [3] 63/14 64/10 64/11
shotgun [2] 187/4 187/6
should [5] 149/18 153/24 267/6 267/9
284/25
shouldn't [1] 153/25
show [101] 7/3 12/11 21/9 21/19 21/22

US... IW/NI-702/3/... Case 2:12-cv-00068-JRG-RSP Document 345-22 Filed ... Page 332 of 340

show... [96]  33/18 40/19 45/13 54/1
56/23 70/16 72/23 72/20 75/6 76/1
77/7 77/15 79/15 79/16 79/19 80/12
81/24 91/22 97/22 98/1 99/10 99/14
99/18 102/4 107/15 107/21 110/11 111/5
113/1 113/4 114/5 115/21 123/24 132/17
139/10 139/17 139/21 140/2 140/11
140/11 140/21 147/3 147/3 147/4 147/15
162/20 162/22 164/11 167/14 172/24
173/15 175/13 180/4 181/4 185/9 185/14
190/20 200/22 200/22 201/8 202/6 202/9
215/24 217/1 224/10 224/10 224/10
234/23 238/20 242/4 243/15 243/19
245/17 247/21 249/5 251/4 255/15
256/12 262/4 265/19 267/10 269/18
271/5 273/5 273/7 274/12 279/2 280/2
280/13 283/13 283/15 285/8 290/9
291/12 291/21
showed [9]  19/25 22/23 55/15 113/12
114/9 114/11 223/1 278/8 293/7
showing [13]  101/20 105/4 121/22
139/25 140/5 147/18 151/4 151/7 182/20
183/13 255/10 275/10 296/6
shown [4]  81/4 228/22 284/2 284/6
shows [9]  146/19 238/24 244/3 248/10
256/2 256/14 261/14 279/17 285/21
shut [1]  23/16
side [29]  8/8 8/9 8/12 8/17 8/22 8/22 9/19
18/16 18/18 23/13 25/25 38/24 62/3 62/4
82/25 83/14 84/7 84/9 92/21 97/3 97/6
110/4 111/1 112/22 153/1 184/12 188/5
203/25 207/24
side/driver's [1]  8/22
sidebar [3]  199/23 249/25 277/12
Sig [19]  53/25 56/14 64/8 64/16 167/12
169/1 171/1 172/4 173/2 173/22 183/10
183/21 184/22 184/23 186/12 186/19
186/21 187/8 195/22
sight [19]  55/14 55/16 55/17 55/20 62/1
62/5 64/19 169/2 169/9 171/10 172/11
173/5 173/7 173/9 173/24 174/4 184/5
195/23 195/25
sights [1]  171/11
sign [5]  12/23 13/15 20/18 180/13 180/15
signature [14]  7/15 82/8 164/15 180/19
180/23 181/14 181/15 247/1 247/7
247/15 247/23 247/23 285/1 285/1
signed [2]  194/12 197/13
significance [1]  142/2
signify [2]  168/13 168/25
signs [6]  164/5 164/7 261/2 261/4 261/10
261/11
silhouette [2]  167/20 167/21
silver [15]  54/10 80/18 80/19 91/20 169/8
172/9 174/8 174/11 179/7 183/25 184/6
185/23 185/25 186/1 195/17
similar [7]  54/7 64/17 111/10 171/2
222/18 224/19 266/18
simple [1]  232/25
simply [1]  207/2
since [10]  25/17 68/22 87/18 112/20
134/9 210/23 210/24 212/6 212/9 212/15
Singh [7]  100/2 100/16 100/18 102/9
104/12 112/13 303/14
single [5]  32/2 48/24 148/24 160/17
160/21
sir [155]  9/11 16/15 16/21 16/23 17/1
17/4 17/6 17/11 17/20 17/22 17/24 18/7
18/10 18/13 18/15 18/17 18/21 19/9
19/11 19/14 19/17 19/23 20/3 20/5 20/8
20/13 20/15 20/17 22/12 23/4 23/4 23/6

25/5 25/19 26/19 27/11 27/16 27/19
27/21 27/25 28/3 28/8 29/6 30/4 30/12
35/24 36/13 36/19 36/21 36/25 37/4
41/15 44/23 45/2 45/18 45/21 46/11
49/22 49/23 50/2 50/21 54/15 59/14 62/6
62/9 63/2 64/3 64/5 65/1 65/16 66/23
92/1 97/9 99/25 100/22 101/1 102/23
105/2 105/20 110/16 122/5 131/8 161/16
162/19 163/3 163/6 163/11 163/14
163/17 164/10 164/14 164/22 165/2
165/9 165/13 167/4 167/11 167/13
167/24 168/4 168/6 168/10 169/17 170/7
171/8 171/22 171/25 172/3 172/6 172/18
172/20 173/6 173/8 173/11 173/25 174/5
174/12 174/14 174/22 179/18 180/22
181/11 183/7 183/22 188/13 189/15
195/10 196/25 197/5 200/1 201/8 217/6
240/14 243/9 245/21 265/23 267/14
274/19 278/17 283/7 283/9 283/18
283/22 283/25 284/4 284/7 284/17
284/24 286/16 289/24 290/15 290/20
291/6 298/11
sister [2]  69/24 123/1
sit [5]  20/19 23/14 161/24 176/4 209/15
site [4]  263/17 266/15 267/24 273/2
sites [9]  169/10 265/14 266/4 269/3
270/21 275/7 275/11 292/8 294/23
sitting [6]  58/15 152/25 158/23 188/12
228/8 296/3
situation [8]  8/5 9/24 23/9 143/20 146/10
154/9 156/19 236/16
situations [1]  167/2
six [8]  50/22 121/17 121/18 121/21
122/12 126/18 253/12 277/19
six o'clock [1]  126/18
six-minute [1]  277/19
Sixteenth [1]  109/13
size [8]  96/20 96/22 105/18 105/18
111/19 158/10 158/16 226/2
skinny [1]  46/14
skip [1]  169/18
slash [1]  264/22
sleep [11]  9/5 83/21 83/22 83/24 83/25
84/11 84/11 84/12 84/13 84/14 124/2
sleeper [3]  8/24 9/1 16/5
sleeping [5]  84/2 84/4 97/1 97/4 97/6
slide [5]  21/19 54/10 172/9 183/25 184/2
slow [1]  113/8
small [1]  226/3
smaller [2]  96/20 171/2
smart [2]  260/2 260/3
Smith [5]  18/19 167/6 167/7 169/1 171/1
smooth [1]  41/8
so [283]  3/4 4/25 6/7 9/7 9/8 10/2 10/8
11/11 12/11 13/8 13/25 14/21 15/14
16/19 17/5 18/14 19/5 20/6 20/20 21/20
21/22 23/7 23/13 24/24 25/25 30/11
36/17 38/22 43/2 45/2 45/7 46/10 48/21
50/11 52/12 55/11 55/12 59/18 70/8 72/4
73/5 73/18 73/19 73/20 74/10 75/16
75/21 76/2 76/3 76/25 77/5 78/23 80/23
81/8 82/21 82/25 84/2 85/19 88/13 88/14
89/15 89/23 90/2 90/13 95/18 98/4
100/10 103/5 105/4 105/21 106/2 106/5
106/9 106/11 106/15 108/14 109/5
109/13 109/13 109/16 109/19 110/2
111/2 112/1 115/3 119/2 122/9 123/10
130/1 131/24 133/25 135/19 136/14
136/16 138/2 138/4 138/7 138/16 139/12
139/16 139/20 140/1 141/10 142/5
143/17 143/24 144/4 144/16 145/11
145/24 146/13 148/3 148/6 148/12

148/17 148/24 149/1 149/12 150/8
150/12 150/21 151/1 151/20 151/23
152/11 152/21 154/1 154/22 155/8
155/23 155/9 156/9 157/9 157/9 157/20
157/10 157/11 157/19 158/18 158/22
158/23 158/25 159/25 161/6 165/7
165/23 166/9 166/16 168/18 170/5
172/16 172/19 174/25 175/9 182/12
182/18 183/25 184/8 185/21 189/4
189/23 192/25 194/14 195/16 197/4
200/13 201/8 201/11 201/18 201/23
202/20 203/3 205/4 205/22 205/24 206/3
206/11 206/13 206/14 207/4 209/15
211/15 211/16 212/1 212/15 213/20
214/4 215/1 215/12 215/12 219/2 219/6
219/9 221/1 221/18 222/3 222/21 223/6
223/14 223/25 224/13 224/24 225/5
225/18 226/8 226/10 226/23 227/16
227/24 228/14 228/24 230/7 230/16
230/16 231/10 232/7 232/15 234/11
236/11 236/21 241/4 241/15 242/14
242/20 243/25 244/20 245/10 245/17
251/18 255/23 256/1 257/2 257/16 258/1
258/15 258/18 259/4 259/8 259/18 260/8
260/10 260/22 261/5 261/7 261/9 261/14
261/17 262/15 267/19 267/22 269/1
269/8 269/13 270/12 272/10 275/14
278/17 278/21 279/24 284/1 284/2 289/3
289/6 291/3 291/4 291/24 292/22 294/10
294/25 295/8 296/9 296/14 296/19 297/1
297/14 299/12 299/15 301/8 301/21
social [4]  134/5 142/8 150/21 158/4
socially [1]  41/19
society [3]  138/22 153/15 153/18
socio [1]  146/10
socio-economically [1]  146/10
socioeconomic [1]  160/22
sociology [1]  134/7
software [26]  40/15 211/22 215/17
215/21 220/19 221/1 221/4 221/7 221/9
221/19 225/25 226/13 227/6 242/13
244/1 254/22 255/3 256/1 262/14 271/3
271/16 285/16 288/15 295/17 300/5
300/10
sold [1]  188/25
solicitation [1]  211/14
solo [1]  24/21
some [96]  3/5 9/2 9/2 15/17 15/25 26/14
56/4 59/13 73/6 75/21 103/5 105/12
114/8 118/17 133/13 133/16 138/6
138/18 139/14 140/9 146/9 147/14 148/7
148/10 148/12 149/8 149/9 150/2 151/10
151/13 152/8 156/3 156/3 156/8 156/10
156/15 158/2 159/1 159/21 160/25 161/4
161/4 168/13 178/4 187/11 196/6 200/23
209/14 211/20 211/22 214/5 215/25
216/23 226/13 226/17 228/19 231/15
232/17 232/18 233/12 236/2 236/8
236/23 238/15 243/23 250/4 260/23
263/20 263/23 264/19 265/9 266/17
266/23 266/25 268/14 268/23 268/23
271/15 271/15 275/4 279/8 279/19
279/24 280/2 280/17 281/19 282/9 287/7
291/18 293/2 293/5 293/6 293/10 293/25
295/21 299/12
somebody [18]  140/22 143/23 145/13
147/13 147/13 152/6 152/13 152/18
152/18 153/7 153/16 153/16 228/4 228/7
239/22 245/14 260/4 260/8
somehow [2]  55/18 236/18
someone [28]  7/17 7/19 15/18 87/9
118/22 145/9 145/10 145/10 146/23
160/1 163/12 166/19 167/22 169/15

**S**

someone... [14] 175/1 190/5 198/25 219/25 227/25 228/8 239/9 260/20 267/15 267/22 268/12 269/9 270/16 279/25
someone's [1] 151/6
something [43] 18/5 26/11 26/13 26/22 26/25 27/12 33/2 39/16 41/4 52/20 72/24 76/7 111/20 129/18 137/18 138/9 138/21 139/18 139/22 139/23 145/20 146/25 147/6 147/10 147/17 151/16 153/16 153/17 153/17 153/21 153/23 153/24 157/20 185/22 188/7 196/10 208/20 231/4 239/22 288/19 291/3 292/12 299/9
sometime [3] 26/24 194/16 261/23
sometimes [11] 9/6 16/1 16/1 24/24 39/18 110/1 150/16 155/25 157/2 194/4 226/2
somewhere [2] 6/16 145/11
son [10] 116/2 117/15 120/4 120/12 120/14 120/25 123/19 124/15 126/10 188/4
son's [1] 117/7
song [3] 147/16 222/4 222/5
songs [4] 222/7 224/3 225/6 225/11
soon [3] 189/21 202/3 202/11
sorry [43] 2/22 2/25 8/25 17/14 22/4 32/3 32/9 41/11 43/7 44/10 55/9 63/3 64/4 65/15 74/19 89/24 91/8 98/13 102/11 103/12 108/13 122/5 129/2 129/4 161/13 174/22 178/10 179/18 181/12 183/20 188/19 193/4 193/22 212/23 245/3 253/12 272/22 273/22 280/24 284/8 289/2 291/6 296/12
sort [4] 19/8 142/25 156/19 244/4
sorts [2] 291/24 292/18
sound [2] 207/12 249/17
sounding [1] 114/7
sounds [3] 159/25 227/16 238/9
spa [1] 101/24
space [27] 217/18 217/18 217/20 217/22 218/1 218/1 218/10 218/13 218/22 219/2 219/10 219/15 219/16 219/22 230/7 230/8 238/11 261/11 292/13 294/5 294/8 294/13 294/20 296/24 298/23 298/24 300/5
spaces [2] 261/6 261/8
spacing [1] 261/4
speak [20] 4/24 28/9 50/11 67/10 74/12 81/12 89/24 94/10 100/11 100/12 103/12 115/4 122/7 131/7 162/1 176/6 179/17 192/12 208/20 210/4
special [14] 131/19 131/20 131/24 132/4 147/4 147/19 188/16 189/7 198/8 198/9 198/14 199/3 206/22 206/23
specialist [1] 176/21
specially [1] 149/17
specific [15] 6/24 58/13 134/15 136/23 137/19 139/6 139/6 140/9 153/9 169/16 181/19 229/17 265/17 272/4 290/5
specifically [9] 41/21 133/23 150/9 151/7 158/12 159/15 224/9 293/23 293/24
specify [1] 186/7
speed [2] 128/1 240/9
spell [9] 5/5 28/14 50/19 100/19 131/14 162/4 176/10 198/5 210/11
spend [3] 74/24 120/3 149/19
spending [5] 75/18 148/21 148/25 149/3 177/20
spent [4] 31/20 69/22 114/8 120/11
spill [1] 168/15
spit [5] 254/22 254/24

Spokane [3] 5/9 5/11 5/24
spoke [3] 26/3 189/11 192/6
spoken [1] 39/17
sports [2] 68/16 68/20 274/11
spot [1] 246/19
spray [1] 18/24
spread [2] 112/1 112/5
Spring [2] 31/9 31/10
Sr [3] 3/24 3/25 4/1
St [2] 216/5 282/7
St. [2] 207/9 210/16
St. Lucie [2] 207/9 210/16
STACY [1] 1/21 302/6 302/6
stage [1] 203/25
stages [2] 261/21 267/7
stainless [1] 183/24
stand [7] 4/17 32/13 93/17 98/23 105/17 209/9 292/9
standard [3] 167/2 167/8 167/20
standing [2] 24/10 254/14
standpoint [1] 142/8
stands [5] 132/6 234/10 234/20 263/15 264/2
start [23] 10/25 19/25 20/14 20/25 21/1 22/1 22/8 34/21 128/16 144/9 151/15 152/12 157/19 157/22 159/20 178/14 180/9 215/25 225/17 231/14 264/21 295/20 295/21
start/stop [1] 22/1
started [21] 20/8 177/20 211/12 211/13 211/25 237/25 294/3
starting [4] 208/1 208/2 208/3 231/15
starts [4] 139/1 145/5 157/21 160/11
state [29] 5/5 5/14 5/20 5/25 6/4 9/13 14/13 19/4 25/5 28/14 43/12 50/19 67/21 100/16 115/7 131/14 134/6 134/7 162/4 167/25 176/10 184/24 185/1 198/5 210/11 290/2 290/5 290/7 299/22
statement [5] 37/25 200/14 202/15 205/8 301/4
STATES [8] 1/1 1/3 1/10 1/13 3/3 184/21 198/15 272/20
station [12] 6/8 7/19 12/16 13/8 20/2 20/16 24/17 115/12 124/21 124/22 125/22 127/1
stationary [1] 4/24
status [2] 15/6 143/1
stay [16] 16/3 17/10 17/10 17/17 42/22 57/21 89/5 89/18 106/1 106/9 106/9 106/15 106/22 107/1 124/2 144/24
stayed [6] 16/4 16/5 58/3 58/6 90/11 108/11 113/5 124/6
staying [6] 48/10 104/23 119/4 119/5 119/12 119/23
stays [1] 124/4
steel [1] 183/25
steer [1] 10/9
steering [1] 45/15
Stenotype [1] 1/25
step [21] 8/3 8/3 8/14 8/16 23/18 23/19 23/21 23/22 24/11 27/25 50/2 66/10 99/25 114/17 128/12 146/14 161/16 175/21 197/19 200/1 300/18
stepped [1] 23/22
stepping [1] 8/19
steps [2] 8/16 225/10
sticky [1] 41/12
stigma [3] 157/3 157/8
still [14] 15/23 43/16 64/4 106/17 106/21 107/4 107/5 107/6 107/25 109/1 195/16 218/24 219/8 273/21
stimulus [1] 137/18 137/21
stipulate [2] 184/22 184/25

stipulation [4] 130/8 130/8 130/10 184/18
stock [1] 187/6
Stones [8] 222/4 222/6 222/7 224/3 224/12 224/13 225/6 225/11
stood [1] 32/19
stop [42] 6/8 6/12 6/16 6/23 11/10 11/11 11/14 12/8 12/23 13/14 13/15 15/7 17/1 17/8 19/15 19/18 19/20 19/23 20/2 20/9 20/18 20/22 21/3 22/1 22/19 24/15 25/12 27/20 28/4 41/15 44/24 50/5 67/4 85/23 86/3 86/4 100/4 130/25 161/19 215/5 218/4 255/14
stopped [10] 7/21 8/5 12/2 16/22 16/25 20/6 41/18 60/24 201/25 216/16
stopping [1] 15/1
stops [1] 25/17
storage [3] 229/25 230/3 269/1
store [3] 162/15 220/9 220/9
stored [2] 256/18 271/14
stores [1] 256/9
stories [7] 266/20 267/2 267/3 268/11 270/22 270/23 273/3
storing [2] 220/13 230/8
story [1] 200/11
straight [2] 79/12 184/8
strange [2] 72/25 148/25
stranger [5] 144/22 145/3 145/5 145/5 148/13
strangers [4] 144/24 145/2 145/12 145/18
strategies [3] 143/11 147/14 148/7
street [3] 28/18 45/16 48/11
streetlamps [2] 12/25 13/2
streetlights [1] 13/5
Stricken [1] 30/11
strike [3] 3/5 3/8 30/9
strikes [1] 18/7
string [1] 265/6
striped [1] 92/22
strong [1] 157/10
strongly [1] 205/25
structure [2] 223/16 223/24
Stuart [2] 210/15 210/16
studies [2] 140/20 158/6
study [8] 141/1 141/2 141/2 141/5 141/15 141/24 158/9 158/25
stuff [11] 14/19 18/2 27/8 56/4 68/15 68/19 177/22 206/13 217/25 217/25 269/16
style [1] 58/21
subject [2] 159/8 299/10
subjects [1] 135/11
subpoenas [1] 228/3
subset [1] 132/8
such [9] 132/21 146/8 166/14 167/1 168/14 184/25 220/24 267/15 269/2
sufficient [1] 209/4
suggest [4] 27/17 98/7 98/20 292/19
suggested [5] 122/9 195/4 200/6 200/16 200/19
suit [3] 29/11 69/8 69/9
Suite [3] 1/15 1/18 1/22
suited [1] 146/2
Suites [1] 101/2
summarize [2] 132/25 134/3
summarized [2] 294/16 297/5
summary [6] 135/8 135/12 202/15 246/1 297/1 301/3
summer [8] 31/9 31/10 37/8 44/23 68/7 69/17 116/5 190/18
supervisory [4] 131/19 131/20 131/24 132/4
supplemental [1] 292/5

**S**

support [6] 132/3 134/20 148/9 150/20
186/21 186/10
supported [1] 290/4
supposed [8] 37/9 46/24 109/5 109/8
118/18 127/18 157/9 157/10
sure [38] 7/23 12/3 14/13 14/14 14/15
14/19 24/2 44/25 46/3 47/7 47/8 60/16
110/2 110/22 113/18 122/18 133/17
135/14 140/9 145/12 146/6 147/7 148/4
151/9 152/4 152/24 155/19 156/22
185/19 185/20 190/10 207/6 214/11
215/6 217/20 245/7 260/3 292/15
surprise [1] 187/23
surrounding [1] 212/15
survey [3] 158/9 158/10 158/11
suspect [6] 213/17 213/21 214/22 214/25
215/1 215/3
suspects [1] 214/5
Suzy [1] 259/12
swear [10] 28/5 50/7 67/5 100/5 114/24
131/1 161/21 175/25 197/23 209/22
swim [2] 48/2 48/4
swimming [22] 47/25 48/5 70/5 70/17
71/8 71/12 72/7 72/14 72/23 73/19 73/21
73/22 76/4 76/5 88/16 88/21 88/24 90/22
101/22 102/1 102/2 152/21
swirls [1] 58/15
swirly [1] 59/15
sworn [1] 133/5
synopsis [1] 285/11
system [19] 156/3 215/24 217/13 217/19
217/23 218/6 218/24 219/5 219/7 219/18
220/7 220/7 229/19 229/20 229/25 230/4
230/11 230/11 257/13
systems [1] 256/8

**T**

T-shirt [1] 282/4
tab [1] 108/11
table [3] 83/11 125/6 188/12
Tableau [1] 214/20
tables [2] 76/15 76/16
tackle [1] 18/5
take [65] 4/19 11/22 13/11 13/25 15/25
26/11 26/14 26/22 28/4 30/22 35/4 38/5
40/20 44/5 44/8 44/20 48/24 48/25 50/6
51/23 55/19 66/10 67/5 75/23 77/19 82/1
100/5 118/1 135/5 137/20 137/22 137/25
138/19 148/10 148/10 150/7 150/13
158/1 158/2 177/23 178/24 183/11
183/11 198/25 201/18 202/12 202/18
203/3 203/21 206/7 206/19 206/20
207/23 208/8 211/17 225/10 226/2 226/3
238/1 238/11 250/19 250/24 289/11
301/1 301/9
taken [9] 23/21 66/14 156/11 199/16
200/9 204/14 236/16 253/23 301/23
takes [4] 128/19 138/20 230/7 301/5
taking [3] 159/8 187/1 209/17
talk [27] 7/17 23/18 26/1 37/17 37/19
39/18 77/22 81/18 83/22 97/22 123/22
124/20 124/24 125/1 125/23 126/1
134/23 145/20 148/1 149/15 188/10
188/23 203/14 213/3 287/11 293/22
294/3
talked [23] 42/9 65/5 96/12 123/9 124/18
125/6 125/8 128/25 133/14 139/2 143/2
147/22 148/21 149/21 150/17 151/6
153/3 153/4 188/17 236/3 269/25 285/19
285/25
talking [17] 38/16 39/2 42/10 59/10 96/23
97/17 125/22 142/15 142/16 143/10

145/6 151/14 151/18 231/5 250/7 250/13
288/25
talks [1] 158/5
tandem [1] 10/23
tanks [1] 8/17
tap [5] 39/11 39/11 39/14 39/18 45/13
Tara [8] 236/5 236/6 236/6 236/12
236/14 236/19 237/1 237/2
target [7] 146/11 147/21 160/21 166/24
167/1 167/2 169/10
targeted [3] 146/4 150/9 160/17
targeting [2] 145/15 150/3
targets [3] 146/20 167/21 168/5
taught [2] 145/18 145/19
taxi [2] 15/19 15/25
teach [5] 140/6 149/11 149/11 149/18
152/19
teacher [1] 149/8
teachers [1] 149/15
teaching [1] 151/24
team [1] 216/21
technical [1] 209/14
technique [1] 150/9
techniques [5] 142/17 143/12 147/19
150/14 151/13
technology [2] 136/5 136/7
teen [1] 267/6
teenage [1] 266/19
teens [1] 264/24
telephone [3] 158/22 158/22 159/1
television [1] 132/17
tell [107] 7/9 9/14 11/11 11/13 11/22
12/12 14/24 16/17 24/7 33/13 33/14
40/21 42/3 53/7 53/18 53/20 56/3 60/22
61/24 67/15 79/17 87/9 87/12 93/15
93/17 93/19 93/22 93/24 94/18 94/21
95/2 95/4 95/6 95/8 95/13 96/25 96/25
97/3 97/19 98/8 98/17 98/18 101/13
110/22 115/19 116/1 120/11 120/14
120/17 120/20 120/23 121/20 132/5
133/15 134/12 134/21 135/2 135/13
136/3 137/16 139/2 140/18 143/6 144/19
145/4 151/19 156/16 156/16 156/16
158/8 158/19 160/16 163/1 164/1 167/15
169/19 172/25 173/1 173/12 173/14
173/21 182/2 185/20 187/9 188/16
188/23 188/25 191/20 198/2 213/3 213/4
213/15 220/18 224/9 225/10 227/3
230/22 245/21 248/9 249/9 253/7 255/11
265/23 275/15 284/8 285/7 286/20
telling [6] 39/3 140/10 144/17 189/14
197/4 200/11
tells [1] 245/10
ten [20] 5/16 11/3 15/10 15/13 22/9
22/22 22/23 31/6 44/15 48/21 51/19
57/16 57/16 57/25 58/5 127/25 128/1
134/19 206/10 210/19
ten miles [1] 210/19
ten o'clock [1] 206/10
tend [1] 293/10
tender [1] 204/1
tenet [2] 142/3 153/18
tenets [1] 149/17
term [23] 10/18 26/17 136/19 144/22
147/5 147/11 154/6 154/7 213/10 222/18
224/6 224/13 225/13 225/14 231/15
233/18 233/23 233/25 234/15 234/19
234/21 254/24 270/21
terms [6] 233/7 236/2 237/13 269/24
270/1 292/7
testified [2] 61/16 188/8
testify [6] 133/13 192/20 203/15 203/17
203/19 301/14

testifying [3] 27/15 206/23 278/8
testimony [13] 2/7 2/11 3/2 25/7 113/23
133/10 133/12 135/8 200/13 209/17
205/17 277/17 285/20
text [9] 222/16 222/21 224/1 224/5
224/21 267/2 268/11 270/23 273/2
than [30] 12/9 17/5 24/20 24/25 25/3
57/13 58/13 64/22 70/1 73/4 96/20 135/2
140/11 149/20 154/8 155/18 158/15
167/2 170/11 170/15 174/11 179/9 188/7
191/9 200/22 206/5 212/16 241/24 272/7
301/11
Thank [72] 2/24 16/10 21/15 23/1 25/20
27/22 27/25 32/14 33/11 34/18 34/23
36/5 49/24 50/2 50/16 54/23 61/8 62/7
65/5 65/20 65/24 66/10 66/24 74/22
78/20 87/24 88/5 92/2 92/5 97/8 99/25
112/24 114/4 114/12 114/14 114/16
114/17 128/9 128/12 130/2 130/17
161/13 161/16 163/23 175/9 175/18
175/21 191/6 193/24 196/13 197/6
197/19 201/9 208/4 209/6 209/11 216/24
216/24 240/12 274/18 277/24 277/25
283/3 286/10 290/8 293/16 297/23
297/25 298/15 299/25 300/15 300/18
Thanks [2] 114/18 204/13
that [1382]
that's [121] 8/12 9/2 10/10 11/6 11/9 12/3
14/20 20/8 21/13 21/16 21/16 22/12
22/12 22/14 22/15 27/7 33/9 35/4 52/13
54/17 58/20 61/24 72/11 76/18 76/24
80/5 83/12 84/24 101/15 104/18 107/6
107/20 108/24 110/19 113/9 122/6
126/22 127/1 129/18 135/15 136/17
137/23 138/15 139/16 139/18 140/23
141/1 141/13 141/20 142/22 145/3 145/8
145/20 146/13 146/18 147/13 147/21
148/18 149/8 149/23 152/14 152/14
152/17 152/19 154/25 155/5 156/11
157/17 159/4 160/3 160/13 160/19
160/22 161/7 166/18 175/7 181/12 183/5
184/9 194/24 195/11 206/13 208/24
209/19 218/12 221/19 223/23 225/19
228/8 228/16 237/7 238/10 245/4 245/22
245/22 246/24 247/20 248/8 253/13
254/14 260/6 262/14 264/13 264/23
277/7 277/23 278/4 285/3 285/4 285/19
286/4 286/25 289/8 290/1 290/22 291/13
296/14 297/23 299/5 299/22 301/8
their [66] 8/3 8/23 8/24 10/9 10/20 11/15
11/16 11/25 14/17 14/18 14/19 14/19
15/4 15/14 16/5 16/5 17/25 23/14 24/12
27/4 27/5 27/7 44/12 59/20 65/11 65/12
115/19 118/18 119/15 134/25 135/1
137/18 138/16 140/25 141/7 143/7
144/11 144/20 145/10 145/10 145/11
146/2 146/12 146/13 146/23 147/1 149/4
156/1 156/2 156/2 156/2 157/2 161/7
167/22 167/22 170/1 191/23 208/16
211/22 212/13 239/18 240/2 259/9
259/15 267/16 267/16
them [109] 6/16 6/17 7/20 7/21 7/22 8/3
9/23 10/11 10/19 10/21 11/4 11/13 11/14
11/14 11/14 11/16 11/18 11/19 11/22
12/1 12/2 12/6 15/22 19/1 20/10 20/23
23/5 23/14 23/23 23/23 27/3 27/6 30/21
30/22 33/9 33/13 33/14 43/3 44/6 44/9
48/25 63/17 66/3 79/17 79/17 79/24 82/9
92/16 93/12 103/1 109/25 123/9 125/12
125/13 125/16 125/17 127/14 127/14
137/14 138/5 138/14 138/20 138/21
140/11 141/11 142/13 143/19 143/19
143/20 144/3 145/16 145/17 147/14

**T**

them... [36]  147/15 147/16 147/16
147/18 147/21 149/5 150/2 156/11
156/12 156/12 156/13 156/16 160/16
168/16 172/15 182/15 184/7 191/20
191/21 193/14 193/16 227/7 237/25
241/1 241/7 242/17 250/19 266/17
266/23 266/25 269/4 269/14 287/18
293/5 294/11 297/21

themes [6]  136/15 136/17 137/3 137/4
159/13 159/21

themselves [11]  134/25 138/13 144/1
144/5 149/6 156/4 157/12 230/5 257/14
259/21 260/8

then [112]  10/21 12/6 12/24 13/13 13/14
13/17 20/22 23/16 23/18 25/17 38/20
55/20 56/5 56/14 56/19 62/19 63/8 63/14
64/8 65/6 75/19 85/6 86/24 90/3 90/19
93/5 93/12 94/16 98/22 107/12 108/6
108/11 108/14 124/3 143/21 151/17
156/20 188/25 192/12 197/12 197/13
200/8 202/14 205/17 207/13 207/21
207/22 211/20 212/6 214/15 214/16
215/2 215/4 215/15 215/17 216/16
218/10 218/17 218/20 219/3 221/11
222/16 222/22 222/24 222/25 223/2
223/22 224/7 224/12 224/14 225/10
225/13 225/14 225/15 225/16 226/17
226/17 227/19 228/3 228/4 230/2 231/18
231/19 240/18 240/19 244/4 246/21
251/18 260/14 262/23 264/5 264/23
264/24 269/1 269/6 270/1 270/18 270/22
274/19 284/18 285/15 285/22 285/22
286/12 287/17 288/5 288/19 296/23
298/23 299/4 300/10 301/21

there [256]  4/17 6/15 6/17 9/5 9/14 9/14
9/16 10/19 10/25 11/24 12/7 12/22 12/23
13/2 13/14 13/19 15/8 19/18 19/25 20/18
20/18 20/19 20/20 22/5 22/12 22/23
23/15 24/11 24/14 24/17 24/20 24/20
24/22 24/24 25/2 25/11 26/4 26/5 27/17
27/18 27/20 28/4 32/18 32/21 33/16
33/16 38/19 40/4 40/24 41/4 41/6 42/3
42/7 42/8 42/14 42/14 42/19 42/24 42/24
43/22 43/25 49/6 50/5 50/15 51/25 55/17
56/7 61/2 62/5 62/13 62/24 63/3 64/10
64/11 64/12 67/4 69/5 70/5 70/10 70/10
70/12 70/12 70/16 72/7 72/18 72/24 73/6
73/19 75/10 75/18 77/5 78/23 79/5 81/9
81/19 81/20 82/8 83/10 83/15 84/16 88/6
88/13 89/8 89/10 89/11 91/3 92/24 94/11
96/15 98/8 99/6 99/8 100/4 103/4 105/10
110/10 110/10 113/5 113/21 114/6
117/14 118/18 119/5 119/25 127/18
130/25 131/23 132/13 132/14 132/21
133/4 133/18 136/16 138/6 138/19
138/20 139/11 139/12 140/9 140/21
141/1 141/4 141/6 142/4 151/7 152/4
152/7 152/16 155/2 156/13 158/9 158/22
161/20 164/9 164/13 165/1 165/12 166/2
167/15 168/1 172/11 173/5 177/8 177/19
177/20 180/19 181/6 182/3 183/3 183/19
184/8 185/25 187/17 190/4 192/15
192/16 196/7 196/10 203/24 204/3
205/11 207/12 207/12 211/17 211/22
213/25 215/5 216/11 218/24 219/8
219/12 219/22 221/11 225/5 225/16
225/24 227/12 229/20 229/22 230/2
230/7 236/11 236/23 239/14 240/16
240/19 241/8 242/1 244/23 245/16
255/14 256/6 257/22 258/21 259/20
260/17 261/9 261/11 261/18 265/9

268/10 268/15 269/12 270/18 270/20
270/22 272/13 272/22 274/12 277/11
279/24 284/18 288/7 288/16 288/19
289/6 291/5 291/5 291/16 291/17
291/22 291/24 291/25 292/1 292/7 292/8
292/21 292/24 293/3 293/5 293/13
293/15 293/24 299/12 299/19 299/20
there's [51]  9/6 19/5 19/24 21/2 24/24
105/12 130/7 132/23 135/20 138/21
139/14 139/15 140/20 142/3 151/11
152/17 153/2 155/6 157/2 158/2 158/23
160/6 177/25 181/14 202/20 213/24
215/23 223/8 227/22 231/18 234/3 237/2
246/19 259/8 259/20 261/2 263/11
264/25 265/6 269/3 281/4 284/10 284/18
284/25 290/6 291/1 291/1 291/4 291/8
291/14 292/18
these [77]  9/22 31/13 34/20 39/4 39/22
92/14 102/13 103/14 103/21 105/4
111/10 113/22 114/1 114/5 114/6 114/8
125/6 125/23 125/24 136/16 137/17
137/24 137/24 138/23 139/17 140/1
140/1 142/17 147/19 159/1 163/4 163/15
191/24 205/4 221/12 222/20 230/23
232/17 233/3 236/9 237/14 239/2 242/20
243/9 244/21 244/24 244/25 245/25
246/3 249/13 251/16 260/11 261/3
261/10 264/11 267/19 269/2 269/10
269/14 269/23 269/24 270/1 270/12
273/14 273/15 278/21 281/1 281/23
282/19 290/6 292/20 295/24 296/9 296/9
297/1 297/6 297/19
they [291]  3/9 6/13 6/16 8/2 8/23
8/24 9/5 9/7 9/8 9/23 10/8 10/10 10/17
10/19 10/20 10/21 10/22 12/3 12/21 13/5
13/5 13/6 13/6 13/10 13/13 13/17
13/17 15/3 15/4 15/12 15/14 15/18 15/19
15/19 15/21 15/23 15/23 16/2 16/4 16/5
18/5 19/24 19/25 20/20 23/7 23/11 23/12
23/16 23/17 24/11 24/12 24/13 27/4
28/22 29/25 30/5 44/1 44/14 51/8 59/18
59/20 73/13 93/8 93/5 93/8 93/10 93/12
93/13 93/15 93/17 93/19 93/22 93/24
94/1 94/4 96/18 96/24 96/25 97/3 99/6
99/7 99/8 99/10 99/12 99/14 99/16 99/18
99/20 103/9 103/17 103/20 103/21
103/22 104/22 106/2 106/3 113/23 114/1
114/9 114/11 117/8 118/12 119/6 119/8
119/8 123/1 125/10 125/11 126/13
127/10 127/12 132/19 134/1 135/3 135/3
135/3 136/22 137/13 137/15 137/19
137/19 137/20 137/21 137/22 137/25
138/1 138/3 138/7 138/8 138/13 138/18
138/19 139/18 140/7 140/23 141/2 141/5
141/7 141/8 141/11 141/17 141/18
142/11 142/23 142/24 143/2 143/3 143/8
143/16 143/17 144/3 144/7 144/7 144/9
144/10 144/10 144/11 144/11 144/12
144/18 144/18 145/9 145/13 145/23
145/23 145/24 145/24 145/25 146/2
146/14 147/2 147/12 147/13 147/13
147/17 147/17 147/18 147/18 149/3
149/24 150/3 150/3 150/5 150/5 150/5
150/6 151/12 152/13 153/20 154/23
154/24 155/4 155/6 155/7 155/8 155/19
155/20 155/21 155/21 155/23 155/25
155/25 156/1 156/1 156/14 156/12 156/24
157/3 157/4 157/10 157/12 157/15
157/22 158/16 158/18 158/18 158/18
158/19 158/25 160/17 161/6 161/7 161/8
163/1 163/7 163/12 164/9 167/19 167/23
168/15 168/16 169/16 170/3 170/3 170/6
172/14 172/14 182/18 192/4 203/11

211/17 213/23 216/22 218/7 218/7 218/8
221/7 221/17 222/21 224/4 224/7 225/7
226/13 228/1 228/7 229/13 233/4 234/13
236/21 237/10 238/3 238/25 239/24 240/2
241/22 243/23 247/20 250/10 256/6
256/11 257/16 257/17 257/18 259/18
259/24 261/5 261/7 261/7 266/18 267/22
273/16 280/23 280/25 282/23 294/11
294/17 297/15 298/22 298/24 299/1
300/25
they'll [4]  10/5 10/6 138/10 207/22
they're [8]  9/24 27/8 135/4 139/12 143/11
155/7 157/11 255/19
they've [2]  144/6 236/14
thing [15]  10/8 10/24 18/3 18/4 20/25
21/10 87/7 132/21 143/14 166/2 206/16
214/11 221/25 239/22 301/1
things [29]  17/18 17/25 18/2 18/2 18/9
68/14 112/5 137/4 138/3 138/4 140/12
142/17 143/15 144/14 148/12 149/16
149/24 151/12 188/20 204/19 215/19
215/25 222/5 234/7 240/9 287/10 292/20
293/10 300/22
think [34]  2/8 49/7 54/9 70/3 72/11 73/18
89/23 136/13 138/24 142/10 142/10
147/5 147/6 147/9 152/13 153/2 158/10
178/13 179/5 197/1 203/4 213/3 232/9
238/10 241/6 242/1 255/14 255/14
258/21 263/11 273/2 275/5 277/11
291/25
thinking [3]  86/15 135/3 147/17
thinks [1]  139/24
third [3]  71/7 220/19 232/14
third-party [1]  220/19
Thirteen [2]  67/18 244/12
Thirty [3]  50/22 71/23 71/24
Thirty-eight [2]  71/23 71/24
Thirty-six [1]  50/22
this [404]
THOMAS [1]  1/14
thorough [2]  294/7 294/20
those [99]  5/21 9/7 10/20 10/21 12/23
12/25 13/1 13/2 13/4 20/17 27/3 27/4
31/19 31/22 33/13 37/22 41/2 49/21
56/21 57/3 58/5 59/13 80/23 94/1 103/20
113/12 121/20 125/15 129/19 134/12
134/21 135/11 137/4 137/20 137/20
137/21 137/22 137/22 139/1 141/10
141/17 142/8 142/9 146/15 149/16 152/8
154/19 159/18 163/1 167/20 174/1
175/10 203/20 209/16 211/19 215/22
215/24 220/4 220/25 222/10 223/3
223/12 226/13 227/14 230/10 232/21
234/6 234/9 236/19 237/1 237/4 237/8
237/13 237/18 238/15 239/18 240/5
240/6 241/20 243/21 248/13 252/1 252/4
256/16 257/5 263/23 265/18 266/4
280/19 287/18 291/10 291/18 293/10
294/12 295/8 295/10 295/14 297/5
298/22
though [8]  100/4 124/13 145/7 149/10
165/23 223/25 284/10 292/18
thought [10]  91/5 189/25 241/14 244/10
248/6 265/24 273/16 287/17 298/3
298/10
thousand [1]  182/18
threat [1]  156/19
threaten [1]  156/16
threatening [1]  24/3
three [24]  3/8 14/5 14/8 14/9 22/20 25/14
31/12 44/9 44/9 44/11 45/23 48/15 49/13
49/14 49/21 63/16 80/23 115/18 129/6
133/8 149/18 174/1 198/10 301/20

T

threw [1] 73/3
through [89] 3/3 22/4 33/23 42/13 48/23
51/20 59/17 77/19 91/15 102/19 103/3
103/6 133/25 140/13 148/22 152/5
162/24 163/1 166/23 177/16 206/23
214/10 214/13 214/18 215/4 215/17
218/4 225/18 228/3 229/9 233/7 240/14
248/9 258/15 263/19 265/12 278/17
280/22 289/16
throughout [1] 285/7
throwing [4] 118/5 152/22 153/4 153/5
thumbnail [3] 244/4 245/23 251/18
Thursday [5] 207/14 207/15 207/16
207/17 207/22
tickling [1] 152/7
tie [4] 29/11 52/3 69/9 92/22
ties [1] 141/4
Tim [8] 3/17 3/20 28/2 190/8 190/9
247/10 247/16 258/22
time [156] 2/12 2/15 6/3 8/4 8/7 9/15
10/25 11/2 11/4 11/5 11/7 12/15 13/12
15/7 15/19 15/20 16/19 17/8 18/23 19/25
20/1 20/6 20/7 20/8 20/14 20/25 21/1
21/2 21/3 21/14 22/2 22/8 22/11 22/13
22/16 22/25 24/8 24/18 24/19 25/1 29/19
31/7 31/20 34/21 37/7 39/10 40/4 40/12
41/4 41/21 44/14 44/21 47/16 52/25
53/15 56/4 56/6 56/7 57/17 58/2 58/2
63/25 64/1 64/23 64/24 64/25 68/9 69/22
72/24 75/16 77/9 84/18 84/19 88/11
88/13 95/10 95/10 95/14 95/21 95/22
103/13 103/17 108/9 109/17 111/23
112/3 113/2 113/6 113/15 113/25 114/9
117/14 119/4 119/5 119/25 120/20
122/19 123/2 128/2 137/2 137/8 148/21
148/25 149/3 149/19 154/11 154/12
157/15 163/7 163/18 177/20 177/20
178/6 181/17 181/19 181/25 182/3
182/10 183/6 184/17 186/8 186/11
186/23 187/8 187/11 187/25 188/2
188/17 189/17 190/16 191/22 199/6
205/9 205/18 206/3 212/12 219/3 226/3
240/18 240/18 256/13 258/3 258/19
258/20 259/1 261/7 277/9 278/3 288/2
288/22 289/5 293/12 293/12 293/25
296/20 301/18
times [33] 6/14 8/2 10/17 11/16 20/11
23/11 23/12 23/14 24/21 31/25 32/1
36/16 57/15 57/24 58/5 73/17 95/24
121/17 121/18 121/21 122/12 149/6
177/22 181/19 186/5 193/25 256/12
256/15 261/14 263/13 263/14 291/18
299/11
Timothy [2] 28/16 303/6
title [18] 131/18 222/11 225/5 225/6
225/11 226/21 234/5 237/5 238/16
239/18 248/23 248/23 252/6 253/17
254/6 254/17 261/12 274/8
titled [6] 249/2 262/12 263/12 265/7
266/15 271/3
titles [10] 233/3 233/5 235/13 239/2
242/14 243/9 260/24 261/3 261/10
266/23
today [31] 2/8 3/5 27/15 29/7 44/22 69/3
87/17 87/18 109/21 125/2 129/22 129/24
133/9 135/7 135/9 135/17 136/18 177/4
188/8 188/12 189/14 192/20 200/12
201/3 203/14 204/9 206/6 207/4 207/21
275/6 296/16
today's [1] 25/7
together [12] 29/4 30/18 31/18 33/5

68/14 96/6 139/23 177/24 182/17 194/7
243/25 277/20
told [41] 38/14 47/2 76/24 94/20 95/2
95/9 95/9 95/11 95/16 95/18 95/22 98/24
98/19 98/22 98/22 99/6 99/8 118/16
119/15 119/20 120/18 120/24 121/3
124/17 125/1 126/4 126/13 158/16 159/3
182/7 188/18 189/18 191/21 193/10
196/11 196/20 197/13 200/6 200/7
200/11 238/5
tomorrow [9] 203/21 203/23 206/7 206/8
206/9 206/11 207/14 207/18 300/23
tone [7] 169/1 169/3 169/4 171/4 172/5
173/3 173/22
tongues [1] 208/20
Tony [44] 30/5 30/10 68/10 68/12 68/22
70/12 72/20 73/6 73/19 74/24 75/18
75/21 75/23 88/10 88/15 88/23 88/24
89/18 90/6 90/8 90/9 90/13 95/3 95/21
116/25 117/6 117/17 117/20 117/23
118/10 118/12 118/16 118/17 119/13
119/20 120/20 121/3 122/16 126/7 127/3
127/11 127/13 127/16 199/14
Tony's [1] 118/13
too [11] 34/7 49/9 84/5 92/24 123/5
195/25 206/10 207/7 257/18 292/8
298/25
took [9] 20/21 69/24 77/4 77/7 110/3
119/6 122/21 186/15 282/21
top [25] 40/25 41/8 41/9 58/15 104/18
106/12 106/24 107/8 107/13 108/2
108/15 151/15 172/9 195/16 242/18
244/20 245/6 248/10 251/25 252/15
253/14 254/10 281/24 282/9 290/16
total [3] 198/20 237/22 245/24
totality [1] 159/21
touch [10] 41/5 85/1 86/11 86/16 151/13
152/2 152/10 153/5 154/24 299/10
touched [12] 84/25 85/1 85/3 85/4 85/6
85/12 98/25 120/18 120/24 142/11
205/21 231/9
touching [3] 142/12 151/16 200/12
tough [1] 164/15
toward [1] 60/4
towards [3] 13/1 24/3 26/21
tower [2] 214/12 294/18
towing [2] 10/8 10/22
town [2] 15/25 207/4
tractor [2] 9/25 10/6
trade [2] 136/6 227/16
traded [1] 237/10
trading [1] 227/12
traffic [9] 6/16 6/23 7/10 7/11 11/10 11/11
20/9 20/22 263/20
trailer [4] 10/1 10/2 10/3 186/15
training [6] 133/16 133/18 145/4 211/24
212/3 212/4
transaction [3] 165/6 165/8 165/9
transcribe [1] 20/24
transcript [3] 1/9 1/25 302/2
Transcription [1] 1/25
transferred [1] 199/5
transport [3] 10/11 176/23 178/13
Transportation [2] 176/21 177/1
transporting [1] 5/19 31/13
traveling [2] 5/19 31/13
Treasury [1] 211/24
treaties [1] 272/19
trial [5] 1/9 190/2 206/9 266/16 284/9
tried [1] 81/6
trigger [3] 57/6 172/15 173/25
trip [18] 36/14 39/9 43/5 43/8 43/8 43/9

44/7 49/8 49/21 70/3 117/15 117/17
117/18 117/21 117/23 186/18 189/16
189/21
trips [4] 39/23 202/23 203/3 203/10 317/3
31/22 33/5 36/12 36/18 37/19 37/22
38/11 39/4 39/22 41/2 45/12 186/14
trouble [6] 94/24 154/15 155/5 155/6
155/20 196/24
truck [43] 6/12 7/24 8/1 8/8 8/18 8/20
8/20 9/3 9/20 9/25 10/5 10/6 10/8 10/10
10/13 10/18 10/20 10/21 10/22 14/1
14/12 14/18 14/21 22/24 24/24 26/4 27/8 28/23
31/14 31/15 36/23 36/24 41/5 60/21
60/25 90/15 177/18 177/23 186/24 196/6
196/8 254/5 254/7 254/15
truckers [1] 265/8
trucking [4] 265/9 266/2 292/8 293/6
trucks [14] 6/7 9/2 9/3 9/7 10/13 10/21
17/1 26/16 27/4 31/15 48/6 254/11 265/4
271/1
true [3] 138/15 149/8 291/12
trukz.com [3] 264/11 265/4 265/10
trunks [4] 47/25 88/21 88/24 88/25
trusted [2] 123/14 123/17
trusting [1] 139/25
truth [7] 98/23 98/25 99/6 144/20 189/14
197/4 197/13
truthfully [2] 170/2 170/3
try [5] 7/21 16/17 17/10 17/10 17/17
140/10 141/3 149/3 164/11 210/3 228/4
228/8 238/6 272/3 284/14
trying [2] 142/1 206/5
Turkey [1] 43/12
turn [12] 4/18 11/19 11/22 50/5 100/4
102/11 110/17 142/18 144/1 170/20
217/20 259/1
turnaround [1] 7/22
turned [3] 81/5 84/24 289/3
turning [5] 9/18 144/5 168/20 171/23
264/15
TV [9] 74/8 75/14 75/15 75/16 83/8 84/24
93/24 99/18 110/25
Twelve [2] 51/9 141/16
Twelvechan.com [1] 268/15
Twenty [1] 202/14
Twenty-five [1] 202/14
Twice [1] 56/2
two [57] 9/14 23/19 24/22 24/24 25/2
51/7 63/8 70/11 101/2 118/16 125/16
125/17 125/18 129/6 133/18 140/19
143/12 143/15 157/8 169/1 169/3 169/4
169/4 169/5 171/4 171/6 171/7 172/5
173/3 173/22 174/7 182/12 185/9 203/10
203/20 204/19 207/23 208/3 210/18
211/23 216/13 220/1 220/4 227/13
227/14 229/10 232/21 238/14 240/20
249/20 255/7 258/22 277/1 286/14
287/18 287/18 288/7
two-month [1] 211/23
two-phase [1] 133/18
two-tone [5] 169/1 169/3 169/4 173/3
173/22
Tyler [1] 44/13
type [29] 27/3 46/12 57/2 62/19 63/15
148/11 149/22 152/7 152/8 155/13
163/15 173/9 215/19 215/21 220/24
222/5 222/6 222/6 222/16 222/21 224/5
224/6 258/17 261/6 267/23 270/1 270/20
279/13 291/3
typed [10] 224/12 267/17 267/18 267/20
269/10 290/21 291/2 291/3 291/11
292/15
types [4] 60/20 136/16 146/16 267/15

# T

typical [2] 175/7 187/6,
typically [7] 68/6 94/13 121/5 143/2,
144/4 145/20 154/14 157/1 157/20
159/11 165/14
typing [1] 269/11

# U

U.S [2] 1/22 302/7
U768751 [1] 169/12
uh [12] 58/12 73/14 81/9 105/16 107/24
110/19 112/7 122/3 125/14 179/15
179/15 190/3
uh-huh [8] 58/12 81/9 105/16 107/24
110/19 112/7 122/3 125/14
Uh-uh [1] 179/15
ultimate [2] 142/21 149/14
ultimately [1] 161/3
Um [15] 47/12 70/7 74/25 75/19 77/4
78/24 83/23 85/23 93/16 93/18 95/3 95/7
117/19 121/22 122/23
unable [1] 37/15
unallocated [17] 217/18 218/1 218/18
219/16 294/7 294/13 294/17 294/20
296/24 298/4 298/20 298/23 299/8
299/14 299/16 300/5 300/6
unclear [1] 208/24
uncomfortable [4] 39/9 84/1 85/14 86/2
uncommon [2] 159/25 160/4 160/6
under [11] 13/11 123/12 170/9 223/13
223/15 231/17 231/17 231/18 242/22
244/22 249/11
underaged [1] 147/21
underappreciated [1] 146/15
undercover [1] 227/24
underestimate [1] 17/3
underneath [3] 12/24 26/25 216/11
underreported [5] 142/2 142/4 142/5
155/12 155/13
understand [19] 7/18 16/17 26/20 98/2
98/10 110/2 119/9 134/24 134/24 142/1
152/15 157/4 166/11 209/4 218/17
228/16 255/17 296/14 298/6
understanding [5] 118/15 123/7 127/16
142/6 192/18
Understood [1] 112/24
undress [2] 266/21 267/7
undue [1] 201/8
unfortunately [4] 132/22 236/20 236/22
237/3
uniform [5] 9/10 18/12 18/22 19/1 19/8
unit [10] 10/22 131/22 132/6 132/7 132/9
132/10 133/18 149/17 149/18 210/24
UNITED [8] 1/1 1/3 1/10 1/13 3/3 184/21
198/14 272/19
University [2] 134/6 134/7
unless [3] 129/18 224/9 300/10
unlimited [1] 166/5
unloved [1] 146/15
unquote [1] 148/17
until [5] 87/17 123/3 166/9 219/8 224/22
unusual [16] 17/25 18/2 18/3 18/4 18/9
19/18 24/14 25/12 25/24 26/11 27/12
27/13 27/20 32/18 41/9 78/23
up [90] 2/4 2/8 4/17 8/3 8/14 8/19 10/10
10/19 12/25 13/2 13/11 13/14 13/16
13/22 23/18 23/19 23/22 28/3 29/24
30/21 30/21 32/13 40/25 45/4 45/6 48/5
59/18 69/17 72/20 75/18 83/9 84/2 84/4
84/16 84/23 84/24 86/5 86/6 86/13 86/17
88/7 88/8 88/11 91/3 91/6 91/9 100/3
102/9 103/1 103/12 104/24 106/10 107/2
108/14 119/8 121/22 124/2 124/4 124/6
124/15 128/18 145/5 153/5 168/16 178/4
178/25 200/1 201/15 201/16 204/20
205/5 205/12 208/25 211/17 211/22
221/9 224/7 229/9 237/5 237/12
238/11 240/9 257/16 275/5 277/11
282/14 291/22 293/7 294/15
upgraded [1] 167/1
upon [1] 138/22
upper [3] 11/1 22/3 137/11
upwards [1] 10/7
URL [6] 260/14 260/17 263/15 263/15
269/8 269/15
URL's [1] 291/10
URLs [3] 264/20 269/10 290/21
us [80] 4/25 13/23 19/3 24/20 24/23
24/23 25/2 25/3 28/10 43/10 53/24 55/5
56/3 57/3 60/22 67/15 70/11 77/19 88/8
88/9 93/15 93/17 93/19 93/22 93/24
96/25 96/25 97/3 98/18 98/22 98/22
99/10 99/14 99/18 101/13 104/18 110/22
118/24 121/20 128/19 133/15 134/12
134/21 135/20 136/3 137/16 139/2
140/19 143/6 146/19 152/3 153/3 153/4
153/16 153/17 153/25 158/8 163/2
166/22 172/7 187/9 188/12 189/3 209/15
210/19 213/4 214/9 223/6 225/10 230/22
232/21 245/21 249/9 255/11 258/15
261/14 262/9 265/23 268/14 275/15
usage [2] 166/4 168/13
use [55] 6/15 21/10 21/13 30/11 39/25
40/4 40/7 60/2 103/1 132/24 136/6
137/17 137/21 137/22 137/24 137/25
138/6 138/8 138/10 139/9 139/20 140/2
140/12 143/11 143/18 147/5 147/20
150/3 150/5 151/9 151/10 151/10 151/14
152/9 153/15 153/19 154/2 164/3 166/21
166/22 168/17 175/1 175/14 179/13
179/16 183/12 191/18 206/23 214/19
221/17 222/14 228/3 237/13 256/25
288/21
used [28] 15/22 15/23 40/9 41/13 99/12
99/16 99/20 135/19 136/19 139/8 140/6
148/8 165/24 167/3 167/21 189/11
192/20 196/21 213/6 215/24 220/8 220/9
223/4 245/13 245/14 271/13 285/16
294/22
user [45] 218/7 218/15 222/2 223/13
223/25 225/2 225/7 225/10 227/1 227/6
229/6 230/2 241/15 242/22 243/13
244/22 249/11 256/24 257/3 257/16
258/3 258/20 259/3 259/6 259/10 259/15
259/21 260/4 260/5 260/11 262/21
264/13 270/25 272/22 273/15 275/12
279/11 293/6 293/8 294/21 294/25
296/14 296/23 297/15 300/4
users [12] 220/22 221/12 224/25 227/13
227/14 231/16 231/17 242/15 258/22
270/12 273/16 294/10
uses [2] 139/5 221/14
using [19] 153/4 165/25 179/10 221/18
222/9 227/1 229/24 230/3 242/15 256/22
257/5 258/3 259/8 259/12 260/1 272/7
272/22 272/23 293/11
usual [1] 169/7
usually [23] 8/8 10/4 10/11 11/13 11/18
18/1 18/1 27/11 32/7 105/22 105/23
132/23 150/13 164/8 166/19 167/3
167/10 169/7 234/9 266/19 266/21
271/13 289/3
utilize [1] 142/17 148/6
utilized [1] 272/14

# V

vacation [2] 43/8 188/1

valid [1] 14/20
validates [1] 138/14
validation [4] 137/25 138/4 138/10
138/13
Valparaiso [3] 28/18 39/7 42/2
value [1] 201/7
variety [1] 215/17
various [4] 33/5 254/11 266/21 267/6
vary [1] 17/16
vehicle [22] 5/13 6/9 6/9 7/25 9/13 9/14
10/14 10/16 14/9 15/5 15/12 15/16 17/8
17/16 20/1 20/6 20/7 23/3 23/3 23/5
43/19 43/21
vehicles [8] 5/19 6/4 6/14 6/15 10/20
16/5 16/22 16/25
verbatim [8] 24/7 111/16 116/16 120/19
152/18 249/16 272/7 285/21
verdict [1] 206/13
version [15] 223/9 223/9 223/10 223/11
286/17 286/20 287/1 287/4 288/25
295/25 296/2 296/2 296/18 296/18
296/21
versions [2] 223/8 295/11
versus [1] 219/16
very [30] 8/24 17/7 40/3 86/2 101/18
103/13 113/3 113/20 114/7 117/10
121/13 136/16 140/9 145/25 145/25
146/1 146/19 153/7 153/9 158/11 159/14
187/24 205/6 205/13 205/16 208/10
219/12 247/21 253/2 301/3
vest [2] 18/20 18/25
via [3] 211/14 229/1 229/4
Vickie [1] 237/2
victim [28] 139/22 142/19 142/19 147/2
151/3 151/20 154/10 154/13 154/14
155/1 155/2 155/5 155/9 156/8 157/6
157/7 157/9 157/12 158/23 161/6 236/6
237/11 290/1 290/1 290/4 290/6 290/7
299/22
victimization [4] 139/4 145/21 154/3
156/4
victimize [2] 146/3 154/11
victimized [1] 146/18
victims [20] 132/11 134/25 139/11
141/14 141/16 142/6 154/4 154/8 154/16
154/19 156/3 156/10 157/1 157/18 158/2
159/14 236/8 237/3 237/13 290/7
Victor [3] 50/4 50/20 303/9
video [20] 74/10 75/14 200/23 202/13
202/14 205/19 205/23 205/24 206/23
218/7 224/10 225/24 231/7 232/6 234/10
234/14 237/25 238/7 238/10 256/11
videos [29] 138/12 144/15 213/20 215/20
215/22 216/15 217/24 220/9 227/5
229/22 230/5 230/6 232/8 233/12 236/7
236/9 236/12 236/19 237/8 237/22 238/2
239/15 239/18 241/20 266/20 267/8
277/19 277/20 299/19
videotaped [2] 199/16 201/5
view [5] 142/23 219/7 256/11 256/25
299/11
viewed [5] 243/22 256/21 257/2 257/5
299/16
viewer [1] 234/12
violation [1] 15/9
violations [2] 25/14 25/16
violence [1] 137/3
violent [2] 132/9 137/2
VIP [6] 166/2 166/4 166/6 168/15 168/18
168/19
Virginia [1] 132/16
Visa [1] 274/17
visible [1] 225/7

## V

visit [5] 113/15 113/16 224/20 264/11 267/25
visited [11] 113/2 113/5 113/12 164/20 256/15 258/20 263/14 263/17 275/12 294/1 297/15
visits [12] 164/5 256/16 263/20 264/11 264/16 265/4 265/6 265/10 265/13 272/24 275/6 279/17
Vista [9] 217/14 217/15 217/18 260/6 288/20 288/20 288/23 288/24 289/1
visual [1] 135/14
voice [3] 28/10 50/12 67/11
voided [2] 274/22 275/14
Volume [1] 1/7
vulnerabilities [5] 145/22 145/23 146/1 149/25 150/14
vulnerability [1] 160/19
vulnerable [1] 146/8

## W

Wachovia [5] 275/2 275/2 275/6 275/11 279/19
Wachovia.com [1] 275/11
wait [2] 126/24 209/15
waiting [1] 11/24
waiver [2] 164/3 180/13
walk [7] 15/19 83/6 214/9 218/4 229/9 258/15 265/12
walked [1] 3/1
Walkers [1] 162/8
walking [1] 15/20
wall [1] 20/20
wallet [1] 27/5
want [97] 2/6 2/14 4/17 7/17 7/23 8/11 9/18 10/24 15/18 23/25 32/12 32/23 34/7 35/2 40/19 41/5 50/5 52/23 53/3 59/7 59/21 70/18 70/20 71/24 75/1 77/1 79/15 81/18 81/24 91/24 101/7 104/12 105/7 106/7 110/11 111/5 128/18 130/11 130/19 134/24 135/11 135/12 138/9 140/10 142/11 142/22 143/17 144/3 146/3 147/12 147/13 148/14 148/25 155/4 155/20 162/20 164/11 164/23 170/20 172/24 175/24 180/4 180/9 180/18 181/4 181/5 185/9 190/20 200/1 206/3 213/21 213/24 214/1 215/23 218/7 226/19 238/20 240/23 242/4 244/17 249/23 251/21 254/25 255/16 257/17 259/4 260/22 263/7 263/23 265/17 267/23 272/15 273/5 277/14 280/2 299/3 299/8
wanted [11] 2/9 57/9 57/11 76/1 93/13 187/15 188/23 221/22 222/3 285/11 297/14
wanting [2] 139/12 156/6
wants [10] 140/12 143/24 149/19 151/23 151/24 152/20 159/22 175/1 218/15 250/21
warn [2] 38/10 38/13
warning [1] 144/24
warrant [3] 212/19 216/2 228/14
warrants [4] 213/1 213/5 213/8 228/4
was [536]
Washington [10] 5/9 5/11 5/14 5/18 5/20 6/4 14/13 19/4 25/5 212/2
wasn't [9] 46/24 53/4 57/9 91/17 119/5 122/18 129/3 190/14 193/11
waste [2] 205/18 206/3
watch [1] 20/19
watched [1] 232/24
watching [2] 152/25 153/1
water [3] 42/13 47/23 216/23

way [40] 9/22 10/23 11/17 12/3 14/18 24/3 47/11 73/15 87/1 95/11 106/2 110/17 110/18 131/21 133/24 135/20 135/13 140/11 142/11 143/8 147/9 149/21 151/1 153/5 154/2 159/2 160/19 160/22 169/18 172/11 211/14 212/21 214/4 216/14 218/3 224/11 227/12 227/16 248/9 259/12
ways [10] 15/17 135/20 136/7 139/10 145/24 151/7 152/4 152/9 155/9 227/22
we [250] 2/6 2/8 3/6 3/8 4/4 4/7 6/15 11/9 11/9 11/17 12/3 12/6 17/10 19/1 19/3 20/8 20/9 20/17 20/19 22/8 22/16 22/17 23/24 24/19 25/5 25/14 25/15 25/15 26/15 27/6 29/19 29/19 30/17 30/21 31/16 31/16 32/24 37/23 38/5 43/23 44/19 50/12 50/13 59/9 59/12 59/12 67/11 68/3 73/22 75/19 75/19 75/20 75/25 77/12 81/17 82/1 98/1 98/8 98/17 98/20 103/23 104/14 105/20 106/5 106/5 108/5 108/17 108/17 108/23 109/4 109/22 109/25 113/9 121/24 122/23 123/3 123/3 126/23 128/25 129/7 130/11 132/3 132/10 132/21 132/22 132/24 133/12 133/21 134/23 134/23 134/23 135/3 135/4 135/5 135/5 135/6 136/4 136/13 137/3 137/4 138/9 139/23 141/21 141/23 142/3 142/6 142/8 145/4 145/4 145/18 145/20 146/9 146/11 147/11 149/6 149/11 149/11 149/17 149/18 150/2 150/4 151/6 152/15 153/2 153/15 153/17 153/24 153/25 157/1 157/10 157/19 158/2 160/9 160/11 160/14 161/5 163/18 168/16 172/1 177/22 179/24 181/19 184/5 184/5 186/15 186/24 189/10 199/20 199/22 201/14 201/15 201/18 203/8 205/4 205/19 205/22 205/23 206/23 207/2 207/2 207/14 212/10 215/17 215/18 215/18 215/20 215/21 215/23 215/25 216/16 218/4 222/14 223/25 224/3 227/22 227/25 227/25 228/1 228/4 231/5 232/6 232/17 233/24 236/2 236/3 241/4 241/4 241/5 244/20 246/14 246/25 246/21 247/1 247/7 247/10 247/10 247/15 247/22 247/22 251/15 251/18 252/15 253/2 253/14 254/4 258/1 258/23 260/10 260/23 262/8 263/11 264/9 264/11 264/15 264/16 264/20 265/4 265/10 265/12 265/13 268/23 269/25 272/10 272/16 272/24 274/8 274/19 274/22 275/14 275/20 277/12 277/19 278/17 277/19 279/16 279/19 281/16 282/3 285/25 286/3 288/6 294/3 294/22 296/14 299/2 299/3 299/3 301/2 301/3
we'd [8] 7/5 30/9 34/11 71/14 78/4 97/14 184/17 288/6
we'll [10] 9/22 14/3 23/15 35/4 128/18 205/10 205/23 206/11 207/21 284/14
we're [15] 26/14 32/12 143/10 143/24 169/20 209/14 209/16 209/17 212/11 256/17 264/7 277/16 283/8 297/1 300/19
we've [8] 137/9 137/11 145/18 152/24 201/17 238/14 275/5 290/18
weapon [11] 2/12 24/3 26/13 27/10 62/20 63/15 64/13 64/15 167/22 172/12 184/11
weapons [6] 62/16 64/2 64/7 64/10 164/9 194/25
wear [2] 18/20 19/13
wearing [5] 18/25 52/1 69/7 88/21 282/4
weary [1] 149/18
web [11] 40/25 222/15 262/10 263/17 269/3 272/6 272/6 272/10 275/5 291/11

295/5
website [15] 224/22 258/18 260/19 262/23 263/20 264/3 264/17 264/21 265/1 267/8 267/22 268/19 269/25 270/23
websites [19] 224/20 256/15 265/18 265/24 266/1 266/2 266/2 266/17 267/17 267/19 268/10 269/2 291/11 291/18 291/19 293/5 293/6 293/25 297/14
week [2] 95/13 124/8
weekday [1] 124/12
weekend [2] 48/18 124/12
weeks [2] 95/15 95/16
weigh [6] 7/19 12/16 13/8 20/2 20/16 24/17
weighing [4] 6/5 6/10 11/20 11/23
weight [1] 6/10
well [59] 9/7 10/14 55/19 62/10 72/12 96/19 103/13 113/3 116/9 116/10 117/10 121/13 127/10 129/3 129/1 132/23 138/8 138/18 148/12 150/8 150/16 151/11 153/16 153/22 156/13 156/14 159/19 159/24 170/6 178/25 183/19 196/5 196/10 201/16 204/3 205/6 205/13 205/16 206/1 207/5 207/17 208/8 210/8 212/13 212/14 218/2 223/8 229/16 230/5 236/5 241/1 250/6 259/16 266/1 285/25 287/25 290/22 296/22 299/10
went [55] 6/20 11/9 15/3 20/20 20/22 23/24 37/20 43/10 43/13 47/22 48/15 62/13 70/3 70/9 72/7 72/18 72/23 73/3 73/22 75/25 81/17 83/21 84/11 84/13 84/14 86/5 86/6 86/18 88/15 89/5 90/3 90/12 90/13 90/15 90/19 90/22 94/6 94/16 95/19 117/15 117/20 119/2 122/23 166/19 177/22 181/20 181/25 186/8 186/11 187/1 189/21 189/25 193/25 226/23 278/17
were [210] 5/21 5/23 6/1 6/1 9/14 12/21 12/22 12/23 12/23 13/5 13/5 13/6 14/24 16/4 18/11 19/2 20/9 20/18 20/18 23/17 24/20 24/21 24/22 25/2 26/24 29/19 30/17 30/23 30/25 31/13 31/15 32/21 37/9 38/10 39/25 43/22 43/22 43/23 43/25 44/3 44/14 45/2 45/12 47/9 47/13 48/10 49/11 49/21 51/16 51/18 53/9 61/2 62/24 63/3 63/6 63/17 64/4 68/5 68/7 70/16 72/7 72/22 73/11 75/8 75/14 75/19 81/4 81/15 81/19 82/23 85/10 85/17 85/22 86/1 86/15 86/15 87/14 88/21 92/14 95/21 96/23 97/1 97/3 98/8 98/17 103/8 103/14 111/21 112/15 112/18 113/22 117/8 118/19 119/20 121/3 121/23 121/25 122/2 122/20 123/1 126/4 127/17 133/9 135/3 141/2 141/6 141/6 141/7 141/10 141/17 141/18 154/24 158/14 158/14 158/19 158/25 163/7 163/12 172/14 174/20 177/17 178/6 179/13 181/25 182/18 183/11 184/6 184/15 184/16 187/16 187/25 190/4 195/19 196/17 197/4 197/12 201/1 205/18 205/19 211/14 211/16 211/18 212/11 213/3 213/6 213/6 216/20 219/20 219/21 220/4 229/13 229/13 230/23 235/7 238/18 239/15 239/19 240/3 242/14 243/22 243/23 244/21 245/25 246/3 249/13 251/17 255/6 256/2 257/5 258/2 258/21 260/10 260/11 261/15 265/12 265/24 266/2 269/23 269/24 270/20 273/14 273/15 273/16 278/8 281/1 282/23 285/8 291/11 292/7 292/8 292/24 292/3 293/10 293/13 293/24 293/25 293/25 294/1 294/2 294/4 294/17

W

were... [8] 295/24 297/18 298/4 298/21
298/23 298/24 299/6 299/10
were flood [1] 12/21
weren't [5] 13/6 76/8 141/17 208/5
230/10
Wesson [5] 18/19 167/6 167/8 169/1
171/1
west [1] 13/1
what [428]
what's [37] 2/4 8/6 22/12 54/1 58/17
70/18 75/1 91/22 104/25 111/5 150/17
151/22 155/24 156/17 160/21 162/9
169/7 176/20 178/12 192/18 198/20
200/2 201/2 202/5 204/20 214/5 217/1
226/7 240/5 243/15 245/8 254/6 256/3
265/20 269/19 290/10 291/13
whatever [11] 9/5 9/23 13/16 27/5 34/25
154/12 206/7 207/18 207/19 259/4
263/17
wheel [3] 10/8 10/18 45/15
when [198] 4/23 7/17 7/19 9/9 11/9 11/25
12/6 15/17 18/12 19/21 20/1 22/14 22/14
22/16 23/3 24/9 26/24 27/9 30/25 33/4
34/5 39/18 40/9 40/12 41/4 41/15 41/21
41/24 42/7 42/10 42/24 43/15 44/3 44/18
44/21 45/12 48/14 49/11 49/11 52/14
55/15 56/7 61/3 62/9 62/11 62/13 70/8
70/10 72/16 72/22 73/11 73/19 76/3
76/23 76/24 77/9 78/7 78/11 78/15 82/6
84/11 84/14 84/23 84/24 84/24 85/6
85/12 85/22 85/24 86/1 86/6 86/17 88/9
88/20 90/24 91/6 91/9 92/12 92/15 96/12
96/23 97/22 98/7 98/16 109/8 117/11
117/12 117/14 118/19 119/2 122/9
123/19 126/4 126/22 127/1 133/17
134/23 138/6 138/7 140/15 140/22
142/10 142/15 142/16 143/10 144/19
145/20 147/12 147/13 147/13 148/4
148/14 149/6 149/15 151/14 157/13
166/6 169/15 177/20 178/14 181/20
182/3 184/4 186/16 186/23 187/1 187/18
188/6 191/20 193/6 194/10 194/12
194/18 195/4 196/2 197/2 201/15 205/23
206/16 206/16 212/10 212/18 213/17
214/8 214/21 217/20 218/3 218/6 218/23
219/14 220/23 223/11 224/19 226/15
227/24 228/7 230/14 231/1 231/5 231/6
231/6 231/8 231/9 231/10 235/11
237/13 243/22 254/21 255/6 256/2
256/10 256/21 257/16 257/23 258/25
258/25 259/24 267/15 269/25 270/19
275/15 276/3 284/8 284/12 284/15 287/2
287/25 289/10 291/8 291/10 291/14
292/10 292/21 293/22 295/17 296/18
299/15
where [105] 5/8 5/10 6/3 7/22 9/4 14/5
15/3 16/2 22/23 28/17 30/18 31/15 36/15
36/22 42/1 43/11 46/21 50/23 53/18 57/6
65/1 69/20 72/24 76/12 82/11 83/12
83/22 84/2 84/4 84/14 84/16 90/24 93/15
93/17 93/19 93/19 93/22 93/24 96/9
96/25 97/19 99/10 99/14 99/18 100/22
115/11 118/1 118/19 118/25 119/25
122/20 122/22 122/23 122/25 126/4
131/16 131/21 132/14 139/24 142/19
143/21 146/10 152/7 156/19 158/5 162/7
162/11 162/13 173/7 176/12 177/24
178/6 178/10 180/2 184/9 184/11 184/12
185/23 185/25 186/18 189/24 190/4
197/22 198/7 200/7 205/20 210/13 213/5
215/22 216/19 217/21 217/21 217/23

218/13 226/4 231/3 231/13 234/7 260/17
264/3 268/16 269/6 277/18 284/16 285/8
whether [12] 37/9 38/7 54/9 55/14 58/22
177/5 192/5 219/16 223/14
224/7 256/11
which [67] 9/14 14/4 15/3 15/6 21/20
33/20 34/1 44/8 52/25 58/2 89/10 92/14
97/3 97/6 105/22 107/8 139/15 153/15
154/9 154/19 155/9 163/25 167/14
170/10 170/14 171/16 171/17 171/20
172/24 173/16 180/5 200/9 201/4 202/1
205/21 211/23 212/3 214/16 229/21
238/14 238/17 242/12 250/6 255/22
256/7 258/2 264/22 264/24 265/3 267/2
271/13 272/11 272/13 275/10 278/22
288/8 290/3 291/21 295/18 296/7 297/2
297/3 297/4 297/18 297/18 297/18 300/8
while [23] 7/25 38/10 39/8 40/4 43/22
43/25 47/9 70/16 72/7 78/13 85/8 86/15
121/23 175/9 178/18 194/7 201/16
201/17 207/12 213/21 222/10 225/22
256/17
white [1] 41/8
who [99] 3/7 3/9 3/23 17/23 29/21 29/23
38/19 38/22 42/3 42/7 42/17 43/13 56/16
60/16 60/18 61/1 63/21 65/10 68/3 68/12
70/10 72/14 82/4 83/22 84/6 84/9 87/12
88/9 92/12 98/16 105/4 114/23 116/1
117/6 118/5 118/9 118/15 119/12 123/9
125/11 126/9 127/12 129/11 129/17
130/17 140/16 142/16 143/10 143/24
146/12 146/17 146/22 149/4 150/2
150/24 152/1 152/6 153/8 154/16 158/9
158/13 158/13 159/9 159/9 159/14 160/1
160/9 160/14 160/17 160/18 164/5 164/8
164/8 165/15 166/19 170/1 170/18
170/23 176/22 180/25 188/2 188/2
188/10 190/7 199/2 203/11 207/10
213/24 215/24 227/20 228/8 236/8
237/10 237/12 259/5 268/12 269/13
282/18 282/21
who's [5] 66/18 128/23 142/12 227/23
227/25
whoever [2] 38/20 39/2
whole [7] 12/24 51/1 55/8 55/10 103/5
127/18 225/6
whose [4] 165/14 181/8 185/17 274/25
why [43] 4/7 8/5 8/10 32/13 40/7 42/19
53/3 53/5 53/7 53/13 57/9 57/11 59/21
86/16 94/10 94/21 110/22 119/4 135/3
140/18 140/23 142/1 145/14 145/14
148/5 154/4 154/4 155/3 155/17 155/17
155/19 156/7 169/22 175/4 178/8 182/8
187/14 197/1 199/4 201/18 208/24
209/10 233/16
wife [3] 29/24 63/23 65/6
wife's [1] 51/4
WIGELL [1] 1/17
will [102] 2/7 8/1 11/24 23/14 23/16 34/22
66/19 113/9 129/22 130/12 137/17
137/18 137/19 137/20 137/21 137/22
137/24 137/25 138/1 138/6 138/8 138/18
138/19 138/19 139/9 139/15 139/17
139/20 140/2 142/22 142/24 143/14
143/15 143/16 143/18 143/19 143/20
144/10 144/14 147/15 147/20 148/6
148/11 148/13 149/24 149/24 150/12
150/13 151/10 151/12 151/13 151/14
151/17 152/9 153/15 153/19 153/22
154/2 154/13 154/14 155/22 158/3
159/16 159/19 160/9 162/23 201/14
202/3 202/12 202/18 203/5 203/16
203/18 204/6 206/20 208/10 209/18

218/20 222/8 222/11 223/15 223/23
224/7 225/17 226/2 227/22 250/20
251/1 251/4 256/12 265/18 277/12
295/17 295/18 295/20 295/21 296/9
301/5 301/9 301/15 301/18 301/22
will you [1] 301/18
William [5] 128/24 130/18 130/24 131/15
303/18
willingness [1] 156/23
wind [1] 294/10
window [2] 12/22 110/25
windows [14] 8/2 20/17 217/13 217/14
217/18 218/6 220/20 223/15 249/11
256/8 258/25 260/6 288/15 288/16
wipe [1] 298/4
wise [2] 17/1 26/16
wish [1] 135/18
within [9] 15/20 22/17 41/4 95/13 185/1
189/23 210/19 242/21 244/24
without [3] 215/13 227/6 289/16
witness [61] 4/8 4/9 4/14 21/6 28/1 29/12
32/9 34/9 52/5 54/12 59/3 67/2 69/11
70/21 77/15 100/1 102/4 103/7 104/6
114/19 116/19 128/13 128/14 128/16
128/23 130/17 130/22 161/15 161/17
175/22 177/10 179/1 197/20 202/2
202/12 202/25 203/1 203/2 206/5 206/21
206/22 207/3 207/3 209/19 209/19
234/24 242/6 243/15 245/17 249/5
255/10 262/4 265/20 267/10 269/19
271/5 273/7 277/10 279/2 280/13 283/16
witnesses [10] 3/5 3/8 59/9 59/22 129/19
130/12 203/7 203/21 303/2 304/2
woke [4] 84/16 84/23 84/24 86/17
woman [4] 51/16 92/17 160/12 160/12
women [1] 160/25
won't [4] 142/24 156/3 274/8 301/21
wood [2] 187/6 187/6
word [9] 222/24 222/25 226/20 226/21
226/24 232/25 266/23 266/25 288/18
words [12] 81/12 99/12 99/16 99/20
103/21 122/7 179/17 191/24 222/7
222/22 227/5 242/20
work [25] 30/18 31/3 36/14 36/18 36/20
39/22 46/1 46/4 46/7 51/12 126/12
126/17 160/21 167/10 167/12 174/24
177/21 178/9 186/14 196/6 196/7 198/11
206/25 209/19 284/14
worked [7] 12/14 45/23 46/1 46/4 46/7
199/10 211/16
working [10] 5/23 30/25 41/15 41/18
126/16 177/23 178/9 178/10 202/2
211/21
works [2] 202/7 222/17
workstation [2] 214/16 215/3
worried [1] 39/2
worth [1] 208/9
would [235] 6/14 6/16 9/9 9/12 9/13 9/25
10/2 10/3 11/13 11/13 11/14 11/19 11/22
12/16 12/17 13/4 13/9 13/10 13/11 13/13
13/15 13/17 13/17 13/20 13/22 13/25
14/21 15/6 15/9 16/2 17/3 17/5 18/2 18/4
18/6 18/23 18/24 18/25 19/6 20/5 20/8
20/17 20/25 21/1 22/20 22/21 22/21
22/22 22/24 23/18 24/15 24/16 25/1 25/5
25/24 26/11 26/21 26/22 26/23 26/25
27/2 27/2 27/3 27/12 27/17 31/16 31/17
33/2 34/20 34/24 35/13 36/5 37/8 39/11
39/11 39/18 39/18 44/20 45/13 45/14
52/17 57/19 57/24 60/4 62/10 68/14
76/18 82/13 83/25 96/22 115/23 118/15
118/16 120/3 120/6 134/1 136/14 136/15
139/22 140/3 146/7 146/11 146/22

**W**

would.. [132] 146/25 146/25 149/1 149/3
149/21 150/2 151/15 154/20 155/4
156/20 158/13 158/13 158/16 161/23
163/18 165/7 165/9 166/9 166/16 167/3
167/10 167/12 167/23 168/12 168/13
168/15 168/16 168/17 169/10 170/1
170/3 171/20 171/23 172/5 172/14
172/15 172/19 173/2 173/7 173/12
173/17 174/1 174/6 174/9 174/9 174/10
177/24 180/2 180/15 182/12 182/15
183/25 184/12 185/21 185/23 186/1
186/3 190/9 194/3 196/10 196/24 197/1
200/21 203/22 204/3 206/4 207/14
211/17 214/18 215/20 215/21 215/24
216/23 221/23 221/25 223/7 224/12
224/14 225/7 226/24 229/9 229/21 230/2
230/7 230/11 231/14 234/11 238/1 238/5
238/11 258/20 260/19 260/20 261/5
263/13 265/13 265/19 268/11 269/10
269/11 269/16 269/17 275/1 277/18
280/20 283/23 285/12 288/10 288/12
288/22 289/5 289/6 289/10 291/4 291/12
291/22 292/12 292/13 292/18 293/10
294/12 295/2 295/4 295/6 295/8 296/4
296/5 298/22 298/22 298/23 299/1 299/8
wouldn't [8] 26/12 27/7 189/11 196/11
196/21 288/6 294/15 298/25
wow [1] 112/21
wrapping [1] 277/11
wrestle [1] 152/12
wrestling [3] 75/19 152/5 152/8
write [9] 20/12 147/16 147/16 214/19
214/19 214/21 214/22 219/2 219/6
write-block [4] 214/19 214/19 214/21
214/22
writer [1] 177/19
writes [1] 257/24
writing [1] 103/22
written [4] 158/6 219/8 219/10 219/12
wrong [5] 120/18 138/21 153/2 191/25
285/8
wrote [2] 20/21 82/8
WWW.AnonIB.com [1] 264/22

**X**

XP [2] 288/21 289/4

**Y**

Y-A-M-A-D [1] 233/24
Yahoo.com [1] 267/15
Yamad [1] 233/24
yard [1] 152/12
yeah [71] 20/5 26/13 27/5 34/7 51/25
52/19 53/10 54/17 55/13 57/8 57/18 58/4
58/25 60/12 64/1 64/3 66/6 66/6 68/17
70/9 70/15 72/13 73/1 73/5 73/12 73/18
73/25 74/9 74/17 74/25 75/7 77/2 77/11
82/7 84/22 87/18 88/14 89/1 89/23 90/4
90/6 90/8 90/10 90/14 93/18 95/1 95/17
95/23 96/3 96/5 96/7 96/19 106/5 108/14
110/19 111/12 120/22 121/14 121/14
124/11 159/2 190/19 191/15 192/8 201/6
204/20 205/2 207/17 231/14 232/12
287/18
year [17] 17/2 37/7 45/5 45/7 52/15 92/10
100/25 141/22 150/11 150/12 166/4
166/7 166/8 170/11 170/15 178/17
187/10
year-long [1] 166/4
years [27] 5/16 16/20 17/19 51/19 68/23
113/20 116/4 116/5 125/24 128/2 132/13
133/4 133/8 158/2 198/10 198/15 198/19
198/21 199/10 199/11 206/10 211/6
234/10 234/11 234/11 234/12 234/12
yellow [1] 180/18
yellowish [1] 13/6
Yep [6] 72/10 82/24 90/16 90/23 93/7
121/19
yes [757]
yesterday [3] 2/19 300/21 300/23
yet [8] 33/18 70/22 77/21 81/25 102/5
129/3 224/22 238/21
YO [1] 234/10
you [1792]
you'd [3] 22/2 296/4 298/4
you'll [3] 10/4 207/22 210/3
you're [20] 7/21 7/22 7/25 14/11 18/14
19/5 24/11 27/5 34/12 47/7 114/7 129/24
144/15 152/25 152/25 153/1 214/23
222/18 254/21 284/12
you've [15] 16/19 17/18 17/21 17/23
25/17 68/22 129/1 133/14 133/15 133/16
136/19 207/20 212/21 223/4 294/15
young [22] 42/8 42/10 42/14 42/20 42/25
49/15 145/15 189/16 233/13 234/1
234/23 234/24 236/6 266/1 266/19
266/19 266/20 267/6 267/6 267/8 267/9
270/20
your [374]
yours [1] 180/21
yourself [5] 7/23 26/12 103/6 210/20
260/2

**Z**

Zoe [6] 89/14 90/17 249/2 252/6 252/20
253/18
zombies [1] 167/1
zoom [8] 164/12 165/17 185/18 235/2
253/4 253/20 263/23 264/9
Zshare [3] 268/25 269/2 269/4
Zshare.net [1] 268/24