1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF INDIANA
2                    HAMMOND DIVISION

3    UNITED STATES OF AMERICA,        )
           Plaintiff,                 )
4                                     )
                                      )   2:11-CR-68
5    v.                               )
                                      )
6    DAVID ALAN RESNICK,              )
                                      )   Day 3 of Proceedings
7          Defendant.                 )   Volume III of IV
     --------------------------------

8

9              TRANSCRIPT OF TRIAL PROCEEDINGS HELD
                 July 31, 2013, BEFORE THE
10        HONORABLE JAMES T. MOODY, UNITED STATES
                    DISTRICT COURT JUDGE
11

12   A P P E A R A N C E S:

13   FOR THE GOVERNMENT:      DAVID CAPP
                              United States Attorney
14                            BY:  JILL ROCHELLE KOSTER
                                  THOMAS M. McGRATH
15                            5400 Federal Plaza, Suite 1500
                              Hammond, Indiana  46320
16

17   FOR THE DEFENDANT:       RAYMOND G. WIGELL, ESQ.
                              HUMA RASHID, ESQ.
18                            20280 Governors Highway, Suite 302
                              Olympia Fields, IL  60461
19

20   ALSO PRESENT:            The Defendant in person

21   COURT REPORTER:      STACY DROHOSKY, FCRR, CRR, RPR
                          Official Court Reporter
22                        U.S. District Court Reporter
                          5400 Federal Plaza, Suite 4005
23                        Hammond, Indiana  46230
                          (219) 852-3462
24

25   Proceedings reported by Stenotype.  Transcript produced by
     Computer-Aided Transcription.

1            (The proceedings resumed in open court, reported as

2       follows:)

3                 THE COURT:  Just stay seated, please.  Okay.

4       Counsel, you ready?

5                 MS. KOSTER:  Yes, Your Honor.

6                 THE COURT:  The government has one last witness,

7       correct?

8                 MS. KOSTER:  Correct.

9                 THE COURT:  And that was the one that started

10      yesterday that was interrupted?

11                MS. KOSTER:  Correct.

12                THE COURT:  And about how long is it gonna take?  I'm

13      just curious.

14                MS. KOSTER:  Approximately 45 minutes, Your Honor.

15                THE COURT:  For direct?

16                MS. KOSTER:  Correct.

17                THE COURT:  Cross?

18                MR. WIGELL:  Twenty to half hour at the most, Judge.

19                THE COURT:  Okay.  Then you're gonna rest.  So I'll

20      excuse the jury.  You can make whatever motions you are gonna

21      make.

22                MR. WIGELL:  Thank you.

23                THE COURT:  And if you lose those motions, what are

24      you gonna do?

25                MR. WIGELL:  I'm gonna, in all likelihood, gonna call

 1   my client as a witness.

 2              THE COURT:  Okay.  How about the witness you named

 3   yesterday?

 4              MR. WIGELL:  I'm not going to call him.  It is the

 5   father.

 6              THE COURT:  Yeah.

 7              MR. WIGELL:  He's present.  He's under subpoena by

 8   the government.

 9              THE COURT:  Yeah.

10              MR. WIGELL:  And we're asking because he wants to be

11   present during his son's trial, we're going to call him and

12   he's subject to the motion --

13              THE COURT:  You going to call him?

14              MS. KOSTER:  Judge, if the defendant testifies, we

15   most definitely probably will call him in rebuttal.

16              THE COURT:  Okay.  There you go.

17              MR. WIGELL:  Okay.  Thank you.

18              THE COURT:  Ready, counsel?

19              MS. KOSTER:  Yes, Judge.

20              THE COURT:  Get the jury in, please.

21         (Jury enters.)

22              THE COURT:  That's okay.  You can be seated.

23         Good morning.

24         (Jurors respond in unison.)

25              THE COURT:  That was a hearty good morning.  Okay.

DIRECT EXAMINATION OF MATT CHICANTEK          Vol. 3, Page   4

1    The government may proceed.

2              MS. KOSTER:  Thank you, Your Honor.

3              THE COURT:  Next witness.

4              MS. KOSTER:  We recall Matt Chicantek.

5              THE COURT:  You want to take the witness stand, sir.

6         (The witness complied.)

7              THE COURT:  Agent Chicantek, did you testify

8    yesterday in this case?

9              THE WITNESS:  Yes, sir.

10             THE COURT:  Before you testified, did you take an

11   oath?

12             THE WITNESS:  Yes, sir.

13             THE COURT:  I remind you, sir, you are still under

14   that oath.

15             THE WITNESS:  Yes, sir.

16             THE COURT:  Okay.  All right.

17             MS. KOSTER:  Thank you, Your Honor.

18                   **DIRECT EXAMINATION (Resumed)**

19   BY MS. KOSTER:

20   Q.   Special Agent Chicantek, when we left off yesterday, we

21   were talking about the interview of Kyle that was video

22   recorded.  Do you recall that?

23   A.   Yes.

24   Q.   Do you know on what date that recorded interview took

25   place?

DIRECT EXAMINATION OF MATT CHICANTEK

1   A.    November 25th, 2008.

2   Q.    Where did it occur?

3   A.    I believe it was at a Lake County police facility.  I'm

4   not exactly sure what building.

5   Q.    Okay.  Are children interviewed differently by law

6   enforcement than adults?

7   A.    Yes, they are.

8   Q.    Can you explain to the jury how children are interviewed

9   by law enforcement.

10   A.    We call it forensic interviewing.  It is a specific

11   protocol that interviewers are taught, steps that they go

12   through when interviewing children just to do a complete and

13   thorough interview.

14   Q.    And do those steps include, first, building a little bit

15   of rapport with the witness?

16   A.    Yes, they do.

17   Q.    And so the child can, to the extent possible, be put at

18   ease?

19   A.    Yes, correct.

20   Q.    And then establishing that the child knows the difference

21   between the truth and a lie?

22   A.    Yes.

23   Q.    And then asking the child about sexual abuse or physical

24   abuse or whatever the child is there to provide information

25   about?

1    A.   Yes, that's correct.

2    Q.   Okay.  And were those steps followed in the interview of

3    Kyle?

4    A.   Yes, they were.

5    Q.   Have you selected a portion of the interview that takes

6    out some of that extraneous material, such as talking about

7    what sports he likes and what subjects in school he likes?

8    A.   Yes.

9    Q.   And so what we're prepared to show the jury today is

10   approximately a three-minute clip of Kyle talking about the

11   defendant, is that accurate?

12   A.   Yes, that is.

13   Q.   And describing the sexual abuse by the defendant?

14   A.   Yes.

15   Q.   And again, that interview you said occurred on November 25

16   of 2008?

17   A.   Yes, correct.

18   Q.   So that was just a few months after the abuse occurred?

19   A.   Right.  Yes.

20         MS. KOSTER:  Your Honor, at this time the government

21   asks permission to publish 48-A.

22         THE COURT:  Same objection, right?

23         MR. WIGELL:  Same objection, but a little bit

24   different.  I would like to be heard on it.

25         THE COURT:  All right.

 1              MR. WIGELL:  I apologize.  Thank you, Judge.

 2        (Bench conference.)

 3              THE COURT:  Yes.

 4              MR. WIGELL:  Same objection, but now it's --

 5              THE COURT:  Wait a minute.  Sorry.  She's not there.

 6              MR. WIGELL:  Okay.

 7              THE COURT:  Tell me when you're ready.  All right.

 8              MR. WIGELL:  Same objection.  In addition, Ms. Koster

 9   indicated that she was going to redact the part that was

10   consistent with the motion.  Now, she's redacted a part that is

11   the preparatory amount.  And that is inconsistent with what she

12   presented.  I trusted that she was gonna do that, and now what

13   she's done is focused the redaction as she wants to, not

14   showing all that preliminary stuff which is important for the

15   jury to see.

16              THE COURT:  Did she still have that?

17              MS. KOSTER:  We have it --

18              THE COURT:  Except for the portion that I've already

19   excluded?

20              MS. KOSTER:  I'm not sure I have a disk that -- I'll

21   have to check and see if we have a disk up here that has that

22   information.  It is about 12 minutes --

23              THE COURT:  Yeah.

24              MS. KOSTER:  -- of him talking about sports and

25   school.  There's also some disclosure during that time of him

1   being spanked by his mother and getting into trouble at home.

2            THE COURT:  Okay.

3            MS. KOSTER:  Things we would move to exclude.

4            THE COURT:  No.

5            MS. KOSTER:  There's also last names of Tony's

6   parents are used.  So I'm not sure, Your Honor, if I have a

7   disk.

8            THE COURT:  The only thing that you should be

9   excluding from the disk is what you told him and told me you

10  were going to exclude yesterday.  The last names should not be

11  in there, but the rest of it should.  I mean, this is a

12  surprise to me.  It's a surprise to him.  That's not how it

13  works, ma'am.

14           MS. KOSTER:  Okay.  Judge, we were just trying to

15  save time.  It is mostly extraneous.

16           THE COURT:  I act as if time is of the essence.  You

17  take whatever time is necessary.  But you do it right.

18           MS. KOSTER:  Very well.

19           THE COURT:  That's not right.

20           MS. KOSTER:  Okay.

21           THE COURT:  Tell me when you can get it done.

22           MS. KOSTER:  Okay.

23           THE COURT:  Am I going to have to excuse the jury and

24  send them back?

25           MS. KOSTER:  I don't think -- let me check, Your

1  Honor.

2          THE COURT:  Yeah.

3          MR. WIGELL:  Thank you, Judge.

4          THE COURT:  No, just stay here.

5          MR. WIGELL:  Pardon me.

6          THE COURT:  Did you have a phone that went off

7  yesterday?

8          MS. RASHID:  It beeped once, Your Honor.

9          THE COURT:  What kind of phone is it?

10         MS. RASHID:  It's an iPhone.

11         THE COURT:  An iPhone.  Does it have a camera?

12         MS. RASHID:  Yes.

13         THE COURT:  Have you used it during this trial?

14         MS. RASHID:  No, not during the trial.

15         THE COURT:  Where was the iPhone when I heard it?

16         MS. RASHID:  It was standing next to my big stack of

17  folders right there, Your Honor.

18         THE COURT:  Yeah.  Turn it on -- there is a device on

19  settings that says "do not disturb".  Put it on that.  Just for

20  future reference, judges like me don't like that.

21         MS. RASHID:  Okay.

22         MS. KOSTER:  Mr. McGrath went to get a disk that we

23  believe will meet the Court's and defense counsel's --

24         THE COURT:  Well, are you going to have to view it

25  first, see if it meets your --

 1           MR. WIGELL:  If counsel is representing it is

 2  consistent with the motion in limine, no, I'll trust her to do

 3  the --

 4           THE COURT:  Is it?

 5           MS. KOSTER:  Yes, Your Honor.

 6           MR. WIGELL:  So it's is the whole except for the --

 7           THE COURT:  Masturbation.

 8           MR. WIGELL:  -- masturbation suggesting --

 9           THE COURT:  Is that right with the --

10           MS. KOSTER:  Yes.

11           THE COURT:  -- last names excluded?

12           MS. KOSTER:  Well, the last names, I mean, we can't

13  edit out --

14           THE COURT:  Ah, just leave it in.  What's the

15  difference?

16           MS. KOSTER:  We'll move to strike.

17           THE COURT:  Strike it at the end.

18           MS. KOSTER:  Yeah, just the names.

19           THE COURT:  So you offered videos, the little

20  snippets that I reviewed and told you you can't do.  Those have

21  an exhibit number, correct?

22           MS. KOSTER:  Correct.

23           THE COURT:  I sustain the objection.  They are not

24  admitted, but they become a part of the record of this case.

25  So make sure that they're here at the conclusion of the trial

1    and not given to the jury for their use, okay?

2              MS. KOSTER:  Okay.  Yes.  And Judge, with that can we

3    also include a -- it's a thumb drive that has all 202 videos

4    so --

5              THE COURT:  You gonna offer those?

6              MS. KOSTER:  Well --

7              THE COURT:  Gonna offer them now?

8              MS. KOSTER:  I would offer them if the Court will

9    admit them.

10             THE COURT:  No.

11             MS. KOSTER:  Right.  So --

12             THE COURT:  It is not necessary here.  It is

13   cumulative.  You read the titles of those things that were

14   testified to by the female FBI agent.

15             MS. KOSTER:  My question was this, Your Honor, since

16   you are going to take custody of the sample --

17             THE COURT:  Yeah.

18             MS. KOSTER:  -- we would ask that you also take

19   custody of the full 202 videos on that thumb drive --

20             THE COURT:  No, not unless you offer them.

21             MS. KOSTER:  -- so that the record --

22             THE COURT:  You got to offer them.

23             MS. KOSTER:  Okay.  You want me to offer them?

24   You're gonna --

25             THE COURT:  Yeah, I'll say no.

1           MS. KOSTER:  Okay.

2           THE COURT:  But they become a part of the record.

3           MS. KOSTER:  Part of the record.  Very well.

4           THE COURT:  That's how you do it.

5           MS. KOSTER:  Okay.

6           MR. WIGELL:  Outside of the presence of the jury?

7           THE COURT:  Yeah, not in the presence of the jury.

8           MS. KOSTER:  Very well.

9           THE COURT:  You can do it now.

10          MS. KOSTER:  Okay.  The government --

11          THE COURT:  Exhibit what?

12          MS. KOSTER:  Okay.  The government moves to admit

13  Exhibit 3, that is the sample of -- six-minute sample of child

14  pornography.

15          THE COURT:  I've already ruled on that.

16          MS. KOSTER:  Okay.  I don't know if we identified the

17  exhibit previously, but --

18          THE COURT:  Well, it's 3?

19          MS. KOSTER:  Yes.

20          THE COURT:  It is not admissible.

21          MS. KOSTER:  Okay.  We also move to admit exhibit --

22          THE COURT:  For the reasons I explained in this

23  Court's order on motions in limine that you've got a copy of,

24  right?

25          MS. KOSTER:  Yes, Your Honor.  We also move to admit

1    Exhibit 4.  And that is the thumb drive containing the 202

2    child pornography videos found in the LimeWire folder of the HP

3    laptop computer, which is Exhibit 1.

4             THE COURT:  Okay.  And you object to that?

5             MR. WIGELL:  Yes, Judge.

6             THE COURT:  On the grounds previously stated in your

7    motion in limine?

8             MR. WIGELL:  Yes.

9             THE COURT:  For the same reasons expressed in my

10   order, which was the order on motions in limine, objection

11   sustained.  It will not -- they will not be part of this case,

12   but they do become a part of the record of this case.

13            MS. KOSTER:  Very well.  Judge, while we're here, I

14   have put on separate pages and marked as Exhibits 58-A through

15   D the four stipulations that were read into the record.  I move

16   to admit those stipulations as well.

17            THE COURT:  All right.  Any objection to those?

18            MR. WIGELL:  No, Judge, I just --

19            THE COURT:  They're admitted.

20            MR. WIGELL:  -- mention that they are the

21   stipulations?

22            THE COURT:  They are the same as I've read it to the

23   jury.

24            MS. KOSTER:  They are and I will provide a copy to

25   defense counsel.

 1              THE COURT:  Admitted.

 2         (Government's Exhibit No. 58-A, previously marked, was

 3         admitted in evidence.)

 4              MS. KOSTER:  Thank you.

 5              MR. WIGELL:  Thank you, Judge.

 6         (End of bench conference.)

 7              THE COURT:  Counsel, are you ready?

 8              MR. WIGELL:  Yes, Judge.  Thank you.

 9              THE COURT:  Counsel, are you ready?

10              MR. McGRATH:  Yes, Your Honor.

11              MS. KOSTER:  Yes, Your Honor.

12              THE COURT:  And you are doing what now, just for the

13    record.

14              MS. KOSTER:  For the record, we're going to play the

15    first 15 minutes and 8 seconds of the videotaped interview of

16    Kyle, K.M.

17              THE COURT:  All right.  Do so.

18              MS. KOSTER:  May I lay additional foundation through

19    the witness so the jury understands?

20              THE COURT:  Fine.

21    BY MS. KOSTER:

22    Q.  We talked before about having taken out the introductory

23    part of the video.  If that part of the video is left in, and

24    it will be in the video we play for the jury today, is the

25    first 15 minutes and eight seconds, is that the interview of

DIRECT EXAMINATION OF MATT CHICANTEK        Vol. 3, Page  15

1    Kyle talking about introduction and then the sexual abuse by

2    Resnick?

3    A.    Yes, it is.

4    Q.    Okay.

5            MS. KOSTER:  Then we ask permission to play that

6    video, Your Honor?

7            THE COURT:  Any objection?

8            MR. WIGELL:  No, Judge.

9            THE COURT:  Play it.

10       (Video being played.)

11           THE COURT:  Is it a video?

12           MS. KOSTER:  It is a video, Your Honor.

13           THE COURT:  All right.  Sorry.  All right.

14       (Video being played.)

15       (Video concluded.)

16   BY MS. KOSTER:

17   Q.    When that interview was conducted, had you ever met Kyle?

18   A.    No.

19   Q.    Ever spoken to him?

20   A.    No.

21   Q.    Ever spoken to his parents?

22   A.    No.

23   Q.    Ever interviewed any of the witnesses in this case?

24   A.    No.

25   Q.    Had anyone else at government counsel table during this

1   trial had any interaction whatsoever with Kyle when he gave

2   that interview to law enforcement?

3   A.   No.

4   Q.   We heard some testimony from Tim Podgorski regarding

5   having gone to a shooting range with Valparaiso, I think, with

6   the defendant?

7   A.   Yes.

8   Q.   Did law enforcement investigate that?

9   A.   Yes, it did.

10  Q.   Did you attempt to obtain records -- what is the name of

11  that shooting range?

12  A.   Blythe's.

13  Q.   Blythe's?

14  A.   Yes.

15  Q.   And did law enforcement attempt to obtain records from

16  Blythe's, along the same lines as what we saw from Midwest gun

17  range?

18  A.   Yes, we did.

19  Q.   And did Blythe's have records dating back to 2008?

20  A.   No, they did not.

21          THE COURT:  Can you pull the microphone closer or

22  lean forward and speak closer?  I'm old and having difficulty

23  hearing.

24          THE WITNESS:  Yes, sir.

25  \\\

1   BY MS. KOSTER:

2   Q.    Directing your attention to the 202 child pornography

3   videos found in the saved folder of the defendant's computer,

4   did you examine those videos and attempt to determine the

5   running lengths if played back to back?

6   A.    Yes, I did.

7   Q.    And was a spreadsheet created by a law enforcement officer

8   listing the minutes and seconds of each video and adding up the

9   total length, running length of the videos?

10  A.    Yes, it was.

11  Q.    And what was the total running length of the videos?

12  A.    Approximately 66 hours.

13  Q.    Did law enforcement attempt to create a representative

14  sample of the child pornography?

15  A.    Yes, we did.

16  Q.    And how long was that sample; how many minutes?

17  A.    I believe it was only like five minutes approximately.

18  Q.    Okay.  How many different videos were included in the

19  sample or clips from videos?

20  A.    Seven.

21  Q.    And have you reviewed that sample carefully?

22  A.    Yes, I have.

23  Q.    And are you able to give a detailed description of what is

24  depicted in the sample?

25  A.    Yes.

DIRECT EXAMINATION OF MATT CHICANTEK

1   Q.   Can you please provide that description for us now?

2   A.   Yes, I need to refer to my notes.

3   Q.   Feel free.

4           MR. WIGELL:  Objection, Judge.

5           THE COURT:  Overruled.

6           THE WITNESS:  Would you like the titles as well?

7   BY MS. KOSTER:

8   Q.   Please.

9   A.   The first video is titled, "Gay man with a 13YO and a 15YO

10  boy Luto, L-U-T-O, 7 edit.VCD" and then "pedo gay PTHC boy."

11  This video opens with a driving scene, somebody in a car or a

12  vehicle is filming as they are driving down the road.  It's a

13  snowy-type climate.  The vehicle appears to be following or

14  driving behind a semi tractor-trailer type truck; it is a very

15  large truck in front of them.

16      After they drive along for a little while, the scene

17  changes to where it appears the car stopped on the side of the

18  road.  They're -- an adult male and a male child approximately

19  between the ages of nine and 13 are standing outside of the

20  vehicle, and it appears they are reading some type of signage

21  on the side of the road.  They do that for a little while and

22  then they begin to walk back towards the vehicle.  The child,

23  at some point, throws a snowball at the car as they are walking

24  back to it.

25  Q.   Quick question.

1   A.   Uh-huh.

2   Q.   That sign that you mentioned that they're looking at, does

3   it appear to be at a rest area?

4   A.   It does.  It's off the side of the road; you can tell

5   that.  And it does appear to be like a rest-area type place,

6   but I couldn't make out the words that are on the sign.

7   Q.   Okay.  Please continue.

8   A.   The scene changes and the two boys -- there's two boys at

9   this point in time, and approximately nine to 13 years of age.

10  They are wearing swimming trunks and they are, you know,

11  playing outside of a pool, which is indoors; the pool is

12  inside.  And they're, you know, how you do when a pool is cold

13  and you stick your foot in and get out and they are doing that

14  kind of behavior.

15       That goes on for a little while and the scene changes

16  again, and the two boys, the same two boys as before are again

17  at the same indoor pool and they are nude this time.  And

18  they -- at some point they finally just quit testing the waters

19  and they jump in and swim around for a little while.

20       The scene changes again from there and it is depicting a

21  male and a male child between the ages of nine and 13 laying in

22  what appears to be a bed.  Both of the subjects are nude, and

23  they are engaged in what appears to be a mutual masturbation.

24  That continues for a brief period, at which time the male

25  continues to masturbate himself and then starts performing oral

DIRECT EXAMINATION OF MATT CHICANTEK

 1   sex on the male child.  And then the clip ends.

 2       The second clip is titled, "New PTHC Tara 8YR; Tara gets

 3   molested by a clown."  This video begins -- it depicts a nude

 4   prepubescent female between the ages of seven and nine.  You

 5   can't see her face because she has some sort of mask on; it is

 6   a brightly-colored mask covering her face.

 7       She's alone initially on a bed.  After a brief period, a

 8   obese male enters the picture, adult male and he is nude and he

 9   is wearing what appears to be a clown mask of some sort.  He

10   sits down on the bed next to the female and she is on all

11   fours, but she's facing away from the camera.  So her buttocks

12   area is facing the camera.  He grabs onto her and brings her

13   close to his side and puts one around her just so he can hold

14   on to her and he uses both hands to, appears to be fairly

15   violently, pull her vagina and anal area apart exposing them to

16   the camera.  After holding that for a brief period of time, he

17   places a finger inside the child's vagina and he does it

18   initially and leaves it in there, and then appears to very

19   violently again put his finger into her vagina and you can hear

20   her whimpering as that's going on.

21   Q.   Just for the record, that was a small clip of that longer

22   video that you just described?

23   A.   Yes, it was very short.

24   Q.   Okay.  The clip -- the video is much longer?

25   A.   Yes.

1    Q.   Okay.

2    A.   The third video was titled, "New new Jan, J-A-N, pedo boy

3    man fuck preteen boys really deep enter P101."  This video

4    depicts a male between the ages of six and eight years old

5    performing oral sex on another male child.

6         As the video continues, the scene changes depicting a male

7    child between the ages of six and eight.  He's lying on his

8    stomach and he appears to be hog tied, in that his wrists are

9    bound to his ankles so that his legs are up and, as I said, his

10   wrists are bound.  An adult male enters the scene and he is

11   clothed at this time.  As he gets close to the child, the

12   child's head, he appears he unzips his pants and pulls his

13   penis out and attempts at that point to stick it in the child's

14   mouth.  The child turns his head so that he can't do that.  The

15   adult male reaches his hand under the stomach area of the child

16   in an attempt to access his penis.  And at that point he again

17   attempts to stick his penis in the child's mouth and is

18   successful this time and the child begins to perform oral sex

19   on the man and then the clip ends.

20        The fourth video is titled, "New 2006 Privado,

21   P-R-I-V-A-D-O, warrior 5YO, all parts I know or know, but it's

22   spelled N-O-W -- K-L-E-U-T-E-R-K-U-T-J-E, kindergarten PTSC

23   hussie fan king pass yamad PTHC new 0604.  Love in lily 3YO."

24        This video depicts a nude prepubescent female between the

25   ages of three years and five years lying on her back.  An adult

1    male is attempting to insert his penis into the child's vagina

2    while he is masturbating.  And then after attempting that for

3    awhile, the adult male reaches for the child's hand, grabs her

4    hand and places it on his penis, and then the video ends or

5    that clip ends, excuse me.

6        The fifth clip is titled, "Gay KDV02 preteen two young

7    boys 14YO and 10YO playing PTHC kitty pedo directed in various

8    acts," and then it gives a time after that and a title,

9    "16M31S."

10       This video depicts two males between the ages of six and

11   11 sitting on a couch while masturbating.  One of the children

12   is nude, while the other is wearing only a T-shirt.  As the

13   video continues, the younger of the two males stands up and

14   faces the other sitting male and begins to fondle his penis.

15   While he is doing that, the other male child reaches around and

16   grabs and begins fondling his buttocks, and then the clip ends.

17       The 6th video titled, "4YO girl and 8YO suck look PTSC."

18   And again I'll spell it, Kell -- excuse me --

19   K-L-E-U-T-E-R-L-E-U-T-J-E hussie fan yamad king pass Moscow

20   pedo."

21       The video begins by depicting a female child between the

22   ages of two and four.  She appears to be clothed, and it is of

23   her face and she's smiling for the camera.  As the video

24   continues, it shows the penis of an adult male in the shot and

25   then the camera pans up to where you can see a female between

DIRECT EXAMINATION OF MATT CHICANTEK

1   the ages of six to eight.  She's nude from the waste down and

2   she's lying -- appears to be lying on a bed.  The adult male

3   places his penis in close proximity to the child's vagina, and

4   at that point the scene changes again showing a female child

5   between the ages of four and six standing in front of an adult

6   male while he is masturbating.  The adult male then ejaculates

7   into the child's mouth.  The scene changes again showing a

8   female between the ages of three to five facing the camera and

9   standing there with her mouth open and then the clip ends.

10       The seventh and final clip is titled, "Pedo PTHC 03YO

11  toddler boy and man sex, the No. 1 the No. 4, decent sound."

12  The video depicts a male between the ages of four and seven

13  wearing only T-shirt, so he's nude from the waist down,

14  exposing his penis and while fondling his penis in front of a

15  camera and then the clip ends.

16  Q.   Were you present at the defendant's residence in Port

17  St. Lucie when a search warrant was executed?

18  A.   Yes, I was.

19  Q.   Do you recall the date of the search warrant execution?

20  A.   I believe it was April 27th, 2011.

21       MS. KOSTER:  Your Honor, permission to show the

22  witness only Government's Exhibits 30 and 30-A?

23       THE COURT:  All right.

24  BY MS. KOSTER:

25  Q.   What is Exhibit 30, Special Agent Chicantek?

DIRECT EXAMINATION OF MATT CHICANTEK

1   A.   I believe the search warrant photos from that search.

2   Q.   And that's a CD-ROM?

3   A.   Yes, it is.

4   Q.   What is Government's Exhibit 30-A?

5   A.   Those would be the search warrant photos that were

6   contained on that disk.

7   Q.   Okay.  And these photos were taken during the execution of

8   the search warrant?

9   A.   Yes, they were.

10  Q.   And they show the location where various items in the

11  residence were found?

12  A.   Yes.

13  Q.   Including the two guns that have been entered into

14  evidence, Government's Exhibits 19 and 20?

15  A.   Yes.

16          MS. KOSTER:  Government moves to admit Exhibit 30 and

17  30-A?

18          THE COURT:  Any objection?

19          MR. WIGELL:  No, Judge.

20          THE COURT:  Both admitted.

21      (Government's Exhibits No. 30 & 30-A, previously marked,

22      were admitted in evidence.)

23          MS. KOSTER:  I'm gonna show you --

24          THE COURT:  Do you want them published?

25          MS. KOSTER:  I do, Your Honor.

1    BY MS. KOSTER:

2    Q.   I want to show you the eighth page of the exhibit.  What

3    is that a photograph of?

4    A.   It's a photograph of a handgun inside a holster.

5    Q.   And is that the Smith and Wesson handgun that's been

6    marked and admitted as Government's Exhibit 19?

7    A.   It appears to be, yes.

8    Q.   And it's also been referred to during the trial as a U.S.

9    Navy revolver?

10   A.   Yes.

11   Q.   And can you describe for the jury what this photograph

12   shows in terms of where this gun was found?

13   A.   The gun was found inside of a bag like a duffle-type bag

14   and that bag was located in the garage of the defendant's

15   house.

16   Q.   And were there items located inside the duffle bag?

17   A.   There was a jacket located in there, yes.

18   Q.   Okay.  There was a jacket inside, but in addition to the

19   jacket, were there other items inside the duffle bag besides

20   the gun?

21   A.   Inside that jacket that I mentioned, there was a receipt

22   inside there, a hotel receipt, and the receipt was made out to

23   Howard Resnick.

24   Q.   Did law enforcement interview Mr. Resnick?

25   A.   David Resnick, yes, ma'am.

1   Q.    Howard Resnick?

2   A.    Oh, Howard Resnick.

3   Q.    Yes.

4   A.    Yes, he was interviewed.

5   Q.    And did he claim ownership of the gun?

6   A.    No, he did not.

7   Q.    Did he claim ownership of the receipt?

8   A.    No, he did not.

9   Q.    Did he indicate that someone had stolen his identity in

10  the past?

11  A.    Yes.

12  Q.    Who was that individual?

13  A.    His son, David Resnick.

14  Q.    Now, also found inside this duffle bag, were there

15  headphones?

16  A.    Yes, there were.

17  Q.    And were they a particular type of headphones?

18  A.    They were headphones that belonged to a Chevy Avalanche

19  pickup truck-type vehicle.

20  Q.    So were they specifically created to link to a 2011 Chevy

21  Avalanche?

22  A.    Yes.

23          MS. KOSTER:  Your Honor, permission to publish

24  Government's Exhibit 32; it's in evidence?

25          THE COURT:  All right.

1    BY MS. KOSTER:

2    Q.    Special Agent Chicantek, what is this?

3    A.    It's an FBI consent to search form.

4    Q.    And what was being searched or -- let me start with a

5    different question.  Who was consenting to a search?

6    A.    The defendant.

7    Q.    And how do we know that it was the defendant consenting to

8    the search?

9    A.    'Cause he signed right there, the first signature line at

10   the bottom next to the right of the date.  He signed there

11   indicating his consent.

12   Q.    And were you present, did you witness his signature?

13   A.    Yes.

14   Q.    Is your signature also on this form?

15   A.    Yes, it's the third one down underneath the bottom line

16   there on the right side.

17   Q.    And what was the defendant consenting for law enforcement

18   to search at this time?

19   A.    To search the black Chevy Avalanche, his black Chevy

20   Avalanche.

21   Q.    Was a doormat found in the garage of the residence?

22   A.    Yes.

23   Q.    Do you recall?

24   A.    I remember one found at the front door as we walked in, I

25   believe.

DIRECT EXAMINATION OF MATT CHICANTEK

1  Q.    Showing you page 11 of government --

2           THE COURT:  Want it published?

3           MS. KOSTER:  Yes, please.

4  BY MS. KOSTER:

5  Q.    -- of Government's Exhibit 30-A, is that the doormat?

6  A.    Yes, I do recall that, yes.

7  Q.    And the next page, page 12 of 30-A, is that a photograph

8  of Government Exhibit 2, the HP desktop computer?

9  A.    Yes, it is.

10  Q.    Showing you page 15 of Government Exhibit 30-A, what is

11  that a photograph of?

12  A.    Appears to be the American Derringer pistol.

13  Q.    That was found in the residence?

14  A.    Yes.

15  Q.    Is that Government's Exhibit 20?

16  A.    Yes.

17  Q.    And that American Derringer pistol, do you recall where it

18  was found?

19  A.    Dresser in the master bedroom, what was described as the

20  master bedroom.

21  Q.    I don't have the exact page, but a third of the way

22  through the stack showing you a photograph of a vehicle, can

23  you identify that vehicle?

24  A.    It is the black Chevy Avalanche that was indicated on that

25  consent form that you saw earlier.

1   Q.   And the next page is another photograph; is that the same

2   vehicle?

3   A.   Yes, it is.

4   Q.   Showing you a photograph that appears to be taken in a

5   garage, can you identify the vehicles that are seen in this

6   photograph?

7   A.   Appears there's two motorcycles and a jet ski.

8   Q.   Does the motorcycle in the middle of the jet ski and the

9   other motorcycle, does that appear to be a Harley Davidson?

10  A.   The one on the left of the picture does appear to me to be

11  a Harley Davidson.  I'm not exactly sure about the one in the

12  middle.

13  Q.   Okay.  Government's Exhibit 1, HP laptop computer, was

14  that found in the residence?

15  A.   Yes, it was.

16  Q.   Where was that found?

17  A.   Under a bed in one of the bedrooms.

18  Q.   And was another laptop computer, a Sony Vaio, also found?

19  A.   Yes.

20  Q.   Now, we've heard testimony from a number of witnesses who

21  have identified the HP laptop computer as a computer used by

22  the defendant in 2008.  Do you recall that?

23  A.   Yes.

24        MR. WIGELL:  Objection, Judge.  I don't believe

25  that's in evidence.

DIRECT EXAMINATION OF MATT CHICANTEK

 1           THE COURT:  I'm sorry.

 2           MR. WIGELL:  I don't believe that's in evidence.  I

 3  think it is a mischaracterization from previous testimony.

 4           MS. KOSTER:  Judge, I can be more specific.  I can

 5  recount every witness who has said it so far.

 6           THE COURT:  It is overruled.  Continue.

 7  BY MS. KOSTER:

 8  Q.   Did Timothy Podgorski identify Government's Exhibit 1 as

 9  the laptop used by defendant in 2008?

10  A.   Yes.

11  Q.   Or matching the same make and model of laptop?

12  A.   Yes.

13  Q.   And did John Savia also provide that testimony?

14  A.   He did.

15  Q.   Did Tony, A.M., also identify Government's Exhibit 1 as

16  the computer that he was shown child pornography on by the

17  defendant?

18  A.   Yes, he did.

19  Q.   Now, when those witnesses were shown Government's Exhibit

20  1, was that the only computer they were shown?

21  A.   No.

22  Q.   What other computer or computers were they shown?

23  A.   Sony Vaio computer laptop computer.

24  Q.   And that was the Sony Vaio computer found in the

25  defendant's residence?

DIRECT EXAMINATION OF MATT CHICANTEK

1   A.   Yes.

2   Q.   And were the witnesses given any direction regarding the

3   meaning or location where either of those computers were found

4   when they picked out Government's Exhibit 1 as the one they

5   recall seeing the defendant with in 2008?

6   A.   No, they were not.

7   Q.   Showing you page 43 of Government's Exhibit 52?

8            THE COURT:  Do you want it published, ma'am?

9            MS. KOSTER:  Yes, Your Honor.

10           THE COURT:  You have to continue to ask me that.

11  BY MS. KOSTER:

12  Q.   The motorcycle seen in this picture, does that appear to

13  be the motorcycle that was in the center of the two vehicles in

14  the garage of his residence?

15  A.   Yes, it does.

16  Q.   Did law enforcement interview the defendant when the

17  search warrant was executed?

18  A.   Yes.

19  Q.   Did you participate in that interview?

20  A.   I did.

21  Q.   And who was present for the interview?

22  A.   Myself and Special Agent Lana Sabata.

23  Q.   Did another agent join the interview briefly?

24  A.   Yes, Special Agent Alex Rivas.  He's assigned to the Miami

25  division.

1              MS. KOSTER:  Your Honor, permission to show the

2    witness only what's been marked as Government's Exhibit 31?

3              THE COURT:  All right.

4    BY MS. KOSTER:

5    Q.   Special Agent Chicantek, can you tell us what this is?

6    A.   That's the FBI FD395 form, which is the advice of rights

7    form.

8    Q.   And who filled out and signed this advice of rights form?

9    A.   The initials are from David Resnick next to each one of

10   the lines, and the signed line under the consent portion of the

11   form is David Resnick.  Special Agent Sabata signed first on

12   the witness line, and then I signed the second witness line.

13             MS. KOSTER:  Government moves to admit Exhibit 31?

14             THE COURT:  Any objection?

15             MR. WIGELL:  No, Judge.

16             THE COURT:  Admitted.

17        (Government's Exhibit No. 31, previously marked, was

18        admitted in evidence.)

19             MS. KOSTER:  Permission to publish?

20             THE COURT:  Yes.

21   BY MS. KOSTER:

22   Q.   Walk us through what this form -- what the information on

23   this form, please, starting with what's here at the top?

24   A.   The very top is just the location of the interview.  So it

25   was 1585 S.E. Blockton Avenue, Port St. Lucie, Florida.  Also

DIRECT EXAMINATION OF MATT CHICANTEK

1   provide the date of the interview, the consent, and the time

2   that the form was read to the person.

3   Q.   And directing your attention to the warnings in the

4   middle, can you read those warnings, please, into the record?

5   A.   "Before we ask you any questions, you must understand your

6   rights.  You have the right to remain silent.  Anything you say

7   can be used against you in court.  You have the right to talk

8   to a lawyer for advice before we ask you any questions.  You

9   have the right to have a lawyer with you during questioning.

10  If you cannot afford a lawyer, one will be appointed for you

11  before any questioning, if you wish.  If you decide to answer

12  questions now without a lawyer present, you have the right to

13  stop answering at any time."

14       And then there's a consent portion and it says, "I have

15  read this statement of my rights and I understand what my

16  rights are.  At this time I am willing to answer questions

17  without a lawyer present."

18  Q.   The different statements of rights that you read into the

19  record, were each of those initialed by David Resnick?

20  A.   Yes, they were.

21  Q.   And then he signed the consent portion acknowledging that

22  he understood his rights?

23  A.   Yes.

24  Q.   I want to ask you now about information that he conveyed

25  to you during that interview.  And I'm gonna take some notes as

 1   we go through on some of what he said.

 2            MR. WIGELL:  I'm sorry, I'm not sure what's up there.

 3   I haven't seen it.

 4            THE COURT:  It is a blank piece of paper.

 5            MR. WIGELL:  I apologize, Judge.

 6   BY MS. KOSTER:

 7   Q.   How did the interview begin?

 8   A.   The interview began with Special Agent Sabata giving

 9   Mr. Resnick an explanation as to why law enforcement was at his

10   house that particular morning.  And then after that was done,

11   he -- or excuse me -- she brought up the names or mentioned the

12   names of Anthony and Kyle to him.

13   Q.   Okay.  And did the defendant acknowledge that he knew

14   Anthony and Kyle?

15   A.   No, he said he did not know who they were.

16   Q.   Let me switch pens before I get too far along.

17            MR. WIGELL:  Judge, may I go around and glance on

18   occasion?

19            THE COURT:  Yeah, just stay away from the jury box.

20            MR. WIGELL:  Yes, sir.

21   BY MS. KOSTER:

22   Q.   Okay.  So I've written here "denied knowing Tony or Kyle";

23   is that accurate?

24   A.   Yes.

25   Q.   Tell us what happened after that.

1   A.    After an explanation about who Anthony and Kyle were,

2   Mr. Resnick did then acknowledge that he knew who they were.

3   Q.    Okay.  What was that explanation?

4   A.    From what I recall, it was about, you know, naming the

5   parents of the children, kind of where they lived, things like

6   that.

7   Q.    Okay.  What do you recall next happening during the

8   interview?

9   A.    There was some detail given about Mr. Resnick's

10  relationship to the family of Anthony, he said he had known

11  them for approximately three years, and that he had at one

12  point worked with Anthony's stepfather doing some, I believe it

13  was heating and air work.

14  Q.    Did he at some point express surprise that you were there

15  interviewing him regarding Anthony and Kyle?

16  A.    Yes, he did.

17  Q.    And did he describe the allegations in a particular way?

18  A.    Yeah, he expressed surprise that he was being questioned

19  over this "bullshit" as he put it.

20  Q.    Did he admit to taking Tony on the two-week cross-country

21  trip?

22  A.    Yes, he did.

23  Q.    Did he use an adjective to describe Tony?

24  A.    He said Tony was an annoying kid.

25  Q.    Did he indicate whether on the trip Tony had money of his

1    own to spend?

2    A.    No.  I think, in fact, he said he didn't have any and was

3    completely dependent on him for, you know, for everything

4    really while they were on the two-week trip.

5    Q.    Did he know and provide information to law enforcement

6    about what Tony had brought with him on the trip?

7    A.    He said he brought a few changes of clothes and a game

8    system.  I believe in the interview he called it a Nintendo DS

9    game system.

10   Q.    Did he acknowledge whether there was a puppy on the trip?

11   A.    Yes.

12   Q.    What did he say about that?

13   A.    He said that was one thing that he asked of Tony on the

14   trip was to take care of his puppy while they were traveling.

15   Q.    Did he indicate where he had slept with Tony on the trip

16   or where they had slept?

17   A.    It sounded like he said they would alternate back and

18   forth between the, if the truck had a sleeper cab, they would

19   sleep in there.  But he said sometimes they also slept in

20   motels.

21   Q.    So he admitted to sleeping in the bed of the truck with

22   Tony?

23   A.    Yes.

24   Q.    Did you bring up the traffic stop in Washington?

25   A.    Yes, that was brought up in the interview.

DIRECT EXAMINATION OF MATT CHICANTEK

1   Q.   And how did he respond?

2   A.   He denied remembering the traffic stop, saying he had been

3   pulled over numerous times in his life and he didn't remember

4   that.

5   Q.   I've written on my notes "denied recalling traffic stop";

6   is that accurate?

7   A.   Yes, it is.

8   Q.   Did you ask him about the pool party that he had with Tony

9   and Kyle?

10  A.   Yes, we did.

11  Q.   Did he admit to having that?

12  A.   Yes.

13  Q.   Did he admit to staying alone overnight with Kyle?

14  A.   No, he did not.

15  Q.   What did he say about that?

16  A.   He said both Anthony and Kyle stayed at the hotel that

17  night.

18  Q.   So he denied that Tony stayed overnight at the pool party?

19  A.   No --

20  Q.   I'm sorry.  I'm sorry.  He denied that he stayed alone

21  with Kyle at the pool party?

22  A.   Correct.

23  Q.   I've written denied saying --

24       MR. WIGELL:  Pardon me, Judge.  I can't read because

25  of the angle and I don't want to get close to the box.

1          MS. KOSTER:  I'll try to move it back.

2          MR. WIGELL:  Thank you.  I appreciate it.

3          MS. KOSTER:  Is that better?

4          MR. WIGELL:  Thank you.  I apologize for the

5   interruption.

6   BY MS. KOSTER:

7   Q.   Okay.  So I've written "denied staying alone overnight

8   with Kyle after, slash, at the pool party"; is that accurate?

9   A.   It is, yes.

10  Q.   Did he say where the hotel was that the pool party took

11  place at?

12  A.   He described it as being in or near Hobart, Indiana, and

13  near the Cracker Barrel restaurant.

14  Q.   Near the Cracker Barrel?

15  A.   Yes.

16  Q.   Did he admit sexually abusing Tony or Kyle?

17  A.   No, he did not.

18  Q.   Was he invited to take a polygraph --

19  A.   Yes, he was.

20  Q.   -- regarding the sexual abuse of the boys?

21  A.   He was.

22  Q.   And did he agree to do that?

23  A.   No, he did not.

24  Q.   I've written "refused to take polygraph regarding sexual

25  abuse of Tony or Kyle"; is that accurate?

DIRECT EXAMINATION OF MATT CHICANTEK

1    A.    Yes, it is.

2    Q.    Was he asked specifically about the K-Y Jelly that Tony at

3    one point remembered him using to insert his finger into Tony's

4    anus?

5    A.    Yes, he was.

6    Q.    And did he --

7              MR. WIGELL:  Objection, Judge.  That's another

8    mischaracterization of the evidence.

9              THE COURT:  Continue.  Overruled.

10   BY MS. KOSTER:

11   Q.    Did he -- what did he say about K-Y Jelly?

12   A.    He said he never used K-Y Jelly in his life.

13   Q.    Did you ask him about whether he had a laptop computer on

14   the trip with him with Tony?

15   A.    Yes, he was asked that.

16   Q.    And what did he say about that?

17   A.    He said he did have a laptop computer, an HP laptop he

18   used for GPS capabilities.

19   Q.    Okay.  What did he say became of the laptop?

20   A.    He just said he did not have that particular laptop

21   anymore.

22   Q.    I've written "denied still owning HP laptop computer he

23   took on road trip with Tony"; is that accurate?

24   A.    Yes, it is.

25   Q.    Regarding the laptop that he did say he had with him at

1  the time, did he admit letting Tony have access to the laptop?

2  A.    No.  He said Tony did not have access to it.

3  Q.    I've written "denied that Tony had access to laptop"; is

4  that accurate?

5  A.    Yes, it is.

6  Q.    Did he admit to having child pornography on the laptop

7  computer that he took with him during the trip?

8  A.    No, he did not.

9  Q.    I've written "denied having child pornography on laptop on

10  trip"; is that accurate?

11  A.    Yes, it is.

12  Q.    I mean, that's an accurate summary of what the defendant

13  said?

14  A.    Correct.

15  Q.    Did he also then deny showing child pornography to

16  defendant (sic)?

17  A.    Uh, to Tony.

18  Q.    I'm sorry to Tony?

19  A.    Correct, he did deny that, yes.

20  Q.    I added to my last bullet point, and it says now, "Denied

21  having child pornography on laptop on trip or showing Tony

22  child pornography"; is that accurate?

23  A.    Yes.  Yes, it is.

24  Q.    Did you ask him about the file sharing program LimeWire?

25  A.    Yes, he was asked about that.

DIRECT EXAMINATION OF MATT CHICANTEK          Vol. 3, Page   41

1   Q.   And why was he asked about that?

2   A.   Because during the investigation, we learned that he had a

3   LimeWire icon on his -- on the desktop of his HP laptop.

4   Q.   Did he admit to having LimeWire on his computer?

5   A.   No.  In fact, he said he -- he did not know about the file

6   sharing program LimeWire.

7   Q.   He claimed not to know anything about LimeWire?

8   A.   Yes.

9   Q.   I've written "denied knowing anything about LimeWire."  Is

10  that an accurate summary of the defendant's statement?

11  A.   Yes, it is.

12  Q.   Did you ask him about guns?

13  A.   Yes, he was asked about guns.

14  Q.   Did he acknowledge that he was a felon?

15  A.   Yes.

16  Q.   Did he acknowledge that he had carried guns since becoming

17  a felon, since being convicted of a crime punishable of more

18  than one year?

19  A.   No, he did not.

20  Q.   What specifically did he say in his denial?  Let me ask

21  you this:  Did he deny ever carrying a gun since his

22  conviction?

23  A.   We specifically asked him about carrying a gun while he

24  was driving a truck.  He said while driving trucks over the

25  road he did not carry guns with him; he only carried a knife.

1    Q.   So he denied ever having a gun with him while driving a

2    truck?

3    A.    Yes.

4    Q.   I've written, "Denied ever carrying gun while driving a

5    truck."  Is that an accurate summary of what the defendant

6    said?

7    A.    Yes.

8    Q.   Did you ask him about the weapons that had been found in

9    his house?

10   A.    Yes.

11   Q.   And did you ask him if law enforcement would find evidence

12   linking those guns to him?

13   A.   He was asked about that, yes.

14   Q.   Can you describe specifically what he was asked?

15   A.   The question that was asked, I don't specifically

16   remember.  I remember his response that we noted after or

17   during the interview.

18   Q.   Okay.

19   A.   And his response was that his DNA and/or fingerprints

20   would be found on weapons inside the house, as he has handled

21   them, touched them before.

22   Q.   Okay.  So he admitted that his DNA, his fingerprints would

23   be found on those guns?

24   A.    Yes.

25   Q.   I've written, "Admitted his DNA slash fingerprint on guns

 1  in house."  Is that an accurate statement of his account?

 2  A.    Yes, it is.

 3  Q.    At some point during the interview did you learn that

 4  child pornography had, in fact, been found on his computers in

 5  the house?

 6  A.    Yes.

 7  Q.    And did you inform him of that?

 8  A.    He was informed of that, yes.

 9  Q.    How did he respond?

10  A.    Saying there shouldn't be any, referring to the child

11  pornography on his computer, there shouldn't be any on the

12  computer.

13  Q.    Did he make statements specifically about child

14  pornography like whether he likes looking at or likes people

15  who abuse children?

16  A.    He did say that he -- everybody that knows him knows that

17  he does not like people who abuse children.

18  Q.    Directing your attention to the revolver that was found in

19  his residence, the garage, the photograph that I showed you in

20  the duffle bag?

21  A.    Okay.

22  Q.    Did he have an explanation for how it got into his garage?

23  A.    Not really.  An explanation that he gave as a possibility

24  was that -- kind of twofold.  One, that he moves around a lot

25  and maybe it had gotten moved in the process.  And then the

 1   other would be that his mother has on occasion brought stuff

 2   over to his house, and she could have brought it on one of

 3   those occasions.

 4   Q.   Did he say whether his father had ever been to his

 5   residence in Florida?

 6   A.   His father had not been to that residence that we were at,

 7   no.

 8   Q.   Did he offer any explanation for how the child pornography

 9   found on his computer came to be there?

10   A.   No.

11   Q.   At some point during the interview did Special Agent

12   Sabata make a point of informing the defendant that Tony was

13   having a difficult time as a result of the abuse that he

14   suffered?

15   A.   Yes.

16   Q.   How did the defendant react?

17   A.   The way Special Agent Sabata approached it with him was as

18   was noted that she explained to him about Tony having some

19   problems because of the abuse and if Mr. Resnick could say

20   anything to him, what would that be, and Mr. Resnick responded,

21   "I don't want to talk to that kid."

22           MS. KOSTER:  Nothing further.

23           THE COURT:  Cross-exam.

24           MR. WIGELL:  Thank you, Judge.  I'd like that to stay

25   up if I could.  Thanks.

 1              THE COURT:  Can everybody on the jury see that?  Why

 2     don't you turn it just a little since you are not back there

 3     anymore.  Turn it so you can see it.  That better?  Thank you.

 4                          **CROSS-EXAMINATION**

 5     BY MR. WIGELL:

 6     Q.    So we talked -- your questions were about a number of

 7     different things, and I'd like to direct yourself to different

 8     sections.  So I'll preview the questions by talking about the

 9     section and then I'll ask some specific questions.

10     A.    Okay.

11     Q.    Thank you, Agent.  Regarding the forensic interview of

12     Kyle, the video that we saw, you weren't present during that

13     video, were you?

14     A.    No, I was not.

15     Q.    In fact, you weren't even aware of the case at that point,

16     were you?

17     A.    No, I was not.

18     Q.    Okay.  So you don't know anything that happened before the

19     interview, do you?

20     A.    Well, other than what I've read in the file, but --

21     Q.    Okay.

22     A.    -- as far as being there present, no.

23     Q.    Okay.  So do you know who was at the interview with Kyle?

24     A.    There was reference made to Tony, but other than that I

25     don't know.

1  Q.   Okay.  Do you know which parents were with him?

2  A.   No.

3  Q.   Okay.  And do you know what time of day it was?

4  A.   I do not.

5  Q.   Do you know where it was?

6  A.   Other than in a Lake County facility, I don't know

7  specifically, no.

8  Q.   Okay.  Did you know the police officer who conducted the

9  interview?

10 A.   I do not.

11 Q.   Okay.  So is there anything that you know about, anything

12 that occurred prior to the interview as far as interactions

13 between Kyle and the officer; let's do that first?

14 A.   No, I do not.

15 Q.   Kyle and his parent or whoever brought him there?

16 A.   No.

17 Q.   Okay.  So do you know anything about any preparation that

18 was done prior to going into the room?

19 A.   No.

20 Q.   And you indicated that there's a protocol in interviewing

21 children, that forensic interview has to follow a certain

22 protocol, right?

23 A.   Yes.

24 Q.   Have you been trained in that protocol, Special Agent?

25 A.   Yes.

1   Q.   Okay.  What's that protocol called, if you know?

2   A.   Well, there's -- there's different -- there's one that's

3   referred to as finding words.  And I also know there's other

4   ones, but specifically what their names are, I don't know.

5   Q.   Okay.  But finding words is a pretty famous one, isn't it?

6   A.   It is one I know of, yes.

7   Q.   Okay.  And were you trained in that?

8   A.   Quite a few years ago, yes.

9   Q.   Okay.  And have you conducted forensic interviews of

10  children?

11  A.   Many years ago, yes, sir.

12  Q.   Okay.  Now, you remember when the officer said, You know

13  the difference between the truth and a lie?

14  A.   Yes.

15  Q.   And then he said, What color is the table?

16  A.   Yes.

17  Q.   Okay.  And that's supposed to be the determination of

18  whether the child knows the difference between the truth and a

19  lie, right?

20  A.   Yes.

21  Q.   Other than the color of the table, was there any other

22  questions asked of Kyle?

23  A.   Well, I think before that Kyle kind of volunteered his,

24  you know, understanding of what a truth and a lie was.

25  Q.   Okay.

1    A.   And then the officer went into the table scenario as you

2    described.

3    Q.   Okay.  I agree with you.  So the child gave his definition

4    of truth and lie, and then there was a black table saying if I

5    said it was red that would be a lie?

6    A.   Correct.

7    Q.   Was there any other questions to determine whether the

8    child knew the difference between the truth or a lie?

9    A.   No.

10   Q.   Is that consistent with the finding words protocol?

11   A.   Yeah, I don't recall how many questions it requires to

12   determine whether or not the child knows the difference between

13   a truth and a lie.

14   Q.   Okay.  But if you were doing it, would you ask more than

15   one?

16        MS. KOSTER:  Objection, Your Honor.  Relevance.

17   Calls for speculation.

18        THE COURT:  Overruled.

19        THE WITNESS:  I would have to base it on, you know,

20   my interaction with the child.  And due to the fact that he did

21   give a good explanation of his understanding, then that would

22   seem to suffice.

23   BY MR. WIGELL:

24   Q.   So you would trust the child's definition, is that what

25   you are telling us, Special Agent?

 1   A.   Well, in addition to what the child said, he did follow up

 2   on his own so -- and in his mind it appeared he was satisfied

 3   the child knew the difference between the truth or lie.

 4   Q.   Would the finding words protocol differentiate between a

 5   concept like he has a white handkerchief and what happened on a

 6   specific date?

 7   A.   I'm not sure.

 8   Q.   Those are different kind of questions, aren't they?

 9   A.   They are different questions, yes.

10   Q.   One is rather obvious cause it has to do with color?

11   A.   Okay.

12   Q.   And the other is conceptional, isn't it?

13   A.   Well, I mean, if he was asking what happened on a specific

14   day, that would ask for a factual response.

15   Q.   From the child's point of view, right?

16   A.   Yes.

17   Q.   But there are no questions in this interview that tested

18   beyond the obvious black or red question, right?

19   A.   Not that I saw.

20   Q.   Well, it was the same interview that we all saw, right?

21   A.   Correct.

22   Q.   Thank you.

23        Do you think that the -- strike that.  Pardon me, Judge.

24        You remember in the interview that Kyle indicated that he

25   said, "We drove Tony home"?

CROSS-EXAMINATION OF MATT CHICANTEK

1    A.    Yes.

2    Q.    You remember that?

3    A.    Yes.  Yes.

4    Q.    And you're the case agent -- one of the case agents in

5    this case before the Court now, aren't you?

6    A.    Yes.

7    Q.    So you've been present in court during the whole time?

8    A.    I have.

9    Q.    Okay.  Did Kyle testify that he drove with Tony home on

10   the night from the hotel, if you remember?

11   A.    I don't recall.

12   Q.    New subject area --

13   A.    Okay.

14   Q.    -- Special Agent.  Thank you.  Thank you for your answers.

15         The video sample that you read all those descriptions?

16   A.    Yes.

17   Q.    Okay.  Those videos were on the HP laptop that's been

18   previously marked and admitted as Government's Exhibit No. 1

19   aren't they?

20   A.    Correct.

21   Q.    Okay.  The same one that you retrieved pursuant to the

22   search warrant in Florida?

23   A.    Yes.

24   Q.    The same one that gave rise to the charges in Florida of

25   possession of child pornography against Mr. Resnick?

 1  A.    Yes.

 2  Q.    Those samples, who chose the samples of the videos?

 3  A.    Special Agent Adam Pohl was present, Assistant U.S.

 4  Attorney Jill Koster and Assistant U.S. Attorney Tom McGrath.

 5  Q.    And do you know when those were chosen, Special Agent?

 6            MS. KOSTER:  Objection, Your Honor.  May we approach?

 7            THE COURT:  All right.

 8        (Bench conference.)

 9            MS. KOSTER:  Judge, if he's going to suggest that the

10  sample is not representative, we are going to insist on showing

11  the jury the 202 videos.  We offered them in advance.

12            THE COURT:  You got to be kind of careful here what

13  you're doing, because she's absolutely right.

14            MR. WIGELL:  I'm real close, but I'm almost out of

15  it, Judge.

16            THE COURT:  Well, you should be out of it already.

17            MS. KOSTER:  And we ask for an instruction to the

18  jury, Your Honor, to disregard the question and answer

19  regarding who was present when the representative sample was

20  selected.

21            THE COURT:  That's not necessary.

22            MR. WIGELL:  I object to that, Judge.

23            THE COURT:  I'm not gonna do it.

24            MR. WIGELL:  Thank you.

25            THE COURT:  She's overruled.  But you better move on.

1          MR. WIGELL:  Yes, sir.

2          THE COURT:  Because 200, we'll be here another couple

3    days, because they'll all be shown.

4          MR. WIGELL:  Not because of that, but because I don't

5    want them to see the videos, Judge.

6        (End of bench conference.)

7    BY MR. WIGELL:

8    Q.   Thank you, Special Agent.  Let's talk about the search

9    warrant, okay?

10   A.   Okay.

11   Q.   You've executed a number of those I trust?

12   A.   Yes.

13   Q.   About how many?

14   A.   Probably somewhere around a hundred maybe.  I don't know

15   exactly.

16   Q.   Okay.  All right.  You've been a special agent for how

17   long again, sir?

18   A.   Between the two agencies, little over seven years now.

19   Q.   Now, when you execute this kind of search warrant, forgive

20   my momentary sarcasm.  You don't call them up and say, Hey, I'm

21   gonna come over about seven o'clock in the morning and knock on

22   your door with the agents and execute the search warrant, do

23   you, Special Agent?

24   A.   No, we don't do that.

25   Q.   It's by surprise, isn't it?

 1   A.    Yes.

 2   Q.    And nobody knows about it except law enforcement?

 3   A.    That's generally the plan, yes.

 4   Q.    And why it by surprise?

 5   A.    For safety reasons first and foremost.

 6   Q.    Any other reasons that you can share with us, please?

 7   A.    Evidentiary reasons.  You don't want any evidence

 8   destroyed or lost.

 9   Q.    Okay.  So if I knew you were coming, maybe I'd throw the

10   evidence out, wouldn't I?

11   A.    Possibly, yes.

12   Q.    Okay.  Did you notify or do you have any knowledge of

13   anyone notifying Mr. Resnick that the search warrant was going

14   to be executed on April 27th of 2011, is that correct?

15   A.    That's correct.

16   Q.    Did you give anyone notice?

17   A.    I did not, no.

18   Q.    Do you know of your own knowledge or any anecdotal

19   knowledge that anyone gave him notice?

20   A.    No.

21   Q.    And you said you did about hundred of these.  This is not

22   a test, but this wasn't the first one you did, right?

23   A.    No, it was not.

24   Q.    It was closer to the hundredth one?

25   A.    Yeah, it was closer to the end, yes.

CROSS-EXAMINATION OF MATT CHICANTEK

1   Q.   Okay.  All right.  So my suggestion is that experientially

2   you were at the end of that hundred curve, not at the beginning

3   of it?

4   A.   Yes.  Yes, that's correct.

5   Q.   Thank you.

6        Who else lived in the place that you executed the search

7   warrant?

8   A.   Present that morning were the defendant, his girlfriend,

9   he had a roommate as well and, from what I remember, his

10  roommate's girlfriend.

11  Q.   Okay.  Do you remember any of the other names of the

12  people involved?

13  A.   Polidori, Michael Polidori sounds familiar.  But as to the

14  names of the two females, I don't recall right now.

15  Q.   Thank you.  And this search warrant was executed in

16  Florida, right?

17  A.   Yes.

18  Q.   Now, the advice of right forms, another name for that

19  would be Miranda warnings, right?

20  A.   Yes, sir.

21  Q.   And David signed it?

22  A.   Yes, he did.

23  Q.   And then he talked freely and openly to you and your

24  fellow agent, didn't he?

25  A.   Yes, he did.

CROSS-EXAMINATION OF MATT CHICANTEK

1   Q.   Okay.  At some point later in that discussion he did ask

2   for an attorney, though, didn't he?

3          MS. KOSTER:  Objection, Your Honor.  Statement by the

4   defendant.  Hearsay.

5          THE COURT:  Continue.

6   BY MR. WIGELL:

7   Q.   Did you hear the question, please?

8   A.   The only time he mentioned an attorney was when he was

9   approached about the -- taking a polygraph, and he said before

10  he took a polygraph he would want to consult with an attorney.

11  Q.   Okay.  Thank you.

12  A.   Uh-huh.

13  Q.   When you asked him about Anthony and Kyle, at first he

14  said he didn't know them, right?

15  A.   That's correct.

16  Q.   But then when you said names of the parents, then he said,

17  oh, yes, he did know them?

18  A.   (Indiscernible response.)

19  Q.   Okay.  So the first one saying that he denied Tony and

20  Kyle, that was at first glance, right?

21  A.   Yes.

22  Q.   But then after refreshing his memory as to all sorts of

23  other people that might have been involved, then he remembered

24  them, right?

25  A.   Yes.

1    Q.   Well, I won't put a check there, but that's the first one,

2    right?

3              MS. KOSTER:   I'll be happy to add that one.

4              MR. WIGELL:   Pardon me, Judge.   I'm asking some

5    questions.   I would appreciate her not commenting openly unless

6    it is an objection, Judge.

7              THE COURT:   There you go.   Just don't mark on the

8    exhibit, sir.

9              MR. WIGELL:   Yes, sir.   Thank you, Judge.   That's why

10   I was about to and I stopped myself.

11   BY MR. WIGELL:

12   Q.   The second one says "denied recalling the traffic stop."

13   He denied recalling the specific traffic stop, didn't he?

14   A.   The stop on the two-week trip?

15   Q.   Yeah.

16   A.   Correct.

17   Q.   But he said he was stopped many times when driving a

18   truck, didn't he?

19   A.   He didn't specify when driving a truck.   He just said he

20   had been stopped many times.

21   Q.   Stopped many times in his life?

22   A.   Yes.

23   Q.   Okay.   The board is a board written by -- a moment ago.

24   It says "denied staying alone overnight with Kyle after slash

25   at the pool party."   So but he did admit that the pool party

CROSS-EXAMINATION OF MATT CHICANTEK                Vol. 3, Page  57

1    was attended by Kyle and Tony, didn't he?

2    A.    Yes.

3    Q.    And he did admit that they went to the hotel room, didn't

4    he?

5    A.    I don't remember in our interview him saying that they

6    went to the hotel room.

7    Q.    Okay.  But he didn't deny that Tony was there, right?

8    A.    No, he did not deny.

9    Q.    And he didn't deny that Kyle was there?

10   A.    No.

11   Q.    Oh, and the refusal to take the polygraph, he wanted a

12   lawyer before he would do that, didn't he?

13   A.    Said he wanted to consult with one, yes.

14   Q.    Okay.  And then you and your other agents, you decided to

15   move on -- off of that to other questions?

16   A.    Yeah, we didn't talk about -- discuss the polygraph

17   anymore, no.

18   Q.    Okay.  He did deny still owning the laptop, the HP laptop

19   computer that he took on the road trip with Tony, right?

20   A.    Yes.

21   Q.    But he said that he did take an HP with him, didn't he?

22   A.    Yes.

23   Q.    The note indicates that he -- that Mr. Resnick denied that

24   Tony had access to the laptop.  What does "access" mean?

25   A.    To be able to use it.

1    Q.    At all?

2    A.    That's my interpretation, yes.

3    Q.    Okay.  How many questions did you ask him about that?

4    A.    I don't recall how many questions.

5    Q.    Okay.  And in, at least as I use it, were you the

6    questioner or were you the prover at this interview?

7    A.    What was the second part?

8    Q.    The prover meaning you were observing it so you could

9    testify here today?

10   A.    I was observing, yes.

11   Q.    Okay.  He did deny having child pornography on the laptop

12   on the trip or showing it to Tony, didn't he?

13   A.    Yes.

14   Q.    And he denied knowing anything about LimeWire?

15   A.    Correct.

16   Q.    Did you remember asking him any specific questions about

17   LimeWire?

18   A.    No, I don't.

19   Q.    But you remember he denied it?

20   A.    Yes.

21   Q.    And you asked him whether or not he was carrying a gun on

22   the trip or any of these trips, specifically the trip with

23   Tony, and he denied that, right?

24   A.    Yes.

25   Q.    But he did say he carried a knife?

CROSS-EXAMINATION OF MATT CHICANTEK

1   A.    Yes.

2   Q.    Did he describe the knife?

3   A.    No.

4   Q.    In his admission, the last one, it is at the very bottom

5   of the page, his DNA and fingerprints were on the guns in the

6   house, you said something on direct examination that qualified

7   that that's not on the board.  Do you remember what you said,

8   Special Agent?

9   A.    No, no, I don't.

10  Q.    That he had handled them in the house or something like

11  that, right?

12  A.    That he had handled them, yes.

13  Q.    Okay.  And if I mischaracterized or said that wrong,

14  correct me what your recollection or your notes suggest he

15  said?

16  A.    Just that he had touched them or handled them.

17  Q.    Okay.  The trip with Tony?

18  A.    Okay.

19  Q.    That's the new area.

20  A.    Okay.

21  Q.    He admitted to the trip with Tony, didn't he?

22  A.    Yes.

23  Q.    Didn't hesitate about that, did he?

24  A.    Not that I recall, no.

25  Q.    He said sometimes they slept in the sleeper, sometimes

1    they slept in a motel?

2    A.   Yes.

3    Q.   Your first answer was that they would alternate use of the

4    sleeper, right?

5    A.   Yes.

6    Q.   Okay.  And then after that, the government said, "And

7    sometimes they slept in the sleeper," and you said, "Yes,

8    together"?

9    A.   Okay.  Yes.

10   Q.   Okay.  Was that your testimony?

11   A.   I believe so, yes.

12   Q.   Okay.  But your first thing was -- first answer was

13   alternate, wasn't it?

14   A.   Well, and by "alternate", I didn't mean they had a

15   specific pattern or routine that they followed saying Monday

16   they slept in the sleeper and Tuesday -- I just meant it

17   occasionally, you know, sometimes they would sleep in the

18   sleeper and sometimes they would sleep in a hotel.

19   Q.   And sometimes "alternate" also refers to that sometimes

20   Tony slept in the sleeper while he drove?

21   A.   That's not what I was referring to when I said alternate.

22   Q.   Oh, okay.

23   A.   I'm just talking about sleeping.

24   Q.   Sleeping motel versus the truck?

25   A.   Yes.

1    Q.    Thank you.

2          Now, he denied having the child porn on the HP laptop that

3    you found in -- as pursuant to the search warrant, didn't he?

4    A.    Once he was told it was there, he just said there

5    shouldn't be any there.

6    Q.    Okay.  So it wasn't really a denial.  He said it shouldn't

7    be there?

8    A.    Yes.

9    Q.    Okay.  And do you know, Special Agent, if he pled guilty

10   to possession of child pornography in Florida?

11   A.    Yes, he did.

12   Q.    Do you know what the other charge was in Florida?

13   A.    I believe there was a firearms-related charge as well.

14   Q.    Possession of a firearm by a felon?

15   A.    Yes.

16   Q.    Now, as part of your preparation for this case, you and

17   Agent Sabata wrote out forms, didn't you, reports?

18   A.    Throughout the investigation?

19   Q.    Yeah.

20   A.    I guess you are assuming?

21   Q.    Yeah.

22   A.    Yes.

23   Q.    Those are called 302's?

24   A.    Yes.

25   Q.    Okay.  And 302 is the name of the form that you type on

1   it.  So everybody says, you got a 302 on that, or did you do

2   your 302, that sort of thing, right?

3   A.   Yes.

4   Q.   Okay.  And you did one right after the search warrant

5   execution and this one appears to be dated 5/2/2011, right?

6   A.   I'd probably have to see what you're referring to.

7   Q.   All right.  But you did one right after the search

8   warrant, didn't you?

9   A.   Referring to what part of the -- what part of the process

10  there?

11  Q.   It begins on April 27th, 2011, a federal search warrant

12  was executed at the residence of 1585 S.E. Brockton, Port St.

13  Lucie.

14          THE COURT:  You are reading from a document not in

15  evidence?

16          MR. WIGELL:  May I mark this?

17          THE COURT:  The way to do it is to show it to him.

18          MR. WIGELL:  Yes, Judge.  I'm gonna mark this as

19  Defense Exhibit B.

20          THE COURT:  "B" as in boy?

21          MR. WIGELL:  B, because I was told I should not use

22  numbers; I should use letters.

23          THE COURT:  Well, that's accurate, though.  I wanted

24  to know whether it is a D or a B?

25          MR. WIGELL:  "B" as in boy, Judge.

CROSS-EXAMINATION OF MATT CHICANTEK

 1              THE COURT:  Thank you.

 2              MS. KOSTER:  Just to be clear, that's not being

 3   published, correct?

 4              THE COURT:  It is not.

 5   BY MR. WIGELL:

 6   Q.   Can you see it, Special Agent?

 7   A.   Yes, I can.

 8   Q.   Does that refresh your memory?

 9   A.   Yes, sir, it does.

10              THE COURT:  Continue, sir.

11              MR. WIGELL:  Thank you, Judge.

12   BY MR. WIGELL:

13   Q.   And as part of this report, you reported many of the

14   things we talked about today, didn't you?

15   A.   Yes.

16   Q.   But you reported other stuff too, didn't you?

17   A.   Yes.

18   Q.   Do you recall any other areas that you mentioned in your

19   302 that you did not mention today yet?

20              MS. KOSTER:  Objection, Your Honor.  We ask to

21   approach.

22              THE COURT:  Okay.  I'll tell you, while we're doing

23   this, we've been here a little long, so why don't we take our

24   recess.  Please recall and abide by the instruction I have been

25   giving you at all of these recesses.  About ten minutes

CROSS-EXAMINATION OF MATT CHICANTEK          Vol. 3, Page  64

1    probably.

2         (Jury exits.)

3              THE COURT:  Yes, ma'am.

4              MS. KOSTER:  Judge, I believe this line of

5    questioning to be improper.  What counsel is doing is alluding

6    to other statements made by the defendant that the witness

7    didn't testify to.  Those are not admissible under Rule 801(d)

8    and to allude to them and then not have the government say what

9    they are looks like we're hiding information.  So we object to

10   this and ask that this line of questioning be discontinued.

11             THE COURT:  She's pretty much right.

12             MR. WIGELL:  Okay.

13             THE COURT:  Sustained.

14             MR. WIGELL:  Ten minutes, Judge.

15             THE COURT:  What?

16             MR. WIGELL:  Ten minutes?

17             THE COURT:  What did I just say?

18             MR. WIGELL:  Yes, sir.

19        (A recess was taken at 10:42 a.m.)

20        (The proceedings resumed in open court, reported as

21        follows:)

22             THE COURT:  Be seated, please.  How much more time

23   you gonna need with this witness?

24             MR. WIGELL:  I am almost done, Judge, or done.  I

25   just needed a moment.  I was still talking to co-counsel.

CROSS-EXAMINATION OF MATT CHICANTEK

 1            THE COURT:  Go ahead.  Go ahead.

 2            MR. WIGELL:  It is almost done.

 3            THE COURT:  Okay.

 4            MR. WIGELL:  Thank you, Judge.

 5            THE COURT:  How much time on redirect?

 6            MS. KOSTER:  Ten minutes.

 7            THE COURT:  Then you're gonna rest?

 8            MS. KOSTER:  Yes, Your Honor.

 9            THE COURT:  Then I'll send the jury to lunch

10  probably.  Then we'll hear motions and see what happens.  Tell

11  me when you're ready, sir.

12            MR. WIGELL:  Thank you, Judge.

13            THE COURT:  Ready?

14            MR. WIGELL:  I am, Judge.  I just want to locate the

15  search warrant and I have -- it is right here.

16            THE COURT:  What?

17            MR. WIGELL:  Talking to myself.  Sorry, Judge.

18            THE COURT:  Get the jury in, please.

19       (Jury enters.)

20            THE COURT:  Be seated, please.  Continue, sir.

21            MR. WIGELL:  Thank you, Judge.

22  BY MR. WIGELL:

23  Q.   Let's return to the execution of the search warrant.

24  A.   Okay.

25  Q.   That topic.  Do you recall what time you and your fellow

1   officers prepared to go to execute that search warrant?

2   A.    No, I don't recall the time.

3   Q.    Okay.  Was it in the morning or in the evening?

4   A.    Morning.

5   Q.    Okay.  Do you remember or do you recall what time the

6   search warrant was executed?

7   A.    No, I don't recall exactly what time.

8   Q.    Okay.  Is there anything that would refresh your

9   recollection?

10  A.    The Miranda form, the waiver of rights form would have a

11  time on it.  That wouldn't be the exact time the search warrant

12  was executed, but it might get us in the ballpark.

13  Q.    Okay.  So if the Miranda form said about 7:51 a.m., what

14  would your estimate be as to the time of the execution of the

15  search warrant?

16  A.    Sometime in the seven o'clock hour.

17  Q.    Thank you.

18         MR. WIGELL:  No further questions.

19         THE COURT:  Redirect.

20                    **REDIRECT EXAMINATION**

21  BY MS. KOSTER:

22  Q.    Directing your attention back to the board, the first

23  bullet point says "denied knowing Anthony and Kyle."  When you

24  first asked the defendant about Tony and Kyle, did you use

25  their last names?

REDIRECT EXAMINATION OF MATT CHICANTEK

1   A.   Yes, we would used their last names.

2   Q.   Okay.  So you didn't just say "Tony and Kyle," you said

3   their full, each of their full names?

4   A.   They would have been told, yes, the first and last names.

5   Q.   Okay.  And that's when he denied knowing either child?

6   A.   Yes.

7   Q.   Was it clear in your question that they were children that

8   you were asking about?

9   A.   Yes.

10  Q.   And so, despite knowing their full names and that they're

11  children, he denied knowing either of them?

12  A.   Yes.

13  Q.   And that was after, by his own admission, he went on a

14  two-week trip alone with Tony?

15  A.   Yes.

16  Q.   Now, just so nobody thinks we are trying to misrepresent,

17  I'll add the words "at first" after "Tony and Kyle," do you

18  agree with that?

19  A.   Yes.

20  Q.   Counsel asked you about Tony being present at the facility

21  the day that Kyle was interviewed.  Do you recall that?

22  A.   Yes.

23  Q.   I know you weren't present at the facility that day, is

24  that right?

25  A.   I was not.

1  Q.   Is it your understanding that Tony had a computer -- a

2  child forensic interview the same day that Kyle did?

3  A.   Yes.

4  Q.   And is that unusual for law enforcement to interview

5  multiple victims in the same day at the same facility?

6  A.   No.

7  Q.   Are the children allowed to watch each other's interview

8  or participate in any way?

9  A.   No, they are not.

10  Q.   So they are not told what the other one said?

11  A.   No.

12  Q.   And are the parents allowed to watch the interviews?

13  A.   No.

14  Q.   So the parents don't know what the children have

15  disclosed?

16  A.   No.

17  Q.   You were asked some questions about finding words?

18  A.   Yes.

19  Q.   Did Kyle seem to you to have trouble finding words during

20  the interview with law enforcement?

21  A.   No.

22  Q.   And so was there any need to use a doll or a drawing to

23  have the child identify the part of their body?

24        MR. WIGELL:   Objection.  Beyond the scope of cross

25  exam.

1            THE COURT:  I disagree.  Overruled.

2            MR. WIGELL:  Thank you, Judge.

3   BY MS. KOSTER:

4   Q.   Was there any need to have the interviewer use a doll or a

5   drawing of the body so that the child could point to the part

6   of the body, as opposed to identifying it verbally?

7   A.   No.

8   Q.   Kyle was able to identify where he was touched?

9   A.   Yes.

10  Q.   Based on your training and experience having interviewed

11  child -- children in forensic interviews, did you find any

12  fault with the interview that we watched today of Kyle?

13  A.   No, I did not.

14  Q.   You were asked some questions about whether the defendant

15  was warned of the search warrant in advance.  Do you recall

16  that?

17  A.   Yes.

18  Q.   During your interview with the defendant, did he indicate

19  that he had at some point prior to the search warrant execution

20  sought out from law enforcement information as to whether he

21  had been charged with a crime?

22  A.   Yes, he did indicate that.

23  Q.   Tell the jury exactly what it was he said.

24  A.   He said that he did call -- he said the police to see if

25  he had a warrant out for his arrest.

1    Q.    Did he indicate when he had done that?

2    A.    Not that I recall, no.

3    Q.    You indicated that a -- somebody identifying themselves as

4    a roommate was at the house at the time the search warrant was

5    executed?

6    A.    Yes.

7    Q.    I think you identified that person as Michael Polidori?

8    A.    Yes.

9    Q.    Was a third gun not brought into evidence in this case

10   found in the residence?

11   A.    Yes.

12   Q.    And did Mr. Polidori claim ownership of that gun?

13   A.    He did.

14   Q.    Did he deny ownership of Government's Exhibits 19 and 20,

15   the Smith and Wesson and the Derringer revolver found in the

16   defendant's residence?

17   A.    Yes, he did.

18   Q.    Special Agent Chicantek, you were asked some questions

19   about the -- you wrote up a 302 of your interview with the

20   defendant?

21   A.    Actually, Special Agent Sabata wrote the 302.

22   Q.    Okay.  But you reviewed it after she wrote it?

23   A.    Yes.

24   Q.    Did you review it?

25   A.    Yes.

1  Q.   And I asked you some questions before about the

2  defendant's exact statements with regard to his prior ownership

3  and/or possession and/or use of guns.  Do you recall that?

4  A.   Yes.

5  Q.   The testimony that you gave before, is that all you recall

6  of the defendant's statements about those topics?

7  A.   Yes.

8  Q.   Would reviewing your 302 refresh your recollection as to

9  his exact statements?

10  A.   It could, yes.

11           MS. KOSTER:  May I approach the witness?

12           THE COURT:  You may.  Is it necessary that he read

13  the whole 302 or can you just point to paragraphs that are

14  relevant?

15           MS. KOSTER:  I can point to the paragraph, Judge.

16  BY MS. KOSTER:

17  Q.   Directing the witness to page 4, the third full paragraph.

18  A.   Do you want me to read it silently or out loud?

19           THE COURT:  To yourself.  See if it refreshes your

20  memory.

21           THE WITNESS:  Yes, it does.

22           MS. KOSTER:  Okay.

23           THE COURT:  Set it aside.

24  BY MS. KOSTER:

25  Q.   Regarding guns, what did the defendant say as to whether

REDIRECT EXAMINATION OF MATT CHICANTEK          Vol. 3, Page  72

1    he had ever possessed a gun or held a gun since being convicted

2    of a felony?

3    A.   He said that he did hold them specifically while shooting

4    them at shooting ranges.

5    Q.   Okay.  But outside of a shooting range, did he admit or

6    deny ever holding a gun?

7    A.   He denied.

8    Q.   Any gun?

9    A.   Yes.

10   Q.   Ever?

11   A.   Yes.

12          MR. WIGELL:  Objection as to "ever," Judge.  That's

13   not relevant.

14          THE COURT:  Overruled.

15          MS. KOSTER:  I think it was clear that I was asking

16   about since being convicted of felony.

17          MR. WIGELL:  Objection to her arguing after the Court

18   has ruled.

19          MS. KOSTER:  I'm not arguing, Judge.  I'm asking the

20   witness to clarify.

21          THE COURT:  It is not in the form of a question.  You

22   are making a statement.

23          MS. KOSTER:  Okay.

24          THE COURT:  I think that's what the objection is.

25   \\\

 1   BY MS. KOSTER:

 2   Q.   When you answered "yes" to my question "ever", were you

 3   referring to "ever" since being convicted of a felony outside

 4   of gun ranges?

 5   A.   Yes.

 6           MS. KOSTER:  May I retrieve the 302?

 7           THE COURT:  Please.

 8   BY MS. KOSTER:

 9   Q.   Did the defendant seem to make a distinction between

10   owning and possessing or carrying a firearm?

11   A.   Yes, in that he said he would shoot them at a shooting

12   range which, you know, would constitute in my mind possession

13   of one.  And also when he --

14           MR. WIGELL:  Objection as to the characterization of

15   the law.

16           THE COURT:  Just answer the question, sir, without

17   using your own characterization of what you think.

18           THE WITNESS:  And then he said that some of the, or

19   the weapons in the house would have his DNA and fingerprints on

20   them as well.

21   BY MS. KOSTER:

22   Q.   Are felons permitted legally to possess at any time at a

23   gun range or otherwise guns?

24   A.   No.

25           MR. WIGELL:  Objection.  Asks for a legal conclusion.

1         MS. KOSTER:  He's a law enforcement officer, Your

2    Honor.

3              THE COURT:  It's overruled.

4    BY MS. KOSTER:

5    Q.   What was your answer?

6    A.   No.

7    Q.   The firearm charge that was brought in the southern

8    district of Florida, are you aware of that?

9    A.   Yes.

10   Q.   Was that charge dropped pursuant to the plea agreement the

11   defendant entered into with the government?

12   A.   That's my understanding, yes.

13   Q.   And that plea agreement called for the defendant to plead

14   guilty to the possession of child pornography charge, is that

15   right?

16   A.   Correct, yes.

17   Q.   And that's an admission that he knowingly possessed child

18   pornography?

19   A.   Yes.

20   Q.   And that would be contrary to what he told you when you

21   interviewed him when he denied any knowledge of possessing

22   child pornography?

23   A.   Yes.

24   Q.   When the defendant denied sexually abusing Tony or Kyle,

25   you asked him to take a polygraph, is that right?

1    A.    He was asked, yes, to take a polygraph.

2    Q.    And he said he needed to speak to a lawyer before he would

3    take a polygraph?

4    A.    Yes.

5    Q.    Do you recall why he said that or what his explanation was

6    for that?

7    A.    He said that, in his words, everyone knows that whoever is

8    operating the polygraph machine can manipulate it to say

9    whatever they want to say or the results to be whatever they

10   want them to be.

11   Q.    So -- and he said he wanted to talk to a lawyer?

12   A.    Yes.

13   Q.    Regarding the polygraph?

14   A.    Yes.

15   Q.    After that day, he was arrested, right?

16   A.    Yes.

17   Q.    And he had a lawyer in Florida, is that right, who

18   represented him in the case down there?

19   A.    Yes.

20   Q.    At any point in time, did the defendant agree to take a

21   polygraph after having been appointed a lawyer?

22   A.    Not that I'm aware of, no.

23            MS. KOSTER:  Nothing further.

24            THE COURT:  Recross.

25   \\\

1                          **RECROSS-EXAMINATION**

2     BY MR. WIGELL:

3     Q.   When we use the words "finding words," that's the name of

4     the protocol connected with the forensic interview of children,

5     isn't it?

6     A.   Yes.

7     Q.   When the government asked you, "Did Kyle have difficulty

8     or was he able to find words," that was using those terms in

9     common usage in common parlance, wasn't it?

10    A.   Yes, I would agree with that.

11    Q.   And that's different, isn't it?

12    A.   Yes.

13    Q.   Cause -- thank you.

14         I asked you a moment ago and counsel asked you, too, about

15    this issue of whether or not he had any knowledge of the search

16    warrant.  Do you recall what your answer was on my

17    cross-examination to that question?

18              MS. KOSTER:  Objection.  Asked and answered.

19              THE COURT:  Overruled.

20              THE WITNESS:  Yes.  That I wasn't aware that he had

21    any knowledge of it.

22    BY MR. WIGELL:

23    Q.   Okay.  And this roommate, he claimed one gun but he didn't

24    claim the others?

25    A.   Yes, sir.

RECROSS-EXAMINATION OF MATT CHICANTEK       Vol. 3, Page  77

1   Q.   And you gave that one back to him, right?

2   A.   He was given -- I didn't give it back to him, but --

3   Q.   Not you personally, but he finally got it back?

4   A.   Yes, sir.

5   Q.   And Mr. Resnick readily admitted going to the shooting

6   ranges, didn't he?

7   A.   Yes.

8            MR. WIGELL:  Nothing further.

9            MS. KOSTER:  May I have a moment, Your Honor?

10           THE COURT:  Yes.

11           MS. KOSTER:  No questions, Your Honor.

12           THE COURT:  You may step down.

13       You want to take your exhibit down.  Next.

14           MS. KOSTER:  Judge, I would like to mark this as

15   Government's Exhibit 59 and move to admit it, the page that I

16   wrote on.

17           THE COURT:  Any objection?

18           MR. WIGELL:  No, Judge.

19           THE COURT:  Admitted.

20       (Government's Exhibit No. 59, previously marked, was

21       admitted in evidence.)

22           THE COURT:  Fifty-nine?

23           MS. KOSTER:  Fifty-nine.

24           THE COURT:  Thank you.  Next.

25           MS. KOSTER:  With that, Your Honor, the government

 1    rests.

 2              THE COURT:  Ladies and gentlemen, we're gonna recess

 3    for lunch early and it's gonna be a -- you are not gonna come

 4    back here until one o'clock.  There's some things that counsel

 5    and I have to do that really don't need your presence and it

 6    has to do with the law that applies to this case.

 7         So I just ask that during this rather extended recess you

 8    remember and abide by the admonition I've been previously

 9    giving you to not discuss the case among yourselves or anyone

10    else, don't form or express an opinion on it.  Don't review or

11    listen to any report that may appear in news media.  So with

12    that, early and longer lunch.  So see you at one o'clock.

13         (Jury exits.)

14              THE COURT:  Be seated, please.

15         Any motions from the defendant?

16              MR. WIGELL:  Yes, Judge.  We make a motion as to each

17    of the counts for a directed finding that the government has

18    failed to meet its burden, and I'd like to be heard as to each

19    count if I may, Judge.

20              THE COURT:  How much time you gonna need?

21              MR. WIGELL:  A couple minutes.

22              THE COURT:  Do it.

23              MR. WIGELL:  As to Count One, it is just a generic

24    concept.  We don't believe they've met their burden.  As to

25    Count Two, the transportation, there's no tie of the HP

 1    computer that has the contraband to the trip in July of 2008.

 2    In fact, their own forensic examiner said that the earliest

 3    date of any of the child porn that was created in 2009.  It's a

 4    logical impossibility that that child pornography would be on

 5    that laptop during the trip.  So I don't believe that they met

 6    their burden as to Count Two.

 7         As to Count Three, the brandishing, the testimony here is

 8    very weak as to the existence of a gun during the trip in July

 9    of -- July 1 through August 31; that's the dates suggested in

10    the Indictment.  Because the only evidence that I heard was

11    that the child heard a -- saw a glint of something that later

12    was suggested to be a gun.  The Court itself asked whether or

13    not it was a glimpse or a glint, and my recollection is that

14    the child said glint not a glimpse.  There's no indication that

15    there was ever a weapon in the trunk except for that glimpse

16    and those suggestions later on.  So I believe that the

17    government has failed to meet its burden as to that.

18         As to the possession of the gun that's Count Four, the

19    Indictment is rather specific as to a Sig Sauer P229R Platinum

20    Elite .40 caliber handgun with a specific serial number as

21    indicated in the Indictment.  I don't believe the government

22    has shown that to be the case.  In fact, the suggestion is that

23    that's the gun that was on the trip, and if that's the gun that

24    was on the trip, then the glint idea -- it was only a glint of

25    something was there.  Everything else is tangential.

 1    Everything else is suggested later on by pictures that the

 2    government shows the child witness.  So when you take all these

 3    things together, I don't believe the government has met its

 4    burden as to Count One, Two, Three or Four and we ask for a

 5    directed finding on those counts.

 6            THE COURT:  Response from the government?

 7            MS. KOSTER:  Yes, Your Honor.  As to Count One, the

 8    government has proved that the defendant took Tony on a

 9    two-week trip.  The defendant did not deny that when he was

10    interviewed.  The government has also proved, through Tony's

11    testimony, that the defendant intended -- not only intended to

12    but did engage in multiple sexual acts with Tony on the trip.

13    The evidence in the record shows that Tony was nine years old

14    at the time that that occurred.  That is less than 12, and

15    therefore, the government has met its burden of proving all of

16    the elements of Count One.

17        As to Count Two, the transportation of child pornography

18    offense, the government proved through Tony that the defendant

19    showed him child pornography on his computer, on his laptop

20    computer during the trip.  The government doesn't have the

21    child pornography.  It was obviously deleted from the computer

22    after the defendant learned he was being investigated by law

23    enforcement.  However, there is many cases where someone is

24    charged with transporting guns across state line or drugs

25    across the state lines that law enforcement wasn't able to

1   specifically recover.

2        In this situation, Tony gave a detailed description of the

3   child pornography video that he watched and that child

4   pornography video, the jury can find, qualifies as child

5   pornography under the definition and 18 U.S.C. 2256.

6        Tony's testimony regarding the defendant making a point of

7   showing him the child pornography shows that the defendant knew

8   that the visual depiction was sexually explicit and it depicted

9   individuals under the age of 18 in sexually-explicit conduct.

10        As to the argument, I agree with counsel insofar as he

11   says that its impossible that the child pornography found on

12   the laptop in 2011 was on the laptop on the trip.  Maybe not

13   impossible.  It's quite possible to obtain child pornography on

14   the Internet, download it, save it to your computer, view it

15   and delete it and then later reobtain the exact same material.

16   Is it possible the defendant had the same material previously?

17   Yes.  It is quite easy, unfortunately, Your Honor, as we all

18   learned during the trial, to obtain child pornography via

19   LimeWire and other peer-to-peer programs.  So not impossible,

20   but the government is asserting that those 202 videos were

21   there in 2008.  In fact, the evidence shows that the defendant

22   wiped out his Internet cache and deleted child pornography from

23   the computer.

24        MR. WIGELL:  Objection.  That's not in evidence,

25   Judge.

 1              MS. KOSTER:  And that --

 2              THE COURT:  You'll have a chance to respond.  You

 3    know, let her finish.  Can you do that?

 4              MR. WIGELL:  Yes, Judge.

 5              THE COURT:  You know, I listened and saw the

 6    evidence.  Come on.

 7              MR. WIGELL:  My apologies to the Court and counsel.

 8              THE COURT:  You know, I don't need it.  Just be

 9    quiet.

10              MS. KOSTER:  And then subsequently, Your Honor,

11    basically couldn't help himself, and went right back into

12    seeking out this material online and saving it to his computer

13    in 2009 and 2010.

14         So we believe we have provided the Court and the jury with

15    sufficient evidence upon which to find the defendant guilty of

16    the transportation of child pornography count in Count Two.

17         As to Count Three, the brandishing, again Tony described

18    the defendant putting a gun to his head.  He felt the barrel of

19    the gun up against his head and he saw the gun.  He got a

20    glimpse or glint of the gun he saw.  Now, Tony's answers in

21    that regard were in response to my questions, "Can you describe

22    for us the gun?"  You know, did you get a good enough look to

23    describe it?  He said he didn't get a good look at the gun.  He

24    was honest about that.

25         He was shown photographs of guns, and he picked out

1   pages 4 and 5 of the exhibit that was handed to him and those

2   are pictures of German Lugers found on the defendant's

3   computer.  And he said that based on the size of the barrel,

4   because he felt it up against his head, he believed that to be

5   the closest representation of whatever gun was put to his head.

6       We don't have to prove which particular gun was

7   brandished.  That's not the law.  And we also don't have to

8   prove whatever gun was brandished was a operating firearm, that

9   it was capable of being fired.  The Seventh Circuit pattern

10  instructions specifically state we don't have to prove that.

11      So the government presented evidence upon which a

12  reasonable jury could conclude that the defendant brandished a

13  weapon during his commission of Count One of the Indictment,

14  the aggravated sexual abuse of Tony.

15      I would also note that there was quite a bit of habit

16  evidence admitted during the trial from witnesses Tim

17  Podgorski, John Savia, Byron Owen.  They said the defendant was

18  always in the habit of carrying a gun.  The evidence shows that

19  when the defendant went on cross-country trips, he took a gun

20  with him.  So that evidence also supports Count Three and

21  suggests that the defendant did have a gun with him on that

22  trip with Tony and did, in fact, brandish the gun as a threat

23  to Tony so he wouldn't speak when they were pulled over by law

24  enforcement.

25      Finally as to Count Four, the felon in possession charge,

 1    the government identified the P229 Sig Sauer weapon as a weapon

 2    that the defendant possessed in July and August of 2008.  Byron

 3    Owen testified that he purchased that gun for the defendant,

 4    provided it to the defendant.  The defendant kept it in his

 5    possession for a year after that.  That would be the entire

 6    year of 2008 into early 2009.

 7         Numerous witnesses, John Savia and Tim Podgorski, among

 8    them, identified the defendant as carrying that gun and

 9    described that gun.  In addition, Kyle drew a picture prior to

10    being shown any pictures by law enforcement, drew a picture of

11    a gun that is remarkably similar to the Sig Sauer gun that the

12    government has moved pictures of into evidence.

13         Furthermore, in addition to the habit evidence of the

14    defendant carrying a gun throughout 2008 based on the testimony

15    of various witnesses, we also put into evidence the records

16    from the gun store that showed the defendant going to a gun

17    range and shooting weapons, some rented, some brought by him to

18    the range; that was the testimony of the witnesses.  And that

19    further supports the felon in possession charge in Count Four.

20         Furthermore, as to the interstate nexus elements of Count

21    Four, and the felon status of the defendant, those elements

22    were stipulated to by defense counsel -- by defendant.

23              THE COURT:  Any response from the defense?

24              MR. WIGELL:  No, Judge.

25              THE COURT:  All right.  In ruling on defendant's

1    motion for acquittal, I view all of the evidence in the light

2    most favorable to the prosecution.  You can see *United States*

3    *v. Washington*, Seventh Circuit 1999, 184 F.3d 653 at page 657.

4    Also you can see *United States v. Rollins*, 544 F.3d 820 at

5    page 835, Seventh Circuit 2008.  "A judgment of acquittal is to

6    be granted only when the evidence is insufficient to sustain a

7    conviction."  See *United States v. Presbitero*,

8    P-R-E-S-B-I-T-E-R-O, 569 F.3d 691 at page 704, Seventh Circuit

9    Rule 2009, quoting Federal Rule of Criminal Procedure 29A.  I

10   conclude that the evidence presented during this trial so far,

11   taken in the light most favorable to the government, is

12   sufficient for a rational jury to convict this defendant of all

13   of the counts charged in the Indictment.  So the defendant's

14   motion for a judgment of acquittal is denied.

15        Okay.  At one o'clock we will proceed with the defendant's

16   case-in-chief.  And have you decided definitely, sir, that the

17   defendant will testify?

18             MR. WIGELL:  I have not, Judge.  I need a final

19   conference with Mr. Resnick.

20             THE COURT:  Well, you have an hour and five minutes.

21             MR. WIGELL:  I appreciate that, Judge.  Thank you.

22             THE COURT:  You're welcome.

23        (A lunch recess was taken at 11:26 a.m.)

24        (The proceedings resumed in open court, reported as

25        follows:)

1            DEPUTY CLERK:  All rise.

2            THE COURT:  You can be seated.  Okay.

3       Mr. Wigell, what's happening?

4            MR. WIGELL:  Mr. Resnick is not going to take the

5       stand.

6            THE COURT:  So you're gonna rest in front of the

7       jury?

8            MR. WIGELL:  Yes, Judge.

9            THE COURT:  It's only one o'clock.  Let's see.  It

10      will take probably 45 minutes for an instruction conference.

11      Probably give it to them at two -- well, closing arguments from

12      two to three to four.

13           MS. KOSTER:  Judge?

14           THE COURT:  Yes.

15           MS. KOSTER:  Yesterday you indicated that closings

16      would be on Thursday.

17           THE COURT:  Well, that's too bad.  The problem I've

18      got is is that there's no evidence now coming from the

19      defendant.  I hate to waste time.

20           MS. KOSTER:  I understand, Your Honor, but the

21      government was counting on having the evening to prepare for

22      closings.

23           THE COURT:  You should know better.  You've dealt

24      with me before, haven't you?

25           MS. KOSTER:  Judge, usually when you say something,

1    that's what we can expect to happen.

2              THE COURT:  If the circumstances stay the same.

3    Circumstances have not stayed the same, have they?

4              MS. KOSTER:  But you were --

5              THE COURT:  Have they?

6              MS. KOSTER:  They have not.

7              THE COURT:  Well, just let me finish my computation

8    of the time we have 'cause as I told you, I don't like to stay

9    at night.  I don't like to keep these people through the night.

10   It takes me two or three days to recover at my really old age

11   if I do that, so just let me finish.

12       So they'll be here at one.  You'll close.  I'll excuse

13   them.  You'll renew your motion, I'm assuming, and it more

14   likely than not will be denied.  So you'll come, and we'll have

15   an instruction conference.  So by two o'clock they'd get it.

16   Hour for the government.  Hour for the defense.  That's four.

17   That's -- then I have to read the instructions.  That pushes us

18   close to five, so we will recess for the day.

19       Counsel will stay here, and we'll settle the instructions.

20   But I'll send the jury home, and they'll come back at nine.

21       Does that make you happy?

22             MS. KOSTER:  Thank you, Judge.  Yes.

23             THE COURT:  See if you'd have let me finish my

24   computation, you wouldn't have had to gone through that

25   exercise you just went through.

 1          Get the jury in here, please.

 2          (Jury enters.)

 3               THE COURT:  Please be seated.

 4          Mr. Wigell.

 5               MR. WIGELL:  Yes, Your Honor.  The defense rests.

 6               THE COURT:  Okay.  All right.

 7          Ladies and gentlemen, the evidence phase of this case is

 8   now completed.  What remains is counsel and I have to settle

 9   the final instructions on the law that applies to this case,

10   and that generally takes about an hour.  I have allocated one

11   hour per side for final arguments, then I have to read to you

12   the instructions of the law that applies, so that pushes us

13   close to late afternoon.  So rather than have you have to

14   deliberate into the evening, I'm gonna send you home; and

15   counsel and I will stay and work on the instructions, get them

16   settled.  And tomorrow morning then we'll commence with the

17   final arguments of the parties and I'll read you the

18   instructions and then you'll go back and deliberate upon your

19   verdicts, okay.

20          So it's most important, again -- it's always important,

21   but at this stage of the trial it's very, very important, don't

22   discuss the case among yourselves or with anyone else.  Do not

23   permit anyone to discuss it with you or in your presence.

24   Don't read, view, or listen to any reports about this case in

25   the news media.  Do not form or express any opinion on the

 1   case.  Again, you can't do that until it's ultimately given to

 2   you for deliberation upon verdicts at the very end of the case.

 3        And, finally, don't use the Internet, cell phones,

 4   iPhones, or similar personal digital devices to attempt to

 5   learn facts about the case, to obtain information about any of

 6   the people that are involved in the case, or to communicate

 7   with other people about this case or about any of the people

 8   that are involved in this case.  You just can't do that.  Most

 9   important.

10        So with that, you have a safe trip home.  Get a nice

11   night's sleep tonight, and we'll see you tomorrow morning at

12   nine o'clock.  Okay.

13        (Jury exits.)

14             THE COURT:  Okay.  Mr. Wigell, you want to renew your

15   motion?

16             MR. WIGELL:  Yes, renew the motion.

17             THE COURT:  Same grounds?

18             MR. WIGELL:  Same grounds, yes, Judge.

19             THE COURT:  Same response?

20             MS. KOSTER:  Correct.

21             THE COURT:  Same ruling based on the same analysis

22   that I made earlier today.

23        We're almost done with the Court's instructions on the law

24   that applies to this case.  The defendant, it's not necessary

25   that he be here.  He's certainly welcome to stay during the

1    instruction conference, but he can waive his presence.

2         You want to discuss it with him, Mr. Wigell?

3         (Discussion held between the defendant and counsel.)

4              MR. WIGELL:  He does.

5              THE COURT:  He does not want to stay, is that right,

6    sir?

7              THE DEFENDANT:  No, I'd rather go ahead and go since

8    I'm not needed for this.

9              THE COURT:  Okay.  All right.  Counsel --

10        Then you're remanded back to the marshals until tomorrow

11   morning.

12        Counsel, you'll stay here.  It will take me probably a

13   half an hour to finalize the Court's instructions.

14        I'll ask the government, do you have any other

15   instructions to provide?

16             MS. KOSTER:  No, Judge.

17             THE COURT:  Do you, Mr. Wigell?

18             MR. WIGELL:  No, sir.

19             THE COURT:  All right.  Just sit tight.

20             MR. WIGELL:  We can go to the restroom if we want?

21             THE COURT:  Yeah, but don't go more than five minutes

22   away from me.

23             MR. WIGELL:  Yes, sir.

24        (A recess was taken at 1:08 p.m..)

25        (The proceedings resumed in open court, reported as

1          follows:)

2              THE COURT:  Just be seated, please.  Okay.  We're

3     handing to each party two copies of the following Court's

4     instructions numbered 1 through 29, both inclusive, form of

5     verdicts, and a copy of a redacted Superseding Indictment.

6     It's 25 after two.  You have until three o'clock, and then if

7     you get done looking at them beforehand, let me know so we can

8     come out and settle them, okay.

9              MS. KOSTER:  Thanks, Judge.

10             MR. WIGELL:  Thank you, Judge.

11        (A recess was taken at 2:26 p.m.)

12        (The proceedings resumed in open court, reported as

13        follows:)

14             THE COURT:  Okay.  Speaking to the government first.

15    Any objections to the Court's instructions numbered 1 through

16    29, both inclusive?

17             MS. KOSTER:  Oh, I thought you said "gentlemen"

18    but --

19             THE COURT:  No, I said, speaking to government first.

20             MS. KOSTER:  Sorry, Judge, I did not hear you.

21             THE COURT:  I was probably mumbling.

22             MS. KOSTER:  We have a couple objections.

23             THE COURT:  All right.  Which ones?

24             MS. KOSTER:  Court's Instruction No. 13.  I think it

25    might help if I could use the overhead, can I do that?

```
 1              THE COURT:  Why?

 2              MS. KOSTER:  To show you the changes proposed.

 3              THE COURT:  I don't know what overhead you mean.

 4              MS. KOSTER:  So you can see it on the screen.

 5              THE COURT:  It's called an ELMO.  The overhead is

 6    something totally different.

 7         Okay.  So now I have to look over here, right, that's what

 8    you're telling me?

 9              MS. KOSTER:  Yes.  Well, I just think it would be

10    easier.  You don't have to.

11              THE COURT:  How else am I going to do it, ma'am?

12              MS. KOSTER:  Okay.  So our concern with this

13    instruction as written is that it sort of follows the language

14    of -- setting aside the edits, Your Honor, just generally,

15    first, this instruction follows the language of 404(b).

16              THE COURT:  Yes.

17              MS. KOSTER:  There was no 404(b) evidence.  This

18    evidence came in under 414.  We want that to be crystal clear

19    in the record so we can argue it for propensity, which the

20    Court's instruction allows us to do.

21         So I just want to state for the record that I'd like the

22    Court to acknowledge this evidence was not admitted under

23    404(b).

24              THE COURT:  I was aware of that.

25              MS. KOSTER:  Okay.  Good.  With that understanding,
```

1    then we propose these edits.  So arguably more than one of the

2    acts was a crime, so we would change "crime" to crimes.

3         The next edit is a small point but seems a little clearer.

4              THE COURT:  Why don't you just print this out for me.

5    Can you do that?

6              MS. KOSTER:  I don't -- I can just give it to you.

7              THE COURT:  There you go.

8         (Document tendered to the Court.)

9              THE COURT:  What's S-A-I-T in the second paragraph,

10   first sentence?  "However, I remind and caution you always to

11   keep in mind" --

12             MS. KOSTER:  I think it's S-T-E-T, and it's just a --

13   disregard that edit.

14             THE COURT:  How about the one in the circle?  I don't

15   get it.  Strike the word "the."

16             MS. KOSTER:  Disregard that edit.  Sorry, Judge.

17             THE COURT:  Okay.  What else?

18        I won't rule on it yet.  I've gotta consult with my law

19   clerks.

20        What other ones do you object to, ma'am?

21             MS. KOSTER:  On the verdict form, Your Honor --

22             THE COURT:  I'm talking about the instructions,

23   ma'am.

24             MS. KOSTER:  Apologize.  The only other objection we

25   have, Judge, is that the Court omitted the instruction

1    regarding "on or about," and we would ask that it be included.

2    It was agreed to by the parties.

3              THE COURT:  Did you offer it?

4              MS. KOSTER:  We did.  It was Proposed Instruction 27.

5              THE COURT:  Okay.

6              MS. KOSTER:  It's just the pattern instruction --

7              THE COURT:  Yeah, I understand.

8              MS. KOSTER:  -- to reflect multiple counts.

9              THE COURT:  Right.  That's it on the instructions?

10             MS. KOSTER:  Yes, Your Honor.

11             THE COURT:  What's your objection on the forms of

12   verdict?

13             MS. KOSTER:  On the verdict form under Count Three --

14             THE COURT:  Yes.

15             MS. KOSTER:  -- we think the words "and in relation

16   to" should be added after "during."

17             THE COURT:  Well, that's not what we talked about

18   earlier.  You submitted a statement to me, agreed to by the

19   other side, as to how I was to -- it was a statement of the

20   case, remember?  And I got a little upset because you submitted

21   it the morning of trial, and I had already prepared myself for

22   this trial several days.  You remember that?

23             MS. KOSTER:  I remember submitting that, Your Honor,

24   and --

25             THE COURT:  Yeah, and it didn't have those words in

1   it, did it?

2           MS. KOSTER:  I don't know.  I don't have a copy of

3   it, Your Honor, but it should have.

4           THE COURT:  Well, I do.

5           MS. KOSTER:  If it didn't, it should have.

6           THE COURT:  Statement of the case signed by

7   everybody.  The Indictment in this case charges the defendant

8   -- charges that the defendant committed the crimes of

9   aggravated sexual abuse of a minor, Count One; transportation

10  of child pornography, Count Two; brandishing of a firearm

11  during the commission of a crime of violence, Count Three; and

12  being a felon in possession of a firearm, Count Four.  The

13  defendant has pled not guilty to the charges.

14      That's what you agreed to.  That's what I've been doing.

15          MS. KOSTER:  Understood, Your Honor.

16          THE COURT:  If I change things, the jury gets

17  confused.  That's the problem.

18          MS. KOSTER:  Well, then we apologize for making the

19  mistake --

20          THE COURT:  Apologies doesn't work here.

21          MS. KOSTER:  Okay.  We think that language has to be

22  added, Judge.  It's defined in the statute.  It's an element of

23  the crime.

24          THE COURT:  Then why did you submit that to me and

25  agreed to by all parties?

1            MS. KOSTER:  It is an oversight.

2            THE COURT:  Oversight.  You don't do that in these

3    kind of trials, ma'am.

4            MS. KOSTER:  It was a mistake.

5            THE COURT:  Unforgivable.  Ridiculous.

6        So how do you want it changed, ma'am?

7            MS. KOSTER:  We want to add "and in relation to"

8    after "during."

9            THE COURT:  What else?  Is that it for you?

10           MS. KOSTER:  One more concern, Judge.

11           THE COURT:  What's that?

12           MS. KOSTER:  In this case there's a Super -- actually

13   two more, I apologize.

14       There's a Superseding Indictment in this case, and

15   throughout these instructions, we refer to it as an Indictment.

16   If we could at least, at some point, just say to the jury

17   Indictment is same thing as a Superseding Indictment.

18           THE COURT:  What if I just strike the word

19   "Superseding."

20           MS. KOSTER:  From the Indictment?  We have no

21   objection to that.

22           THE COURT:  What else?

23           MS. KOSTER:  In Count One of the Superseding

24   Indictment, the government referenced the definition of a

25   sexual act in 18 U.S.C. 2246(2).  In the jury instructions that

1   definition is provided, but it's not identified as coming from

2   18 U.S.C. 2246(2).  We are just concerned that the jury will

3   look at the Indictment and think that they don't --

4             THE COURT:  Which -- which instruction, ma'am?

5             MS. KOSTER:  Instruction --

6             THE COURT:  And is this one that you submitted,

7   agreed to by the other side, that I have not modified in that

8   respect?

9             MS. KOSTER:  Probably.

10            THE COURT:  Probably.

11        Which one, ma'am?

12            MR. WIGELL:  I think it's 19, ma'am.

13            THE COURT:  I'm not talking to you, am I?

14            MR. WIGELL:  No, Judge.

15            MS. KOSTER:  The definition of a sexual act is set

16   forth in Court's Instruction 17.  It just doesn't reference the

17   statute, which the Indictment does.  And we just, to avoid any

18   confusion by the jury, think that perhaps --

19            THE COURT:  So what you submitted, agreed to by the

20   parties, now you want to modify it, so it reads as follows how?

21        What paragraph, and how do you want it to read, ma'am?

22            MS. KOSTER:  Court's Instruction 17, first sentence,

23   "In this case the term 'sexual act,' which is defined in 18

24   U.S.C. 2246(2), means" --

25            THE COURT:  That's the modification.

1          MS. KOSTER:  Yes.

2          THE COURT:  And, again, that's how you people

3    submitted it to me, right --

4          MS. KOSTER:  Correct.

5          THE COURT:  -- as it is now written?

6          MS. KOSTER:  You are correct.

7          THE COURT:  Goofy.

8       You got that, Andrew?

9       What else, ma'am?

10          MS. KOSTER:  That is it.

11          THE COURT:  Speaking to counsel for the defense.  Any

12    objections to Court's numbered 1 through 29, both inclusive?

13    Hello?

14          MR. WIGELL:  Yes, Judge.  I'm looking at my notes.

15    I'm sorry.  No objection to 1 through 29, but we believe that

16    there was one that we would like and that was submitted that is

17    not in the packet.

18          THE COURT:  Which one is that?

19          MR. WIGELL:  That was submitted under Proposed

20    Instruction No. 13.

21          THE COURT:  That you people agreed to?

22          MR. WIGELL:  Yes, sir.

23          THE COURT:  Do we have that, Andrew?

24       I'm sure Greg has it.

25       So you want me to submit it as it's written and agreed to

1    by the government?

2              MR. WIGELL:  Yes, with insertion by the name.

3              THE COURT:  What would be the name?

4              MR. WIGELL:  Byron Owen.

5              THE COURT:  Byron Owen.  Is it "B-Y-R-O" or "A-N"

6    cause it's in -- when I read it into the record, it was Bryan

7    "B-R-Y-A-N."

8              MR. WIGELL:  I don't --

9              THE COURT:  You don't know?

10             MR. WIGELL:  I'm not sure, Judge.  We could look.

11             MS. KOSTER:  Byron, "B-Y-R-O-N."

12             MR. WIGELL:  I agree.

13             THE COURT:  Any other objections to Court's

14   Instructions No. 1 through 29.

15             MR. WIGELL:  Nothing, but I'd like to comment on what

16   the government is suggesting.

17             THE COURT:  I may not do what they suggested so just

18   kind of wait on that.

19             MR. WIGELL:  Yes, sir.

20             THE COURT:  I'll come back and we're gonna talk about

21   that one later, all right?

22             MR. WIGELL:  Yes, sir.

23             THE COURT:  Any objection to Court's form of verdicts

24   as modified, if I go with what the government says, sticking in

25   the words "and in relation to" in Count Three?

 1              MR. WIGELL:  I agree with the language as submitted

 2    by the Court.

 3              THE COURT:  But that's not what the statute says, is

 4    it?

 5              MR. WIGELL:  No, it's inconsistent with the

 6    statement --

 7              THE COURT:  It is -- it's a tiny little

 8    inconsistency.

 9              MR. WIGELL:  I agree.  It is a tiny inconsistency,

10    but I'm asking that it be consistent with the statement of

11    facts.

12              THE COURT:  Denied.  I'm gonna give it as she

13    submitted it to me modified.

14              MR. WIGELL:  Thank you, Judge.

15              THE COURT:  Any objection to the -- taking the

16    superseding words off of Indictment and any objection to the

17    rest of the redacted Indictment?

18              MR. WIGELL:  No, Judge.

19              THE COURT:  Thank you.  I'll be back.

20         (A recess was taken at 3:18 p.m.)

21         (The proceedings resumed in open court, reported as

22         follows:)

23              THE COURT:  Okay.  We're handing to counsel for both

24    sides a redacted form of Indictment that's got some

25    modifications to it, a new verdicts form, and a modified

 1    Court's Instruction 2, 13, 17, 20, and there's a new one called

 2    23A.

 3        So I'll speak to the government first.  Any objection to

 4    Court's Instruction 2 as now modified?

 5            MS. KOSTER:  How is it modified?

 6            THE COURT:  I can't remember, ma'am.

 7            MS. KOSTER:  I don't think it is, Judge.

 8            THE COURT:  It is.  We took the word "of" out, I

 9    believe.  "Brandishing of a firearm."  We just have

10    "brandishing a firearm."

11            MS. KOSTER:  Ah, yes.

12            THE COURT:  That's it.  Any objection to Court's

13    modified 2?

14            MS. KOSTER:  I think "and in relation" should be

15    added.

16            THE COURT:  Yeah, I know you do.

17            MS. KOSTER:  Okay.

18            THE COURT:  It's in the elements instruction the

19    Court has, and that's where it needs to be.  Seventh Circuit

20    says that, you know, when you're doing this in other

21    instructions, you do it in a way they can see it and understand

22    it.

23            MS. KOSTER:  Fair enough.  No, Your Honor.

24            THE COURT:  We define what "in relation" is with the

25    elements instruction.  It's not needed here.

 1              MS. KOSTER:  Okay.

 2              THE COURT:  No objection?

 3              MS. KOSTER:  No objection.

 4              THE COURT:  How about from you?

 5              MR. WIGELL:  No, Judge.

 6              THE COURT:  Fine.  Two will be given as now modified.

 7         Thirteen.  New 13.  Not like you wanted totally.

 8              MS. KOSTER:  I don't have a copy of the old 13 cause

 9    I gave it to you.  Can I have that back?

10              THE COURT:  I don't have it.

11              MS. KOSTER:  Okay.

12              THE COURT:  Do the best you can.

13              MS. KOSTER:  Judge, I don't know if it's an

14    objection, but the second paragraph, four lines down, the word

15    "only" appears after "you may only consider that evidence."

16              THE COURT:  It stays.

17              MS. KOSTER:  The government's concern with the word

18    "only" is that Rule 414 says that this evidence can be

19    considered for any purpose to which it is relevant or for any

20    matters --

21              THE COURT:  In this case, tell me what those purposes

22    are other than the ones that I listed.  Do you have any?  I'm

23    just not gonna say that because it could be everything in the

24    world.  Not gonna happen.  I've listed those things that I

25    think are appropriate.  If you have anything else that its

1    related to, in this case, you tell me about it.  You haven't

2    done so yet.

3              MS. KOSTER:  No objection, Your Honor.

4              THE COURT:  We've singled the word "crime" because a

5    crime is all they know about that he's previously been

6    convicted of.

7              MS. KOSTER:  Well, not -- but the word says

8    "committed."  Sexually molesting K.M. is a crime.

9              THE COURT:  He's not been -- I understand it's also

10   an act.  It's a wrong.

11             MS. KOSTER:  Agree.

12             THE COURT:  It's covered.

13             MS. KOSTER:  Okay.

14             THE COURT:  I use the term "crime" in its technical

15   sense.  He's been convicted of one crime that they know about.

16             MS. KOSTER:  Okay.

17             THE COURT:  Not crimes.

18             MS. KOSTER:  You are right.

19             THE COURT:  Any objection to 13 from the defense?

20             MR. WIGELL:  No, Judge.

21             THE COURT:  I'll give it as modified.

22        Court's Instruction No. 17.  I've added "in 18 U.S.C.

23   2246(2)."  I don't think there's any other modifications, but

24   read it and tell me if there are.

25             MS. KOSTER:  The very last line, Your Honor, appears

 1   to have been spaced over incorrectly.

 2          THE COURT:  It does.  It's not the words that you are

 3   objecting to --

 4          MS. KOSTER:  Correct.

 5          THE COURT:  -- it's the formatting?

 6          MS. KOSTER:  Yes.  Just pointing that out.

 7          THE COURT:  It's the formatting, correct?

 8          MS. KOSTER:  Yes.

 9          THE COURT:  That will be modified.

10          MS. KOSTER:  No objection from the government.

11          THE COURT:  Any from the defense?

12          MR. WIGELL:  No, Judge.

13          THE COURT:  See the modification, Andrew?  We can do

14   that.

15      New Court Instruction No. 20.  It's a modified.  We took

16   the word "of" out.  I think that might be all that we did.  But

17   study it and tell me whether that's the only correction.

18          MS. KOSTER:  No objection, Your Honor.

19          THE COURT:  From the defense, any objection?

20          MR. WIGELL:  No, Judge.

21          THE COURT:  There's a new 23A.  It's the "on or

22   about" one.

23          MS. KOSTER:  No objection.

24          THE COURT:  Any objection from the defense?

25          MR. WIGELL:  No, Judge.

1          THE COURT:  Take a look at the form of verdicts.  I

2    title it "verdicts."

3        Count Three we took the word "of" out.

4        There may be more modifications.  Look at it.

5        Tell me if you have any objection to verdicts form as now

6    modified.

7          MS. KOSTER:  If I'm looking at the right one, the

8    Court did not add "and in relation to."  Is that right?

9          THE COURT:  I didn't.

10          MS. KOSTER:  Did not?

11          THE COURT:  No.

12          MS. KOSTER:  Okay.  We think that language needs to

13    be there.

14          THE COURT:  I don't.

15          MS. KOSTER:  Okay.  No other objections from the

16    government.

17          THE COURT:  Overruled.

18        Any objection to form of verdicts from the defense?

19          MR. WIGELL:  No, Judge.

20          THE COURT:  Indictment redacted?

21          MS. KOSTER:  No objection.

22          THE COURT:  Any objection?

23        I took the word "superseding" out, that's it.

24          MR. WIGELL:  No, Judge.

25          THE COURT:  Any other things we can talk about?

 1          MS. KOSTER:  Not from the government.

 2          THE COURT:  How about from the defense?

 3          MR. WIGELL:  We requested 13, there was proposed,

 4   regarding Byron Owen.

 5          THE COURT:  Here is the thing about Byron Owen.  The

 6   instruction that you want me to give, there was no character

 7   evidence from anybody, that's what it is.  You got a person

 8   that comes up and says, Look, I know this guy.  He testifies as

 9   a witness, other than Owen.  He says, I know him.  He has a --

10   his character is that he's not a truthful man.  That's what

11   that instruction speaks to.

12      There's another instruction that I'm giving that really

13   speaks to it, and I think it's Instruction No. 11.  I'm not

14   sure of it, but let's take a look at it.

15      Where am I?  You got 11?  I don't have it here.  Look at

16   11.  What does 11 say?  Read it to me, please, 'cause I don't

17   have it.

18          MR. WIGELL:  Oh, okay.  You have heard evidence that

19   before the trial witnesses made statements that may be

20   inconsistent with their testimony here in court.  You may

21   consider an inconsistent statement made before the trial only

22   to help you decide how believable a witness's testimony was

23   here in court.

24          THE COURT:  That's as close as it gets.

25          MR. WIGELL:  Thank you, Judge.

1          THE COURT:  The one that you offered, 13, proposed,

2    doesn't apply.  Somebody else talking about the character of

3    somebody else.  We don't have that here, do we?

4          MR. WIGELL:  No, Judge.

5          THE COURT:  There you go.

6       Any other objections or anything else we can talk about

7    from the government?

8          MS. KOSTER:  No, Your Honor.

9          THE COURT:  From the defense?

10         MR. WIGELL:  No, sir.

11         THE COURT:  Each side gets one hour final argument.

12   Now, I'll let you keep a copy of these instructions with the

13   understanding, and you must stipulate to it, that you will not

14   add -- not ask me to add another instruction, not ask me to

15   modify any of the instructions that I've already settled.

16      Can you do that?

17         MS. KOSTER:  Yes.

18         THE COURT:  Can you?

19         MR. WIGELL:  Yes, sir.

20         THE COURT:  Thank you.

21      (A recess was taken for the day at 4:32 p.m.)

22

23

24

25

1

2                                    -oOo-

3        I certify that the foregoing is a correct transcript from

4   the record of proceedings in the above matter.

5

6   Date:  October 31, 2013

7                                      S/Stacy L. Drohosky
                                       _____
                                       S/STACY L. DROHOSKY
8                                      Court Reporter
                                       U.S. District Court
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                   **INDEX**

2

3        **AGENT MATT CHICANTEK. -**
                 Direct Examination (Resumed)........     Page     4
4                Cross-Examination....................... Page    45
                 Redirect Examination.................... Page    66
5                Recross-Examination..................... Page    76

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

'Cause [3] 27/9 87/8 106/16
Sexual IN/ND 97/23

-oOo [1] 108/2

.

.40 [1] 79/20

**0**

03YO [1] 23/10
0604 [1] 21/23

**1**

10:42 [1] 64/19
10YO [1] 22/7
11 [6] 22/11 28/1 106/13 106/15 106/16 106/16
11:26 [1] 65/3
12 [3] 7/22 28/7 80/14
13 [11] 18/19 19/9 19/23 91/24 98/20 101/1 102/7 102/8 103/19 106/3 107/1
13YO [1] 18/9
14YO [1] 22/7
15 [3] 14/15 14/25 28/10
1500 [1] 1/15
1585 [2] 32/25 62/12
15YO [1] 18/9
16M31S [1] 22/9
17 [4] 97/16 97/22 101/1 103/22
18 [6] 81/5 81/9 96/25 97/2 97/23 103/22
184 [1] 85/3
19 [4] 24/14 25/6 70/14 97/12
1999 [1] 85/3
1:08 [1] 90/24

**2**

20 [5] 24/14 28/15 70/14 101/1 104/15
200 [1] 52/2
2006 [1] 21/20
2008 [12] 5/1 6/16 16/19 29/22 30/9 31/5 79/1 81/21 84/2 84/6 84/14 85/5
2009 [4] 79/3 82/13 84/6 85/9
2010 [1] 82/13
2011 [6] 23/20 26/20 53/14 62/5 62/11 81/12
2013 [2] 1/9 108/6
202 [6] 11/3 11/19 13/1 17/2 51/11 81/20
20280 [1] 1/18
219 [1] 1/23
2246 [4] 96/25 97/2 97/24 103/23
2256 [1] 81/5
23A [2] 101/2 104/21
25 [2] 6/15 91/6
25th [1] 5/1
27 [1] 94/7
27th [3] 23/20 53/14 62/11
29 [5] 91/4 91/16 98/12 98/15 99/14
29A [1] 85/9
2:11-CR-68 [1] 1/4
2:26 [1] 91/11

**3**

30 [4] 23/22 23/25 24/16 24/21
30-A [7] 23/22 24/4 24/17 24/21 28/5 28/7 28/10
302 [10] 1/18 61/25 62/1 62/2 63/19 70/19 70/21 71/8 71/13 73/6
302's [1] 61/23
31 [6] 1/9 32/2 32/13 32/17 79/9 108/6
32 [1] 26/24
3462 [1] 1/23

3:18 [1] 100/20
3YO [1] 21/23

**4**

4005 [1] 1/22
404 [3] 92/15 92/17 92/23
414 [2] 92/18 102/18
43 [1] 31/7
45 [3] 2/14 86/10 109/4
46230 [1] 1/23
46320 [1] 1/15
48-A [1] 6/21
4:32 [1] 107/21
4YO [1] 22/17

**5**

5/2/2011 [1] 62/5
52 [1] 31/7
5400 [2] 1/15 1/22
544 [1] 85/4
569 [1] 85/8
58-A [2] 13/14 14/2
59 [2] 77/15 77/20
5YO [1] 21/21

**6**

60461 [1] 1/18
653 [1] 85/3
657 [1] 85/3
66 [2] 17/12 109/4
68 [1] 1/4
691 [1] 85/8
6th [1] 22/17

**7**

704 [1] 85/8
76 [1] 109/5
7:51 a.m [1] 66/13

**8**

801 [1] 64/7
820 [1] 85/4
835 [1] 85/5
852-3462 [1] 1/23
8YO [1] 22/17
8YR [1] 20/2

**A**

A-N [1] 99/5
a.m [4] 30/15 64/19 66/13 85/23
abide [2] 63/24 78/8
able [5] 17/23 57/25 69/8 76/8 80/25
about [90] 2/12 3/2 4/21 5/23 5/25 6/6 6/10 7/22 7/24 14/22 15/1 29/11 33/24 35/1 35/4 35/9 36/6 36/12 37/8 37/15 39/2 39/11 39/13 39/16 40/24 40/25 41/1 41/5 41/7 41/9 41/12 41/13 41/23 42/8 42/13 43/13 44/18 45/6 45/8 46/11 46/17 52/8 52/13 52/21 53/2 53/21 55/9 55/13 56/10 57/16 58/3 58/14 58/16 59/23 60/23 63/14 63/25 66/13 66/24 67/8 67/20 68/17 69/14 70/19 71/1 71/6 72/16 76/14 82/24 88/10 88/24 89/5 89/7 89/7 93/14 93/22 94/1 94/17 99/20 102/4 103/1 103/5 103/15 104/22 105/25 106/2 106/5 107/2 107/6
above [1] 108/4
absolutely [1] 51/13
abuse [13] 5/23 5/24 6/13 6/18 15/1 38/20 38/25 43/15 43/17 44/13 44/19 83/14 95/9
abusing [2] 38/16 74/24
access [6] 21/16 40/1 40/2 40/3 57/24 57/24

account [1] 43/1
accurate [14] 6/11 34/23 37/6 38/8 38/25 39/23 40/4 40/10 40/12 40/22 41/19 42/5 43/18 43/20
acknowledge [6] 34/13 35/2 36/10 41/14 41/16 92/22
acknowledging [1] 33/21
acquittal [3] 85/1 85/5 85/14
across [2] 80/24 80/25
act [6] 8/16 96/25 97/15 103/10
act,' [1] 97/23
acts [3] 22/8 80/12 93/2
actually [2] 70/21 96/12
Adam [1] 51/3
add [6] 56/3 67/17 96/7 105/8 107/14 107/14
added [5] 40/20 94/16 95/22 101/15 103/22
adding [1] 17/8
addition [5] 7/8 25/18 49/1 84/9 84/13
additional [1] 14/18
adjective [1] 35/23
admissible [2] 12/20 64/7
admission [3] 59/4 67/13 74/17
admit [18] 11/9 12/12 12/21 12/25 13/16 24/16 32/13 35/20 37/11 37/13 38/16 40/1 40/6 41/4 56/25 57/3 72/5 77/15 77/21 83/16 92/22
admitted [19] 10/24 13/19 14/1 14/3 24/20 24/22 25/6 32/16 32/18 36/21 42/22 42/25 50/18 59/21 77/5 77/19 77/21 83/16 92/22
admonition [1] 78/8
adult [10] 18/18 20/8 21/10 21/15 21/25 22/3 22/24 23/2 23/5 23/6
adults [1] 5/6
advance [2] 51/11 69/15
advice [4] 32/6 32/8 33/8 54/18
afford [1] 33/10
after [28] 6/18 18/16 20/7 20/16 22/2 22/8 34/10 34/25 35/1 38/8 42/16 55/22 56/24 60/6 62/4 62/7 67/13 67/17 70/22 72/17 75/15 75/25 76/21 80/22 84/5 91/6 94/16 96/8 102/15
afternoon [1] 88/13
again [14] 6/15 19/16 19/16 19/20 20/19 21/16 22/18 23/4 23/7 52/17 82/17 88/20 89/1 98/2
against [4] 33/7 50/25 82/19 83/4
age [3] 19/9 81/9 87/10
agencies [1] 52/18
agent [31] 4/7 4/20 11/14 23/25 27/2 31/22 31/23 31/24 32/5 32/11 34/8 44/11 44/17 45/11 46/24 48/25 50/4 50/14 51/3 51/5 52/8 52/16 52/23 54/24 59/8 61/9 61/17 63/6 70/18 70/21 109/3
agents [3] 50/4 52/22 57/14
ages [12] 18/19 19/21 20/4 21/4 21/7 21/25 22/10 22/22 23/1 23/5 23/8 23/12
aggravated [2] 83/14 95/9
ago [4] 47/8 47/11 56/23 76/14
agree [10] 38/22 48/3 67/18 75/20 76/10 81/10 99/12 100/1 100/9 103/11
agreed [8] 94/2 94/18 95/14 95/25 97/7 97/19 98/21 98/25
agreement [2] 74/10 74/13
Ah [2] 10/14 101/11
ahead [3] 65/1 65/1 90/7
Aided [1] 1/25
air [1] 35/13
ALAN [1] 1/6
Alex [1] 31/24
all [41] 2/25 4/16 6/25 7/7 7/14 11/3 13/17 14/17 15/13 15/13 20/10 21/21

# A

all ... [29] 23/23 26/25 32/3 49/20 50/15 54/7 55/13 58/1 63/17 63/19 63/25 63/25 71/5 80/2 80/15 81/17 84/25 85/1 85/12 86/1 88/6 90/9 90/19 91/23 95/25 99/21 103/5 104/16
allegations [1] 35/17
allocated [1] 88/10
allowed [2] 64/7 68/12
allows [1] 92/20
allude [1] 64/8
alluding [1] 64/5
almost [4] 51/14 64/24 65/2 89/23
alone [6] 20/7 37/13 37/20 38/7 56/24 67/14
along [3] 16/16 18/16 34/16
already [5] 7/18 12/15 51/16 94/21 107/15
also [26] 1/20 7/25 8/5 11/3 11/18 12/21 12/25 25/8 26/14 27/14 29/18 30/13 30/15 32/25 36/19 40/15 47/3 60/19 73/13 80/10 83/7 83/15 83/20 84/15 85/4 103/9
alternate [6] 36/17 60/3 60/13 60/14 60/19 60/21
always [3] 83/18 88/20 93/10
am [7] 8/23 33/16 64/24 65/14 92/11 97/13 106/15
AMERICA [1] 1/3
American [2] 28/12 28/17
among [3] 78/9 84/7 88/22
amount [1] 7/11
anal [1] 20/15
analysis [1] 89/21
and/or [2] 42/19 71/3 71/3
Andrew [3] 98/8 98/23 104/13
anecdotal [1] 53/18
angle [1] 37/25
ankles [1] 21/9
annoying [1] 35/24
another [9] 21/5 29/1 29/18 31/23 39/7 52/2 54/18 106/12 107/14
answer [8] 33/11 33/16 51/18 60/3 60/12 73/16 74/5 76/16
answered [2] 73/2 76/18
answering [1] 33/13
answers [2] 54/8 82/20
Anthony [8] 34/12 34/14 35/1 35/10 35/15 37/16 55/13 66/23
Anthony's [1] 35/12
anus [1] 39/4
any [7] 13/17 15/7 15/23 16/1 24/18 31/2 32/14 33/5 33/8 33/11 33/13 36/2 43/10 43/11 44/8 46/17 47/21 48/7 53/6 53/7 53/12 53/18 54/11 58/16 58/22 61/5 63/18 68/8 68/22 69/4 69/11 72/8 73/22 74/21 75/20 76/15 76/21 77/17 78/11 78/15 79/3 84/10 84/23 88/24 88/25 89/5 89/7 90/14 91/15 97/17 98/11 99/13 99/23 100/15 100/16 101/3 101/12 102/19 102/19 102/23 103/13 103/23 104/11 104/19 104/24 105/5 105/18 105/22 105/25 107/6 107/15
anybody [1] 106/7
anymore [3] 39/21 45/3 57/17
anyone [7] 15/25 53/13 53/16 53/19 78/9 88/22 88/23
anything [12] 33/6 41/7 41/9 44/20 45/18 46/11 46/11 46/17 58/14 66/8 102/25 107/6
apart [1] 20/15
apologies [2] 82/7 95/20

apologize [6] 7/1 34/5 38/4 93/24 95/18 96/13
appear [6] 19/3 19/5 29/9 29/10 31/12 89/6 9/24 10/23 11/16 13/20 13/22 13/24 14/7 14/9 14/12 17/23 18/12 18/19 18/20 18/23 19/6 19/10 19/10 19/13 19/16 19/17 19/22 19/23 21/8 21/9 21/10 29/5 32/9 33/16 45/2 47/4 48/25 49/8 49/9 49/17 51/10 61/20 61/23 62/14 64/7 64/9 67/16 68/7 68/9 68/10 68/12 71/13 72/22 73/22 74/8 78/3 83/2 89/6 89/8 97/2 98/6 102/22 102/25 103/18 103/24 104/2
appeared [1] 49/2
appears [19] 18/13 18/17 18/20 19/22 19/23 20/9 20/14 20/18 21/8 21/12 22/22 23/2 25/7 28/12 29/4 29/7 62/5 102/15 103/25
applies [4] 78/6 88/9 88/12 89/24
apply [1] 107/2
appointed [2] 33/10 75/21
appreciate [3] 38/2 56/5 85/21
approach [3] 51/6 63/21 71/11
approached [2] 44/17 55/9
appropriate [1] 102/25
approximately [7] 2/14 6/10 17/12 17/17 18/18 19/9 35/11
April [3] 23/20 53/14 62/11
April 27th [3] 23/20 53/14 62/11
are [68] 2/20 2/23 4/13 5/5 5/7 5/8 5/11 8/6 9/24 10/23 11/16 13/20 13/22 13/24 14/7 14/9 14/12 17/23 18/12 18/19 18/20 18/23 19/6 19/10 19/10 19/13 19/16 19/17 19/22 19/23 21/8 21/9 21/10 29/5 32/9 33/16 45/2 47/4 48/25 49/8 49/9 49/17 51/10 61/20 61/23 62/14 64/7 64/9 67/16 68/7 68/9 68/10 68/12 71/13 72/22 73/22 74/8 78/3 83/2 89/6 89/8 97/2 98/6 102/22 102/25 103/18 103/24 104/2
area [7] 19/3 19/5 20/12 20/15 21/15 50/12 59/19
areas [1] 63/18
aren't [3] 49/8 50/5 50/19
arguably [1] 93/1
argue [1] 92/19
arguing [2] 72/17 72/19
argument [2] 81/10 107/11
arguments [3] 86/11 88/11 88/17
around [6] 19/19 20/13 22/15 34/17 43/24 52/14
arrest [1] 69/25
arrested [1] 75/15
as [113]
aside [2] 71/23 92/14
ask [27] 11/18 15/5 31/10 33/5 33/8 33/24 37/8 39/13 40/24 41/12 41/20 42/8 42/11 45/9 48/14 49/14 51/17 55/1 58/3 63/20 64/10 78/7 80/4 90/14 94/1 107/14 107/14
asked [26] 36/13 39/2 39/15 40/25 41/1 41/13 41/23 42/13 42/14 42/15 47/22 55/13 58/21 66/24 67/20 68/17 69/14 70/18 71/1 74/25 75/1 76/7 76/14 76/14 76/18 79/12
asking [9] 3/10 5/23 49/13 56/4 58/16 67/8 72/15 72/19 100/10
asks [2] 6/21 73/25
asserting [1] 81/20
assigned [1] 31/24
Assistant [2] 51/3 51/4
assuming [2] 61/20 87/13
attempt [6] 16/10 16/15 17/4 17/13 21/16 89/4
attempting [2] 22/1 22/2
attempts [2] 21/13 21/17
attended [1] 57/1
attention [4] 17/2 33/3 43/18 66/22
attorney [6] 1/13 51/4 51/4 55/2 55/8 55/10
August [2] 79/9 84/2
August 31 [1] 79/9
Avalanche [5] 26/18 26/21 27/19 27/20

28/24
Avenue [1] 32/25
avoid [1] 97/17
aware [5] 45/19 45/19 48/15 73/21 78/25 92/24
away [3] 20/11 34/19 90/22
awhile [1] 22/3

# B

B-R-Y-A-N [1] 99/7
B-Y-R-O [1] 99/5
B-Y-R-O-N [1] 99/11
back [93] 8/24 16/19 17/5 17/5 18/22 18/24 21/25 36/17 38/1 45/2 66/22 77/1 77/2 77/3 78/4 82/11 87/20 88/18 90/10 99/20 100/19 102/9
bad [1] 86/17
bag [7] 25/13 25/13 25/14 25/16 25/19 26/14 43/20
ballpark [1] 66/12
barrel [4] 38/13 38/14 82/18 83/3
base [1] 48/19
based [4] 69/10 83/3 84/14 89/21
basically [1] 82/11
be [93] 3/10 3/22 5/17 6/24 8/8 8/10 13/11 14/24 18/13 19/3 19/5 19/22 19/23 20/9 20/14 21/8 22/22 24/5 24/5 25/7 28/12 29/4 29/9 29/10 30/4 31/13 33/7 33/10 42/20 42/23 43/10 43/11 44/1 44/9 44/20 47/17 48/5 51/12 51/16 52/2 52/3 53/14 54/19 56/3 57/25 61/5 67/5 62/3 63/2 64/5 64/10 64/22 65/20 66/11 66/14 74/20 75/9 75/10 78/3 78/14 78/18 79/4 79/12 79/22 82/8 83/4 84/5 85/6 86/2 86/16 87/12 87/14 88/3 89/25 91/2 92/9 92/18 94/1 94/16 95/21 99/3 100/10 100/19 101/14 101/19 102/6 102/18 102/23 104/9 104/16 105/4 105/13 106/19
became [1] 39/19
because [16] 3/10 20/5 37/24 41/2 44/19 51/13 52/2 52/3 52/4 52/4 62/21 79/10 83/4 94/20 102/23 103/4
become [3] 10/24 12/2 13/12
becoming [1] 41/16
bed [6] 19/22 20/7 20/10 23/2 29/17 36/21
bedroom [2] 28/19 28/20
bedrooms [1] 29/17
been [26] 24/13 25/5 25/8 32/2 37/2 42/8 43/4 44/4 44/6 46/24 50/7 50/17 52/16 55/23 56/20 63/23 63/24 67/4 69/21 75/21 78/8 95/14 103/5 103/9 103/15 104/1
beeped [1] 9/8
before [20] 1/9 4/10 14/22 19/16 33/5 33/8 33/11 34/16 42/21 45/18 47/23 50/5 55/9 57/12 71/1 71/5 75/2 86/24 106/19 106/21
beforehand [1] 91/7
began [1] 34/8
begin [2] 18/22 34/7
beginning [1] 54/2
begins [6] 20/3 21/18 22/14 22/16 22/21 62/11
behavior [1] 19/14
behind [1] 18/14
being [17] 8/1 15/10 15/14 27/4 35/18 38/12 41/17 45/22 63/2 67/20 72/1 72/16 73/3 80/22 83/9 84/10 95/12
believable [1] 106/22
believe [21] 5/3 9/23 17/17 23/20 24/1 27/25 29/24 30/2 35/12 36/8 60/11 61/13 64/4 78/24 79/5 79/16 79/21 80/3 82/14

**B**

believe [2] 98/15 101/9
believed [1] 93/4
belonged [1] 26/18
bench [4] 7/2 14/6 51/8 52/6
besides [1] 25/19
best [1] 102/12
better [4] 38/3 45/3 51/25 86/23
between [24] 5/21 18/19 19/21 20/4 21/4
21/7 21/24 22/10 22/21 22/25 23/5 23/8
23/12 36/18 46/13 47/13 47/18 48/8
48/12 49/3 49/4 52/18 73/9 90/3
beyond [2] 49/18 68/24
big [1] 9/16
bit [3] 5/14 6/23 83/15
black [5] 27/19 27/19 28/24 48/4 49/18
blank [1] 34/4
Blockton [1] 32/25
Blythe's [4] 16/12 16/13 16/16 16/19
board [4] 56/23 56/23 59/7 66/22
body [3] 68/23 69/5 69/6
both [8] 19/22 20/14 24/20 37/16 91/4
91/16 98/12 100/23
bottom [3] 27/10 27/15 59/4
bound [2] 21/9 21/10
box [2] 34/19 37/25
boy [6] 18/10 18/10 21/2 23/11 62/20
62/25
boys [7] 19/8 19/8 19/16 19/16 21/3 22/7
38/20
brandish [1] 83/22
brandished [3] 83/7 83/8 83/12
brandishing [5] 79/7 82/17 95/10 101/9
101/10
brief [3] 19/24 20/7 20/16
briefly [1] 31/23
brightly [1] 20/6
brightly-colored [1] 20/6
bring [1] 36/24
brings [1] 20/12
Brockton [1] 62/12
brought [10] 34/11 36/6 36/7 36/25 44/1
44/2 46/15 70/9 74/7 84/17
Bryan [1] 99/6
building [2] 5/4 5/14
bullet [2] 40/20 66/23
bullshit [1] 35/19
burden [6] 78/18 78/24 79/6 79/17 80/4
80/15
buttocks [2] 20/11 22/16
Byron [7] 83/17 84/2 99/4 99/5 99/11
106/4 106/5

**C**

cab [1] 36/18
cache [1] 81/22
caliber [1] 79/20
call [8] 2/25 3/4 3/11 3/13 3/15 5/10
52/20 69/24
called [6] 36/8 47/1 61/23 74/13 92/5
101/1
Calls [1] 48/17
came [2] 44/9 92/18
camera [8] 9/11 20/11 20/12 20/16 22/23
22/25 23/8 23/15
can [54] 2/20 3/22 5/8 5/17 8/21 11/2
12/9 16/21 18/1 19/14 20/13 20/19 22/25
25/11 28/22 29/5 30/4 30/4 32/5 33/4
33/7 42/14 45/1 45/3 53/6 63/6 63/7
71/13 71/15 75/8 81/4 82/3 82/21 85/2
85/4 86/2 87/1 90/1 90/20 91/7 91/25
92/4 92/19 93/5 93/6 101/21 102/9
102/12 102/18 104/13 105/25 107/6

107/16 107/18
can't [8] 10/12 10/20 20/5 21/14 37/24
89/1 89/8 101/6
cannot [1] 53/10
capabilities [1] 39/18
capable [1] 83/9
CAPP [1] 1/13
car [3] 18/1 18/17 18/23
care [1] 36/14
careful [1] 51/12
carefully [1] 17/21
carried [3] 41/16 41/25 58/25
carry [1] 41/25
carrying [8] 41/21 41/23 42/4 58/21 73/10
83/18 84/8 84/14
case [35] 4/8 10/24 13/11 13/12 15/23
45/15 50/4 50/5 61/16 70/9 75/18
78/6 78/9 79/22 85/16 88/7 88/9 88/22
88/24 89/1 89/2 89/3 89/6 89/7 89/8
89/24 94/20 95/6 95/7 96/12 96/14 97/23
102/21 103/1
case-in-chief [1] 85/16
cases [1] 80/23
cause [4] 49/10 76/13 99/6 102/8
caution [1] 93/10
CD [1] 24/2
CD-ROM [1] 24/2
cell [1] 89/3
center [1] 31/13
certain [1] 46/21
certainly [1] 89/25
certify [1] 108/3
chance [1] 82/2
change [2] 93/2 95/16
changed [1] 96/6
changes [9] 18/17 19/8 19/15 19/20 21/6
23/4 23/7 36/7 92/2
character [3] 106/6 106/10 107/2
characterization [2] 73/14 73/17
charge [7] 61/12 61/13 74/7 74/10 74/14
83/25 84/19
charged [3] 69/21 80/24 85/13
charges [4] 50/24 95/7 95/8 95/13
check [1] 81/2 8/25 56/1
Chevy [5] 26/18 26/20 27/19 27/19 28/24
Chicantek [8] 4/4 4/7 4/20 23/25 27/2
32/5 70/18 109/3
chief [1] 85/16
child [68] 5/17 5/20 5/23 5/24 12/13 13/2
17/2 17/14 18/18 18/22 19/21 20/1 21/5
21/7 21/11 21/14 21/15 21/18 22/15
22/21 23/4 30/16 40/6 40/9 40/15 40/21
40/22 43/4 43/10 43/13 44/8 47/18 48/3
48/8 48/12 48/20 49/1 49/3 50/25 58/11
61/2 61/10 67/5 68/2 68/23 69/5 69/11
74/14 74/17 74/22 79/3 79/4 79/11 79/14
80/2 80/17 80/19 80/21 81/3 81/3 81/4
81/7 81/11 81/13 81/18 81/22 82/16
95/10
child's [10] 20/17 21/12 21/13 21/17 22/1
22/3 22/3 23/7 48/24 49/15
children [15] 5/5 5/8 5/12 22/11 35/5
43/15 43/17 46/21 47/10 67/7 67/11 68/7
68/14 69/11 76/1
chose [1] 51/2
chosen [1] 51/5
circle [1] 93/14
Circuit [5] 83/9 85/3 85/5 85/8 101/19
circumstances [1] 87/2 87/3
claim [4] 26/5 26/7 70/12 76/24
claimed [2] 41/7 76/23
clarify [1] 72/20
clear [4] 63/2 67/7 72/15 92/18

clearer [1] 93/3
clerks [1] 93/19
client [1] 3/1
climate [1] 38/8
clip [12] 6/10 20/1 20/2 20/21 20/24
21/19 22/5 22/6 22/16 23/9 23/10 23/15
clips [1] 17/19
close [9] 20/13 21/11 23/3 37/25 51/14
87/12 87/18 88/13 106/24
closer [4] 16/21 16/22 53/24 53/25
closest [1] 83/5
closing [1] 86/11
closings [2] 86/15 86/22
clothed [2] 21/11 22/22
clothes [1] 36/7
clown [2] 20/3 20/9
co [1] 64/25
co-counsel [1] 64/25
cold [1] 19/12
color [3] 47/15 47/21 49/10
colored [1] 20/6
come [7] 52/21 78/3 82/6 87/14 87/20
91/8 99/20
comes [1] 106/8
coming [3] 53/9 86/18 97/1
commence [1] 88/16
comment [1] 99/15
commenting [1] 56/5
commission [2] 83/13 95/11
committed [2] 95/8 103/8
common [2] 76/9 76/9
communicate [1] 89/6
complete [1] 5/12
completed [1] 88/8
completely [1] 36/3
complied [1] 4/6
computation [2] 87/7 87/24
computer [32] 1/25 13/3 17/3 28/8 29/13
29/18 29/21 29/21 30/16 30/20 30/22
30/23 30/23 30/24 39/13 39/17 39/22
40/7 41/4 43/11 43/12 44/9 57/19 68/1
79/1 80/19 80/20 80/21 81/14 81/23
82/12 83/3
Computer-Aided [1] 1/25
computers [3] 30/22 31/3 43/4
concept [2] 49/5 78/24
conceptional [4] 49/12
concern [3] 92/12 96/10 102/17
concerned [1] 97/2
conclude [2] 83/12 85/10
concluded [1] 15/15
conclusion [2] 10/25 73/25
conduct [1] 81/9
conducted [3] 15/17 46/8 47/9
conference [8] 7/2 14/6 51/8 52/6 85/19
86/10 87/15 90/1
confused [1] 95/17
confusion [1] 97/18
connected [1] 76/4
consent [7] 27/3 27/11 28/25 32/10 33/1
33/14 33/21
consenting [3] 27/5 27/7 27/17
consider [2] 102/15 106/21
considered [1] 102/19
consistent [4] 7/10 10/2 48/10 100/10
constitute [1] 73/12
consult [3] 55/10 57/13 93/18
contained [1] 24/6
containing [1] 13/1
continue [7] 19/7 30/6 31/10 39/9 55/5
63/10 65/20
continues [5] 19/24 19/25 21/6 22/13
22/24

## C

contraband [1] 79/1
central [1] 74/23
conveyed [1] 33/24
convict [1] 85/12
convicted [6] 41/17 72/1 72/16 73/3 103/6 103/15
conviction [2] 41/22 85/7
copies [1] 91/3
copy [6] 12/23 13/24 91/5 95/2 102/8 107/12
correct [30] 2/7 2/8 2/11 2/16 5/19 6/1 6/17 10/21 10/22 37/22 40/14 40/19 48/6 49/21 50/20 53/14 53/15 54/4 55/15 56/16 58/15 59/14 63/3 74/16 89/20 98/4 98/6 104/4 104/7 108/3
correction [1] 104/17
couch [1] 22/11
could [11] 44/2 44/19 44/25 58/8 69/5 71/10 83/12 91/25 96/16 99/10 102/23
couldn't [2] 19/6 82/11
counsel [23] 2/4 3/18 10/1 13/25 14/7 14/9 15/25 64/5 64/25 67/20 76/14 78/4 81/10 82/7 84/22 87/19 88/8 88/15 90/3 90/9 90/12 98/11 100/23
counsel's [1] 9/23
count [26] 78/19 78/23 78/25 79/6 79/7 79/18 80/4 80/7 80/16 80/17 82/16 82/16 82/17 83/13 83/20 83/25 84/19 84/20 94/13 95/9 95/10 95/11 95/12 96/23 99/25 105/3
counting [1] 86/21
country [2] 35/20 83/19
counts [4] 78/17 80/5 85/13 94/8
County [3] 5/3 46/6
couple [3] 52/2 78/21 91/22
court [30] 1/1 1/10 1/21 1/21 1/22 2/1 11/8 33/7 50/5 50/7 64/20 72/17 79/12 82/7 82/14 85/24 90/25 91/12 92/22 93/8 93/25 100/2 100/21 101/19 104/15 105/8 106/20 106/23 108/8 108/8
Court's [17] 9/23 12/23 89/23 90/13 91/3 91/15 91/24 92/20 97/16 97/22 98/12 99/13 99/23 101/1 101/4 101/12 103/22
covered [1] 103/12
covering [1] 20/6
CR [1] 1/4
Cracker [2] 38/13 38/14
create [1] 17/13
created [3] 17/7 26/20 79/3
crime [11] 41/17 69/21 93/2 93/2 95/11 95/23 103/4 103/5 103/8 103/14 103/15
crimes [3] 93/2 95/8 103/17
Criminal [1] 85/9
cross [8] 2/17 35/20 44/23 45/4 68/24 76/17 83/19 109/4
cross-country [2] 35/20 83/19
Cross-exam [1] 44/23
cross-examination [3] 45/4 76/17 109/4
CRR [1] 1/21
crystal [1] 92/18
cumulative [1] 11/13
curious [2] 2/13
curve [1] 54/2
custody [2] 11/16 11/19

## D

date [7] 4/24 23/19 27/10 33/1 49/6 79/3 108/6
dated [1] 62/5
dates [1] 79/9
dating [1] 16/19
DAVID [8] 1/6 1/13 25/25 26/13 32/9

32/11 33/19 54/21
David Resnick [4] 26/13 32/9 32/11
dawn [1] 29/25
Dawson [2] 29/9 99/11
day [10] 1/6 46/3 49/14 67/21 67/23 68/2 68/5 75/15 87/18 107/21
days [3] 52/3 87/10 94/22
dealt [1] 86/23
decent [1] 23/11
decide [2] 33/11 106/22
decided [2] 57/14 85/16
deep [1] 21/3
defendant [67] 1/7 1/17 1/20 3/14 6/11 6/13 16/6 27/6 27/7 27/17 29/22 30/9 30/17 31/5 31/16 34/13 40/12 40/16 42/5 44/12 44/16 54/8 55/4 64/6 66/24 69/14 74/24 75/20 78/15 80/8 80/9 80/11 80/18 80/22 81/6 81/7 81/16 81/21 82/15 82/18 83/12 83/17 83/19 83/21 84/2 84/3 84/4 84/4 84/8 84/14 84/16 84/21 84/22 85/6 85/17 86/19 89/24 90/3 95/7 95/8 95/13
defendant's [12] 17/3 23/16 25/14 30/25 41/10 70/16 71/2 71/6 83/2 84/25 85/13 85/15
defense [15] 9/23 13/25 62/19 84/22 84/23 87/16 88/5 98/11 103/19 104/11 104/19 104/24 105/18 106/2 107/9
define [1] 101/24
defined [2] 95/22 97/23
definitely [2] 3/15 85/16
definition [6] 48/3 48/24 81/5 96/24 97/1 97/15
delete [1] 81/15
deleted [2] 80/21 81/22
deliberate [2] 88/14 88/18
deliberation [1] 89/2
denial [2] 41/20 61/6
denied [32] 34/22 37/2 37/5 37/18 37/20 37/23 38/7 39/22 40/3 40/9 40/20 41/9 42/1 42/4 55/19 56/12 56/13 56/24 57/23 58/14 58/19 58/23 61/2 66/23 67/5 67/11 72/7 74/21 74/24 85/14 87/14 100/12
deny [11] 40/15 40/19 41/21 57/7 57/8 57/9 57/18 58/11 70/14 72/6 80/9
dependent [1] 36/3
depicted [2] 17/24 81/8
depicting [3] 19/20 21/6 22/21
depiction [1] 81/8
depicts [5] 20/3 21/4 21/24 22/10 23/12
Derringer [2] 28/12 28/17 70/15
describe [7] 25/11 35/17 35/23 42/14 59/2 82/21 82/23
described [6] 20/22 28/19 38/12 48/2 82/17 84/9
describing [1] 6/13
description [3] 17/23 18/1 81/2
descriptions [1] 50/15
desktop [2] 28/8 41/3
despite [1] 67/10
destroyed [1] 53/8
detail [1] 35/9
detailed [2] 17/23 81/2
determination [1] 47/17
determine [3] 17/4 48/7 48/12
device [1] 9/18
devices [1] 89/4
did [161]
didn't [33] 36/2 37/3 54/24 55/2 55/14 56/13 56/18 56/19 57/1 57/3 57/7 57/9 57/12 57/16 57/21 58/12 59/21 59/23 60/14 61/3 61/17 62/8 63/14 63/16 64/7 67/2 76/23 77/2 77/6 82/23 94/25 95/5

105/9
difference [7] 5/20 10/15 47/13 47/18 48/8 48/12 49/3
different [11] 6/25 12/13 35/13 45/7 45/7 47/2 49/8 49/9 76/11 92/6
differentiate [1] 49/4
differently [1] 5/5
difficult [1] 44/13
difficulty [2] 16/22 76/7
digital [1] 89/4
direct [5] 2/15 4/18 45/7 59/6 109/3
directed [3] 22/7 78/17 80/5
directing [5] 17/2 33/3 43/18 66/22 71/17
direction [1] 31/2
disagree [1] 69/1
disclosed [1] 68/15
disclosure [1] 7/25
discontinued [1] 64/10
discuss [5] 57/16 78/9 88/22 88/23 90/2
discussion [2] 55/1 90/3
disk [6] 7/20 7/21 8/7 8/9 9/22 24/6
disregard [3] 51/18 93/13 93/16
distinction [1] 73/9
district [6] 1/1 1/1 1/10 1/22 74/8 108/8
disturb [1] 9/19
division [2] 1/2 31/25
DNA [5] 42/19 42/22 42/25 59/5 73/19
do [94] 2/24 4/22 4/24 5/12 5/14 5/16 7/12 8/17 9/19 10/2 10/20 12/4 12/9 13/12 14/17 18/21 19/12 21/14 23/19 24/24 24/25 27/7 27/23 28/6 28/17 29/22 31/8 35/7 38/22 45/19 45/23 46/1 46/3 46/4 46/5 46/10 46/13 46/14 46/17 49/10 49/23 51/5 51/23 52/22 52/24 53/12 53/18 54/11 57/12 59/7 61/9 61/12 62/1 62/17 63/18 65/25 66/5 66/5 67/17 67/21 69/15 71/3 71/18 75/5 76/16 78/5 78/6 78/22 82/3 87/11 88/22 88/25 89/1 89/8 90/14 90/17 91/25 92/11 92/20 93/5 93/20 95/4 96/2 96/6 97/21 98/23 99/17 101/16 101/21 102/12 102/22 104/13 107/3 107/16
document [2] 62/14 93/8
does [57] 9/11 19/2 19/4 19/5 20/17 29/8 29/9 29/10 31/12 31/15 43/17 57/24 63/8 63/9 71/21 87/21 90/4 90/5 97/17 104/2 106/16
doesn't [4] 80/20 95/20 97/16 107/2
doing [10] 14/12 19/13 22/15 35/12 48/14 51/13 63/22 64/5 95/14 101/20
doll [2] 68/22 69/4
don't [68] 8/25 9/20 12/16 28/21 29/24 30/2 37/25 42/15 44/21 45/2 45/18 45/25 46/6 47/4 48/11 50/11 52/4 52/14 52/20 52/24 53/7 54/14 56/7 57/5 58/4 58/18 59/9 63/23 66/2 66/7 68/14 78/5 78/10 78/10 78/24 79/5 79/21 80/23 82/8 83/6 83/7 83/10 87/8 87/9 88/21 88/24 89/3 90/21 92/21 92/23 93/3 93/6 93/14 95/2 95/2 96/2 97/3 99/8 99/9 101/7 102/8 102/10 102/13 103/23 105/14 106/15 106/16 107/3
done [11] 7/13 8/21 34/10 46/18 64/24 64/24 65/2 70/1 89/23 91/7 103/2
door [2] 27/24 52/22
doormat [2] 27/21 28/5
down [9] 18/12 20/10 23/1 23/13 27/15 75/18 77/12 77/13 102/14
download [1] 81/14
drawing [2] 68/22 69/5
Dresser [1] 28/19
drew [2] 84/9 84/10
drive [4] 11/3 11/19 13/1 18/16

**D**

driving [9] 18/11 18/12 18/14 41/24 41/24
42/4 42/4 56/1 56/6
DROHOSKY [3] 1/21 108/7 108/7
dropped [1] 74/10
drove [3] 49/25 50/9 60/20
drugs [1] 80/24
DS [1] 36/8
due [1] 48/20
duffle [5] 25/13 25/16 25/19 26/14 43/20
duffle-type [1] 25/13
during [31] 3/11 7/25 9/13 9/14 15/25
24/7 25/8 33/9 33/25 35/7 40/7 41/2
42/17 43/3 44/11 45/12 50/7 68/19 69/18
78/7 79/5 79/8 80/20 81/18 83/13 83/16
85/10 89/25 94/16 95/11 96/8

**E**

each [9] 17/8 32/9 33/19 67/3 68/7 78/16
78/18 91/3 107/11
earlier [3] 28/25 89/22 94/18
earliest [1] 79/2
early [3] 78/3 78/12 84/6
ease [1] 5/18
easier [1] 92/10
easy [1] 81/17
edit [4] 10/13 93/3 93/13 93/16
edit.VCD [1] 18/10
edits [2] 92/14 93/1
eight [4] 14/25 21/4 21/7 23/1
eighth [1] 25/2
either [3] 31/3 67/5 67/11
ejaculates [1] 23/6
element [1] 95/22
elements [5] 80/16 84/20 84/21 101/18
101/25
Elite [1] 79/20
ELMO [1] 92/5
else [15] 15/25 54/6 78/10 79/25 80/1
88/22 92/11 93/17 96/9 96/22 98/9
102/25 107/2 107/3 107/6
end [6] 10/17 14/6 52/6 53/25 54/2 89/2
ends [7] 20/1 21/19 22/4 22/5 22/16 23/9
23/15
enforcement [22] 5/6 5/9 16/2 16/8 16/15
17/7 17/13 25/24 27/17 31/16 34/9 36/5
42/11 53/2 68/4 69/20 69/20 74/1 80/23
80/25 83/24 84/10
engage [1] 80/12
engaged [1] 19/23
enough [2] 82/22 101/23
enter [1] 21/3
entered [2] 24/13 74/11
enters [5] 3/21 20/8 21/10 65/19 88/2
entire [1] 84/5
ESQ [2] 1/17 1/17
essence [1] 8/16
establishing [1] 5/20
estimate [1] 66/14
even [1] 45/15
evening [3] 66/3 86/21 88/14
ever [15] 15/17 15/19 15/21 15/23 41/21
42/1 42/4 44/4 72/1 72/6 72/10 72/12
73/2 73/3 79/15
every [1] 25/2
everybody [4] 43/16 45/1 62/1 95/7
everyone [1] 75/7
everything [4] 36/3 79/25 80/1 102/23
evidence [39] 14/3 24/14 24/22 26/24
29/25 30/2 32/18 39/8 42/11 53/7 53/10
62/15 70/9 77/21 79/10 80/13 81/21
81/24 82/6 82/15 83/11 83/16 83/18
83/20 84/12 84/13 84/15 85/1 85/6 85/10

**F**

F.3d [3] 85/3 85/4 85/8
face [3] 20/5 20/6 22/23
faces [1] 22/14
facility [5] 5/3 46/6 67/20 67/23 68/5
facing [5] 20/11 20/12 23/8
fact [9] 36/2 41/5 43/4 45/15 48/20 79/2
79/22 81/21 83/22
facts [2] 89/5 100/11
factual [1] 49/14
failed [2] 78/18 79/17
Fair [1] 101/23
fairly [1] 20/14
familiar [1] 54/13
family [1] 35/10
famous [1] 47/5
fan [2] 21/23 22/19
far [5] 30/5 34/16 45/22 46/12 85/10
father [3] 3/5 44/4 44/6
fault [1] 69/12
favorable [2] 85/2 85/11
FBI [3] 11/14 27/3 32/6
FCRR [1] 1/21
FD395 [1] 32/6

**86/18 88/7 92/17 92/18 92/22 102/15**
102/18 106/7 106/18
Evidentiary [1] 53/7
exact [5] 28/21 68/14 79/17 79/21 79/23
exactly [5] 5/4 29/11 52/15 66/7 69/23
exam [2] 44/23 68/25
examination [10] 4/18 45/4 59/6 66/20
76/1 76/17 109/3 109/4 109/4 109/5
examine [1] 17/4
examiner [1] 79/2
except [4] 7/18 10/6 53/2 79/15
exclude [2] 8/3 8/10
excluded [2] 7/19 10/11
excluding [1] 8/9
excuse [6] 2/20 8/23 22/5 22/18 34/11
87/12
execute [3] 52/19 52/22 66/1
executed [10] 23/17 31/17 52/11 53/14
54/6 54/15 62/12 66/6 66/12 70/5
execution [2] 23/19 24/7 62/5 65/23
66/14 69/19
exercise [1] 87/25
exhibit [34] 10/21 12/11 12/13 12/17
12/21 13/1 13/3 14/2 23/25 24/4 24/16
25/2 25/6 26/24 28/5 28/8 28/10 28/15
29/13 30/8 30/15 30/19 31/4 31/7 32/2
32/13 32/17 50/18 56/8 62/19 77/13
77/15 77/20 83/1
Exhibit 30 [2] 23/25 24/16
Exhibit 31 [1] 13/14
Exhibits [5] 13/14 23/22 24/14 24/21
70/14
existence [1] 79/8
exits [3] 64/2 78/13 89/13
expect [1] 87/1
experience [1] 69/10
experientially [1] 54/1
explain [1] 5/8
explained [2] 12/22 44/18
explanation [8] 34/9 35/1 35/3 43/22
43/23 44/8 48/21 75/5
explicit [2] 81/8 81/9
exposing [2] 20/15 23/14
express [3] 35/14 78/10 88/25
expressed [2] 13/9 35/18
extended [1] 78/7
extent [1] 5/17
extraneous [2] 6/6 8/15

federal [4] 1/15 1/22 62/11 85/9
Feel [1] 18/3
felon [17] 41/14 49/9 61/14 83/25 84/19
84/21 95/12
felons [1] 73/22
felony [3] 72/2 72/16 73/3
felt [2] 82/18 83/4
female [8] 11/14 20/4 20/10 21/24 22/21
22/25 23/4 23/8
females [1] 54/14
few [3] 6/18 36/7 47/8
Fields [1] 1/18
fifth [1] 22/6
Fifty [2] 77/22 77/23
Fifty-nine [2] 77/22 77/23
file [3] 40/24 41/5 45/20
filled [1] 32/8
filming [1] 18/12
final [6] 23/10 85/18 88/9 88/11 88/17
107/11
finalize [1] 90/13
finally [4] 19/18 77/3 83/25 89/3
find [5] 42/11 69/11 76/8 81/4 82/15
finding [9] 47/3 47/5 48/10 49/4 68/7
68/19 76/3 78/17 80/5
Fine [2] 14/20 102/6
finger [3] 20/17 20/19 39/3
fingerprint [1] 42/25
fingerprints [4] 42/19 42/22 59/5 73/19
finish [4] 82/3 87/7 87/11 87/23
firearm [8] 61/14 73/10 74/7 83/8 95/10
95/12 101/9 101/10
firearms [1] 61/13
firearms-related [1] 61/13
fired [1] 83/9
first [27] 5/14 9/25 14/15 14/25 18/9 27/9
32/11 46/13 53/5 53/22 55/13 55/19
55/20 56/1 60/3 60/12 60/12 66/22 66/24
67/4 67/17 91/14 91/19 92/15 93/10
97/22 101/3
five [7] 17/17 21/25 23/8 85/20 87/18
90/21
Florida [7] 32/25 44/5 50/22 50/24 54/16
61/10 61/12 74/8 75/17
focused [1] 7/13
folder [2] 13/2 17/3
folders [1] 9/17
follow [2] 46/21 49/1
followed [2] 6/2 60/15
following [5] 18/13 91/3
follows [9] 2/2 64/21 85/25 91/1 91/13
92/13 92/15 97/20 100/22
fondle [1] 22/14
fondling [2] 22/16 23/14
foot [1] 19/13
foregoing [1] 108/3
foremost [1] 53/5
forensic [8] 5/10 45/11 46/21 47/9 68/2
69/11 76/4 79/2
forgive [1] 52/19
form [26] 27/3 27/14 28/25 32/6 32/7
32/8 32/11 32/22 32/23 33/2 61/25 66/10
66/10 66/13 72/21 78/10 88/25 91/4
93/21 94/13 99/23 100/24 100/25 105/1
105/5 105/18
formatting [2] 104/5 104/7
forms [3] 54/18 61/17 94/11
forth [2] 36/18 97/16
forward [1] 16/22
found [26] 13/2 17/3 24/11 25/12 25/13
26/14 27/21 27/24 28/13 28/18 29/14
29/16 29/18 30/24 31/3 42/8 42/20 42/23

## F

found... [8] 43/4 43/18 44/9 61/3 70/10
70/15 81/9 83/2
foundation [1] 14/18
four [13] 13/15 22/22 23/5 23/12 79/18
80/4 83/25 84/19 84/21 86/12 87/16
95/12 102/14
fours [1] 20/11
fourth [1] 21/20
free [1] 18/3
freely [1] 54/23
front [5] 18/15 23/5 23/14 27/24 86/6
fuck [1] 21/3
full [5] 11/19 67/3 67/3 67/10 71/17
further [5] 44/22 66/18 75/23 77/8 84/19
Furthermore [2] 84/13 84/20
future [1] 9/20

## G

game [2] 36/7 36/9
garage [6] 25/14 27/21 29/5 31/14 43/19
43/22
gave [9] 16/1 43/23 48/3 50/24 53/19
71/5 77/1 81/2 102/9
gay [3] 18/9 18/10 22/6
generally [3] 53/3 88/10 92/14
generic [1] 78/23
gentlemen [3] 78/2 88/7 91/17
German [1] 83/2
get [16] 3/20 8/21 9/22 19/13 34/16
37/25 65/18 66/12 82/22 82/23 87/15
88/1 88/15 89/10 91/7 93/15
gets [5] 20/2 21/11 95/16 106/24 107/11
getting [1] 8/1
girl [1] 22/17
girlfriend [2] 54/8 54/10
give [9] 17/23 48/21 53/16 77/2 86/11
93/6 100/12 103/21 106/6
given [6] 11/1 31/2 35/9 77/2 89/1 102/6
gives [1] 22/8
giving [4] 34/8 63/25 78/9 106/12
glance [2] 34/17 55/20
glimpse [4] 79/13 79/14 79/15 82/20
glint [6] 79/11 79/13 79/14 79/24 79/24
82/20
go [16] 3/16 5/11 34/1 34/17 56/7 65/1
65/1 66/1 88/18 90/7 90/7 90/20 90/21
93/7 99/24 107/5
goes [1] 19/15
going [18] 3/4 3/11 3/13 7/9 8/10 8/23
9/24 11/16 14/14 20/20 46/18 51/9 51/10
53/13 77/5 84/16 86/4 92/11
gone [2] 16/5 87/24
gonna [27] 2/12 2/19 2/20 2/24 2/25 2/25
7/12 11/5 11/7 11/24 24/23 33/25 51/23
52/21 62/18 64/23 65/7 78/2 78/3 78/3
78/20 86/6 88/14 99/20 100/12 102/23
102/24
good [6] 3/23 3/25 48/21 82/22 82/23
92/25
Goofy [1] 98/7
got [13] 11/22 12/23 43/22 51/12 62/1
77/3 82/19 86/18 94/20 98/8 100/24
106/7 106/15
gotta [1] 93/18
gotten [1] 43/25
government [48] 1/13 2/6 3/8 4/1 6/20
12/10 12/12 15/25 24/16 28/1 28/8 28/10
32/13 60/6 64/8 74/11 76/7 77/25 78/17
79/17 79/21 80/2 80/3 80/6 80/8 80/10
80/15 80/18 80/20 81/20 83/11 84/1
84/12 85/11 86/21 87/16 90/14 91/14
91/19 96/24 99/1 99/16 99/24 101/3

government's [22] 14/2 23/22 24/4 24/14
24/21 25/6 26/24 28/5 28/15 29/13 30/8
30/15 30/19 31/25 32/24 50/16 64/16
70/14 77/15 77/20 102/17
Governors [1] 1/18
GPS [1] 39/18
grabs [2] 20/12 22/3 22/16
granted [1] 85/6
Greg [1] 98/24
grounds [3] 13/6 89/17 89/18
guess [1] 61/20
guilty [4] 61/9 74/14 82/15 95/13
gun [45] 16/16 25/12 25/13 25/20 26/5
41/21 41/23 42/1 42/4 58/21 70/9 70/12
72/1 72/1 72/6 72/8 73/4 73/23 76/23
79/8 79/12 79/18 79/23 79/23 82/18
82/19 82/19 82/20 82/22 82/23 83/5 83/6
83/8 83/18 83/19 83/21 83/22 84/3 84/8
84/9 84/11 84/11 84/14 84/16 84/16
guns [14] 24/13 41/12 41/13 41/16 41/25
42/12 42/23 42/25 59/5 71/3 71/25 73/23
80/24 82/25
guy [1] 106/8

## H

habit [3] 83/15 83/18 84/13
had [42] 15/17 15/25 16/1 26/9 35/10
35/11 35/25 36/6 36/15 36/16 36/18 37/2
37/8 39/13 39/25 40/3 41/2 41/16 42/8
43/4 43/25 44/4 44/6 54/9 56/20 57/24
59/10 59/12 59/16 60/14 68/1 69/19
69/21 69/25 70/1 72/1 75/17 76/15 76/20
81/16 87/24 94/21
half [2] 2/18 90/13
HAMMOND [3] 1/2 1/15 1/23
hand [3] 21/15 22/3 22/4
handed [1] 83/1
handgun [2] 103/21 106/6
handing [1] 91/3 100/23
handkerchief [1] 49/5
handled [4] 42/20 59/10 59/12 59/16
hands [1] 20/14
happen [2] 87/1 102/24
happened [4] 34/25 45/18 49/5 49/13
happening [2] 35/7 86/3
happens [1] 65/10
happy [2] 56/3 87/21
Harley [2] 29/9 29/11
has [26] 2/6 7/21 11/3 20/5 30/5 42/20
44/1 46/21 49/5 49/10 72/18 78/6 78/17
79/1 79/17 79/22 80/3 80/8 80/10 80/15
84/12 95/13 95/21 98/24 101/19 106/9
hate [1] 86/19
have [104] 6/5 7/16 7/17 7/20 7/21 7/21
8/6 8/23 9/6 9/11 9/13 9/24 10/20 13/14
16/19 17/17 17/22 24/13 28/21 29/21
31/10 33/6 33/7 33/9 33/9 33/12 33/14
36/2 39/17 39/20 40/1 40/2 43/22 44/2
46/24 47/9 48/19 50/8 53/12 55/23 62/6
63/24 64/8 65/15 66/10 67/4 68/14 68/19
68/23 69/4 73/19 76/7 79/7 78/5 80/20
82/2 82/14 83/6 83/7 83/10 83/21 85/16
85/18 85/20 87/3 87/3 87/5 87/6 87/8
87/14 87/17 87/23 87/24 88/8 88/10
88/11 88/13 88/13 89/10 90/14 91/6
91/22 92/7 92/10 93/25 94/25 95/2 95/3
95/5 96/20 97/7 98/23 101/9 102/8 102/9
102/10 102/22 102/25 104/1 105/5
106/15 106/17 106/18 107/3
haven't [3] 34/3 86/24 103/1
having [16] 14/22 16/5 16/22 37/11 40/6
40/9 40/21 41/4 42/1 44/13 44/18 58/11

61/2 69/10 75/21 86/21
he [308]
he's [13] 3/7 3/7 3/12 21/7 23/13 31/24
31/24 41/1 89/25 90/15 91/18 92/5 92/7
106/10
head [6] 21/12 21/14 82/18 82/19 83/4
83/5
headphones [2] 26/15 26/17 26/18
hear [4] 20/19 55/7 65/10 91/20
heard [8] 6/24 9/15 16/4 29/20 78/18
79/10 79/11 106/18
hearing [1] 16/23
Hearsay [1] 55/4
hearty [1] 3/25
heating [1] 35/13
held [3] 1/9 72/1 90/3
Hello [1] 98/13
help [3] 82/11 91/25 106/22
her [18] 10/2 20/5 20/6 20/11 20/12
20/12 20/13 20/14 20/15 20/19 20/20
21/25 22/3 22/23 23/9 56/5 72/17 82/3
here [27] 7/21 9/4 10/25 11/12 13/13
32/23 34/22 51/12 52/2 58/9 63/23 65/15
78/4 79/7 87/12 87/19 88/1 89/25 90/12
92/7 95/20 101/25 106/5 106/15 106/20
106/23 107/3
hesitate [1] 59/23
Hey [1] 52/20
hiding [1] 64/9
Highway [1] 1/18
him [55] 3/4 3/11 3/13 3/15 7/24 7/25 8/9
8/12 15/19 34/12 35/15 36/3 36/6 37/8
39/3 39/13 39/14 39/25 40/7 40/24 41/12
41/23 41/25 42/1 42/8 42/11 42/12 43/7
43/16 44/17 44/18 44/20 46/1 46/15
53/19 55/13 57/5 57/21 58/3 58/16 58/21
62/17 74/21 74/25 75/18 77/1 77/2 80/19
81/7 83/1 83/20 83/21 84/17 90/2 106/9
himself [2] 19/25 82/11
his [90] 3/11 8/1 15/21 20/13 20/19 21/7
21/8 21/9 21/9 21/9 21/12 21/12 21/14
21/15 21/16 21/17 22/1 22/4 22/14 22/16
23/3 23/14 23/14 26/9 26/13 27/11 27/12
27/19 31/14 33/22 34/9 35/25 36/14 37/3
39/3 39/12 41/3 41/3 41/4 41/20 41/21
42/9 42/16 42/19 42/19 42/22 42/22
42/25 43/1 43/4 43/11 43/19 43/22 44/1
44/2 44/4 44/4 44/6 44/9 46/15 47/3
48/3 48/21 49/2 49/2 54/8 54/9 55/22
56/21 59/4 59/5 67/13 69/25 71/2 71/9
73/19 75/5 75/7 80/19 80/19 82/2 82/12
82/18 82/19 83/4 83/5 83/13 84/4 90/1
106/10
Hobart [1] 38/12
hog [1] 21/8
hold [2] 20/13 72/3
holding [2] 20/16 72/6
holster [1] 25/4
home [6] 8/1 49/25 50/9 87/20 88/14
89/10
honest [1] 82/24
Honor [47] 2/5 2/14 4/2 4/17 6/20 8/6 9/1
9/8 9/17 10/5 11/15 12/6 14/10 14/11
15/6 15/12 23/21 24/25 26/3 31/9 32/1
48/16 51/6 51/18 55/3 63/20 65/8 74/2
77/9 77/11 77/25 80/7 81/17 82/10 86/20
88/5 92/14 93/21 94/10 94/23 95/3 95/15
101/23 103/3 103/25 104/18 107/8
HONORABLE [1] 1/10
hotel [7] 25/22 37/16 38/10 50/10 57/3
57/6 60/18
hour [9] 2/18 66/16 85/20 87/16 87/16
88/10 88/11 90/13 107/11

**H**

hours [1] 17/12
house [17] 28/18 42/3 42/9 43/2 43/5 44/2 59/6 59/10 70/4 73/19
how [35] 2/12 3/2 5/8 8/12 12/4 17/16 17/16 17/18 19/12 27/7 34/7 37/1 43/9 43/22 44/8 44/16 48/11 52/13 52/16 58/3 58/4 64/22 65/5 78/20 92/11 93/14 94/19 96/6 97/20 97/21 98/2 101/5 102/4 106/2 106/22
Howard [3] 25/23 26/1 26/2
However [2] 80/23 93/10
HP [12] 13/2 28/8 29/13 29/21 39/17 39/22 41/3 50/17 57/18 57/21 61/2 78/25
huh [2] 19/1 55/12
HUMA [1] 1/17
hundred [3] 52/14 53/21 54/2
hundredth [1] 53/24
hussie [2] 21/23 22/19

**I**

I'd [8] 44/24 45/7 53/9 62/6 78/18 90/7 92/21 99/15
I'll [21] 2/19 7/20 10/2 11/25 22/18 38/1 45/8 45/9 56/3 63/22 65/9 67/17 87/12 87/20 88/17 90/14 99/20 100/19 101/3 103/21 107/12
I'm [42] 2/12 2/25 3/4 5/3 7/20 8/6 16/22 24/23 29/11 30/1 33/25 34/2 34/2 37/20 37/20 40/18 49/7 51/14 51/14 51/23 52/20 56/4 60/22 61/8 72/19 72/19 75/22 87/13 88/14 90/8 93/22 97/13 98/14 98/15 98/24 99/10 100/10 100/12 102/22 105/7 106/12 106/13
I've [22] 7/18 12/15 13/22 34/22 37/5 37/23 38/7 38/24 39/22 40/3 40/9 41/9 42/4 42/25 45/20 78/8 86/17 93/18 95/14 102/24 103/22 107/15
icon [1] 41/3
idea [1] 79/24
identified [6] 12/16 29/21 70/7 84/1 84/8 97/1
identify [6] 28/23 29/5 30/8 30/15 68/23 69/8
identifying [2] 69/6 70/3
identity [1] 26/9
III [1] 1/7
IL [1] 1/18
important [5] 7/14 88/20 88/20 88/21 89/9
impossibility [1] 79/4
impossible [3] 81/11 81/13 81/19
improper [1] 64/5
include [2] 5/14 11/3
included [2] 17/18 94/1
Including [1] 24/13
inclusive [3] 91/4 91/16 98/12
inconsistency [2] 100/8 100/9
inconsistent [4] 7/11 100/5 106/20 106/21
incorrectly [1] 104/1
INDEX [1] 109/1
INDIANA [4] 1/1 1/15 1/23 38/12
indicate [6] 26/9 35/25 36/15 69/18 69/22 70/1
indicated [7] 7/9 28/24 46/20 49/24 70/3 79/21 86/15
indicates [1] 57/23
indicating [1] 27/11
indication [1] 79/14
Indictment [19] 79/10 79/19 79/21 83/13 85/13 91/5 95/7 96/14 96/15 96/17 96/17 96/20 96/24 97/3 97/17 100/16 100/17

individual [1] 26/12
individuals [1] 84/3
indoor [1] 19/17
indoors [1] 19/11
inform [1] 43/7
information [8] 5/24 7/22 32/22 33/24 36/5 64/9 69/20 89/5
informed [1] 43/8
informing [1] 44/12
initialed [1] 33/19
initially [2] 20/7 20/18
initials [1] 32/9
insert [2] 22/1 39/3
insertion [1] 99/2
inside [11] 19/12 20/17 25/4 25/13 25/16 25/18 25/19 25/22 25/22 26/14 42/20
insist [1] 51/10
insofar [1] 81/10
instruction [28] 51/17 63/24 86/10 87/15 90/1 91/24 92/13 92/15 92/20 93/25 94/4 94/6 97/4 97/5 97/16 97/22 98/20 101/1 101/4 101/18 101/25 103/22 104/15 106/6 106/11 106/12 106/13 107/14
instructions [20] 83/10 87/17 87/19 88/9 88/12 88/15 88/18 89/23 90/13 90/15 91/4 91/15 93/22 94/9 96/15 96/25 99/14 101/21 107/12 107/15
insufficient [1] 85/6
intended [2] 80/11 80/11
interaction [2] 16/1 48/20
interactions [1] 46/12
interstate [1] 84/20
interpretation [1] 58/2
interrupted [1] 2/10
interruption [1] 2/15
interstate [1] 84/20
interview [45] 4/21 4/24 5/13 6/2 6/5 6/15 14/15 14/25 15/17 16/2 25/24 31/16 31/19 31/21 31/23 32/24 33/1 33/25 34/7 34/8 35/8 36/8 36/25 42/17 43/3 44/11 45/11 45/19 45/23 46/9 46/12 46/21 49/17 49/20 49/24 57/5 58/6 68/2 68/4 68/7 68/20 69/12 69/18 70/19 76/4
interviewed [8] 5/5 5/8 15/23 26/4 67/21 69/10 74/21 80/10
interviewer [1] 69/4
interviewers [1] 5/11
interviewing [4] 5/10 5/12 35/15 46/20
interviews [3] 47/9 68/12 69/11
introduction [1] 15/1
introductory [1] 14/22
investigate [1] 16/8
investigated [1] 80/22
investigation [2] 41/2 61/18
invited [1] 38/18
involved [4] 54/12 55/23 89/6 89/8
iPhone [3] 9/10 9/11 9/15
iPhones [1] 89/4
is [200]
isn't [5] 47/5 49/12 52/25 76/5 76/11
issue [1] 76/15
it [285]
it's [50] 7/4 8/12 9/10 10/6 11/3 12/18 18/12 19/14 21/21 25/4 25/8 26/24 27/15 52/25 74/3 78/3 79/3 81/13 86/9 88/20 88/20 88/21 89/1 89/24 91/5 93/12 93/12 94/6 95/22 95/22 97/1 97/12 98/25 99/6 100/5 100/7 101/18 101/25 102/13 103/9 103/10 104/2 104/5 104/7 104/15 104/21 106/13
items [3] 24/10 25/16 25/19

its [7] 78/18 79/17 80/3 80/15 81/11 102/25 103/14
itself [1] 79/12
IV [1] 1/7

**J**

J-A-N [1] 21/2
jacket [4] 25/17 25/18 25/19 25/21
JAMES [1] 1/10
Jan [1] 21/2
Jelly [3] 39/2 39/11 39/12
jet [2] 29/7 29/8
JILL [2] 1/14 51/4
John [3] 30/13 83/17 84/7
join [1] 31/23
JUDGE [85] 1/10 2/18 3/14 3/19 7/1 8/14 9/3 11/2 13/5 13/13 13/18 14/5 14/8 15/8 18/4 24/19 29/24 30/4 32/15 34/5 34/17 37/24 39/7 44/24 49/23 51/9 51/15 51/22 52/5 56/4 56/6 56/9 62/18 62/25 63/11 64/4 64/14 64/24 65/6 65/12 65/14 65/17 65/21 69/2 71/15 72/12 72/19 77/14 77/18 78/16 78/19 81/25 82/4 84/24 85/18 85/21 86/8 86/13 86/25 87/22 89/18 90/16 91/9 91/10 91/20 93/16 93/25 95/22 96/10 97/14 98/14 99/10 100/14 100/18 101/7 102/5 102/13 103/20 104/12 104/20 104/25 105/19 105/24 106/25 107/4
judges [1] 9/20
judgment [2] 85/5 85/14
July [5] 1/9 79/1 79/8 79/9 84/2
July 1 [1] 79/9
jump [1] 19/19
Jurors [1] 3/24
jury [38] 2/20 3/20 3/21 5/8 6/9 7/15 8/23 11/1 12/6 12/7 13/23 14/19 14/24 25/11 34/19 45/11 51/11 51/18 64/2 65/9 65/18 65/19 69/23 78/13 81/4 82/14 83/12 85/12 86/7 87/20 88/1 88/2 89/13 95/16 96/16 96/25 97/2 97/18
just [58] 2/3 2/13 5/12 6/18 8/14 9/4 9/19 10/14 10/18 13/18 14/12 19/18 20/13 20/21 20/22 32/24 34/19 39/20 45/2 56/7 56/19 59/16 60/16 60/23 61/4 63/2 64/17 64/25 65/14 67/2 67/16 71/13 73/16 78/7 78/23 82/8 87/7 87/11 87/25 89/8 90/19 91/2 92/9 92/14 92/21 93/4 93/6 93/12 94/6 96/16 96/18 97/2 97/16 97/17 99/17 101/9 102/23 104/6

**K**

K-L-E-U-T-E-R-K-U-T-J-E [1] 21/22
K-L-E-U-T-E-R-L-E-U-T-J-E [1] 22/19
K-Y [3] 39/2 39/11 39/12
K.M [2] 14/16 103/8
KDV02 [1] 22/6
keep [3] 87/9 93/11 107/12
Kell [2] 22/18
kept [1] 84/4
kid [2] 35/24 44/21
kind [50] 9/9 19/14 35/5 43/24 47/23 49/8 51/12 52/19 96/3 99/18
kindergarten [1] 21/22
king [2] 21/23 22/19
kitty [1] 22/7
knew [6] 34/13 35/2 48/8 49/3 53/9 81/7
knife [3] 41/25 58/25 59/2
knock [1] 52/21
know [58] 4/24 12/16 19/10 19/12 21/21 21/21 27/7 34/15 35/4 36/3 36/5 41/5 41/7 45/18 45/23 45/25 46/1 46/3 46/5 46/6 46/8 46/11 46/17 47/1 47/3 47/4 47/6 47/12 47/24 48/19 51/5 52/14 53/18

## K

know... [25] 55/14 55/17 60/17 61/9
63/12 66/7 66/22 66/24 73/12 81/23
82/8 82/22 86/23 91/7 92/3 95/2 99/9
101/16 101/20 102/13 103/5 103/15
106/8 106/9
knowing [7] 34/22 41/9 58/14 66/23 67/5
67/10 67/11
knowingly [1] 74/17
knowledge [6] 53/12 53/18 53/19 74/21
76/15 76/21
known [1] 35/10
knows [7] 5/20 43/16 43/16 47/18 48/12
53/2 75/7
KOSTER [3] 1/14 7/8 51/4
Kyle [44] 4/21 6/3 6/10 14/16 15/1 15/17
16/1 34/12 34/14 34/22 35/1 35/15 37/9
37/13 37/16 37/21 38/8 38/16 38/25
45/12 45/23 46/13 46/15 47/22 47/23
49/24 50/9 55/13 55/20 56/24 57/1 57/9
66/23 66/24 67/2 67/17 67/21 68/2 68/19
69/8 69/12 74/24 76/7 84/9

## L

L-U-T-O [1] 18/10
Ladies [2] 78/2 88/7
Lake [2] 5/3 46/6
Lana [1] 31/22
language [5] 92/13 92/15 95/21 100/1
105/12
laptop [30] 13/3 29/13 29/18 29/21 30/9
30/11 30/23 39/13 39/17 39/17 39/19
39/20 39/22 39/25 40/1 40/3 40/6 40/9
40/21 41/3 50/17 57/18 57/18 57/24
58/11 61/2 79/5 80/19 81/12 81/12
large [1] 18/15
last [11] 2/6 8/5 8/10 10/11 10/12 40/20
59/4 66/25 67/1 67/4 103/25
late [1] 88/13
later [6] 55/1 79/11 79/16 80/1 81/15
99/21
law [29] 5/5 5/9 16/2 16/8 16/15 17/7
17/13 25/24 27/17 31/16 34/9 36/5 42/11
53/2 68/4 68/20 69/20 73/15 74/1 78/6
80/22 80/25 83/7 83/23 84/10 88/9 88/12
89/23 93/18
lawyer [10] 33/8 33/9 33/10 33/12 33/17
57/12 75/2 75/11 75/17 75/21
lay [1] 14/18
laying [1] 19/21
lean [1] 16/22
learn [2] 43/3 89/5
learned [3] 41/2 80/22 81/18
least [2] 58/5 96/16
leave [1] 10/14
leaves [1] 20/18
left [3] 4/20 14/23 29/10
legal [1] 73/25
legally [1] 73/22
legs [1] 21/9
length [3] 17/9 17/9 17/11
lengths [1] 17/5
less [1] 80/14
let [10] 8/25 27/4 34/16 41/20 82/3 87/7
87/11 87/23 91/7 107/12
let's [5] 46/13 52/8 65/23 86/9 106/14
letters [1] 62/22
letting [1] 40/1
lie [9] 5/21 47/13 47/19 47/24 48/4 48/5
48/8 48/13 49/3
life [3] 37/3 39/12 56/21
light [2] 85/1 85/11
like [24] 6/24 9/20 9/20 17/17 18/6 19/5

25/13 35/5 36/17 43/14 43/17 44/24 45/7
49/5 59/10 64/9 77/14 78/18 87/8 87/9
92/21 98/16 99/15 100/7
likely [1] 87/14
likes [4] 6/7 6/7 43/14 43/14
lily [1] 21/23
LimeWire [10] 13/2 40/24 41/3 41/4 41/6
41/9 41/19 58/14 58/17 81/19
limine [4] 10/2 12/23 13/7 13/10
line [9] 27/9 27/15 32/10 32/12 32/12
64/4 64/10 80/24 103/25
lines [4] 16/16 32/10 80/25 102/14
link [1] 26/20
linking [1] 42/12
listed [2] 102/22 102/24
listen [2] 78/11 88/24
listened [1] 82/5
listing [1] 17/8
little [13] 5/14 6/23 10/19 18/16 18/21
19/15 19/19 45/2 52/18 63/23 93/3 94/20
100/7
lived [2] 35/5 54/6
locate [1] 65/14
located [3] 25/14 25/16 25/17
location [3] 24/10 31/3 32/24
logical [1] 79/4
long [4] 2/12 17/16 52/17 63/23
longer [3] 20/21 20/24 78/12
look [11] 22/17 82/22 82/23 92/7 97/3
99/10 105/1 105/4 106/8 106/14 106/15
looking [5] 19/2 43/14 91/7 98/14 105/7
looks [1] 64/9
lose [1] 2/23
lost [1] 53/8
lot [1] 43/24
loud [1] 71/18
Love [1] 21/23
Lucie [3] 23/17 32/25 62/13
Lugers [1] 83/2
lunch [4] 65/9 78/3 78/12 85/23
Luto [1] 18/10
lying [4] 21/7 21/25 23/2 23/2

## M

ma'am [15] 8/13 25/25 31/8 64/3 92/11
92/20 93/23 96/3 96/6 97/4 97/11 97/12
97/21 98/9 101/6
machine [1] 75/8
made [6] 25/22 45/24 64/6 89/22 106/19
106/21
make [10] 2/20 2/21 10/25 19/6 30/11
43/13 44/12 73/9 78/16 87/21
making [3] 72/22 81/6 95/18
male [22] 18/18 18/18 19/21 19/21 19/24
20/1 20/8 20/8 21/4 21/5 21/6 21/10
21/15 22/1 22/3 22/14 22/15 22/24 23/2
23/6 23/6 23/12
males [2] 22/10 22/13
man [5] 18/9 21/3 21/19 23/11 106/10
manipulate [1] 75/8
many [12] 17/16 17/18 47/11 48/11 52/13
56/17 56/20 56/21 58/3 58/4 63/13 80/23
mark [4] 56/7 62/16 62/18 77/14
marked [8] 13/14 14/2 24/21 25/6 32/2
32/17 50/18 77/2
marshals [1] 90/10
mask [3] 20/5 20/6 20/9
master [2] 28/19 28/20
masturbate [1] 19/25
masturbating [3] 22/2 22/11 23/6
masturbation [3] 10/7 10/8 19/23
matching [1] 30/11

material [4] 6/6 81/15 81/16 82/12
Matt [2] 4/4 109/3
matter [1] 108/4
matters [1] 102/20
may [17] 4/1 14/18 34/17 51/6 62/16
71/11 71/12 73/6 77/9 77/12 78/11 78/19
99/17 102/15 105/4 106/19 106/20
maybe [4] 43/25 52/14 53/9 81/12
McGRATH [3] 1/14 9/22 51/4
me [64] 7/7 8/9 8/12 8/21 8/25 9/5 9/20
11/23 22/5 22/18 27/4 29/10 31/10 34/11
34/16 37/24 41/20 49/23 56/4 59/14
65/11 71/18 86/24 87/7 87/10 87/11
87/23 90/12 90/22 91/7 92/8 93/4 94/18
95/24 98/3 98/25 100/13 102/21 103/1
103/24 104/17 105/5 106/6 106/16
107/14 107/14
mean [7] 8/11 10/12 40/12 49/13 57/24
60/14 92/3
meaning [2] 31/3 58/8
means [1] 97/24
meant [1] 60/16
media [2] 78/11 88/25
meet [3] 9/23 78/18 79/17
meets [1] 9/25
memory [3] 55/22 63/8 71/20
mention [1] 13/20 63/19
mentioned [6] 19/2 25/21 34/11 55/8
63/18
met [5] 15/17 78/24 79/5 80/3 80/15
Miami [1] 31/24
Michael [2] 54/13 70/7
microphone [1] 16/21
middle [3] 29/8 29/12 33/4
Midwest [1] 76/1
might [4] 55/23 66/12 91/25 104/16
mind [3] 49/2 73/12 93/11
minor [1] 95/9
minute [3] 6/10 7/5 12/13
minutes [15] 2/14 7/22 14/15 14/25 17/8
17/16 17/17 63/25 64/14 64/16 65/6
78/21 85/20 86/10 90/21
Miranda [3] 54/19 66/10 66/13
mischaracterization [2] 30/3 39/8
mischaracterized [1] 59/13
misrepresent [1] 67/16
mistake [2] 95/19 96/4
model [1] 30/11
modification [2] 97/25 104/13
modifications [2] 100/25 103/23 105/4
modified [12] 97/7 99/24 100/13 100/25
101/4 101/5 101/13 102/6 103/21 104/9
104/15 105/6
modify [2] 97/20 107/15
molested [1] 20/3
molesting [1] 103/8
moment [4] 56/23 64/25 76/14 77/9
momentary [1] 52/20
Monday [1] 60/15
money [1] 35/25
months [1] 6/18
MOODY [1] 1/10
more [10] 30/4 41/17 48/14 64/22 87/13
90/21 93/1 96/10 96/13 103/6
morning [11] 3/23 3/25 34/10 52/21 54/8
66/3 66/4 88/16 89/11 90/11 94/21
Moscow [1] 22/19
most [6] 2/18 3/15 85/2 85/11 88/20 89/8
mostly [1] 8/15
motel [2] 60/1 60/24
motels [1] 36/20
mother [2] 8/1 44/1
motion [10] 3/12 7/10 10/2 13/7 78/16

**M**

motion ... [5] 85/1 85/14 87/13 89/15
93/16
motions [6] 2/20 2/23 12/23 13/10 65/10
78/15
motorcycle [4] 29/8 29/9 31/12 31/13
motorcycles [1] 29/7
mouth [4] 21/14 21/17 23/7 23/9
move [9] 8/3 10/16 12/21 12/25 13/15
38/1 51/25 57/15 77/15
moved [2] 43/25 84/12
moves [4] 12/12 24/16 32/13 43/24
Mr [1] 85/19
Mr. [18] 9/22 25/24 34/9 35/2 35/9 44/19
44/20 50/25 53/13 57/23 70/12 77/5 86/3
86/4 88/4 89/14 90/2 90/17
Mr. McGrath [1] 9/22
Mr. Polidori [1] 70/12
Mr. Resnick [10] 25/24 34/9 35/2 44/19
44/20 50/25 53/13 57/23 77/5 86/4
Mr. Resnick's [1] 35/9
Mr. Wigell [5] 86/3 88/4 89/14 90/2 90/17
Ms. [1] 7/8
Ms. Koster [1] 7/8
much [5] 20/24 64/11 64/22 65/5 78/20
multiple [3] 68/5 80/12 94/8
mumbling [1] 91/21
must [2] 33/5 107/13
mutual [1] 19/23
my [25] 3/1 9/16 11/15 13/9 18/2 33/15
33/15 37/5 40/20 48/20 52/20 54/1 58/2
73/2 73/12 74/12 76/16 79/13 82/7 82/21
87/7 87/10 87/23 93/18 98/14
myself [4] 31/22 56/10 65/17 94/21

**N**

N-O-W [1] 21/22
name [6] 16/10 54/18 61/25 76/3 99/2
99/3
named [1] 3/2
names [16] 8/5 8/10 10/11 10/12 10/18
34/11 34/12 47/4 54/11 54/14 55/16
66/25 67/1 67/3 67/4 67/10
naming [1] 35/4
Navy [1] 25/9
near [3] 38/12 38/13 38/14
necessary [5] 8/17 11/12 51/21 71/12
89/24
need [8] 18/2 64/23 68/22 69/4 78/5
78/20 82/8 85/18
needed [4] 64/25 75/2 90/8 101/25
needs [2] 101/19 105/12
never [1] 39/12
new [7] 20/2 21/2 21/2 21/20 21/23
50/12 59/19 100/25 101/1 102/7 104/15
104/21
news [2] 78/11 88/25
next [11] 4/3 9/16 20/10 27/10 28/7 29/1
32/9 35/7 77/13 77/24 93/3
nexus [1] 84/20
nice [1] 89/10
night [4] 37/17 50/10 87/9 87/9
night's [1] 89/11
nine [9] 18/19 19/9 19/21 20/4 77/22
77/23 80/13 87/20 89/12
nine o'clock [1] 89/12
Nintendo [1] 36/8
no [111]
No. [9] 23/11 23/11 50/18 91/24 98/20
99/14 103/22 104/15 106/13
No. 1 [3] 23/11 50/18 99/14
No. 11 [1] 106/13
No. 13 [2] 91/24 98/20

No. 17 [1] 103/22
No. 20 [1] 104/15
No. 4 [1] 23/11
No. 9 [1] 53/2 67/11
NORTHERN [1] 1/1
not [128]
note [1] 57/23 83/15
noted [2] 42/16 44/18
notes [5] 18/2 33/25 37/5 59/14 98/14
Nothing [4] 44/22 75/23 77/8 99/15
notice [2] 53/16 53/19
notify [1] 53/12
notifying [1] 53/13
November [2] 5/1 6/15
November 25 [1] 6/15
November 25th [1] 5/1
now [32] 7/4 7/10 7/12 11/7 12/9 14/12
18/1 26/14 29/20 30/19 33/12 33/24
40/20 47/12 50/5 52/18 52/19 54/14
54/18 61/2 61/16 67/16 82/20 86/18 88/8
92/7 97/20 98/5 101/4 102/6 105/5
107/12
nude [8] 19/17 19/22 20/3 20/8 21/24
22/12 23/1 23/13
number [10] 21/20 29/20 45/6 52/11 79/20
numbered [3] 91/4 91/15 98/12
numbers [1] 62/22
numerous [2] 37/3 84/7

**O**

o'clock [9] 52/21 66/16 78/4 78/12 85/15
86/9 87/15 89/12 91/6
oath [2] 4/11 4/14
obese [1] 20/8
object [4] 13/4 51/22 64/9 93/20
objecting [1] 104/3
objection [50] 6/22 6/23 7/4 7/8 10/23
13/10 13/17 15/7 18/4 24/18 29/24 32/14
39/7 48/16 51/6 55/3 56/6 63/20 68/24
72/12 72/17 72/24 73/14 73/25 76/18
77/17 81/24 93/24 94/11 96/21 98/15
99/23 100/15 100/16 101/3 101/12 102/2
102/3 102/14 103/3 103/19 104/10
104/18 104/19 104/23 104/24 105/5
105/18 105/21 105/22
objections [6] 91/15 91/22 98/12 99/13
105/15 107/6
observing [2] 58/8 58/10
obtain [5] 16/10 16/15 81/13 81/18 89/5
obvious [2] 49/10 49/18
obviously [1] 80/21
occasion [2] 34/18 44/1
occasionally [2] 60/17
occasions [1] 44/3
occur [1] 5/2
occurred [4] 6/15 6/18 46/12 80/14
October [1] 108/6
off [5] 4/20 9/6 19/4 57/15 100/16
offense [1] 80/18
offer [8] 11/5 11/7 11/8 11/20 11/22
11/23 44/8 94/3
offered [3] 10/19 51/11 107/1
officer [6] 17/7 46/8 46/13 47/12 48/1
74/1
officers [1] 66/1
Official [1] 1/21
oh [6] 26/2 55/17 57/11 60/22 91/17
106/18
okay [136]
old [5] 16/22 21/4 80/13 87/10 102/8
Olympia [1] 1/18
omitted [1] 93/25
once [2] 9/8 61/4

one [68] 2/6 2/9 20/13 22/11 27/15 27/24
29/10 29/11 29/17 31/4 32/9 33/10 35/11
36/13 39/3 41/18 43/24 44/2 47/2 47/5
47/6 48/15 49/9 50/21 50/24 51/2 53/22
53/24 55/19 56/1 56/3 56/12 57/13 59/4
62/4 62/5 62/7 68/10 73/13 76/23 77/1
78/4 78/12 78/23 80/4 80/7 80/16 83/13
85/15 86/9 87/12 88/10 93/1 93/14 95/9
96/10 96/23 97/6 97/11 98/16 98/18
99/21 101/1 103/15 104/22 105/7 107/1
107/11
one o'clock [4] 78/4 78/12 85/15 86/9
ones [4] 47/4 91/23 93/20 102/22
online [1] 82/12
only [20] 8/8 17/17 22/12 23/13 23/22
30/20 32/2 41/25 55/8 79/10 79/24 80/11
85/6 86/9 93/24 102/15 102/15 102/18
104/17 106/21
oOo [1] 108/2
open [7] 2/1 23/9 64/20 85/24 90/25
91/12 100/21
openly [2] 54/23 56/5
opens [1] 18/11
operating [2] 75/8 83/8
opinion [2] 78/10 88/25
opposed [1] 69/6
oral [3] 19/25 21/5 21/18
order [2] 12/23 13/10 13/10
other [40] 22/12 22/14 22/15 25/19 29/9
30/22 44/1 45/20 45/24 46/6 47/3 47/21
47/21 48/7 49/12 53/6 54/11 55/23 57/14
57/15 61/12 63/16 63/18 64/6 68/10
81/19 89/7 90/14 93/20 93/24 94/19 97/7
99/13 101/20 102/22 103/23 105/15
105/25 106/19 107/6
other's [1] 68/7
others [1] 76/24
otherwise [1] 73/23
our [3] 57/5 63/23 92/12
out [26] 6/6 10/13 14/22 19/6 19/13
21/13 25/22 31/4 32/8 51/14 51/16 53/10
61/17 69/20 69/25 71/18 82/12 82/12
82/25 91/8 93/4 101/8 104/6 104/16
105/3 105/23
outside [5] 12/6 18/19 19/11 72/5 73/3
over [9] 35/19 37/3 41/24 44/2 52/18
52/21 83/23 92/7 104/1
overhead [3] 91/25 92/3 92/5
overnight [4] 37/13 37/18 38/7 56/24
overruled [10] 18/5 30/6 39/9 48/18
51/25 69/1 72/14 74/12 79/19 105/17
oversight [2] 96/1 96/2
Owen [7] 83/17 84/3 99/4 99/5 106/4
106/5 106/9
own [6] 36/1 49/2 53/18 67/13 73/17 79/2
ownership [5] 26/5 26/7 70/12 70/14 71/2
owning [3] 39/22 57/18 73/10

**P**

P-R-E-S-B-I-T-E-R-O [1] 85/8
P-R-I-V-A-D-O [1] 21/21
p.m [4] 90/24 91/11 100/20 107/21
P101 [1] 21/3
P229 [1] 84/1
P229R [1] 79/19
packet [1] 98/17
page [18] 25/2 28/1 28/7 28/7 28/10
28/21 29/1 31/7 59/5 71/17 77/15 85/3
85/5 85/8 109/3 109/4 109/4 109/5
page 11 [1] 28/1
page 12 [1] 28/7
page 15 [1] 28/10
page 4 [1] 71/17

**P**

page 43 [1] 31/7
page 657 [1] 85/8
page 704 [1] 85/8
page 835 [1] 85/5
pages [2] 13/14 83/1
pages 4 [1] 85/13
pans [1] 22/25
pants [1] 21/12
paper [1] 34/4
paragraph [5] 71/15 71/17 93/9 97/21 102/14
paragraphs [1] 71/13
Pardon [4] 9/5 37/24 49/23 56/4
parent [1] 46/15
parents [7] 8/6 15/21 35/5 46/1 55/16 68/12 68/14
parlance [1] 76/9
part [16] 7/9 7/10 10/24 12/2 12/3 13/11 13/12 14/23 14/23 58/7 61/16 62/9 62/9 63/13 68/23 69/5
participate [2] 31/9 68/8
particular [5] 26/17 34/10 35/17 39/20 83/6
parties [1] 88/17 94/2 95/25 97/20
parts [1] 21/21
party [8] 37/8 37/18 37/21 38/8 38/10 56/25 56/25 91/3
pass [2] 21/23 22/19
past [1] 26/10
pattern [3] 60/15 83/9 94/6
pedo [5] 18/10 21/2 22/7 22/20 23/10
peer [2] 81/19 81/19
peer-to-peer [1] 81/19
penis [10] 21/13 21/16 21/17 22/1 22/4 22/14 22/24 23/3 23/14 23/14
pens [1] 34/16
people [10] 43/14 43/17 54/12 55/23 87/9 89/6 89/7 89/7 98/21
per [1] 88/11
perform [1] 21/18
performing [2] 19/25 21/5
perhaps [1] 97/18
period [3] 19/24 20/7 20/16
permission [6] 6/21 15/5 23/21 26/23 32/1 32/19
permit [1] 88/23
permitted [1] 73/22
person [4] 1/20 33/2 70/7 106/7
personal [1] 89/4
personally [1] 77/3
phase [1] 88/7
phone [2] 9/6 9/9
phones [1] 89/3
photograph [10] 25/3 25/4 25/11 28/7 28/11 28/22 29/1 29/4 29/6 43/19
photographs [1] 82/25
photos [3] 24/1 24/5 24/7
physical [1] 5/23
picked [2] 31/4 82/25
pickup [1] 26/19
picture [5] 20/8 29/10 31/12 84/9 84/10
pictures [4] 80/1 83/2 84/10 84/12
piece [1] 34/4
pistol [2] 28/12 28/17
place [4] 4/25 19/5 38/11 54/6
places [3] 20/17 22/4 23/3
Plaintiff [1] 1/3
plan [1] 53/3
Platinum [1] 79/19
play [4] 14/14 14/24 15/5 15/9
played [3] 15/10 15/14 17/5

playing [2] 19/11 22/7
Plaza [2] 1/15 1/22
plea [2] 74/10 74/13
plead [1] 74/13
please [20] 2/3 3/20 18/1 18/8 19/7 28/3 32/23 33/4 53/6 55/7 63/24 64/22 65/18 65/20 73/7 78/14 88/1 88/3 91/2 106/16
pled [2] 61/9 95/13
Podgorski [4] 16/4 30/8 83/17 84/7
Pohl [1] 51/3
point [25] 18/23 19/9 19/18 21/13 21/16 23/4 35/12 35/14 39/3 40/20 43/3 44/11 44/12 45/15 49/15 55/1 66/23 69/5 69/19 71/13 71/15 75/20 81/6 93/3 96/16
pointing [1] 104/6
police [3] 5/3 46/8 69/24
Polidori [5] 54/13 70/7 70/12
polygraph [12] 38/18 38/24 55/9 55/10 57/11 57/16 74/25 75/1 75/3 75/8 75/13 75/21
pool [11] 19/11 19/11 19/12 19/17 37/8 37/18 37/21 38/8 38/10 56/25 56/25
porn [2] 61/2 79/3
pornography [34] 12/14 13/2 17/2 17/14 30/16 40/6 40/9 40/15 40/21 40/22 43/4 43/11 43/14 44/8 50/25 58/11 61/10 74/14 74/18 74/22 79/4 80/17 80/19 80/21 81/3 81/4 81/5 81/7 81/11 81/13 81/18 81/22 82/16 95/10
Port [51] 23/16 32/25 62/12
portion [5] 6/5 7/18 32/10 33/14 33/21
possess [1] 73/22
possessed [3] 72/1 74/17 84/2
possessing [2] 73/10 74/21
possession [11] 50/25 61/10 61/14 71/3 73/12 74/14 79/18 83/25 84/5 84/19 95/12
possibility [1] 43/23
possible [3] 5/17 81/13 81/16
Possibly [1] 53/11
preliminary [1] 7/14
preparation [2] 46/17 61/16
preparatory [1] 7/11
prepare [1] 86/21
prepared [3] 6/9 66/1 94/21
prepubescent [2] 20/4 21/24
Presbitero [1] 85/7
presence [5] 12/6 12/7 78/5 88/23 90/1
present [16] 1/20 3/7 3/11 23/16 27/12 31/21 33/12 33/17 45/12 45/22 50/7 51/3 51/19 54/8 67/20 67/23
presented [3] 7/12 83/11 85/10
preteen [2] 21/3 22/6
pretty [2] 47/5 64/11
preview [1] 9/18
previous [1] 30/3
previously [10] 12/17 13/6 14/2 24/21 32/17 50/18 77/20 78/8 81/16 103/5
print [1] 93/4
prior [5] 46/12 46/18 69/19 71/2 84/9
Privado [1] 1/20
probably [11] 3/15 52/14 62/6 64/1 65/10 86/10 86/11 90/12 91/21 97/9 97/10
problem [2] 76/17 95/17
problems [1] 44/19
Procedure [1] 85/5
proceed [2] 4/1 85/15
proceedings [10] 1/6 1/9 1/25 2/1 64/20 85/24 90/25 91/12 100/21 108/4
process [2] 43/25 62/9
produced [1] 1/25
program [2] 40/24 41/6
programs [1] 81/19

propensity [1] 92/19
propose [1] 93/1
proposed [5] 92/2 94/4 98/19 106/3 107/12 113/3
prosecution [1] 85/2
protocol [8] 5/11 46/20 46/22 46/24 47/1 48/10 49/4 76/4
prove [3] 83/6 83/8 83/10
proved [3] 80/8 80/10 80/18
prover [2] 58/6 58/8
provide [7] 5/24 13/24 18/1 30/13 33/1 36/5 90/15
provided [3] 82/14 84/4 97/1
proving [1] 80/15
proximity [1] 23/3
PTHC [5] 18/10 20/2 21/23 22/7 23/10
PTSC [2] 21/22 22/17
publish [3] 6/21 26/23 32/19
published [4] 24/24 28/2 31/8 63/3
pull [2] 16/21 20/15
pulled [2] 37/3 83/23
pulls [1] 21/12
punishable [1] 41/17
puppy [2] 36/10 36/14
purchased [1] 84/3
purpose [1] 102/19
purposes [1] 102/21
pursuant [3] 50/21 61/3 74/10
pushes [2] 87/17 88/12
put [8] 5/17 9/19 13/14 20/19 35/19 56/1 83/5 84/15
puts [1] 20/13
putting [1] 82/18

**Q**

qualified [1] 59/6
qualifies [1] 81/4
question [12] 11/15 18/25 27/5 42/15 49/18 51/18 55/7 67/7 72/21 73/2 73/16 76/17
questioned [1] 35/18
questioner [1] 58/6
questioning [4] 33/9 33/11 64/5 64/10
questions [25] 33/5 33/8 33/12 33/16 45/6 45/8 45/9 47/22 48/7 48/11 49/8 49/9 49/17 56/5 57/15 58/3 58/4 58/16 66/18 68/17 69/14 70/18 71/1 77/11 82/21
Quick [1] 18/25
quiet [1] 82/9
quit [1] 19/18
quite [4] 47/8 81/13 81/17 83/15
quoting [1] 85/9

**R**

range [8] 16/5 16/11 16/17 72/5 73/12 73/23 84/17 84/18
ranges [1] 72/4 73/4 77/6
rapport [1] 54/5
rather [5] 49/10 78/7 79/19 88/13 90/7
rational [1] 85/12
RASHID [1] 1/17
RAYMOND [1] 1/17
reaches [3] 21/15 22/3 22/15
react [1] 44/16
read [20] 11/13 13/15 13/22 33/2 33/4 33/15 33/18 37/24 45/20 50/15 71/12 71/18 87/17 88/11 88/17 88/24 97/21 99/6 103/24 106/16
readily [1] 77/5
reading [2] 18/20 62/14
reads [1] 97/20
ready [7] 2/4 3/18 7/7 14/7 14/9 65/11 65/13

R

real [1] 51/14
really [7] 2/13 38/4 43/23 64/6 70/5 87/6
106/12
reasonable [1] 83/12
reasons [1] 12/22 13/9 53/5 53/6 53/7
rebuttal [1] 3/15
recall [28] 4/4 4/22 23/19 27/23 28/6
28/17 29/22 31/5 35/4 35/7 48/11 50/11
54/14 58/4 59/24 63/18 63/24 65/25 66/2
66/5 66/7 67/21 69/15 70/2 71/3 71/5
75/5 76/16
recalling [3] 37/5 56/12 56/13
receipt [4] 25/21 25/22 25/22 26/7
recess [10] 63/24 64/19 78/2 78/7 85/23
87/18 90/24 91/11 100/20 107/21
recesses [1] 63/25
recollection [4] 59/14 66/9 71/8 79/13
record [16] 10/24 11/21 12/2 12/3 13/12
13/15 14/13 14/14 20/21 33/4 33/19
80/13 92/19 92/21 99/6 108/4
recorded [2] 4/22 4/24
records [4] 16/10 16/15 16/19 84/15
recount [1] 30/5
recover [2] 81/1 87/10
Recross [3] 75/24 76/1 109/5
RECROSS-EXAMINATION [2] 76/1
109/5
red [2] 48/5 49/18
redact [1] 7/9
redacted [5] 7/10 91/5 100/17 100/24
105/20
redaction [1] 7/13
redirect [4] 65/5 66/19 66/20 109/4
refer [2] 18/2 96/15
reference [3] 9/20 45/24 97/16
referenced [1] 96/24
referred [2] 25/8 47/3
referring [5] 43/10 60/21 62/6 62/9 73/3
refers [1] 60/19
reflect [1] 94/8
refresh [3] 63/8 66/8 71/8
refreshes [1] 71/19
refreshing [1] 55/22
refusal [1] 57/11
refused [1] 38/24
regard [2] 71/2 82/21
regarding [13] 16/4 31/2 35/15 38/20
38/24 39/25 45/11 51/19 71/25 75/13
81/6 94/1 106/4
related [2] 61/13 103/1
relation [6] 94/15 96/7 99/25 101/14
101/24 105/8
relationship [1] 35/10
Relevance [1] 48/16
relevant [3] 71/14 72/13 102/19
remain [1] 33/6
remains [1] 88/8
remanded [1] 90/10
remarkably [1] 84/11
remember [20] 27/24 37/3 42/16 42/16
47/12 49/24 50/2 50/10 54/9 54/11 57/5
58/16 58/19 59/7 66/5 78/8 94/20 94/22
94/23 101/6
remembered [2] 39/3 55/23
remembering [1] 37/2
remind [2] 4/13 93/10
renew [3] 87/13 89/14 89/16
rented [1] 84/17
reobtain [1] 81/15
report [2] 63/13 78/11
reported [9] 1/25 2/1 63/13 63/16 64/20

85/24 90/25 91/12 100/21
REPORTER [4] 1/21 1/21 1/22 108/8
reports [1] 61/17 88/24
representation [1] 89/5
representative [3] 17/13 51/10 51/19
represented [1] 75/18
representing [1] 10/1
requested [1] 106/3
requires [1] 48/11
residence [13] 23/16 24/11 27/21 28/13
29/14 30/25 31/14 43/19 44/5 44/6 62/12
70/10 70/16
RESNICK [21] 1/6 15/2 25/23 25/24
25/25 26/1 26/2 26/13 32/9 32/11 33/19
34/9 35/2 44/19 44/20 50/25 53/13 57/23
77/5 85/19 86/4
Resnick's [1] 35/9
respect [1] 97/8
respond [4] 3/24 37/1 43/9 82/2
responded [1] 44/20
response [8] 42/16 42/19 49/14 55/18
80/6 82/21 84/23 89/19
rest [7] 2/19 8/11 19/3 19/5 65/7 86/6
100/17
rest-area [1] 19/5
restaurant [1] 38/13
restroom [1] 90/20
rests [2] 78/1 88/5
result [1] 44/13
results [1] 75/9
resumed [8] 2/1 4/18 64/20 85/24 90/25
91/12 100/21 109/3
retrieve [1] 73/6
retrieved [1] 50/21
return [1] 93/6
review [2] 70/24 78/10
reviewed [3] 10/20 17/21 70/22
reviewing [1] 71/8
revolver [3] 25/9 43/18 70/15
Ridiculous [1] 96/5
right [75] 4/16 6/19 6/22 6/25 7/7 8/17
8/19 9/17 10/9 11/11 12/24 13/17 14/17
15/13 15/13 23/23 26/25 27/9 27/10
27/16 32/3 33/6 33/7 33/9 33/12 46/22
47/19 49/15 49/18 49/20 51/7 51/13
52/16 53/22 54/1 54/14 54/16 54/18
54/19 54/14 55/20 55/24 56/2 57/7 57/19
58/23 59/11 60/4 62/2 62/4 62/5 62/7
62/7 64/11 65/15 67/24 74/15 74/25
75/15 75/17 77/1 82/11 84/25 88/6 90/5
90/9 90/19 91/23 92/7 94/9 98/3 99/21
103/18 105/7 105/8
rights [8] 32/6 32/8 33/6 33/15 33/16
33/18 33/22 66/10
rise [2] 50/24 86/1
Rivas [1] 31/24
road [7] 18/12 18/18 18/21 19/4 39/23
41/25 57/19
ROCHELLE [1] 1/14
Rollins [1] 85/4
ROM [1] 24/2
room [3] 46/18 57/3 57/6
roommate [1] 54/9 70/4 76/23
roommate's [1] 54/10
routine [1] 60/15
RPR [1] 1/21
rule [5] 64/7 85/9 85/9 93/18 102/18
Rule 414 [1] 102/18
ruled [2] 12/15 72/18
ruling [2] 84/25 89/21
running [3] 17/5 17/9 17/11

S

S-A-I-T [1] 93/9

S-T-E-T [1] 93/12
S.E [2] 32/25 62/12
S/Stacy [2] 108/7 108/7
Sabata [7] 31/22 32/1 34/8 44/12 44/17
61/17 70/21
safe [1] 89/10
safety [1] 53/5
said [65] 6/15 21/9 30/5 34/1 34/15 35/10
35/24 36/2 36/7 36/13 36/17 36/19 37/16
39/12 39/17 39/20 40/2 40/13 41/5 41/24
42/6 47/12 47/15 48/5 49/1 49/25 53/21
55/9 55/14 55/16 55/16 56/17 56/19
57/13 57/21 59/6 59/7 59/13 59/15 59/25
60/6 60/7 60/21 61/4 61/6 66/13 67/2
68/10 69/23 69/24 69/24 72/3 73/11
73/18 75/2 75/5 75/7 75/11 79/2 79/14
82/23 83/3 83/17 91/17 91/19
same [27] 6/22 6/23 7/4 7/8 13/9 13/22
16/16 19/16 19/19 27/20 31/11 49/20
50/21 50/24 68/2 68/5 68/5 81/15 81/16
87/2 87/3 89/17 89/18 89/19 89/21 89/21
96/17
sample [11] 11/16 12/13 12/13 17/14
17/16 17/19 17/21 17/24 50/15 51/10
51/19
samples [2] 51/2 51/2
sarcasm [1] 52/20
satisfied [1] 49/2
Sauer [3] 79/19 84/1 84/11
save [2] 8/15 81/14
saved [1] 17/3
Savia [3] 30/13 83/17 84/7
saving [1] 82/12
saw [9] 16/16 28/25 45/12 49/19 49/20
79/11 82/5 82/19 82/20
say [25] 11/25 33/6 36/12 37/15 38/10
39/11 39/16 39/19 39/25 41/20 43/16
44/4 44/19 52/20 58/25 64/8 64/17 67/2
71/25 75/8 75/9 86/25 96/16 102/23
106/16
saying [7] 37/2 37/23 43/10 48/4 55/19
57/5 60/15
says [15] 9/19 33/14 40/20 56/12 56/24
62/1 66/23 81/11 99/24 100/3 101/20
102/18 103/7 106/8 106/9
scenario [1] 48/11
scene [9] 18/11 18/16 19/8 19/15 19/20
21/6 21/10 23/4 23/7
school [2] 6/7 7/25
scope [1] 68/24
screen [1] 92/4
search [33] 23/17 23/19 24/1 24/1 24/5
24/8 27/3 27/5 27/8 27/18 27/19 31/17
50/22 52/8 52/19 52/22 53/13 54/6 54/15
61/3 62/4 62/7 62/11 65/15 65/23 66/1
66/6 66/11 66/15 69/15 69/19 70/4 76/15
searched [1] 27/4
seated [8] 2/3 3/22 64/22 65/20 78/14
86/2 88/3 91/2
second [6] 20/2 32/12 56/12 58/7 93/9
102/14
seconds [3] 14/15 14/25 17/8
section [1] 45/9
sections [1] 45/8
see [23] 7/15 7/21 9/25 20/5 22/25 45/1
45/3 52/5 62/6 63/6 65/10 69/24 71/19
78/12 85/2 85/4 85/7 86/9 87/23 89/11
92/4 101/21 104/13
seeing [1] 31/5
seeking [1] 82/12
seem [3] 48/22 68/19 73/9
seems [1] 93/3
seen [3] 29/5 31/12 34/3

**S**

selected [2] 6/5 51/20
send [4] 8/24 65/9 87/20 88/14
sense [1] 103/15
sentence [2] 93/10 97/22
separate [1] 13/14
serial [1] 79/20
set [2] 71/23 97/15
setting [1] 92/14
settings [1] 9/19
settle [3] 87/19 88/8 91/8
settled [2] 88/16 107/15
seven [6] 17/20 20/4 23/12 52/18 52/21 66/16
seven o'clock [2] 52/21 66/16
seventh [6] 23/10 83/9 85/3 85/5 85/8 101/19
several [1] 94/22
sex [4] 20/1 21/5 21/18 23/11
sexual [10] 5/23 6/13 15/1 38/20 38/24 80/12 83/14 95/9 96/25 97/15
sexually [5] 38/16 74/24 81/8 81/9 103/8
sexually-explicit [1] 81/9
share [1] 53/6
sharing [2] 40/24 41/6
she [13] 7/9 7/11 7/12 7/13 7/16 20/5 20/10 22/22 34/11 44/2 44/18 70/22 100/12
she's [11] 7/5 7/10 7/13 20/7 20/11 22/23 23/1 23/2 51/13 51/25 64/11
shirt [2] 22/12 23/13
shoot [1] 73/11
shooting [8] 16/5 16/11 72/3 72/4 72/5 73/11 77/5 84/17
short [1] 20/23
shot [1] 22/24
should [11] 8/8 8/10 8/11 51/16 62/21 62/22 86/23 94/16 95/3 95/5 101/14
shouldn't [4] 43/10 43/11 61/5 61/6
show [8] 6/9 23/21 24/10 24/23 25/2 32/1 62/17 92/2
showed [3] 43/19 80/19 84/16
showing [13] 7/14 23/4 23/7 28/1 28/10 28/22 29/4 31/7 40/15 40/21 51/10 58/12 81/7
shown [8] 30/16 30/19 30/20 30/22 52/3 79/22 82/25 84/10
shows [7] 22/24 25/12 80/2 80/13 81/7 81/21 83/18
sic [1] 40/16
side [9] 18/17 18/21 19/4 20/13 27/16 88/11 94/19 97/7 107/11
sides [1] 100/24
Sig [3] 79/19 84/1 84/11
sign [2] 19/2 19/6
signage [1] 18/20
signature [3] 27/9 27/12 27/14
signed [9] 27/9 27/10 32/8 32/10 32/11 32/12 33/21 54/21 95/6
silent [1] 33/6
silently [1] 71/18
similar [2] 84/11 89/4
since [9] 11/15 41/16 41/17 41/21 45/2 72/1 72/16 73/3 90/7
singled [1] 103/4
sir [30] 4/5 4/9 4/12 4/13 4/15 16/24 34/20 47/11 52/1 52/17 54/20 56/8 56/9 63/9 63/10 64/18 65/11 65/20 73/16 76/25 77/4 85/16 90/6 90/18 90/23 98/22 99/19 99/22 107/10 107/19
sit [1] 90/19

sits [1] 20/10
sitting [2] 22/11 22/14
situation [1] 81/2
six [6] 12/5 17/21 21/10 23/7 23/8
six-minute [1] 12/13
size [1] 83/3
ski [2] 29/7 29/8
slash [3] 38/8 42/25 56/24
sleep [4] 36/19 60/17 60/18 89/11
sleeper [7] 36/18 59/25 60/4 60/7 60/16 60/18 60/20
sleeping [3] 36/21 60/23 60/24
slept [8] 36/15 36/16 36/19 59/25 60/1 60/7 60/16 60/20
small [2] 20/21 93/3
smiling [1] 22/23
Smith [2] 25/5 70/15
snippets [1] 10/20
snowball [1] 18/23
snowy [1] 18/13
snowy-type [1] 18/13
so [95] 12/19 5/17 6/9 6/18 8/6 10/6 10/19 10/25 11/4 11/11 11/21 14/17 14/19 20/11 20/13 21/9 21/14 23/13 26/20 30/5 32/24 34/22 36/21 37/18 38/7 42/1 42/22 45/3 45/6 45/8 45/18 45/23 46/11 46/17 48/3 48/24 49/2 50/7 53/9 54/1 55/19 56/25 58/8 60/11 61/6 62/1 63/23 64/9 66/13 67/2 67/10 67/16 68/10 68/14 68/22 69/5 75/11 78/7 78/11 78/12 79/5 79/16 80/2 81/19 82/14 83/11 83/20 83/23 85/10 85/13 86/6 87/11 87/12 87/14 87/15 87/18 88/12 88/17 89/10 89/10 91/7 92/4 92/7 92/12 92/19 92/21 93/1 93/2 96/6 97/19 97/20 98/25 99/17 101/3 103/2
some [30] 6/6 7/25 16/4 18/20 18/23 19/18 20/5 20/9 33/25 34/1 35/9 35/12 35/14 43/3 44/11 44/18 45/9 55/1 56/4 68/17 69/14 69/19 70/18 71/1 73/18 78/4 84/17 84/17 96/16 100/24
somebody [4] 18/11 70/3 107/2 107/3
someone [2] 26/9 80/23
something [6] 59/6 59/10 79/11 79/25 86/25 92/6
Sometime [1] 66/16
sometimes [8] 36/19 59/25 59/25 60/7 60/17 60/18 60/19 60/19
somewhere [1] 52/14
son [1] 26/13
son's [1] 3/11
Sony [3] 29/18 30/23 30/24
sorry [17] 7/5 15/13 30/1 34/2 37/20 37/20 40/18 65/17 91/20 93/16 98/15
sort [2] 20/5 20/9 62/2 92/13
sorts [1] 55/22
sought [1] 69/20
sound [1] 23/11
sounded [1] 36/17
sounds [1] 54/13
southern [1] 74/7
spaced [1] 104/1
spanked [1] 8/1
speak [4] 16/22 75/2 83/23 101/3
speaking [3] 91/14 91/19 98/11
speaks [2] 106/11 106/13
special [23] 4/20 23/25 27/2 31/22 31/24 48/25 50/14 51/3 51/5 52/8 52/16 52/23 59/8 61/9 63/6 70/18 70/21
specific [5] 5/10 30/4 45/9 49/6 49/13 56/13 58/16 60/15 79/19 79/20
specifically [13] 26/20 39/2 41/20 41/23

42/14 42/15 43/13 46/7 47/4 58/22 72/3 81/1 83/10
speculation [1] 56/19
speech [1] 1/25
spell [1] 22/18
spelled [1] 21/22
spend [1] 36/1
spoken [2] 15/19 15/21
sports [2] 6/7 7/24
spreadsheet [1] 17/7
St [2] 32/25 62/12
St. [1] 23/17
St. Lucie [1] 23/17
stack [2] 9/16 28/22
STACY [3] 1/21 108/7 108/7
stage [1] 88/21
stand [2] 4/5 86/5
standing [4] 9/16 18/19 23/5 23/9
stands [1] 22/13
start [1] 27/4
started [1] 2/9
starting [1] 32/23
starts [1] 19/25
state [4] 80/24 80/25 83/10 92/21
stated [1] 13/6
statement [11] 33/15 41/10 43/1 55/3 72/22 94/18 94/19 95/6 100/6 100/10 106/21
statements [7] 33/18 43/13 64/6 71/2 71/6 71/9 106/19
STATES [7] 1/1 1/3 1/10 1/13 85/2 85/4 85/7
status [1] 84/21
statute [3] 95/22 97/17 100/3
stay [11] 2/3 9/4 34/19 44/24 87/2 87/8 87/19 88/15 89/25 90/5 90/12
stayed [4] 37/16 37/18 37/20 87/3
staying [3] 37/13 38/7 56/24
stays [1] 102/16
Stenotype [1] 1/25
step [1] 77/12
stepfather [1] 35/12
steps [3] 5/11 5/14 6/2
stick [3] 19/13 21/13 21/17
sticking [1] 99/24
still [5] 4/13 7/16 39/22 57/18 64/25
stipulate [1] 107/13
stipulated [1] 84/22
stipulations [3] 13/15 13/16 13/21
stolen [1] 26/9
stomach [2] 21/8 21/15
stop [7] 33/13 36/24 37/2 37/5 56/12 56/13 56/14
stopped [5] 18/17 56/10 56/17 56/20 56/21
store [1] 84/16
strike [5] 10/16 10/17 49/23 93/15 96/18
study [1] 104/17
stuff [3] 7/14 44/1 63/16
subject [2] 3/12 50/12
subjects [2] 6/7 19/22
submit [2] 95/24 98/25
submitted [9] 94/18 94/20 97/6 97/19 98/3 98/16 98/19 100/1 100/13
submitting [1] 94/23
subpoena [1] 3/7
subsequently [1] 82/10
successful [1] 21/18
such [1] 6/6
suck [1] 22/17
suffered [1] 44/14
suffice [1] 48/22
sufficient [2] 82/15 85/12

**S**

suggest [2] 51/9 59/14
suggested [4] 7/25 46/22 58/17 59/4
suggesting [2] 10/8 99/16
suggestion [2] 54/1 79/22
suggestions [1] 79/16
suggests [1] 83/21
Suite [3] 1/15 1/18 1/22
summary [3] 40/12 41/10 42/5
Super [1] 96/12
superseding [7] 91/5 96/14 96/17 96/19 96/23 100/16 105/23
supports [2] 83/20 84/19
supposed [1] 47/17
sure [10] 5/4 7/20 8/6 10/25 29/11 34/2 49/7 98/24 99/10 106/14
surprise [6] 8/12 8/12 35/14 35/18 52/25 53/4
sustain [2] 10/23 85/6
sustained [2] 13/11 64/13
swim [1] 19/19
swimming [1] 19/10
switch [1] 34/16
system [2] 36/8 36/9

**T**

T-shirt [2] 22/12 23/13
table [5] 15/25 47/15 47/21 48/1 48/4
take [24] 2/12 4/5 4/10 8/17 11/16 11/18 33/25 36/14 38/18 38/24 57/11 57/21 63/23 74/25 75/1 75/3 75/20 77/13 80/2 86/4 86/10 90/12 105/1 106/14
taken [10] 14/22 24/7 29/4 64/19 85/11 85/23 90/24 91/11 100/20 107/21
takes [3] 6/5 87/10 88/10
taking [3] 35/20 55/9 100/15
talk [8] 33/7 44/21 52/8 57/16 75/11 99/20 105/25 107/6
talked [5] 14/22 45/6 54/23 63/14 94/17
talking [12] 4/21 6/6 6/10 7/24 15/1 45/8 60/23 64/25 65/17 93/22 97/13 107/2
tangential [1] 79/25
Tara [2] 20/2 20/2
taught [1] 5/11
technical [1] 103/14
tell [13] 7/7 8/21 19/4 32/5 34/25 63/22 65/10 69/23 102/21 103/1 103/24 104/17 105/5
telling [2] 48/25 92/8
ten [4] 63/25 64/14 64/16 65/6
tendered [1] 93/8
term [2] 97/23 103/14
terms [2] 25/12 76/8
test [1] 53/22
tested [1] 49/17
testified [3] 4/10 11/14 84/3
testifies [3] 3/14 106/8
testify [5] 4/7 50/9 58/9 64/7 85/17
testimony [13] 16/4 29/20 30/3 30/13 60/10 71/5 79/7 80/11 81/6 84/14 84/18 106/20 106/22
testing [1] 19/18
than [14] 5/6 41/18 45/20 45/24 46/6 47/21 48/14 80/14 87/14 88/13 90/21 93/1 102/22 106/9
thank [40] 2/22 3/17 4/2 4/17 7/1 9/3 14/4 14/5 14/8 38/2 38/4 44/24 45/3 45/11 49/22 50/14 50/14 51/24 52/8 54/5 54/15 55/11 56/9 61/1 63/1 63/11 65/4 65/12 65/21 66/17 69/2 76/13 77/24 85/21 87/22 91/10 100/14 100/19 106/25 107/20
Thanks [2] 44/25 91/9

that [519]
that's [63] 3/22 6/1 8/12 8/19 12/4 20/20 24/2 25/5 29/25 30/2 32/6 39/7 40/12 47/17 47/17 50/21 51/21 53/5 54/9 54/21 55/15 56/1 56/9 58/2 59/7 59/19 60/21 62/23 63/2 67/5 72/12 72/24 74/12 74/17 76/3 76/11 79/9 79/18 79/23 79/23 81/24 83/7 86/17 87/1 87/16 87/17 92/7 94/9 94/17 95/14 95/14 95/17 97/25 98/2 100/3 100/24 101/12 101/19 104/17 105/23 106/7 106/10 106/24
their [12] 11/1 47/4 66/25 67/1 67/3 67/3 67/10 68/23 78/24 79/2 79/6 106/20
them [36] 8/24 11/7 11/8 11/9 11/20 11/22 11/23 18/15 20/15 24/24 35/11 42/21 42/21 51/11 52/5 52/20 55/14 55/17 55/24 59/10 59/12 59/16 59/16 64/8 67/11 72/3 72/4 73/11 73/20 75/10 84/8 86/17 87/13 88/15 91/7 91/8
themselves [1] 70/3
then [55] 2/19 5/20 5/23 15/1 15/5 18/10 18/22 19/25 20/1 20/18 21/19 22/2 22/4 22/8 22/16 22/25 23/6 23/9 23/15 32/12 33/14 33/21 34/10 35/2 40/15 43/25 45/9 47/15 48/1 48/4 48/21 54/23 55/16 55/16 55/22 55/23 57/14 60/6 64/8 65/7 65/9 65/10 73/18 79/24 81/15 82/10 87/17 88/11 88/16 88/18 90/10 91/6 93/1 95/18 95/24
there [66] 3/16 5/24 7/5 8/17 9/18 19/20 20/18 23/9 25/16 25/17 25/17 25/18 25/19 25/21 25/22 26/14 26/16 27/9 27/10 27/16 34/2 35/9 35/11 56/1 56/7 57/7 57/9 61/4 61/4 61/5 61/7 61/13 62/10 66/8 68/22 69/4 75/18 79/25 80/23 81/21 83/15 92/17 93/7 98/16 103/24 105/4 105/13 106/3 106/6 107/5
there's [20] 7/25 8/5 19/8 29/7 33/14 46/20 47/2 47/2 47/2 47/3 78/4 78/25 79/14 86/18 96/12 96/14 101/1 103/23 104/21 106/12
therefore [1] 20/15
these [10] 24/7 53/21 58/22 63/25 80/2 87/9 93/1 96/2 96/15 107/12
they [79] 5/7 5/11 5/16 6/4 10/23 10/24 12/2 13/11 13/12 13/20 13/22 13/24 16/20 18/12 18/16 18/20 18/21 18/22 18/23 19/10 19/10 19/13 19/17 19/18 19/18 19/19 19/23 24/9 24/10 26/17 26/18 26/20 30/20 30/22 31/4 31/4 31/6 33/20 34/15 35/2 35/5 36/4 36/14 36/16 36/17 36/18 36/19 49/8 49/9 50/19 57/3 57/5 59/25 60/1 60/3 60/7 60/4 60/15 60/16 60/17 60/18 64/9 67/4 67/7 68/9 68/10 75/9 75/9 79/5 83/17 83/23 87/3 87/5 87/6 97/3 99/17 101/21 103/5 103/15
they'd [1] 87/15
they'll [3] 52/3 87/12 87/20
they're [6] 10/25 13/19 18/18 19/2 19/12 67/10
they've [1] 78/24
thing [6] 8/8 36/13 60/12 62/2 96/17 106/5
things [10] 8/3 11/13 35/5 45/7 63/14 78/4 80/3 95/16 102/24 105/25
think [25] 8/25 16/5 30/3 36/2 47/23 49/23 70/7 72/15 72/24 73/17 91/24 92/9 93/12 94/15 95/21 97/3 97/12 97/18 101/7 101/14 102/25 103/23 104/16 105/12 106/13

thinks [1] 67/16
third [5] 21/2 27/15 28/21 70/9 71/17
Thirteen [1] 102/7
this [87] 4/8 6/20 9/1 9/18 10/24 11/15 12/22 13/11 13/12 15/23 15/25 18/11 19/9 19/17 20/3 21/3 21/11 21/18 21/24 22/10 25/11 25/12 26/14 27/2 27/14 27/18 29/5 31/12 32/5 32/8 32/22 32/23 33/15 33/16 35/19 41/21 49/17 50/5 52/19 53/21 53/22 54/15 58/6 61/16 62/5 62/16 62/18 63/13 63/23 64/4 64/10 64/10 64/23 70/9 76/15 76/23 77/14 78/6 78/7 81/2 82/12 85/10 85/12 88/7 88/9 88/21 88/24 89/7 89/8 89/24 90/8 92/12 92/15 92/17 92/22 93/4 94/22 95/7 96/12 96/14 97/6 97/23 101/20 102/18 102/21 103/1 106/8
THOMAS [1] 1/14
thorough [1] 5/13
those [35] 2/23 5/14 6/2 10/20 11/5 11/13 13/16 13/17 17/4 24/5 30/19 31/3 33/4 33/19 42/12 42/23 44/3 49/8 50/15 50/17 51/2 51/5 52/11 61/23 64/7 71/6 76/8 79/16 80/5 81/20 83/1 84/21 94/25 102/21 102/24
though [2] 55/2 62/23
thought [1] 91/17
threat [1] 83/22
three [15] 6/10 21/25 23/8 35/11 79/7 80/4 82/17 83/20 86/12 87/10 91/6 94/13 95/11 99/25 105/3
three o'clock [1] 91/6
three-minute [1] 6/10
through [17] 5/12 13/14 14/18 28/22 32/22 34/1 79/9 80/10 80/18 87/9 87/24 87/25 91/4 91/15 98/12 98/15 99/14
throughout [3] 61/18 84/14 96/15
throw [1] 53/9
throws [1] 18/23
thumb [3] 11/3 11/19 13/1
Thursday [1] 86/16
tie [1] 78/25
tied [1] 21/8
tight [1] 90/19
Tim [3] 16/4 83/16 84/7
time [37] 6/20 7/25 8/15 8/16 8/17 19/9 19/17 19/24 20/16 21/11 21/18 22/8 27/18 33/1 33/13 33/16 40/1 44/13 46/3 50/7 55/8 64/22 65/5 65/25 66/2 66/5 66/7 66/11 66/11 66/14 70/4 73/22 75/20 78/20 80/14 86/19 87/8
times [4] 37/3 56/17 56/20 56/21
Timothy [1] 30/8
tiny [2] 100/7 100/9
title [2] 22/8 105/2
titled [7] 18/9 20/2 21/2 21/20 22/6 22/17 23/10
titles [2] 11/13 18/6
today [7] 6/9 14/24 58/9 63/14 63/19 69/12 89/22
toddler [1] 23/11
together [2] 60/8 80/3
told [9] 8/9 8/9 10/20 61/4 62/21 67/4 68/10 74/20 87/8
Tom [1] 51/4
tomorrow [3] 88/16 89/11 90/10
tonight [1] 89/11
Tony [54] 30/15 34/22 35/20 35/23 35/24 35/25 36/6 36/13 36/15 36/22 37/8 37/18 38/16 38/25 39/2 39/14 39/23 40/1 40/2 40/3 40/17 40/18 40/21 44/12 44/18 45/24 49/25 50/9 55/19 57/1 57/7 57/19 57/24 58/12 58/23 59/17 59/21 60/20

## T

Tony... [16] 66/24 67/2 67/14 67/17 67/20
68/4 72/24 78/2 78/3 78/13 80/18 81/25
82/17 83/14 83/22 83/23
Tony's [5] 8/5 39/3 80/10 81/6 82/20
too [4] 34/16 63/16 76/14 86/17
took [12] 4/24 38/10 39/23 40/7 55/10
57/19 80/8 83/19 101/8 104/15 105/3
105/23
top [2] 32/23 32/24
topic [1] 65/25
topics [1] 71/6
total [2] 17/9 17/11
totally [2] 92/6 102/7
touched [3] 42/21 59/16 69/8
towards [1] 18/22
tractor [1] 18/14
tractor-trailer [1] 18/14
traffic [5] 36/24 37/2 37/5 56/12 56/13
trailer [1] 18/14
trained [2] 46/24 47/7
training [1] 69/10
transcript [3] 1/9 1/25 108/3
Transcription [1] 1/25
transportation [4] 78/25 80/17 82/16 95/9
transporting [1] 80/24
traveling [1] 36/14
trial [15] 1/9 3/11 9/13 9/14 10/25 16/1
25/8 81/18 83/16 85/10 88/21 94/21
94/22 106/19 106/21
trials [1] 96/3
trip [31] 35/21 35/25 36/4 36/6 36/10
36/14 36/15 39/14 39/23 40/7 40/10
40/21 56/14 57/19 58/12 58/22 58/22
59/7 59/21 67/14 79/1 79/5 79/8 79/23
79/24 80/9 80/12 80/20 81/12 83/22
89/10
trips [2] 58/22 83/19
trouble [2] 8/1 68/19
truck [11] 18/14 18/15 26/19 36/18 36/21
41/24 42/2 42/5 56/18 56/19 60/24
truck-type [1] 26/19
trucks [1] 41/24
trunk [1] 79/15
trunks [1] 19/10
trust [3] 10/2 48/24 52/11
trusted [1] 7/12
truth [8] 5/21 47/13 47/18 47/24 48/4
48/8 48/13 49/3
truthful [1] 106/10
try [1] 38/1
trying [2] 8/14 67/16
Tuesday [1] 60/16
turn [3] 9/18 45/2 45/3
turns [1] 21/14
Twenty [1] 2/18
two [32] 19/8 19/8 19/16 19/16 22/6
22/10 22/13 22/22 24/13 29/7 31/13
35/20 36/4 52/18 54/14 56/14 67/14
78/25 79/6 80/4 80/9 80/17 82/16 86/11
86/12 87/10 87/15 91/3 91/6 95/10 96/13
102/6
two o'clock [1] 87/15
two-week [5] 35/20 36/4 56/14 67/14
80/9
twofold [1] 43/24
type [8] 18/13 18/14 18/20 19/5 25/13
26/17 26/19 61/25

## U

U.S [5] 1/22 25/8 51/3 51/4 108/8
U.S.C [5] 81/5 96/25 97/2 97/24 103/22
Uh [3] 19/1 40/17 55/12

Uh-huh [2] 19/1 55/12
ultimately [1] 89/1
under [22] 3/7 4/13 21/15 29/17 32/10
64/1 81/5 81/9 92/18 92/22 94/4 94/8
underneath [1] 27/15
understand [6] 33/5 33/15 86/20 94/7
101/21 103/9
understanding [6] 47/24 48/21 68/1 74/12
92/25 107/13
understands [1] 14/19
understood [3] 33/22 95/15
Unforgivable [1] 96/5
unfortunately [1] 81/17
unison [1] 3/24
UNITED [7] 1/1 1/3 1/10 1/13 85/2 85/4
85/7
unless [2] 11/20 56/5
until [4] 78/4 89/1 90/10 91/6
unusual [1] 68/4
unzips [1] 21/12
up [16] 7/21 17/8 21/9 22/13 22/25 34/2
34/11 36/24 36/25 44/25 49/1 52/20
70/19 82/19 83/4 106/8
upon [4] 82/15 83/11 88/18 89/2
upset [1] 94/20
us [11] 18/1 32/5 32/22 34/25 48/25 53/6
66/12 82/22 87/17 88/12 92/20
usage [1] 76/9
use [15] 11/1 35/23 57/25 58/5 60/3
62/21 62/22 64/24 68/22 69/4 71/3 76/3
89/3 91/25 103/14
used [8] 8/6 9/13 29/21 30/9 33/7 39/12
39/18 67/1
uses [1] 20/14
using [3] 39/3 73/17 76/8
usually [1] 86/25

## V

vagina [5] 20/15 20/17 20/19 22/1 23/3
Vaio [3] 29/18 30/23 30/24
Valparaiso [1] 16/5
various [3] 22/7 24/10 84/15
vehicle [8] 18/12 18/13 18/20 18/22
26/19 28/22 28/23 29/2
vehicles [2] 29/5 31/13
verbally [1] 19/6
verdict [3] 93/21 94/12 94/13
verdicts [9] 88/19 89/2 91/5 99/23 100/25
105/1 105/2 105/5 105/18
versus [1] 60/24
very [14] 8/18 12/3 12/8 13/13 18/14
20/18 20/23 32/24 59/4 79/8 88/21 88/21
89/2 103/25
via [1] 81/18
victims [1] 68/5
video [33] 4/21 14/23 14/24 14/24 15/6
15/10 15/11 15/12 15/14 15/15 17/8 18/9
18/11 20/3 20/22 20/24 21/2 21/3 21/6
21/20 21/24 22/4 22/10 22/13 22/17
22/21 22/23 23/12 45/12 45/13 50/15
81/3 81/4
videos [15] 10/19 11/3 11/19 13/2 17/3
17/4 17/9 17/11 17/18 17/19 50/17 51/2
51/11 52/5 81/20
videotaped [1] 14/15
view [5] 9/24 49/15 81/14 85/1 88/24
violence [1] 95/11
violently [2] 20/15 20/19
visual [1] 81/8
Volume [1] 1/7
volunteered [1] 47/23

## W

waist [1] 23/13

wait [2] 9/7 99/18
waive [1] 90/1
waiver [1] 66/10
walk [2] 17/22 23/2
walked [1] 27/24
walking [1] 18/23
want [29] 4/5 11/23 24/24 25/2 28/2 31/8
33/24 37/25 44/21 52/5 53/7 55/10 65/14
71/18 75/9 75/10 77/13 89/14 90/2 90/5
90/20 92/18 92/21 96/6 96/7 97/20 97/21
98/25 106/6
wanted [5] 57/11 57/13 62/23 75/11
102/7
wants [2] 3/10 7/13
warned [1] 69/15
warnings [3] 33/3 33/4 54/19
warrant [28] 23/17 23/19 24/1 24/5 24/8
31/17 50/22 52/9 52/19 52/22 53/13 54/7
54/15 61/3 62/4 62/8 62/11 65/15 65/23
66/1 66/6 66/11 66/15 69/15 69/19 69/25
70/4 76/16
warrior [1] 21/21
was [217]
Washington [2] 36/24 85/3
wasn't [6] 53/22 60/13 61/6 76/9 76/20
80/25
waste [2] 23/1 86/19
watch [2] 68/7 68/12
watched [2] 69/12 81/3
waters [1] 19/18
way [6] 28/21 35/17 44/17 62/17 68/8
101/21
we [103] 3/14 4/4 4/20 4/20 5/10 7/17
7/21 8/3 8/14 9/22 10/12 11/2 11/18
12/16 12/21 12/25 14/22 14/24 15/5 16/4
16/16 16/18 17/15 27/7 27/24 33/5 33/8
34/1 37/10 41/2 41/23 42/16 44/6 45/6
45/12 49/20 49/25 51/6 51/10 51/11
51/17 52/24 57/16 63/14 63/20 63/23
64/9 67/1 67/16 69/12 76/3 78/16 78/24
80/4 81/17 82/14 82/14 83/6 83/7 83/10
85/8 85/15 87/1 87/8 87/18 90/20 90/20
91/7 91/22 92/18 92/19 93/1 93/2 93/24
94/1 94/4 94/15 94/17 95/18 95/21 96/7
96/15 96/16 96/20 97/2 97/17 98/15
98/16 98/23 99/10 101/8 101/9 101/24
104/13 104/15 104/16 105/3 105/12
105/25 106/3 107/3 107/3 107/6
we'll [7] 10/16 52/2 65/10 87/14 87/19
88/16 89/11
we're [12] 3/10 3/11 6/9 13/13 14/14
63/22 64/9 78/2 89/23 91/2 99/20 100/23
we've [3] 29/20 63/23 103/4
weak [1] 79/8
weapon [4] 79/15 83/13 84/1 84/1
weapons [4] 42/8 42/20 73/19 84/17
wearing [4] 19/10 20/9 22/12 23/13
week [5] 35/20 36/4 56/14 67/14 80/9
welcome [2] 85/22 89/25
well [32] 8/18 9/24 10/12 11/6 12/3 12/8
12/18 13/13 13/16 18/6 45/20 47/2 47/23
49/1 49/13 49/20 51/16 54/9 56/1 60/14
61/13 62/23 73/20 85/20 86/11 86/17
87/7 92/9 94/17 95/4 95/18 103/20
went [9] 9/6 9/22 48/1 57/3 57/6 67/13
82/11 83/19 87/25
were [63] 4/21 6/2 6/4 8/10 8/14 11/13
13/15 17/18 23/16 24/5 24/7 24/9 24/11
24/22 25/16 25/19 26/14 26/16 26/17
26/18 26/20 27/12 30/19 30/20 30/22
31/2 31/3 31/6 33/19 33/20 34/15 35/1
35/2 35/14 36/4 36/14 44/6 45/6 45/13
45/16 46/1 47/7 48/14 50/17 51/5 53/9

## W

were... [17] 54/2 54/8 58/5 58/6 58/8 59/5
54/7 67/8 68/1 68/5 42/0 16 65/2 69/25
82/21 83/23 84/22 87/4
weren't [3] 45/12 45/15 67/23
Wesson [2] 25/5 70/15
what [114]
what's [9] 10/14 32/2 32/23 34/2 47/1
86/3 93/9 94/11 96/11
whatever [7] 2/20 5/24 8/17 75/9 75/9
83/5 83/8
whatsoever [1] 16/1
when [41] 4/20 5/12 7/7 8/21 9/15 15/17
16/1 19/12 23/17 30/19 31/4 31/16 47/12
51/5 51/19 52/19 55/8 55/13 55/16 56/17
56/19 60/21 65/11 66/23 67/5 70/1 73/2
73/13 74/20 74/21 74/24 76/3 76/7 80/2
80/9 83/19 83/23 85/6 86/25 99/6 101/20
where [18] 5/2 9/15 18/17 22/25 24/10
25/12 28/17 29/16 31/3 35/5 36/15 36/16
38/10 46/5 69/8 80/23 101/19 106/15
whether [16] 35/25 36/10 39/13 43/14
44/4 47/18 48/7 48/12 58/21 62/24 69/14
69/20 71/25 76/15 79/12 104/17
which [20] 7/14 13/3 13/10 19/11 19/24
32/6 46/1 73/12 82/15 83/6 83/11 91/23
92/19 97/4 97/4 97/11 97/17 97/23 98/18
102/19
while [20] 13/13 18/16 18/21 19/15 19/19
22/2 22/11 22/12 22/15 23/6 23/14 36/4
36/14 41/23 41/24 42/1 42/4 60/20 63/22
72/3
whimpering [1] 20/20
white [1] 49/5
who [17] 26/12 27/5 29/20 30/5 31/21
32/8 34/15 35/1 35/2 43/15 43/17 45/23
46/8 51/2 51/19 54/6 75/17
whoever [2] 46/15 75/7
whole [3] 10/6 50/7 71/13
why [10] 34/9 41/1 45/1 53/4 56/9 63/23
75/5 92/1 93/4 95/24
WIGELL [6] 1/17 86/3 88/4 89/14 90/2
90/17
will [20] 3/15 9/23 11/8 13/11 13/11 13/24
14/24 33/10 85/15 85/17 86/10 87/14
87/18 87/19 88/15 90/12 97/2 102/6
104/9 107/13
willing [1] 33/16
wiped [1] 81/22
wish [1] 33/11
without [3] 33/12 33/17 73/16
witness [21] 2/6 3/1 3/2 4/3 4/5 4/6 5/15
14/19 23/22 27/12 30/5 32/2 32/12 32/12
64/6 64/23 71/11 71/17 72/20 80/2 106/9
witness's [1] 106/22
witnesses [9] 15/23 29/20 30/19 31/2
83/16 84/7 84/15 84/18 106/19
won't [2] 56/1 93/18
word [10] 93/15 96/18 101/8 102/14
102/17 103/4 103/7 104/16 105/3 105/23
words [17] 19/6 47/3 47/5 48/10 49/4
67/17 68/17 68/19 75/7 76/3 76/3 76/8
94/15 94/25 99/25 100/16 104/2
work [3] 35/13 88/15 95/20
worked [1] 35/12
works [1] 8/13
world [1] 102/24
would [49] 6/24 8/3 11/8 11/18 18/6 24/5
36/17 36/18 42/11 42/20 42/22 44/1
44/20 48/5 48/14 48/19 48/21 48/24 49/4
49/14 54/19 55/10 56/5 57/12 60/3 60/17
60/18 66/8 66/10 66/14 67/1 67/4 71/8

73/11 73/12 73/19 74/20 75/2 76/10
77/14 79/4 83/15 84/5 86/16 92/9 93/2
94/1 98/16 99/3,
women [4] 53/19 66/1 83/23 87/24
wrists [2] 21/8 21/10
written [15] 34/22 37/5 37/23 38/7 38/24
39/22 40/3 40/9 41/9 42/4 42/25 56/23
92/13 98/5 98/25
wrong [2] 59/13 103/10
wrote [5] 61/17 70/19 70/21 70/22 77/16

## Y

yamad [2] 21/23 22/19
Yeah [21] 3/6 3/9 7/23 9/2 9/18 10/18
11/17 11/25 12/7 34/19 35/18 48/11
53/25 56/15 57/16 61/19 61/21 90/21
94/7 94/25 101/16
year [3] 41/18 84/5 84/6
years [9] 19/9 21/4 21/25 21/25 35/11
47/8 47/11 52/18 80/13
yes [256]
yesterday [7] 2/10 3/3 4/8 4/20 8/10 9/7
86/15
yet [3] 63/19 93/18 103/2
you [414]
you'd [1] 87/23
you'll [6] 82/2 87/12 87/13 87/14 88/18
90/12
you're [13] 2/19 7/7 11/24 50/4 51/13
62/6 65/7 65/11 85/22 86/6 90/10 92/8
101/20
you've [5] 12/23 50/7 52/11 52/16 86/23
young [1] 22/6
younger [1] 22/13
your [93] 2/5 2/14 4/2 4/17 6/20 8/6 8/25
9/8 9/17 9/25 10/5 11/15 12/25 13/6
12/10 14/11 15/6 15/12 17/2 19/13 23/21
24/25 26/23 27/14 31/9 32/1 33/3 33/5
43/18 45/6 48/16 50/14 51/6 51/18 52/22
53/18 54/23 55/3 57/14 59/14 59/14 60/3
60/10 60/12 61/16 62/2 63/8 63/18 63/20
65/8 65/25 66/8 66/14 66/22 67/7 68/1
69/10 69/18 70/19 71/8 71/8 71/19 73/17
74/1 74/5 76/16 77/9 77/11 77/13 77/25
78/5 80/7 81/14 81/17 82/10 86/20 87/13
88/5 88/18 88/23 89/14 92/14 93/21
94/10 94/11 94/23 95/3 95/15 101/23
103/3 103/25 104/18 107/8
yourself [2] 45/7 71/19
yourselves [2] 78/9 88/22